UNITED STATES DISTRICT COURT
NOTHERN DISTTRICT OF WEST VIRGINIA

SCOTT T. BALLOCK,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　CIVIL ACTION NO..: 1:17-CV-52
                                                                             Honorable Irene M. Keeley

ELLEN RUTH COSTLOW,
STATE TROOPER MICHAEL KIEF,
STATE TROOPER RONNIE M.
GASKINS, AND STATE TROOPER
CHRIS BERRY,

    Defendants.

## NOTICE OF APPEARANCE OF COUNSEL
## FOR DEFENDANT ELLEN RUTH COSTLOW

    Notice is hereby given that P. Todd Phillips will be representing Defendant Ellen Ruth Costlow in the above-styled action. All notices, pleadings and other papers may be served upon Ms. Costlow addressed as follows:

    P. Todd Phillips
    235 High Street
    Suite 322
    Morgantown, WV 26505

                                          RESPECTFULLY SUBMITTED,

                                          _____
                                          P. Todd Phillips
                                          *P. Todd Phillips & Associates*
                                          WV State Bar #9499
                                          235 High Street
                                          Suite 322
                                          Morgantown, WV 26505
                                          (304) 296-3200
                                          (304) 413-0202 *fax*
                                          Toddphillips.law@gmail.com

UNITED STATES DISTRICT COURT
NOTHERN DISTTRICT OF WEST VIRGINIA

SCOTT T. BALLOCK,

    Plaintiff,

v.                                          CIVIL ACTION NO..: 1:17-CV-52
                                            Honorable Irene M. Keeley

ELLEN RUTH COSTLOW,
STATE TROOPER MICHAEL KIEF,
STATE TROOPER RONNIE M.
GASKINS, AND STATE TROOPER
CHRIS BERRY,

    Defendants.

## CERTIFICATE OF SERVICE

I hereby certify that, on the 2nd day of May 2017, I filed the foregoing "Notice of Appearance of Counsel for Defendant Ellen Ruth Costlow" with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the following:

Mark G. Jeffries, Esq.
STEPTOE & JOHNSON, PLLC
400 White Oaks Boulevard
Bridgeport, WV 26330-4500

Montè L. Williams
STEPTOE & JOHNSON, PLLC
PO Box 1616
Morgantown, WV 26507-1616

*Counsel for Defendants State Trooper Michael Kief, State Trooper Ronnie M. Gaskins and State Trooper Chris Berry*

I further certify that, on the 2nd day of May 2017, I served the same upon Plaintiff Scott T. Ballock, *Pro se*, via certified U.S. mail, return receipt requested, by depositing a true copy thereof, postage prepaid, in an envelope addressed as follows:

Scott T. Ballock
51 Summit Overlook Drive
Morgantown, WV 26508

*Pro Se Plaintiff*

RESPECTFULLY SUBMITTED,

/s/ P. Todd Phillips
P. Todd Phillips
*P. Todd Phillips & Associates*
WV State Bar #9499
235 High Street
Suite 322
Morgantown, WV 26505
(304) 296-3200
(304) 413-0202 *fax*
Toddphillips.law@gmail.com