UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**SCOTT T. BALLOCK**                                    Case No.:    1:17-CV-52

  Plaintiff,

v.                                                      JURY TRIAL REQUESTED

**ELLEN RUTH COSTLOW,**
**STATE TROOPER MICHAEL KIEF,**
**STATE TROOPER RONNIE M. GASKINS,**
and
**STATE TROOPER CHRIS BERRY,**

  Defendants.

## NOTICE OF APPEARANCE OF PLAINTIFF'S COUNSEL

Please take notice that Charles J. Crooks, Esquire will serve as local counsel for the Plaintiff, Scott T. Ballock.

Frederick R. Juckniess, Esquire, a member of the Michigan State Bar, will serve as co-counsel for Scott T. Ballock. The West Virginia State Bar will verify that he has registered, tendered his application and paid his fee totaling $358. His application submitted to the West Virginia State Bar is now complete. Mr. Juckniess' admission to practice before this Court *pro hac vice* should be ready for action by this Court.

Respectfully submitted this 6th day of July, 2017.

/S/ Frederick R. Juckniess                  /S/ Charles J. Crooks
Frederick R. Juckniess, Esquire             Charles J. Crooks, Esquire
302 E. Liberty St., Suite 203               Crooks Law Firm PLLC
Ann Arbor, MI 48104                         244 Pleasant Street
Phone (734) 707-1515                        Morgantown, WV 26501
Rick@Juckniesslaw.com                       WV State Bar # 4633
                                            Phone (304) 282-1039
                                            Charles@crookslawfirm.org

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**SCOTT T. BALLOCK**

Plaintiff,

v.

**ELLEN RUTH COSTLOW,**
**STATE TROOPER MICHAEL KIEF,**
**STATE TROOPER RONNIE M. GASKINS,**
and
**STATE TROOPER CHRIS BERRY,**

Defendants.

Case No.: 1:17-CV-52

JURY TRIAL REQUESTED

## CERTIFICATE OF SERVICE

I, Charles J. Crooks, Esq., local counsel for the Plaintiff, Scott T. Ballock, hereby certify that on the 6th day of July, 2017, I filed the foregoing "NOTICE OF APPEARANCE OF PLAINTIFF'S COUNSEL" with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to the following:

P. Todd Phillips, Esq.
P. Todd Phillips & Associates
235 High Street
Suite 322
Morgantown, WV 26505
**Counsel for Defendant,**
**Ellen Ruth Costlow**

And

Mark G. Jeffries (WV Bar No. 11618)
Steptoe & Johnson PLLC
400 White Oaks Blvd.
Bridgeport, WV 26330-4500
Mark.jeffries@steptoe-johnson.com

Monté L. Williams (WV Bar No. 9526)
Steptoe & Johnson PLLC
P.O. Box 1616
Morgantown, WV 26507-1616
(304) 598-8000
Monte.williams@steptoe-johnson.com
**Co-counsel for Defendants State Trooper**
**Michael Kief, State Trooper Ronnie M.**
**Gaskins and State Trooper Chris Berry**

/S/ Charles J. Crooks, Esq.