# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

SCOTT T. BALLOCK,

        **Plaintiff(s),**

v.                         Select Civ or Crim   NO: 1:17-CV-52

ELLEN RUTH COSTLOW,
RONNIE M. GASKINS, AND
CHRIS BERRY,

        **Defendant(s).**

## ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of Frederick R. Juckniess, Esquire, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER: August 7, 2017

                                                      *Irene M. Keeley*
                                                  United States District Judge