UNITED STATES DISTRICT COURT
NOTHERN DISTTRICT OF WEST VIRGINIA

SCOTT T. BALLOCK,

    **Plaintiff,**

v.                                              CIVIL ACTION NO..: 1:17-CV-52
                                                            Honorable Irene M. Keeley

ELLEN RUTH COSTLOW,
STATE TROOPER MICHAEL KIEF,
STATE TROOPER RONNIE M.
GASKINS, AND STATE TROOPER
CHRIS BERRY,

    **Defendants.**

**CERTIFICATE OF SERVICE**

I hereby certify that, on the 6th day of October 2017, I served "Defendant Ellen Ruth Costlow's Rule 26(a)(1) Disclosures" on the parties below by United States mail, first class, postage prepaid, addressed as follows:

    Mark G. Jeffries, Esq.
    STEPTOE & JOHNSON, PLLC
    400 White Oaks Boulevard
    Bridgeport, WV 26330-4500

    Montè L. Williams
    STEPTOE & JOHNSON, PLLC
    PO Box 1616
    Morgantown, WV 26507-1616

    *Counsel for Defendants State Trooper Michael Kief, State Trooper Ronnie M. Gaskins and State Trooper Chris Berry*

    Frederick R. Juckniess, Esq.
    302 E, Liberty St., Suite 203
    Ann Arbor, MI 48104

Charles J. Crooks, Esq.
CROOKS LAW FIRM PLLC
244 Pleasant Street
Morgantown, WV 26505

*Counsel for Plaintiff*

                                          **RESPECTFULLY SUBMITTED,**

                                          P. Todd Phillips
                                          *P. Todd Phillips & Associates*
                                          WV State Bar #9499
                                          235 High Street
                                          Suite 322
                                          Morgantown, WV 26505
                                          (304) 296-3200
                                          (304) 413-0202 *fax*
                                          Toddphillips.law@gmail.com