UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**SCOTT T. BALLOCK**

Plaintiff,

v.

**ELLEN RUTH COSTLOW,**
**STATE TROOPER MICHAEL KIEF,**
**STATE TROOPER RONNIE M. GASKINS,**
and
**STATE TROOPER CHRIS BERRY,**

Defendants.

Case No.:   1:17-CV-52

JURY TRIAL REQUESTED

## CERTIFICATE OF SERVICE

I, Charles J. Crooks, Esq., local counsel for the Plaintiff, Scott T. Ballock, hereby certify that on the 6th day of October, 2017, I electronically filed the certificate of service for the foregoing **"PLAINTIFF SCOTT BALLOCK'S INITIAL DISCOVERY DISCLOSURES"** with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to the following:

P. Todd Phillips, Esq.
P. Todd Phillips & Associates
235 High Street
Suite 322
Morgantown, WV 26505
ToddPhillips.law@gmail.com

**Counsel for Defendant,**
**Ellen Ruth Costlow**

And

Mark G. Jeffries (WV Bar No. 11618)
Steptoe & Johnson PLLC
400 White Oaks Blvd.
Bridgeport, WV 26330-4500
Mark.jeffries@steptoe-johnson.com

6

Monté L. Williams (WV Bar No. 9526)
Steptoe & Johnson PLLC
P.O. Box 1616
Morgantown, WV 26507-1616
(304) 598-8000
Monte.williams@steptoe-johnson.com

**Co-counsel for Defendants State Trooper Michael Kief, State Trooper Ronnie M. Gaskins and State Trooper Chris Berry**

I, Charles J. Crooks, Esq., local counsel for the Plaintiff, Scott T. Ballock, hereby further certify that on the 6th day of October, 2017, I served the complete document entitled **"PLAINTIFF SCOTT BALLOCK'S INITIAL DISCOVERY DISCLOSURES"** upon each of the forgoing counsel of record via email delivery at the email addresses they have indicated in their appearances.

/S/ *Charles J. Crooks, Esq.*
Charles J. Crooks, Esquire
Crooks Law Firm PLLC
244 Pleasant Street
Morgantown, WV 26505

WV State Bar # 4633
Phone (304) 282-1039

Charles@CrooksLawFirm.org

7