UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**SCOTT T. BALLOCK**                                                       Case No.: 1:17-CV-52

      Plaintiff,

v.                                                                                                  JURY TRIAL REQUESTED

**ELLEN RUTH COSTLOW**,
**STATE TROOPER MICHAEL KIEF**,
**STATE TROOPER RONNIE M. GASKINS**,
and
**STATE TROOPER CHRIS BERRY**,

      Defendants.

## <u>CERTIFICATE OF SERVICE</u>

      I, Charles J. Crooks, Esq., local counsel for the Plaintiff, Scott T. Ballock, hereby certify that on this 18th day of January, 2018, I served by U.S. Mail complete copies of the "PLAINTIFF SCOTT BALLOCK FIRST SET OF DOCUMENT REQUESTS TO DEFENDANT ELLEN RUTH COSTLOW" to the following:

P. Todd Phillips, Esq.
141 Walnut St,
Morgantown, WV 26505
**Counsel for Defendant,**
**Ellen Ruth Costlow**

And

Mark G. Jeffries (WV Bar No. 11618)
Steptoe & Johnson PLLC
400 White Oaks Blvd.
Bridgeport, WV 26330-4500
Mark.jeffries@steptoe-johnson.com


Monté L. Williams (WV Bar No. 9526)
Steptoe & Johnson PLLC

P.O. Box 1616
Morgantown, WV 26507-1616
(304) 598-8000
Monte.williams@steptoe-johnson.com
**Co-counsel for Defendants State Trooper Michael Kief, State Trooper Ronnie M. Gaskins and State Trooper Chris Berry**

      I further certify that I electronically filed and served this certificate of service via the ECF system.

*/S/ Charles J. Crooks, Esq.*