## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**SCOTT T. BALLOCK**                                    Case No.: 1:17-CV-52

     Plaintiff,

v.                                                      JURY TRIAL REQUESTED

**ELLEN RUTH COSTLOW**,
**STATE TROOPER MICHAEL KIEF**,
**STATE TROOPER RONNIE M. GASKINS**,
and
**STATE TROOPER CHRIS BERRY**,

     Defendants.

## <u>CERTIFICATE OF SERVICE</u>

     I, Charles J. Crooks, Esq., local counsel for the Plaintiff, Scott T. Ballock, hereby certify

that on January 18, 2018, I served complete copies of the foregoing "PLAINTIFF SCOTT

BALLOCK FIRST SET OF DOCUMENT REQUESTS TO STATE TROOPER DEFENDANTS

KIEF, GASKINS AND BERRY" by United States Mail, postage pre-paid to the following:

P. Todd Phillips, Esq.
141 Walnut St,
Morgantown, WV 26505
**Counsel for Defendant,**
**Ellen Ruth Costlow**

And

Mark G. Jeffries (WV Bar No. 11618)
Steptoe & Johnson PLLC
400 White Oaks Blvd.
Bridgeport, WV 26330-4500
Mark.jeffries@steptoe-johnson.com

Monté L. Williams (WV Bar No. 9526)
Steptoe & Johnson PLLC

P.O. Box 1616
Morgantown, WV 26507-1616
(304) 598-8000
Monte.williams@steptoe-johnson.com
**Co-counsel for Defendants State Trooper**
**Michael Kief, State Trooper Ronnie M.**
**Gaskins and State Trooper Chris Berry**

I further certify that I electronically filed and served this certificate of service via the ECF

system.

*/S/ Charles J. Crooks, Esq.*