UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA

**SCOTT T. BALLOCK,**

        **Plaintiff,**

**v.**                                                          **CIVIL ACTION NO.:  1:17-CV-52**
                                                                **Honorable Irene M. Keeley**

**ELLEN RUTH COSTLOW,**
**STATE TROOPER MICHAEL KIEF,**
**STATE TROOPER RONNIE M.**
**GASKINS, AND STATE TROOPER**
**CHRIS BERRY,**

        **Defendants.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of February 2018, I served the foregoing "Defendants State Trooper Michael Kief, State Trooper Ronnie M. Gaskins and State Trooper Chris Berry's Responses to Plaintiff's First Set of Document Requests" upon all counsel of record by mailing the same in the U.S. Mail, postage prepaid, in envelopes addressed as follows:

Frederick R. Juckniess, Esq.
302 E. Liberty St., Suite 203
Ann Arbor, MI 48104

Charles J. Crooks, Esq.
CROOKS LAW FIRM PLLC
244 Pleasant Street
Morgantown, WV 26505

*Counsel for Plaintiff*

P. Todd Phillips, Esq.
P. TODD PHILLIPS & ASSOCIATES
235 High Street, Suite 322
Morgantown, WV  26505

*Counsel for Defendant Ellen Ruth Costlow*

7904880.1

**s/  Mark G. Jeffries**
Mark G. Jeffries (WV Bar No. 11618)
STEPTOE & JOHNSON PLLC
400 White Oaks Boulevard
Bridgeport, WV 26330-4500
(304) 933-8000
mark.jeffries@steptoe-johnson.com

Montè L. Williams (WV Bar No. 9526)
STEPTOE & JOHNSON PLLC
P.O. Box 1616
Morgantown, WV  26507-1616
(304) 598-8000
monte.williams@steptoe-johnson.com

*Counsel for Defendants State Trooper Michael Kief, State Trooper Ronnie M. Gaskins, and State Trooper Chris Berry*

16

7904880.1