UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA

SCOTT T. BALLOCK,

      **Plaintiff,**

v.                                              CIVIL ACTION NO.: 1:17-CV-52
                                                      Honorable Irene M. Keeley

**ELLEN RUTH COSTLOW,**
**STATE TROOPER MICHAEL KIEF,**
**STATE TROOPER RONNIE M.**
**GASKINS, AND STATE TROOPER**
**CHRIS BERRY,**

      **Defendants.**

## CERTIFICATE OF SERVICE

I hereby certify that, on the 19th day of March 2018, I filed the foregoing "***Custodian of Records for the West Virginia State Police's Response to Plaintiff's Subpoena Duces Tecum***" upon all counsel of record by mailing the same in the U.S. Mail, postage prepaid, in envelopes addressed as follows:

        Frederick R. Juckniess, Esq.
        302 E. Liberty St., Suite 203
        Ann Arbor, MI 48104

        Charles J. Crooks, Esq.
        CROOKS LAW FIRM PLLC
        244 Pleasant Street
        Morgantown, WV 26505
        *Counsel for Plaintiff*

        P. Todd Phillips, Esq.
        P. TODD PHILLIPS & ASSOCIATES
        235 High Street, Suite 322
        Morgantown, WV 26505
        *Counsel for Defendant Ellen Ruth Costlow*

4

7944865

/s/ *Mark G. Jeffries*
Mark G. Jeffries (WV Bar No. 11618)
STEPTOE & JOHNSON PLLC
400 White Oaks Boulevard
Bridgeport, WV 26330-4500
(304) 933-8000
mark.jeffries@steptoe-johnson.com

Montè L. Williams (WV Bar No. 9526)
STEPTOE & JOHNSON PLLC
P.O. Box 1616
Morgantown, WV  26507-1616
(304) 598-8000
monte.williams@steptoe-johnson.com

*Counsel for Custodian of Records of the West Virginia State Police*