# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF WEST VIRGINIA

**SCOTT T. BALLOCK,**

    **Plaintiff,**

**v.**                                        **CIVIL ACTION NO.: 1:17-CV-52**
                                                              Honorable Irene M. Keeley

**ELLEN RUTH COSTLOW,**
**STATE TROOPER MICHAEL KIEF,**
**STATE TROOPER RONNIE M.**
**GASKINS, AND STATE TROOPER**
**CHRIS BERRY,**

    **Defendants.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of July 2018, I served the foregoing "Defendants State Trooper Michael Kief, State Trooper Ronnie M. Gaskins and State Trooper Chris Berry's Second Supplemental Responses to Plaintiff's First Set of Document Requests" upon all counsel of record by mailing the same in the U.S. Mail, postage prepaid, in envelopes addressed as follows:

> Frederick R. Juckniess, Esq.
> 302 E. Liberty St., Suite 203
> Ann Arbor, MI 48104
>
> Charles J. Crooks, Esq.
> CROOKS LAW FIRM PLLC
> 244 Pleasant Street
> Morgantown, WV 26505
>
> *Counsel for Plaintiff*
>
> P. Todd Phillips, Esq.
> P. TODD PHILLIPS & ASSOCIATES
> 235 High Street, Suite 322
> Morgantown, WV 26505
>
> *Counsel for Defendant Ellen Ruth Costlow*

8077078.1

        **s/ Mark G. Jeffries**_____
Mark G. Jeffries (WV Bar No. 11618)
STEPTOE & JOHNSON PLLC
400 White Oaks Boulevard
Bridgeport, WV 26330-4500
(304) 933-8000
mark.jeffries@steptoe-johnson.com

Montè L. Williams (WV Bar No. 9526)
STEPTOE & JOHNSON PLLC
P.O. Box 1616
Morgantown, WV 26507-1616
(304) 598-8000
monte.williams@steptoe-johnson.com

*Counsel for Defendants State Trooper Michael Kief, State Trooper Ronnie M. Gaskins, and State Trooper Chris Berry*