# EXHIBIT 1

June 25, 2018
Thomas Ballock
805 Harvest Ridge Dr.
Avon, IN 46123

Mark G. Jeffries
Steptoe & Johnson PLLC
400 White Oaks Blvd.
Bridgeport, WV 26330-4500

Monte L. Williams
Steptoe & Johnson PLLC
P.O. Box 1616
Morgantown, WV 26507

P. Todd Phillips, Esq.
Lyons Phillips Legal Group PLLC
141 Walnut Street
Morgantown, WV 26505

Frederick R. Juckniess, Esq.
302 E. Liberty St., Suite 203
Ann Arbor, MI 48104

Charles J. Crooks, Esq.
Crooks Law Firm PLLC
244 Pleasant St.
Morgantown, WV 26505

Re: Ballock v. Costlow et al
Civil action 1:17-CV-52

Dear sirs,

At the request of my son, Scott Ballock, I have downloaded the Forensicon extraction of Kenny Ice's iPhone in .pdf format to allow viewing the download without using the UFED Reader previously provided earlier. The enclosed thumb drive contains the download in .pdf format.

To view the files, invoke the file named
"Apple_iPhone 5_2018-06-20_Report.pdf"
That will open an .pdf document which displays the dump.
Some contents, such as videos and pictures, can be accessed by clicking on the hyperlink contained in the .pdf file.

**PLEASE NOTE:** If you wish to view files using the previously-provided UFED Reader file, you may still do so. *However, that reader ("UFED Reader3.7.exe") should not be used to print files* because it may fail to print certain entries (those marked as "deleted" when viewed with the UFED Reader). If you wish to print UFED Reader files (including those marked as "deleted"), you'll have to use an upgraded version of the reader provided by Forensicon. I have included a file for the updated UFED Reader on the thumb drive, and its filename is "UFEDReader_7.6.0.83.exe".

The reader ver. 7.6 is *very* slow to open, then slowly to load files from "KENNY ICE IPHONE 5.ufdr" (sent on previous thumb drive). If you get an error message "...missing [filename].dll, ignore it—just close the popup. When it starts, click on "Activate later".

Regards,

*Thomas Ballock*

Thomas Ballock
317-794-4868