**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**SCOTT T. BALLOCK,**

        **Plaintiff,**

**v.**                 **//**   **CIVIL ACTION NO. 1:17CV52**
                                    **(Judge Keeley)**

**ELLEN RUTH COSTLOW,
STATE TROOPER MICHAEL KIEF,
STATE TROOPER RONNIE M. GASKINS, and
STATE TROOPER CHRIS BERRY,**

        **Defendants.**

---

**ORDER SCHEDULING MOTION HEARING**

On August 15, 2018, defendants Michael Kief, Ronnie M. Gaskins, and Chris Berry filed a Motion to Compel (Dkt. No. 81) and a Motion to Require Plaintiff to Release Expunged Records or, in the Alternative, to Prohibit Plaintiff from Presenting Evidence of His Arrest and Prosecution (Dkt. No. 82). For good cause, the Court **SCHEDULES** a hearing to take up the motions on **Tuesday, August 21, 2018, at 2:30 P.M.**, at the **Clarksburg, West Virginia**, point of holding court.

It is so **ORDERED**.

The Court directs the Clerk to transmit copies of this Order to counsel of record.

DATED: August 17, 2018.

                                /s/ Irene M. Keeley
                                IRENE M. KEELEY
                                UNITED STATES DISTRICT JUDGE