# EXHIBIT 4



**U.S. Department of Justice**

Federal Bureau of Investigation

---

*Office of the General Counsel*          Washington, D.C. 20535-0001

July 2, 2018

Via Electronic Mail (Mark.Jeffries@steptoe-johnson.com)

Mark G. Jeffries
Steptoe & Johnson PLLC
40 White Oaks Boulevard
Bridgeport, WV 26330

Re:  Ballock v. Costlow, et al. Civil Action No. 1:17-CV-52 (N.D.W.Va.)

Dear Mr. Jeffries,

On or around May 30, 2018, the Federal Bureau of Investigation ("FBI" or "Bureau") received an amended subpoena and corresponding letter commanding the production of various documents related to Scott T. Ballock that may be in the Bureau's possession. The deadline for compliance with this subpoena was June 30, 2018. However, as we discussed on June 29, 2018, the FBI was unable to produce any documents by that date.

The Bureau is currently in the process of identifying and collecting potentially relevant documents. Once documents have been identified and collected, we will need to make a determination on the propriety of release in response to your Touhy request and subpoena, taking into consideration any applicable privileges. Further, responsive documents will need to be processed (redacted (as may be necessary), Bates-stamped, etc.). At this time, we cannot provide a reliable estimate of the time that will be required to respond substantively to your subpoena; however, a production of documents in August (assuming there are documents to produce) would be a best-case scenario. In the meantime, you agreed to hold your subpoena in abeyance, and we will talk again in about 4 weeks to discuss where things stand. If you have any questions or concerns, please reach out to me at 202-324-5726 or kpadmanabhan@fbi.gov, or Unit Chief Paul Wellons (202-324-6621; prwellons@fbi.gov).

Sincerely,

*s/ Kartic Padmanabhan*

Kartic Padmanabhan
Assistant General Counsel