UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

SCOTT T. BALLOCK,

        Plaintiff,                          Case No.: 1:17-CV-52-IMK

v.                                          JURY TRIAL REQUESTED

ELLEN RUTH COSTLOW,
STATE TROOPER MICHAEL KIEF,
STATE TROOPER RONNIE M. GASKINS,
and
STATE TROOPER CHRIS BERRY,

        Defendants.

**PLAINTIFF'S MOTION TO COMPEL DISCOVERY FROM STATE TROOPER DEFENDANTS KIEF, GASKINS AND BERRY**

# Exhibit A

# DOCUMENT PRIVILEGE LOG

## Ballock v. Costlow, Kief, Gaskins, and Berry
## US District Court of Northern District of West Virginia
## Case No. 1:17-CV-52

| Date/Time | Custodian | Description of Document | Bates Numbered | Privilege Asserted |
|---|---|---|---|---|
| 04/11/16 4:33 p.m. | Steptoe & Johnson | Email chain between D. Johnson, M. Kief and Attorney V. Grottendieck | Troopers-PRIV 00001 - Troopers-PRIV 00002 | Attorney-Client Privilege |
| 04/22/17 12:11 p.m. | Steptoe & Johnson | Email from E. Costlow to M. Kief re: representation in lawsuit | Troopers-PRIV 00003 - Troopers-PRIV 00005 | Work Product |
| 04/24/17 10:24 a.m. | Steptoe & Johnson | Email from E. Costlow to M. Kief & R. Gaskins re: representation in lawsuit | Troopers-PRIV 00006 | Work Product |
| 04/24/17 11:28 a.m. | Steptoe & Johnson | Email from E. Costlow to M. Kief re: representation in lawsuit | Troopers-PRIV 00007 | Work Product |
| 04/26/17 9:38 p.m. | Steptoe & Johnson | Email from E. Costlow to M. Kief re: allegations in lawsuit | Troopers-PRIV 00008 | Work Product |
| 04/27/17 7:28 a.m. | Steptoe & Johnson | Email from E. Costlow to M. Kief & R. Gaskins re: website concerning lawsuit | Troopers-PRIV 00009 - Troopers-PRIV 00010 | Work Product |
| 04/27/17 6:55 p.m. | Steptoe & Johnson | Email from E. Costlow to M. Kief re: defense of lawsuit | Troopers-PRIV 00011 | Work Product |

7963607

1

Exhibit 2

Troopers-PRIV 00029

# DOCUMENT PRIVILEGE LOG

## Ballock v. Costlow, Kief, Gaskins, and Berry
## US District Court of Northern District of West Virginia
## Case No. 1:17-CV-52

| Date/Time | Custodian | Description of Document | Bates Numbered | Privilege Asserted |
|---|---|---|---|---|
| 04/28/17 5:31 p.m. | Steptoe & Johnson | Email from E. Costlow to M. Kief re: website concerning lawsuit | Troopers-PRIV 00012 | Work Product |
| 04/28/17 5:38 p.m. | Steptoe & Johnson | Email from E. Costlow to M. Kief re: website concerning lawsuit | Troopers-PRIV 00013 - Troopers-PRIV 00016 | Work Product |
| 04/28/17 5:40 p.m. | Steptoe & Johnson | Email from E. Costlow to M. Kief re: allegations in lawsuit | Troopers-PRIV 00017 | Work Product |
| 04/28/17 6:34 p.m. | Steptoe & Johnson | Email from E. Costlow to M. Kief re: allegations in lawsuit | Troopers-PRIV 00018 | Work Product |
| 06/21/17 7L29 p.m. | Steptoe & Johnson | Email from E. Costlow to M. Kief re: allegations in lawsuit | Troopers-PRIV 00019 | Work Product |
| 07/16/17 8:23 p.m. | Steptoe & Johnson | Email from E. Costlow to M. Kief re: website concerning lawsuit | Troopers-PRIV 00020 | Work Product |
| 7/21/17 10:36 a.m. | Steptoe & Johnson | Email from E. Costlow to M. Kief re: lawsuit advice | Troopers-PRIV 00021 | Work Product |

# DOCUMENT PRIVILEGE LOG

## Ballock v. Costlow, Kief, Gaskins, and Berry
## US District Court of Northern District of West Virginia
## Case No. 1:17-CV-52

| Date/Time | Custodian | Description of Document | Bates Numbered | Privilege Asserted |
|---|---|---|---|---|
| 10/11/17 7:24 a.m. | Steptoe & Johnson | Email from E. Costlow to M. Kief re: allegations in lawsuit | Troopers-PRIV 00022 | Work Product |
| 02/19/18 1:49 p.m. | Steptoe & Johnson | Email from E. Costlow to M. Kief re: allegations in lawsuit | Troopers-PRIV 00023 - Troopers-PRIV 00024 | Work Product |
| 04/25/17 8:34 a.m. | Steptoe & Johnson | Email from Ronnie Gaskins to E. Costlow re: Attorney | Troopers PRIV 00028 | Work Product |