UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

SCOTT T. BALLOCK,

        Plaintiff,

v.

ELLEN RUTH COSTLOW,
STATE TROOPER MICHAEL KIEF,
STATE TROOPER RONNIE M. GASKINS,
and
STATE TROOPER CHRIS BERRY,

        Defendants.

Case No.: 1:17-CV-52-IMK

JURY TRIAL REQUESTED

**PLAINTIFF'S MOTION TO COMPEL DISCOVERY FROM
STATE TROOPER DEFENDANTS KIEF, GASKINS AND BERRY**

# Exhibit B

From: Ellen Costlow <ellencostlow@gmail.com>
To: "ronnie.m.gaskins@wvsp.gov" <ronnie.m.gaskins@wvsp.gov>
Cc: michael.a.kief@wvsp.gov
Date: Mon, 29 Feb 2016 15:08:22 -0500
Subject: Fwd: Website contact from: Jud | Ellen Costlow

Don't know if I ever shared this email from Tom Ballock to my father (Jud Costlow) who had written to request Tom take down the internet websites about me. It is, of course, full of a bunch of twisted baloney, lies, exaggerations, etc.... At the least, please read the last line.

If I didn't share this email from Tom to my dad earlier, it was an oversight on my part. I just wanted you to see it and know that in time he will be after me again hiding behind his Constitutional Right of Freedom of Speech.

The websites about me are currently down for a reason other than Tom deciding it's the right thing to do.  Read the tone to his letter.  Look at what he does with his gripes about Papa Johns, Koch Brothers, Certa Pro Painters, and Nissan Corporation on his other websites he has online.  Over a decade has passed and his issues with those companies are something he still writes about to this day.

Do you think anyone in the prosecuting attorney's office will ever subpoena the letters Tom sent to the State Board of Education, the Marion County Board of Education, and my principal?  At this point I sure would like to know what he's been telling others to try to cost me my job.  I'm hopeful to transfer to a smaller school closer to my home for the next school year, and I'm sure Tom will find out and write my new principal should I be chosen for the job.  The US Constitution sure does give him a lot of control in my life as an ex-father in-law.

Sincerely,

Ellen Costlow


> Begin forwarded message:
>
> From: Judson Costlow <judcostlow@gmail.com>
> Subject: Fwd: Website contact from: Jud | Ellen
> Date: June 12, 2015 at 4:36:48 PM EDT
> To: Ellen Costlow <ellencostlow@gmail.com>
>
>
> ---------- Forwarded message ---------
> From: Thomas Web Resources <thomaswebresources@fastmail.fm>
> Date: Wed, Dec 10, 2014 at 3:43 AM
> Subject: Re: Website contact from: Jud | Ellen
> To: <judcostlow@gmail.com>

Troopers 00871

Exhibit 1

Hello, Jud,

I've given it some thought, and these are my initial thoughts:

I'll consider taking the websites down, but only if those "news" stories about Scott disappear from the web.

I believe one must accept responsibility for one's actions. Ellen has never done that, nor will she ever do so. Her mental illness causes her to refuse to accept responsibility and to, instead, lay blame on others. It's always somebody else's fault. The drugs she takes surely don't help, either.

She has traumatized her kids, undertaken a non-stop effort to attack Scott and cost him his job, attacked Scott and me by filing a worthless civil lawsuit full of lies (which, by the way, cost me $2,500 in attorney fees), reportedly had one of her police buddies surveil Patti and me when we drove Summer to visitation exchange locations, spent marital funds (earned by Scott) to support her boyfriend and buy him gifts, told Summer to lie to her counselor and to her father, burned through about $125,000 or more in savings (the kids' college fund). Because of her burning through the family savings, the kids now attend dubious public schools instead of the private school they attended.Then there's the matter of her malicious action in having Scott arrested -- and the subsequent publicity. He now faces an internal FBI investigation and who knows whether or not it might cost him his job? And he has to hire an attorney for THAT, too. He has had to pay attorneys for:
- Divorce
- Ellen's malicious civil lawsuit
- Ellen's malicious arrest
- His upcoming FBI internal investigation.
Have you ANY idea how much just the lawyer fees have cost him?

Do this, Jud:

Go to google.com and search for "Scott Ballock". Several of those sites are mine. I put them online after I saw that the news stories about Scott's arrest were what people saw when they search for "Scott Ballock" (they're still there). Before I put my sites online, the first sites were ONLY those news stories about "FBI Agent Arrested". That didn't have to be. All Ellen had to do was lodge a complaint with the family court judge and none of those "news" stories would have appeared. In FACT, she asked her lawyers, some six months prior, to complain to the judge about "harassment". For whatever reason, they did not do so (probably because they either felt it unjustified or that it would harm her case). Then those lawyers dropped her as a client, she was apparently having sex with a state trooper, and (what do you know?) Scott gets arrested. They even set it up to arrest him during a family court hearing so the judge could see!

