**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**SCOTT T. BALLOCK,**

        Plaintiff,

v.

**ELLEN RUTH COSTLOW**,
**STATE TROOPER MICHAEL KIEF**,
**STATE TROOPER RONNIE M. GASKINS**,
and
**STATE TROOPER CHRIS BERRY**,

        Defendants.

Case No.: 1:17-CV-52-IMK

JURY TRIAL REQUESTED

**<u>PLAINTIFF'S MOTION FOR LEAVE TO ALLOW FREDERICK R. JUCKNIESS TO WITHDRAW AS COUNSEL</u>**

After consultation among the Plaintiff, his lead counsel and local counsel, it has been mutually agreed that lead counsel, Frederick R. Juckniess, Esquire may, subject to this Court's leave, withdraw as counsel. Local counsel has agreed to continue as counsel, understanding that the deadlines provided in (Doc 88) Second Amended Scheduling Order entered on August 22, 2018 will not be amended owing to the withdrawal of Mr. Juckniess as counsel.

Respectfully submitted this 13th day of November, 2018.

/S/ Charles J. Crooks

Charles J. Crooks / WV Bar # 4633
Crooks law Firm PLLC
244 Pleasant Street
Morgantown, WV 26505
Cell: (304) 282-1039
Charles@CrooksLawFirm.org
***Local Counsel for Plaintiff, Scott Ballock***

/S/ Frederick R. Juckniess

Frederick R. Juckniess
Juckniess Law Firm PLC
302 E. Liberty St., Suite 203
Ann Arbor, MI 48104
Phone:  (734) 707-1515
Rick@juckniesslaw.com
***Lead Counsel for Scott Ballock***

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA


**SCOTT T. BALLOCK**                                   Case No.:      1:17-CV-52

        Plaintiff,

v.                                                                JURY TRIAL REQUESTED

**ELLEN RUTH COSTLOW**,
**STATE TROOPER MICHAEL KIEF**,
**STATE TROOPER RONNIE M. GASKINS**,
and
**STATE TROOPER CHRIS BERRY**,

        Defendants.

## CERTIFICATE OF SERVICE

I, Charles J. Crooks, Esq., local counsel for the Plaintiff, Scott T. Ballock, hereby certify

that on the 13th day of November, 2018, I filed the foregoing  "**PLAINTIFF'S MOTION FOR**

**LEAVE TO ALLOW FREDERICK R. JUCKNIESS TO WITHDRAW AS COUNSEL**"

with the Clerk of the Court using the CM/ECF system, thereby serving the following:

P. Todd Phillips
Lyons Phillips Legal Group PLLC
141 Walnut Street
Morgantown, WV 26505
toddphillips.law@gmail.com
**Counsel for Defendant,**
**Ellen Ruth Costlow**

Mark G. Jeffries (WV Bar No. 11618)
Steptoe & Johnson PLLC
400 White Oaks Blvd.
Bridgeport, WV 26330-4500
Mark.jeffries@steptoe-johnson.com
**Co-counsel for Defendants**
**Michael Kief, Ronnie M.**
**Gaskins and Chris Berry**

Monté L. Williams (WV Bar No. 9526)
Steptoe & Johnson PLLC
P.O. Box 1616
Morgantown, WV 26507-1616
(304) 598-8000
Monte.williams@steptoe-johnson.com
**Co-counsel for Defendants Michael Kief, Ronnie M.
Gaskins and Chris Berry**


/s/ *Charles J. Crooks*