UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**SCOTT T. BALLOCK,**

      Plaintiff,                                 Case No.: 1:17-CV-52-IMK

v.                                              JURY TRIAL REQUESTED

**ELLEN RUTH COSTLOW**,
**STATE TROOPER MICHAEL KIEF**,
**STATE TROOPER RONNIE M. GASKINS**,
and
**STATE TROOPER CHRIS BERRY**,

      Defendants.

### ORDER GRANTING LEAVE TO WITHDRAW AS COUNSEL

By motion (Doc 89), the Plaintiff, Scott T. Ballock, has moved for leave to allow his lead counsel, Frederick R. Juckniess, Esquire, admitted pro hac vice (Doc 30), to withdraw as counsel. In the motion it is represented that this motion proceeds with the knowledge and consent of the Plaintiff as well as his heretofore local counsel, Charles J. Crooks, Esquire, who has agreed to continue as counsel. The Plaintiff and his remaining counsel understand the withdrawal of Mr. Juckniess will not be grounds for amending the schedule (Doc 88).

There being no grounds for denial or delay, the Court does hereby

**GRANT** Mr. Juckniess leave to withdraw as counsel for the Plaintiff in all further proceedings in this civil action. His name shall accordingly be removed from the docket and service list. It is so **ORDERED**.

Dated: November 27, 2018

                                                                             /s/ Irene M. Keeley
                                                                             _____
                                                                             Irene M. Keeley
                                                                             United States District Judge