UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA

**SCOTT T. BALLOCK,**

   **Plaintiff,**

v.                   **CIVIL ACTION NO.: 1:17-CV-52**
                     **Honorable Irene M. Keeley**

**ELLEN RUTH COSTLOW,**
**STATE TROOPER MICHAEL KIEF,**
**STATE TROOPER RONNIE M.**
**GASKINS, AND STATE TROOPER**
**CHRIS BERRY,**

   **Defendants.**

## STIPULATION REGARDING EXPERT WITNESS DISCLOSURES

   Plaintiff Scott T. Ballock; Defendants State Trooper Michael Kief, State Trooper Ronnie M. Gaskins, and State Trooper Chris Berry (collectively, the "State Police Defendants"); and Defendant Ellen Ruth Costlow, by their respective counsel, hereby stipulate under Local Rule of Civil Procedure 16.01(f) that Plaintiff shall have until March 26, 2019 to make his expert witness disclosure, and Defendants shall have until April 26, 2019 to make their expert witness disclosures, per the agreement of the parties.

   Dated this 6th day of March 2019.

                    /s/ *Charles J. Crooks*
                    Charles J. Crooks (WV Bar No. 4633)
                    CROOKS LAW FIRM PLLC
                    244 Pleasant Street
                    Morgantown, WV 26505
                    (304) 282-1039
                    Charles@crookslawfirm.org
                    *Counsel for Plaintiff*

8348849.1

        ***/s/ P. Todd Phillips***
P. Todd Phillips (WV Bar No. 9499)
LYONS PHILLIPS LEGAL GROUP PLLC
141 Walnut Street
Morgantown, WV 26505
(304) 296-3200 or (304) 296-0123
toddphillips.law@gmail.com
*Counsel for Defendant Ellen Ruth Costlow*


        ***/s/ Mark G. Jeffries***
Mark G. Jeffries (WV Bar No. 11618)
STEPTOE & JOHNSON PLLC
400 White Oaks Boulevard
Bridgeport, WV 26330-4500
(304) 933-8000
mark.jeffries@steptoe-johnson.com

Montè L. Williams (WV Bar No. 9526)
STEPTOE & JOHNSON PLLC
P.O. Box 1616
Morgantown, WV 26507-1616
(304) 598-8000
monte.williams@steptoe-johnson.com
*Counsel for Defendants State Trooper Michael Kief, State Trooper Ronnie M. Gaskins, and State Trooper Chris Berry*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA

**SCOTT T. BALLOCK,**

      **Plaintiff,**

**v.**                                    **CIVIL ACTION NO.: 1:17-CV-52**
                                         **Honorable Irene M. Keeley**

**ELLEN RUTH COSTLOW,**
**STATE TROOPER MICHAEL KIEF,**
**STATE TROOPER RONNIE M.**
**GASKINS, AND STATE TROOPER**
**CHRIS BERRY,**

      **Defendants.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of March 2019, I filed the foregoing "*Stipulation Regarding Expert Witness Disclosures*" with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

      Charles J. Crooks, Esq.
      CROOKS LAW FIRM PLLC
      244 Pleasant Street
      Morgantown, WV 26505

      *Counsel for Plaintiff*

8348849.1

P. Todd Phillips, Esq.
LYONS PHILLIPS LEGAL GROUP PLLC
141 Walnut Street
Morgantown, WV 26505

*Counsel for Defendant Ellen Ruth Costlow*

**s/ Mark G. Jeffries**
Mark G. Jeffries (WV Bar No. 11618)
STEPTOE & JOHNSON PLLC
400 White Oaks Boulevard
Bridgeport, WV 26330-4500
(304) 933-8000
mark.jeffries@steptoe-johnson.com

Montè L. Williams (WV Bar No. 9526)
STEPTOE & JOHNSON PLLC
P.O. Box 1616
Morgantown, WV 26507-1616
(304) 598-8000
monte.williams@steptoe-johnson.com

*Counsel for Defendants State Trooper Michael Kief, State Trooper Ronnie M. Gaskins, and State Trooper Chris Berry*

8348849.1