# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**SCOTT T. BALLOCK**  Case No.: 1:17-CV-52

Plaintiff,

v.  JURY TRIAL REQUESTED

**ELLEN RUTH COSTLOW**,
**STATE TROOPER MICHAEL KIEF**,
**STATE TROOPER RONNIE M. GASKINS**,
And **STATE TROOPER CHRIS BERRY**,

Defendants.

## NOTICE OF TROOPER DEPOSITIONS

Please note that the depositions of the Trooper Defendants have been arranged by agreement for the following dates, times and location:

1. Michael Kief will sit for deposition on Tuesday, May 28 beginning at 1:00 p.m. at the Steptoe & Johnson law offices located at 1085 Van Voorhis Road, Suite 4000 Morgantown, WV 26505.

2. Ronnie M. Gaskins will sit for deposition on Wednesday, May 29 beginning at 9:00 a.m. at the Steptoe & Johnson law offices located at 1085 Van Voorhis Road, Suite 4000 Morgantown, WV 26505.

3. Christopher Berry will sit for deposition on Wednesday, May 29, 2019 upon the completion of the deposition of Ronnie Gaskins.

All these depositions will be conducted under oath before a stenographer, all pursuant to the Federal Rules of Civil Procedure.

Done this 27th day of May, 2019.

*/s/Charles J. Crooks, Esq.*
Charles J. Crooks, Esq.
(WV Bar No. 4633)
Crooks Law Firm PLLC
244 Pleasant Street
Morgantown, WV  26505
(304) 282-1039
***Counsel for Defendant, Scott T. Ballock***

# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**SCOTT T. BALLOCK**  Case No.: 1:17-CV-52

      Plaintiff,

v.  JURY TRIAL REQUESTED

**ELLEN RUTH COSTLOW**,
**STATE TROOPER MICHAEL KIEF**,
**STATE TROOPER RONNIE M. GASKINS**,
And **STATE TROOPER CHRIS BERRY**,

      Defendants.

## CERTIFICATE OF SERVICE

I, Charles J. Crooks, Esq., counsel for the Plaintiff, Scott T. Ballock, hereby certify that on May 27, 2019, I served the foregoing "Notice of Trooper Depositions" via the ECF system to the following:

P. Todd Phillips, Esq.
141 Walnut Street
Morgantown, WV 26505
***Counsel for Defendant,***
***Ellen Ruth Costlow***
Phone: (304) 296-3200 or (304) 296-0123
(304) 296-0713 fax
toddphillips.law@gmail.com

Mark G. Jeffries (WV Bar No. 11618)
Steptoe &amp; Johnson PLLC
400 White Oaks Blvd.
Bridgeport, WV 26330-4500
Mark.jeffries@steptoe-johnson.com

And

Monté L. Williams (WV Bar No. 9526)
Steptoe &amp; Johnson PLLC
P.O. Box 1616
Morgantown, WV 26507-1616
(304) 598-8000
Monte.williams@steptoe-johnson.com

***Co-counsel for Defendants State Trooper Michael Kief, State Trooper Ronnie M. Gaskins and State Trooper Chris Berry***

*Charles J. Crooks*
/S/ Charles J. Crooks, Esq.