UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA

SCOTT T. BALLOCK,

    Plaintiff,

v.                                      CIVIL ACTION NO.: 1:17-CV-52
                                         Honorable Irene M. Keeley

ELLEN RUTH COSTLOW,
STATE TROOPER MICHAEL KIEF,
STATE TROOPER RONNIE M.
GASKINS, AND STATE TROOPER
CHRIS BERRY,

    Defendants.

### AMENDED NOTICE OF MEDIATION

Please take notice that, pursuant to L.R. Civ. P. 16.06(b), the parties have agreed to have Charles R. Steele, Esquire serve as mediator, for his normal and customary fee, in the above-referenced civil action. The mediation will be conducted on Thursday, June 20, 2019, beginning at 10:00 a.m. at the office of Steptoe & Johnson, PLLC located at 1085 Van Voorhis Road, Suite 400, in Morgantown, West Virginia.

Dated this 18th day of June 2019.

                                                          Respectfully submitted,

                                                          */s/ Mark G. Jeffries*
                                                          Mark G. Jeffries (WV Bar No. 11618)
                                                          STEPTOE & JOHNSON PLLC
                                                          400 White Oaks Boulevard
                                                          Bridgeport, WV 26330
                                                          (304) 933-8000
                                                          mark.jeffries@steptoe-johnson.com

8453486.1

Montè L. Williams (WV Bar No. 9526)
STEPTOE & JOHNSON PLLC
P.O. Box 1616
Morgantown, WV  26507-1616
(304) 598-8000
monte.williams@steptoe-johnson.com

*Counsel for Defendants State Trooper Michael Kief, State Trooper Ronnie M. Gaskins, and State Trooper Chris Berry*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA

SCOTT T. BALLOCK,

    Plaintiff,

v.

ELLEN RUTH COSTLOW,
STATE TROOPER MICHAEL KIEF,
STATE TROOPER RONNIE M.
GASKINS, AND STATE TROOPER
CHRIS BERRY,

    Defendants.

CIVIL ACTION NO.: 1:17-CV-52
Honorable Irene M. Keeley

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of June 2019, I electronically filed the foregoing "Amended Notice of Mediation" with the Clerk of the Court using CM/ECF system, which will send notification of such filing to the following:

> Charles J. Crooks, Esquire
> Crooks Law Firm PLLC
> 244 Pleasant Street
> Morgantown, WV 26505
>
> *Counsel for Plaintiff*
>
> P. Todd Philips, Esquire
> Lyons Phillips Legal Group PLLC
> 141 Walnut Street
> Morgantown, WV 26505
>
> *Counsel for Defendant Ellen Ruth Costlow*

                                                s/ *Mark G. Jeffries*
                                                Mark G. Jeffries (WV Bar No. 11618)
                                                STEPTOE & JOHNSON PLLC
                                                400 White Oaks Boulevard
                                                Bridgeport, WV 26330
                                                (304) 933-8000
                                                mark.jeffries@steptoe-johnson.com

Montè L. Williams (WV Bar No. 9526)
STEPTOE & JOHNSON PLLC
P.O. Box 1616
Morgantown, WV  26507-1616
(304) 598-8000
monte.williams@steptoe-johnson.com

*Counsel for Defendants State Trooper Michael Kief, State Trooper Ronnie M. Gaskins, and State Trooper Chris Berry*