UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA

SCOTT T. BALLOCK,

    Plaintiff,

v().

ELLEN RUTH COSTLOW,
STATE TROOPER MICHAEL KIEF,
STATE TROOPER RONNIE M.
GASKINS, AND STATE TROOPER
CHRIS BERRY,

    Defendants.

CIVIL ACTION NO.: 1:17-CV-52
Honorable Irene M. Keeley

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of June, 2019, I served the foregoing "Defendants State Trooper Michael Kief, State Trooper Ronnie M. Gaskins and State Trooper Chris Berry's Fourth Supplemental Responses to Plaintiff's First Set of Document Requests" upon all counsel of record by mailing the same in the U.S. Mail, postage prepaid, in envelopes addressed as follows:

    Frederick R. Juckniess, Esq.
    302 E. Liberty St., Suite 203
    Ann Arbor, MI 48104

    Charles J. Crooks, Esq.
    CROOKS LAW FIRM PLLC
    244 Pleasant Street
    Morgantown, WV 26505

    *Counsel for Plaintiff*

    P. Todd Phillips, Esq.
    LYONS PHILLIPS LEGAL GROUP PLLC
    141 Walnut Street
    Morgantown, WV  26505

    *Counsel for Defendant Ellen Ruth Costlow*

8467451

s/ Mark G. Jeffries
Mark G. Jeffries (WV Bar No. 11618)
STEPTOE & JOHNSON PLLC
400 White Oaks Boulevard
Bridgeport, WV 26330-4500
(304) 933-8000
mark.jeffries@steptoe-johnson.com

Montè L. Williams (WV Bar No. 9526)
STEPTOE & JOHNSON PLLC
P.O. Box 1616
Morgantown, WV  26507-1616
(304) 598-8000
monte.williams@steptoe-johnson.com

*Counsel for Defendants State Trooper Michael Kief, State Trooper Ronnie M. Gaskins, and State Trooper Chris Berry*

8467451