```
         IN THE UNITED STATES DISTRICT COURT
      FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**SCOTT T. BALLOCK,**

      **Plaintiff,**

v.                                    CIVIL ACTION NO. 1:17CV52
                                              (Judge Keeley)

**ELLEN RUTH COSTLOW,**
**STATE TROOPER MICHAEL KIEF,**
**STATE TROOPER RONNIE M. GASKINS, and**
**STATE TROOPER CHRIS BERRY,**

      **Defendants.**

**ORDER DENYING DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEAL [DKT. NO. 111] AND DIRECTING COUNSEL FOR DEFENDANTS TO RE-FILE**

On July 2, 2019, defendants Michael Kief, Ronnie M. Gaskins, and Chris Berry filed a motion for leave to file a Memorandum in Support of Motion for Summary Judgment and, if necessary, a Motion for Leave to Exceed Page Limits under seal. Pursuant to L.R. Civ. P. 26.05(b), parties seeking such leave are required to include the proposed documents to be filed under seal as an attachment to the motion, and to file a memorandum of law which contains the reasons why sealing is necessary, including the reasons why alternatives to sealing, such as redaction, are inadequate, the requested duration of the proposed seal, and a discussion of the propriety of sealing. Because the defendants failed to do so, the Court **DENIES** the motion (Dkt. No. 111) and **DIRECTS** counsel for the defendants to re-file the motion in accordance with the local rules.

**BALLOCK V. COSTLOW, ET AL.**                                                1:17CV52

**ORDER DENYING DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEAL [DKT. NO. 111] AND DIRECTING COUNSEL FOR DEFENDANTS TO RE-FILE**

The Clerk is directed to transmit copies of this Order to counsel of record.

DATED: July 2, 2019

                                                /s/ Irene M. Keeley
                                                IRENE M. KEELEY
                                                UNITED STATES DISTRICT JUDGE