# EXHIBIT 5

Emails2

scottballock@yahoo.com
Sent: Wednesday, November 07, 2012 9:48 PM
To: Ballock Ellen
Subject: Tommy

Tommy had an extremely difficult night tonight. After dinner we kept the tv off, sat on the couch and I rubbed his back while we talked. He is traumatized by what has happened. He is a sensitive and emotional little boy who is suffering tremendously. I believe this has scarred him forever. I seriously worry about your relationship. I don't want either of you to struggle like this. Despite your wanting to believe otherwise, it is much deeper than, and pre-dates, our separation. Did you happen to see the picture he drew at counseling today? The one in which he depicted, as instructed by the counselor, a picture of us before the separation? Very sad.

Please remind your counselor tomorrow that she promised to help you with your marriage, not tear it apart. That she said it was important because divorces were devastating. And that she could tell you were madly in love with me.

Tommy asks that you place in the school office enough clothes to get him through the weekend.

I am not sure exactly when Nana will be here because I forgot that T and I are going to Pittsburgh Saturday night. Nana was originally scheduled to be here and babysit so you and I could go to Pittsburgh and talk, but now that it's going to be me and Tommy, I'm not sure when I will have her arrive. She has her last treatment in Birmingham Friday. She will be here within a few days, though, as she hears we are in crisis mode and Tommy is begging for her.

I am certain Tommy wishes, as do I, that you could find the passion you once had for us and our family. That we could turn back the clock just a few months, to when we were in love and the future was bright.

Please tread lightly during this divorce. The damage is devastating to us and our children no matter what, but we can attempt to minimize the pain in some small ways.


From: scottballock@yahoo.com
Sent: Wednesday, November 07, 2012 6:18 PM
To: Ballock Ellen
Subject: Per your request
Attachments: photo.JPG


From: scottballock@yahoo.com
Sent: Wednesday, November 07, 2012 6:18 PM
To: Ballock Ellen
Subject: Per your request
Attachments: photo.JPG


From: scottballock@yahoo.com
Sent: Wednesday, November 07, 2012 4:01 PM
To: ellenballock@yahoo.com
Subject: Re: This is my last request:

You directed me to send all correspondence to you about the divorce via email. That is what I have done. My correspondence has been polite and respectful. Calling it "harassing" does not make it so. I am simply providing you with information and

Page 449

Emails2

recommendations for the divorce process and the benefit of the children.

On Nov 7, 2012, at 3:31 PM, "ellenballock@yahoo.com" <ellenballock@yahoo.com> wrote:

> Scott, I have asked you many times to leave me alone. This is my last request. Please refrain from sending harassing emails and texts, as well as any other means of communication.
From:     scottballock@yahoo.com
Sent:     Wednesday, November 07, 2012 2:51 PM
To:       Ballock Ellen
Subject:          51 Summit Overlook

If you are interested in having me buy you out, please provide me with a figure for the home and whatever furnishings you would wish to leave behind. From: scottballock@yahoo.com
Sent:     Wednesday, November 07, 2012 1:42 PM
To:       Ballock Ellen
Subject:          Request for Info

Is it fair and accurate to represent that you have a bachelor's degree plus 32 graduate credit hours, and 12-plus years of professional work experience? Anything I should change or add to that description? From:     scottballock@yahoo.com
Sent:     Wednesday, November 07, 2012 11:52 AM
To:       Ballock Ellen
Subject:          Divorce

I have no intention of making this ugly, of escalating. Quite the contrary, I have been the one asking for reasonableness, for calm, to save money, to discuss, to be adults. I have repeatedly asked that we direct our efforts toward saving our marriage and family. You have rejected my offers. Your anger has caused you to be unreasonable, aggressive and contentious. Your divorce filing causes us to have who knows how many additional court proceedings. You run to your attorneys and rack up monstrous bills when completely unnecessary. You have 911 on speed dial.

Again, I am sorry that we have to go through this process. These are the natural consequences of your choice to leave. We are faced with a broken family, traumatized and scarred children, outlandish expenses for attorneys and the maintenance of two households, your having to find work and health insurance, division of property, to include the house, the loss of friends, family, changed futures, etc. We were warned us of this. The people I talk to who have been through it say it doesn't get easier, it actually gets harder, in all respects. We should have listened and reconciled. We should still reconcile. But you wish to proceed down this path. Please don't make it harder than it has to be. You are leaving a wake of destruction.

My request to make decisions is not meant to pressure you, but to create stability for us and the children. The sooner, the better. There are so many variables involved, all the way down to who gets the dog, that it makes no sense to work exclusively through our attorneys. Both have said that they recommend that their clients engage in productive discussions. I have many options, all of which are dependent upon custody and division of assets. You, of course, have no incentive to move things along. I am paying your bills, you remain in the home, you don't have to find employment or health insurance yet. You spend your days and nights going on dates. You even said to me that it is as though I am on an extended work trip. But it is affecting me and the children to live in a state of limbo, not knowing from day to day when we will see each other, where we will be living, and with whom. Without formal agreements you can change your mind about visitation (and have). For those reasons I have asked Delby to expedite the process.

Please think. About us. And if you won't think about us, think about how to do this like friends. We were partners and best friends in life a mere six weeks ago. I believe we can be that again. We share two beautiful children. We are going to be forever linked. If it can't be as partners, let it be as friends.

Page 450