# EXHIBIT 8

Emails2

Please provide me confirmation of the bills. Or send the bills to me for payment.

You also agreed to provide my attorney with a detailed financial report by this past Monday.

On Nov 15, 2012, at 9:43 PM, "ellenballock@yahoo.com" <ellenballock@yahoo.com> wrote:

> Please put $1200 in the checking account so I can lay the medical bills. If its not there by next Monday I will infirm Amber and Bader. Shameful that you ignore my request for medical bill payment. You should be embarrassed of how childish you act to satisfy your own need to control.

From:    scottballock@yahoo.com
Sent:    Thursday, November 15, 2012 9:54 PM
To:      ellenballock@yahoo.com
Subject:      Re: And...

Not true. I just know you. And I know we were in love just a few short weeks ago.

On Nov 15, 2012, at 9:35 PM, "ellenballock@yahoo.com" <ellenballock@yahoo.com> wrote:

> You fantasize like a child that I will want you at some point in time and you will be able to turn me down saying its too late. That will never happen. I have no interest in you. Not now, not in a year, not in a decade, not for the remainder of your life.
>
> On Nov 15, 2012, at 9:21 PM, "scottballock@yahoo.com" <scottballock@yahoo.com> wrote:
>
>> You can't fool me. You can be as mean and nasty as you want, but I know you. I know you well. You are hurting. You are lonely. And sad. You hate this. People disappoint you. You don't want the future that is in store for you. You desperately wish it didn't have to be this way and could fix it for all of us, make our family whole again, trust that your future with me is safe and secure, and that you could have your life back. You wish you could get in the car tomorrow and join me here, and at all of our planned trips. But I know you, and you won't. You will remain angry and stubborn and continue tearing down this path until it is much too late. And some day you will look back and regret the loss. You already feel the loss but it will grow exponentially as the months and years to by. I am already there. You will meet me at this point in the future, but by the time you get here it will be too late.

From:    scottballock@yahoo.com
Sent:    Thursday, November 15, 2012 9:52 PM
To:      ellenballock@yahoo.com
Subject:      Re: Bank account

I will send you a check.

On Nov 15, 2012, at 9:43 PM, "ellenballock@yahoo.com" <ellenballock@yahoo.com> wrote:

> Please put $1200 in the checking account so I can lay the medical bills. If its not there by next Monday I will infirm Amber and Bader. Shameful that you ignore my request for medical bill payment. You should be embarrassed of how childish you act to satisfy your own need to control.

From:    scottballock@yahoo.com
Sent:    Thursday, November 15, 2012 9:21 PM
To:      Ballock Ellen
Subject:      And...

You can't fool me. You can be as mean and nasty as you want, but I know you. I know you well. You are hurting. You are lonely. And sad. You hate this. People disappoint

Page 410