# EXHIBIT 10

Emails2

well and exercising, this stress has made me lose 15 pounds this month. And I feel like I'm dying physically. I am trying to see dr. Pallie soon.
From: scottballock@yahoo.com
Sent: Monday, October 15, 2012 9:43 AM
To: ellenballock@yahoo.com
Subject: Re: I've done it

It's not too late.

I don't threaten. I need to protect myself and the kids.

How is that damaging? They know we are divorcing. They know nana and granddad are moving here. They know we are looking at houses. We just happened to see a nice neighborhood on our way home with homes for sale and stopped to look. We didn't go house hunting.

My true colors are that I love you. Nothing else.

On Oct 15, 2012, at 8:49 AM, "ellenballock@yahoo.com" <ellenballock@yahoo.com> wrote:

> You have shown me your true colors over the past month. You didn't love me right. You abused me. You make all kinds of lovely plans and promises, but its too late. And when I tell you it's too late, you turn mean and nasty and threaten all sorts of awful consequences, such as taking our beautiful children away from me.
>
> Please stop putting the children in the middle of this. Please stop using them. It was uncouth of you to take the kids house hunting yesterday. It was damaging to their little psyches. They are entirely confused now. They feel they have to choose either you or me as a parent to love, when in all actuality we will both be their parent...both be there for then, just living in separate houses.
>
> On Oct 15, 2012, at 8:34 AM, "scottballock@yahoo.com" <scottballock@yahoo.com> wrote:
>
>> Nothing is broken beyond repair. There are ways to heal.
>>
>> On Oct 15, 2012, at 8:33 AM, "ellenballock@yahoo.com" <ellenballock@yahoo.com> wrote:
>>
>>> I lived under stress like this for a decade and longer. You broke me.
>>>
>>> On Oct 15, 2012, at 8:32 AM, "scottballock@yahoo.com" <scottballock@yahoo.com> wrote:
>>>
>>>> I've finally seen and experienced all that you said you did. Despite eating well and exercising, this stress has made me lose 15 pounds this month. And I feel like I'm dying physically. I am trying to see dr. Pallie soon.
From: scottballock@yahoo.com
Sent: Monday, October 15, 2012 8:45 AM
To: ellenballock@yahoo.com
Subject: Re: I've done it

Come back. We can heal.

I do love you.

On Oct 15, 2012, at 8:42 AM, "ellenballock@yahoo.com" <ellenballock@yahoo.com> wrote:

> Scott,
>
> You abused me, had an affair, neglected me emotionally, etc...for years on end. I

Page 567

Emails2

slowly distanced myself from you. My love for you was not met with love by you, love necessary to fill me.. My love for you is gone.  As you beg for me to come back, you also wrote horrible, nasty things about me. That is not love. To turn our friends against me is not love. To threaten to remove the children from my care is not love. To grope me when I say "don't touch me" is not love. To call me derogatory names, such as troll, is not love. To make assumptions about my personal life and tell everyone you know what you think is going on is not love. To continue to write me all day and into the wee hours of the morning (hundreds of texts and emails a day) when I have asked you to stop is not love.
>
> On Oct 15, 2012, at 8:37 AM, "scottballock@yahoo.com" <scottballock@yahoo.com> wrote:
>
>> Even if the stress I am experiencing is only a fraction of that which you have suffered, take comfort in knowing it is more than enough to transform.
>>
>> On Oct 15, 2012, at 8:33 AM, "ellenballock@yahoo.com" <ellenballock@yahoo.com> wrote:
>>
>>> I lived under stress like this for a decade and longer. You broke me.
>>>
>>> On Oct 15, 2012, at 8:32 AM, "scottballock@yahoo.com" <scottballock@yahoo.com> wrote:
>>>
>>>> I've finally seen and experienced all that you said you did. Despite eating well and exercising, this stress has made me lose 15 pounds this month. And I feel like I'm dying physically. I am trying to see dr. Pallie soon.
From:    scottballock@yahoo.com
Sent:    Monday, October 15, 2012 8:44 AM
To:      Ballock Ellen
Subject:           Habits

Every day when I walk out of the gym (even before this all started) I would look to see if you were sitting in your car. Today I cried walking out knowing I would never ever see you there again.

Please send me a sign, something to show me that you are at least reading my messages, thinking about your options, considering the possibility of us.

4From:   scottballock@yahoo.com
Sent:    Monday, October 15, 2012 8:39 AM
To:      ellenballock@yahoo.com
Subject:           Re: I've done it

com be with me,
come cry with me,
come heal with me,
come go forward with me,
come grow old with me.

On Oct 15, 2012, at 8:33 AM, "ellenballock@yahoo.com" <ellenballock@yahoo.com> wrote:

> I lived under stress like this for a decade and longer. You broke me.
>
> On Oct 15, 2012, at 8:32 AM, "scottballock@yahoo.com" <scottballock@yahoo.com> wrote:
>
>> I've finally seen and experienced all that you said you did. Despite eating well and exercising, this stress has made me lose 15 pounds this month. And I feel like I'm dying physically. I am trying to see dr. Pallie soon.
From:    scottballock@yahoo.com
Sent:    Monday, October 15, 2012 8:37 AM