# EXHIBIT 11

Emails2

Sent: Thursday, October 11, 2012 9:42 PM
To: Ballock Ellen
Subject: Possessions

Sorry to bother you, but I forgot to ask for one last thing...the rest of my meds. My Wellbutrin and Paxil were not among the medicines you sent with me.

Also, if you are going to be home this weekend after all, I would love to see the kids Sunday. I could pick them and some of my possessions up around 11:00?
From: scottballock@yahoo.com
Sent: Thursday, October 11, 2012 8:55 PM
To: ellenballock@yahoo.com
Subject: Re: Kids are in bed

I'm sorry I changed you so much that you lost the nerve to do something as romantic and daring as driving to me and standing outside my door and smiling when I open it. That cute, sly smile of yours that says, "look what I did." That's exactly what your smile says so often.

On Oct 11, 2012, at 8:16 PM, "ellenballock@yahoo.com" <ellenballock@yahoo.com> wrote:

> I'm sorry but the kids are in bed. They've been tired after long school days and lots of outdoor play and crafts at night.

From: scottballock@yahoo.com
Sent: Thursday, October 11, 2012 8:49 PM
To: ellenballock@yahoo.com
Subject: Re: Kids are in bed

It hurts me to know what you really want deep down but to know that you have so little faith that you can't quite pull the trigger. That you think about it, but you can't find the courage to turn the key in the ignition and begin the drive tonight or tomorrow morning. You know that this is a golden opportunity. And that we missed out on two others recently - the wedding and the clambake. You know the leaves are changing here, that being here would revive old feelings in you.mi know you. I know you too well. You are too much like me.

On Oct 11, 2012, at 8:16 PM, "ellenballock@yahoo.com" <ellenballock@yahoo.com> wrote:

> I'm sorry but the kids are in bed. They've been tired after long school days and lots of outdoor play and crafts at night.

From: scottballock@yahoo.com
Sent: Thursday, October 11, 2012 8:52 PM
To: ellenballock@yahoo.com
Subject: Re: Kids are in bed

You know that you want to see Steve and Melissa and hug Lauren. and be her mother figure now that Melissa is dying. You know that would be fulfilling and that no one could do it better than you. That You could change Steve and Lauren's lives by inserting yourself. And that that is part of your calling.

On Oct 11, 2012, at 8:16 PM, "ellenballock@yahoo.com" <ellenballock@yahoo.com> wrote:

> I'm sorry but the kids are in bed. They've been tired after long school days and lots of outdoor play and crafts at night.

From: scottballock@yahoo.com
Sent: Thursday, October 11, 2012 8:46 PM
To: ellenballock@yahoo.com
Subject: Re: Kids are in bed

I know you. I know you are scared. But I know that's really what you want.you want

Page 582

Emails2

your old life back, but just the good parts. You want to be able to trust that only the good parts will return. And that they will stay.

You want this ugliness to go away. You want Tommy and Summer to be happy and secure again. you want to be happy again. You want your comfortable vision of your future to return. you want your first and only true love to return. You want to never return to this ugly place again. You want me to whisper gently in your ear every day, tell you how beautiful you are, how much you mean to me. Slay your dragons. Protect and comfort you.

And I will.

These three weeks have been enlightening. Life altering. I have never been more clear headed, certain of what's important, what I need to do to be the man you deserve, to be the man you married so long ago. I have so much confidence. So much love. It's why I am ok with you moving on if that's really what would make you happy. Because I have changed, matured. Miraculously. I will be the one leading the family to church every Sunday now. Barking in a jovial manner for everyone to get out of bed and get their dress clothes on. Then introducing us to everyone at church. Then taking us to breakfast afterward to discuss as a family the message power heard.

