# EXHIBIT 12

**From:** Ellen <ellenballock@yahoo.com>
**To:** "ronnie.m.gaskins@wvsp.gov" <ronnie.m.gaskins@wvsp.gov>
**Date:** 09/16/2013 12:02 PM
**Subject:** More Texts that are significant.

Read carefully... Notice the threats of "things can get worse" and becoming "enemies." Also, please notice what is written May 17th. That's the day that coincides with Kenny Ice stealing my laptop computer.

There are no gaps in these texts. Everything sent or received is here and complete.

[5/12/13 8:35 PM] Sent: If you need to reach Ellen (Mom), call or text my number 681-212-9912. Her phone is not working anymore.
[5/12/13 8:39 PM] Received (7346049596): Oh, ok. Wish we had known. We tried calling earlier. We had dinner and dessert to deliver from DC.
[5/13/13 11:26 AM] Received (7346049596): Ellen, your boyfriend kinny is writing me on my work phone and following my female friends on Facebook. Concerning. Please do not give my info to others.
[5/13/13 11:26 AM] Received (7346049596): Can you talk today?
[5/13/13 1:28 PM] Sent: I can't talk now.
[5/13/13 1:59 PM] Sent: Whatcha need?
[5/13/13 2:10 PM] Received (7346049596): In meeting now. We need to talk before everything is destroyed.
[5/14/13 7:30 AM] Received (7346049596): I'm hoping you're ready to try again, to find a way forward. We are on the verge of losing it all, of completely ruining ourselves and our children. Our attorneys can't fix this mess, only you and I can.
[5/14/13 7:30 AM] Received (7346049596): It's only going to get worse, much worse. You have no idea how bad it can get. I can't believe you chose kinny over trying to save us and them.
[5/14/13 7:30 AM] Received (7346049596): We will spend everything we have and our attorneys will help us destroy each other. The kids will lose too. And it will never end. A should apologize to B.
[5/14/13 6:35 PM] Received (7346049596): Call or visit today if you want to talk about how to fix this. We have lots of reasons and incentive. No one else does.
[5/14/13 6:35 PM] Received (7346049596): Can you talk?
[5/16/13 11:26 AM] Received (7346049596): If you want to end the acrimony, we can do it ourselves. We can't repair what you broke but we can find a gentle way forward and go our separate ways forever.
[5/16/13 11:26 AM] Received (7346049596): The kids are going to suffer even more if we don't get this stopped. And you must know it has the potential to get much worse - and to never stop.
[5/16/13 11:26 AM] Received (7346049596): and the kids.
[5/16/13 11:26 AM] Received (7346049596): When we have talked before you have drudged up the past and placed blame. It's irrelevant. We need to focus only on the way forward...what we want for us
[5/16/13 12:18 PM] Received (7346049596): Call or meet with me to discuss how to end this and go our separate ways before we all sprial into ruin. Lawyers can't save us and the kids deserve better than this.
[5/17/13 8:24 AM] Received (7346049596): Please phone when you're free to talk.
[5/17/13 8:26 AM] Sent: I'm in a doc office. No cell usage allowed. Is Tommy playing lax game tomorrow? There is a game scheduled.
[5/17/13 8:27 AM] Received (7346049596): Please phone when you're free. Unsure of weekend plans. Summer wants to get out of town. Trying to arrange with friends...
[5/17/13 8:31 AM] Received (7346049596): Listen to Rod Stewart's new song, "It's Over."
[5/17/13 8:31 AM] Received (7346049596): We had three options for us. Implode, go forward peacefully and gently as parents and former friends, learn from the experience and grow as a couple and family.
[5/17/13 8:31 AM] Received (7346049596): Sadly, we are down to two options now. Please consider taking the gentle and peaceful option.
[5/17/13 8:39 AM] Received (7346049596): Meet me in Old Town this weekend. Start the healing process before it's too late. It will be a good weekend. Walk and talk, dinner, movie.
[5/17/13 8:39 AM] Received (7346049596): I will walk you to your own room and bring you breakfast in the morning. It will set the foundation for our way forward. We should try for the kids.
[5/17/13 8:39 AM] Received (7346049596): I have lots to say after all these months. You won't even need to talk. Just hear me out. Please say you'll think about it...
[5/17/13 8:46 AM] Received (7346049596): We missed out on the fairy tale but we don't have to go through hell. Let's find the place in between. I can pick you up any time and it's only a three hour drive. With 26 years bewteen us, it really can be as easy as A apologizing to B.
[5/17/13 8:46 AM] Sent: Are you working today?
[5/17/13 8:48 AM] Received (7346049596): Yes.

