# EXHIBIT 13

Emails2

they are even better to Tommy. Tommy recognizes how lucky he is. He missed me, of course, and wished I were there to sleep with him, but he was still surrounded by true love. Nana even sent a text message to tell me Tommy was dancing again after school. You should see him run to Nana and hug her when he gets home. Our friends from across the country continue to phone and write Tommy to provide their love and support. Those who are local spend quality time with him. Our family has truly amazing friends.

From: scottballock@yahoo.com
Sent: Saturday, February 09, 2013 3:58 PM
To: Ballock Ellen R
Subject: Attorney Fees

Please keep separate any and all attorney expenses related to our divorce and any that may arise as a result of criminal prosecutions and/or lawsuits filed against you and kinny for malicious prosecution, abuse of process, defamation, etc. (you can't go around falsely telling people, among other lies, that they are being investigated by the FBI).

I have cautioned you from the moment you started cheating on me with kinny, and I will caution you again, dumb is dangerous. You used to be able to say, "i no dumy."

From: scottballock@yahoo.com
Sent: Friday, February 08, 2013 11:54 AM
To: Ballock Ellen R
Subject: Summer and Tommy

You previously (wrongly) accused me of failing to include Summer in activities.

You previously told me to include Summer on all my future trips.

I informed you weeks ago of two upcoming trips and asked - repeatedly - if Summer would be able to join us.

You failed to respond to any of my requests and failed to provide an answer.

Finally, last week, you said you would provide an answer this week.

It is now the end of this week and you have still failed to provide an answer.

Starting tonight Summer will be spending this weekend with Tommy and I (and friends who may be traveling with us) and discussions are sure to be had by the children about both upcoming trips, one of which is next weekend.

Your refusal to communicate is harmful to the children. I am again requesting whether Summer will be joining us on our upcoming travels. I am also requesting - for the benefit of the children - that you learn how to communicate with me about them. You are once again hurting them.

From: scottballock@yahoo.com
Sent: Wednesday, February 06, 2013 7:03 PM
To: Ballock Ellen R
Subject: Summer

Once again, I am formally requesting confirmation as to whether Summer will be traveling with me over President's Day weekend and/or over Spring Break. I need to formalize/finalize plans soon so the kids will have the best time possible.

Please send Summer with her bathing suit this weekend.

Please tell Summer no matter where we are this weekend, she will be playing with a friend her age so she should also bring anything she may want to play with during a possible car ride/hotel stay/slumber party. I have not finalized plans as I was hoping for Summer's input. Please tell her if she has a preference as to what we do, to let me know. I have until tomorrow to cancel hotel reservations. Because she gets to see me only every other weekend right now, I want our time together to be

Page 39