# EXHIBIT 14

**From:** Ellen <ellenballock@yahoo.com>
**To:** "ronnie.m.gaskins@wvsp.gov" <ronnie.m.gaskins@wvsp.gov>
**Date:** 09/06/2013 11:18 AM
**Subject:** Fw: Theft of Government Property

----- Forwarded Message -----
From: "scottballock@yahoo.com" <scottballock@yahoo.com>
To: Ballock Ellen R <ellenballock@yahoo.com>
Sent: Tuesday, May 28, 2013 11 00 PM
Subject: Theft of Government Property

Ellen,

Kenny estimates you gave him 40 to 50 boxes of my government-issued ammunition (as much as $2,100 worth). Kenny provided a witness and me with several of the ammunition boxes, all of which contain lot numbers, a unique identifying number which provides confirmation that the hollow-point bullets were sold to the FBI for the exclusive use by law enforcement. Kenny recalls you even shot the ammunition with him.

You also gave Kenny a bureau-issued gun holster, a magazine clip, evidence tape, a go bag, a thumb drive, and a gun carrying case, all of which were issued to me by the FBI and remained the property of the federal government.

Kenny also shared with me the other household items belonging to me or us that you gave him to hide or keep.

Kenny also detailed the items you purchased for him using our joint funds, to include a $400 iPhone 5 this past fall.

You are not permitted to give away or sell any of our marital property or spend our joint funds - on yourself or anyone else.

Your repeated removal of joint funds will be addressed before the court and again when we divide our assets. Theft of government property is a matter we will be addressing immediately.

Giving away FBI-issued ammunition is no small thing. If any of that ammo is ever found at a crime scene, it can be tracked back to the bureau and to you.

You did not have, nor could you have been given, authority to dispose of or convey property of the U.S. Government.

18 U.S.C. § 641 : US Code - Section 641: Public money, property or records

Whoever embezzles, steals, purloins, or knowingly converts to his use or the use of another, or without authority, sells, conveys or disposes of any record, voucher, money, or thing of value of the United States or of any department or agency thereof, or any property made or being made under contract for the United States or any department or agency thereof; or
Whoever receives, conceals, or retains the same with intent to convert it to his use or gain, knowing it to have been embezzled, stolen, purloined or converted - Shall be fined under this title or imprisoned not more than ten
years, or both, but if the value of such property in the aggregate, combining amounts from all the counts for which the defendant is convicted in a single case, does not exceed the sum of $1,000, he shall be fined under this title or imprisoned not more than one year, or both. The word "value" means face, par, or market value, or cost price, either wholesale or retail, whichever is greater.

Scott