# EXHIBIT 17



# IN THE MAGISTRATE COURT OF MONONGALIA COUNTY, WEST VIRGINIA

## WARRANT FOR ARREST

State of West Virginia

v.

Scott Thomas Ballock
102 New Castle Drive
Morgantown, WV 26508

Case No(s). 13-M31M-06739

**To Any Law Enforcement Officer:**

WHEREAS this court has found probable cause to believe that the defendant, Scott Thomas Ballock did commit an offense or offenses in this County on

01st day of May, 2013, previous to the issuance of this warrant 1 count(s) 61-03C-14a(a)(2): Unwanted communications by computer

against the peace and dignity of the State.

Therefore, you are commanded in the name of the State of West Virginia to apprehend the above-named defendant and bring that person before any magistrate in this County, to be dealt with in relation to the charge(s) according to law.

This arrest warrant is to be executed in the following manner (*check one*):

- ☒ Forthwith
- ☐ Between the hours of 9 a.m. and 4 p.m., Monday through Friday
- ☐ Other (*as specified*):

Given under my hand this ___12___ day of ___Sept___, ___2013___

_Sandy Holepit_
Sandy Holepit, Magistrate

Executed by: _____ in _____

County, W.Va., on _____
(Date)

W.Va. Code § 50-2-3; Mag. Ct. Crim. Rule 4
MCRWARR Rev. 09/2007
Docket Code: **MMWAR**

Page 1 of 1

Copy Distribution: ☐ Return ☐ Defendant
☐ File ☒ Prosecutor



# IN THE MAGISTRATE COURT OF MONONGALIA COUNTY, WEST VIRGINIA

## WARRANT FOR ARREST

State of West Virginia

v.

Scott Thomas Ballock
102 New Castle Drive
Morgantown, WV 26508

Case No(s). 13-M31M-06741

**To Any Law Enforcement Officer:**

WHEREAS this court has found probable cause to believe that the defendant, Scott Thomas Ballock did commit an offense or offenses in this County on

01st day of October, 2012, previous to the issuance of this warrant 1 count(s) 61-02-09A(a): Stalking; harassment; penalties; definitions. (Harassment - Misdemeanor)

against the peace and dignity of the State.

Therefore, you are commanded in the name of the State of West Virginia to apprehend the above-named defendant and bring that person before any magistrate in this County, to be dealt with in relation to the charge(s) according to law.

This arrest warrant is to be executed in the following manner (*check one*):

- [x] Forthwith
- [ ] Between the hours of 9 a.m. and 4 p.m., Monday through Friday
- [ ] Other (*as specified*):

Given under my hand this ___12___ day of ___Sept___, ___2013___

_____
Sandy Holepit, Magistrate

Executed by: _____ in _____

County, W.Va., on _____.
                     (Date)

W.Va. Code § 50-2-3; Mag. Ct. Crim. Rule 4
MCRWARR Rev. 09/2007
Docket Code: MMWAR

Page 1 of 1

Copy Distribution:
- [ ] Return
- [ ] File
- [x] Defendant
- [x] Prosecutor