# EXHIBIT 20

**IN THE MAGISTRATE COURT OF** _MONONGALIA_ **COUNTY, WEST VIRGINIA**

STATE OF WEST VIRGINIA

v.

_Scott Ballock_

Case No. _13-M31M-06741_
_13-M31M-6739_

## MOTION

The
- ☐ Plaintiff
- ☐ Defendant
- ☒ State of West Virginia

In the above-styled case hereby moves or requests that this court:

- ☐ remove this case to circuit court (*if civil*)
- ☐ continue the case from the currently scheduled date of _____
- ☐ other (*specify*): _to dismiss charges with prejudice_

This motion is based upon the following grounds: _The State and the defendant have entered into an agreement for dismissal w/prejudice of the charges, pursuant to conditions and understandings as set forth in the attachment which has been signed by the Prosecuting Attorney, Counsel for the defendant, the defendant and the complaining witness._

_Marcia Ashdown, Prosecuting Attorney_
Signature of party filing motion/attorney for the party/prosecutor

_April 7, 2016_
Date

**NOTICE TO PARTY FILING MOTION:** One copy of this motion must be filed with the court and one copy must be mailed or delivered by hand to the attorneys for all other parties or to the parties themselves if they are not represented by attorneys.

### CERTIFICATE OF SERVICE

I, _Marcia Ashdown_, hereby certify that I have served a copy of the above motion on the attorneys for all parties or, if such parties are not represented by attorneys, to the parties themselves on the _7th_ day of _April, 2016_, ☒ by hand ☐ by first-class mail to:

Name and address of attorneys or parties served:
_J. Michael Benninger_

_Marcia Ashdown_
Signature

_April 7, 2016_
Date

**NOTICE TO PARTY RECEIVING MOTION:** Contact the magistrate court to see whether the requested action has been granted, denied or set for hearing.

### RULING

As a result of the hearing on _____, the motion is
- ☐ Denied
- ☒ Granted as requested
- ☐ Granted in the following manner: _____

_4-7-16_
Date

_Hershel L. Mullen_
Magistrate

W Va Code § 50-4-6, Mag. Civ. Rules 8, 9, 12; Mag Crim. Rules 12, 13

WHITE - Court file
GREEN - Opposing counsel or party

## ATTACHMENT TO MOTION TO DISMISS WITH PREJUDICE

To effectuate the resolution of Case No. 13-M31M-06741, State v. Scott Ballock, by and 13-M31M-06739 dismissal of the charges the defendant and the complainant mutually agree as follows:

1. Scott Ballock acknowledges that probable cause existed for West Virginia State Police to file for the issuance of the warrants in this case pursuant to W.Va. Code §61-3C-14a and §61-2-9a.

2. Scott Ballock acknowledges communicating via email with Ellen (Ballock) Costlow after it is alleged that a letter was sent to him asking him to stop such communications to Ellen Costlow.

3. Scott Ballock agrees to cease, and to not initiate or reinitiate, if applicable, efforts to affect Ellen Costlow's personal reputation, employment, professional status or workplace relationships, and he agrees to discourage any other person purporting to act on his behalf to similarly cease, or not reinitiate any disparagement of Ellen Costlow on social media or other platforms of public communications. Scott Ballock also agrees to assist in removing any remaining remnants of disparaging social media postings by taking reasonable steps within his control to remove these postings, links or other social media communications.

4. Ellen Costlow agrees that she will not communicate any disparaging information or commentary to Scott Ballock's employer or place of employment, or on social media or any other platforms of public communications.

5. Scott Ballock and Ellen Costlow agree that the Family Court, in which they were engaged in litigation when the communications giving rise to the misdemeanor charges in this case occurred, will retain jurisdiction over any lawful matters involving family issues that may

arise between the parties in the future. Scott Ballock, who has sole custody of the children, agrees to inform Ellen Costlow by email of any changes of the children's address.

6. Scott Ballock agrees not to contact Ellen Costlow by any means or for any reason other than to notify her by email of hospitalization of either child, or regarding either child traveling outside of the country.

_____ 04/07/2016
Scott Ballock, Defendant

_____ 4/7/16
Counsel for Defendant

_____
Ellen Costlow, Complainant

_____
Prosecuting Attorney's Office