# EXHIBIT 22

(K), (L), (M), (S)



**From:** LARGE, JOHN D. (PG) (FBI)
**Sent:** Monday, April 10, 2017 11:51 AM

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**Troopers 00880**

**To:** DUDA, RAYMOND P. (PG) (FBI) <RPDUDA@fbi.sgov.gov>
**Subject:** WVSP Call to Clarksburg RA --- UNCLASSIFIED

```
Classification: UNCLASSIFIED
===========================================================
```

Ray,

Per discussion:

FBI Clarksburg received a call this morning from WVSP First Sergeant (F/SGT) Michael Kief from the Wheeling detachment, advising that on 4/7/2017, Scott Ballock walked into the Morgantown Detachment of the WVSP. Ballock spoke to the secretary, requesting to speak with F/SGT Kief (who had been previously assigned to the Morgantown Detachment), Corporal Ronnie Gaskins or Trooper First Class Chris Berry. He had three stacks of paperwork with him, advising the secretary that he had information for Kief, Gaskins and Berry, and that he wanted to advise them that "something" (Kief presumed it was a civil suit) he was filing was going to hit the news over the weekend and he wanted to make sure each knew before it happened. The F/SGT on duty at the detachment was familiar with Ballock and told the secretary not to accept any paperwork from him, but instead he should contact the legal department of WVSP. Kief advised that the secretary felt Ballock's general demeanor was "arrogance", and that he seemed to be "thumbing his nose" figuratively at the WVSP. At that point, Ballock left the barracks.

Kief advised that at no point on 4/6/2017 did Ballock refer to his status as an employee of the FBI or show any credentials or badge.

Kief advised that this was all in reference to a stalking matter that Ballock had with his ex-wife, Ellen Costlow a few years ago that the state police investigated.

Kief advised that he searched pending court matters in West Virginia and found a civil suit filed on 4/6/2017, Ballock vs. Costlow, et al (Kief, Berry, Gaskins).

V/R,
John

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Troopers 00881

SA John Large

Pittsburgh Division/Clarksburg RA

Office 304-624-6200

Cell ▓▓▓ (S) ▓▓▓

```
==========================================================
Classification: UNCLASSIFIED
==========================================================
Classification: UNCLASSIFIED
==========================================================
Classification: UNCLASSIFIED
```

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Troopers 00882