# EXHIBIT 25

**From:** Ellen <ellenballock@yahoo.com>
**To:** "ronnie.m.gaskins@wvsp.gov" <ronnie.m.gaskins@wvsp.gov>
**Date:** 09/08/2013 11:59 AM
**Subject:** Very Important Information

Corporal Gaskins,

Kenny Ice, Jr., my boyfriend, has found some important information on the internet that you need to see right away, please. Last week Kenny sent Sgt. Kief some key emails which support the harassment investigation. The emails Kenny sent were ones he'd received from three sources: Thomas Ballock, an anonymous sender (most likely Thomas Ballock), and Scott Ballock. I believe Sargent Kief forwarded these emails on to you, but if not, please let me know and I will have them sent to you.

The custody hearing is this Friday at 8:30 am in Judge Minor's chambers. Custody of my daughter is what is at stake as it's been difficult for the Guardian AdLitem and the forensic psychiatrist to decipher which of us is telling the truth (me or Scott) and the lies he tells are bringing into question my fitness as a primary custodial parent. Rest assured I'm telling the truth to everyone involved, but unfortunately in court it's a matter of he said/she said.... I was never one to collect and maintain derogatory evidence about my estranged husband or complimentary evidence about myself over the course of our 21-year marriage, and the burden of proving I'm the truth teller is not easy. He has always said, "Who is going to believe you, a stay-at-home mom, over me, a Special Agent for the FBI?" Enough said.

Custody issues with my son are not as pressing as he is 12 and has chosen to live with Scott for now, but the influence of Thomas Ballock, his granddad who resides with him, is affecting my son's upbringing in some negative ways.

I'm also going to forward to you the letters Thomas Ballock sent the Guardian AdLitem in the spring. Tom also sent letters to Judge Minor's office and the tone was brash and harassing enough that Judge Minor spoke about them during the hearing even though Thomas Ballock was not present. He said he would not tolerate such behavior any more and I believe he mentioned a sanction that included jail time, but I'm not sure. I get so nervous during the hearings because it's all so new to me. Anyway, maybe Judge Minor or his office staff, Kim Jacks to name one of them, would be willing to provide a copy of Tom's letter to Judge Minor. Also if you could grab a copy of the DVD from our May 23rd afternoon hearing you could see and hear Judge Minor address everyone about Thomas Ballock in regards to the letter writing and internet activity. The DVD will also show that Scott knew of some of the internet activities of his father.

One more thing that may or may not be helpful. My 10-year-old daughter came home from visiting her dad last spring and said Granddad has a file on his computer that says "Ellen" and a file that says "kinny" (the derogatory way he spells "Kenny"). She described them as yellow file folder icons that show on the desktop screen. She was upset to see them. She was even more upset to hear Scott say "I hope she dies while four-wheeling" in reference to me. She was also upset to hear her granddad say "I want that bitch dead" in reference to me.

Please call, text, or email me at any time.

Sincerely,
Ellen Ballock
304-276-4740 cell
304-241-5005 home