# EXHIBIT 26

On Mar 7, 2016, at 9:09 AM, Kief Michael A <michael.a.kief@wvsp.gov> wrote:

That is great news!! I'm sure he has tucked his tail between his legs and was humiliated. The next target for Scott and Tom will be Judge Minor, I am sure. I am so glad he shot Scott down on everything. One thing, did Scott have his attorney at the hearing or did Scott speak for himself? Didn't know how that went down.

-----Original Message-----
From: Ellen Costlow <ellencostlow@gmail.com>
To: Gaskins Ronnie M <ronnie.m.gaskins@wvsp.gov>, Sgt Michael Kief <michael.a.kief@wvsp.gov>
Date: Fri, 4 Mar 2016 15:26:06 -0500
Subject: 3-4-16 update

Good afternoon.  All went well for me today at the hearing.  I really like Gabriel. She's on top of this case and was well prepared today when she met me in Family Court.

Judge Minor was going to allow divorce documents to be unsealed until he listen to my reasons for leaving them sealed, Scott's reasons to use the documents against me to help himself, and most of all after he listened to Gabriel's legal facts and professional opinion. She read the codes of law Scott was charged with breaking, then addressed both Judge Minor and Scott about the charges against Scott in more plain terms. Judge Minor agreed with Gabriel the documents are not relevant to the criminal case.  He also agreed the documents should not be out there in the public domain. He said all documents are to remain sealed to preserve my privacy.  Scott hated hearing that and spoke up about his civil right to due process.  Judge Minor told Scott he could file motions in civil court or magistrate court to see if those judges will allow them to be unsealed.

The criminal case is to be heard in Magistrate Court sometime at the end of this month, but could now be postponed if motions are filed elsewhere for divorce documents to be unsealed.

When Scott became an FBI agent 13 years ago, he let it define him.  Now he doesn't know what to do as he sees being charged with these crimes will cost him his title. He's feeling wronged and humiliated and continues to say he was only trying to help me by sending all the letters and texts, that I was just out to take his job from him, and that I was having an affair with a State Police Officer to get favors like having him arrested.
I think Scott has lied to himself so much he now believes himself.  In his mind he thinks no one would ever help me unless sex is