# EXHIBIT 28

**From:** Ellen Costlow <ellencostlow@gmail.com>
**To:** Sgt Michael Kief <michael.a.kief@wvsp.gov>, Gaskins Ronnie M <ronnie.m.gaskins@wvsp.gov>
**Date:** 04/14/2016 02:50 AM
**Subject:** The past....

I didn't know where to begin when asked if there is anything really important I'd like you to be sure to share at your 10am meeting. I think the sheer number of emails and texts from Scott showing his calculated and cruel threats followed by his wanting to invent a "time-machine" to go back in time to reunite, followed by more threats that things are going to get worse, then invitations to go to Alexandria and Washington, D.C., which when turned down resulted in more vile actions to cause harm to me.....all of which span over the course of nearly 10 months (Sept/Oct 2012-July/August 2013) is the most important to share.
But, I know you will share all of that along with the facts that concerned you the most. Your ability to decipher and explain what happened during my marriage and divorce and to reveal patterns of behavior will be extremely helpful.

....but since you asked....
Scott told me in the Spring of 2012 his idea of retiring at 50 was to spend his days enjoying watching (secretly videotaping) me with a different man every day of the week.  So I vowed to myself the next time he walked out it would be the last. I wasn't sure I could make it on my own, but I knew I wouldn't survive being married to him. That need of his coupled with his physical fits of shoving and throwing objects at me was too much and to think it would be ramped up at age 50 was unbearable.

Scott walked out on me nearly every month when we lived in Ann Arbor from 2006-2011. It was his way to control me. He would say he was spending the night at his office and would follow me and the kids around town before returning home to us. While living in Ann Arbor he also pretended to be someone else and wrote on an email account he later commandeered to use against me in our divorce.  You know all about that....

The craigslist ad perusing was done by Scott and he would write men as if he were me and set up "play" times. Then he'd write those men again to try to get them to return or cut me down (you're fat, ugly, saggy bag if wrinkles, not good enough in bed) if the men didn't return for more.  Sometimes he'd email me the ad and tell me to write the men. I believe I provided some of those sent from his email address to mine. Thus Scott's "I'll make you look like the biggest whore" text threat in October 2012 was very real to me, and that's exactly what he proceeded to do on his own and through the help of his father. He is a cruel, cruel man who never truly loved me, rather he just used me.

Scott walked out on me twice in WV. The first time was Dec 2011. The second was Sept 2012. At that point I locked the door and never let him back into my life. I even changed the locks on the house.

I felt horribly blackmailed by Scott throughout my divorce. The number of texts and email along with their content was emotionally distressing. He had and still has absolutely no respect for me as the mother of his children. He sees no need for me in their lives even though my son is 15 and my daughter is turning 13 next month.

Oh, before I forget, the sex acts Scott wanted done for him were what I wanted to escape from most of all. If you need evidence of his voice on audio after a "taping session," I think I can produce that. I really don't want to have to find it, but I have kept it only in the event he decides to say I'm lying.

Also, I'd like it known that Scott purposely involved his father from the start of our separation full-well knowing how vindictive and vicious his father can be on the Internet to businesses he's disgruntled with. As a result, Scott deliberately shared with his Dad everything that was said in Family Court all along the way to include personal details, such as where I attend church and what medicines I take. I can prove that evidence as well if needed. Scott shared many lies with his dad, twisted truths, and placed blamed on me for things he'd done. Together the two of them kept the waters muddied to the point no one knew who to believe. They played the judge, attorneys, children's counselor, forensic psychologist, and many other people to their advantage by presenting me as a person with borderline personality disorder. To prove my innocence to anyone was nearly impossible. Scott is cunning and charismatic. I was a frightened mess from all his threats that "it (the divorce and 'mudslinging') is just going to get worse" texts and emails.

Did Scott abuse his power as an agent? He certainly used the family court system though he blamed me for that. At every turn he'd set me up to look culpable for wrongdoings I had not done, such as abusing my son or putting the family dog to sleep. The family dog was alive and well. I never ever have hurt my son. Scott harassed me so badly, blamed me for many atrocities he'd done, and got away with it for so long I was convinced no one would ever believe me. I felt trapped. After all, Scott's threatening words to me throughout our marriage and divorce were "No one will ever believe anything you say. You're a stay-at-home mom and former teacher. I (Scott) am a Special Agent for the FBI." And you know what? He was right. Even the forensic psychiatrist said in court "Why would he lie? He's a Special Agent for the FBI." So as the harassment escalated, he went so far as to tell me me if the FBI questioned me about ammunition or a thumb-drive, I'd have to tell the truth or end up in jail like Martha Stewart. But I had not done anything wrong. (I have that voice

recording if you need it.)

In the fall of 2012, Scott told me his Special Agent friend Sue Lucas from Ann Arbor was researching the guy I was dating (Kenny) and said he was a "bad guy" meaning a drug dealing criminal. Scott also told me he could get me a job at CJIS then wrote about a half hour later that he'd talked to his supervisor and they couldn't hire me because of Kenny. Is that abuse of power, too, or just plain cruel?