I truly believe Ellen had sex with the West Virginia State Trooper who was responsible for making the arrest (that would make at least two state troopers). She also had sex with a Fairmont, WV, cop, according to her text messages.

The "family effect" has been devastating, not to mention the wives she hunted down to tell them their husbands were having sex with her. THAT is pure malice and evil. Or having Kenny's ex-girlfriend arrested and dragged into court. The cops literally chased her down and arrested her.

Because Ellen was jealous of her, and her mental illness makes her exceptionally paranoid.

Let's look at a few facts:

Ellen doesn't give a damn about anybody else, even her own kids, if her interests/desires are involved.

She is malicious, vindictive, and a human tornado, leaving a swath of destruction wherever she goes. People have said they are afraid of her.

She KNOWS she is mentally ill but refuses to seek psychiatric help.

She has intentionally, willfully and maliciously dragged her husband, her children, my wife, and me, through hell.

She has surely destroyed others' marriages.

She put Tommy in a mental facility during the 2012 Christmas holiday. FOR NO REASON. That boy is going to live with it, and it will bubble up into his consciousness every Christmas for the rest of his life. I know that, because my father committed suicide on Christmas Day when I was 8 years old. The pain of it returns to me EVERY Christmas. She has given that same awful "Christmas gift" to Tommy.

She dismissed any concern about Summer viewing Ellen's self-made sex videos. THEN she had the unmitigated gall to tell Summer "Your daddy made me do that". She told Kenny that she hoped Summer would give Kenny's nephew his first blow job. She took Summer to visit with a convicted child molester (and she knew he was). She was grooming Summer to be a slut just like mommy.

You know what she has said about you? That you really don't care about her. But she's looking forward to the payday she'll get when you die. According to Kenny, her quack "therapist" was trying to convince Ellen she's the victim of childhood (sexual) abuse. Ellen says her mother was as sexually promiscuous as she is.

After Kenny discovered Summer had been visiting porn sites on the web, Ellen laughed it off, saying Summer inherited the "Costlow genes".

She filed for a divorce and it probably could have been finalized within 3-4 months. She would have probably ended up with custody of the kids, alimony and child support. Instead, she had to go nuclear and try to use it to destroy Scott, creating a year-and-one-half long scorched-earth war that cost $200,000 or more. SHE caused it to last that long and to be so adversarial and expensive. And in the end, fittingly, she got nothing and now has to pay child support. And she's living with a guy who makes money selling drugs, selling stolen merchandise on e-bay and who was arrested for stealing $10,700 from his employer's safe. SHE did that to herself, Jud! Because she is full of bile, hate and venom. It blinds her.

Ellen KNOWS a forensic psychiatrist diagnosed her as having Borderline Personality Disorder and a sex-related disorder. You know what her response to that is? She denies it. Flatly denies it.

I'm looking forward to her testimony at Scott's trial, which she has so eagerly pursued. As a public proceeding, it's public-record. And I expect a lot of salacious information about HER to go into the record

Troopers 00873

when she is cross-examined, and when others testify about her. She's too ego-centered and consumed with malice to realize this trial will be as much about her as it will be about Scott. In fact, it will probably be worse for her. It may provide some good content for the websites, too.

I'll consider removing the websites about Ellen if/when those "news" stories about Scott's arrest disappear from the web. But I don't expect them to be removed. I have contacted the news stations, explaining that his children can see that stuff, and asked them to remove them. They never replied to me, and those articles are still there. Oh, and it would also be contingent on Ellen removing the serious emotional pain she has caused the children (maybe she could pay for counseling for the rest of their lives). And, finally, Ellen would have to enter a qualified psychiatric program, one with experience in treating Borderline Personality Disorder, and must remain enrolled for at least one full year--or, alternately, have herself committed to a psychiatric hospital with her release contingent on evidence her Borderline Personality Disorder has been satisfactorily treated. Maybe you could use her inheritance to pay for it.

Considering all we've been through, I don't think that's too much to ask.

As for a job, well, she can put her talents to profitable use and sell sex, instead of giving it away. Hell, I'll even create a website for her, free of charge. I've already got the domain name "AshleeLeeson.com"...she could use that to market her wares. She might even be able to make some additional money by selling the sex videos she makes of herself. Hookers can make a very good income. Then she could combine her vocation with her avocation, and how many people are fortunate enough to have that?

Ellen is the devil incarnate, Jud, and I sincerely believe others should be warned about her and her ability and willingness to savagely attack people. She thrives on conflict and completely lacks empathy, sympathy or compassion for others.

She should never have attacked my family and me so wantonly, maliciously and viciously.

Sometimes there's a price to pay when you set out to destroy others.

Regards,
Tom
--