On Oct 11, 2012, at 8:16 PM, "ellenballock@yahoo.com" <ellenballock@yahoo.com> wrote:

> I'm sorry but the kids are in bed. They've been tired after long school days and lots of outdoor play and crafts at night.
From:     scottballock@yahoo.com
Sent:     Thursday, October 11, 2012 8:37 PM
To:       ellenballock@yahoo.com
Subject:       Re: Kids are in bed

Part of you wants this to all go away, just like me. Spend the thousands of dollars not on attorneys but on your ring. Love again, the right way. Listen to my daily compliments. Hear my story of rebirth. Visit Melissa with me to see the horror of death and know why I will never do anything but love you right and protect you.

Part of you even wants to put the kids in the car this very moment and drive overnight to me. Because they will sleep well and you are a night owl. And you know I would cancel my presentation tomorrow to spend the entire day with you. I would drive the kids to rich
Hmond while you slept in the bed, on the spot I made warm for you. I would come back to Indy with food for you, serve you in bed, massage you. We would go clothes and ring shopping in Castleton. Y need something nice to wear to see Carrie Newcomer and you left Morgantown in a hurry.

On Oct 11, 2012, at 8:16 PM, "ellenballock@yahoo.com" <ellenballock@yahoo.com> wrote:

> I'm sorry but the kids are in bed. They've been tired after long school days and lots of outdoor play and crafts at night.
From:     scottballock@yahoo.com
Sent:     Thursday, October 11, 2012 8:32 PM
To:       ellenballock@yahoo.com
Subject:       Re: Kids are in bed

I know you are a romantic at heart. So am I. Its why we lasted so long. It's why I stopped byBeck Chapel and Then went into the Union to inquire about reserving it for next June. It's why I went ring shopping tonight in Castleton and put a hundred dollars down on the most beautiful diamond I found. It's why I bought half a dozen cards at Greetings.

It's why part of you is tempted to drive the kids to Richmond tomorrow instead of to

Page 583

Emails2

school. And then drive to me so we can go to a nice restaurant and talk. Walk along the canal. Listen to Carrie Newcomer while holding hands and crying. Then spend Saturday at the IU football game, walking on campus, sneaking into Reed Hall to see where we met, then taking a picnic dinner to Oliver Winery and kissing on the lawn by the pond.

You are a hopeless romantic like me. You have hardened your heart but part of you wants to defy that and give in. Taste the sweetness again. Listen to me whisper in your ear that it will never fade.

On Oct 11, 2012, at 8:16 PM, "ellenballock@yahoo.com" <ellenballock@yahoo.com> wrote:

> I'm sorry but the kids are in bed. They've been tired after long school days and lots of outdoor play and crafts at night.
From:     scottballock@yahoo.com
Sent:     Thursday, October 11, 2012 8:25 PM
To:       ellenballock@yahoo.com
Subject:      Re: Kids are in bed

Do you fantasize like I do about going to the a outer Banks together for Thanksgiving and waking up together on Christmas morning?

About traveling to Chicago and New York together? About reuniting not just with me but with all of our old friends and enjoying their company again?

About even snuggling with my mom on the couch? She is ready to come up. She misses you.

On Oct 11, 2012, at 8:16 PM, "ellenballock@yahoo.com" <ellenballock@yahoo.com> wrote:

> I'm sorry but the kids are in bed. They've been tired after long school days and lots of outdoor play and crafts at night.
From:     scottballock@yahoo.com
Sent:     Thursday, October 11, 2012 8:23 PM
To:       ellenballock@yahoo.com
Subject:      Re: Kids are in bed

Do you sometimes wish that I was sitting next to you on the couch, massaging your feet? Talking about our friends and our vacation plans?

On Oct 11, 2012, at 8:16 PM, "ellenballock@yahoo.com" <ellenballock@yahoo.com> wrote:

> I'm sorry but the kids are in bed. They've been tired after long school days and lots of outdoor play and crafts at night.
From:     scottballock@yahoo.com
Sent:     Thursday, October 11, 2012 8:23 PM
To:       ellenballock@yahoo.com
Subject:      Re: Kids are in bed

Does even a small part of you have the romantic urge to put the kids in the car in the morning? To say, "I'm going to see Daddy. We are going to talk."