[5/17/13 8:50 AM] Received (7346049596): I can be your dragon slayer from afar. You will never find anyone who cares to protect you and the kids like me. I want them to heal most of all. We had our chance. They had no choice in this.
[5/17/13 8:53 AM] Received (7346049596): Tell kinny the weekend is about the kids, not us. I will get you a room in a hotel on King Street and I will stay down the road. We just need to be away from distractions.
[5/17/13 11:32 AM] Received (7346049596): There are two playhouses in Old Town, similar to the Brown County playhouse. One of the plays was written by the author of the Laramie Project. It would be a nice break from talking. Say you'll go...
[5/17/13 12:02 PM] Received (7346049596): Please call back to continue the conversation.
[5/17/13 12:02 PM] Sent: No
[5/17/13 12:03 PM] Received (7346049596): It's not about money. It's about our family, the children, our futures. Just talk. We can fix this.
[5/17/13 12:03 PM] Sent: I'm not going to Alexandria with you.
[5/17/13 12:03 PM] Sent: Tell me what you want.
[5/17/13 12:04 PM] Sent: All you do is blame me.
[5/17/13 12:04 PM] Received (7346049596): I didn't blame you.
[5/17/13 12:05 PM] Received (7346049596): I want to talk. To find a way forward that doesn't ruin all of us.
[5/17/13 12:05 PM] Received (7346049596): To co-parent with you. To help you. So we help the children.
[5/17/13 12:05 PM] Sent: How will you help me?
[5/17/13 12:05 PM] Received (7346049596): Please call back. Please hear me out. This has the potential to get so much worse. Or so much better.
[5/17/13 12:05 PM] Sent: Why do you care about me so much now? I'm waiting to be called a troll.
[5/17/13 12:06 PM] Received (7346049596): I have been trying for eight months.
[5/17/13 12:06 PM] Received (7346049596): I have always cared about you.
[5/17/13 12:06 PM] Sent: What can get worse? The divorce needs to end now. Ready to end it and move forward going our separate ways?
[5/17/13 12:07 PM] Received (7346049596): Yes. I'm ready to end it.
[5/17/13 12:07 PM] Sent: No. You have not loved me. You don't know what love is. I believe our friends have told you how you were supposed to treat me.... but you didn't listen to them until it was too late.
[5/17/13 12:08 PM] Received (7346049596): I wanted us to go forward together. But because you broke it into a million pieces, I'm ready to go forward separately.
[5/17/13 12:08 PM] Sent: How go you want to end it?
[5/17/13 12:08 PM] Sent: You broke me into a million pieces (to speak like you speak).
[5/17/13 12:08 PM] Sent: I need you to stop texting me now.
[5/17/13 12:09 PM] Received (7346049596): It's never too late. That's the point.
[5/17/13 12:09 PM] Received (7346049596): We both did this. It will take both of us to fix it. With help.
[5/17/13 12:09 PM] Sent: Enjoy your weekend with Summer and Tommy.
[5/17/13 12:09 PM] Received (7346049596): You played a role too. You need to admit that. It's why we need help.
[5/17/13 12:10 PM] Received (7346049596): I will enjoy it. If you change your mind and would like to get together, we can fix things. I suggested Alexandria bc it is a nice environment and physically removed from the hurt.
[5/17/13 12:11 PM] Received (7346049596): Even though you are angry, I know you want us to heal. I know you don't want this ugliness.
[5/17/13 12:11 PM] Received (7346049596): At least I hope you do.
[5/17/13 12:15 PM] Received (7346049596): Ok. I give. I tried. For eight months I tried. You have set the tone. We can be the enemies you want us to be.
[5/17/13 12:15 PM] Sent: I never said anything about enemies. That's why you need help. It's all or nothing with you.
[5/17/13 12:16 PM] Sent: There is no middle ground.
[5/17/13 12:16 PM] Sent: Go to Alexandria and we can heal or don't go and we will be enemies. Always a threat ....
[5/17/13 12:19 PM] Received (7346049596): Ok. I give. I tried. For eight months I tried. You have set the tone. We can be the enemies you want us to be.
[5/17/13 12:19 PM] Received (7346049596): Wrong! It's not what I said! And why we need to discuss with a counselor.
[5/17/13 12:19 PM] Received (7346049596): But what else can we be when you won't talk, when you sue, when you attack, when you lie and yell at me, when you hang up on me? 
[5/17/13 12:19 PM] Received (7346049596): When I am asking to work? To heal? To move forward? You are the one who attacks me and blames it ALL on me.
[5/17/13 12:19 PM] Received (7346049596): I suggested Alexandria bc it is beautiful, a nice environment, a place we loved, physically removed, calming. I offered to get you your own room.
[5/17/13 12:20 PM] Sent: And I said no thank you. You said we would be enemies now.
[5/17/13 12:20 PM] Sent: Please stop texting me
[5/17/13 12:20 PM] Received (7346049596): I suggested you just listen and let me try to make amends. You don't have to say a single word all weekend.
[5/17/13 12:21 PM] Received (7346049596): And that's why we need to work with a counselor. Bc you didn't just say no.