The more Scott realized I wasn't going to reunite with him, the more steps he took to try to ruin me.

I am willing to answer any questions anyone has as long as they respect what I have endured. I have voice recordings of Scott because my first attorney Bader Giggenbach told me to record him, and that is the only reason.

In the present, just as recent as April 13, 2016, it's unbelievably distressing to read what Scott's dad posts on the Internet. It's disturbing to know what great lengths Scott and his Dad have gone in an effort to try to ruin my life. Scott would like to see me friendless, without family, jobless, homeless, penniless, .... actually, he would like for me to die. (I have that statement on a voice recording, too.)

Please reiterate to whomever you meet with tomorrow I am not who Scott and Tom say I am. I am not vindictive. I'm not mentally ill. I'm a mother, a teacher, a Christian, and stronger than I ever imagined. I'm a survivor and have spent a great deal of time, effort, and money meeting with professionals who have helped me repair the damage to my sense of self-worth and move forward productively in life with as much grace as possible.

I miss my children terribly. Those 5 words can bring on a flood of tears.... I don't want Scott to know how much my heart aches without them as that would give him great satisfaction. But I have to say he purposely made it impossible to see my children without causing one sort of problem or another. My son grew angry and violent toward me. I chose to suspend visitation with him Dec. 2013 when he slapped my face and said "Freedom of speech, bitch!" over the idea Scott had planted in his mind that I wasn't going to return the family dog. In all actuality, I couldn't get Scott to take the family dog, but he made it look like I was the bad guy. A few months later, he told my daughter (July 2014) that he had a private detective follow the two of us one Saturday when she was with me. We had been together, alone, but he told her we had been with Kenny and he had proof. She knew the truth and couldn't convince him otherwise. She feared somehow it was all meant to harm me. He wouldn't let up and she was beside herself over it the next time I

saw her. At that point I knew I had to suspend visitation. She was being psychologically damaged and the only one who could stop it was me by suspending visitation.

I want so very much to spend time with my children and share custody, but in essence Scott's behavior and false accusations about me prohibit it. That was his plan.... I believe my daughter is afraid to write me because of Scott. She doesn't respond to my email. My son was angry about the divorce, told to lie that I used to hurt him (that's psychologically damaging), and his confusion turned into anger toward me. My son's hatred of me is fed by Tom and Scott. In the end I want what's best for my kids and I decided they should be raised together and not have to endure the stress of visitation given the way Scott behaves. I just pray every day Scott is good to them and Tom has little influence on them.

I have not slept much since the court hearing. The court document meant nothing to Scott and Tom. They still believe they are justified in action and above the law. The websites are horribly cruel. There is no peace for me, no freedom from uncivil, vindictive retribution, and no end to the madness of it all.

Please do not let anyone be duped into believing Scott didn't know how far his dad would take steps to deliberately try to ruin my reputation. Scott willingly gave his father ammunition and permission to ruin me very early on in our separation. Scott knew exactly what he was doing when he enlisted the help of his dad. He knew how incredibly vicious and "slick" the websites would be.

If you need to know financial information of money I spent flying his mom to visit, hotel rooms from time to time, or how I bought gifts for her to give my children because she didn't have enough money to buy them herself, let me know. The FBI should have all the financial documents from 2003-2012 that reflect exact amounts of money I inherited between 2009-2011 and the purchase price, mortgage, and selling price of each home and car we owned.

Had it not been for your intervention and his arrest, I fear I wouldn't have had the chance to begin to heal and move forward in life. He would have kept writing and texting, throwing his triumphs and my failures in my face, ridiculing and taunting me, threatening me, then asking me to reunite and so on.

I could go on for hours peeling away the layers of lies Scott presented as truths to protect himself and control me. The list of people he contacted to lie on his behalf or to provide personal information about my life apart from him is lengthy. Every way he could think of to hurt me or control me, he did.

All that said, I must have faith that things will end up ok for me.

```
Sometimes God allows us to go through difficult times, even as a
result of the wicked actions of others.  Yet whatever we have to
endure, no matter how unfair or unjust, we can be sure that God will
use it for good.
Romans 8:28

Sincerely,
Ellen Costlow
```

**Attachments:**

the servants of the God of your father." And Joseph wept when they spoke to him.

[18]Then his brothers also came and fell down before him and said, "Behold, we are your servants."

[19]But Joseph said to them, "Do not be afraid, for am I in God's place?

[20]"As for you, you meant evil against me, *but* God meant it for good in order to bring about this present result, to preserve many people alive.

### Life Lessons

**50:20 — *"As for you, you meant evil against me, but God meant it for good in order to bring about this present result, to preserve many people alive."***

Sometimes God allows us to go

File: image1.png    Size: 150k    Content Type: image/png

Sometimes God allows us to go through difficult times, even as a result of the wicked actions of others. Yet whatever we have to endure, no matter how unfair or unjust, we can be sure that God will use it for good (Rom. 8:28).

127 hrs 42 mins left in book            5th