On Oct 11, 2012, at 8:16 PM, "ellenballock@yahoo.com" <ellenballock@yahoo.com> wrote:

> I'm sorry but the kids are in bed. They've been tired after long school days and lots of outdoor play and crafts at night.
From:     scottballock@yahoo.com
Sent:     Thursday, October 11, 2012 8:22 PM
To:       ellenballock@yahoo.com

Page 584

Subject: Re: Kids are in bed     Emails2

when you are making love to him, do you sometimes think of me? My blue eyes and my scent? I'm just curious.

On Oct 11, 2012, at 8:16 PM, "ellenballock@yahoo.com" <ellenballock@yahoo.com> wrote:

> I'm sorry but the kids are in bed. They've been tired after long school days and lots of outdoor play and crafts at night.
From:    scottballock@yahoo.com
Sent:    Thursday, October 11, 2012 8:21 PM
To:      ellenballock@yahoo.com
Subject: Re: Kids are in bed

I'm sure your head talks you out of it, but does your heart try to speak up at all? Late at night? Early in the morning? When you look in our children's eyes?

On Oct 11, 2012, at 8:16 PM, "ellenballock@yahoo.com" <ellenballock@yahoo.com> wrote:

> I'm sorry but the kids are in bed. They've been tired after long school days and lots of outdoor play and crafts at night.
From:    scottballock@yahoo.com
Sent:    Thursday, October 11, 2012 8:20 PM
To:      ellenballock@yahoo.com
Subject: Re: Kids are in bed

T just take a leap of faith and see where we go? To finish your life with me?

On Oct 11, 2012, at 8:16 PM, "ellenballock@yahoo.com" <ellenballock@yahoo.com> wrote:

> I'm sorry but the kids are in bed. They've been tired after long school days and lots of outdoor play and crafts at night.
From:    scottballock@yahoo.com
Sent:    Thursday, October 11, 2012 8:19 PM
To:      ellenballock@yahoo.com
Subject: Re: Kids are in bed

Are you tempted in the slightest to drive to Indy tomorrow? Drop the kids off in Richmond and continue on here?

On Oct 11, 2012, at 8:16 PM, "ellenballock@yahoo.com" <ellenballock@yahoo.com> wrote:

> I'm sorry but the kids are in bed. They've been tired after long school days and lots of outdoor play and crafts at night.
From:    scottballock@yahoo.com
Sent:    Thursday, October 11, 2012 8:19 PM
To:      ellenballock@yahoo.com
Subject: Re: Kids are in bed

Is there ever a part of you that wonders if you are doing the right thing? That thinks about calling me and just talking like friends again? That wishes I would walk through the door at night?

On Oct 11, 2012, at 8:16 PM, "ellenballock@yahoo.com" <ellenballock@yahoo.com> wrote:

> I'm sorry but the kids are in bed. They've been tired after long school days and lots of outdoor play and crafts at night.
From:    scottballock@yahoo.com

Emails2

Sent:    Thursday, October 11, 2012 8:18 PM
To:      ellenballock@yahoo.com
Subject:    Re: Kids are in bed

Do you think you will want to stay in the house? My attorney will want to know.

On Oct 11, 2012, at 8:16 PM, "ellenballock@yahoo.com" <ellenballock@yahoo.com> wrote:

> I'm sorry but the kids are in bed. They've been tired after long school days and lots of outdoor play and crafts at night.
From:    scottballock@yahoo.com
Sent:    Thursday, October 11, 2012 8:17 PM
To:      ellenballock@yahoo.com
Subject:    Re: Kids are in bed

No problem. I wish you would have had them call me earlier then.


On Oct 11, 2012, at 8:16 PM, "ellenballock@yahoo.com" <ellenballock@yahoo.com> wrote:

> I'm sorry but the kids are in bed. They've been tired after long school days and lots of outdoor play and crafts at night.
From:    scottballock@yahoo.com
Sent:    Thursday, October 11, 2012 8:17 PM
To:      ellenballock@yahoo.com
Subject:    Re: Possessions

I gave you one email. Then you questioned about the Bose, so I explained.