You yelled and attacked and blamed and hung up.
[5/17/13 12:21 PM] Received (7346049596): You make us enemies.
[5/17/13 12:22 PM] Sent: Stop texting me please.
[5/17/13 12:22 PM] Sent: I talked to you and texted you that I do not want to go with you to Alexandria, VA.
[5/17/13 12:23 PM] Sent: This was YOUR response:
"Ok. I give. I tried. For eight months I tried. You have set the tone. We can be the enemies you want us to be."
[5/17/13 12:23 PM] Sent: Please leave me alone now.
[5/17/13 1:45 PM] Received (7346049596): and yelled and attacked and brought up past hurts and hung up.
[5/17/13 1:45 PM] Received (7346049596): You did much more than just say no. You attacked and escalated, despite my trying to de-escalate.
[5/17/13 1:45 PM] Received (7346049596): You have made us enemies. You have no interest in being anything more. It's a shame this is the path you have chosen. What a life.
[5/17/13 1:45 PM] Received (7346049596): When it never had to be this way. When I pleaded to find a gentle and peaceful way forward. When I begged to work together to fix things.
[5/17/13 1:45 PM] Received (7346049596): We were a strong team once. But now you want to tear each other to shreds. And the kids will suffer horribly, endlessly. And you had the power to stop it.
[5/17/13 1:45 PM] Received (7346049596): I can hardly stand to watch where this goes next.
[5/17/13 1:45 PM] Received (7346049596): It didn't have to be Alexandria. I just wanted you to know how serious I am about fixing this. I wanted the healing to start in a beautiful, familiar place. I wanted you to be relaxed, to treat you well.
[5/17/13 1:45 PM] Received (7346049596): It's why I have asked you for eight months to go to NY to walk and talk (or listen).
[5/17/13 1:45 PM] Received (7346049596): The moment you realize how far we have fallen, how much has been ruined, how much hurt and pain has been caused, how much we all lost, remember today and my pleading to heal together.
[5/17/13 1:45 PM] Received (7346049596): And my requests to heal have not been only of late. But I see it spiraling out of control, I see the cliff fast approaching for us all, and I want to save us.
[5/17/13 1:45 PM] Received (7346049596): I kept the reservations in Old Town for tomorrow. If you can see the awful future, too, and know my sincerity, call...
[5/17/13 1:45 PM] Received (7346049596): As I said, I have nothing to do with Dad's activities. Nothing. He has told my attorney that. I suspect you know that, too. I would never do anything to hurt you.
[5/17/13 1:45 PM] Received (7346049596): I don't know why you don't ask kinny or any of your other male friends to mow the lawn, but I am willing to do it so you don't have to spend so much.
[5/17/13 1:45 PM] Received (7346049596): Just leave the two lawnmowers outside and T and I can cut the grass sometime when you're not home. Not a problem. Money will become an issue soon.
[5/17/13 3:12 PM] Received (7346049596): Funny you write I don't know what love is when you started telling your CL boyfriend you love him right away. I have yet to say those words to anyone else.
[5/17/13 3:12 PM] Received (7346049596): I talked to my dad. Call me when you can...
[5/17/13 3:46 PM] Received (7346049596): Please phone when you can. I want to help you.
[5/17/13 5:32 PM] Received (7346049596): Leave the lawnmowers out and I will stop by and cut your grass on the way home.
[5/17/13 5:32 PM] Received (7346049596): Please call and simply listen. No need to argue. We don't have to meet...just listen to my ideas for solving this ugliness. Your refusal to even talk doesn't help anyone.
[5/17/13 5:33 PM] Sent: No lawn mowing until next week if at all.
[5/17/13 8:48 PM] Received (7346049596): Ok. Please allow us to cut it for you. I really do still care so much and want to do for you.
[5/17/13 8:48 PM] Received (7346049596): So much to share. Go to Old Town and just listen. Say not one word all day if u want. U have nothing to lose and everything to gain. Own room, good meal, show.
[5/17/13 8:48 PM] Received (7346049596): Not trying to win you back. Trying to be your friend and co-parent. Make amends. And save us all.
[5/17/13 8:48 PM] Received (7346049596): I won't reach out to you any more. If you decide at midnight you want to talk via phone or at 3:00 am you want to go to Old Town, call, I will come to you. Nothing is more important than our family.