On Oct 11, 2012, at 8:15 PM, "ellenballock@yahoo.com" <ellenballock@yahoo.com> wrote:

> I asked what you needed me to place in the garage. One simple email would have sufficed, Scott.
>
> On Oct 11, 2012, at 8:13 PM, "scottballock@yahoo.com" <scottballock@yahoo.com> wrote:
>
>> I know. You were the one who asked. Geez.
>>
>> It doesn't have to be this way, it really doesn't.
>>
>> We can work on our relationship. I know you don't want to, but I want you to know that it is an option.
>>
>> On Oct 11, 2012, at 8:12 PM, "ellenballock@yahoo.com" <ellenballock@yahoo.com> wrote:
>>
>>> Stop. It will all get figured out in the end. Leave me alone now.
>>>
>>> On Oct 11, 2012, at 8:11 PM, "scottballock@yahoo.com" <scottballock@yahoo.com> wrote:
>>>
>>>> If you keep the household possessions, that goes in your "assets" column.
>>>>
>>>> On Oct 11, 2012, at 8:09 PM, "ellenballock@yahoo.com" <ellenballock@yahoo.com> wrote:
>>>>
>>>>> Half in cash? Who are you taking to? Seriously. The Bose is how I listen to snow/weather reports before I take kids to school in the winter.

Page 586

Emails2

```
>>>>>
>>>>> On Oct 11, 2012, at 8:05 PM, "scottballock@yahoo.com" <scottballock@yahoo.com> wrote:
>>>>>
>>>>>> It doesn't get regular channels or play CDs.
>>>>>>
>>>>>> Eh, but I don't really need it. You can have it and I will take half in cash.
>>>>>>
>>>>>> On Oct 11, 2012, at 8:04 PM, "ellenballock@yahoo.com" <ellenballock@yahoo.com> wrote:
>>>>>>
>>>>>>> You just bought a Sirius radio. Why do you need the Bose Radio?
>>>>>>>
>>>>>>> On Oct 11, 2012, at 7:33 PM, "scottballock@yahoo.com" <scottballock@yahoo.com> wrote:
>>>>>>>
>>>>>>>> All my clothes, save for the suits. I will get them later when I rent a storage facility.
>>>>>>>>
>>>>>>>> Artwork: do unto others, welcome to Chicago, FBI warning, WWII.
>>>>>>>>
>>>>>>>> Small brown comforter.
>>>>>>>>
>>>>>>>> Bose radio
>>>>>>>>
>>>>>>>> Guitar
>>>>>>>>
>>>>>>>> IU mugs and any other fun mugs
>>>>>>>>
>>>>>>>> A couple of fluffy bath towels
>>>>>>>>
>>>>>>>> That should do it.
>>>>>>>>
>>>>>>>> We will determine the value of the rest of our possessions later when we divide our assets.
```

From:     scottballock@yahoo.com
Sent:     Thursday, October 11, 2012 8:15 PM
To:       ellenballock@yahoo.com
Subject:  Re: Possessions

It is never too late to try again. To find the love. To reunite. Sue is going to throw a killer party :)

As much as you are enjoying your new life right now, there has to be a part of you that misses what we had, our family, the fun things we did, the memories we created.

On Oct 11, 2012, at 8:12 PM, "ellenballock@yahoo.com" <ellenballock@yahoo.com> wrote:

> Stop. It will all get figured out in the end. Leave me alone now.
>
> On Oct 11, 2012, at 8:11 PM, "scottballock@yahoo.com" <scottballock@yahoo.com> wrote:
>
>> If you keep the household possessions, that goes in your "assets" column.
>>
>> On Oct 11, 2012, at 8:09 PM, "ellenballock@yahoo.com" <ellenballock@yahoo.com> wrote:
>>
>>> Half in cash? Who are you taking to? Seriously. The Bose is how I listen to snow/weather reports before I take kids to school in the winter.
>>>
>>> On Oct 11, 2012, at 8:05 PM, "scottballock@yahoo.com" <scottballock@yahoo.com>