Conversation between Summer's iPhone [+1 (681)14-1999121] and Scott/Buddy Ballock FBI [+7340049560]

Sent 5/12/13 8:35 PM 

> If you need to reach Ellen (Mom), call or text my number 681-212-9912. Her phone is not working anymore.

Received 5/12/13 8:39 PM

Oh, ok. Wish we had known. We tried calling earlier. We had dinner and dessert to deliver from DC.

Received 5/13/13 11:26 AM

Ellen, your boyfriend kinny is writing me on my work phone and following my female friends on Facebook. Concerning. Please do not give my info to others.

Received 5/13/13 11:26 AM

Can you talk today?

Sent 5/13/13 1:28 PM

> I can't talk now.

Sent 5/13/13 1:59 PM

> Whatcha need?

Received 5/13/13 2:10 PM

In meeting now. We need to talk before everything is destroyed.

Received 5/14/13 7:30 AM

I m hoping you're ready to try again, to find a way forward. We are on the verge of losing it all, of completely ruining ourselves and our children. Our attorneys can't fix this mess, only you and I can.

Received 5/14/13 7:30 AM

It's only going to get worse, much worse. You have no idea how bad it can get. I can't believe you chose kinny over trying to save us and them.

Received 5/14/13 7:30 AM

We will spend everything we have and our attorneys will help us destroy each other. The kids will lose too. And it will never end. A should apologize to B.

Received 5/14/13 6:35 PM

Call or visit today if you want to talk about how to fix this. We have lots of reasons and incentive. No one else does.

Received 5/14/13 6:35 PM

Can you talk?

Received 5/16/13 11:26 AM

ou want to end the acrimony, we can do it ourselves. We can't repair what you broke but we can find a gentle way forward and go our separate ways forever.

Received 5/16/13 11:26 AM

The kids are going to suffer even more if we don't get this stopped. And you must know it has the potential to get much worse - and to never stop.