Emails2

```
wrote:
>>>
>>>> It doesn't get regular channels or play CDs.
>>>>
>>>> Eh, but I don't really need it. You can have it and I will take half in cash.
>>>>
>>>> On Oct 11, 2012, at 8:04 PM, "ellenballock@yahoo.com" <ellenballock@yahoo.com>
wrote:
>>>>
>>>>> You just bought a Sirius radio. Why do you need the Bose Radio?
>>>>>
>>>>> On Oct 11, 2012, at 7:33 PM, "scottballock@yahoo.com" <scottballock@yahoo.com>
wrote:
>>>>>
>>>>>> All my clothes, save for the suits. I will get them later when I rent a
storage facility.
>>>>>>
>>>>>> Artwork: do unto others, welcome to Chicago, FBI warning, WWII.
>>>>>>
>>>>>> Small brown comforter.
>>>>>>
>>>>>> Bose radio
>>>>>>
>>>>>> Guitar
>>>>>>
>>>>>> IU mugs and any other fun mugs
>>>>>>
>>>>>> A couple of fluffy bath towels
>>>>>>
>>>>>> That should do it.
>>>>>>
>>>>>> We will determine the value of the rest of our possessions later when we
divide our assets.
From:    scottballock@yahoo.com
Sent:    Thursday, October 11, 2012 8:14 PM
To:      ellenballock@yahoo.com
Subject:      Re: Possessions
```

I know. You were the one who asked. Geez.

It doesn't have to be this way, it really doesn't.

We can work on our relationship. I know you don't want to, but I want you to know that it is an option.

```
On Oct 11, 2012, at 8:12 PM, "ellenballock@yahoo.com" <ellenballock@yahoo.com>
wrote:

> Stop. It will all get figured out in the end. Leave me alone now.
>
> On Oct 11, 2012, at 8:11 PM, "scottballock@yahoo.com" <scottballock@yahoo.com>
wrote:
>
>> If you keep the household possessions, that goes in your "assets" column.
>>
>> On Oct 11, 2012, at 8:09 PM, "ellenballock@yahoo.com" <ellenballock@yahoo.com>
wrote:
>>
>>> Half in cash?  Who are you taking to?  Seriously. The Bose is how I listen to
snow/weather reports before I take kids to school in the winter.
>>>
>>> On Oct 11, 2012, at 8:05 PM, "scottballock@yahoo.com" <scottballock@yahoo.com>
wrote:
```

Emails2

```
>>>
>>>> It doesn't get regular channels or play CDs.
>>>>
>>>> Eh, but I don't really need it. You can have it and I will take half in cash.
>>>>
>>>> On Oct 11, 2012, at 8:04 PM, "ellenballock@yahoo.com" <ellenballock@yahoo.com> wrote:
>>>>
>>>>> You just bought a Sirius radio. Why do you need the Bose Radio?
>>>>>
>>>>> On Oct 11, 2012, at 7:33 PM, "scottballock@yahoo.com" <scottballock@yahoo.com> wrote:
>>>>>
>>>>>> All my clothes, save for the suits. I will get them later when I rent a storage facility.
>>>>>>
>>>>>> Artwork: do unto others, welcome to Chicago, FBI warning, WWII.
>>>>>>
>>>>>> Small brown comforter.
>>>>>>
>>>>>> Bose radio
>>>>>>
>>>>>> Guitar
>>>>>>
>>>>>> IU mugs and any other fun mugs
>>>>>>
>>>>>> A couple of fluffy bath towels
>>>>>>
>>>>>> That should do it.
>>>>>>
>>>>>> We will determine the value of the rest of our possessions later when we divide our assets.
```

From:    scottballock@yahoo.com
Sent:    Thursday, October 11, 2012 8:12 PM
To:      ellenballock@yahoo.com
Subject:        Re: Possessions

Do you think you will want to stay in the house?

On Oct 11, 2012, at 8:09 PM, "ellenballock@yahoo.com" <ellenballock@yahoo.com> wrote:

```
> Half in cash? Who are you taking to? Seriously. The Bose is how I listen to snow/weather reports before I take kids to school in the winter.
>
> On Oct 11, 2012, at 8:05 PM, "scottballock@yahoo.com" <scottballock@yahoo.com> wrote:
>
>> It doesn't get regular channels or play CDs.
>>
>> Eh, but I don't really need it. You can have it and I will take half in cash.
>>
>> On Oct 11, 2012, at 8:04 PM, "ellenballock@yahoo.com" <ellenballock@yahoo.com> wrote:
>>
>>> You just bought a Sirius radio. Why do you need the Bose Radio?
>>>
>>> On Oct 11, 2012, at 7:33 PM, "scottballock@yahoo.com" <scottballock@yahoo.com> wrote:
>>>
>>>> All my clothes, save for the suits. I will get them later when I rent a storage facility.
>>>>
```

```
                                    Emails2
>>>> Artwork: do unto others, welcome to Chicago, FBI warning, WWII.
>>>>
>>>> Small brown comforter.
>>>>
>>>> Bose radio
>>>>
>>>> Guitar
>>>>
>>>> IU mugs and any other fun mugs
>>>>
>>>> A couple of fluffy bath towels
>>>>
>>>> That should do it.
>>>>
>>>> We will determine the value of the rest of our possessions later when we divide
our assets.
From:    scottballock@yahoo.com
Sent:    Thursday, October 11, 2012 8:12 PM
To:      ellenballock@yahoo.com
Subject:        Re: Possessions

If you keep the household possessions, that goes in your "assets" column.

On Oct 11, 2012, at 8:09 PM, "ellenballock@yahoo.com" <ellenballock@yahoo.com>
wrote:

> Half in cash?  Who are you taking to?  Seriously. The Bose is how I listen to
snow/weather reports before I take kids to school in the winter.
>
> On Oct 11, 2012, at 8:05 PM, "scottballock@yahoo.com" <scottballock@yahoo.com>
wrote:
>
>> It doesn't get regular channels or play CDs.
>>
>> Eh, but I don't really need it. You can have it and I will take half in cash.
>>
>> On Oct 11, 2012, at 8:04 PM, "ellenballock@yahoo.com" <ellenballock@yahoo.com>
wrote:
>>
>>> You just bought a Sirius radio. Why do you need the Bose Radio?
>>>
>>> On Oct 11, 2012, at 7:33 PM, "scottballock@yahoo.com" <scottballock@yahoo.com>
wrote:
>>>
>>>> All my clothes, save for the suits. I will get them later when I rent a storage
facility.
>>>>
>>>> Artwork: do unto others, welcome to Chicago, FBI warning, WWII.
>>>>
>>>> Small brown comforter.
>>>>
>>>> Bose radio
>>>>
>>>> Guitar
>>>>
>>>> IU mugs and any other fun mugs
>>>>
>>>> A couple of fluffy bath towels
>>>>
>>>> That should do it.
>>>>
>>>> We will determine the value of the rest of our possessions later when we divide
our assets.
                                    Page 590
```

```
                                            Emails2
From:     scottballock@yahoo.com
Sent:     Thursday, October 11, 2012 8:11 PM
To:       ellenballock@yahoo.com
Subject:          Re: Possessions
```

Whatever you keep, I get half in cash. And vice versa. It all evens out.

You get "credited" for the cost of the SUV, I get "credited" for the value of the broken down Camry.

On Oct 11, 2012, at 8:09 PM, "ellenballock@yahoo.com" <ellenballock@yahoo.com> wrote:

> Half in cash? Who are you taking to? Seriously. The Bose is how I listen to snow/weather reports before I take kids to school in the winter.
>
> On Oct 11, 2012, at 8:05 PM, "scottballock@yahoo.com" <scottballock@yahoo.com> wrote:
>
>> It doesn't get regular channels or play CDs.
>>
>> Eh, but I don't really need it. You can have it and I will take half in cash.
>>
>> On Oct 11, 2012, at 8:04 PM, "ellenballock@yahoo.com" <ellenballock@yahoo.com> wrote:
>>
>>> You just bought a Sirius radio. Why do you need the Bose Radio?
>>>
>>> On Oct 11, 2012, at 7:33 PM, "scottballock@yahoo.com" <scottballock@yahoo.com> wrote:
>>>
>>>> All my clothes, save for the suits. I will get them later when I rent a storage facility.
>>>>
>>>> Artwork: do unto others, welcome to Chicago, FBI warning, WWII.
>>>>
>>>> Small brown comforter.
>>>>
>>>> Bose radio
>>>>
>>>> Guitar
>>>>
>>>> IU mugs and any other fun mugs
>>>>
>>>> A couple of fluffy bath towels
>>>>
>>>> That should do it.
>>>>
>>>> We will determine the value of the rest of our possessions later when we divide our assets.

```
From:     scottballock@yahoo.com
Sent:     Thursday, October 11, 2012 8:10 PM
To:       ellenballock@yahoo.com
Subject:          Re: Possessions
```

I'm finding I can get along with very little.

And if mom moves up, she has all the furniture we will need. If...

On Oct 11, 2012, at 8:07 PM, "ellenballock@yahoo.com" <ellenballock@yahoo.com> wrote:

> You just bought Sirius radio.

Page 591

```
                                 Emails2
>
> On Oct 11, 2012, at 8:06 PM, "scottballock@yahoo.com" <scottballock@yahoo.com>
wrote:
>
>> I didn't. I do now.
>>
>> On Oct 11, 2012, at 8:05 PM, "ellenballock@yahoo.com" <ellenballock@yahoo.com>
wrote:
>>
>>> You were the more materialistic one.  You cared more about the stuff than I ever
did. All I ever needed was love and devotion. You just don't understand that about
me.
>>>
>>> On Oct 11, 2012, at 7:33 PM, "scottballock@yahoo.com" <scottballock@yahoo.com>
wrote:
>>>
>>>> All my clothes, save for the suits. I will get them later when I rent a storage
facility.
>>>>
>>>> Artwork: do unto others, welcome to Chicago, FBI warning, WWII.
>>>>
>>>> Small brown comforter.
>>>>
>>>> Bose radio
>>>>
>>>> Guitar
>>>>
>>>> IU mugs and any other fun mugs
>>>>
>>>> A couple of fluffy bath towels
>>>>
>>>> That should do it.
>>>>
>>>> We will determine the value of the rest of our possessions later when we divide
our assets.
From:    scottballock@yahoo.com
Sent:    Thursday, October 11, 2012 8:09 PM
To:      ellenballock@yahoo.com
Subject:         Re: Possessions

I know. I told you, it doesn't play regular local stations or CDs. But I wasn't sure
I wanted the base anyway. I don't think I do. I would rather have half the cash.

On Oct 11, 2012, at 8:07 PM, "ellenballock@yahoo.com" <ellenballock@yahoo.com>
wrote:

> You just bought Sirius radio.
>
> On Oct 11, 2012, at 8:06 PM, "scottballock@yahoo.com" <scottballock@yahoo.com>
wrote:
>
>> I didn't. I do now.
>>
>> On Oct 11, 2012, at 8:05 PM, "ellenballock@yahoo.com" <ellenballock@yahoo.com>
wrote:
>>
>>> You were the more materialistic one.  You cared more about the stuff than I ever
did. All I ever needed was love and devotion. You just don't understand that about
me.
>>>
>>> On Oct 11, 2012, at 7:33 PM, "scottballock@yahoo.com" <scottballock@yahoo.com>
wrote:
>>>
```

Page 592

```
                              Emails2
>>>> All my clothes, save for the suits. I will get them later when I rent a storage
facility.
>>>>
>>>> Artwork: do unto others, welcome to Chicago, FBI warning, WWII.
>>>>
>>>> Small brown comforter.
>>>>
>>>> Bose radio
>>>>
>>>> Guitar
>>>>
>>>> IU mugs and any other fun mugs
>>>>
>>>> A couple of fluffy bath towels
>>>>
>>>> That should do it.
>>>>
>>>> We will determine the value of the rest of our possessions later when we divide
our assets.
From:    scottballock@yahoo.com
Sent:    Thursday, October 11, 2012 8:08 PM
To:      ellenballock@yahoo.com
Subject:        Re: Possessions

That's fine. We will divide everything up later anyway. No problem.

On Oct 11, 2012, at 8:07 PM, "ellenballock@yahoo.com" <ellenballock@yahoo.com>
wrote:

> No to Bose for now.
>
> On Oct 11, 2012, at 8:06 PM, "scottballock@yahoo.com" <scottballock@yahoo.com>
wrote:
>
>> I didn't. I do now.
>>
>> On Oct 11, 2012, at 8:05 PM, "ellenballock@yahoo.com" <ellenballock@yahoo.com>
wrote:
>>
>>> You were the more materialistic one.  You cared more about the stuff than I ever
did. All I ever needed was love and devotion. You just don't understand that about
me.
>>>
>>> On Oct 11, 2012, at 7:33 PM, "scottballock@yahoo.com" <scottballock@yahoo.com>
wrote:
>>>
>>>> All my clothes, save for the suits. I will get them later when I rent a storage
facility.
>>>>
>>>> Artwork: do unto others, welcome to Chicago, FBI warning, WWII.
>>>>
>>>> Small brown comforter.
>>>>
>>>> Bose radio
>>>>
>>>> Guitar
>>>>
>>>> IU mugs and any other fun mugs
>>>>
>>>> A couple of fluffy bath towels
>>>>
>>>> That should do it.
>>>>
                              Page 593
```

Emails2

>>>> We will determine the value of the rest of our possessions later when we divide our assets.
From: scottballock@yahoo.com
Sent: Thursday, October 11, 2012 8:08 PM
To: ellenballock@yahoo.com
Subject: Re: Possessions

Please stop attacking. We are beyond that. You have convinced me that you have moved way beyond the pint of any possible reconciliation.

You are right. You will be fine without me. And I will be fine too. It will be ok,.

On Oct 11, 2012, at 8:05 PM, "ellenballock@yahoo.com" <ellenballock@yahoo.com> wrote:

> You were the more materialistic one.  You cared more about the stuff than I ever did. All I ever needed was love and devotion. You just don't understand that about me.
>
> On Oct 11, 2012, at 7:33 PM, "scottballock@yahoo.com" <scottballock@yahoo.com> wrote:
>
>> All my clothes, save for the suits. I will get them later when I rent a storage facility.
>>
>> Artwork: do unto others, welcome to Chicago, FBI warning, WWII.
>>
>> Small brown comforter.
>>
>> Bose radio
>>
>> Guitar
>>
>> IU mugs and any other fun mugs
>>
>> A couple of fluffy bath towels
>>
>> That should do it.
>>
>> We will determine the value of the rest of our possessions later when we divide our assets.
From: scottballock@yahoo.com
Sent: Thursday, October 11, 2012 8:06 PM
To: ellenballock@yahoo.com
Subject: Re: Possessions

I didn't. I do now.

On Oct 11, 2012, at 8:05 PM, "ellenballock@yahoo.com" <ellenballock@yahoo.com> wrote:

> You were the more materialistic one.  You cared more about the stuff than I ever did. All I ever needed was love and devotion. You just don't understand that about me.
>
> On Oct 11, 2012, at 7:33 PM, "scottballock@yahoo.com" <scottballock@yahoo.com> wrote:
>
>> All my clothes, save for the suits. I will get them later when I rent a storage facility.
>>
>> Artwork: do unto others, welcome to Chicago, FBI warning, WWII.
>>

Page 594