299

1     Q.   What you initialed and signed is listed as

2  Attachment to Motion to Dismiss with Prejudice.

3     A.   Yes.

4     Q.   The words dismissal agreement, I couldn't find

5  those used anywhere in this attachment to the motion.

6           MR. JEFFRIES:  Look in your response to

7  our motion to dismiss.

8           MR. CROOKS:  I'm looking at the exhibit.

9  I'm looking at the exhibit, not your characterization in

10  this case.

11     Q.   So let me ask you some questions that pertain

12  to this motion that was submitted to Magistrate Mullins

13  and entered.  So was it your understanding that unless

14  you initialled and signed off on this attachment to the

15  motion that the prosecutor wasn't going to agree to

16  dismiss the charges against you?

17     A.   That's right.  She didn't need to put that in

18  there.  She didn't need to put any of that in there.

19  She could have just dismissed the case.  But she told

20  Benninger she was trying to protect her boys and she

21  insisted on that.

22     Q.   Okay.  Did you have any -- we already waived

23  attorney/client privilege with respect to this -- the

24  entry of this motion and the attachment to it.  Did you

25  talk with your lawyer, Mike Benninger, as to whether the

1   prosecutor was overreaching trying to get this included

2   in the motion?

3       A.   Yeah.  We thought it was ridiculous.  We

4   thought that she should have just dismissed the case.

5       Q.   In answering questions put to you by Mark

6   Jeffries today, you listed off some reasons why you

7   signed it nonetheless.  And one of them was your

8   anticipation that there was going to be an expungement?

9       A.   Yes.

10      Q.   My notes indicate that, number 1, your lawyer

11  said, look, you may as well sign this, it's the only way

12  we're going to get it dismissed?

13      A.   That's right.

14      Q.   Two, you were worried about your children?

15      A.   Yes.

16      Q.   Custody.  Three, the prosecutor agreed to

17  expunge the record?

18      A.   Yes.

19      Q.   And four, the prosecutor didn't want her boys

20  to face a civil suit?

21      A.   Correct.

22      Q.   Now, expungement, what did that mean to you at

23  that point?  What did you understand that was going to

24  mean?

25      A.   I was told that expungement meant that it never

1    happened, nothing ever happened, and that all the

2    records would be deleted, gotten rid of, and if somebody

3    ever contacted the court or state police and asked about

4    it they would say we have no records about it.

5        Q.   Okay.

6        A.   In essence, it meant that nothing -- that it

7    never happened.

8        Q.   All right.  Would that have included the motion

9    to dismiss as well as the attachment to it?

10       A.   All of it.  Nothing happened.

11       Q.   So, you know, why not go ahead and sign off if

12   it's going to be expunged anyway, is that what you meant

13   when you included expungement in your answer earlier?

14       A.   Exactly.  Benninger said Marcia already agreed

15   to the expungement.  It's going to happen.  We've got to

16   wait 60 days, I think it was, and then we'll get rid of

17   it.  And then it will be like nothing ever happened.

18       Q.   When the motion was presented was there a

19   hearing?

20       A.   The expungement?

21       Q.   No.  I'm sorry.  I wasn't explicit in my

22   question.  The motion to dismiss, which is Deposition

23   Exhibit 30 and the attachment to it --

24       A.   Yes.

25       Q.   -- when it was presented, was there a hearing?

302

1      A.   Yes.

2      Q.   Okay.  Was that in front of Magistrate Mullins?

3      A.   Yes.

4      Q.   Were there ever any pleas entered that day?

5      A.   No.  It was not a plea.  It was not a pleading.

6      Q.   Okay.  Were you put under oath and asked any

7   questions that day?

8      A.   No.

9      Q.   Did you --

10     A.   I didn't say one word that day.

11     Q.   That was going to be my follow-up question.

12   Did you have anything to say?

13     A.   I said not one word.

14     Q.   Was there any discussion between Magistrate

15   Mullins and the lawyers, Mike Benninger and -- who was

16   it for the prosecution that day?

17     A.   Marcia Ashdown.

18     Q.   So the prosecuting attorney came to magistrate

19   court on this agreed motion; is that what happened?

20     A.   That's right.

21     Q.   I see.  Was there any discussion in open court

22   with respect to the terms that were contained in this

23   attachment that was initialed by you, your lawyer,

24   Marcia, and Ellen?

25     A.   Certainly the acknowledgment of them.  I don't

1    remember if he read them off verbatim.  I just don't

2    remember.  But, yeah, it was an integral part of the

3    hearing.  Maybe Marcia read it.  Maybe Benninger read

4    it.  I don't remember.

5         Q.    So how long did that hearing take?

6         A.    It was relatively short, maybe 20 minutes.

7         Q.    Okay.  Did the paperwork for the expungement go

8    through as you anticipated based on what your lawyer

9    told you was likely to happen?

10        A.    Yes.  Without a hitch, it was expunged.

11        Q.    Okay.  Was the FBI advised that expungement had

12   occurred?

13        A.    Yes.

14        Q.    Did you develop a file on each man Ellen met on

15   Craigslist?

16        A.    No.

17        Q.    There was some mention of Ellen's father dying.

18   I guess that was -- let's see.  That was part of

19   Deposition Exhibit 33, which was the undated report

20   prepared by Gaskins.

21        A.    Correct.

22        Q.    Page 4 of that report mentioned Ellen's father

23   passing away.

24        A.    Correct.

25        Q.    I thought I heard you say the man was still

304

1  alive?

2     A.   Yes.   I still get invited to Thanksgiving and

3  Ellen doesn't.

4     Q.   What's the context of that?   Why is that even

5  in the report?   What was Ellen saying about her father

6  dying?

7     A.   I don't know.   You'd have to ask Gaskins.

8     Q.   Okay.   Did you enjoy your career with the FBI

9  until the time this arrest happened?

10    A.   Immensely, even after the arrest happened.

11    Q.   We don't need to go back through everything you

12  testified to, but my understanding is that after you

13  were arrested and I guess this was witnessed by one of

14  the officer -- not officer.   His title is agent at the

15  FBI -- your supervisors took your gun?

16    A.   Yes.

17    Q.   Do you call it a gun or weapon or what do you

18  call it in the FBI?   Gun seems like such a --

19    A.   Different people call it different things.

20    Q.   It just seems like a casual sort of word.   So

21  they confiscated your gun?

22    A.   Yes.

23    Q.   But they didn't suspend you from active duty?

24    A.   Correct.

25    Q.   And the nature of the job that you worked until

305

1    they fired you was not an investigative field job?

2        A.    Correct.

3        Q.    Was there a cut in pay?

4        A.    A cut?  No.  I suffered no cut in pay.  They

5    were very good in that respect.

6        Q.    The examination you said you had passed, was

7    that an exam you took with the idea that it would be a

8    step toward promotion?

9        A.    Yes.

10       Q.    Would that promotion have resulted in greater

11   authority?

12       A.    Greater authority and greater pay.

13       Q.    Okay.  Well, would a transfer have been in the

14   cards?

15       A.    It was possible.  I could also have been

16   promoted within CJIS.

17       Q.    Okay.  The process of getting that promotion

18   after you passed the exam, was it affected by the fact

19   that you got arrested and they had to confiscate your

20   weapon?

21       A.    Yes.  I was denied the opportunity to even

22   apply for promotions or transfers until the resolution.

23       Q.    Even though you have been discharged, do you

24   still have any rights to retirement pension at the FBI?

25       A.    I do, but not until I reach age 60.

306

1     Q.   Had you not been terminated, when would you

2  have qualified for pension benefits?

3     A.   Eleven months later.

4     Q.   Later than what?

5     A.   Than when I was terminated.

6     Q.   Okay.  So we're clear about this then, the

7  termination was effective when?

8     A.   September 24th -- 26th?  September -- I'm going

9  to say September 25th, 2017.

10     Q.   Okay.  So, August of 2018, you would have been

11  vested on your pension?

12     A.   September 1st.

13     Q.   September 1st, had you not been fired?

14     A.   Yes.

15     Q.   Is there any way to say with confidence how

16  much more money you would have made had you been able to

17  go ahead and get that promotion that you tested for?

18     A.   I would have made probably $15,000 more a year,

19  which also would have increased social security

20  benefits, my pension benefits because my pension is

21  based upon my high three years.  And I was interested in

22  going beyond even a 15 so, you know, the income

23  increases significantly beyond a 15.

24     Q.   Okay.

25            MR. JEFFRIES:  Just a point of

1    clarification, if I can, Charles.  When you say 15, do

2    you mean GS-15 pay scale?

3                   THE DEPONENT:  Yeah.

4                   MR. JEFFRIES:  Thank you.

5    BY MR. CROOKS:

6        Q.   I guess it was established through the course

7    of the questioning today that in the year 2012 you were

8    already receiving some counseling, complaining of

9    anxiety.  I guess you were working with Kathie

10   Gieselman?

11       A.   Yes.

12       Q.   What was Katherine Gieselman's advice with

13   respect to your marriage, if she had any recommendation?

14   Some therapists avoid giving recommendations.  Others go

15   ahead.

16       A.   I don't really recall what -- she tried to give

17   me encouragement that I might, in fact, get the kids.

18   Beyond that, I don't know.

19       Q.   Did she work with you on managing your anxiety?

20       A.   Yes.

21       Q.   Okay.  What sort of things did she do to try to

22   help you in that direction?

23       A.   Talk about taking things one day at a time,

24   living in the present, finding hobbies, things of that

25   nature.

308

1     Q.   Did she ever advise you that as long as you

2  stayed in your relationship with Ellen that your anxiety

3  was going to be a problem?

4     A.   I don't remember.  I don't remember if she said

5  that.

6     Q.   Did you share with Kathie Gieselman that you

7  were talking with Ellen off and on about the possibility

8  of reconciliation?

9     A.   I don't know if I did or not.  I don't know.

10     Q.   Did Kathie Gieselman ever meet Ellen?

11     A.   No.

12     Q.   So you never had any sessions where the both of

13  you came?

14     A.   No.

15     Q.   Dr. Christi Cooper-Lehki -- she testified in

16  the family court proceeding?

17     A.   For a little bit, she did.  Yes.

18     Q.   Was there a stenographer present, such as we

19  have today?

20     A.   Yes.  No.  It was a audio- and video-recorded,

21  and it was transcribed later.

22     Q.   Do you know if there was a transcript ever

23  produced of what she had to say in court?

24     A.   Yes.

25     Q.   There was?

309

1     A.    Yes.

2     Q.    Have you ever seen it?

3     A.    No.

4     Q.    Have you ever tried to get it?

5     A.    No.

6     Q.    I thought I understood you to say at one point,

7  maybe multiple points.  I don't know.  I'll ask you.

8  Were you given the opportunity to see the investigative

9  file at the FBI?

10    A.    Yes.

11    Q.    By that, I mean the investigation into your

12 conduct and whether it merited discipline?

13    A.    Yes.  The administrative inquiry is what it's

14 called.

15    Q.    How many times have you been to see it?

16    A.    Once -- no.  Twice.

17    Q.    When was the most recent time?

18    A.    It's been -- it must have been the day of my

19 termination, September of 2017.

20    Q.    Okay.  Is that investigation closed at this

21 point such that the product of the investigation is

22 turned in and it's in the hands of people who make

23 decisions as opposed to conduct investigations?

24    A.    Correct.

25    Q.    Now, the OPR, that stands for what?

1     A.   Office of Professional Responsibility.

2     Q.   Have they completed their work on this as far

3 as you know?

4     A.   Yes.

5     Q.   And their work on this would be to investigate

6 or to decide or both?

7     A.   Not to investigate, to decide.

8     Q.   To decide.

9     A.   The investigators who interviewed me and Ellen

10 and Kief and whoever else they investigated -- Christi

11 Cooper-Lehki -- the three or four of them, their

12 recommendation was that, essentially, there's nothing

13 here to see, nothing should happen to him.  OPR took a

14 different tact.

15     Q.   These charges that were brought against you

16 were misdemeanors.  Do you know if agents at the FBI

17 during the time that you were working there were ever

18 charged with misdemeanors?

19     A.   All the time.

20     Q.   All the time?

21     A.   Sure.

22     Q.   Okay.  Meaning to say that you know of at least

23 more than a few instances?

24     A.   Oh, yeah.

25     Q.   What kind of misdemeanors are we talking?

1  A. I guess the most common one would be drinking

2 and driving.  It's just not uncommon.  It's a -- you

3 know, there's 14,000 agents, and they get in trouble

4 from time to time.

5  Q. Life goes on?

6  A. Yeah.

7  Q. Do you know of other agents who were either

8 convicted or pled guilty to misdemeanors but nonetheless

9 kept their credentials and continued working?

10  A. Happens all the time.

11  Q. Do you have any sense as to why you were

12 terminated as opposed to disciplined or, perhaps,

13 reprimanded and sent along your way?

14  A. I was terminated because of Ellen's false

15 narrative that she provided to the FBI.

16  Q. Was that false narrative aided and abetted, to

17 your knowledge, by the trooper defendants in this case?

18  A. Yes.

19  Q. And have you tried to disclose evidence of that

20 in discovery including this deposition today?

21  A. Yes.

22  Q. When you went to look at the investigation file

23 at the FBI, did you see interviews with any of the

24 trooper defendants in this case?

25  A. I don't recall.  I don't believe so.

312

1    Q.  Okay.  You've testified today that Kief was

2  going to be interviewed be the FBI.  Do you know if they

3  carried through and interviewed him?

4    A.  I actually can't confirm that.

5    Q.  Is it possible that they interviewed him but it

6  wasn't part of the file they let you see?

7    A.  I guess.  Yeah.  Yeah, 'cause there were

8  redactions.  I wasn't able to see everything.

9    Q.  You say you looked at the file.  What did they

10  do, just bring you into a room like this and set a file

11  on the end of the table and say, this is it, you can

12  have a look?

13    A.  Yeah.  And when you're done bring it back to

14  me.

15    Q.  I mean, was it a -- I mean, how much material

16  are we talking about?

17    A.  150 percent of this.

18    Q.  Okay.  Was it all just documents or were there

19  videos?

20    A.  Just documents.

21    Q.  Just documents.  How would you say the loss of

22  your job at the FBI affected your chronic anxiety that

23  you were already treating for?

24    A.  It's magnified it greatly.

25    Q.  Okay.  Do you currently treat with any

313

1    healthcare professionals for this magnified anxiety that

2    you suffer?

3        A.    I do.  Her name is Kimby Castile at -- she's a

4    nurse practitioner who prescribes me the medications

5    that I need.

6        Q.    Does she do any therapy?

7        A.    No.  I can't afford therapy.

8        Q.    By therapy I'm saying where you sit down and

9    you talk --

10       A.    Counseling.

11       Q.    -- about what's going on with you and how you

12   feel about it?

13       A.    No.  That would be nice, and I wish I could do

14   it, and I wish I could afford to send my children to do

15   it, but I don't have the funds for that.

16       Q.    The health benefits you have through your

17   current employer, it doesn't cover the cost of therapy?

18       A.    It's really crummy insurance.

19       Q.    For Kroger?

20       A.    It is, yeah.  But I have to have it in case of

21   a catastrophic event with my kids, you know.

22       Q.    Well, the law requires you to have it

23   regardless, doesn't it?

24       A.    Well, yeah.  But I know people who don't.

25       Q.    I think Mark asked you this, but at the risk of

314

1   repetition, let me ask.  This review board that's going

2   over your termination decision --

3        A.   Yeah.

4        Q.   -- are they likely to render a decision within,

5   say, the next eight weeks?

6        A.   I have no idea.

7        Q.   Your lawyers haven't given you any forecast on

8   when you might expect a decision?

9        A.   They have no idea.

10       Q.   Okay.  Those lawyers who represent you over in

11  D.C., in that administrative action, that's -- my

12  impression is that's pretty much all those lawyers in

13  that firm do is administrative litigation of the kind

14  they're doing for you?

15       A.   Yes.

16       Q.   Your father, Tom, does he help you with this

17  case?

18       A.   He kind of serves as a file clerk for me.

19       Q.   Does he?

20       A.   He -- I have very basic computer skills and so,

21  for instance, when I got the thumb drive from

22  Forensicon, he had to be the one to download that

23  information, sift through it, organize it.

24       Q.   Does your father have any particular knowledge

25  skill, training, or experience in computer technology?

315

1    A.   He does.

2    Q.   Was that part of his career, perhaps?

3    A.   No, self-taught.

4    Q.   Self-taught.  Did you have any connection with
5    any of the websites that he put up and operated?

6    A.   None whatsoever.  In fact, I asked him to take
7    it down.  My mom asked him to take it down.  My sister
8    asked him to take it down.  Mike Benninger asked him to
9    take it down.  He wouldn't take it down.

10   Q.   He ultimately took down the one about the --
11   about the trooper defendants, didn't he?

12   A.   I don't know.  Did he?

13   Q.   I think so.

14   A.   Okay.

15   Q.   I asked him to take it down too.

16   A.   Okay.  Maybe you had better luck.

17   Q.   Maybe.  I think he did.  What did you say your
18   current title is with Kroger?

19   A.   Operations manager.

20   Q.   Does that job require you to go to a corporate
21   headquarters or to a store location?

22   A.   Store.

23   Q.   To a store?

24   A.   Yeah.

25   Q.   More than one store?

316

1    A.   No.  One store.

2    Q.   Any prospect for promotion in that company?

3    A.   There's opportunity.

4    Q.   Okay.  Kroger is a big regional chain, of

5  course.  We have them here.

6    A.   Yeah.

7    Q.   I think they're based out of Cincinnati?

8    A.   That's right.

9    Q.   Have you pursued any promotion opportunities at

10  Kroger?

11   A.   No.  Because this is so new to me, most of the

12  -- most of my colleagues have grown up in that business.

13  I'm well behind where I need to be.

14   Q.   I see.  The background you have in criminal

15  justice, does it relate directly to any of the work that

16  you do for Kroger?

17   A.   No.

18   Q.   So the work you're doing for Kroger then, is it

19  of a more general retail business nature?

20   A.   Yes.

21   Q.   Okay.  The efforts that you've made to find

22  other work, have those been adversely affected by what

23  happened at the FBI?

24   A.   Yes.

25   Q.   How do you know that?

317

1      A.    Because I truthfully tell potential employers
2  my background and my situation and what happened, and my
3  guess is that they don't want to bring someone on who's
4  been fired by the FBI.  I've applied for jobs that I'm
5  imminently qualified for and overqualified for.
6      Q.    What kind of jobs are you talking about?
7      A.    Investigator positions, be it for the federal
8  public defender's office or local governments, things of
9  that nature.
10      Q.    Okay.  Have you tried to keep any record of
11  these efforts so that you could make evidence of it in
12  the course of this case in support of your damage claim?
13      A.    I could pull it together.  I've not -- I guess
14  I should have, but I'd have to pull it together.
15      Q.    If you're going to offer it in support of a
16  damage claim in this case you need to.
17      A.    Okay.
18      Q.    The judge isn't going to let us use anything
19  these folks don't have a fair chance to discover.
20      A.    Okay.
21              MR. CROOKS:  Scott, I think those are all
22  the questions I need to ask you.
23              MR. JEFFRIES:  I've got about a dozen
24  follow-ups.  It shouldn't take too long, but,
25  Mr. Ballock, I'll be honest, you look kind of tired.  Do

318

1    you want to take a quick break?

2              THE DEPONENT:  I'm sorry.  Do you mind?

3              MR. JEFFRIES:  We'll take a quick break.

4              THE DEPONENT:  I just have to use the

5    bathroom.  Two minutes.

6              THE VIDEOGRAPHER:  The time is 1827.  We

7    are off the record.

8              (There was a short break in the

9              proceedings.)

10             THE VIDEOGRAPHER:  We are back on the

11   record.  The time is 1834.

12                    REDIRECT EXAMINATION

13   BY MR. JEFFRIES:

14      Q.    Mr. Ballock, I have not been on Craigslist.  Is

15   there a fee, a subscription fee or a monthly fee or

16   anything like that?

17      A.    No.

18      Q.    You'll have to speak up a little bit please.

19      A.    I'm sorry.  No.

20      Q.    It's been a long day.

21      A.    Yeah.  I'm sorry.

22      Q.    Now, you testified that over the course of, I

23   believe it was four years, you engaged in an online

24   relationship with Ellen through the persona of Sean

25   Matthews.  And I've seen hundreds, I would guess,

319

1    excerpts of things that Ellen sent Sean Matthews, but

2    I've not seen anything that Sean Matthews sent Ellen.

3    Why have those not been produced?

4        A.   Because they don't exist.  When we were

5    communicating, my only interest was in her responses,

6    not what I was writing.

7        Q.   So you didn't save any of the things that you

8    wrote?

9        A.   No.

10       Q.   You testified that you and your father have a

11   -- the words I wrote down were strained, distant

12   relationship.  Why is that?

13       A.   A variety of factors, I mean, from my childhood

14   and -- we're just not very close.

15       Q.   Did he ever abuse you?

16       A.   No.

17       Q.   So what were some of the factors?

18       A.   He was an alcoholic.  We just -- I was a

19   momma's boy.  We just weren't very close.

20       Q.   Why is your relationship strained?

21       A.   Because of these sorts of things, his websites.

22   We've had arguments before.  There was -- after the

23   divorce, my parents -- I love him and he would do

24   anything for me.

25            After the divorce, my parents packed all their

320

1   belongings up -- they lived in Alabama at the time --

2   and came up here to move into a townhome with me and

3   Tommy to help raise the kids -- help me out because it

4   was very difficult.   There was a time when Tommy came

5   home with some sort of piercing and my dad yelled at

6   him.   And so I kicked him out of the house.   Incidents

7   like that.

8       Q.   To your knowledge, has your father ever been

9   diagnosed with a mental disorder?

10      A.   No, he has not.

11      Q.   If your relationship with him is strained and

12  distant, why did you feel the need to discuss what Kenny

13  Ice told you about Ellen and Trooper Berry if it wasn't

14  a big deal to you?

15      A.   If what wasn't a big deal?

16      Q.   The alleged relationship between Ellen and

17  Trooper Berry.

18      A.   We were living together at the time.

19      Q.   Did you know he was going to call Sergeant

20  Kief?

21      A.   No.   It was a surprise to me.

22      Q.   You testified that you have no written record

23  of Ellen contacting you regarding reconciliation because

24  you didn't save those texts and emails because you

25  didn't think it would be a big deal; is that a fair

321

1    assessment of your testimony from my notes?

2        A.    Yeah.

3        Q.    But you saved, you know, like I said, hundreds

4    of these Sean Matthews emails.   Is there any particular

5    reason why you saved those but not any communication

6    where she asked for reconciliation?

7        A.    No.   I saved them during the time we were

8    communicating.   And then, when we moved here the account

9    just went dormant.   I didn't have any access -- I didn't

10   access it while here.

11       Q.    Why were you saving them during the time you

12   were married before all this separation and divorce

13   started?

14       A.    So that I could refer to them.

15       Q.    Refer to the them for what?

16       A.    For what she had said to me, for future

17   communication with her.

18       Q.    Now, you testified that all of the -- I believe

19   the count is approximately 3,000 emails that were on

20   that disk that Ellen's attorney provided to Trooper

21   Gaskins, everything you've done has been for the kids'

22   benefit; is that correct?

23       A.    Yes.

24       Q.    And you also testified that both Tommy and

25   Summer will testify against their mother in this matter.

322

1      Do you believe that will cause them emotional harm?

2          A.    It's a concern of mine.

3          Q.    But it's still for their benefit to have them

4      testify against their mother?

5          A.    That's a good point.

6          Q.    How did your father get the video of Ellen on

7      the thumb drive that you recovered, the FBI thumb drive?

8          A.    The...

9          Q.    You testified that when Ellen turned over the

10     FBI property there was a thumb drive and on the thumb

11     drive was a video of her having sex.

12         A.    Because her attorney called me and said all of

13     the things that Ellen still has she gave to me, you can

14     come pick them up.  And I was at work, and so my dad

15     went and picked them up.

16         Q.    And then he plugged in the thumb drive and

17     saw --

18         A.    (Witness nods.)

19         Q.    A verbal answer please.

20         A.    Oh, yes.  Sorry.  Yes.

21         Q.    So you had evidence that Summer was associating

22     with a convicted child molester and you didn't call CPS?

23         A.    We were in -- I was with the guardian ad litem,

24     the court-appointed forensic psychiatrist, her

25     counselor, and I do believe the guardian ad litem --

323

1   Mr. Phillips' law partner, may have called them because
2   CPS did come out to investigate.
3       Q.   And they didn't remove the children?
4       A.   No.  Well, Tommy was with me.  And I wonder if
5   Summer may have been with me by that point too.  I
6   didn't learn about it until Kenny Ice came to me,
7   remember.
8       Q.   In May of 2013?
9       A.   Yeah.
10      Q.   When did you get custody of Summer?
11      A.   Full and complete would have been
12  September 13th.
13      Q.   You testified that Ellen said to give me until
14  September, meaning until September 2013, to decide about
15  reconciliation.  When did she say that?
16      A.   On different occasions when we would talk.
17      Q.   Can you give me an approximate time?
18      A.   Winter, between 2012 and 2013, spring of 2013,
19  and most certainly immediately following the separation.
20      Q.   Now, I believe you testified earlier when I was
21  asking you questions that you understood probable cause
22  to be the lowest standard of proof; is that correct?
23      A.   A low standard.
24      Q.   A low standard.  And you've argued throughout
25  this case that the troopers didn't even have probable

324

1   cause to charge you with the crimes they charged you

2   with.   If the troopers didn't even have probable cause,

3   why would you sign the dismissal agreement?   Why

4   wouldn't you just take the case to trial?

5       A.   Because I didn't want to risk any negative

6   effect on custody of my children because Mike Benninger

7   said that the prosecutor was already going to expunge

8   the case so it would have been like it never happened,

9   and because Marcia Ashdown insisted on its inclusion.

10      Q.   But why not take the case to trial?   If you

11  were going to be forced to sign a statement that you've

12  testified you did not agree with, being that there was

13  probable cause, why not go to trial?

14      A.   Because any time you go to trial there's a risk

15  of conviction just -- that's the same reason that there

16  are innocent people in jails because, rather than serve

17  a long prison sentence, they'll lie about having

18  committed a crime to get a much lower sentence.

19      Q.   Now, I heard you testify that even though you

20  have been discharged from the FBI you will still be able

21  to get your FBI retirement at age 60; correct?   Did I

22  hear that correctly?

23      A.   Yes.

24      Q.   If you had not been discharged from the FBI,

25  when would you be eligible for retirement?

1      A.    September 1st, 2018.

2      Q.    Last year?

3      A.    Is that right?

4      Q.    I don't know.

5      A.    I'm trying -- I'm sorry.

6      Q.    I'm not familiar with the FBI's retirement

7   system.

8      A.    When I turned 50, and that's when I turned 50.

9   Yeah.  I'm sorry.  I'm bad with dates.  Yes.

10  September 1st, 2018, I would have been eligible.

11     Q.    So, essentially 10 years sooner?

12     A.    Yeah.

13          MR. JEFFRIES:  Okay.  That's all I've got,

14  but I would like get on the record, Charles, Mr. Ballock

15  testified that he's received some additional mental

16  health treatment since being discharged and moving.  We

17  don't have any records of that.  I'd like to --

18          THE DEPONENT:  Now, let me clarify.  Not

19  any mental health treatment, but prescriptions to

20  address the issues.

21  BY MR. JEFFRIES:

22     Q.    You've seen a, I believe you testified, a nurse

23  practitioner --

24     A.    Yes.

25     Q.    -- to get those prescriptions?

326

1      A.    Yes.

2      Q.    So there's medical records that we need to

3  supplement those.

4      A.    Yes.

5              MR. CROOKS:  We'd be happy to produce

6  that.  But I do think it's important that we make it

7  clear.  I mean, his testimony is that he's not getting

8  any clinical therapy.  He's just -- medication.

9              MR. JEFFRIES:  Whatever --

10             MR. CROOKS:  Whatever it is is what you

11  want.  I know.

12             THE WITNESS:  Can we sign a release?

13             MR. CROOKS:  Yeah, if they've got a

14  release on hand here today, we'll sign it while we're

15  here.

16             MR. JEFFRIES:  We can discuss this off the

17  record, but we'll need the address.

18             MR. CROOKS:  We'll provide that.

19             MR. JEFFRIES:  That's all I have.  Do you

20  have anything else, Tom.

21             MR. PHILLIPS:  Just a couple.

22                  RECROSS EXAMINATION

23  BY MR. PHILLIPS:

24      Q.    Just to follow up on what Mr. Jeffries was

25  asking about probable cause and proceedings in

327

1    Monongalia County Magistrate Court, did your attorney
2    file a motion to dismiss the case in magistrate court
3    for lack of probable cause for your arrest?
4         A.   I don't recall.
5         Q.   And did he file a writ of prohibition with
6    circuit court to not allow magistrate court to proceed
7    because there was no probable cause for the arrest?
8         A.   I don't recall.
9         Q.   I believe you acknowledged that your -- you
10   used the word voluminous to describe --
11        A.   Yes.
12        Q.   -- the emails -- the frequency of emails you
13   sent at some times?
14        A.   Yes.
15        Q.   And you acknowledged that Ms. Costlow indicated
16   many times they were not wanted, she did not want to
17   receive them?
18        A.   Yes.
19        Q.   You acknowledge that harassment could be based
20   on the frequency of unwanted communications, not
21   necessarily on the content of the communication?
22        A.   I don't agree with that.
23        Q.   You don't agree?
24        A.   No.
25        Q.   You don't agree that --

328

1      A.   She didn't have to open them.   She could have

2   blocked me.

3      Q.   Okay.

4      A.   I purposely never went to her place.   I

5   purposely never sought her out.   I didn't confront her

6   in places.   I thought that was, in fact, the least

7   intrusive method because she could have blocked me.   She

8   could have just deleted them.

9      Q.   Well, the least intrusive would be just to not

10  contact her in any way.

11     A.   The least intrusive method of trying to reach

12  her.

13     Q.   Okay.   The least intrusive method to reach

14  someone who said don't reach me.

15     A.   And then also reached out to me.

16     Q.   But you say -- okay.   Those were -- those were,

17  in general, face-to-face communications at your

18  residence?

19     A.   Yes.

20     Q.   Okay.   So I don't think I caught all of that.

21  That was probably some of the first questions you were

22  asked.   If you could just run by those again.   You

23  separated September 14th of 2012?

24     A.   Uh-huh.

25     Q.   And you moved to an apartment in downtown

329

1   Morgantown?

2       A.   Yes.

3       Q.   Okay.  And I guess you didn't remember the

4   address.

5       A.   I don't.

6       Q.   Do you remember the street?

7       A.   It's the one-way street on which Lefty's pizza

8   place is.

9       Q.   Okay.  I believe that would be Walnut.

10      A.   Okay.

11      Q.   Okay.  And how long were you there?

12      A.   Just a few months.

13      Q.   Okay.  And then you -- after that, you lived?

14      A.   At New Castle.  I believe 102 New Castle.

15      Q.   New Castle.

16      A.   It's off the Pierpont exit.

17      Q.   Okay.  And you lived there until?

18      A.   Oh, gosh.

19      Q.   You lived there until after you were arrested,

20   after September 2013?

21      A.   Yeah.

22      Q.   Okay.  Ms. Costlow was in Clarksburg?

23      A.   I don't know where she was.

24      Q.   You don't know where she was living during that

25   time, 2012 or 2013?

330

1     A.    No.

2     Q.    Okay.

3     A.    I assumed with Kenny in Fairmont.

4     Q.    In Fairmont.  Okay.  How is your anxiety now.

5  You seem -- seem to be, my impression, pretty calm

6  today?

7     A.    I'm a very mellow and relaxed person generally.

8     Q.    Yeah.

9     A.    But I can't sleep.  I have stomach aches.  I --

10 it weighs heavy on my mind.  I'm depressed.  Just --

11 I've just -- despite -- I mean, I'm just a soft-spoken

12 -- this is who I am always.  Whether I'm stressed out or

13 feeling anxiety, this is my outward appearance.

14    Q.    How does your overall anxiety and emotional

15 health right now with your new job and new relationship

16 compare to the summer of 2013 when you were going

17 through a tumultuous divorce?

18    A.    Oh, certainly it's lessened.

19             MR. PHILLIPS:  Okay.  Nothing else.

20             MR. CROOKS:  Nothing further.  We're done.

21             MR. JEFFRIES:  Mr. Ballock, you have the

22 right to have the court reporter send you a transcript

23 and read it --

24             MR. CROOKS:  We'll exercise our rights.

25             MR. JEFFRIES:  Okay.

331

1                    THE VIDEOGRAPHER:   This concludes the

2    video-recorded deposition of Scott Ballock.   The time is

3    1851.   We are off the record.

4                         (Having indicated he would like to read

5                         and sign his transcript, further this

6                         witness saith naught.)

7                              --oOo--

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

332

1   STATE OF WEST VIRGINIA,

2   COUNTY OF MONONGALIA, to wit;

3

4        I, Donna Watkins Pizzino, a Court Reporter and
    Notary Public within and for the County and State
5   aforesaid, duly commissioned and qualified, do hereby
    certify that the foregoing video deposition of
6   SCOTT T. Ballock was duly taken by me and before me at
    the time and place and for the purpose specified in the
7   caption hereof, the said witness having been by me first
    duly sworn.

8

9        I do further certify that the said deposition was
    correctly taken by me in stenotypy notes, and that the
10  same were accurately written out in full and reduced to
    typewriting, and that the witness did not request to
11  read his transcript.

12

13       I further certify that I am neither attorney or
    counsel for, nor related to or employed by, any of the
    parties to the action in which this deposition is taken,
14  and further that I am not a relative or employee of an
    attorney or counsel employed by the parties or
15  financially interested in the action, and that the
    attached transcript meets the requirements set forth
16  within article twenty-seven, chapter forty-seven of the
    West Virginia Code.

17

18       My commission expires November 8, 2019.  Given
    under my hand this 19th day of September, 2019.

19

20

21  Donna Watkins Pizzino
    Notary Public

22

23  OFFICIAL SEAL
    NOTARY PUBLIC
    State of West Virginia
    DONNA WATKINS PIZZINO
    204 Oak Dr
    Clarksburg, WV 26301
    My Commission Expires November 8, 2019

24

25

Scott Ballock v.
Ellen Ruth Costlow, et al

Scott Ballock
April 19, 2019

**$**

**$1,500 (1)**
278:6
**$10,000 (1)**
228:25
**$100,000 (1)**
228:19
**$127,000 (1)**
238:19
**$15,000 (1)**
306:18
**$2,000 (3)**
207:22;208:10;
239:12
**$2,500 (1)**
226:24
**$30,000 (1)**
238:24
**$4,000 (1)**
208:12
**$5,000 (2)**
226:22;229:12
**$50,000 (2)**
228:21;238:14
**$508 (1)**
228:8
**$55,000 (1)**
226:6
**$60,000 (1)**
239:17
**$99,000 (1)**
229:1

**A**

**aalab (1)**
67:19
**aalabtraining (1)**
67:25
**aalabtraining@yahoocom (1)**
67:10,13
**abetted (1)**
311:16
**abide (1)**
199:14
**ability (1)**
227:21
**able (31)**
10:19;41:17;47:3;
57:10;69:21;70:12,
12,13,13,15;71:22;
78:2;93:23;141:17;
153:20;166:18;
177:15;179:13,19;
180:22;182:18,20;
190:3;196:18;262:9;
265:10;280:11;
287:24;306:16;312:8;
324:20
**above (8)**
32:20;45:24;46:22;

172:18;186:25;189:2,
3;271:7
**absolutely (1)**
114:12
**absurd (1)**
148:11
**abuse (5)**
34:5,14;62:16;89:4;
90:25;142:21;204:23;
249:7;319:15
**abused (10)**
42:14;95:8;99:16;
143:15;146:18;
164:12;201:4,8;
219:16;249:1
**abuses (1)**
35:4
**abusing (6)**
33:13,23;34:1;
71:24;143:13;164:13
**abusive (1)**
91:14
**Academy (1)**
244:3
**accepted (2)**
265:11;278:5
**access (8)**
16:8,9;68:3;73:6,7;
106:3;321:9,10
**accessible (1)**
184:11
**accompany (1)**
186:8
**accomplish (2)**
136:23;226:18
**accomplishments (1)**
187:15
**According (9)**
115:11;119:3;
141:22;176:22;213:6;
269:8,9;272:7;294:3
**account (17)**
26:9;48:5;67:20,20,
25;68:3,4,5,8;93:5;
130:22,22;133:12;
233:23;238:21;
282:17;321:8
**accurate (10)**
10:19;158:1;201:5,
10,12;231:17;249:3;
259:18;269:7;288:14
**accurately (1)**
260:12
**accusations (4)**
81:13;198:22;
199:14;200:16
**accuse (1)**
80:14
**accused (22)**
34:18;81:2;121:3,4;
130:7,16;131:3,18;
132:4,13;133:9,10,20;
134:5,20,21;135:7,23;

136:4,6;284:1,2
**aches (1)**
330:9
**achievements (1)**
187:14
**acknowledge (5)**
235:17;246:20;
247:9;248:7;327:19
**acknowledged (4)**
193:12;245:19;
327:9,15
**acknowledges (2)**
109:9;246:15
**acknowledging (1)**
246:10
**acknowledgment (1)**
302:25
**acquitted (1)**
110:12
**across (5)**
118:21;119:4;
152:21;270:22;275:4
**act (3)**
269:17,20;286:11
**acting (1)**
148:7
**action (10)**
7:7,15;25:10;
167:21;168:16;
175:24;176:3;189:9;
229:14;314:11
**actions (9)**
29:13;62:1;143:24;
179:15;180:19;182:4;
205:23;213:3,4
**active (2)**
258:20;304:23
**actively (2)**
97:6;98:17
**activities (7)**
46:14;68:17;154:2;
219:21;244:7;268:20;
276:12
**activity (2)**
267:22;275:16
**acts (8)**
133:18;146:5;
147:17;150:9;151:5,
23;270:11;271:22
**actual (3)**
109:3;126:19;195:2
**actually (34)**
14:6;16:20,25;23:8;
45:12;69:19;73:14;
79:14;83:5,6;115:23;
119:5;123:9;137:5,
14;144:9;148:17;
153:2;156:25;164:17;
166:13;175:5,11;
181:24;184:3;190:16;
197:17;206:14;230:3;
232:23;233:8;246:9;
281:6;312:4

**acute (1)**
222:3
**ad (8)**
35:8;55:18;56:10;
149:8;161:12;238:12;
322:23,25
**adamant (1)**
276:4
**additional (4)**
40:4;98:22;110:3;
325:15
**address (16)**
11:14;12:8;16:2;
24:8;67:14,15;72:7;
80:19;130:4;209:15;
213:16;263:15;296:3;
325:20;326:17;329:4
**addressed (1)**
259:8
**addressing (1)**
81:4
**adequate (2)**
139:12;255:12
**adequately (1)**
256:25
**adjust (1)**
172:17
**administer (2)**
8:6;95:10
**administered (1)**
8:7
**administrative (9)**
94:20;119:20;
180:17;188:2,13;
203:2;309:13;314:11,
13
**admit (3)**
56:24;262:1;263:11
**admitted (5)**
35:7;120:18;
266:19;268:7;297:7
**admonished (3)**
191:13;204:5;217:5
**adopt (2)**
175:6,6
**adopting (1)**
188:21
**ads (3)**
18:25;19:4,8
**advantage (3)**
137:18;142:24;
297:9
**adventure (2)**
260:23,24
**adventures (1)**
268:9
**adversely (1)**
316:22
**advice (9)**
97:9;178:16;182:5;
191:22,23;247:2,3;
267:13;307:12
**advise (3)**

104:6;133:6;308:1
**advised (23)**
111:15;131:2,15,
18;132:2,13,21;133:5,
9,10,13,17,24;134:22,
24;135:6,12,16,18,20;
137:7;291:21;303:11
**affair (16)**
42:14;54:12,14;
112:20;114:25,25;
116:10;117:4;144:23;
195:20;212:14,19;
213:2;257:1;284:2,13
**affairs (5)**
55:18;193:24;
258:7,9;284:1
**affect (2)**
137:17;151:11
**affected (3)**
305:18;312:22;
316:22
**affectionate (1)**
268:1
**affiliated (1)**
7:5
**afford (2)**
313:7,14
**afraid (6)**
37:8,9,11;101:2;
102:19;284:13
**afterwards (1)**
43:11
**Again (75)**
30:12;33:8;38:25;
43:20;44:19;46:2,18;
49:13;55:18;57:8;
59:14;60:5;65:4,8,9;
66:15;70:1;74:18;
75:11;89:5;97:1;
105:3;106:20;114:16;
117:18,22;121:12;
123:3,20;125:5;
127:12;128:20;
131:21;132:16;133:4,
13,22;134:9,23,24;
135:6,10,12,15,24,25;
136:18,21;138:16;
141:21;145:15;146:7;
147:4,6;152:1;
166:23;173:13;186:1;
188:12,22;195:19,24;
200:18,20;202:9,22;
205:9;211:18;220:14;
221:4;234:11;261:17;
271:19;288:5;328:22
**against (17)**
14:20;60:19;62:15;
74:22;92:3,16;93:11;
103:3;110:17;123:15,
19;125:24;126:18;
138:15;140:6,18,23;
141:12;144:17;145:4,
18;165:5;166:9,19;

Scott Ballock v.
Ellen Ruth Costlow, et al

Scott Ballock
April 19, 2019

167:2;190:2;193:14;
194:1;210:5,6;
241:23;270:12;
296:13;299:16;
310:15;321:25;322:4
**age (3)**
260:16;305:25;
324:21
**agencies (2)**
126:17;191:14
**agencies' (1)**
15:24
**agency (15)**
13:24;14:3;58:13;
151:20;157:25;
167:19;168:21,24;
169:9,12,20;174:5;
185:16;186:10;
188:24
**agency's (1)**
150:11
**agent (42)**
13:14,15;14:12,22;
16:13;59:24;99:19,
24,25;101:15;104:14,
17;109:20;110:11;
149:18;152:23;157:8,
15,16,18,19;158:4;
167:21;169:11,19;
185:12;186:2,14,15;
194:5;200:21;201:1;
207:24;219:23;287:6,
9,12,16,25;290:1;
291:3;304:14
**agents (16)**
13:23;50:3;156:8;
169:4;181:1;182:21,
23,25;185:19,20,22;
206:21;225:8;310:16;
311:3,7
**ages (1)**
17:18
**aggregated (1)**
113:6
**aggregating (1)**
114:17
**aggressive (2)**
34:22;198:21
**ago (4)**
40:22;70:7;105:7;
205:24
**agree (33)**
39:23;42:23;43:6;
65:16;110:24;111:6;
112:9;114:12,14;
122:9;130:4,10;
134:11;136:24;137:4,
7;138:7;163:17;
196:8,12,15;197:3;
201:5;206:8,11,23;
247:7;298:4;299:15;
324:12;327:22,23,25
**agreeable (1)**

26:21
**agreed (8)**
38:16;95:22;
111:19;166:16;238:4;
300:16;301:14;
302:19
**agreeing (1)**
109:16
**agreement (25)**
23:4;95:17;96:6;
97:2,7;98:19;108:15;
109:5,9;166:14,21,24;
191:15;204:15;217:8;
245:21;246:11;261:9;
296:25;298:17,23,24,
25;299:4;324:3
**ahead (10)**
96:23;128:22;
132:12;178:15;179:5;
224:20;286:1;301:11;
306:17;307:15
**aided (1)**
311:16
**ain't (1)**
272:11
**Alabama (1)**
320:1
**alcoholic (1)**
319:18
**alias (8)**
55:21;73:4,15;
173:7,12,15;232:23;
284:14
**alimony (2)**
112:24;251:21
**alive (3)**
48:7;134:1;304:1
**allegation (14)**
90:20;100:5;118:3;
124:14;128:8;145:4;
165:4;195:3,24;
215:24;253:17;257:1,
3,5
**allegations (11)**
90:4;92:6;123:5;
126:2,6;137:22;
138:11,15;160:22;
165:1,2;166:9;189:3;
190:2;194:1;195:8;
256:17
**allege (13)**
87:16;89:1;90:3;
115:8;126:24;129:7;
143:20;167:13;
179:13;181:2;182:16;
183:1;255:9
**alleged (9)**
126:18;135:21,25;
179:25;213:17,21;
216:5;247:10;320:16
**allegedly (4)**
98:7;124:14;
215:20;216:4

**alleging (2)**
255:10;256:11
**a-l-l-o-c-k (1)**
8:18
**allow (2)**
127:18;327:6
**allowed (14)**
36:17,19,20,21;
94:22;106:17;107:4;
108:6;174:12,14,15;
181:8;206:5;252:16
**alluded (2)**
167:13;186:1
**almost (5)**
22:19;23:10;45:20;
207:4,5
**Aloi (1)**
183:16
**Aloi's (3)**
11:4;75:24;76:1
**alone (6)**
26:24;27:12;40:15;
42:5;65:10;271:11
**along (5)**
41:18;65:5;115:17;
189:6;311:13
**alter (1)**
232:5
**altercation (2)**
118:7;255:16
**Although (6)**
156:10;167:8;
189:5;197:9;225:4;
240:6
**altogether (1)**
223:24
**always (10)**
23:1;78:12;79:10;
219:10;264:21;
268:14;269:24;
275:17,17;330:12
**Amend (1)**
176:12
**Amended (11)**
5:17;88:25;100:9;
170:12;175:24;
176:11,13;180:13;
182:1;191:16,17
**Amendment (1)**
104:1
**amlodipine (1)**
10:15
**among (7)**
40:19;59:3;62:18;
159:2;210:25;216:2;
243:17
**amortization (1)**
226:15
**amount (3)**
208:9;226:15;229:8
**analyst (1)**
16:1
**analysts (1)**

16:14
**and/or (2)**
36:6;62:15
**anger (1)**
270:9
**angrily (1)**
124:11
**angry (2)**
34:21;254:23
**animals (1)**
133:18
**Ann (15)**
13:24;14:3,7,8,21;
16:19;201:17,18;
232:11;233:7;242:25;
267:14,17;275:10,11
**announced (1)**
141:15
**answered (2)**
55:19;259:15
**antennae (1)**
138:6
**anticipated (2)**
12:5;303:8
**anticipating (1)**
225:7
**anticipation (2)**
280:25;300:8
**Antidepressant (2)**
218:5;223:5
**anxiety (16)**
209:5,7;221:6,11,
25;222:11,13;237:4;
307:9,19;308:2;
312:22;313:1;330:4,
13,14
**anxious (2)**
286:15;294:25
**anymore (6)**
45:17,25;77:14;
152:24;264:16;
271:20
**AP (2)**
245:4,12
**apart (1)**
285:25
**apartment (7)**
11:24;12:9;24:7;
82:15,19;213:13;
328:25
**apologies (1)**
282:15
**apologize (2)**
60:4;90:18
**appalled (3)**
51:5,12;244:1
**apparent (2)**
143:21;255:7
**apparently (5)**
116:1;206:6;274:2;
288:15;295:20
**appeal (1)**
206:18

**Appeals (1)**
192:5
**appear (1)**
142:17
**appearance (2)**
169:23;330:13
**appearances (2)**
7:20;40:8
**appeared (3)**
53:11;167:19;
168:21
**appears (6)**
26:1;67:8;99:2;
130:7;274:3;282:10
**appetite (1)**
260:23
**applied (2)**
265:9;317:4
**apply (3)**
28:10;108:6;305:22
**applying (1)**
106:15
**appoint (1)**
252:4
**appointment (2)**
236:23;282:3
**appointments (2)**
220:9,10
**appreciate (1)**
88:7
**apprehending (1)**
14:13
**approach (1)**
50:3
**approached (5)**
50:1;92:12;99:24;
138:13;141:2
**approaching (5)**
65:22;66:3,5;
149:18;254:5
**appropriate (7)**
16:16;119:9;
158:10,12,21;191:15;
266:6
**appropriately (1)**
121:9
**approval (2)**
183:8;247:1
**approximate (1)**
323:17
**approximately (6)**
7:3;116:25;221:18;
232:7;253:12;321:19
**Approximation (2)**
24:17;170:11
**April (11)**
7:2;72:15;140:7;
156:7;161:13;170:12;
171:14;175:2;185:23;
187:21,23
**April/May (2)**
170:16,23
**apropos (1)**

Scott Ballock v.
Ellen Ruth Costlow, et al

Scott Ballock
April 19, 2019

259:7
**Arbor (15)**
13:24;14:3,7,8,21;
16:19;201:17,18;
232:11;233:7;242:25;
267:14,17;275:10,11
**area (7)**
107:8,10;242:10,
23;243:14,22;244:16
**argued (2)**
92:16;323:24
**argues (1)**
93:11
**arguing (1)**
55:2
**argument (5)**
134:20,23;178:3;
199:16;219:12
**arguments (1)**
33:24
**arise (1)**
62:14
**armed (3)**
101:2;134:10;
172:11
**around (17)**
15:15;22:5;24:13;
32:5;59:16;62:17;
83:19;85:18;95:1;
153:20;170:15;
228:13;236:14;
238:14;249:7;259:9;
282:22
**arouse (1)**
36:5
**arraigned (4)**
86:21;100:15;
240:22;290:19
**arraignment (1)**
86:10
**arrange (1)**
18:22
**arranged (1)**
171:25
**arrangements (1)**
38:14
**arranging (1)**
77:15
**arrest (52)**
63:6;97:6;100:19;
101:1;104:4,10;
105:17,25;106:16;
112:11;115:1;117:9,
12,16;134:4;137:17;
140:13;141:6,7;
152:8;166:17;172:7,
9,10,14;185:15;186:3,
17;189:8,11,19;
197:1;209:7,19;
214:11,11,17;222:5,6;
241:12;282:13,25;
286:22;288:8,17;
291:21;294:13,14;

304:9,10;327:3,7
**arrested (33)**
85:7,11,15,22;86:6;
87:21;98:18;103:19;
112:22;140:5;142:23;
145:25;152:6,23;
189:14;205:17;
208:19;221:18;
225:11;240:22;241:7;
282:24;287:2;288:21;
289:22;290:4,6;
293:8;294:16;298:10;
304:13;305:19;
329:19
**arresting (5)**
87:18;88:9,11,21;
225:8
**arrests (2)**
14:15;256:5
**arrived (4)**
211:5;213:24;
244:11;255:15
**article (1)**
48:11
**articles (1)**
243:15
**artwork (1)**
282:22
**ashamed (3)**
231:22;232:1,2
**Ashdown (7)**
111:18,21,24;
245:24;246:20;
302:17;324:9
**Ashdown's (1)**
246:1
**Ashlee (2)**
72:24;73:3
**aside (2)**
25:13;238:19
**Assessment (3)**
222:10;224:3;321:1
**assets (4)**
38:13;80:15,23;
208:25
**assigned (8)**
13:17,23;18:1;
150:16;152:13;
157:20;284:22;295:3
**assignment (5)**
13:16,20;157:22,
23;186:24
**assignments (2)**
48:21;107:18
**assist (1)**
100:13
**assistant (13)**
92:15;140:24,25;
152:12,14;154:8,13,
15,18;187:9,12;
188:20;189:5
**assisting (3)**
91:24;92:10;94:4

**Associates (1)**
223:15
**associating (1)**
322:21
**assumed (4)**
82:16;83:25;194:2;
330:3
**Attached (3)**
175:14;252:22;
253:6
**attachment (10)**
108:15,18;246:11;
299:2,5,14,24;301:9,
23;302:23
**attachments (2)**
245:17;253:2
**attacked (2)**
54:13;284:4
**attacking (1)**
270:17
**attempt (13)**
29:21;30:13;44:20;
87:24;153:8;167:22,
24;198:9;199:14;
205:22;239:24;
251:20;274:21
**attempted (4)**
35:25;168:2;
249:13,14
**attempting (2)**
167:17,23
**attempts (1)**
29:20
**attend (1)**
290:10
**attended (5)**
94:17;168:18;
186:2;199:6;225:2
**attention (6)**
22:6,7;70:8;198:7;
269:17,22
**attest (1)**
196:20
**attested (1)**
196:7
**Attorney (57)**
62:12,13;74:20,25;
75:18;86:5,22,24;
87:4,5,7;96:2,3,7,8,
10;104:2,6,11;105:4;
109:24;110:2,6,8;
111:15;112:7;118:21;
141:11;177:18,19,21;
178:8,10,20;179:3,7;
190:22,23;191:14;
193:13,15;203:5;
228:16;229:3,6,13;
240:24;241:2,4,19;
242:7;245:24;267:4;
302:18;321:20;
322:12;327:1
**attorney/client (1)**
299:23

**attorneys (17)**
38:15,18;76:20;
77:7,15,25;79:13;
80:20,21;177:16;
179:8;181:19;192:4;
197:7;238:15;259:8;
297:20
**attorneys' (1)**
177:11
**attorney's (9)**
24:25;75:21;76:18;
77:1;177:17;191:22,
23;247:1,2
**attraction (2)**
148:10,21
**attractive (1)**
279:16
**audio- (1)**
308:20
**audio-record (1)**
277:24
**August (7)**
14:24;15:2;23:15;
120:21;124:2;125:2;
306:10
**AUSA (1)**
81:23
**AUSA's (1)**
82:2
**authenticity (2)**
26:14,19
**authorities (1)**
121:10
**authority (3)**
146:18;305:11,12
**authorization (2)**
179:9;191:19
**available (2)**
180:6;183:5
**avoid (5)**
9:9;31:1;123:12;
199:15;307:14
**avoiding (1)**
56:24
**award (7)**
186:23;187:10,12,
13,25;188:5,8
**awarded (2)**
208:24;280:16
**awards (4)**
186:23;187:1,14;
188:6
**aware (22)**
18:4;20:23;21:13,
16;22:12;23:13;35:3,
16;41:5;74:5,8;119:5;
142:19;168:15;
172:12;240:15;
241:11;262:21;
286:25;287:4;289:10,
11
**away (12)**
63:2;133:25;

152:19;211:11;254:6;
264:16;265:9;271:9,
13,16;274:10;303:23
**awful (3)**
49:17;60:18,20

**B**

**babysitter (1)**
271:10
**bachelor (1)**
265:23
**bachelor's (4)**
12:24,25;13:6;
265:21
**back (92)**
25:14;39:14;42:17;
50:8;52:23;63:16,18,
24;68:8,12;70:9,14;
71:2,14;80:5;84:4;
85:3;86:14,18;90:15,
19;100:16,19;102:10;
105:21;107:4,6,23;
110:3;112:13;123:22;
127:8;129:3;131:3,
11;138:13;139:6;
146:9;149:22;152:1;
154:5,7;155:1,3;
156:13;157:4;159:23,
25;160:17;162:5;
164:1;165:17,19,22;
166:11;171:8;176:10;
178:15;179:14;
184:23;185:1;194:18;
197:25;201:3,11;
208:22;213:18;216:7;
219:6;224:17;230:10;
231:21;234:20;
240:21;241:9;243:7;
251:10;255:4;259:12;
260:10;266:5;267:6;
271:17;274:12,12;
278:16;279:9;280:9;
293:20;304:11;
312:13;318:10
**background (3)**
130:2;316:14;317:2
**backpack (1)**
253:3
**backseat (2)**
51:17;64:14
**bad (11)**
49:22;50:21,24;
51:3;53:22,22;55:5;
209:20;231:10;236:1;
325:9
**badge (6)**
105:16;152:7,18,
25;154:7;156:15
**badly (1)**
111:24
**bag (3)**
274:14,15,16

Scott Ballock v.
Ellen Ruth Costlow, et al

Scott Ballock
April 19, 2019

**Ballock (80)**
5:13,20;7:9,12;8:4,
9,15,17;11:14;24:21;
25:20;26:2;38:4;39:5;
45:13;53:1;54:1;63:9;
66:24;72:5;74:15;
75:10;76:11;80:9;
85:6;87:18;90:18;
108:12;109:9;113:15,
17;116:23;118:2;
122:2,10,11;129:6;
144:9;156:20;159:12;
171:13;174:23;
175:22;179:21;181:3,
10;183:20;186:15;
188:19;191:7;192:3;
194:5;197:15;198:5;
203:16;204:22,24;
207:5,13,22;209:16;
210:4;216:2,11;
218:10;223:14;
229:25;230:12,14;
246:14;251:13;269:2,
5;270:11;275:24;
317:25;318:14;
325:14;330:21;331:2

**Ballock's (3)**
203:14;204:19,25

**bangs (2)**
44:14,17

**bank (2)**
13:18;238:21

**bar (1)**
35:20

**barely (1)**
35:14

**barrage (3)**
161:20;162:18;
163:16

**barreling (1)**
270:3

**Barrow (7)**
15:12,12;16:23;
17:1;170:2;188:10,11

**B-a-r-r-o-w (1)**
15:13

**based (14)**
92:18;107:3;
137:18;182:4;193:4;
200:16;205:23;
256:14,15,16;303:8;
306:21;316:7;327:19

**basic (1)**
314:20

**basically (3)**
14:11;175:3;207:19

**basis (3)**
186:23;229:18;
248:3;257:9

**Bates-numbered (2)**
192:8;198:8

**bathed (1)**
234:23

**bathroom (2)**
230:1;318:5

**battered (3)**
164:12;252:2,4

**battery (1)**
132:3

**battle (1)**
181:5

**bear (1)**
144:12

**beat (1)**
251:24

**Beautiful (1)**
53:4

**became (3)**
22:11;70:16;281:9

**become (8)**
19:20;21:13,16;
23:13;71:22;74:5,8;
261:8

**becoming (1)**
239:25

**bed (3)**
234:18,24;235:8

**bedroom (1)**
271:6

**bedrooms (1)**
267:3

**beg (2)**
23:2;42:17

**began (16)**
17:22;21:11;22:25;
23:11,13;55:20;
116:10,11;141:2;
145:23;155:15,23;
267:19;269:1,5;281:1

**begged (1)**
255:19;273:23

**begin (9)**
17:25;33:3,13;
34:15;67:7;112:15;
155:22;159:16;264:2

**beginning (3)**
7:20;63:12;105:8

**begins (2)**
23:6;103:11

**behalf (8)**
8:3;19:3;30:13;
98:2;153:16;185:16;
186:10;213:3

**behaving (1)**
111:24

**behavior (11)**
23:5;64:21,22,25;
130:1,7,8;238:4;
258:4;262:4;273:20

**behaviors (9)**
51:13;69:3;70:13;
75:2,6;79:3;193:6;
271:2;273:25

**Behind (5)**
193:11;210:3;
244:13;245:7;316:13

**behold (1)**
178:6

**beings (1)**
240:3

**belief (5)**
98:23;99:5;145:8,
17;184:9

**believing (1)**
246:6

**belonged (1)**
141:4

**belongings (1)**
320:1

**below (5)**
32:2;45:12;108:25;
161:1;224:10

**bench (1)**
141:3

**beneficial (1)**
177:23

**benefit (15)**
27:6,18;29:14,18;
44:21;93:24;230:23;
231:2,8,16,19;247:4,
5;321:22;322:3

**benefited (1)**
231:20

**benefits (5)**
227:1;306:2,20,20;
313:16

**Benninger (33)**
86:22,25;87:6;96:7,
8,22,22;97:14;111:18,
25;141:2,3,22;142:2,
4,6;193:17,18;
210:12;240:23;
241:18,25;246:1,20;
294:10;296:24;
299:20,25;301:14;
302:15;303:3;315:8;
324:6

**Berry (93)**
7:15,24;92:3,4,6;
98:7;112:21,22;
113:1;114:13;115:1,
9,25;116:3,16;117:4;
118:3,9,10,12,16,17;
119:12,14,16;120:2,
14,16,18;121:6,22;
122:8;123:9,12,15,19;
124:12,14;125:9,15,
21,24;126:1;127:20,
24;128:9;138:14,14,
18,24;140:15;142:14,
21;144:21;145:5,22;
151:5,18,24;153:14,
15,22;165:2,8;166:9;
190:2;194:1,7;195:4,
20;196:9,13,16;
212:14,18,20,25;
213:2,4,22;214:3,8;
215:19,24;216:8;
253:18;254:1;255:25;

**256**:12;258:11,12;
320:13,17

**Berry's (8)**
118:9;125:12;
126:2;144:19;145:19;
256:19;257:1;258:1

**besides (6)**
34:14;149:5,10;
160:24;213:17,21

**best (12)**
9:20;28:5;83:8;
105:10;122:22;
196:21;223:17;
241:10;244:21;
261:13;268:25;278:8

**bet (4)**
92:23;93:12,14;
147:3

**better (5)**
97:17;110:9;199:3;
203:6;315:16

**beyond (14)**
39:19;40:2,23;41:8,
18;47:8;61:8;160:8;
186:25;226:11;
265:23;306:22,23;
307:18

**bible (2)**
49:1,2

**big (10)**
141:14;241:16;
257:25;271:9;282:23;
293:6;316:4;320:14,
15,25

**biggest (2)**
276:18;278:20

**bill (1)**
238:14

**bit (14)**
10:8;11:12;23:12;
70:7;95:15;100:5,20;
167:22;175:17;
214:20;285:1;290:13;
308:17;318:18

**bitter (1)**
81:12

**Black (7)**
30:8,8,8,8,15,15;
285:4

**blackmail (1)**
68:23

**blah (3)**
133:24,24,24

**blame (1)**
273:17

**blaming (1)**
273:18

**bleed (1)**
136:5

**blew (1)**
279:3

**blocked (2)**
328:2,7

**blood (2)**
10:13,15

**Bloomington (4)**
12:23;13:3;17:8;
259:24

**blow (1)**
279:2

**blue (1)**
277:18

**blurb (1)**
207:20

**board (12)**
71:23,25;98:1;
147:11,19;148:7;
149:23,25;206:21;
239:24;240:9;314:1

**bold (1)**
186:14

**bond (2)**
86:13;290:25

**bones (1)**
267:8

**bonus (4)**
226:8,17,19,23

**book (2)**
61:11;141:5

**boots (1)**
30:8

**borderline (2)**
192:13;193:2

**born (3)**
243:20;262:12,18,
19;263:2

**borrow (1)**
278:1

**Bose (2)**
41:22,25

**both (29)**
15:17;32:11;47:21;
50:21;52:12;54:16;
60:18,19;74:23;75:4;
103:5;127:2,12;
159:19;167:6;171:25;
191:16;193:12;195:7;
203:17;204:3;216:6;
235:3;272:16;296:13;
298:7;308:12;310:6;
321:24

**bother (1)**
253:21

**bottom (54)**
25:20;27:9;28:25;
38:7,20;39:15;40:13;
41:19;42:11;45:10,
20;47:16;49:7;53:3,
20;59:4,5;61:3,20;
65:3;71:17;72:21;
76:12;79:4;102:23;
103:10,11,11;105:13;
108:19;109:16;
134:20;135:14;
164:23;166:13;173:4;
175:14;185:11,11;

191:12;193:10,22;
194:24;195:13;
199:12;201:1,22,24;
203:11;208:15;222:2;
225:1;243:14;280:22
**bought (5)**
49:2;209:1,2;235:5;
239:17
**bound (1)**
168:12
**box (1)**
174:9
**boy (2)**
8:17;319:19
**boyfriend (1)**
135:22
**boys (8)**
48:6,15;111:23;
112:1;246:2,4;
299:20;300:19
**brackets (1)**
48:4
**break (36)**
10:7,10;15:18;
52:17,21;53:1;79:7;
80:3,9;84:17,21;85:1,
7,19;90:13;95:14;
123:23;128:23;129:1;
137:13;171:3,6;
197:14,18,23;198:6;
214:19;230:2,4,8;
251:5,8;290:9;318:1,
3,8
**breakfast (1)**
235:8
**breaking (1)**
251:23
**break-ins (13)**
118:15,19,23;
119:1,8,13,17;120:19;
151:8,10,14,15,19
**breaks (1)**
10:6
**Brett (2)**
133:11,11
**brief (3)**
78:12;79:25;86:19
**briefly (1)**
8:19
**bring (7)**
70:8;115:18;
165:19;237:1;312:10,
13;317:3
**broaden (1)**
95:6
**broke (1)**
178:10
**broken (6)**
119:11;151:21;
178:7;256:3;267:8;
276:15
**brother (1)**
57:5

**brought (9)**
114:3,8;125:17,18;
145:18;147:18;155:1;
255:2;310:15
**Brownsburg (4)**
11:15,20,24;12:9
**bruises (1)**
34:11
**brush (1)**
48:25
**bunch (1)**
272:5
**bureau (14)**
15:23;107:1;153:6,
9;159:18;173:6,14;
232:24;233:6;234:20;
243:4;274:13;284:25;
290:2
**bureau-related (1)**
233:2
**bureau's (1)**
146:19
**burns (1)**
267:7
**bus (1)**
270:3
**business (6)**
124:9;254:24;
289:21;290:10;
316:12,19
**bust (1)**
97:12
**busy (1)**
115:5
**button (1)**
172:19
**buy (1)**
234:21
**buying (1)**
238:24

## C

**cabinet (1)**
74:1
**cafe (1)**
234:21
**cafes (1)**
244:8
**calculate (2)**
207:17;208:5
**calculating (1)**
207:19
**calculation (1)**
226:15
**calendar (1)**
105:22
**call (35)**
16:12;36:5;46:18;
59:20;63:16,18;
70:19;99:2;114:19;
124:13;125:3,9;
128:1,1,7,21;161:8;

165:7;196:1;197:19;
214:23;215:7,13;
219:15;220:8,9,10;
247:18;254:17;
262:14;304:17,18,19;
320:19;322:22
**called (33)**
8:10;15:22;21:11;
34:8;82:21;83:6,22;
86:25;97:14;106:24,
24;115:21;118:7;
124:23;125:15;142:4;
147:10;152:13;163:8;
206:14;211:10;
244:12;248:13;
256:23,23;274:16;
278:6;284:17;295:16;
298:16;309:14;
322:12;323:1
**calling (10)**
16:13,19,21;27:4;
28:1,8,9;123:21;
125:13;270:16
**calls (3)**
40:7;41:6;43:12
**calm (1)**
330:5
**came (37)**
75:11;76:3;83:19;
86:18;101:16;104:25;
108:5;125:7,18;
136:7;138:22;144:18;
145:2;152:9;156:8;
157:8;178:24;181:1;
182:25;186:4;188:7;
234:21;244:10;249:2;
268:6;271:18;277:16,
18;282:21;283:10;
295:10;297:18;
302:18;308:13;320:2,
4;323:6
**camera (2)**
132:2;274:3
**can (64)**
9:9;34:11;39:8;
40:19;41:10;49:17;
55:10;56:22;58:17;
64:17;65:24;66:19;
68:21;74:19;79:24;
89:9,18;91:18;98:22;
103:7;129:17;141:6,
8;145:21;146:3;
152:2,17;154:10;
162:5;163:15;170:11;
174:3;177:17;188:22;
206:25;211:16;
218:13;223:17;
224:18;229:23;230:1,
16;233:10;235:9;
237:19;243:7;248:23;
256:16;258:20;
266:20;268:13;
277:25;278:1;279:10;

284:9;288:14;290:7;
294:4;307:1;312:11;
322:13;323:17;
326:12,16
**Candice (1)**
188:20
**candid (1)**
184:5
**candor (1)**
184:8
**capacities (1)**
279:23
**capacity (1)**
148:8
**capitalized (1)**
298:7
**caption (2)**
7:12;298:17
**capture (2)**
163:20,21
**captured (1)**
212:7
**car (20)**
23:19,24;118:14,
19,23;119:1,7,10,13,
16;120:18;151:8,10,
13,15,18,21;219:17;
234:20;272:16
**card (2)**
233:20;235:14
**cards (1)**
305:14
**care (13)**
50:18;57:15;70:23;
75:20;89:12;117:4,5,
5;125:21;141:17;
153:17;258:1;294:12
**cared (2)**
117:8;258:2
**career (10)**
107:2;235:22;
243:8;264:2;293:16,
25;296:23;297:3;
304:8;315:2
**careful (1)**
50:5
**caretaker (1)**
206:5
**caring (2)**
221:23;222:4
**Carl (2)**
272:12,18
**carried (1)**
312:3
**carries (1)**
134:6
**carry (3)**
50:5;134:16;153:4
**case (51)**
7:5,12;44:23;48:14;
49:14;87:8;93:8;
109:11;110:12,18,22;
111:19;119:21;

137:21;141:25;
142:11;180:5,12,14;
206:20;210:5,6,8,16;
229:11,12;233:14;
246:17;249:24;250:8;
273:12;274:1;276:13;
280:24;289:21;
294:21;297:13;
299:10,19;300:4;
311:17,24;313:20;
314:17;317:12,16;
323:25;324:4,8,10;
327:2
**cases (1)**
109:23
**cash (10)**
33:1;186:23,23;
187:1,25;188:5,6,7;
239:12,18
**Castile (1)**
313:3
**Castle (4)**
213:7;329:14,14,15
**casual (1)**
304:20
**catastrophic (1)**
313:21
**catch (2)**
103:24;202:14
**Cathryne (2)**
5:16,19
**caught (4)**
121:20;200:24;
281:7;328:20
**cause (32)**
75:3;92:21;109:10,
14,21;110:14;111:3,9,
13;112:6,10;166:16;
179:15;180:19;212:5;
245:19,22;246:7,11,
15,21;261:2;284:24;
312:7;322:1;323:21;
324:1,2,13;326:25;
327:3,7
**caused (4)**
60:5,7;115:18,20
**causing (1)**
237:17
**CCL (1)**
204:20
**CDVS (1)**
7:3
**cell (6)**
65:17;118:10;
196:10;234:4;256:22;
274:2
**cellular (3)**
135:22,23,24
**ceremony (1)**
187:13
**certain (7)**
99:21;110:24;
114:16;162:4;191:14;

Scott Ballock v.
Ellen Ruth Costlow, et al

Scott Ballock
April 19, 2019

242:24;250:11

**certainly (4)**
292:18;302:25;
323:19;330:18

**certified (1)**
8:11

**cetera (2)**
42:15;62:16

**chain (3)**
15:4;169:12;316:4

**chance (3)**
167:14;175:2;
317:19

**change (6)**
106:6;171:3;201:8;
248:16,18;279:5

**changed (2)**
46:6;121:16

**changes (2)**
15:16;242:5

**character (4)**
98:2;148:6,19;
149:22

**characterization (8)**
80:17;122:9;201:5,
10,13;225:16;286:2;
299:9

**characterize (3)**
130:25;149:16;
275:23

**characterized (2)**
27:23;136:25

**charge (6)**
109:14;110:15;
111:3,13;155:20;
324:1

**charged (7)**
110:22;164:13;
225:12;248:2;298:10;
310:18;324:1

**charges (32)**
81:7;108:3,14;
110:8,17,18;111:3;
140:6,14,18,22;
141:12;142:18;
143:10;145:18;156:6;
181:6;186:17;187:4,
18;193:14;209:6,10;
222:21;248:4;279:24;
288:22;291:22;
296:13;298:10;
299:16;310:15

**charging (1)**
289:3

**Charles (10)**
8:2;11:2;84:17;
130:17;162:11;179:7;
229:8,16;307:1;
325:14

**chart (1)**
168:25

**Cheat (4)**
209:9;217:15;

221:1,15

**cheated (1)**
260:22

**cheating (1)**
57:16

**check (4)**
127:18;162:5;
163:19;291:14

**checked (2)**
105:22;291:16

**Chen (1)**
5:21

**Chicago (8)**
243:1;264:5,9,14,
19;265:3,9;278:6

**Chief (6)**
5:21;82:2;106:14;
107:19,25,25

**chiefs (1)**
152:21

**child (16)**
47:1;58:12;64:13;
120:7,8,9;172:10;
214:19;228:5;236:1;
256:4;262:10;272:12;
276:19;280:25;
322:22

**childhood (1)**
319:13

**children (106)**
12:2;17:13;22:7,9;
27:6,19;29:9,10,12,
14,15,17,18;30:11,12,
13;31:5;32:15;33:14,
22,24;36:16;37:6,7,
25;46:5,9,10,13;50:9,
12;51:2,13;52:2,11;
58:8;63:22;74:24;
75:1,7,20;77:16;
78:23;79:6;81:11;
111:16;112:24;
114:23;115:6;134:22;
135:3,3;148:10,22;
163:12,23;183:2,10,
12,14;205:10;206:6;
210:23;221:23;222:5;
230:23;231:2,6,8,11,
17,19,20;234:19;
235:22,23,24;236:2;
244:2,11,12;251:21;
252:1;261:17;262:6;
267:4,9,10;268:4,12;
270:12;271:1;275:25;
276:5,6,7,8,17;
280:16,17;283:25;
286:16;300:14;
313:14;323:3;324:6

**children's (11)**
29:23,23;49:23;
70:17,19;79:8;81:10;
238:19;239:3,13;
282:20

**choice (4)**

199:13;200:16;
242:15,19

**choices (3)**
32:3,12,22

**choke (1)**
270:21

**cholesterol (1)**
10:16

**chooses (1)**
148:4

**chose (3)**
51:20;206:3;270:7

**Chris (27)**
7:14,24;72:25;
73:13,14;98:7;
112:21;114:13;118:8,
9,10,12;120:1,14,17;
121:5,6,22;144:19;
145:22;153:14,15,19,
22;165:8;190:2;
258:10

**Christi (18)**
92:13;140:3;144:1,
4;175:16;178:6;
202:4;204:21;205:10;
206:14;238:13;252:5;
258:6;272:2;273:21;
280:23;308:15;
310:10

**Christmas (3)**
36:7;37:16,17

**Christmases (3)**
53:11,15,16

**chronic (1)**
312:22

**chronological (1)**
25:16

**CIA (1)**
14:19

**cigarette (1)**
267:7

**Cincinnati (1)**
316:7

**Cindy (12)**
141:1,1,5,11,15,18,
19,21,24;142:5,9;
210:2

**circled (2)**
145:5;224:12

**circuit (1)**
327:6

**circumstance (1)**
33:5

**circumstances (15)**
30:20;33:10,11;
38:25;44:5;45:5;
47:24;49:21;51:23;
62:5;79:19;158:23;
181:4;256:2;269:13

**circumstantial (2)**
92:2;212:19

**circumvent (4)**
146:12;249:13,14;

296:7

**circumvented (1)**
249:12

**circumventing (2)**
250:2,15

**cite (2)**
163:10;215:3

**Cities (1)**
218:13

**citing (1)**
225:18

**citizen (3)**
102:13,16;291:2

**citizens (2)**
93:2;102:18

**Civil (12)**
7:15;112:1,3;165:5;
167:21;168:13;176:3;
189:9;194:5;203:14;
242:7;300:20

**civilized (1)**
279:13

**CJIS (16)**
14:23;15:4,19;
16:14,20;21:10;
108:5;152:12,13;
154:19;155:1;169:1,
2,7,8;305:16

**claim (4)**
204:22;249:7;
317:12,16

**claiming (1)**
208:14

**claims (2)**
74:22;164:11

**clarification (2)**
72:6;307:1

**clarify (7)**
71:4;144:3;153:5,
13;165:16;203:10;
325:18

**Clarksburg (15)**
14:23;99:24;
157:18,19,24;167:19;
169:5,20;170:7;
174:5;185:16;188:24;
218:18;242:10;
329:22

**class (2)**
245:10,12

**classics (1)**
245:10

**Classified (1)**
274:13

**clean (2)**
9:16;225:7

**clear (19)**
9:25;18:14;42:24;
43:7;93:9;96:18;
116:6,8,9;168:23;
203:22;250:17;
256:10;264:1;267:17;
277:15;295:19;306:6;

326:7

**Clearly (5)**
57:8;87:24;97:11;
143:14;165:22

**clerk (1)**
314:18

**clever (1)**
146:15

**clients (9)**
87:16;89:1;90:20;
140:17,19;142:20;
167:23;211:3,4

**cliff (3)**
65:22;66:3,5

**climbed (1)**
64:14

**clinical (1)**
326:8

**clock (1)**
151:22

**clonazepam (1)**
209:21

**close (12)**
54:16;96:13,18;
99:3,4,7;143:1;
240:13;264:17,19;
319:14,19

**closed (1)**
309:20

**closer (2)**
125:6;268:24

**closet (1)**
270:16

**close-up (1)**
130:15

**clothes (1)**
272:6

**clubs (1)**
239:2

**clues (1)**
275:7

**coach (1)**
259:25

**coat (1)**
30:8

**cock (1)**
44:1

**Code (2)**
109:12;246:17

**coincidence (1)**
239:16

**cold (4)**
83:14,17;279:2,3

**collaborating (1)**
296:6

**colleague (1)**
283:13

**colleagues (2)**
81:23;316:12

**college (8)**
205:4,9;239:3;
259:21,22;261:19;
265:12;279:9

Scott Ballock v.
Ellen Ruth Costlow, et al

Scott Ballock
April 19, 2019

**Columbus (1)**
243:1
**combined (2)**
120:15,17
**comfortable (1)**
182:21
**coming (13)**
25:14;83:18;94:25;
97:18;98:21;105:7;
122:21;145:11,14;
156:11;203:20;
235:16;294:16
**command (2)**
15:4;169:12
**comment (2)**
136:6;195:10
**commenting (1)**
173:12
**comments (1)**
92:18
**commit (5)**
146:5;150:10;
151:5,24;270:11
**commitment (2)**
244:25;291:4
**committed (3)**
88:22;225:22;
324:18
**common (4)**
9:7;124:22;254:20;
311:1
**communicate (5)**
77:14;78:7;249:8,
10;296:19
**communicated (3)**
39:1;67:15;68:7
**communicating (9)**
67:17;76:15;93:4;
147:1;199:8;247:9;
294:1;319:5;321:8
**communication (10)**
27:1;38:12;78:23;
163:22;266:19;
282:18;292:19;321:5,
17;327:21
**communications (24)**
27:24;28:3;38:18;
75:19;77:1;147:23;
160:15,16,20;161:2;
163:12;185:13;196:6,
9;232:18,25;234:2,6;
247:12;258:10;292:8;
293:13;327:20;
328:17
**company (4)**
196:17;226:18;
278:5;316:2
**compare (1)**
330:16
**complainant (9)**
93:3;98:4;99:4;
136:1,22;137:21;
139:10;143:2;147:2

**complained (1)**
292:8
**complaining (2)**
264:19;307:8
**Complaint (41)**
5:17;87:16;88:25;
89:24;90:20;99:24;
100:8,9;118:1;
123:14,19;125:24;
126:15,23;129:6,8,13,
21;137:10;139:2;
143:19;149:18;167:7,
11,20;168:5;170:12,
13;175:24,25;176:11,
12,13,13;179:12;
180:13;181:25;182:1;
191:16,17,17
**complaints (3)**
189:16;190:10;
193:25
**complete (1)**
323:11
**completed (1)**
310:2
**completely (3)**
146:1;168:25;245:9
**complex (2)**
11:24;12:9
**complicity (1)**
204:23
**Compliment (5)**
54:8,14,15;283:8,
17
**component (1)**
221:5
**comprehensive (1)**
25:15
**comprised (1)**
206:21
**compulsive (1)**
119:22
**computer (4)**
97:20;234:4;
314:20,25
**concealing (1)**
181:4
**concern (6)**
128:21;190:12;
254:4;258:4;276:18;
322:2
**concerned (15)**
29:22;49:23;69:10;
70:17,25;93:21,22;
101:5;102:12,14;
111:17;181:10;
253:20,24;254:10
**concerning (1)**
271:2
**concerns (14)**
51:25;69:16;
121:15;127:3,4,5;
150:4,6;189:12,20,22;
222:3;292:18;297:16

**concert (1)**
137:16
**concerts (1)**
244:7
**concludes (1)**
331:1
**condition (4)**
94:9,11;141:25;
166:15
**conditions (3)**
97:2,11;298:3
**conduct (10)**
126:19;139:11;
150:16;155:8;168:16;
213:2,5;214:2;
309:12,23
**conducted (10)**
119:8;155:7;
182:22;190:4;195:1;
204:20;215:24;216:4,
5;252:5
**conducting (9)**
113:2;119:12;
143:18;151:8;153:15,
22;155:6,11,24
**conference (2)**
290:11,12
**confessed (1)**
20:8
**confidence (1)**
306:15
**confidentiality (1)**
217:8
**confirm (4)**
21:3;124:4;195:15;
312:4
**confirmation (1)**
190:3
**confirmed (3)**
254:21;258:6;
273:22
**confiscate (1)**
305:19
**confiscated (1)**
304:21
**conflict (2)**
193:7;198:23
**conflicted (2)**
261:3;264:21
**conflicting (1)**
213:24
**confront (3)**
50:7;58:3;328:5
**confronted (3)**
19:18;20:15;58:10
**confused (2)**
218:12;257:23
**connect (1)**
15:24
**connection (9)**
97:22;176:16;
180:16;181:12,15,16;
183:22;275:16;315:4

**consequence (1)**
268:9
**consider (2)**
270:13;286:1
**consideration (1)**
89:13
**considered (3)**
169:2;231:7,9
**considering (3)**
44:4,5;62:24
**considers (1)**
43:7
**conspired (1)**
111:25
**constitutional (7)**
87:17;88:20,23;
89:2,19;103:3,14
**constructive (1)**
82:10
**construed (3)**
158:10,14,20
**consult (1)**
230:4
**consulted (1)**
267:4
**consumed (1)**
283:24
**contact (31)**
18:17;58:12;65:16;
84:11;94:12,13;
123:4;138:14;140:8,
11,15;144:18;159:2;
160:3,23,23;174:4;
193:25;204:6,7,8,10,
15,16;240:8;247:19;
253:16;260:9;298:4,
8;328:10
**contacted (13)**
94:18,24;124:3;
144:21;160:1;163:14;
172:8,13;204:12;
248:4;277:2,4;301:3
**contacting (4)**
125:4;247:21,22;
320:23
**contacts (2)**
159:3;248:7
**contained (1)**
302:22
**contemporaneously (1)**
199:13
**contempt (2)**
177:25;268:22
**content (2)**
165:21;327:21
**contention (1)**
212:14
**contentious (1)**
81:12
**contents (2)**
183:14;196:5
**contest (1)**
26:19

**context (14)**
37:25;40:10;41:6,
23;46:17;68:14;
75:16;137:7;165:1;
166:14;285:12;
293:17,21;304:4
**contingency (1)**
229:18
**continue (8)**
40:4;42:20;59:25;
63:16;70:14;79:5;
100:17;143:22
**continued (7)**
5:1;20:14;142:11;
143:20;273:20,25;
311:9
**continues (1)**
42:19
**continuing (3)**
103:2;143:25;
201:22
**contradictory (3)**
149:14;256:20;
257:22
**Contrary (1)**
164:10
**contribute (2)**
227:21;228:1
**control (5)**
65:22;66:2,4;70:5;
226:11
**conversation (14)**
5:11;63:16;66:21;
78:14;122:6,7,14,16,
23,25;141:20;211:19;
257:13;281:16
**conversations (6)**
46:11;78:13;212:5;
281:18,19;292:11
**Conversely (1)**
110:6
**convicted (3)**
120:7;311:8;322:22
**conviction (1)**
324:15
**convinced (4)**
39:19;40:2;160:7;
284:3
**cooperation (2)**
46:7,12
**Cooper-Lehki (30)**
93:11;140:3;
148:24;149:5;164:11,
17;175:16;178:6;
201:3;202:4,7;
204:21;205:10;
206:14;248:13,16;
251:14;252:5;258:6;
272:3;273:22;280:23;
281:9,23,24;282:4,11;
283:18;308:15;
310:11
**Cooper-Lehki's (10)**

Scott Ballock v.
Ellen Ruth Costlow, et al

92:13;144:2,4;
164:10;176:15;
184:10,20;201:6,10;
238:14
coordinate (2)
172:14;189:11
coordinated (3)
189:8,18;190:6
coordination (1)
207:3
copies (4)
132:24;160:14;
177:10;253:9
copy (19)
81:5;124:24;
161:16;168:6;176:17;
177:13,13,16,18;
178:7,16,21;179:10,
10;183:21,23;184:19;
194:17;224:18
corner (12)
72:21;83:19;
108:19;153:20;157:1;
166:1,4;192:9;
217:13;218:25;221:1;
224:2
Corporal (19)
91:21;101:12,13;
103:12;109:13;129:7;
131:10,15,22;132:6,
17,20,23;133:6;
134:25;137:2,14;
138:14;139:4
corporate (1)
315:20
Correction (2)
11:20;22:17
correctly (4)
27:7;98:16;104:11;
324:22
correspondence (15)
27:3,14;28:9;38:12;
55:11,20;57:2,3;
58:18;92:1;97:4;
203:12;212:18,20,24
correspondences (1)
91:5
corroborate (4)
120:5;138:24;
161:2;196:7
corroborates (3)
118:3;164:25;165:4
corroborating (1)
166:8
corroboration (1)
120:23
corvette (1)
51:17
cost (4)
219:5;238:13;
293:8;313:17
Costlow (40)
7:13;8:1;12:12;

17:5;89:7,21;90:23;
118:4;119:21;131:9;
132:6;137:13;138:4;
177:12,14;179:13,18,
20;181:4,6;201:8;
203:14;212:18,25;
213:4;214:6,16;
246:20;247:10,12;
249:2;251:17;252:13;
253:17;255:13;
256:12;262:22;269:2;
327:15;329:22
Costlow's (3)
177:9,11;211:1
counsel (5)
108:25;109:5;
178:16;182:5;216:19
counseling (13)
70:14,15;192:18;
199:6,22;200:11;
220:15;223:20;225:2;
263:15;297:7;307:8;
313:10
counselor (12)
35:9;38:21;51:5,6,
11;149:9;199:16,19,
21;200:19;244:12;
322:25
counselors (3)
69:1;198:20,23
counselor's (2)
199:15;200:17
count (7)
39:8;59:8;110:25;
166:22;167:2;225:13;
321:19
counted (2)
39:9;63:13
counter-intelligence (2)
14:1;107:16
counter-surveillance (3)
153:25;154:4,6
counter-terrorism (1)
13:25
countertop (1)
178:5
country (3)
16:3,17;152:21
counts (3)
110:23,24;167:5
County (4)
134:4,12;156:6;
327:1
couple (8)
35:25;138:8;
152:14;153:19;
154:22;253:15;
296:16;326:21
couples (1)
263:15
course (18)
9:10;60:9;118:17;
120:19;149:10;

152:22;153:17;162:6;
191:10;204:14;
211:19;257:19;283:7;
291:13;307:6;316:5;
317:12;318:22
Court (101)
5:9;7:16,19;8:6;9:2,
4;37:2;77:6;85:8,20;
86:10,10,14,17,20;
87:18,22;88:6,9,21;
92:12;94:11;100:16,
16,22;101:2;104:18,
21,23;108:15;109:18;
111:12;114:24;134:5,
9,13;137:17;141:5;
142:24;145:25;147:4;
156:7;172:7;176:14;
177:9,24;178:1,20,21,
23;179:9;181:14;
184:6,9,13,20;186:3,
8;189:19;203:17;
204:2,3,4,5;205:15,
21;206:2,8,12,12,16;
211:8;240:22;241:2,
8,8,9;247:3;251:22,
24;252:3,12;264:6;
272:17;290:15;291:9;
293:4,5,6,22;297:13;
301:3;302:19,21;
308:16,23;327:1,2,6,
6;330:22
court-appointed (1)
322:24
courthouse (1)
172:11
court-ordered (1)
223:20
courtroom (5)
87:10,10;92:24;
93:13;252:24;290:6
court's (4)
87:22;144:7;183:8;
201:7
Cousin (6)
204:19,25;205:3,
25;206:10;261:20
cover (2)
197:10;313:17
covered (1)
105:8
covering (1)
19:21
coy (1)
117:17
CPS (4)
70:19;75:5;322:22;
323:2
craft (4)
94:18;95:16,25;
96:10
crafting (1)
96:5
Craigslist (23)

18:10,18,25;19:4,9,
17;20:9,14,15;55:18;
56:10;63:3;79:8;
132:14;135:19;173:8,
16;232:13;233:23;
263:8,13;303:15;
318:14
crazy (2)
148:2;280:2
cream (1)
211:10
create (1)
25:4
created (6)
25:8;68:5;139:19;
142:1;164:16;241:23
creating (1)
233:23
credence (2)
164:25;165:3
credentials (1)
311:9
credible (1)
121:18
credit (3)
233:20;235:14;
265:25
credulity (1)
194:25
cried (1)
36:8
crime (4)
16:13;88:22;
225:22;324:18
crimes (4)
13:17;14:13;
109:10;324:1
Criminal (42)
12:21;15:24;25:1,8,
10;26:12;62:14;81:7,
23;82:1;87:5;99:24;
108:3,14;119:19;
140:1,18;142:14,18,
22;143:12,15;144:17;
145:17;155:20;181:5;
187:18;188:13;
193:13,14;210:5,6;
229:6,11,12;238:4;
248:3;249:24;294:21;
296:13;298:10;
316:14
Crooks (48)
3:5;8:2,2;10:23;
26:21;28:6;35:2;
36:13,19,25;52:15;
83:2;84:18,21;89:23;
90:1;113:10;122:4;
129:19;131:24;
162:12,23;163:2;
171:22;179:7;184:25;
185:4,7;191:1,4;
197:17;207:8,10;
213:19;229:10;

246:12;258:18,22;
259:5;299:8;307:5;
317:21;326:5,10,13,
18;330:20,24
Cross-Examination (5)
3:4,5,7;230:18;
259:4
cruel (1)
47:17
crummy (1)
32:4;313:18
crux (1)
21:8
crying (1)
130:16
cryptic (1)
161:14
cue (1)
49:9
C-u-h (1)
154:11
cultural (1)
244:6,25
curious (1)
147:23
current (12)
11:14;87:15;
143:19;175:24;
191:17;206:18;224:3,
6;226:5;268:24;
313:17;315:18
currently (2)
221:23;312:25
curt (1)
46:7
custody (27)
32:15;75:1,3,4;
112:23;125:6;145:10,
11,14;172:10;175:14;
177:10;181:5;221:24;
251:15,21;254:6;
267:9;280:16,17,25;
284:22;286:16;
288:10;300:16;
323:10;324:6
custody/visitation (1)
38:14
customer (1)
226:11
cut (5)
136:4;271:14;
305:3,4,4
cute (1)
281:4
Cuthbertson (2)
154:9,12
C-u-t-h-b-e-r-t-s-o-n (1)
154:11
cutter (3)
136:7,9,14

D

Scott Ballock v.
Ellen Ruth Costlow, et al

Scott Ballock
April 19, 2019

**dad (10)**
57:5;69:20;123:8;
125:14;142:5,6;
216:3;262:16;320:5;
322:14
**Daddy's (2)**
211:15,18
**damage (2)**
317:12,16
**damages (3)**
207:18,20;209:4
**damaging (1)**
117:19
**danger (1)**
211:15
**dangerous (5)**
58:8;69:2;135:9;
136:10;211:14
**dark (1)**
260:3
**Data (1)**
15:22
**databases (3)**
15:25;16:2,3
**date (10)**
22:8;29:3;31:2;
83:2;122:21;178:25;
217:14;224:3;236:18;
260:6;268:13;282:14;
284:7,8
**dated (12)**
25:7;31:20;71:20;
72:15,25;74:16;
75:17;162:14;176:22;
198:11;205:15;
221:16
**dates (3)**
51:2;55:6;325:9
**dating (3)**
33:3;117:2,3
**daughter (18)**
34:16;49:12;51:17;
70:2;120:6,7;128:4;
200:11;205:11,12;
211:9;239:11;254:11,
25,25;255:1;271:21;
272:1
**Dave (1)**
154:9
**davedew13 (2)**
67:5;71:18
**davedew13@gmailcom (1)**
67:1
**day (50)**
10:5;32:3;39:10;
42:20,22;43:8;44:8;
48:23;50:2;65:12;
87:19;88:9,21;97:15;
100:19;103:19;104:4,
10;112:17;118:11,13,
18;119:14;120:2,17,
24;121:6;127:21;
154:8;157:5;165:9;

172:10;224:9;235:1;
243:20,20;252:24;
256:21;270:2,15;
277:12;289:24;292:6;
302:4,7,10,16;307:23;
309:18;318:20
**days (7)**
57:14;64:10;
111:20;145:10;
146:20;235:13;
301:16
**Day-to-day (1)**
154:2
**DC (3)**
191:23;242:20;
314:11
**deadlines (1)**
76:16
**deal (9)**
64:19;81:15;
110:23;192:13;
210:16;257:25;
320:14,15,25
**dealer (1)**
50:4
**dealing (1)**
193:2
**dealt (1)**
225:20
**decade (1)**
47:5
**December (12)**
11:18,21;48:5;49:8;
53:4,8,9;66:17;
208:21;225:24;
285:11,16
**decide (4)**
310:6,7,8;323:14
**decided (2)**
92:17;238:15
**deciding (1)**
226:17
**Decision (15)**
5:15,18;31:23;
87:22,25;188:25;
191:20;206:24,25;
211:16;214:15;236:1;
314:2,4,8
**decisions (1)**
309:23
**declaratory (11)**
176:14,20;177:2;
181:25;182:3,8;
183:17,20,23;184:10,
14
**declaring (1)**
183:20
**declined (3)**
103:5;281:13;294:5
**deemed (1)**
148:21
**defamation (1)**
62:16

**defamatory (2)**
179:16;180:20
**defamed (6)**
147:22,25,25;
148:6;149:24;150:5
**defend (2)**
74:22;175:3
**Defendant (3)**
7:25;8:10;177:11
**Defendants (10)**
7:15,19,23;8:21;
143:20;167:18;
216:20;311:17,24;
315:11
**defender's (1)**
317:8
**defense (3)**
92:14;251:4;296:10
**degree (9)**
12:19,24;148:3,4;
239:8;264:4;265:19;
266:3,8
**degrees (2)**
13:4;265:23
**delayed (1)**
155:19
**Delby (10)**
86:5,23;87:4;179:4,
6;241:1;289:18;
297:14,15,16
**deleted (4)**
196:19;278:8;
301:2;328:8
**demand (6)**
200:12;210:4,7,9,
11;269:25
**demonstrated (1)**
190:13
**denied (9)**
11:8;106:20;
146:23;180:11;188:1,
8;198:21;224:6;
305:21
**dental (1)**
227:9
**deny (4)**
158:16;199:13;
200:16;206:23
**denying (1)**
248:9
**department (1)**
119:9
**depleted (1)**
239:6
**DEPONENT (13)**
8:8;36:23;37:4;
132:1;172:20,23;
197:16;230:1;258:23;
307:3;318:2,4;325:18
**deposition (69)**
7:8,18;8:22,22;
10:24;24:19;25:18;
28:19;30:2,21;31:13;

32:17;38:2;39:3;42:7;
43:17;44:6;45:8;
46:20;47:13;48:1;
49:5;52:13;53:24;
58:24;61:18;62:8;
63:7;66:22;72:3;
74:13;75:8;76:9;
79:22;80:7;105:9;
108:10;113:13;
121:25;129:15;
156:18;159:10;
171:10;174:21;
175:20;188:17;192:1;
198:2;202:16;205:13;
207:6;216:9;217:10;
218:8;220:23;221:13;
223:12;242:6;268:17;
278:19,20;282:9,15;
298:17,18;301:22;
303:19;311:20;331:2
**depressed (1)**
330:10
**deputies (6)**
115:21;121:1,2;
213:23;255:15,19
**deputy's (1)**
165:7
**derogatory (1)**
249:16
**describe (3)**
35:1,3;327:10
**described (3)**
81:13;171:25;252:6
**describing (2)**
81:20;93:10
**designed (1)**
166:25
**desire (1)**
240:2
**deskmate (1)**
170:3
**Despite (4)**
160:21;182:18;
187:17;330:11
**destination (1)**
213:11
**detachment (8)**
100:23;101:4,16;
102:17;134:10;
167:25;190:14;
290:14
**details (2)**
109:3;254:12
**determined (2)**
205:11;207:23
**determines (1)**
226:10
**Detroit (3)**
13:22;14:4,7
**develop (2)**
14:20;303:14
**developed (1)**
15:23

**Developing (1)**
14:19
**device (1)**
275:1
**diagnosed (10)**
148:10;193:3,4;
201:24,25;202:1,3,7;
209:6;320:9
**diagnosis (5)**
148:15,17;149:3,7;
251:18
**dick (1)**
33:1
**die (1)**
135:15
**difference (3)**
62:25;77:21;157:6
**differences (1)**
38:17
**different (27)**
30:20;35:25;50:2;
69:1;94:14;121:7;
168:24,24;169:1;
187:14;208:3;223:18;
240:19;243:2;245:9,
14;259:7,13;265:10;
266:13,21;295:3;
296:16;304:19,19;
310:14;323:16
**differently (1)**
165:24
**difficult (14)**
9:13;22:4;41:1;
46:11;56:24;64:16,
21,24;77:8;136:12;
221:21;223:16;238:6;
320:4
**difficulties (1)**
33:19
**difficulty (2)**
221:25;236:3
**dig (1)**
45:1
**dinner (2)**
234:21;284:19
**Direct (5)**
3:3;8:13;77:1;
103:7;198:7
**directed (3)**
35:8;82:11;295:22
**directing (3)**
35:18,19;75:18
**direction (2)**
278:4;307:22
**directive (3)**
296:21;297:18;
298:16
**directly (5)**
75:19;80:25;81:17;
253:12;316:15
**director (5)**
154:8,13,18;
188:20;189:5

Scott Ballock v.
Ellen Ruth Costlow, et al

Scott Ballock
April 19, 2019

directors (2)
152:12;154:15
director's (3)
152:14;187:10,12
dirty (1)
33:8
disadvantage (2)
137:18;142:24
disagrees (1)
167:10
discharge (3)
175:2;191:20;
206:19
discharged (6)
188:21;191:18;
305:23;324:20,24;
325:16
disciplinary (3)
176:16;192:5;
206:20
discipline (1)
309:12
disciplined (1)
311:12
disclose (3)
74:22;189:10;
311:19
discord (1)
221:22
discover (2)
272:23;317:19
discovered (1)
266:14
discovery (20)
91:11;94:1;97:5;
113:19;120:17;122:3;
126:9;150:8;151:16;
174:10;203:13;226:7;
242:2;263:9;266:18;
267:24;274:1;276:13;
296:10;311:20
discredit (1)
179:22
discuss (27)
19:9;46:9;56:22;
57:23;61:13;124:13;
160:2,3,20;161:1,18;
167:22;191:13,18,20;
192:11;193:1;201:14;
208:15;209:3,13;
214:1,15;222:6;
225:3;320:12;326:16
discussed (10)
40:11;76:24;109:5;
160:11;161:7;166:10,
25;184:17;191:19;
203:9
discusses (6)
122:7;221:20,25;
222:4;224:21;225:1
discussing (9)
46:4,5,8;49:12;
77:12;159:1;161:9;

172:7;208:14
discussion (8)
41:23;109:4;217:3;
219:11,12;263:7;
302:14,21
discussions (5)
10:22;38:13;69:4;
245:11;296:24
disengaged (2)
60:8,21
disgusted (1)
35:12
dishes (2)
59:18;234:22
dishwasher (1)
59:18
disk (1)
321:20
disks (1)
171:3
dismiss (9)
11:8;110:24;
141:25;299:2,7,16;
301:9,22;327:2
dismissal (20)
94:6,16;95:17;97:1;
108:14;140:14;
166:14,21,24;214:14;
229:9,17,20;245:17;
250:4;297:22;298:16,
22;299:4;324:3
dismissed (16)
110:19;111:4;
140:7;142:12;143:11;
156:6;180:15;181:12;
188:14;222:22;
249:24;250:8;296:12;
299:19;300:4,12
Disney (2)
76:14;291:12
disorder (7)
192:14;193:3;
201:25,25;202:1;
209:7;320:9
disorders (1)
22:3
disparage (1)
296:7
disparaging (13)
94:8,10;95:18;
146:14;250:5,6,11,12,
14,18,25;295:23;
296:19
displaying (1)
136:4
dispose (1)
82:11
disprove (1)
179:22
disputes (1)
270:18
disputing (2)
248:10,12

disrespectful (12)
30:1,17,19;38:25;
44:4;45:5,7;47:24;
49:20;51:23;62:5;
79:19
disseminated (1)
178:9
dissolution (1)
238:1
dissolve (1)
59:16
dissolving (2)
66:6,14
distance (2)
268:6,7
distant (3)
19:22,25;20:5;
280:9;319:11;320:12
distraught (1)
65:15
distress (3)
209:4,11,15
District (7)
7:16,16;147:11,12;
181:14;264:6,25
disturbance (2)
214:16,18
diverted (1)
100:20
division (14)
13:22;15:20;18:1;
38:13;81:23;82:2;
84:14,14;157:21;
169:3;174:13;196:25;
208:24;274:11
divorce (63)
20:11;24:10,11;
26:13;27:6,18;29:8;
30:9;31:4,5;32:10;
41:3,4;44:18;47:20;
52:10;62:13;64:12,
17;66:9,13;69:24;
71:8,10;75:18;81:12;
85:8;94:11;117:2;
119:19;137:21;138:5,
5,8,10;179:1,6;181:5;
200:7;204:4;208:22;
221:21;222:4;228:16;
229:3;238:16;239:7,
10;255:21;267:4,5;
280:14;286:2;289:8,
21;297:22,24,25;
298:2;319:23,25;
321:12;330:17
docket (1)
176:4
doctor (1)
222:7
doctor's (1)
236:22
document (11)
89:11;113:20;
114:13,21;115:4,4,7;

124:4;190:23;256:8;
298:23
documentation (11)
124:19;128:2;
163:18;164:24;165:3,
6,11,13,14;166:8;
256:6
documented (1)
258:5
documenting (1)
114:22
Documents (13)
5:24;11:1,3;174:14,
18;216:14,16,20,22;
217:7;312:18,20,21
dog (1)
83:19
dogs (1)
57:4
dollars (4)
63:23;237:16;
238:10,13
domain (1)
184:15
domestic (10)
124:5,15,20,21;
125:2;128:3;141:16;
214:16,18,23
done (20)
29:21;37:13,16;
44:19;60:18,24;
87:24;137:24,25;
139:7;194:2;207:4,5;
225:15;231:20;252:7;
293:1;312:13;321:21;
330:20
Donna (1)
7:19
door (4)
83:11,13,17;271:8
dormant (1)
321:9
Dot (1)
211:10
doubt (9)
32:1;39:11,13;
47:10,12;53:18;
131:14;190:5,8
doubts (1)
134:7
Dowling (2)
171:15;172:6
Dowling's (1)
174:9
down (71)
15:18;31:2,22;33:6;
38:20;39:15;41:12;
43:21;44:9;47:3;
50:21;51:16;52:6;
53:3;54:2;55:10;60:2,
14;61:2;63:11;64:4;
65:19,25;67:7;71:16;
72:21;78:11;95:14;

97:3;102:14,16,18;
107:22;108:19;131:7;
134:21;135:13;
137:13;158:8;159:13;
161:18;163:3;194:4;
199:3;201:14;210:5,
19;211:8;213:1;
214:1,19;215:22;
219:2;222:10;224:14;
243:12;270:3;276:2;
277:8;288:2;295:8;
297:18;313:8;315:7,
7,8,9,9,10,15;319:11
download (1)
314:22
downloaded (1)
196:5
downstairs (2)
271:10;291:14
downtown (6)
24:7;31:11,24;
169:5;213:13;328:25
dozen (1)
317:23
Dr (21)
148:24;164:10,11;
175:16;176:15;
184:10,20;201:3,6,10;
202:7;217:19;221:4;
237:3;280:23;281:9,
24;282:4,11;283:18;
308:15
draft (3)
100:11;158:15;
197:11
drafted (1)
202:24
drafting (1)
203:4
drained (2)
77:22,23
DRB (1)
206:21
dredging (1)
55:2
dressed (1)
225:6
dressing (1)
272:3
drinking (1)
311:1
Drive (12)
12:11;31:24;
234:19;274:12,13,19;
314:21;322:7,7,10,11,
16
driver's (1)
233:20
driving (2)
271:9;311:2
drone (1)
36:22
drop (3)

Scott Ballock v.
Ellen Ruth Costlow, et al

Scott Ballock
April 19, 2019

140:18,22;210:16
**drop-offs (2)**
  77:10;78:3
**dropping (1)**
  210:6
**drove (3)**
  34:15;153:2,7
**drug (1)**
  50:4
**drugged (1)**
  36:7
**drugs (1)**
  71:24
**due (8)**
  94:20;105:17;
  134:2,3,7;152:8;
  188:1;221:25
**duly (1)**
  8:10
**dumped (1)**
  141:8
**dumping (1)**
  141:10
**during (37)**
  23:17;25:10;46:10;
  80:9;85:7;91:11;97:5;
  107:1,13;114:18;
  120:17;140:10,13;
  198:5;199:6;201:16;
  203:13;211:19;
  214:13;225:4,5,6;
  233:4,25;234:7;
  238:9;239:9;254:11;
  258:24;260:19;
  278:19;279:23;
  296:10;310:17;321:7,
  11;329:24
**duties (2)**
  13:15;14:12
**duty (2)**
  116:1;304:23
**DVDs (1)**
  132:25
**dying (2)**
  303:17;304:6
**dysfunction (1)**
  236:17

**E**

**eager (1)**
  242:10
**eagerly (1)**
  203:17
**e-a-h-m (1)**
  102:2
**ear (2)**
  135:6;192:14
**earlier (38)**
  67:9;73:9,17;77:12;
  80:11;85:13;93:19;
  118:11,13,17;119:16;
  120:16;121:6;125:3,

20;127:21;143:8;
146:9;151:11,19;
165:9;166:15,25;
167:14;175:17;
176:24;180:2,15,24;
188:15;210:12,18;
214:12;256:21;
271:25;294:3;301:13;
323:20
**early (6)**
  162:25;163:17;
  230:21;261:1;262:23;
  281:25
**earn (2)**
  187:2,4
**earned (2)**
  186:22;187:1
**Earnings (1)**
  226:14
**easier (1)**
  192:9
**easily (2)**
  44:1;153:21
**easy (2)**
  10:3;112:12
**EBITA (1)**
  226:12
**economic (1)**
  208:14
**edit (1)**
  165:22
**edited (1)**
  165:23
**educated (4)**
  244:17,19,20;
  279:17
**education (9)**
  12:17;238:20;
  239:3;244:6,6,25;
  264:2;265:18;266:9
**effect (5)**
  92:21;253:1;
  284:18;293:14;324:6
**effective (2)**
  276:25;306:7
**effects (1)**
  237:13
**effort (1)**
  207:3
**efforts (8)**
  114:22;143:21,22;
  189:10;239:21,22;
  316:21;317:11
**egg (1)**
  22:5
**ego (1)**
  232:5
**egregious (2)**
  126:17;270:13
**eight (9)**
  66:8;12;78:5,9,20,
  21;79:1;272:4;314:5
**e-i-m (1)**

102:2
**either (11)**
  170:4;175:6;181:7;
  202:14;206:23;
  227:11;235:18,25;
  291:12;292:11;311:7
**ejaculation (3)**
  236:13,19;237:5
**element (1)**
  268:19
**Eleven (1)**
  306:3
**elicited (1)**
  249:15
**eligibility (1)**
  226:10
**eligible (4)**
  107:10;226:8;
  324:25;325:10
**Ellen (352)**
  7:13;8:1;12:12;
  17:5,22;21:6,11,13;
  24:1;26:2,6;27:10;
  28:8;30:14,25;32:21;
  33:13,13;34:9;38:11;
  39:1,10;40:14;41:13;
  42:10,23;43:5,13;
  45:6,13,21;46:23;
  48:11,20;49:2;50:8;
  53:8,19,23;54:3,6,9,
  11,22;55:1,5,17;58:3;
  59:3,14,16;60:7,15,
  20,25;61:21;62:11;
  63:10,14,16;64:19;
  69:8;73:18;74:16;
  76:12,23;77:5,9,13;
  79:5;80:13,14;81:2,
  17,24;82:21;84:9,11;
  90:7;91:12,24;92:2,5,
  8,15,19,20,20,21,23;
  93:10,15;94:5,8,9,14,
  18,21,24;95:6,23;
  97:4,7,12;98:6,8,9,13;
  99:1,15;111:25;
  112:7,20,21,23;115:9,
  15,20;116:3,16,23;
  117:21;118:6,7,7,13,
  16;119:13,15,15,21;
  120:6,10,15,15,20;
  121:1,2;123:9;124:5,
  13,15;125:21;126:3,
  5;127:15;130:23;
  133:6,21;134:25;
  137:2,17,18;138:12,
  17;139:3;140:22;
  141:12,19,22,24;
  142:2,11,23;143:3;
  144:20;145:5,9,19;
  146:12,17,21;147:9,
  19;148:7,9,10,16;
  149:6,10;150:18,24;
  151:7,11,14;153:16;
  158:9;159:1,2,13,16;

160:22;161:3,14,19,
20;163:4,5,11;164:11,
14;165:3,7;177:24;
178:2,7,10,19;193:3,
5;195:21;198:11;
199:8,16,22;201:4,8,
16,24;202:7;203:12;
204:24;205:2,8,11;
206:9;209:2;210:17;
211:8;212:1,5,15,21;
215:20;219:9,10,10,
24;220:15;223:22;
224:15;225:2,5;
230:15,24;231:1,10,
14;232:3,17;234:1,13,
14;235:23;236:14;
238:9,14;241:15,23;
242:2;243:23,25;
245:25;247:10,12;
248:18;249:8,16,23;
250:6,8,22;251:17,20;
253:7;256:20;258:1,
5,6,24;259:17;
260:16;261:18,22;
262:22;264:13;265:8,
12;266:7,14;267:4,8;
269:1,2,5;270:11;
271:4,25;272:3;
273:22,22,23;274:3,9;
275:3,20,24;276:11,
14;278:24;279:4,8;
281:3,16,17;282:2,16,
19,21;284:1,23;
285:10;286:16;
289:19;292:7,17;
293:14;295:22;296:6,
19;297:2,19;298:3,6;
302:24;303:14;304:3,
5;308:2,7,10;310:9;
318:24;319:1,2;
320:13,16,23;322:6,9,
13;323:13
EllenBallock@yahoo.com (1)
  25:23
**Ellen's (26)**
  26:23;51:13;57:19;
  67:14;69:18;75:2,6,
  17;90:4;98:2;99:10;
  113:1;118:20;119:10;
  127:19,20;153:16;
  164:11;199:13,25;
  254:8;289:12;303:17,
  22;311:14;321:20
**Elliss (3)**
  72:25;73:13,14
**else (36)**
  11:5;12:3,4;14:17;
  19:23;20:22;21:6;
  32:8;34:14;44:12;
  85:24;86:21;89:16;
  90:25;91:15;94:3;
  143:3;147:8;149:9,
  15;151:2,23;199:2;

211:24;213:17,21;
219:20;232:18,22;
240:11;246:8;257:19;
273:17;310:10;
326:20;330:19
**elsewhere (2)**
  72:10;276:13
**Email (122)**
  4:25;25:21;26:1,5,
  15,19,23;28:24;29:15,
  17;30:4,24;31:4,7,8,
  16;32:21,25;37:14,
  21;38:8;39:18;40:11;
  41:14,22;42:10;
  43:10,24;44:8;45:3,
  11;46:2,23;47:10,15;
  48:3;49:7;50:14;52:7;
  53:3,20;54:3;55:1,11;
  57:2;58:16,18;59:9;
  60:4,14;61:3,21;
  62:10,22;66:25;67:9,
  13,14,14,24;68:3,4,5,
  13;71:17;72:7,15,24,
  25;73:6,8;74:16,17;
  76:11,15;77:13;
  80:12,14;92:1,7;93:9,
  25;97:4;116:7;
  130:20,21,22;133:12;
  145:9;146:22;148:16;
  159:12;160:6,10;
  161:6,9,11,19,21,22,
  24,25;162:2,12,14,15,
  17,18;163:3,6,10,16,
  24;203:11;210:14;
  212:17,20,24;247:10;
  278:7;281:16;293:19
**emailing (2)**
  45:17;76:25
**Emails (89)**
  4:4,5,6,7,8,9,10,11,
  12,13,14,15,16,17,18,
  19,20,21,22,23,24;
  5:3,4,5,7,8,14;26:11,
  25;27:25;37:24;39:9,
  11;40:4,6,9;41:6;
  42:1,21,24;43:8,12;
  46:9;53:8,10,14,15;
  59:1,10,11,25;68:16;
  69:7;90:5,23;92:7,20;
  95:5;98:16,21,22;
  99:1,10,14;133:17;
  139:6;148:1;158:15;
  161:1;163:14,15;
  230:23;247:18;248:8,
  10,17;278:18,25;
  279:23;281:10,13;
  282:1;292:12;296:9;
  320:24;321:4,19;
  327:12,12
**embarrass (1)**
  69:13
**embarrassed (2)**
  147:3;202:13

Scott Ballock v.
Ellen Ruth Costlow, et al

embarrassing (1)
92:19
embarrassment (2)
31:1;61:24
emergency (1)
161:15
emotional (11)
22:10;35:4;64:11,
16;209:3,15;231:7,9;
268:7;322:1;330:14
emotionally (10)
42:15;60:22;65:1:5;
231:1,5;234:13;
235:18;267:2;278:23,
24
emotions (4)
41:2;51:1;56:23;
57:7
emphasis (2)
13:25;244:6
employed (1)
97:19
employee (1)
84:14
employer (19)
94:9,10,13;95:18;
179:16;180:1,19,21;
181:15;183:12,22,24;
184:3;227:7,11;
228:1;240:8,9;313:17
employers (2)
159:19;317:1
employer's (1)
84:9
employment (12)
94:15;159:3,5,14,
20;171:19;188:22;
206:19;208:17;
216:15,17;228:9
enclosures (3)
174:10,11,17
encounter (1)
217:13
encounters (3)
20:17,20;172:2
encourage (1)
97:3
encouragement (2)
203:15;307:17
encouraging (1)
97:7
end (16)
9:16;38:8;40:15;
42:15,19;47:18;59:9;
65:12;103:1,10,13;
173:4;177:25;219:3,
4;312:11
ends (1)
111:7
energies (2)
235:21,22
energy (2)
51:1;235:2

enforcement (18)
15:25;50:3;59:23;
89:14;93:1,17;94:24;
95:12;97:25;98:3;
105:17;115:15;
126:17;134:6,15;
152:7;258:3;259:1
engage (3)
23:5;124:12;154:6
engaged (5)
55:17;200:9;
204:24;212:5;318:23
engaging (2)
258:3;271:1
English (3)
245:4,10,12
enhance (1)
164:16
enjoined (1)
292:19
enjoy (2)
198:14;304:8
enlist (1)
69:3
enough (11)
24:17;55:19;76:15;
105:6;110:2;149:21;
227:24;244:17,18,19,
19
enroll (1)
244:2
ensure (2)
172:11;189:13
ensured (2)
158:9,13
entered (2)
299:13;302:4
entertain (1)
276:1
entire (2)
166:6;267:3
entirety (1)
218:11
entity (1)
169:1
entries (1)
53:10
entry (7)
84:5,8;102:23;
112:14;113:12;124:2;
299:24
episode (4)
124:21;215:17;
254:8,11
equivalent (1)
58:13
erect (1)
236:13
Erika (4)
217:14;221:4;
236:23;237:2
erotic (2)
133:19,20

erred (1)
193:13
error (4)
103:24;135:8;
200:17;202:10
eruption (1)
200:14
escalated (1)
198:22
escalating (1)
199:16
escape (1)
23:20
especially (4)
42:4;44:1;137:21;
139:5
essence (1)
301:6
essentially (6)
15:24;143:25;
214:12;280:10;
310:12;325:11
established (1)
307:6
estimate (1)
122:22
estranged (1)
144:24
et (2)
42:15;62:16
evaluation (3)
175:15;177:10;
251:15
evaluations (1)
169:16
Even (43)
33:19;46:11;47:7;
79:6;83:11;91:3;
105:4;107:5;111:22,
24;117:20;128:6;
137:1;143:21;147:1;
150:12;168:11;170:2;
178:4,18;183:16;
187:16;204:11;
234:25;239:8;241:24;
242:22;257:14;
258:15;259:10,12;
280:8;287:19;291:10,
11;304:4,10;305:21,
23;306:22;323:25;
324:2,19
evening (2)
83:14;290:16
event (7)
95:22;99:22;119:2;
233:13;274:16;
282:20;313:21
events (5)
35:6;105:2,7;
145:20;245:1
eventually (2)
57:5;142:12
everybody (4)

89:9;112:6;263:8;
268:11
everyday (1)
225:6
everyone (4)
91:7;136:1;137:21;
150:12
evidence (28)
92:2;93:7;98:14;
99:9;109:24;110:3,4,
9;118:2,5;137:19;
145:7,16;146:2,4;
150:7;180:4;195:12,
23;201:7;212:19;
213:2;214:7;216:1;
248:14;311:19;
317:11;322:21
evil (1)
47:18
exact (3)
29:3;228:18;293:24
exactly (3)
74:9;116:2;301:14
exam (2)
305:7,18
EXAMINATION (10)
3:1,3,6;8:13;
196:18;253:16;
278:19;305:6;318:12;
326:22
examined (1)
8:11
examples (1)
245:9
excellent (1)
186:15
except (3)
165:23;238:24;
257:7
excerpts (3)
133:18;252:18;
319:1
Exchange (5)
15:23;26:6;76:11;
210:6;232:18
excited (2)
286:12,13
exculpatory (6)
93:7,23;146:23,24;
180:4;248:14
excuse (7)
64:21,24;79:24;
129:23;238:4;284:15;
293:3
executed (1)
172:9
executives (2)
152:15;154:23
exemplary (1)
188:8
exercise (2)
104:7;330:24
exhaustive (1)

252:6
EXHIBIT (127)
4:1;5:1;24:19,22;
25:17,18;28:19,22;
30:2,5,21,24;31:13,
16;32:17,20;38:2,5;
39:3,6;42:7,9;43:17,
19;44:6,8;45:8,10;
46:20,22;47:13,15;
48:1,3;49:5,7;52:13,
16;53:2,24;54:1;
58:24;59:1;61:18,20;
62:8,10;63:7,9;66:22,
24;72:3,6;74:13,15;
75:8,10,17;76:9,11;
79:22;80:7,10;84:1;
108:10,13;113:13,15;
121:25;122:4;129:12,
15;156:17,18,20;
159:10,12,25;166:25;
171:10,13;174:21,23;
175:20,23;185:4;
188:17,19;192:1,3;
198:2,6;202:16,18;
205:13,15;207:6,13;
216:9,12;217:10,12;
218:8,10;220:23,25;
221:13,15;223:12,14;
231:21;234:10;236:6,
16;237:15,22;239:23;
243:10;245:17;
278:19;282:9,16;
298:18;299:8,9;
301:23;303:19
exhibiting (1)
130:6
exhibits (2)
25:12;278:21
exist (2)
112:7;319:4
existed (3)
109:10;245:22;
246:15
exit (1)
329:16
expand (2)
99:15;152:10
expect (3)
53:13;206:25;314:8
expectation (1)
235:15
expecting (1)
101:18
expenses (3)
62:13;208:17;
227:25
expensive (3)
49:2;238:25;239:7
experience (5)
104:14;105:3;
118:25;121:13;
314:25
experiencing (3)

Scott Ballock v.
Ellen Ruth Costlow, et al

Scott Ballock
April 19, 2019

35:10;37:25;38:1
**expert (2)**
97:20;252:4
**explain (7)**
145:21;146:6;
152:9;233:10;238:23;
293:17;295:8
**explained (5)**
41:23;141:3;146:6;
152:16;180:10
**explains (1)**
239:5
**explicit (2)**
279:14;301:21
**explicitly (2)**
61:9;137:1
**explore (1)**
38:22
**expose (1)**
49:17
**Exposed (3)**
29:2,19,24
**exposing (4)**
35:11,22;50:8;
120:6
**expressed (2)**
240:3;286:4
**expunge (3)**
111:19;300:17;
324:7
**Expunged (6)**
72:7,12,14;75:12;
301:12;303:10
**expungement (8)**
300:8,22,25;
301:13,15,20;303:7,
11
**extent (4)**
57:16;126:20;
216:21;249:21
**extract (1)**
278:8
**extracted (1)**
278:6
**extracurricular (1)**
46:14
**extreme (3)**
57:3,18;58:18
**extremely (1)**
34:21
**ex-wife (4)**
171:25;173:8,17;
221:22
**ex-wife's (3)**
173:5,14;189:3

**F**

**fabulous (3)**
61:1;234:14;235:12
**face (7)**
9:7,8;112:1;272:5;
286:10,10;300:20

**face-to-face (3)**
66:21;292:11;
328:17
**facial (1)**
217:20
**facility (2)**
15:21;154:20
**fact (39)**
49:22,22;52:2;64:2,
20,23;69:15;81:22;
87:5,23;117:19;
119:20;120:15,17;
132:16;141:19;147:1,
5;151:9;172:8;
187:17;189:15,17;
190:9,13;205:1;
209:25;210:23;
244:10;248:16,18;
261:12;273:20;
292:16;298:22;
305:18;307:17;315:6;
328:6
**factor (1)**
188:24
**Factors (4)**
226:11,17;319:13,
17
**facts (2)**
212:13;215:23
**factually (1)**
247:13
**failed (2)**
124:4;189:10
**failing (2)**
35:21,22
**fair (17)**
80:16;105:6;109:4;
122:9;162:2;231:16;
244:16;266:11;268:8,
11;279:10;282:2;
286:2;291:22;296:15;
317:19;320:25
**fairly (2)**
189:15;261:1
**Fairmont (8)**
32:4,13;35:20;
51:18;121:9;211:9;
330:3,4
**fall (2)**
159:6;192:25
**falls (1)**
14:3
**false (27)**
89:3;91:13,22;
109:17;111:12;112:5;
137:13,15,22;138:2,
11;139:5;164:16;
179:16;180:20;
198:21;199:14;
200:16;204:22;209:5;
220:1;245:19;247:1,
6;281:5;311:14,16
**falsehoods (1)**

179:22
**falsely (4)**
62:17;63:3;190:12;
246:6
**familiar (2)**
158:22;325:6
**family (68)**
53:4;59:15;66:6,14;
68:21;69:4,11;70:25;
77:6;79:7;85:8,20;
86:9,14,17;87:18,22,
22;88:5,9,21;92:12;
100:16,22;101:2;
104:23;114:24;134:9;
137:17;141:4;142:24;
145:25;172:7;177:9,
24;178:1,23;179:9;
183:8;184:20;186:3;
189:19;205:15;206:4;
211:8;217:21;224:12;
229:16;240:13;241:1,
8,9;243:19;244:5;
252:12;264:20;
290:15;291:9;293:4,
5,6,22;295:20,22;
296:18;297:13,17;
308:16
**family's (1)**
70:8
**fantasies (5)**
57:23;69:18,20;
70:3;240:3
**fantasize (1)**
47:1
**fantastic (2)**
38:21;92:23
**fantastical (1)**
136:8
**fantasy (2)**
131:4,12
**far (5)**
178:9;229:13;
259:15;265:8;310:2
**fast (3)**
65:22;66:3,5
**fate (2)**
123:12;258:11
**father (41)**
48:17;69:15;97:3;
98:18;122:8,10,24;
123:4,14,17;126:14,
25;127:2,12;133:25,
25;142:1;148:1,2,6;
184:13,16;195:5,7,9;
206:2;216:6,6;
240:11,17,18;241:22;
258:12;303:17,22;
304:5;314:16,24;
319:10;320:8;322:6
**father's (5)**
97:16,23;122:13;
205:22;258:4
**faults (1)**

200:4
**favor (1)**
267:6
**favorable (1)**
267:5
**FBI (127)**
5:15,18;13:10,12;
14:18;16:12,18;
59:24;62:19;63:2;
81:15,15,16;82:14,17;
83:23;84:10,11;
94:19,22,25;95:2;
99:13,18,24,25;100:2;
101:15;106:17;
109:20;110:11;
119:20;143:8;144:5;
146:13;149:18;
152:23;155:15,19,23;
156:7,21;157:25;
159:4,5,21;167:20;
172:8,13;175:18;
176:17,18,21,24;
178:11;180:9,10;
181:20;183:25;189:8,
11,12,19,20,21;190:6;
191:14,20;198:7;
202:12;204:6,7,8,11;
216:22;217:8;219:5,
25;221:24;225:7,23;
234:2,4;240:6;
242:11;249:3,8,11,19,
20;250:13,15,21;
252:8;263:20,22;
264:3;274:10;287:4,
6,9,12,16;291:3;
295:23;296:8,20;
298:4,8;303:11;
304:8,15,18;305:24;
309:9;310:16;311:15,
23;312:2,22;316:23;
317:4;322:7,10;
324:20,21,24
**FBI-issued (1)**
225:8
**FBI's (9)**
95:3,5;171:18;
180:16;188:13,25;
192:4;203:19;325:6
**fear (2)**
75:1;209:4
**fears (1)**
244:15
**February (1)**
62:11
**fed (1)**
270:2
**federal (6)**
134:5,15;168:12;
291:10,11;317:7
**fee (2)**
318:15,15,15
**feedback (1)**
226:12

**feel (7)**
10:6;182:21;
219:13;222:19;279:1;
313:12;320:12
**feeling (2)**
275:17;330:13
**feelings (4)**
56:23;57:7;261:3;
266:25
**feels (1)**
51:19
**fees (6)**
62:12;208:17;
228:16;229:3,6,13
**feigned (1)**
282:24
**fell (1)**
134:21
**fellow (1)**
290:1
**felony (1)**
225:13
**female (1)**
290:20
**feminine (1)**
279:12
**few (7)**
15:9;32:2;82:19;
266:8,16;310:23;
329:12
**fiance (1)**
244:22
**fictional (2)**
133:19,20
**field (5)**
14:4;16:16;169:3;
243:7;305:1
**Fifth (2)**
103:25;134:3
**fight (7)**
115:18,20;117:6;
138:9,13;219:25;
271:12
**fighting (4)**
121:2,3;138:20;
276:14
**fights (2)**
270:18;280:5
**figure (4)**
41:2;78:21;145:6;
268:25
**figured (1)**
40:15
**file (22)**
17:21;25:1;72:10;
75:11;109:11;123:14,
18,18;125:23;132:13;
182:3;189:6;246:16;
303:14;309:9;311:22;
312:6,9,10;314:18;
327:2,5
**filed (17)**
7:15;24:10,11;

Scott Ballock v.
Ellen Ruth Costlow, et al

Scott Ballock
April 19, 2019

62:15;99:23;100:8;
149:18;168:5;170:12,
13;176:4,7,19;
181:24;241:23;
252:12,14
file-sharing (1)
278:13
filing (2)
112:3;167:21
filings (1)
189:9
fill (1)
32:7
Final (5)
30:7;179:1;254:6;
280:14;285:7
finally (4)
36:4;69:21;79:15;
272:13
financial (2)
7:6;237:15
financially (3)
77:22,23;238:6
find (26)
30:19;42:24;56:12;
58:1;63:5;69:20;72:9;
73:23;117:9,11,16;
138:15;141:7;159:20;
192:9;208:17;224:18,
21;231:21;235:2;
244:9;271:10;275:15;
281:21;299:4;316:21
finding (2)
206:9;307:24
fine (2)
76:15;201:13
finish (5)
9:18,20;96:23;
123:24;150:8;266:5
finished (1)
264:2
finishing (1)
96:17
fire (1)
191:25
firearm (2)
101:4;134:6,16;
190:14
fired (6)
95:10;143:14;
211:13;305:1;306:13;
317:4
firing (1)
211:14
firm (1)
314:13
first (74)
8:10;13:12,16;
14:25;15:10,19;
16:25;17:1,9;18:17;
22:11;25:21;27:2,8,9;
28:25;31:19;49:8,11;
59:19,20;61:21;

63:11;65:11;68:17;
71:2;76:13;100:9;
108:17,18;109:8;
110:15;112:17;
124:23;127:23;131:6;
150:20,21;156:9;
157:14;158:7;161:5;
170:12;171:24;172:6;
175:13;176:13;182:1;
195:4;198:19;199:22;
207:14;213:12;
230:20;236:21;
242:15,19;245:18,18;
251:14;253:19;
259:21,22;260:9,14;
262:3;263:4;267:18;
279:9;292:6,7;
294:10;296:20;
328:21
Firstly (1)
259:16
fit (1)
136:17
five (8)
125:3;145:10;
206:22,22;260:8,8,8,
19
flip (2)
25:25;28:2
flipped (1)
83:20
flowing (1)
271:15
focus (6)
30:5;31:17;38:7;
53:2;244:24;269:22
focused (4)
22:7;87:13;235:22;
292:1
focusing (1)
47:15
FOIA (2)
194:6,15
folks (2)
286:6;317:19
follow (5)
41:18;65:5;162:11;
282:8;326:24
following (5)
105:23;143:17;
205:16;253:15;
323:19
follows (1)
8:12
follow-up (2)
230:5;302:11
follow-ups (1)
317:24
fooling (1)
236:14
foot (2)
235:6,6
football (2)

259:25;260:4
fop (1)
164:9
forbidding (1)
249:8
forced (1)
324:11
forcing (1)
141:23
forearm (2)
34:6;270:21
forecast (1)
314:7
foremost (1)
252:4
forensic (4)
97:19;175:15;
196:17;322:24
Forensicon (3)
278:6;293:20;
314:22
forensics (1)
97:20
forget (3)
51:7;82:1;154:24
forgive (1)
47:19
forgot (3)
192:20;232:3;253:1
forgotten (1)
288:1
form (1)
246:12
formal (4)
123:14,18;125:24;
126:15
formally (1)
156:9
format (1)
293:19
former (1)
118:21
forming (1)
143:1
forms (1)
233:19
forth (3)
47:18;68:8;255:4
forward (3)
48:10;72:19;110:7
forwarded (5)
48:10;67:8;68:9,13,
16
forwarding (2)
67:9;70:21
found (15)
48:24;73:22;77:8;
111:7;112:10;172:1;
177:24;190:2;201:7;
239:9;254:14;256:1;
269:9;272:15;278:5
founded (1)
244:15

four (15)
21:9;33:6;40:14;
55:11;57:1;58:17;
65:3;131:7;176:24;
180:2,24;246:5;
300:19;310:11;
318:23
fourth (3)
71:16;76:19;285:7
frankly (2)
25:15;70:18
freaked (1)
284:20
Fremouw-Sigley (2)
223:15,19
frequency (2)
327:12,20
frequent (3)
173:7,11,15
frequently (1)
52:3
fresh (1)
23:4
Friday (4)
105:23;145:12;
268:13;286:22
friend (6)
54:8;170:3;203:15;
229:15;283:14;
284:19
friends (12)
54:16;57:6;170:3,5;
211:9,11,20,21;244:5,
21;259:1;283:20
front (9)
83:10,13,17;134:8;
164:19;251:25,25;
281:4;302:2
fuck (1)
83:21
fugitives (1)
13:19
fulfill (3)
131:4,11,12
fulfilling (1)
32:8
full (23)
8:15;46:17;50:16;
158:7,8;171:24;
172:6;193:10;198:19;
199:5;221:23;243:13;
249:21;251:20;252:8,
18,20,22;253:5,7,12;
280:17;323:11
full-time (2)
221:24;222:5
fully (4)
119:5;134:10;
256:25;275:18
fun (2)
133:9,11
function (1)
132:3

functioning (1)
224:4
fund (1)
239:4
funds (3)
80:15,22;313:15
further (4)
230:13;258:17;
330:20;331:5
future (4)
29:23;38:12;76:18;
321:16
fuzzy (2)
87:5;194:22

G

Gabe (1)
93:10
Gabrielle (2)
92:14;148:2
gangbuster (1)
97:21
garage (3)
41:14;271:7,7
Garth (1)
201:2
Gary (2)
68:18,18
Gaskins (37)
7:14,24;91:21;
101:12,13;103:12;
109:13;129:7;131:10,
15,22;132:6,17,21,24;
133:6,12;134:25;
137:2,11,14;139:4;
140:11;142:21;
144:16;145:10;150:9,
11,14,16,20,23;151:2;
282:16;303:20;304:7;
321:21
Gaskins' (2)
130:1;174:1
gather (1)
109:24
gave (24)
41:21;49:3;63:2;
73:10;146:17;156:21;
178:1,19;185:23;
222:12;235:14;
241:16;249:5;250:20;
252:8;253:9,10;
256:20;274:12;
277:20;282:22;
286:14;291:21;
322:13
General (7)
13:1;30:10;33:16;
107:18;168:6;316:19;
328:17
generally (6)
14:12;20:4;39:2;
64:23;177:22;330:7

Scott Ballock v.
Ellen Ruth Costlow, et al

Scott Ballock
April 19, 2019

generous (1)
  208:6
gentle (1)
  34:19
genuine (1)
  26:17
gets (1)
  51:17
Gieselman (16)
  51:9;192:21,22;
  193:1;198:25,25;
  199:7,10,18,25;200:9;
  218:12;220:8;307:10;
  308:6,10
Gieselman's (1)
  307:12
gifts (2)
  238:24,25
girl (3)
  271:16;273:23;
  281:4
girls (4)
  260:1;284:17,20,21
Gisel (1)
  198:24
given (32)
  7:18;8:22;38:25;
  45:5,5;47:24;49:21,
  21,22;51:23;62:5,5,6;
  73:16;79:19,19;
  81:12;156:15;174:13;
  177:13;178:17;213:3;
  221:6;225:11;226:22;
  237:4;253:7;256:1;
  274:10;292:18;309:8;
  314:7
giving (10)
  90:24;97:9;143:4;
  178:21;183:11,12;
  213:24;239:12;249:2;
  307:14
glass (1)
  256:3
Glock (1)
  201:15
god (1)
  234:3
goes (9)
  42:16;47:16;54:18;
  186:22;217:23;218:3;
  260:9;287:21;311:5
golden (1)
  258:25
Good (26)
  7:3;9:9,14,16;
  19:21;24:17;52:18;
  84:19;102:7;103:24;
  110:7;120:12;136:3;
  159:18,19;163:5,9;
  170:3;197:14,14,16;
  243:24;283:20;
  293:20;305:5;322:5
goodness (1)

54:24
Gosh (4)
  170:10;228:17;
  238:12;329:18
go-to (1)
  219:13
government (9)
  23:19;80:13;81:2,3;
  93:5;110:24;235:3,4;
  284:16
government-issued (1)
  80:16
governments (1)
  317:8
grab (1)
  271:17
grabbed (2)
  253:3;282:21
grammatical (1)
  165:23
grand (1)
  266:20
grant (1)
  183:16
granted (3)
  184:9,14;296:12
great (7)
  92:23;93:14;
  146:22,25;211:15;
  241:16;271:15
greater (3)
  305:10,12,12
greatly (2)
  52:2;312:24
grilled (1)
  211:11
gross (2)
  49:16;50:11
ground (1)
  134:21
grown (1)
  316:12
GS (1)
  106:6
GS-15 (2)
  106:14;307:2
guardian (6)
  35:8;149:8;161:12;
  238:12;322:23,25
guess (35)
  15:19;31:22;71:7,
  15;118:18;135:8;
  157:25;168:25;193:6,
  11;223:4;231:15;
  237:11;241:10;
  242:14;246:10;
  248:25;253:9;269:2;
  273:10,22;286:22;
  287:7,17;288:16,17;
  303:18;304:13;307:6,
  9;311:1;312:7;317:3,
  13;318:25;329:3
guidelines (1)

168:6
guilty (4)
  110:25;111:7,8;
  311:8
gun (22)
  102:8,12,20;
  105:16;152:7,18,25;
  153:3,4,8;154:7,25;
  156:15;190:13;
  201:23;202:6;215:14;
  256:4;304:15,17,18,
  21
guy (3)
  34:20;73:14;185:15
guys (9)
  22:15;82:4;168:22;
  170:4,5,6,7;177:19;
  211:24
gym (1)
  23:25

## H

Haas (2)
  15:12;16:5
H-a-a-s (1)
  15:12
hair (8)
  34:7,7;48:24;
  271:13,15,17,19,20
half (6)
  30:6;38:7;41:19;
  46:22;155:15;208:2
halfway (10)
  31:22;32:20;41:18;
  43:21;44:9;60:2;
  63:11;64:4;65:25;
  74:18
hallway (2)
  87:9,11
Hamrick (6)
  185:12,14;186:2;
  288:3,4;290:11
hand (8)
  129:11;230:4;
  279:4;282:21;290:12;
  293:16,24;326:14
handcuffs (1)
  86:7
handed (23)
  24:21;28:21;30:23;
  31:15;32:19;38:4;
  39:6;42:9;43:19;53:1;
  72:5;74:15;75:10;
  80:9;108:12,13;
  113:15;135:22;
  171:13;175:22;188:6;
  198:5;290:13
handing (1)
  30:4
handle (1)
  238:16
hands (1)

309:22
handwriting (1)
  113:25
handwritten (1)
  126:21
happen (14)
  47:4;101:25;135:5;
  160:12;201:16;
  269:14;280:21;284:6;
  287:1;290:2;294:8;
  301:15;303:9;310:13
happened (40)
  23:20;37:21;63:22;
  86:12;123:1,3;144:8;
  151:19;152:16;156:7,
  11;158:23;169:22;
  170:19,20,24,25;
  241:15;256:7;280:4,
  19;281:10;282:10;
  283:1;284:3;286:22;
  287:7,24;294:9;
  301:1,1,7,10,17;
  302:19;304:9,10;
  316:23;317:2;324:8
happening (4)
  21:4;23:11;263:5;
  290:14
happens (4)
  9:25;242:4;285:23;
  311:10
happy (7)
  10:7;93:5,6,22;
  276:2,3;326:5
harass (1)
  158:16
harassing (16)
  26:25;27:4,24,25;
  28:1,3,8,9,13,15,17;
  59:3,7,12,23;76:25
harassment (8)
  42:3,6;43:9;59:17,
  20;160:22;279:25;
  327:19
hard (2)
  9:17;43:16
hard-earned (1)
  79:14
harm (10)
  34:13,14;64:1;
  146:16;147:13,14,19;
  150:2;292:25;322:1
harmed (6)
  61:1;147:21;181:3;
  182:17;231:13,14
harming (2)
  33:14,22
hated (1)
  244:4
Hatred (3)
  29:1,19,24
head (4)
  9:8;89:18;91:19;
  213:16

header (2)
  157:1;176:1
heading (2)
  186:14;189:3
headlock (1)
  135:14
headquarters (5)
  107:22;108:9;
  169:2;242:20;315:21
heads-up (1)
  123:21
heal (1)
  66:1
health (6)
  192:12;227:3;
  313:16;325:16,19;
  330:15
healthcare (1)
  313:1
healthy (3)
  33:2,2;275:23
hear (12)
  56:7;63:18;64:18;
  91:4;104:3;138:5,5;
  230:16;258:20;271:7;
  284:6;324:22
heard (8)
  94:23;97:24;98:3;
  262:4;288:2;297:17;
  303:25;324:19
hearing (33)
  11:12;77:7;85:20;
  86:14;87:2,19;88:10,
  21;92:16;93:10;
  95:22;100:17;125:7;
  141:2;145:10,11,14,
  25;172:11;177:24;
  178:1,23;205:17;
  241:12;254:6;288:10,
  21;289:1;290:15;
  301:19,25;303:3,5
hearings (3)
  114:24;142:17;
  184:21
heart (3)
  30:8,15;280:21
heavens (1)
  120:25
heavy (1)
  330:10
held (2)
  141:5;278:16
Hell (1)
  272:10
help (31)
  34:9;44:20;56:23;
  57:11;59:14;68:22,
  25;69:3,5,14;70:11;
  114:23;123:11;
  144:24;149:12;159:3,
  4,17,20;218:13;
  221:6;236:6,9;237:4,
  5;270:17;275:11;

Scott Ballock v.
Ellen Ruth Costlow, et al

307:22;314:16;320:3,
3
**helped (4)**
94:18;95:16,25;
222:1
**helpful (2)**
178:12;193:8
**helping (1)**
97:12
**hereinafter (1)**
8:11
**here's (1)**
210:15
**hereto (1)**
175:14
**Herman (2)**
157:15,17
**herself (3)**
34:22;161:15;251:4
**hey (2)**
94:25;97:15
**hid (1)**
273:24
**hidden (2)**
73:24,25
**high (8)**
10:13,15;120:25;
172:21;193:7;245:5,
12;306:21
**highest (1)**
12:17
**highly (3)**
98:4;108:7;115:14
**high-profile (2)**
106:4;152:22
**hillbilly (2)**
51:18;243:17
**himself (6)**
51:19;52:4;64:13;
69:20;287:11,12
**hired (1)**
235:1
**history (7)**
79:20;88:3;217:18,
20;258:5,6,7
**hit (4)**
37:7,8;219:14;
270:4
**hitch (1)**
303:10
**hobbies (1)**
307:24
**hockey (1)**
283:19
**hold (4)**
106:20;110:9;
198:9;280:1
**holding (2)**
127:7;166:11
**holds (1)**
48:6
**Holepit (3)**
290:18,20,22

**holiday (5)**
207:21,22,24,25;
208:7
**home (31)**
23:20;32:5,13;33:8;
34:23;35:24;36:1;
57:15;107:4,7,23;
153:2,7;154:25;
172:1;178:3,4;
200:10;208:16,22,24;
234:21;239:10;
270:15,16,18;271:11;
274:25;275:2;280:6;
320:5
**honest (3)**
54:24;223:16;
317:25
**honestly (1)**
79:2
**honor (5)**
77:2,24;78:16;
291:2,3
**hook (1)**
56:12
**hope (7)**
48:6;71:15;152:17;
159:17;279:6;281:2;
286:14
**hoped (3)**
38:19;69:3;242:13
**hopefully (1)**
68:22
**hoping (2)**
59:14;200:8
**horrible (2)**
42:17;43:3
**horrified (2)**
61:25;62:1
**horses (1)**
57:4
**hospital (1)**
69:21
**hot (2)**
279:2,3
**hotel (2)**
61:6,12
**hour (2)**
84:17;150:18
**hourly (1)**
208:4
**hours (9)**
36:2,22,24;37:5;
42:21;234:7;264:16;
265:25;266:8
**house (41)**
11:21,25;12:6,12;
24:4;36:3,3,5;64:11,
14;81:20;82:8,14,21;
83:6,10,11,21,21;
115:22;118:11,13,17;
153:11;208:18;211:5;
213:10;225:7;235:2,
6;238:20;254:8,25;

255:16;270:25;275:5,
15;277:6,13;284:15;
320:6
**household (1)**
82:12
**housekeeper (1)**
235:1
**HPI (1)**
217:17
**hug (1)**
282:23
**huge (1)**
15:20
**Huh-uh (2)**
233:5;289:6
**humiliated (4)**
92:24;93:6,14,22
**hundred (1)**
238:11
**hundreds (8)**
42:21;43:8;63:23;
237:16,18;238:10;
318:25;321:3
**hurt (10)**
60:5,7;79:10;100:1;
101:3;134:22;145:6;
211:15,18;296:23
**husband (4)**
54:17;55:5;60:22;
144:24
**hyperventilate (1)**
132:4
**hysterics (1)**
270:6

---

# I

**Ice (68)**
5:10;21:11,12,14,
14,15,17;22:12,21,25;
23:7;50:4;59:20;67:5,
6;68:13;70:22;92:3,4,
7;112:14,17,19;
113:16,23;114:5;
115:11,13;116:2,20;
117:2,24;120:4,5;
124:6;125:5;127:16;
130:24;135:22;
138:12,17;153:14;
165:10,12;195:14,22;
196:4;211:5,10;
214:16;251:23;254:9;
256:17;257:11;
268:25;269:6,14;
272:6;273:21;276:9,
23;277:19;284:5;
293:21;294:2;297:6;
320:13;323:6
**Ice's (2)**
130:22;196:10
**ID (1)**
233:19
**idea (16)**

54:24;56:1;73:7;
126:4,7;136:7;
139:24;178:9;206:25;
215:21;228:23;266:4;
282:25;305:7;314:6,9
**identification (53)**
24:20;25:19;28:20;
30:3,22;31:14;32:18;
38:3;39:4;42:8;43:18;
44:7;45:9;46:21;
47:14;48:2;49:6;
52:14;53:25;58:25;
61:19;62:9;63:8;
66:23;72:4;74:14;
75:9;76:10;79:23;
80:8;108:11;113:14;
122:1;129:16;156:19;
159:11;171:11;
174:22;175:21;
188:18;192:2;198:3;
202:17;205:14;207:7;
216:10;217:11;218:9;
220:24;221:14;
223:13;233:16,18
**identified (1)**
276:13
**identify (8)**
101:15;129:17;
210:2,23;212:13;
215:23;216:1,20
**identifying (1)**
233:19
**identity (3)**
232:12,21;233:11
**ignore (1)**
79:5
**ignored (2)**
60:21;87:17
**illness (3)**
119:22;179:20;
217:18
**ill-spoken (1)**
51:18
**imagine (6)**
147:22;148:18;
154:13,14;178:18;
274:21
**immediate (1)**
170:2
**immediately (9)**
33:3;81:4,16;104:2;
123:1;138:6;198:21;
225:20;323:19
**Immensely (1)**
304:10
**imminently (1)**
317:5
**impacts (1)**
79:6
**impartial (1)**
95:12
**impending (2)**
238:1;241:11

**implode (1)**
74:19
**implying (2)**
32:14;64:1
**impolite (12)**
30:1,16,19;38:24;
44:3;45:4,7;47:23;
49:21;51:22;62:4;
79:18
**importance (1)**
243:19
**important (9)**
9:6,17;145:13;
178:14;189:15,17;
191:23;244:24;326:6
**impression (2)**
314:12;330:5
**improper (1)**
98:5
**improperly (1)**
93:4
**impropriety (1)**
169:24
**inaccuracies (1)**
129:9
**inaccuracy (5)**
129:17;130:15,25;
131:2;134:1
**inappropriate (2)**
115:14;272:6
**inappropriately (1)**
143:1
**incapacitated (1)**
240:4
**incident (17)**
82:20;124:5,15;
128:4;129:7,12;
130:5;139:16;201:15,
23;202:6;205:25;
206:3,9;215:8;256:3;
261:18
**Incidents (1)**
320:6
**include (9)**
38:13;43:13,14,16;
146:17;176:19;
186:16;251:25;258:9
**included (7)**
190:9;252:15;
253:10;268:2;300:1;
301:8,13
**including (10)**
77:15;89:9;91:8;
167:4;192:14;199:9;
211:1;216:16;230:23;
311:20
**inclusion (1)**
324:9
**income (3)**
207:21;227:24;
306:22
**inconsistency (2)**
121:17,19

**inconsistent (1)**
127:19
**increased (4)**
207:25;223:11;
270:19;306:19
**increases (1)**
306:23
**increasingly (1)**
117:19
**incredibly (1)**
70:17
**independent (1)**
120:23
**independently (3)**
118:2;195:23;196:6
**INDEX (3)**
3:1;4:1;5:1
**Indiana (10)**
11:16;12:23,23;
13:3,3;17:8;173:8,17;
259:24,24
**Indianapolis (18)**
13:17,21;18:1;
107:8,10,18;219:24;
220:4,5;228:13;
242:14,18,22,25;
244:11;245:6;283:15;
284:10
**indicate (4)**
237:6;268:24;
293:2;300:10
**indicated (5)**
98:17;234:12;
239:23;327:15;331:4
**indicates (2)**
124:3;262:21
**Indicating (2)**
166:6;247:19
**individual (5)**
196:4,7;199:6,22;
200:19
**individuals (1)**
135:18
**individual's (1)**
195:22
**infidelities (1)**
275:8
**infidelity (1)**
263:14
**influence (4)**
10:18;49:22;87:22,
24
**influences (1)**
279:20
**inform (3)**
71:25;155:5,10
**informants (2)**
14:19,20
**information (66)**
16:15;27:5,17;
36:25;50:7;89:3,7,20;
90:3,21,22;91:12,22;
92:22;93:24;94:8,10;

95:18;100:3;114:19;
116:21;117:18,19;
120:5;125:5;126:10;
127:7,11,13,14;
146:14,23,24;149:14;
165:9,11;169:25;
191:24;194:6,7,14;
195:19,22;213:25;
249:2,15,16,23;250:5,
6,7,11,13,14,18,21,25;
251:1;257:10,15,22;
276:17;277:16;
295:23;296:19;
314:23
**informed (8)**
85:10;138:17;
155:12,24;156:2,4;
168:11;171:2
**informing (1)**
171:18
**initial (2)**
141:1;181:25
**initialed (3)**
114:9;299:1;302:23
**initialled (1)**
299:14
**initially (3)**
180:25;181:24;
223:19
**initials (4)**
108:20;113:22;
165:25;166:3
**initiate (3)**
89:4;166:18;204:8
**initiated (5)**
144:16;145:17;
161:2;242:3;293:13
**initiates (1)**
160:22
**inner (1)**
51:19
**innocent (3)**
135:3;143:22;
324:16
**in-person (1)**
18:22
**inquiries (1)**
75:19
**inquiry (7)**
94:21;144:5;188:2,
9,13;201:7;309:13
**insanity (1)**
148:5
**inserted (1)**
201:15
**inside (3)**
36:4;83:16,17
**insist (1)**
22:8
**insisted (5)**
111:22;166:17;
235:7;299:21;324:9
**insistence (1)**

246:1
**insistent (1)**
284:12
**insisting (1)**
210:17
**inspection (1)**
157:20
**Inspection's (1)**
196:25
**instance (1)**
314:21
**instances (4)**
206:13;247:24;
293:1;310:23
**Instead (13)**
22:7;31:24;39:24;
44:24;55:7;88:11;
148:5;150:20,21,23;
203:4;245:13;281:3
**instructions (1)**
94:23
**insurance (5)**
227:2,3,9,14;
313:18
**integral (1)**
303:2
**intend (1)**
165:4
**intended (4)**
89:4;158:16;
166:21;167:1
**intent (5)**
106:15;167:8;
179:20;204:14;
220:15
**intentionally (2)**
87:16;158:15
**inter (1)**
265:10
**interactions (1)**
256:9
**interest (9)**
7:6;47:4;61:10;
91:24;92:9;94:4;
205:10;226:14;319:5
**interested (4)**
47:11;78:7;242:25;
306:21
**interesting (3)**
100:25;150:15;
158:11
**Interestingly (1)**
121:1
**interfere (1)**
94:14
**interim (1)**
175:9
**intermural (1)**
259:25
**internal (7)**
94:20;144:5;
146:19;155:16,19,24;
193:24

**Internet (1)**
172:1
**Interrogatories (3)**
5:23;207:14,15
**Interrogatory (6)**
207:17;209:23;
210:2,22;212:12;
215:22
**interrupt (4)**
34:25;36:20;96:16;
137:24
**interrupting (1)**
36:13
**interruption (1)**
90:18
**interspersed (1)**
247:21
**Interview (19)**
5:10;16:15;89:9;
91:3,7;113:16;
114:18;127:8;136:1;
150:21,22,25;156:8;
157:10;165:17;181:1;
182:25;204:12;
265:11
**interviewed (20)**
88:3;91:4;103:4;
120:8,8,20;126:24;
137:20;138:3;139:10;
150:13;156:11;195:3;
204:20;206:15;294:5;
310:9;312:2,3,5
**interviewing (4)**
99:20;127:4;
150:12,18
**interviews (3)**
112:15;257:7;
311:23
**intimately (1)**
138:18
**into (50)**
11:21;12:6;35:14;
36:5;42:20;51:1;
64:14;68:15;70:15;
101:3,16;102:17;
109:3;118:6;119:7,
11,13;131:3;134:9,
20;142:5;144:18;
146:20;151:8,21;
152:10;156:13;
190:14;192:25;194:7;
195:2;200:14;201:16;
203:16;214:13;
226:17;244:7;254:1;
255:5;267:21;270:6;
274:8;281:6;282:4;
285:12;291:8,12;
309:11;312:10;320:2
**introduced (3)**
272:11;287:11,12
**intrusive (4)**
328:7,9,11,13
**investigate (12)**

94:20;109:23;
110:12;119:1;151:15;
193:24;195:11,12;
256:25;310:5,7;323:2
**investigated (14)**
13:18,24;48:14;
62:19;73:13;110:18,
22;118:23;119:2;
121:10;151:20;190:1;
244:1;310:10
**investigating (13)**
89:13;98:20;
109:20;118:14,18;
119:16;120:18;121:8;
151:10,13,18;185:20;
255:11
**Investigation (61)**
5:12;72:11;95:3,4,
5;97:8;98:11;99:14,
18;103:6,18,22;
106:17;119:6,7,11,13,
20;126:19,21;139:12;
140:4;143:18;144:17;
145:13,18,24;146:20;
150:17;155:6,8,9,11,
16,19,23,25;156:10;
158:1;180:17;182:22;
185:17;188:14;190:4;
195:2;203:16;204:20;
209:5;214:13;252:6;
253:25;254:1;255:12;
256:11;257:6,20,24;
309:11,20,21;311:22
**investigations (2)**
151:8;309:23
**investigative (6)**
97:9;126:12;
174:14,17;305:1;
309:8
**Investigator (2)**
196:25;317:7
**investigators (4)**
173:6,15;272:17;
310:9
**investing (1)**
14:13
**invite (1)**
61:12
**invited (4)**
94:19;146:12;
155:21;304:2
**inviting (1)**
143:3
**involve (1)**
16:11
**involved (13)**
44:1;87:8;138:18;
142:14;214:8;215:15,
20;253:18;256:4;
273:8;281:9,24;
282:12
**involvement (4)**
126:2;185:17;

Scott Ballock v.
Ellen Ruth Costlow, et al

Scott Ballock
April 19, 2019

214:10;280:24
**involving (1)**
 214:16
**iPad (1)**
 132:25
**iPhone (2)**
 196:5;277:20
**issuance (2)**
 109:11;246:16
**issue (13)**
 22:25;23:1;28:24;
 80:19;88:14;127:23;
 206:7;236:13;247:25;
 263:14;281:2;294:24;
 296:21
**issued (6)**
 88:4;112:10;134:6,
 16;146:21;297:17
**issues (3)**
 181:7;222:3;325:20
**issuing (2)**
 88:11;298:15
**Item (2)**
 186:13;209:13
**items (2)**
 82:12;278:9

**J**

**JADE (3)**
 192:14;199:9,9
**jail (2)**
 81:11;117:21
**jails (1)**
 324:16
**James (2)**
 157:15,17
**January (9)**
 54:3,4;55:9;58:16;
 59:2,9;61:22;202:19,
 20
**Jason (1)**
 7:3
**jaundiced (1)**
 205:21
**Jeff (7)**
 15:11;16:4,25;17:1;
 205:4;206:14;261:17
**Jeffries (63)**
 3:3,6;7:22,22;8:14,
 20;36:15,17,21;
 37:12;52:18,25;83:4;
 84:16,19,23;85:5;
 89:25;90:2,9,17;
 113:12;122:5;123:24;
 128:22;129:5,20;
 164:8;171:2,12,23;
 173:1;185:2,6,8;
 191:3,6;197:13,20;
 198:4;207:4,9,12;
 229:24;230:3,12,22;
 238:2;299:6;300:6;
 306:25;307:4;317:23;

318:3,13;325:13,21;
 326:9,16,19,24;
 330:21,25
**Jeffries' (1)**
 253:16
**job (33)**
 13:13,15;14:11;
 72:1;95:9;112:23;
 117:14;139:7;147:10;
 154:3;157:21;159:18;
 178:15;219:5,16,22;
 220:1;225:24;228:10;
 234:25;239:9;240:6;
 264:24;292:25;293:2,
 6,9,12;304:25;305:1;
 312:22;315:20;
 330:15
**jobs (3)**
 228:14;317:4,6
**John (4)**
 185:12,14;288:3,4
**Johnson (1)**
 7:10
**joint (7)**
 80:15,22;223:20;
 224:15;225:2;238:21;
 297:7
**journal (1)**
 53:10
**Jr (13)**
 21:12;22:21;50:4;
 67:6;92:4;115:11,13;
 153:14;165:10;269:6,
 15;276:23;294:2
**Jr's (1)**
 276:9
**Judge (52)**
 11:4;75:24;76:1;
 85:10;87:23;92:17;
 94:7,12;134:9;141:3,
 9,16;167:9;177:15;
 178:1,2,8,18;180:11;
 181:23;183:16;184:1;
 204:5;205:24;238:22;
 252:22;253:7,12;
 281:5;288:9,15,22;
 289:2,2;290:8;
 292:15,15,16,22;
 293:5;294:23;295:20,
 22;296:7,12,18,21,22;
 297:17;298:5,15;
 317:18
**judges (1)**
 94:14
**judge's (5)**
 94:23;143:3;
 146:13;147:6;250:15
**judgment (11)**
 176:14,20;177:2;
 181:25;182:3,8;
 183:17,20,23;184:10,
 14
**judicial (1)**

249:1
**Juliet (2)**
 245:13,14
**July (9)**
 68:13;70:21;71:20;
 157:5,7,11;163:11;
 217:14;218:6
**June (22)**
 11:22;13:11;17:6;
 22:18,20;23:9;72:25;
 156:21;157:7,10;
 163:4;174:25;176:8,
 23;184:23;185:2;
 252:9;259:17;263:25;
 269:6,11;277:1
**Junior (2)**
 21:15,16
**Junkness (1)**
 179:7
**jurisdiction (1)**
 121:14
**justice (6)**
 12:21;15:24;93:21;
 95:10;143:13;316:15

**K**

**Katherine (1)**
 307:12
**Kathie (13)**
 51:9;192:21;
 198:25;199:7,9,19,25;
 200:12;218:12;
 220:17;307:9;308:6,
 10
**Katie (1)**
 203:3
**KC (2)**
 54:6,7
**keep (9)**
 48:23;57:11;62:12;
 235:2;243:7;255:19,
 20;274:16;317:10
**keeping (1)**
 97:10
**Kenny (100)**
 5:10;21:11,12,14,
 14,15,17;22:12,20,25;
 23:7;35:23;36:3;
 44:23;45:7;49:22;
 50:3,10;59:20;63:4;
 67:5,6,9;68:13,20;
 69:4;70:22;71:18;
 92:3,4,7;112:14,17;
 113:16,23;114:5;
 115:11,13,21;116:20;
 117:2,24;118:6;
 120:3,5,14;121:2,3;
 124:6;125:5;127:16;
 130:22,24;135:22;
 138:12,17,22;153:14;
 165:9,12;195:14,22;
 196:4,9;211:5;213:6;

215:15,17;238:25;
 239:2;251:23;254:9;
 255:16;256:17;
 257:11;268:25;269:6,
 8,9,14;272:6,7,10;
 273:21,23;276:9,14,
 23;277:1,14,15,19;
 280:6;284:5;293:21;
 294:2;297:6;320:12;
 323:6;330:3
**Kenny's (3)**
 135:24;255:20;
 272:10
**kept (5)**
 78:18;93:7;177:11;
 291:18;311:9
**Kevin (7)**
 118:20,22;119:3;
 289:13,14,16,16
**key (3)**
 81:22;82:9,16
**kicked (4)**
 64:11,13;238:20;
 320:6
**kid (3)**
 101:20,22;271:14
**kidnappings (1)**
 13:19
**kids (32)**
 32:5,10,13;33:7;
 35:15;44:18,21;
 47:20;55:6,7;83:18;
 117:22;234:23;235:8;
 243:16,18,18;244:18;
 247:4,5;268:15;
 269:23;270:1,4;
 276:2;280:2,3,11;
 282:22;307:17;
 313:21;320:3
**kids' (1)**
 321:21
**Kief (103)**
 5:11;7:13,23;85:23;
 91:22;92:1,8,8,20,20,
 22,25;93:9,16;94:7,
 17,18,21;95:6,9,16;
 96:9;97:4,5,17,24,25;
 98:5,9,13,17;99:2,15,
 17,20;100:4;101:7;
 104:21;122:7,8,12,25;
 123:5,14,18;124:3,8,
 18;125:15,18,23;
 126:1,5,12,14,24;
 127:3,18,23;140:8;
 142:20;144:16,22,25;
 145:3,23;146:5,21;
 148:3,16,23;149:15,
 24;150:14,15,20,22;
 151:1;194:2;195:7,9,
 10;203:19;214:25;
 249:1,11;250:5,13,20;
 253:17,24;254:17;
 255:4;257:10,13,14;

290:11;291:20;292:1;
 296:6;310:10;312:1;
 320:20
**Kief's (2)**
 214:12;290:12
**killed (1)**
 48:18
**killing (1)**
 52:4
**kills (1)**
 51:19
**Kimberlee (4)**
 54:10,11,13;283:17
**Kimberley (4)**
 54:8;283:8;284:3,4
**Kimby (1)**
 313:3
**kind (25)**
 12:5;19:25;21:8;
 22:2;25:13;28:2;
 34:25;80:14;90:19;
 100:20;133:4;152:8,
 9,10;156:17;158:11;
 221:16;239:5;265:2,
 16;310:25;314:13,18;
 317:6,25
**Kinny (6)**
 44:14,17,25;49:13,
 16;62:15
**K-i-n-n-y (1)**
 44:15
**Kirby (4)**
 73:15;135:18;
 274:5,6
**kiss (1)**
 282:23
**Klonopin (2)**
 217:24;218:1
**knee (1)**
 134:22
**knew (34)**
 50:8,12,12;89:3;
 90:21;91:22;94:21,
 22;96:24;97:11;
 99:17;101:17;102:5;
 112:6;125:14;127:13;
 137:11,14;148:9;
 156:10;206:9;247:6;
 258:15;266:7;273:12;
 276:11;280:21,21;
 281:5;283:6;290:1;
 293:8;297:2,9
**knife (2)**
 54:13;284:4
**knowing (2)**
 32:7;289:21
**knowingly (4)**
 89:1;112:4;203:16;
 213:3
**knowledge (17)**
 14:18;116:24;
 149:19;204:23;206:3;
 209:25;210:22,25;

211:2;240:14;261:13;
267:21;292:22;
296:14;311:17;
314:24;320:8
known (10)
121:13;137:12,19;
138:2;139:4;148:9,
14;250:7,21;279:8
knows (4)
136:2;137:22;
148:5;263:8
Kroger (9)
225:24;227:1;
228:10;313:19;
315:18;316:4,10,16,
18
kudos (1)
38:21

**L**

lack (3)
128:7;184:7;327:3
lacking (2)
245:1,2
lacks (1)
244:5
lady (1)
144:23
Lafayette (1)
107:17
Lake (4)
209:9;217:15;
221:1,16
Lane (1)
213:8
language (2)
95:16;96:10
lap (2)
141:9,10
laptop (2)
121:8,15
Las (3)
264:7,18;265:11
last (27)
15:6;26:24;30:25;
34:15;35:7;38:11;
51:8;52:6;53:3;59:2;
103:13;108:22;
116:14;129:25;
154:10;161:21;
162:18;164:24;174:8;
197:5;202:23;220:7;
223:4;243:14;266:7;
275:22;325:2
lasted (1)
232:10
Lastly (1)
163:10
latched (1)
64:13
late (12)
35:20;47:3;66:2;

85:16;161:21;162:18;
163:17;175:15;
231:18;260:3;269:12;
285:6
later (30)
22:20;23:12;29:6;
32:3,13;40:14,18;
45:25;46:2;48:6;92:7;
95:4;111:20;123:2;
127:8;144:10;155:15;
157:9;170:13;175:5;
200:6;206:4;214:2;
238:22;282:19;
289:24;295:24;306:3,
4;308:21
law (28)
15:25;50:2;59:23;
89:14;93:1,17,21;
94:23;95:17;97:25;
98:3;105:16;115:15;
126:16;134:5,15;
152:7,22;167:6,9;
168:18;225:18,19;
258:2;259:1;267:15;
313:22;323:1
Lawrence (2)
157:16;158:3
laws (1)
267:5
lawsuit (5)
62:15,21;100:1;
166:19;194:5
lawyer (12)
8:3;267:13;289:7,8,
12;295:2,7;297:13;
299:25;300:10;
302:23;303:8
lawyers (4)
302:15;314:7,10,12
lead (2)
76:17;99:10
leads (3)
94:3;156:5,17
learn (13)
19:16;21:19;23:6;
57:16;103:6,17;
170:8;192:17;204:24;
263:4;296:5,8;323:6
learned (23)
19:14;23:10,12;
55:22;73:14;118:20,
22;150:22;170:10,18,
19,20;198:20;199:7,
9;200:6;263:6;
266:22,23;269:14;
272:2;274:9;276:23
Learning (3)
244:2;267:19;268:9
learns (1)
71:23
least (13)
128:23;193:7;
208:9;221:9;241:4;

248:8;249:4;286:4;
310:22;328:6,9,11,13
leave (16)
21:23;23:24;26:24;
27:12;31:24;34:1;
40:15;41:24;42:5;
64:15;65:10;174:16;
177:18;246:4;269:18;
291:14
leaving (5)
33:7;225:23;
236:15;252:24;
271:11
led (3)
21:8;92:8;203:15
Leeson (2)
72:25;73:3
left (17)
15:6;16:5;34:9;
36:1;50:19;70:16;
81:20;82:8,18;86:17;
113:22;220:11;
232:11;253:4;270:25;
274:24;275:1
left-hand (3)
108:19;166:1;224:2
Lefty's (1)
329:7
legal (3)
7:3;28:6;181:7
legitimate (2)
51:25;189:11
legs (4)
92:25;93:14;
136:13;147:5
lends (2)
164:25;165:3
length (1)
23:18
less (5)
17:20;29:5;108:4;
117:5;228:19
lessened (1)
330:18
Letter (29)
5:6,16,19,21;75:12,
15,17,21,24;76:1;
156:3;171:14,21;
172:12;173:23;174:4,
13;175:1;188:1,20;
189:2,7,23,25;190:7;
197:10;210:14;
247:11,15
letterhead (2)
197:9;202:23
level (5)
12:17;138:11;
186:16;207:25;
270:19
Lexapro (3)
209:21;223:3,5
liaison (1)
48:22

liaisons (2)
263:10;267:25
liar (2)
119:22;139:4
libraries (1)
244:25
license (2)
16:1;233:20
licensing (3)
71:23;239:24;240:9
lid (1)
83:20
lie (22)
35:8,18,19;79:9;
121:20,22;131:1,8,13,
20;132:5,15,17,18,19;
133:3;135:4,10,19;
136:18,25;324:17
lied (4)
151:7;247:3;
272:14,17
lies (7)
62:18;63:6;81:14;
120:13;129:10,18;
134:23
Lieutenant (10)
92:8;98:13;142:20;
144:16;149:15;249:1,
11;253:17,23;257:10
life (15)
47:6;61:1,11;102:4;
115:5;131:3;136:12;
234:14,15;235:12;
238:5;271:20;275:19;
276:3;311:5
life-altering (1)
52:8
lifelong (2)
217:20;244:5
lifetime (3)
112:24;160:12;
251:21
liked (2)
239:2;258:25
likely (3)
214:7;303:9;314:4
likes (1)
262:17
likewise (4)
181:3;212:18;
213:2;214:5
limited (1)
216:16
Lindsey (3)
15:11;16:4;17:1
L-i-n-d-s-e-y (1)
15:11
line (15)
16:8,9;29:1;31:20;
32:22;38:8;45:11;
49:8;60:15;62:11;
106:3;133:4;134:19;
201:23;221:5

lines (5)
32:2,33:6;65:4;
115:17;131:7
list (8)
51:7;106:25,25;
107:5;200:2;208:16;
209:24;216:2
listed (4)
188:24;238:5;
299:1;300:6
listened (2)
195:9;297:16
listing (1)
25:16
listings (3)
173:7,11,16
litem (6)
35:9;149:8;161:12;
238:12;322:23,25
litigation (4)
181:13,16;206:7;
314:13
little (27)
10:2,8;11:10,12;
23:12;43:20;44:9;
45:12;54:1;63:11;
70:7;95:15;100:5;
167:22;172:18;
175:17;214:20;
218:12,18;233:10;
268:24;279:14;281:4;
285:1;290:13;308:17;
318:18
live (10)
11:23;12:7,10;24:6;
54:19,23;211:16;
251:24;264:15;
271:18
lived (19)
11:17,20;60:25;
118:21;119:4,4;
153:19;173:8,17;
234:14;235:5;245:1;
264:13;267:3;280:10;
320:1;329:13,17,19
lives (5)
11:19,25;74:20;
79:9;280:10
living (8)
58:14;74:1;213:7;
267:12;275:11;
307:24;320:18;
329:24
local (5)
16:12,18;119:8;
121:10;317:8
located (2)
7:4,10
location (2)
168:24;315:21
lock (3)
81:22;82:9,16
lodge (1)

Scott Ballock v.
Ellen Ruth Costlow, et al

Scott Ballock
April 19, 2019

167:20
**lonely (1)**
    283:22
**long (29)**
    11:17;34:7,10;39:6;
    78:20,22;79:1;86:16;
    116:14;236:18;250:7,
    8,21;259:13;260:6;
    261:15;263:22;
    271:13,15,19;275:1;
    277:12;294:24;303:5;
    308:1;317:24;318:20;
    324:17;329:11
**longer (1)**
    31:16
**look (31)**
    25:20;32:5;84:5;
    114:11;154:1,3;
    159:17;174:12,15;
    175:25;178:4;191:8;
    212:11;217:12;
    220:25;224:19;227:6,
    8;237:21;251:4;
    257:12;271:8,10;
    281:6;282:4;284:22;
    299:6;300:11;311:22;
    312:12;317:25
**looked (10)**
    101:13;141:9;
    166:15;228:9,12;
    241:15;255:5;271:15;
    274:19;312:9
**looking (17)**
    43:20;91:16;109:8;
    153:24;159:16;
    162:12;163:13;
    165:21;178:5;216:7;
    242:11;243:2;248:22;
    254;282:14;299:8,9
**looks (5)**
    16:17;48:9;72:18;
    224:7;279:18
**lorazepam (4)**
    222:1,10,12,13
**lose (13)**
    74:23;75:1,3,4;
    106:11;112:23;
    117:14;219:16;220:1;
    286:16;292:25;293:2,
    12
**loses (3)**
    105:16,18;152:7
**losing (1)**
    219:13
**loss (5)**
    106:9,10;154:7;
    237:16;312:21
**losses (2)**
    208:14,16
**lost (4)**
    63:23;207:11;
    238:9;293:5
**lot (24)**

36:25;55:22;82:18;
96:24;115:4;117:17;
139:6;202:15;206:12;
217:3;221:22;226:16;
239:3,5,6,14,14;
244:23;259:7;267:16;
274:10;276:16;
284:14;293:18
**lots (3)**
    53:21;231:19;
    244:21
**love (11)**
    38:22;42:22;43:14;
    44:17;163:13,23;
    269:23;270:1,7;
    282:23;319:23
**loved (1)**
    244:23
**loving (1)**
    44:13
**low (5)**
    109:22;132:3;
    178:5;323:23,24
**lower (6)**
    44:23;49:13;
    108:19;166:3;192:8;
    324:18
**lowest (1)**
    323:22
**low-level (1)**
    50:4
**luck (1)**
    315:16
**lunch (5)**
    84:22;115:18,19;
    128:23;290:8
**lunchtime (2)**
    85:17,18
**lying (4)**
    120:12;132:21;
    212:1;283:6
**Lyons (2)**
    161:12,13

## M

**Magistrate (33)**
    5:9;86:10,13,20;
    87:2,9;100:15;
    104:17,21;108:15;
    109:18;111:12;112:5,
    9;134:5,12;156:6;
    186:8;204:4;240:22;
    241:8;290:17,18;
    295:3,20;296:12;
    299:12;302:2,14,18;
    327:1,2,6
**magnanimously (1)**
    118:18
**magnified (2)**
    312:24;313:1
**main (1)**
    280:1

**maintaining (1)**
    118:4
**major (1)**
    13:18
**majority (2)**
    281:12;282:7
**makers (1)**
    152:22
**makes (6)**
    53:17,18;118:24;
    119:9;121:17;157:6
**make-up (2)**
    272:4,5
**making (13)**
    14:15;23:24;41:7;
    42:23;43:6;83:12;
    133:17;157:15;
    219:10;238:5;248:7;
    272:5;293:6
**male (1)**
    132:14
**malicious (7)**
    62:15;89:4;166:20,
    22;167:1,5;297:10
**man (15)**
    21:11;55:12,14,15,
    16,19,21;56:2;79:7;
    211:14;274:4;283:22;
    295:2;303:14,25
**manager (2)**
    226:4;315:19
**managing (1)**
    307:19
**manipulate (1)**
    127:16
**manipulated (1)**
    44:1
**manipulative (1)**
    279:17
**manner (1)**
    79:14
**manual (7)**
    89:8,10,12;91:7,10;
    143:17;256:7
**manufactured (2)**
    179:16;180:20
**many (18)**
    23:20;26:24;34:13;
    39:11;53:15;202:12;
    205:24;222:23;
    237:17;238:11;
    254:19;266:13,19,21;
    268:14;280:4;309:15;
    327:16
**March (6)**
    124:6,16;125:3,10;
    198:6;214:22
**Marcia (12)**
    111:18,21,24;
    112:7;245:24;246:1;
    296:25;301:14;
    302:17,24;303:3;
    324:9

**Marcia's (1)**
    167:3
**marital (3)**
    21:24;22:2;33:19
**Mark (9)**
    7:22;8:20;83:3;
    129:19;278:13,18;
    285:4;300:5;313:25
**marked (65)**
    24:19,21;25:18;
    28:19,21;30:2,5,21,
    23;31:13,15;32:17,
    19;38:2,5;39:3;42:7;
    43:17;44:6;45:8;
    46:20;47:13;48:1;
    49:5;52:13;53:2,24;
    58:24;61:18;62:8;
    63:7;66:22;72:3,5;
    74:13;75:8;76:9;
    79:22;80:7,10;
    108:10,13;113:13;
    121:25;129:11,15;
    156:18;159:10;
    171:10;174:21;
    175:20,23;188:17;
    192:1;198:2;202:15,
    16;205:13;207:6;
    216:9;217:10;218:8;
    220:23;221:13;
    223:12
**marriage (34)**
    17:9,22;23:17;
    59:17;68:25;160:3;
    163:6,9;198:10,11;
    199:15,19,21;200:17,
    24;220:14;231:10;
    237:17;238:2,9;
    251:22;261:9,10;
    262:23;263:10;
    266:15;267:22,25;
    268:10,21;275:16;
    283:22,23;307:13
**married (12)**
    12:13;17:5,7;21:6;
    54:15;259:17;260:7,
    20;261:8;264:11;
    283:19;321:12
**mastered (1)**
    262:8
**Master's (8)**
    12:19;13:8;239:8;
    264:4;265:24;266:1,
    3,8
**masturbated (1)**
    273:24
**matching (1)**
    228:2
**material (4)**
    234:17;235:5;
    278:10;312:15
**materials (6)**
    178:2,19;196:19;
    206:23;242:3;254:7

**math (1)**
    226:24
**Mathews (1)**
    57:20
**matter (16)**
    21:8;25:2;81:4;
    82:4;100:8;167:7;
    181:21;189:16;
    190:10;191:13,19;
    195:2;230:15;236:12;
    280:25;321:25
**matters (4)**
    14:1;78:2;233:2;
    266:2
**Matthew (2)**
    5:6;75:18
**Matthews (28)**
    55:21,25;56:1,3,14;
    57:2,9,17;58:4,8;
    67:15,18;68:8;69:8,
    19;232:4,8,19,21;
    233:1,19,21;234:1;
    240:5;318:25;319:1,
    2;321:4
**may (44)**
    9:12;28:5;62:14;
    63:12;66:7;73:15;
    74:16,23;75:4,17;
    76:12,17,23;80:12;
    82:13;105:4;112:14;
    113:5;114:5;138:13;
    153:5;156:3,9;
    161:19;162:9,23;
    163:17,17;170:14;
    200:24;209:12;
    216:25,25;225:12;
    230:5;255:2,3;266:5;
    273:11;282:8;300:11;
    323:1,5,8
**Maybe (34)**
    23:15;24:15;54:2;
    73:10,10;102:2;
    105:1;115:19;119:1;
    125:7,7;145:10;
    148:3,4;162:25;
    192:25;218:12;228:8;
    233:10;240:25;241:3;
    259:10,12;266:6;
    285:14;288:25;
    291:18;292:12;303:3,
    3,6;309:7;315:16,17
**McKenzie (4)**
    54:19,20,23,25
**mean (50)**
    14:17;28:11;59:23;
    63:20;66:4,7;68:6;
    105:6;110:14;111:2,
    8;117:15;126:13;
    127:11;134:11;146:8;
    154:6;179:24;195:14;
    198:11;213:15;
    239:21;266:4,21;
    268:4,17;269:14,19,

20;272:1;273:3;
275:22;279:15;
281:19;283:21;285:2,
5;286:5;287:22;
289:1;291:13;300:22,
24;307:2;309:11;
312:15,15;319:13;
326:7;330:11
meaning (8)
189:9;195:4,22;
204:21;220:8;282:9;
310:22;323:14
meaningful (1)
32:8
means (4)
27:1;204:16;
211:23;276:7
meant (7)
109:21;135:9;
235:11;280:8;300:25;
301:6,12
mediate (1)
270:18
medical (3)
209:14;294:23;
326:2
medication (4)
10:12,13,16;326:8
medications (5)
69:1;209:15,18;
222:23;313:4
Medicine (1)
5:25
medicines (3)
10:18;70:16;209:21
meds (1)
69:14
meet (12)
18:6,8;56:18,21;
73:4;114:20;116:16,
18;227:24;259:20;
287:17;308:10
meeting (8)
18:23;19:16;56:25;
113:4;114:6;152:21;
154:2;263:12
mellow (1)
330:7
memorandum (2)
11:4,7
memorialize (1)
150:22
memorializing (1)
150:21
memories (1)
243:19
memory (5)
87:5;91:16;104:13;
259:16;262:24
men (29)
17:23;18:4,6;19:6,
16;20:3,7,9,14,18,25;
22:23;56:12;73:5,19;

75:6;116:24;123:10;
131:18;172:1;198:11,
14,16;258:7;262:22;
266:13,21;272:23;
275:4
men-for-men (3)
173:7,11,16
mental (7)
22:3;119:21;
179:20;192:12;320:9;
325:15,19
mention (8)
58:17,21;114:12;
123:13;169:22;196:8;
222:5;303:17
mentioned (10)
29:16,17;37:16;
76:2;90:25;174:5;
184:2;239:20;253:23;
303:22
mentions (1)
165:8
merely (1)
198:12
Meridan (1)
7:4
merited (1)
309:12
mess (1)
82:17
message (15)
67:8;84:10;115:17;
144:6;145:9;161:6,
14,16,19,24;163:4,10;
277:19;293:15;297:5
messages (36)
4:25;40:7;43:13;
44:19;63:10,14;
65:13;66:20;90:6;
115:9,12,14,24;116:7;
120:11,14;121:4;
127:17,18;128:15;
161:21,22,25,25;
162:3,18;163:16,21;
212:7;248:11;277:25;
278:7,7;282:15;
293:19,20
messing (1)
95:9
met (27)
8:19;10:23;18:16;
22:17,20;56:16,17;
79:8;102:4;104:21;
114:3,5;158:4;
230:14;251:23;
255:25;259:22;260:5,
14,15;265:13;279:9;
287:11,25;288:5,5;
303:14
method (3)
328:7,11,13
methods (2)
18:11;193:8

mic (1)
172:18
Michael (4)
7:13,23;15:11;16:5
Michigan (2)
48:14;267:15
microphone (1)
258:20
mid (1)
260:2
middle (2)
270:15;271:8
midnight (3)
118:16;163:1;260:3
Midway (8)
41:12;49:11;50:21;
60:14;65:19;159:13;
172:5;203:11
might (12)
101:3;178:12;
192:9;214:1;240:23;
253:20;257:21;
265:25;276:2;279:7;
307:17;314:8
Mike (21)
85:23;86:22;96:7,8,
9;97:14,24,25;98:9;
104:12;141:22;
193:17,18;210:13;
240:23;295:7,12;
299:25;302:15;315:8;
324:6
miles (1)
153:19
mind (8)
47:10,12;50:8;
66:15;225:21;279:5;
318:2;330:10
mine (4)
55:3;162:9;205:3;
322:2
minimum (1)
137:19
Minnesota (3)
218:14,14;220:12
Minor (17)
85:10;87:23;94:12;
148:20;178:18;204:5,
24;205:24;214:19;
252:22;253:8,12;
292:15,17;295:20;
298:5,15
Minor's (1)
296:7
minute (3)
112:13;164:2;
224:21
minutes (12)
40:14,18,22;45:24;
46:2;64:9;65:3,7;
86:19;241:9;303:6;
318:5
misbehaving (1)

83:7
misdemeanor (10)
88:2;92:11;155:20;
180:4,12,14;181:9,11,
11;203:16
misdemeanors (4)
310:16,18,25;311:8
miss (2)
106:22;223:25
missing (3)
14:17;190:19,24
mission (1)
193:24
misstate (1)
281:8
mistake (1)
52:8
mistakenly (1)
54:11
mistakes (1)
53:21
MO (1)
273:16
moderate (1)
70:12
Modification (1)
5:22
molester (5)
120:7,8;272:12;
276:19;322:22
molester's (1)
120:9
molesting (1)
240:4
mom (12)
34:21;35:6,11,12;
36:6,9;48:6;159:17;
163:12,23;282:23;
315:7
moment (3)
79:25;114:11;144:3
momma's (1)
319:19
Mommy (2)
36:8;272:15
mom's (2)
159:18;270:17
Mon (2)
134:12;156:6
Monday (3)
105:24;152:6,10
money (12)
77:6,11;79:13,14,
15;229:16;235:15;
239:1,6,14,18;306:16
money-related (1)
239:6
monitor (2)
57:11;70:13
monogamous (4)
260:21;261:10,11,
12
Monongalia (2)

134:4;327:1
monster (2)
53:21;136:17
Monte (1)
7:22
month (5)
68:1;170:13;
221:18;228:8;239:12
monthly (2)
227:25;318:15
months (15)
66:8,13;78:6,9;
119:12;121:10;125:3;
151:11,19;176:24,24;
180:2,24;306:3;
329:12
moody (1)
22:4
more (45)
10:3;43:20;59:25;
64:8,19;65:2,6,11;
110:3,9;121:17;
128:14;135:13;136:1;
137:20;138:3;139:10;
143:14;165:22;
176:25;185:13;
198:12;201:5,10,12;
204:9;207:21;209:21;
214:7;220:9,10;
228:21;235:15;
258:23;265:2;266:19;
269:23;270:1,7;
279:14;306:16,18;
310:23;315:25;
316:19
Morenci (1)
48:6
Moreover (1)
173:5
Morgan (3)
82:6,6,6
Morgantown (12)
7:4,11;12:15;21:10;
24:7;100:23;167:25;
213:13;244:2;245:5,
12;329:1
morning (13)
23:25;36:7;42:21;
73:17;76:25;77:13;
85:16;152:10;160:11;
162:25;234:18;235:9;
288:20
mortgage (1)
239:12
most (17)
34:19;53:10;56:24;
135:9;136:11;178:14;
196:7;208:11;230:22;
252:6;282:7;292:18;
309:17;311:1;316:11,
12;323:19
mother (16)
35:8;36:3,5;37:9;

48:15,23;81:10,11;
205:22;206:4,5;
270:21;271:23;
272:19;321:25;322:4
**mother's (1)**
211:3
**Motion (22)**
5:9;252:12,14;
253:6;296:11,22;
298:16,18,20,25;
299:2,5,7,12,15,24;
300:2;301:8,18,22;
302:19;327:2
**motions (1)**
11:8
**motivation (2)**
276:10;286:19
**motive (1)**
286:21
**motives (1)**
179:20
**motorcycle (1)**
211:6
**move (10)**
11:21;25:17;
105:13;110:7;166:12;
201:18;213:12;259:9;
264:17;320:2
**moved (24)**
12:6;21:10;22:19;
23:3,21;24:7;39:19;
81:21;153:10;208:18;
213:9,9;243:4,25;
244:11;264:18,23;
277:6,13,14,17,17;
321:8;328:25
**movies (3)**
14:18;245:14,15
**moving (5)**
15:15;208:17;
209:23;215:22;
325:16
**Mucciola (3)**
92:14;93:10;148:2
**much (24)**
33:14;34:8;36:4;
63:19,21;108:4;
133:25;200:11;204:9;
226:21;227:5,7,11;
228:7;229:19;231:6;
244:4;270:10;271:18;
283:18;306:16;
312:15;314:12;
324:18
**Mullins (7)**
94:7;294:23;
295:20;296:12;
299:12;302:2,15
**Mullins' (1)**
204:4
**multiple (3)**
110:23;209:14;
309:7

**must (4)**
56:23;179:2;
291:16;309:18
**myself (5)**
68:2;74:22;262:9;
267:2;281:7

## N

**nagging (1)**
275:17
**naked (2)**
272:8,20
**name (36)**
7:3;8:2,15,20;16:1;
44:25;51:7,8;72:12;
73:14;75:11;82:1,5;
83:11;84:13;88:17;
91:9;92:14;104:22;
125:12;142:8;154:10;
169:22;192:20;199:3;
203:3;224:4;233:21;
238:17;255:19,20;
290:21;313:3
**named (6)**
55:21;56:2;101:20,
21,22;241:24
**names (5)**
10:16;154:24;
193:19;209:20;
284:17
**narcotics (2)**
35:24;239:1
**narrative (6)**
136:17;164:16;
219:2;281:5;311:15,
16
**narrowly (1)**
292:1
**nasty (2)**
42:17;43:3
**National (1)**
15:22
**naturally (1)**
233:24
**nature (9)**
47:24;49:21;51:23;
97:10;115:14;304:25;
307:25;316:19;317:9
**naught (1)**
331:6
**N-DEx (3)**
15:22;16:7;187:16
**near (2)**
242:14;259:13
**nearly (1)**
136:24
**necessarily (1)**
327:21
**necessary (2)**
75:20;209:13
**neck (3)**

219:14,14,15
**need (36)**
9:9;10:7;18:20;
22:17;32:7;37:24;
64:5,7;68:14;71:1;
74:21;76:17;104:3;
106:3;110:3;127:12;
171:3;172:17;189:13;
197:18;208:16;
211:17;245:7;251:5;
264:17;288:9;299:17,
18;304:11;313:5;
316:13;317:16,22;
320:12;326:2,17
**needed (9)**
41:14;46:12;48:24;
82:15;125:8;233:13,
14,16;238:15
**needs (6)**
22:10;35:22;60:21;
225:15;237:6;274:11
**negative (2)**
216:15;324:5
**negatively (1)**
79:6
**neglect (3)**
231:1,8,9
**neglected (7)**
22:10;42:15;50:25;
51:1;53:23;55:6;
231:5
**negligible (1)**
197:1
**negotiated (2)**
297:19,20
**neighbor (1)**
289:14
**neighborhood (5)**
118:15,24;119:4,7;
151:9
**neither (2)**
126:14;177:12
**neutral (1)**
95:12
**Nevada (1)**
265:1
**nevertheless (1)**
59:22
**new (13)**
13:23;34:23;61:7,
12,16;186:25;213:7;
316:11;329:14,14,15;
330:15,15
**news (3)**
93:14;146:22,25
**newspaper (1)**
48:10
**next (26)**
12:5;13:20;25:25;
37:10,11;44:8;51:4,
16;61:2;64:8;65:2,6;
72:18;103:2;105:25;
130:3,13;135:5,7,17;

138:1;146:21;156:5,
17;161:11;163:3;
183:19;190:18;194:4,
25;198:19;201:14;
204:17;209:2;212:15,
17;220:6;225:3;
247:8;314:5
**nice (4)**
49:2;240:7;287:17;
313:13
**nicely (1)**
225:7
**night (15)**
23:19,22;34:8,15;
35:7,20;55:7;118:6;
161:21,23;162:19;
267:11;268:14;271:8;
272:17
**nights (1)**
22:8
**nighttime (1)**
234:23
**nine (1)**
22:24
**nine-year-old (1)**
120:6
**nobody (1)**
177:14
**nod (2)**
9:8,10
**nods (2)**
230:17;322:18
**nominates (1)**
187:24
**nondisclosure (1)**
191:15
**None (4)**
51:14;124:8;
270:13;315:6
**nonetheless (2)**
300:7;311:8
**non-married (1)**
138:8
**nonviolent (1)**
88:2
**nor (19)**
7:5;30:16;38:24;
44:3;45:4;47:23,24;
49:20;51:22,23;
79:18;126:14;135:5;
177:12;243:23,25;
244:19;245:24,24
**normal (3)**
157:21;275:23;
276:3
**normally (8)**
33:18;44:4;45:6;
47:25;88:4;157:24;
158:5,24
**North (1)**
11:15
**Northern (1)**
7:16

**Note (12)**
173:4,5,19;191:12,
12;221:15;224:10;
246:3;258:19;259:16;
262:21;294:3
**noted (1)**
237:16
**notes (17)**
120:19;122:13,19;
126:12,18;151:12,21;
174:15;206:2;217:19;
220:8;221:5;225:5;
257:8;268:24;300:10;
321:1
**Notice (9)**
7:18;64:10;86:1,3;
168:6;197:6;202:22;
292:6,7
**noticing (1)**
7:21
**notification (1)**
175:10
**notified (1)**
156:10
**notion (2)**
257:20;276:1
**November (19)**
25:22;26:2,23;
45:13,20;46:23;
47:16;61:10;82:20;
83:4,24;159:13;
160:10;224:3,8,11,19
**Number (19)**
7:15;25:12;88:17;
91:8;118:10;176:3,4;
185:4;195:16;207:17;
209:23;216:14;
222:10;228:18;
247:18;256:22;282:9,
16;300:10
**numerous (4)**
69:1;154:15;293:1;
297:8
**nurse (5)**
71:22;72:1;239:25;
313:4;325:22
**nursing (1)**
71:25
**nuts (1)**
83:20
**NYC (1)**
61:4

## O

**oath (7)**
8:6,7;9:1,1;253:5;
268:18;302:6
**object (6)**
36:13;76:17;
198:10,12,13;246:12
**objection (1)**
216:18

Scott Ballock v.
Ellen Ruth Costlow, et al

Scott Ballock
April 19, 2019

objective (3)
  136:23;139:9;
  149:11
observe (3)
  186:11;287:7,23
obsessed (1)
  268:12
obsessive (4)
  130:1,6,6,8
obtain (6)
  12:22;13:6,8;
  124:24;183:21;
  202:11
obtained (4)
  178:17;203:13;
  250:3;252:11
obviously (6)
  92:21;103:21;
  136:11;146:16;183:7;
  261:8
occasion (3)
  69:16;233:15;286:4
occasions (3)
  35:25;137:5;323:16
occur (1)
  38:14
occurred (19)
  10:23;37:17;66:10,
  14;107:9;109:4;
  119:11;121:8;122:20,
  23;125:3;134:23;
  150:25;151:10;
  157:10;180:11;202:6;
  206:10;303:12
occurring (2)
  205:24;280:5
October (30)
  24:15;30:25;31:20;
  32:21;37:13,18;38:8;
  39:17;40:1;42:10;
  43:21;44;9;47:7;61:7;
  67:10,16;68:1,10;
  160:6;176:4,22;
  192:3;220:7,17;
  221:2,9,16;222:13;
  231:7;237:7
odd (1)
  256:1
Odell (3)
  11:15,25;12:6
o-d-e-l-l (1)
  11:15
off (42)
  10:7;34:25;50:18;
  52:20;59:19,19;
  79:24;80:2;84:23,25;
  89:18;90:9,12;91:18;
  116:1;118:19;128:25;
  131:19;133:20;
  151:21,22;165:9;
  171:5;197:22;213:16;
  229:4;230:7;251:7,
  14;255:6;256:21;

278:1;288:15;299:14;
  300:6;301:11;303:1;
  308:7;318:7;326:16;
  329:16;331:3
offender (3)
  13:18;102:13;
  205:23
offense (1)
  225:19
offer (14)
  103:5,25;140:17,
  22;197:18;243:5;
  278:5;294:6,8,12;
  295:6,6,13;317:15
offered (13)
  54:18,23;91:3;
  103:22;141:25;
  150:13;159:20,24;
  228:14;243:4;272:6,
  7;294:5
offers (2)
  103:2,14
office (34)
  14:4,8;15:20;16:12,
  18,19;23:19,25;75:21,
  24;76:1,18;77:2;82:2;
  96:4,14,19;103:4;
  106:25;142:5,7;
  152:14;153:1;171:15;
  174:12,24;177:12,17;
  178:22;192:4;202:18;
  295:17;310:1;317:8
officer (24)
  15:25;59:24;89:14;
  93:1,17;94:24;95:13;
  98:3;115:15;120:9;
  134:2,3,6,7,15;148:5,
  8;258:3;264:5,25;
  291:10,11;304:14,14
officers (1)
  193:15
offices (1)
  7:10
office-type (1)
  154:3
official (2)
  93:5;156:9
often (8)
  21:2,3;23:18;46:9;
  57:14;153:21;269:23;
  270:14
Ohio (1)
  243:1
old (5)
  49:1;156:13;205:3,
  5,8
older (2)
  260:18;262:10
omit (1)
  189:15
once (5)
  107:1;117:19;
  141:20;217:23;

309:16
one (102)
  12:3,4;25:13;26:1,
  16;28:5,24;30:5,7;
  32:3;34:2,3,8;36:1;
  37:2,2;41:2,14,22;
  42:1,10;45:21;48:21;
  50:1,6;53:7;61:15;
  65:19;66:16;69:15,
  18,19;77:5,6;81:22;
  83:16;92:11;93:2;
  94:16;97:2,12,14;
  99:1;103:2;115:17,
  20;117:20;119:10;
  126:6,11,18;130:13,
  17,20;133:10;135:18;
  136:3;142:3;144:6;
  145:4,9;147:11;
  148:16,19;152:12;
  153:13;161:5;163:3,
  16;166:15;194:20;
  202:14;211:7;215:4;
  219:19;235:24;
  236:14;238:6;246:10;
  257:7;258:23,24;
  261:10;270:2;271:11;
  282:19;284:15;286:4;
  291:20;293:15;298:3;
  300:7;302:10,13;
  304:13;307:23;309:6;
  311:1;314:22;315:10,
  25;316:1
one-day (1)
  76:16
ones (3)
  63:10;197:7;281:10
one-way (1)
  329:7
one-word (1)
  63:17
ongoing (1)
  198:9
Online (14)
  18:7,8,9,16;48:10;
  55:17,18,20;56:22;
  73:4;232:8;251:23;
  266:18;318:23
only (33)
  10:8;35:14,17;63:4;
  66:1;76:16;82:19;
  117:8;120:20;126:10;
  130:23;158:8;168:18;
  179:19;180:21;
  196:18;220:20;228:2;
  233:7;235:15;241:9;
  242:24;243:3,9;
  244:4;246:10;268:14;
  270:5;273:12;276:1;
  280:13;300:11;319:5
onto (2)
  134:21;275:1
oOo- (1)
  331:7

OP (1)
  106:25
open (8)
  36:9;57:19;107:25;
  126:14;198:10;
  261:10;302:21;328:1
opening (1)
  36:8
openings (2)
  107:9,25
operated (1)
  315:5
Operations (2)
  226:4;315:19
operator (8)
  118:8,10,12,14,15;
  120:16;127:19,20
opinion (1)
  130:11
opportunities (5)
  105:19;106:11,21,
  22;316:9
opportunity (4)
  189:6;305:21;
  309:8;316:3
opposed (2)
  309:23;311:12
opposite (1)
  34:21
OPR (6)
  155:8,10;204:19;
  217:5;309:25;310:13
OPRs (1)
  206:23
OPR's (1)
  189:7
option (2)
  77:19;295:5
options (1)
  159:19
Order (34)
  5:22;108:14;
  110:25;143:4,7;
  144:7;146:13,20;
  147:7;178:20,21;
  179:22;181:14;204:4,
  5;205:15;211:8;
  245:17;249:8,12;
  250:1,4,9,10,12,15,17,
  22;252:22;293:21;
  295:19,21;296:7,18
ordered (2)
  177:9;298:5
orders (2)
  203:17;204:2,3
organization (1)
  168:25
organize (1)
  314:23
oriented (1)
  296:1
original (8)
  71:9;100:8;168:5;

176:12;182:21,23;
  201:2;202:12
originally (3)
  69:7;70:9;99:14
Ostensibly (2)
  95:3,4
others (7)
  18:13;34:23;35:5,
  10;63:3;292:2;307:14
Otherwise (3)
  26:18;235:4;247:25
ours (2)
  54:8;283:14
out (119)
  21:23;23:21;38:17;
  40:15;41:2;45:19;
  48:6;49:2;56:23;58:1;
  63:18;64:11,14,15;
  65:21;66:2,4;69:15;
  70:1,4;72:12;81:21;
  82:14;83:21;91:5;
  92:24;93:8,13;97:25;
  104:8;25;105:18;
  106:4,4,11,22;107:3,
  20;115:21;117:18;
  125:5,19;130:14,15;
  136:17;137:5;138:15;
  142:7;144:24;145:6;
  147:4;150:2;153:10;
  156:8;157:8,18,19;
  178:22;182:25;186:4;
  187:14;188:6;208:18;
  209:1,2;211:21,22;
  213:9;218:13;226:23;
  231:18;233:8;234:18;
  238:20;239:4,17;
  241:8;242:10,21;
  243:13,24;253:3;
  254:14;255:19,20;
  257:20;258:4;259:2;
  268:25;269:10;270:5,
  5,9;271:8;272:15;
  274:16;277:6,13,17,
  18;278:5;279:7,18;
  281:21;284:15,20;
  285:14;290:3,6,11;
  294:24;295:12;316:7;
  320:3,6;323:2;328:5,
  15;330:12
outcome (1)
  7:6
outdoor (1)
  244:8
outrageous (11)
  77:11;146:5,11;
  147:17;149:16,20;
  150:9;151:3,5,23;
  153:13
outright (3)
  129:9,18;131:1
outside (17)
  36:1,2;83:13,17;
  87:10;140:1;146:19;

Scott Ballock v.
Ellen Ruth Costlow, et al

Scott Ballock
April 19, 2019

149:2;262:23;263:10;
266:14;267:22,25;
268:10,21;275:16;
283:23
**outward (1)**
330:13
**over (56)**
9:18;25:25;44:9;
54:2,6,10;55:6;63:11;
65:2,6;68:20;69:25;
71:2,5,10;72:7;
100:22;110:11;114:8;
115:18;121:15;
133:22;135:11,23;
154:15;190:16;
194:24;199:4;207:2;
210:1;211:18,18,22,
25;216:13;225:3;
229:25;230:4;241:15;
245:1;247:17;268:20;
278:10;279:1;284:22;
289:19;290:15;
292:12;293:16,24;
294:25;295:4;314:2,
10;318:22;322:9
**overall (2)**
165:21;330:14
**overheard (2)**
293:11;297:6
**Overlook (4)**
12:11;24:4;208:18;
213:10
**overqualified (1)**
317:5
**overreaching (1)**
300:1
**overseas (1)**
14:20
**own (4)**
16:2;79:13;139:6;
276:11

**P**

**packed (1)**
319:25
**page (168)**
25:21,25;26:22;
27:2,8,9;28:25;30:6;
31:19;32:20;38:7,20;
39:14,15;40:10,13;
41:12,13,19;42:11,16;
43:21;44:9;45:10;
46:22;49:8;50:13;
54:2;55:9;59:2,2,5;
60:2,9,12,14;61:2,21;
62:10;63:11,15;64:4;
65:3,8,19,25;66:24;
68:12,17;71:16;
72:18;76:13;84:6;
102:21;103:1,9,10,11;
105:14;108:17,18,18,
22;109:8;112:14;

113:10,12;123:25;
126:11;129:24;
130:19,20;131:2,24;
132:1;133:2;134:3,
19;135:17;152:4;
157:1,4,13;158:7,25;
159:1,13;160:1,17;
161:11;164:6,7,8,9,
23;166:6,12,13;
171:21,24;172:5,16;
173:2;174:8,8;
175:13;176:10,11;
183:19;184:24;185:3,
9,25;189:2;190:16,18,
18,18,18,24,25;191:2,
5,7,12;192:7,11,11;
193:9,9,21;194:24,25;
195:14;196:22;197:5,
5;198:8,19;199:4;
200:25;201:1,22;
202:23;203:7;204:17;
207:18,19;208:13;
209:3,3;210:1,21;
212:3,12,15,17;
216:13;217:17;
218:20,21;220:6;
224:2,24;225:3;
243:12;257:7;303:22
**pages (3)**
39:6;68:16;199:4
**paid (5)**
54:19;208:4;229:3,
8,16,16;238:16;
239:18
**Pallie (5)**
217:14,19;221:4;
236:23;237:3
**pant (1)**
136:13
**paper (3)**
252:12;298:5,6
**papers (1)**
245:11
**paperwork (5)**
252:15,16;290:13;
291:21;303:7
**paragraph (83)**
32:24;42:20;49:11;
50:16,19;51:16;
55:10;60:3;74:17,18;
76:19;78:4,19;84:8;
87:15;88:25;89:23,
25;109:8;118:1;
126:8,23;129:6,19,20,
25;130:20;131:5,6,
25;132:1;133:2;
134:3,19;135:5,7,17,
21;136:3;137:10;
143:19;157:14;158:8;
164:24;167:11;
171:24;172:6;175:14;
176:10;177:7;179:12,
13,14,18;180:18;

181:2,18;182:16;
183:1,19;185:11;
186:2;193:10,22;
194:4;196:24;198:8,
19;199:5,12;201:14;
203:10;205:19;213:1;
217:19;221:20;222:2;
243:12,13;245:18;
246:14;247:9;248:4
**paragraphs (2)**
135:13;139:3
**paraphilia (2)**
202:2;240:2
**paraphiliac (1)**
148:11
**paraphrasing (1)**
147:4
**parent (1)**
115:6
**parentheses (2)**
62:17;74:20
**parents (8)**
113:2;153:16;
213:7;215:25;264:16,
22;319:23,25
**parole (1)**
264:5
**parse (1)**
117:18
**parsed (2)**
114:19;125:5
**part (18)**
22:5;35:17;41:2,3;
56:24;95:20;110:23;
140:3;143:12;144:5;
262:4;268:19;278:20;
296:15;303:2,18;
312:6;315:2
**participate (1)**
169:16
**participated (1)**
273:13
**particular (4)**
130:21;203:5;
314:24;321:4
**Particularly (1)**
80:22
**parties (1)**
7:20
**parties' (1)**
206:6
**partly (1)**
231:5
**partner (1)**
323:1
**partners (1)**
219:24
**parts (2)**
31:17;163:6
**party (4)**
7:21;77:9;168:16;
210:4
**pass (3)**

187:14;249:11,16
**passed (5)**
106:14;107:24;
133:25;305:6,18
**passing (1)**
303:23
**past (7)**
53:11,15,16;55:3;
222:1;231:23;240:18
**pastor (3)**
34:23;35:5;49:3
**pat (2)**
102:16,18
**path (1)**
51:20
**patient (3)**
217:19;224:4;
251:17
**patients (1)**
240:4
**patted (1)**
102:14
**pattern (1)**
220:2
**pause (1)**
143:6
**Paxil (8)**
221:6,7;222:11,25;
236:6,16,19;237:4
**pay (21)**
33:1;77:10;79:12;
106:7,9,10;207:21,22,
25,25;208:7;227:5,7,
11;229:19;243:8;
269:17;305:3,4,12;
307:2
**paying (4)**
77:7;159:18;
239:11,12
**payments (3)**
83:12;112:24;
251:21
**peaceful (1)**
34:20
**pendency (1)**
239:9
**pending (10)**
10:9;106:17;108:3;
186:17;187:5,18;
209:10;210:8;294:21;
298:11
**pendulum (1)**
267:6
**pension (7)**
227:20,21;305:24;
306:2,11,20,20
**people (25)**
9:7;61:25;62:18;
87:11;106:16;120:4;
127:16;136:22;138:3;
149:13;152:22;
192:13;206:22;
210:22;243:5;244:20;

257:21;263:12;
271:15;273:10;
279:19;304:19;
309:22;313:24;
324:16
**per (2)**
72:11;84:8
**percent (4)**
185:13;226:22,23;
312:17
**Perfect (1)**
172:25
**performed (1)**
291:20
**performing (1)**
236:3
**perhaps (11)**
30:20;154:11;
204:21;220:14;237:8,
10;255:25;276:1;
295:21;311:12;315:2
**period (2)**
233:4;261:12
**permission (8)**
69:22;181:19,20,
22;182:11,13,14,15
**permitted (1)**
168:16
**perpetrated (1)**
271:22
**person (16)**
18:7,16;64:23;93:2;
108:4;135:9;158:20;
160:16,25;169:21;
209:24;258:24;
279:10;287:9,14;
330:7
**persona (2)**
232:4;318:24
**personal (12)**
38:11;41:7,24;
91:24;115:14;118:9;
147:9;153:6;181:6;
256:22;290:24;
292:11
**personality (4)**
48:22;192:14;
193:2,8
**personally (1)**
168:2
**personnel (1)**
206:22
**persons (1)**
195:3
**perspective (1)**
221:17
**persuade (2)**
70:14,15
**pertain (1)**
299:11
**pervert (1)**
272:11
**ph (3)**

101:20;179:7;
219:23
**phase (4)**
203:13;229:9,17,20
**Phillips (18)**
3:4,7;7:25,25;
144:5;164:7;230:13,
14,15,19;248:21,24;
251:5,12;258:17;
326:21,23;330:19
**Phillips' (1)**
323:1
**Phone (26)**
5:11;16:18;40:7;
41:6;43:12;65:17;
114:20;122:6,13,15;
135:22,23,24;160:24;
161:21;163:23;
196:10,13,16;197:19;
234:4;255:6;256:22;
274:2;278:1;284:16
**phones (1)**
16:15
**photograph (2)**
72:19,20
**phrase (2)**
158:12;258:25
**physical (7)**
34:14;35:4;90:25;
99:9;118:6;168:24;
271:22
**physically (11)**
14:6,7;34:1,5;61:1;
90:7;164:13;201:7;
231:13,14;252:1
**Physicians (4)**
209:9;217:15;
221:1,16
**pick (3)**
83:23;153:7;322:14
**picked (1)**
322:15
**picks (1)**
16:18
**pickup (1)**
77:15
**pictures (8)**
130:16;196:12;
235:9;258:9;272:8,
20;277:23;278:7
**piece (2)**
298:5,6
**piercing (1)**
320:5
**Pierpont (1)**
329:16
**pin (1)**
277:8
**pint (2)**
39:20,24
**Pittsburgh (2)**
81:24;82:2
**pizza (1)**

329:7
**Pizzino (1)**
7:19
**PL (13)**
192:8;193:21;
195:16,17;196:22;
197:5;198:8;199:4;
200:25;203:8,9;
204:17;205:19
**place (9)**
41:14;61:15;
110:15;195:4;211:9;
214:11;279:25;328:4;
329:8
**placed (1)**
274:20
**places (8)**
70:5;228:13;
242:17,18,24;243:2;
265:10;328:6
**plaintiff (7)**
7:9,12;143:21;
177:11,12;183:19;
216:19
**plan (3)**
68:21;222:10;
227:20
**planned (1)**
172:10
**planning (1)**
200:7
**plans (7)**
46:5,6,8,10,13,14;
77:10
**plate (1)**
16:1
**plausibly (1)**
158:16
**play (3)**
234:22;260:1,4
**played (1)**
55:7
**player (1)**
283:19
**plea (4)**
110:23,25;298:24;
302:5
**pleading (3)**
74:18;111:7;302:5
**pleadings (1)**
191:21
**pleas (1)**
302:4
**please (25)**
7:20;8:6;9:18;
26:17,25;27:24;36:9;
42:4;45:19;55:2;
62:12;63:16,18,18;
65:4,9,10;163:11;
164:6;172:16;176:11;
237:19;268:13;
318:18;322:19
**pleasure (1)**

198:17,18
**pled (1)**
311:8
**plenty (1)**
244:20
**PLLC (1)**
7:10
**plugged (1)**
322:16
**pm (23)**
4:7,8;39:10,17;
40:11,14,19;41:8,9,
13;43:21;46:24;54:3;
55:10;59:2;60:3,15;
61:3,22;63:14,15;
64:4;65:25
**Poem (2)**
30:7,19
**poems (2)**
43:14;47:17
**point (61)**
17:22;20:11;21:25;
22:24;26:12;32:20;
39:20,23;40:3,23,24;
41:8,18;45:19;47:2,8;
61:8;64:6;66:12,19;
67:17;76:23;77:6;
84:20;116:25;117:3;
128:13;130:3,14,15;
133:9;136:5;144:6;
146:9;160:8;175:5;
181:11;219:9;231:13;
237:12;238:10;
258:16;262:9;263:20;
264:11;275:9;276:24;
278:24;280:24;
286:17;287:25;
288:14;289:12;291:7,
25;300:23;306:25;
309:6,21;322:5;323:5
**pointed (1)**
137:5
**points (1)**
309:7
**Pokey (1)**
211:10
**Police (64)**
5:12;8:21;34:9;
36:5;72:11;75:11;
82:5,22;83:22;88:13;
91:13;96:5;97:19;
100:23;102:17;103:5;
104:9;109:10;112:21;
118:23;119:3;121:13;
124:4;125:4;128:3;
141:8;143:20;148:4,
8,18;152:21;165:6;
166:16,19;167:18,19;
172:8,9,13;174:4;
188:23;189:10,12,18;
190:1,6;193:12,14,23;
195:1;203:13;214:6;
246:16;254:10;

255:10,25;256:2,8;
282:17;288:16;
290:10;292:7;293:7;
301:3
**police's (2)**
189:20,22
**policies (8)**
87:17,19;88:8;89:1,
5,17;145:24;150:11
**policy (14)**
88:14,18;89:8,10,
11;91:7,9,10;143:17;
155:21;214:17;215:2,
5;256:7
**polite (18)**
27:3,15;29:25;
30:15;33:4,9,12;
38:23;42:24;43:4;
44:2;45:3;47:22;
49:18;51:21;62:3;
79:17;279:13
**politician (1)**
89:14
**Pool (7)**
86:5,23;179:4,6;
241:1;297:15,16
**poor (2)**
49:1;243:17
**poorly (4)**
111:17;202:13;
255:21;273:17
**portion (4)**
161:5,11,18;163:3
**pose (1)**
266:7
**posing (1)**
55:19
**position (16)**
14:25;29:11;30:14;
106:5;107:16;108:6,
8;119:18;131:9;
143:13;146:18;
148:23;152:20;
156:13;204:11;226:3
**positions (4)**
107:15,19;108:8;
317:7
**possess (2)**
164:24;165:3
**possession (2)**
252:17;274:8
**possessions (1)**
82:18
**possibility (3)**
38:22;160:2;308:7
**possible (12)**
39:21;40:3,23;41:9;
47:9;61:8;111:19;
160:8;216:1;240:16;
305:15;312:5
**post (1)**
18:25
**posted (1)**

55:18
**posting (2)**
19:8;98:19
**potential (4)**
31:1;63:19,20;
317:1
**potentially (3)**
93:7;219:4;293:8
**power (2)**
95:8;99:16
**powers (2)**
105:17;152:7
**PR (1)**
86:13
**practice (2)**
126:16;254:20
**practitioner (2)**
313:4;325:23
**precisely (1)**
156:4
**preclude (3)**
112:2;166:21;167:1
**predated (1)**
282:3
**predator (1)**
205:23
**predetermined (1)**
257:19
**preface (1)**
137:6
**Preference (1)**
106:25
**pregnant (1)**
51:17
**Prejudice (1)**
299:2
**pre-made (1)**
234:22
**premature (3)**
236:13,19;237:5
**premium (2)**
227:5,12
**premiums (1)**
227:16
**preparation (1)**
194:5
**prepare (1)**
10:24
**prepared (6)**
84:2;113:20;129:7;
137:11;175:15;
303:20
**preparing (1)**
225:11
**prescribed (10)**
209:14,18;217:24;
218:1;222:1,9,13;
236:6,16,18
**prescribes (1)**
313:4
**prescription (2)**
71:24;222:12
**prescriptions (2)**

Scott Ballock v.
Ellen Ruth Costlow, et al

<div align="right">Scott Ballock<br>April 19, 2019</div>

325:19,25

**present (15)**
36:9;87:9;109:24;
128:4;134:23;183:2;
214:19;217:18;
224:14;233:16;287:6,
10;291:24;307:24;
308:18

**presented (3)**
298:20;301:18,25

**presents (1)**
36:8

**press (1)**
197:14

**pressure (3)**
10:13,15;68:22

**presume (9)**
9:23;26:18;288:25

**presuming (1)**
53:14

**pretended (1)**
234:1

**pretense (3)**
101:6;102:15;
190:15

**pretty (11)**
25:15;87:13;
104:13;112:12;136:8;
146:14;257:3,5;
292:1;314:12;330:5

**prevail (1)**
281:2

**prevailing (1)**
93:21

**prevent (1)**
239:24

**preventing (1)**
250:22

**previous (4)**
60:9;119:12;
179:14;197:7

**previously (3)**
81:23;102:19;
125:14

**primarily (1)**
144:20

**primary (3)**
128:21;206:5;
286:21

**princess (1)**
60:25

**principal (2)**
98:1;147:11

**prior (9)**
12:10;121:11;
172:12;199:5;201:17;
241:18;267:24;
287:14;296:11

**prison (1)**
324:17

**private (5)**
239:13;244:3;
271:3;282:20;293:4

**privately (1)**
193:12

**privilege (5)**
79:5,7,9,12;299:23

**privileges (2)**
79:11,12

**pro (6)**
76:7;100:9;168:5,7,
12;182:1

**probable (22)**
109:10,13,21;
110:14;111:2,13;
112:6,10;166:16;
245:19,22;246:6,11,
15,21;323:21,25;
324:2,13;326:25;
327:3,7

**probably (17)**
10:5;20:6;56:15;
94:17;111:8;154:14;
161:24,25;170:22;
208:12;220:22;
228:20;232:9;241:1;
287:17;306:18;
328:21

**probation (5)**
120:9;264:5,9,10,
25

**problem (4)**
58:23;71:23;240:2;
308:3

**problems (6)**
21:25;22:2;122:21;
179:15;180:19;
237:17

**procedure (4)**
88:14;124:23;
168:13;241:7

**procedures (6)**
87:17,19;88:8;89:2,
6,17

**proceed (1)**
327:6

**proceeding (6)**
7:21;85:13;168:7,
12;186:3;308:16

**proceedings (21)**
52:22;80:4;85:2,8,
14;90:14;119:19;
129:2;140:1;171:7;
176:16;189:19;
197:24;203:2;230:9;
251:9;255:22;293:4,
22;318:9;326:25

**process (21)**
27:6,18;29:8;30:9;
31:5;32:10;44:18;
47:20;52:10;62:16;
66:9,13;86:16;89:4;
117:1;142:22;143:16;
175:1;249:1,7;305:17

**processed (2)**
101:8;290:16

**processing (1)**
100:23

**produce (9)**
163:15;190:19,20,
22,23;216:20;217:2,
7;326:5

**produced (11)**
94:1;122:2;162:3,7;
190:21,24;212:9;
215:7;216:21;308:23;
319:3

**product (1)**
309:21

**Production (6)**
5:24;162:8;191:11;
194:9;20;216:13

**professional (8)**
102:6;171:15;
174:24;193:23,25;
202:19;283:19;310:1

**professionally (1)**
139:8

**professionals (3)**
192:13;209:14;
313:1

**program (4)**
15:23;243:4;264:4;
265:16

**progress (3)**
221:15;224:10;
225:5

**prohibition (1)**
327:5

**projects (1)**
186:25

**promised (2)**
69:13,14

**promoted (4)**
14:22;106:14;
107:24;305:16

**promotion (7)**
107:21;305:8,10,
17;306:17;316:2,9

**promotional (2)**
105:18;106:11

**promotions (2)**
106:15;305:22

**prompt (1)**
57:20

**prompted (2)**
275:14;296:20

**pronounces (1)**
44:25

**proof (2)**
148:25;323:22

**properly (2)**
132:3;139:7

**property (19)**
41:24;63:2;80:13,
16;81:3,3,15,19;82:8,
14,17,24;83:24;84:10,
12;153:9;225:9;
274:10;322:10

**proposal (8)**
142:6;171:18;
175:10;188:21;189:7,
23,25;190:7

**Proposed (1)**
5:15

**proposing (1)**
175:2

**prosecute (4)**
81:24;82:7;141:21;
142:11

**prosecuting (3)**
24:25;96:10;302:18

**prosecution (13)**
25:1;26:12;62:16;
89:5;119:19;142:15;
143:25;166:20,22;
167:1,5;229:7;302:16

**prosecutions (1)**
62:14

**prosecutor (10)**
92:15;140:24,25;
166:18;298:21;
299:15;300:1,16,19;
324:7

**prosecutors (2)**
104:8;193:12

**prosecutor's (5)**
96:4,14,19;103:4;
295:16

**prospect (1)**
316:2

**prospective (1)**
240:8

**protect (15)**
35:6;44:13;68:21;
69:18,23,25;71:1,11;
111:16;114:23;123:8;
211:23;246:2;280:11;
299:20

**protected (1)**
181:3

**Protective (2)**
58:12;284:22

**protocol (2)**
99:19;155:8

**provide (25)**
10:19;44:13;91:12;
94:8,10;95:17;
116:20;126:11;
146:13;179:16;
180:20;182:20;190:3;
212:19;235:18,18;
242:2;250:4,11,12,13,
15,17;257:21;326:18

**provided (21)**
40:6;89:20;90:6,23;
91:11;97:5;98:21;
120:11;130:18;
137:12;139:14,17,25;
144:4;178:8;183:24;
184:3;281:17;296:9;
311:15;321:20

**provides (1)**
168:15

**providing (5)**
27:5,17;147:19;
182:21;234:13

**provisions (1)**
234:17

**psychiatrist (8)**
35:9;136:9;148:3,
21;175:16;280:22,23;
322:24

**psychiatry (2)**
130:2;148:4

**Psychological (1)**
223:15

**public (7)**
16:8,9;70:5;106:3;
184:15;244:25;317:8

**publicly (1)**
184:11

**pull (5)**
34:7;74:21;233:8;
317:13,14

**pulled (2)**
54:13;211:11

**punch (1)**
34:8

**punches (1)**
74:21

**Pure (1)**
47:18

**purpose (7)**
124:13;127:25;
128:1,6,20;139:13;
254:17

**purposely (3)**
87:21;328:4,5

**purposes (1)**
251:18

**pursuant (2)**
109:12;246:17

**pursue (1)**
141:12

**pursued (1)**
316:9

**pursuing (1)**
193:14

**push (2)**
270:4,5

**pushed (1)**
134:21

**put (33)**
34:6;51:1;55:6;
59:18;68:14;75:16;
86:6;106:18,20;
135:14;156:12;165:1;
166:13;172:18;
174:13;178:4;188:7;
217:6;221:17;234:24;
240:18;253:3;264:17;
274:21;278:13;284:6,
21;285:12;299:17,18;
300:5;302:6;315:5

Scott Ballock v.
Ellen Ruth Costlow, et al

Scott Ballock
April 19, 2019

**putting (2)**
270:21;272:4

## Q

**qualified (3)**
108:7;306:2;317:5
**quarter (3)**
40:13;285:7,7
**quick (4)**
128:11;258:19;
318:1,3
**quickly (5)**
193:13;248:23;
255:6;274:17;287:20
**Quigley (2)**
157:16;158:3
**quit (4)**
220:13;222:18;
223:2,24
**quite (6)**
34:20;70:18;79:2;
207:25;208:5;298:11
**quizzed (1)**
245:15
**quote (6)**
139:3;219:3,4;
246:2;272:10;293:24
**quote/unquote (1)**
126:21
**quotes (1)**
132:4
**quoting (1)**
129:8

## R

**RA (4)**
157:19;169:3,5;
170:7
**racing (1)**
77:5
**radio (1)**
41:25
**raise (2)**
280:12;320:3
**raised (2)**
127:23;206:6
**raises (1)**
138:10
**raising (1)**
115:6
**rated (1)**
186:15
**rates (1)**
226:16
**rather (3)**
77:9;251:22;324:16
**rating (1)**
106:6
**reach (7)**
69:15;91:5;104:8;
305:25;328:11,13,14

**reached (4)**
70:1;97:25;295:12;
328:15
**reaching (1)**
258:4
**read (27)**
27:7;37:24;68:15;
94:2;114:8;137:7;
139:21,22,24;148:23;
165:20;168:9;173:25;
174:6;177:16,17,22;
178:18;223:16;
234:23;245:10;297:5;
303:1,3,3;330:23;
331:4
**reading (1)**
245:13
**ready (2)**
135:15;246:3
**real (2)**
74:23;295:19
**reality (2)**
141:4;280:8
**realize (1)**
32:6
**really (11)**
43:16;49:2;125:20;
147:3;148:11;209:20;
233:3;284:23;287:13;
307:16;313:18
**reason (54)**
26:8;32:1;39:11,13;
63:4;69:17;72:16;
83:25;91:23;94:17;
95:15,24,25;96:25;
99:17;101:1;117:6;
120:3,13;131:3,10,14,
21;132:8,11,20;133:8,
21;134:2;135:4,11;
144:15;145:17;161:7,
9;167:3;188:4,12;
190:5,8,20;203:5,6;
233:14;236:14;
238:15;249:14;
251:22;253:8;272:14;
280:1;292:13;321:5;
324:15
**reasonable (2)**
77:18;158:20
**reasonably (1)**
158:20
**reasoning (1)**
210:3
**reasons (8)**
112:4;134:3,7;
159:1,2;256:20;
297:11;300:6
**reassign (1)**
152:19
**reassigned (4)**
105:18;106:2;
152:8,24
**recall (38)**

12:8;20:6;26:5;
29:2;31:3,6,7,10,11;
53:17;72:15,16;76:5,
6;77:12;82:20;87:6;
91:18;104:11,22;
105:3,9;151:14;
164:21;187:16;
194:13;207:15;208:9,
11;210:10;213:14;
215:16;218:19;
220:17;307:16;
311:25;327:4,8
**receive (11)**
13:2;43:12;75:15,
21,23,25;188:5;
226:19;228:5;247:15;
327:17
**received (27)**
12:18;19:4;24:25;
30:18;47:9;89:7;
98:23,24;113:19;
140:3;161:13,20;
168:6;171:14;174:1,
11;175:10;187:9,17;
194:7;218:11;221:7;
247:17;252:21;
253:11;293:19;
325:15
**receives (1)**
207:24
**receiving (5)**
172:12;188:12;
208:9,11;307:8
**recent (1)**
309:17
**recognizance (1)**
290:24
**recognized (1)**
47:8
**recollection (3)**
105:10;122:15,24
**recommend (1)**
148:13
**recommendation (5)**
11:8;38:22;175:6;
307:13;310:12
**recommendations (3)**
27:5,18;307:14
**recommended (2)**
192:12;199:15
**reconcile (8)**
29:20,22;30:13;
40:5,25;44:20;74:19;
286:2
**reconciliation (19)**
39:21;40:3,24;41:9;
47:9,11;61:9,10,13;
78:8,12,17;160:8,12;
286:20;308:8;320:23;
321:6;323:15
**reconnect (2)**
53:19;59:15
**record (52)**

7:2;8:16,19;9:9,14;
10:8;20:17,20;52:20,
24;68:15;75:16,16;
79:25;80:2,6;84:23,
25;85:4;90:9,12,16;
124:22;128:25;129:4;
131:18;162:10;171:5,
9;197:22;198:1;
200:8;215:7,13;
217:12;218:24;230:7,
11;247:22;248:10;
251:7,11;257:6;
285:4;300:17;317:10;
318:7,11;320:22;
325:14;326:17;331:3
**recorded (4)**
141:20;248:1;
274:2;281:16
**recorder (3)**
150:19,23;151:1
**recording (2)**
281:18,22
**recordings (1)**
275:3
**Records (9)**
5:25;97:10;218:11;
223:14;247:24;301:2,
4;325:17;326:2
**recover (1)**
278:8
**recovered (4)**
196:6,9,21;322:7
**recreationally (1)**
22:9
**RECROSS (1)**
326:22
**recruit (1)**
260:1
**redactions (1)**
312:8
**Redirect (2)**
3:6;318:12
**reduce (1)**
189:14
**refer (9)**
21:14;84:1;112:13;
152:1;216:16;224:17;
243:10;321:14,15
**reference (12)**
98:2;133:18;147:9,
19;148:7,19;149:22;
162:17;203:25;234:9;
237:21,25
**referenced (3)**
83:3;131:25;237:20
**referred (4)**
89:24;146:9;201:2;
205:22
**referring (29)**
25:14;51:6;54:9;
60:5;71:6;79:2;93:12;
113:11;129:13;
156:23;165:6;179:14;

182:24;185:1;195:19,
24;199:17;203:18;
204:2;205:1,2,24;
212:21;213:5;214:22;
219:18,19,20;234:17
**refills (1)**
237:6
**reflect (2)**
207:21;255:21
**reflected (2)**
215:12;225:4
**reflecting (1)**
111:17
**reflects (1)**
273:17
**refrain (2)**
26:25;27:25
**refresh (1)**
91:16
**refused (2)**
64:15;142:6
**regard (5)**
46:12;109:19;
138:11;206:2,7
**regarding (9)**
181:5;189:8,13;
194:1,6;195:4,23;
209:5;320:23
**Regardless (3)**
155:23;266:22;
313:23
**regional (1)**
316:4
**regret (5)**
31:23;32:2,3,12;
235:21
**regrets (1)**
63:25
**regular (1)**
10:13
**regularity (1)**
280:5
**regularly (2)**
85:19;160:22
**relate (3)**
64:18;216:17;
316:15
**related (5)**
62:13;137:1;
142:18;209:5;237:21
**relating (1)**
216:14
**relations (7)**
21:5;96:13,18;
100:1;123:9;204:25;
266:14
**relationship (54)**
40:20;41:10;56:22;
92:5;98:5,8,9;99:3,4,
7;115:16;116:4,5,6,
11,14;118:4;121:5;
123:11;124:12;143:2;
144:20;145:19,22;

151:6;193:5;211:1,3;
214:8;240:19;253:18,
21;255:12;256:12;
260:25;261:4;268:1;
269:1,6,15;275:24;
276:11;277:1;278:24;
279:1;280:9;283:17;
308:2;318:24;319:12,
20;320:11,16;330:15
relationships (1)
283:22
relatively (2)
255:6;303:6
relaxed (1)
330:7
relay (2)
127:2,5
relayed (4)
59:21;122:24,25;
127:13
Relaying (2)
127:4;137:8
release (5)
92:16,18;179:10;
326:12,14
released (1)
86:13
releasing (1)
93:11
relevant (2)
209:25;210:23
relied (1)
90:20
relief (1)
136:6
reluctantly (1)
276:8
rely (1)
195:21
relying (3)
89:2,6,20
remain (2)
179:21;180:22
remainder (2)
47:5;61:11
remains (1)
84:10
remember (28)
66:16;73:16;74:9;
84:13;87:13;118:17;
122:20;123:2;125:18;
170:10;187:23;
215:15;220:11;241:4;
257:4;263:6;274:24;
291:19;292:3;293:23;
303:1,2,4;308:4,4;
323:7;329:3,6
Remi (2)
283:19,20
remind (2)
9:12;51:20
reminded (2)
119:10;254:7

reminder (1)
8:25
reminding (1)
52:8
removal (1)
80:22
remove (3)
82:11;142:1;323:3
removed (2)
142:9;238:22
removing (1)
80:15
render (1)
314:4
renewed (1)
222:11
repeat (2)
65:24;213:19
repeatedly (7)
65:21;76:24;78:6;
81:14;114:19;268:8;
294:10
repercussions (1)
216:15
repetition (1)
314:1
rephrase (1)
10:2
replace (1)
49:17
replaced (1)
223:3
Replete (1)
129:9
Report (84)
5:12;11:7;16:12,16,
21;81:14,16;92:13;
93:11;120:20;125:1,
13;128:7,8;129:8,12,
18;130:5;137:1,11;
139:14,15,16,21;
144:2,4;148:24;
149:2,6;151:12;
165:7;174:1;175:15,
18;176:15,17,24,25;
177:5,6,10,13;178:6;
179:10,19,25;180:22;
181:3,14;182:9,17;
183:2,13,21,23;
184:10,14;209:9;
214:16,17;237:3;
248:13,16;251:14;
252:8,11,16,18,19,20,
22;253:6,7,10,12;
254:15,18,19;255:20,
20;271:22;303:19,22;
304:5
reported (2)
84:15;100:22
reportedly (1)
217:20
reporter (6)
7:19;8:6;9:4;37:2;

108:12;330:22
reporting (1)
197:1
reports (3)
126:12;196:1;219:2
represent (15)
8:20;24:24;39:9;
53:7;59:8;63:13;72:9,
13;82:3,4;105:21;
217:17;218:10;
230:15;314:10
representation (2)
87:4,7
representative (3)
167:18;168:20;
170:9
represented (4)
92:15;105:2;203:1;
229:15
representing (2)
104:15;229:18
represents (1)
93:2
reprimanded (1)
311:13
Request (25)
5:24;26:24;72:11;
76:13;77:2,24;78:16;
84:9;113:1;153:17;
159:3;176:14,19;
177:2,9;182:8;194:6,
12,16,19;200:1;
213:4;216:14;237:1;
286:11
requested (4)
24:25;177:14;
214:7,9
requesting (1)
181:13
requests (4)
66:1;76:16;194:9;
216:12
require (1)
315:20
required (1)
233:16
requires (5)
88:14;89:10,12;
91:7;313:22
requiring (1)
214:17
re-read (1)
215:5
research (1)
243:16
resented (1)
236:2
resentment (1)
268:19
reservations (1)
61:6
residence (2)
40:8;328:18

resident (12)
13:24;14:3;167:19,
20;168:21,23;169:9,
11,12,20;174:5;
188:24
resolution (2)
155:20;305:22
resolved (4)
152:18;252:25;
281:1;298:13
respect (6)
51:3;272:23;
299:23;302:22;305:5;
307:13
respectful (20)
27:3,15;29:25;
30:15;33:4,9,12;
38:23;42:25;43:4;
44:2;45:3;47:22;
49:19;51:21;62:3;
79:17;158:11,13,21
respond (5)
19:3;76:16,19;
125:9;259:14
responded (6)
65:6;124:20;128:3;
132:14;254:10;256:2
responding (2)
56:3;237:15
response (32)
26:1;27:2,9;37:1;
40:18;41:21;43:24;
45:16,24;55:1;63:17;
64:8;76:13,20;78:4;
79:4;124:5;136:12;
151:16,17;194:8,19;
201:6;212:22,23;
216:18;217:6;234:11;
251:2;252:15;268:14;
299:6
responses (5)
19:3;174:11;
216:12;226:7;319:5
Responsibility (4)
171:16;174:25;
202:19;310:1
responsive (1)
216:20
rest (3)
64:18;134:11;243:8
result (7)
15:14,15,17;62:14;
106:6;209:19;276:3
resulted (2)
115:21;305:10
resulting (1)
208:16
results (1)
257:6
resume (1)
23:3
retail (1)
316:19

retained (3)
241:18,21,25
retention (1)
226:16
retire (1)
246:3
retirement (4)
305:24;324:21,25;
325:6
retrieve (1)
196:19
return (1)
84:10
returned (2)
76:4;100:16
returning (1)
84:11
reuniting (2)
160:2,4
revealed (2)
112:20;203:14
reverse (2)
28:10;33:6
review (8)
11:1,3;189:6;
200:23;201:11;
206:21,22;314:1
reviewed (9)
166:6;173:23,25;
185:13,19;196:6;
278:18;281:15;282:2
reviewing (1)
17:21
rhetorically (1)
251:3
Rick (3)
179:7;217:9;229:15
rid (2)
301:2,16
ridiculous (1)
300:3
right (104)
10:17;15:18;16:21;
18:14,21;38:4;39:5;
49:16;50:11;53:9;
54:1;56:10;63:1;
67:20;83:12;88:23;
91:18;95:11,24;
100:25;103:3,13;
104:7;105:24;114:4;
126:16;127:1;128:19;
132:12;146:3;152:25;
153:12;162:25;
165:18;171:2;172:19,
22,22;175:8,22;
180:13;182:7;183:20;
188:16;193:4;195:13;
209:7;215:3;216:11;
225:23;235:17;
239:15,16;241:2;
243:21;245:22;247:4;
248:3;250:16;251:17;
252:13;253:21;

Scott Ballock v.
Ellen Ruth Costlow, et al

Scott Ballock
April 19, 2019

258:22;260:16,25;
262:14;264:23;265:5;
267:21;268:23;
269:13;273:19;
274:18,23;275:3;
277:10,15;279:4;
281:13,13;283:12,16;
284:11;287:13;288:7,
13;289:8,20;290:8,
24;291:6;294:16,17;
295:12;297:12,25;
299:17;300:13;301:8;
302:20;316:8;325:3;
330:15,22
**right-hand (7)**
72:21;157:1;166:3;
192:8;217:13;218:25;
221:1
**rightly (1)**
284:20
**rights (9)**
87:18;88:20;89:2,
19;103:15;104:1;
150:13;305:24;
330:24
**rinse (1)**
59:19
**rinsing (1)**
59:19
**risk (6)**
74:23;81:9;189:14;
313:25;324:5,14
**Road (1)**
7:11
**robberies (1)**
13:19
**roles (1)**
33:7
**roll (1)**
136:13
**romantic (2)**
118:4;283:17
**Romeo (2)**
245:13,14
**Ronnie (4)**
7:14,23;130:1;
282:16
**room (8)**
74:1;161:15;
174:13;241:5;287:10;
290:11,12;312:10
**routine (1)**
13:23
**routinely (1)**
137:22
**Royer (1)**
283:20
**ruin (2)**
79:8;297:2
**Rule (1)**
168:15
**rules (2)**
168:3,12

**ruling (3)**
76:3;87:23;292:17
**run (3)**
141:15;217:21;
328:22
**runs (1)**
16:1
**Ruth (3)**
7:13;8:1;262:22

**S**

**sabotage (2)**
239:21,22
**safe (3)**
83:25;161:16;
291:18
**safety (5)**
49:24;104:16;
134:2,3,7
**saith (1)**
331:6
**salacious (4)**
129:10,18;131:1,8
**salary (1)**
226:5
**sale (1)**
208:16
**sales (1)**
226:11
**same (24)**
9:1,16;23:10;59:21;
75:23;120:3;123:12;
133:19;138:7;140:10,
13;199:12;205:25;
212:6;255:17,17,24;
260:16;263:1;265:2,
12;273:4;284:4;
324:15
**sample (2)**
48:25,25
**sanctioned (1)**
184:1
**Sandy (2)**
290:21,22
**sat (2)**
36:8;239:10
**Saturday (1)**
235:8
**save (9)**
26:14;32:25;65:23;
66:3;68:11;258:10;
279:2;319:7;320:24
**saved (3)**
321:3,5,7
**saving (3)**
35:12;160:2;321:11
**saw (11)**
69:1,6;83:25;98:17;
120:14;127:17;154:8;
218:17;236:5;293:17;
322:17
**saying (37)**

27:10;29:24;30:14;
31:9;36:8;47:3;58:4;
77:13;78:8,25;93:15,
16,17;111:12;132:17,
19;151:14;161:14;
163:14;181:17;
182:10;212:6;214:4;
246:19;247:18;
249:18;250:20;253:5;
270:16;279:15;
285:22;293:11;
295:21;296:18,22;
304:5;313:8
**scale (2)**
106:7;307:2
**scars (1)**
136:14
**scene (4)**
213:24;214:18;
256:2;293:6
**scenes (1)**
193:11
**scheduled (1)**
85:19
**S-c-h-l-o-b (1)**
102:2
**Schlobeim (4)**
101:20,22,23;102:2
**school (24)**
35:21;46:13;98:1,1;
147:10,10,11,19;
148:7;149:23,25;
168:18;234:19;
239:11;244:3;245:5,
13;265:17,17;271:3,3,
5;280:7;282:20
**schooling (1)**
239:13
**schools (3)**
243:17,24;244:1
**scope (4)**
95:7;99:13,18;
146:19
**Scott (53)**
5:13,20;7:9,12;8:3,
9,17;41:15;42:14;
73:10,12,13,15;84:9;
92:24;93:13;103:2,
14;105:16,17;109:9;
113:16;135:18;141:1,
1,2,5,11,15,18,19,21,
24;142:9;146:17,23;
147:3;152:7;160:23;
163:4;210:2,3;
246:14;259:6;264:8;
274:5,6;275:12;
281:24;288:11;290:9;
317:21;331:2
ScottBallock@yahoocom (1)
25:22;72:14
**Scott's (4)**
94:13,15;142:5;
284:19

**scream (1)**
37:7
**screamed (1)**
270:6
**screaming (2)**
135:5;277:24
**screen (1)**
19:6
**screenshot (2)**
72:20,24
**screw (1)**
95:13
**screwed (1)**
284:23
**scribbled (1)**
257:8
**scribbles (2)**
126:11,22
**se (6)**
76:7;100:9;168:5,7,
12;182:1
**seal (2)**
178:7,10
**sealed (3)**
179:19;180:3;
182:19
**sealing (2)**
181:2;182:17
**Sean (29)**
55:21,24;56:1,3,14;
57:2,9,17,20;58:4,8;
67:15,17;68:8;69:8,
19;232:4,8,18,21;
233:1,19,21;234:1;
240:5;318:24;319:1,
2;321:4
**S-e-a-n (1)**
232:5
**search (3)**
98:22,22;275:15
**searched (1)**
275:5
**searching (3)**
16:2;275:6,7
**Second (41)**
5:17;26:22;30:24;
32:24,25;50:13;
63:15;78:4,19;84:8;
90:10;96:16;102:10;
108:17;109:8;129:24;
130:20;133:2;134:19;
135:13,21;163:16;
175:23;176:11,12;
180:13;185:11;
191:16;193:10,10;
194:8;199:5;201:23;
213:11;217:19;221:5;
225:2;243:12,12;
248:4;285:6
**second-guess (1)**
110:8
**second-to-last (1)**
173:19

**Secore (2)**
219:23;220:3
**Section (5)**
81:5;109:12,13;
154:15;167:6
**secure (3)**
159:3,4,18
**security (6)**
84:14;174:13;
274:10;291:15,16;
306:19
**seduced (1)**
261:22
**seductive (1)**
279:10
**seeing (32)**
17:22;18:4;19:6;
20:3,7;21:11,13,16,
17;22:12,23,25;23:7,
8,14;41:16;116:24;
123:6;124:14;125:21;
126:6;128:9;165:2,8;
198:14,16;207:15;
218:15;220:13,17;
262:22;292:3
**seek (1)**
263:15
**seeking (4)**
40:4,24;183:22;
286:19
**seeks (1)**
183:20
**seem (2)**
330:5,5
**seemed (1)**
243:13
**seems (3)**
237:6;304:18,20
**self-incrimination (1)**
103:3
**self-taught (2)**
315:3,4
**send (21)**
16:16;31:10;40:4;
42:1;48:19;53:14,15;
59:11,25;75:19;
107:2;117:21;161:8;
163:11,12,22;200:14;
210:13;234:1;313:14;
330:22
**sending (6)**
26:25;27:25;43:8;
65:6;72:15;271:4
**Senior (8)**
21:15;152:15;
154:23;167:20;
169:11,19;185:12;
186:14
**seniority (2)**
107:3;108:4
**sense (6)**
53:18;64:19;
118:24;119:9;208:23;

Min-U-Script®
Sapphire Court Reporting LLC   304-476-7553
www.sapphirecr.com
(29) right-hand - sense

Scott Ballock v.
Ellen Ruth Costlow, et al

311:11
**sent (65)**
26:2,9,17;28:25;
29:5;30:24;31:8;
37:14,21;39:10,12,18;
40:11;43:24;48:3;
53:8;54:3;59:9;61:3;
62:11;63:13,17;64:5,
6;65:2,10,13,20;
67:10,16,19,19,25;
68:2;69:7;70:10;
75:24;76:3;77:13;
99:15;100:4;115:20,
25;130:16,17,23,23;
145:9;158:9,19;
161:6,22;162:18;
163:14;200:2;230:23;
243:15;247:11,15;
248:17;265:6;311:13;
319:1,2;327:13
**sentence (14)**
32:25;51:4;52:7;
103:14;173:19;
185:12;193:10,11,22;
196:3;198:20;220:7;
324:17,18
**sentences (1)**
243:15
**separate (10)**
22:15;23:16;24:1;
62:12;235:25;242:4;
267:3;276:7;280:10;
285:25
**separated (20)**
22:21;24:14;29:3;
53:10;66:8,12;68:1,
10;74:11;117:1;
159:8;219:6;239:15,
17;267:2;276:24,25;
277:5;285:14;328:23
**separating (1)**
276:21
**separation (9)**
138:13;192:24;
199:6;220:21;270:19;
273:21,25;321:12;
323:19
**September (56)**
22:15,22;24:1,13;
29:1,4,5;30:6;43:15;
66:17,18;85:7;
102:23;103:12,20,23;
105:22;140:6;155:15;
160:21,21;188:19;
205:16,16;208:19;
211:5;218:24;219:7;
241:12;269:11;
276:21,25;277:7,13;
281:14;282:10,13,19;
285:13,14,17,19;
286:25;306:8,8,9,12,
13;309:19;323:12,14,
14;325:1,10;328:23;

329:20
**sequence (2)**
105:2;207:11
**sequencing (1)**
145:20
**Sergeant (54)**
91:22;92:8;93:16;
94:6,16,18,21;95:6,9,
16;96:9;98:17;99:15,
17;101:7;122:7,8,12;
123:4,14,17;124:3,8,
18;125:23;126:1,5,11,
14,24;127:3,18,23;
140:8,11;142:20;
144:16,22,24;145:3;
146:5;148:23;149:24;
150:9,11,14,14,15;
151:2;195:7,9,9;
214:25;320:19
**series (3)**
59:1;63:9;66:19
**serious (4)**
134:7;225:19;
257:3,5
**serve (6)**
139:9;167:17,23,
24;168:2;324:16
**served (5)**
134:4,8,12;147:9;
148:6
**serves (1)**
314:18
**service (2)**
168:4,17
**Services (1)**
58:12
**session (8)**
220:20;224:11,14,
15;225:2,4,5;297:8
**sessions (5)**
199:23;200:11;
223:22,25;308:12
**set (10)**
25:13;135:18;
194:8;207:14;220:9,
10;238:19;251:3;
273:5;312:10
**settle (1)**
276:2
**settlement (6)**
242:3,3;297:20,22,
24;298:2
**seven (1)**
146:20
**several (11)**
36:2;39:6;107:12,
14;108:8;114:7;
219:4;225:12;230:21;
234:12;265:10
**severe (1)**
119:21
**sex (38)**
20:24;32:6;33:3,8;

36:4;57:4,21;58:23;
69:22;70:3,5;71:23;
73:18;98:13;116:18;
120:7;127:15;131:19;
148:20;172:2;201:16,
24;202:1;205:2,6;
240:2;258:1;262:23;
268:2,9;272:22;
273:3,23;274:3;
275:4,19;279:18;
322:11
**sexual (35)**
21:5;57:4,18;58:18;
68:17;69:2;75:2,6;
92:4;98:7,9;112:20;
116:5,6;121:4;123:9;
124:12;133:18;148:9,
21;151:6;204:23,25;
205:9,22,23;214:8;
236:17;240:1;260:23,
24;263:10;267:25;
268:20;275:24
**sexuality (2)**
57:19;279:18
**sexualized (2)**
205:11;271:25
**sexually (3)**
70:5;235:18;236:3
**Sgt (1)**
5:11
**shall (10)**
94:8,9,12,14;95:17;
146:6;250:4,11,12,17
**Shapiro (6)**
197:8,9,10,12;
202:22;203:1
**share (16)**
51:6;57:9,10,12,13;
68:21;69:11;74:25;
127:22;183:10;217:5;
235:9;276:17;281:5;
295:22;308:6
**shared (19)**
12:12;19:19;68:4,5,
6;69:16;74:21;92:22;
96:14;127:14;183:7,
13,18;189:12,20,21;
206:15;269:16;
277:16
**sharing (2)**
250:23;258:8
**Shawn (2)**
82:6,6
**shells (1)**
22:5
**sheriff's (1)**
119:8
**shift (1)**
118:16
**shit (1)**
258:2
**shock (1)**
241:13

**shocked (3)**
34:19;126:20;
277:18
**shook (1)**
290:12
**short (19)**
30:7;46:6;52:16,21;
78:12;80:3;85:1;
90:13;129:1;136:5;
171:6;197:18,23;
230:8;251:8;266:3,8;
303:6;318:8
**shortly (7)**
24:14,15,16;
145:23;159:8;167:13,
17
**shoulders (1)**
9:8
**show (12)**
35:6;55:11;58:17;
88:5;130:5,7;173:18;
174:3;188:22;274:3;
282:22;291:4
**showed (7)**
77:6;92:15;160:25;
170:9;185:15;259:21;
260:24
**shower (1)**
23:25
**showing (1)**
78:13
**shows (4)**
57:3;97:5;121:19;
189:7
**shrink (1)**
226:15
**shrug (2)**
9:8,10
**shrugged (1)**
141:10
**sic (3)**
122:8;255:4;272:12
**side (11)**
28:2;57:4,18;58:19;
99:10;104:3;105:4;
149:12;237:13;
289:18;295:8
**sides (2)**
93:3;98:10
**sift (1)**
314:23
**sign (9)**
157:9;200:23;
300:11;301:11;324:3,
11;326:12,14;331:5
**signature (2)**
108:22;174:9
**signed (20)**
108:25;109:6,16;
111:12;156:20;
157:11;164:1;191:15;
197:6,7;201:2;
202:23;216:25;

245:21;246:6;247:5;
298:6;299:1,14;300:7
**significant (1)**
208:1
**significantly (2)**
281:13;306:23
**silly (1)**
269:25
**silverware (1)**
59:18
**simple (3)**
41:14;77:9;78:2
**simply (4)**
27:4,17;28:11;
128:1
**single (2)**
115:6;126:11
**sinned (1)**
60:19
**Sins (1)**
60:15
**sister (3)**
235:23;262:19;
315:7
**sit (4)**
10:17;78:11;295:8;
313:8
**sit-down (2)**
78:14;295:17
**site (1)**
278:14
**sites (1)**
232:15
**sitting (3)**
95:23;146:21;
163:20
**situation (4)**
110:21;152:16;
237:15;317:2
**Six (3)**
40:22;105:7;260:8
**skill (1)**
314:25
**skillful (1)**
139:4
**skills (1)**
314:20
**skip (3)**
199:4;210:1;213:1
**skipped (1)**
190:17
**slanderous (1)**
204:22
**sleep (3)**
23:24;219:17;330:9
**sleeping (2)**
221:25;284:16
**sleepy (1)**
36:6
**sleeves (1)**
136:13
**slept (1)**
271:6

**Sapphire Court Reporting LLC   304-476-7553**
**www.sapphirecr.com**

Scott Ballock v.
Ellen Ruth Costlow, et al

Scott Ballock
April 19, 2019

smacking (1)
270:13

smacks (1)
98:5

small (1)
82:19

smart (1)
43:25

smart' (1)
219:3

smashing (1)
215:14

smile (1)
241:16

Smith (1)
196:25

social (1)
306:19

socialization (1)
276:18

socialized (1)
272:12

soft-spoken (1)
330:11

sold (2)
63:2;274:9

solely (1)
195:21

solicited (2)
249:4,15

soliciting (2)
20:9;250:5

somebody (8)
101:3;148:20;
211:17,24;257:18;
281:6;290:5;301:2

somehow (3)
96:13;150:19;
274:22

someone (17)
16:20;32:8;89:13;
93:22,23;97:25;98:1;
115:15;141:6,8;
143:3;151:21;158:22;
193:2;273:17;317:3;
328:14

someone's (1)
16:1

sometime (3)
159:9;210:8;269:11

somewhat (1)
266:3

somewhere (4)
242:14;273:5,11;
286:6

son (9)
51:19;52:4,5;64:13;
245:4,8;262:10;
270:20;297:6

son's (1)
57:6

Soo (3)
15:12;16:23;17:1

S-o-o (1)
15:12

soon (4)
111:19;144:13;
248:22;264:1

sooner (1)
325:11

soon-to-be-ex-daughter-in-law (1)
123:6

sophisticated (2)
244:17,19

sorry (42)
11:11,13;18:14,21;
28:4;31:20;33:23;
34:24;71:4;96:22;
100:20;105:1;113:10;
122:5,11;132:12;
133:2;134:2;138:16;
153:12;172:23;179:6;
184:25;186:7,20;
187:7;188:9;214:4;
219:12;262:8;277:9;
283:1;288:1,12;
296:2;301:21;318:2,
19,21;322:20;325:5,9

sort (10)
70:6;88:5;127:15;
256:22;273:10;291:5;
294:23;304:20;
307:21;320:5

sorts (8)
127:21;147:2;
193:8;212:6;219:21;
244:8;271:2;319:21

sought (2)
181:6;328:5

soul (2)
30:8,15

sound (1)
105:24

Sounds (4)
52:18;243:22;
287:4,6

source (1)
154:2

south (2)
31:24;218:18

speak (12)
11:10;49:16;50:11;
91:2;118:8;126:1,5;
127:12;128:6,8;
246:8;318:18

speaking (5)
14:12;16:20;63:3,5;
64:23

Special (3)
13:14,15;14:12,22;
89:12;157:15,16,22,
23;186:14,24;194:5;
201:1

specific (1)
204:9

specifically (12)

20:6;26:7;66:16;
117:10;118:8;139:2;
144:10;146:10,12;
185:18;211:4;214:2

specifics (1)
263:6

spell (4)
44:23;101:25;
154:10;232:5

spelled (2)
44:14;49:13

spend (3)
23:19;235:15;
268:15

spending (1)
55:7

spent (3)
231:6;235:13;
238:24

spiraling (3)
65:21;66:2,4

spoiled (4)
60:25;234:15,16;
235:10

spoke (17)
29:12;33:16,19;
44:4;45:6;47:25;
51:24;62:6;112:17;
128:10;147:22;195:7;
210:11;219:22;
232:17,17;294:10

spoon (1)
270:14

spreading (1)
63:6

Spring (3)
281:25,25;323:18

sprinkles (1)
120:12

squad (1)
13:18

square (3)
235:6,6;262:24

Sr (1)
211:5

SSRA (1)
185:16

stabbed (2)
215:16;255:17

stack (1)
178:19

stalked (2)
211:8,10

stalking (1)
279:24

stand (2)
9:2;266:2

standard (7)
109:22;126:16;
133:4;219:13;323:22,
23,24

Standards (2)
193:23,25

stands (4)
165:25;217:18;
266:4;309:25

start (11)
13:10;23:4;52:15;
63:11;85:14;219:12;
230:20;232:8;260:25;
288:10;292:14

started (10)
13:12;14:23;15:19;
19:8;23:8;117:6;
206:4;263:23;272:3;
321:13

starting (1)
186:25

starts (1)
50:18

State (83)
5:12;7:13,13,14,20;
8:15,21;72:10;74:19;
75:11;82:5;88:13;
91:12;96:5;97:19;
99:23;100:2,23;
102:17;103:5;104:9;
109:10;112:21;
118:23;119:1,3;
121:13,14;123:6;
124:4;125:4;128:3;
130:6;141:8;143:20;
148:8,18;158:9;
159:16;164:24;165:5,
14;166:16,17,19;
167:6,17,19;172:8,9,
13;174:4;188:23;
189:7,10,12,18,20,21;
190:1,5;193:23;
194:4;195:1;196:24;
203:12;211:2,21;
214:6;217:23;225:5;
231:22;243:14;
246:16;254:10;
255:10,24;256:8;
282:17;288:16;
290:10;293:7;301:3

stated (8)
47:7;76:14;139:2;
149:23;201:3;237:24;
246:25;248:25

Statement (37)
5:13,20;104:1,7;
109:17;111:12,22;
112:5;130:2,9,10;
131:13;137:6;150:25;
156:21;157:13,15;
159:25;164:1,5;
173:6,14;184:24;
185:2,23,25;198:7;
200:15;201:2;245:20;
247:1,5,6,7;256:19;
266:11;324:11

statements (7)
93:17,18;137:12,
15;138:2;139:5;

213:23

States (10)
7:16;58:13;89:8;
172:7;181:13;207:2;
218:3;245:2;246:14;
247:9

stating (2)
28:2;190:12

stationed (1)
284:10

statistics (1)
243:16

status (1)
206:18

statute (1)
141:5

stay (3)
57:14;69:14;206:3

stayed (2)
24:3;308:2

Staying (2)
231:18;261:3

STB (1)
108:20

stealing (3)
80:15;81:2;225:8

stenographer (1)
308:18

step (4)
83:16;107:22;
290:6;305:8

stepbrother (2)
57:5;68:19

stepped (1)
83:16

Steptoe (1)
7:10

Steve (2)
219:23;220:3

stick (1)
33:1

still (34)
33:15;48:7;58:10;
59:24;67:17;70:22;
71:15;83:11,12;
98:21;133:25;143:12;
156:12;158:19;160:1;
167:8;187:18;196:20;
203:1;208:13;210:21;
222:16,25;223:9;
226:1;271:1;280:9;
286:15;303:25;304:2;
305:24;322:3,13;
324:20

stink (1)
141:14

stinks (1)
120:25

stole (1)
63:2

stolen (2)
121:15;274:9

stomach (1)

330:9
stood (3)
    83:10,13;286:3
stop (36)
    23:2,2;40:14;42:4,
    22;43:9;45:16,17,21;
    46:2,3,11,15;52:7;
    55:2;59:3,7,12,22;
    64:5,7;65:4,9,12,14,
    17,21;69:2,5;76:25,
    25;234:21;237:11;
    247:11,18;292:14
stopped (3)
    223:23;237:5;
    282:18
stopping (1)
    84:19
store (6)
    226:16;315:21,22,
    23,25;316:1
stories (5)
    127:19;179:17;
    180:20;234:23;
    277:23
story (8)
    100:6;104:3;121:7,
    16,17,19;138:25;
    203:6
Stout (3)
    5:6;75:18,22
straight (1)
    245:5
straightened (1)
    21:23
strained (2)
    240:19;319:11,20;
    320:11
strains (1)
    194:25
strategies (2)
    192:12;193:1
strategy (2)
    199:15;200:17
Street (10)
    7:4;11:15,25;12:6;
    43:25;118:21;119:5;
    270:4;329:6,7
stress (2)
    121:20;221:25
stressed (1)
    330:12
stressful (2)
    64:12;239:19
stressors (1)
    224:7
strike (2)
    11:23;146:4
strip (1)
    239:2
strong (1)
    244:24
stuck (1)
    243:17

student (2)
    245:5;265:12
studies (2)
    12:21;13:1
stuff (3)
    81:20;165:23;
    278:16
subject (20)
    12:20;29:1;30:7,25;
    31:20;32:22;38:8;
    45:11;48:5;49:8;53:4;
    60:15;61:3;62:11;
    80:13;132:14;159:14;
    272:22;279:24;296:1
subjected (1)
    280:2
subjective (2)
    221:5,20
submission (8)
    174:24;176:8,23;
    192:4;197:6,8;
    202:18;203:7
submit (8)
    109:17;178:11,14,
    15;179:5;180:9;
    181:21;194:15
submitted (16)
    111:11;112:4;
    175:18;176:18,21,23;
    178:2,16;180:10;
    194:6,11,20;197:12;
    252:15;253:2;299:12
subscribed (1)
    157:5
subscription (1)
    318:15
subsequent (2)
    267:19;298:15
substantiated (1)
    90:5
Sue (3)
    170:2;188:10,11
sued (1)
    246:4
suffer (1)
    313:2
suffered (6)
    52:2;63:23;209:16;
    216:15;252:2;305:4
suffering (2)
    33:15;209:11
suffers (2)
    119:21;226:16
sufficed (1)
    41:15
suggested (1)
    146:17
suggesting (1)
    64:1
suggestion (2)
    237:1;273:11
suggestions (1)
    143:4

suicidal (2)
    57:12;135:9
suicide (2)
    35:25;57:13
suit (7)
    112:2,3;165:5;
    189:9;203:14;241:23;
    300:20
Suite (1)
    7:11
suits (4)
    83:1,1,5,15
sum (1)
    80:14
Summer (47)
    12:2;17:16,19;
    21:18;22:12,18;23:6;
    34:16,22;35:18,19,20,
    23;36:1,1,6,7;37:8,8,
    10;49:12;76:14;
    78:24;161:15;192:25;
    199:7;211:20;212:6,
    7;225:6;253:19;
    262:19;263:2;269:12;
    271:2,21;272:3,8,11,
    13,19;280:6;321:25;
    322:21;323:5,10;
    330:16
Summer's (1)
    276:18
Summit (4)
    12:11;24:4;208:18;
    213:10
summons (3)
    88:4,11,15
sums (1)
    77:11
Sunday (2)
    45:12;53:3
superior (1)
    144:22
supervise (1)
    169:14
supervisor (14)
    15:5;10,16,16;16:4,
    6,24;50:1,10;170:2;
    187:24;214:12;243:6,
    8
supervisors (2)
    265:6;304:15
supervisory (8)
    14:22,25;157:14,
    16;169:11,19;185:12;
    186:15
supplement (3)
    162:8;191:11;326:3
supplemental (1)
    207:13
support (10)
    145:7,16;178:3;
    203:15;206:22;
    212:13;215:23;228:5;
    317:12,15

supporting (1)
    212:19
supposed (8)
    39:20,23;93:1;97:2;
    170:8;243:3,9;256:8
supposedly (1)
    195:20
sure (38)
    9:14,15,22;14:2;
    28:5;33:21;50:5;
    55:19;65:25;97:15,
    17;103:8;104:11;
    112:12;120:25;
    133:12,15;147:25;
    149:24;150:1,1;
    157:6;168:23;175:1;
    207:10;212:2;216:8;
    229:2;231:11,18;
    251:3;261:5;264:1;
    275:21;279:21;
    287:20,23;310:21
surely (1)
    94:2
surmise (1)
    297:12
surmised (1)
    200:6
surprise (5)
    150:3;255:23;
    280:18;282:25;
    320:21
surprised (6)
    95:20;98:8,12;
    100:2;126:20;140:2
surrendered (1)
    196:4
surreptitiously (1)
    141:20
surveillance (9)
    113:2;153:15,23,
    24;213:17,21;215:25;
    216:3,6
surveilled (1)
    216:8
surveilling (1)
    213:6
suspect (9)
    89:9;91:8;99:19;
    110:12,15,17,21;
    111:3,7
suspected (1)
    55:17
suspects (1)
    14:13
suspend (1)
    304:23
suspicion (3)
    255:14,14,23
suspicions (2)
    19:18;150:4,6
suspicious (1)
    19:20
SUV (2)

239:18;271:9
swear (1)
    291:3
Swick (6)
    197:8,9,10,12;
    202:12;203:1
switch (1)
    248:22
Sworn (12)
    5:13,20;8:11;
    156:20;157:4,14;
    159:25;164:1,5;
    185:23;198:6;201:2
swung (1)
    267:6
syndrome (2)
    252:2,5
system (2)
    143:13;325:7

## T

table (1)
    312:11
tact (1)
    310:14
tail (3)
    92:25;93:13;147:5
talk (45)
    9:18;16:13;52:3;
    57:1,18,20;63:10;
    77:8;78:1,2,5,9,11,16;
    94:22,25;104:2;
    114:20;125:13;
    132:24;136:21,22;
    149:13;164:9;166:14;
    167:14;180:18;195:6;
    200:3,5,13;201:1,22;
    211:6;240:21;257:21;
    261:6,24;285:6;
    294:11,11;299:25;
    307:23;313:9;323:16
talked (16)
    52:5;56:14;128:11;
    135:2;149:4,8,9,9;
    158:24;200:12;
    236:25;245:8;249:19,
    20;257:18;276:12
talking (37)
    9:7;57:4,6;58:18;
    68:16,18;77:9;96:21;
    105:6;143:6,8;148:1,
    17;162:17,23;165:1;
    180:14,16;195:14;
    229:10;232:2;237:14;
    241:22;250:2;257:9;
    264:8;266:21;274:4;
    275:9;285:19;293:21,
    22;297:25;308:7;
    310:25;312:16;317:6
talks (1)
    186:2
tape (4)

Scott Ballock v.
Ellen Ruth Costlow, et al

Scott Ballock
April 19, 2019

150:19,23;151:1;
248:22
**taught (1)**
243:18
**taxes (1)**
226:14
**Taylor (2)**
272:13,18
**TB (2)**
5:11;122:6
**teacher (1)**
147:10
**teaching (1)**
265:17
**team (2)**
259:25;260:1
**techniques (2)**
192:15,17;199:8
**technology (1)**
314:25
**telephone (8)**
69:15;122:7;
160:23;161:8;163:25;
164:3;281:19;292:12
**telling (14)**
10:22;58:7;62:18,
23;81:9;117:20;
127:20;202:5;211:13,
14;225:18,19;265:14;
277:22
**tells (2)**
46:1;124:11
**Temporary (1)**
5:22
**ten (1)**
116:25
**tend (1)**
35:22
**tens (2)**
228:17;238:13
**Teresa (1)**
161:12
**term (3)**
59:16;146:24;272:2
**Terminate (3)**
5:15,18;171:19
**terminated (5)**
175:11;306:1,5;
311:12,14
**termination (4)**
216:17;306:7;
309:19;314:2
**terms (5)**
98:18,22;138:8;
297:20;302:22
**terrible (2)**
52:8;276:16
**terrorists (1)**
14:20
**test (3)**
106:13,14;107:24
**tested (1)**
306:17

**testified (34)**
8:11;73:17;78:6;
80:11;93:19;95:24;
111:11;125:20;
126:13;143:7;149:24;
164:11;175:17;201:4;
203:24;210:18;
230:21;241:7;242:9;
295:18;304:12;
308:15;312:1;318:22;
319:10;320:22;
321:18,24;322:9;
323:13,20;324:12;
325:15,22
**testify (5)**
34:10;255:1;
321:25;322:4;324:19
**testifying (1)**
253:11
**testimony (14)**
10:20;92:13;
146:10;164:10,18,19;
177:1,1,3;184:20;
201:6,11;321:1;326:7
**texted (2)**
63:18;64:8
**texting (5)**
64:5,7;65:4,9,12;
282:10
**texts (26)**
26:25;27:25;40:4;
41:6;42:21;43:8;64:6;
65:2,6,9,11,20;90:23;
158:15;162:13;
163:16;247:18;
248:17;278:18,25;
279:24;281:10,12;
282:1;292:12;320:24
**thanked (1)**
35:11
**Thanksgiving (1)**
304:2
**theater (1)**
244:7
**Theft (6)**
80:13;81:3,14;
84:15;121:8,15
**theme (1)**
164:15
**therapists (1)**
307:14
**Therapy (6)**
218:14;313:6,7,8,
17;326:8
**thereafter (1)**
145:23
**therefore (1)**
136:9
**things' (1)**
219:4
**thinking (3)**
46:8;84:22;158:18
**third (18)**

50:16;55:10;60:3;
65:8,19;74:17;77:9;
88:25;134:19;136:3;
191:17;193:11,21;
198:20;203:10;
208:15;213:1;243:12
**third-grade (1)**
205:12
**third-to-last (1)**
193:22
**Thomas (1)**
8:17
**thorough (1)**
204:20
**though (20)**
47:7;81:19;83:11;
91:3;107:5;111:22,
24;128:6;141:24;
168:11;170:3;183:16;
234:25;239:8;241:24;
256:6,10;259:2;
305:23;324:19
**thought (33)**
19:25;34:18;48:21;
55:24;56:2;69:12;
70:10;77:18;86:23;
92:19;114:23;125:8;
146:14;147:17;
158:11;181:22;201:9;
203:21;212:10;216:7;
249:6,6;253:20;
261:16;263:19;
271:16;285:16;288:2;
300:3,4;303:25;
309:6;328:6
**thoughts (1)**
57:13
**thousands (7)**
26:11;63:23;
228:17;237:16,18;
238:10,13
**threat (4)**
63:1;68:24;75:7;
259:2
**threaten (4)**
219:9,25;225:17;
292:10
**threatened (8)**
219:3,5,22;225:11,
14;239:21,22;297:8
**threatening (9)**
58:19;62:21,23;
68:23;78:25;81:7;
141:13,18;225:20
**threats (2)**
23:24;219:10
**three (28)**
17:19,20;45:24;
46:2;48:6,15;50:1,2;
65:6;77:7;119:12;
121:10;137:4;151:10,
19;153:19;168:18;
176:24;227:19;

238:15,16;243:15;
264:16;267:21;
294:22;300:16;
306:21;310:11
**threw (1)**
142:6
**throat (2)**
34:6;270:22
**throughout (6)**
15:7;16:3;68:25;
119:18;235:3;323:24
**throwing (1)**
23:23
**throws (1)**
59:16
**thumb (9)**
274:12,13,19;
314:21;322:7,7,10,10,
16
**thus (1)**
229:13
**ticks (2)**
217:20;218:2
**timeframe (2)**
140:10,13
**Timeline (18)**
4:3;25:4;84:2;
102:10,21;105:13;
112:13,19;113:7;
114:17;123:22;152:1,
11;160:17,18;224:18,
19;262:8
**times (12)**
23:20;26:24;50:6;
64:8;225:12;230:21;
234:12;258:24;297:9;
309:15;327:13,16
**time-stamped (2)**
274:24,25
**timing (1)**
214:11
**Timothy (1)**
171:15
**tipped (1)**
288:15
**Tipton (5)**
118:20,22;119:4;
289:13,14
**tired (1)**
317:25
**title (3)**
13:13;304:14;
315:18
**Today (36)**
7:2;8:3,22;10:12;
21:9;25:12;26:18;
34:17;119:16;163:5;
166:10,15,25;167:14;
173:24;222:3;259:6,
9,15;263:7;266:2;
268:8;276:12;282:2;
283:10;288:8,17;
294:3;298:17;300:6;

307:7;308:19;311:20;
312:1;326:14;330:6
**Todd (2)**
7:25;144:5;230:15
**toenails (1)**
136:5
**together (12)**
198:10;239:2;
260:20;262:6;263:19;
269:17,20;280:1;
284:19;317:13,14;
320:18
**told (123)**
21:20;27:23;28:8;
34:9,17;35:5;42:4;
45:16;46:15;55:20;
59:12,22;61:7;9:63:3;
70:2,4;76:24;84:4,11;
85:25;86:4;90:7;92:3,
4;94:14;95:6;96:9;
97:14;99:20,25;
104:2;110:2,6;
111:18,24;113:4,7,8;
116:13;117:6,20,24;
118:10,13,15;120:5,
15;121:2,6,7;124:8;
132:9,16;133:14;
135:7;136:7,8;137:2,
8;141:11;142:5;
153:15;160:7,11;
169:21,25;170:1,22;
173:6,14;178:10;
189:23,25;190:6;
193:5,15,17;194:11;
198:23;200:13;
203:19;204:7,9;
205:4;211:7,20;
215:17;225:14;
236:14;246:1;248:5,
21;249:21;251:24;
261:17,17;263:12;
267:5;270:3;271:6,
12;273:21;276:6;
282:23;283:18;288:9,
16;290:13,14;292:2;
295:7,14,16;297:6;
299:19;300:25;303:9;
320:13
**tolerated (1)**
267:16
**Tom (9)**
122:8,10,11;210:4;
216:2;262:12,16;
314:16;326:20
**Tommy (22)**
12:2;17:16,20;34:4,
20;37:7,11;83:7;
262:14,15,17,17,18;
270:8,15,20;271:6;
293:11;320:3,4;
321:24;323:4
**tomorrow (1)**

Scott Ballock v.
Ellen Ruth Costlow, et al

Scott Ballock
April 19, 2019

220:9

**tonight (3)**
31:2,24;83:9

**took (22)**
8:25;43:3;48:16;
69:1;82:19;135:22;
151:20;154:25;235:2;
241:9;259:14;264:13;
272:20;277:23;
279:25;284:16;
290:16;297:16;
304:15;305:7;310:13;
315:10

**top (30)**
26:22;30:6,24;
31:19;39:17;42:16;
46:22;48:3;50:16;
55:9;62:10;66:24;
68:12;72:7;89:18;
91:18;107:5;113:16;
122:6;135:17;156:25;
158:25;159:1;175:25;
186:1;196:24;198:8;
209:3;212:17;213:16

**topic (3)**
259:9,10;279:5

**topics (4)**
146:17;210:25;
259:7,13

**total (4)**
39:9;65:13;86:16;
266:21

**touch (1)**
241:17

**tough (1)**
237:25;238:3

**tow (1)**
77:7

**toward (8)**
34:22;51:13;
265:24;267:6;268:19;
270:8,9;305:8

**Towards (5)**
9:16;45:10;90:8;
173:4;265:25

**town (2)**
32:5;218:18

**townhome (1)**
320:2

**track (3)**
34:25;57:11;90:19

**tracks (1)**
19:22

**traditions (1)**
243:19

**trained (2)**
16:14;153:25

**training (1)**
314:25

**transcribed (1)**
308:21

**transcript (8)**
9:5,17;177:1,3;

184:19;308:22;
330:22;331:5

**transfer (13)**
13:23;21:10;46:13;
105:18;106:21,22;
242:11;264:17;265:5,
7,8,11;305:13

**transferred (6)**
13:22;16:14;
106:19;218:16;264:7;
275:1

**transfers (1)**
305:22

**transgressions (2)**
55:3,4

**translate (2)**
9:10;223:17

**trauma (1)**
209:15

**traumatic (3)**
104:14;105:3;
239:19

**travel (1)**
235:4

**traveling (1)**
152:20

**treat (2)**
117:22;312:25

**treated (2)**
35:12;60:24

**treating (1)**
312:23

**treatment (2)**
325:16,19

**trial (8)**
92:11;181:9,11,11;
324:4,10,13,14

**trick (1)**
294:18

**tried (10)**
71:25;99:15;147:6;
240:6;270:21;280:1;
307:16;309:4;311:19;
317:10

**trip (1)**
294:19

**troll (2)**
33:8;38:23

**Trooper (66)**
7:13,14,14;92:6;
99:4,23;101:22;
112:21;113:1;115:9;
116:3,16;117:4;
118:3;123:7,8,15,19;
124:11,14;125:9,12,
15,15,21,24;126:1,2;
127:24;128:8;138:14,
18,24;140:15;142:14,
21;144:21;149:17;
150:3;151:24;165:2;
166:9;170:8;194:1,7;
195:4,20;196:9,13,15;
203:13,15;211:21;

212:14,20;213:22;
215:19,24;253:18;
296:6;311:17,24;
315:11;320:13,17;
321:20

**Troopers (24)**
7:23;72:21;85:25;
86:2,4;92:9;94:4;
100:2;119:1;121:14;
124:20;126:6,18;
140:17;145:4;148:19;
167:2,24;189:7;
211:2;291:24;294:5;
323:25;324:2

**trouble (6)**
11:12;144:24;
272:16;274:22;
284:24;311:3

**troubled (3)**
51:18;52:4,5

**truck (1)**
274:4

**true (29)**
81:19;120:13;
126:13;134:11;172:3,
4;173:9,20;179:20,
23;180:6;181:7,8,18;
182:17;183:3,4;
195:5;200:4;235:19;
244:10;250:10;252:3;
254:18,19;264:14;
279:22;282:12;
298:11

**truly (1)**
32:7

**trunk (1)**
291:18

**trust (2)**
82:10;162:10

**trusted (1)**
275:18

**Truth (6)**
60:18;120:12;
181:4;195:10;270:3;
272:14

**truthful (2)**
10:19;283:4

**truthfully (1)**
317:1

**try (12)**
9:9,17,19;10:2;
79:9;82:13,14;
143:13;288:13;296:6,
23;307:21

**trying (38)**
9:13,13;35:1,3;
41:1;53:18;63:5;
82:24,25,25;83:1,1,5;
97:6,11;98:17;
106:19;107:20;117:9,
11,16;123:11;136:16,
23;139:9;149:12;
260:1;277:8;288:11;

293:11;294:18;296:3;
297:2;298:1;299:20;
300:1;325:5;328:11

**tumultuous (1)**
330:17

**turmoil (1)**
51:19

**turn (8)**
47:3;61:2;152:25;
171:21;193:9;207:18;
229:25;281:3

**turned (6)**
78:24;278:10;
309:22;322:9;325:8,8

**turning (1)**
280:24

**TV (1)**
14:18

**Twice (1)**
309:16

**Twiggs (2)**
133:11,11

**Twin (1)**
218:13

**two (51)**
17:13;21:9,24;
23:16;29:3,6;38:17;
40:2,18,22;48:5;53:9;
56:15;61:8;64:10;
65:6;66:7;74:10;
94:13;115:6;117:1;
135:13;137:4;156:8;
159:8;182:25;185:22;
186:22;187:1;199:4;
221:23;230:5;239:9;
244:12;245:7,14;
254:5;259:8;260:19;
264:6,14;265:13;
268:4,6;270:5;
276:21;284:17,20,21;
300:14;318:5

**two-and-a-half (1)**
56:15

**two-sentence (1)**
161:14

**two-thirds (2)**
54:2;158:8

**type (2)**
122:17;224:11

**typed (2)**
114:2;200:22

**typically (1)**
207:21

**typing (1)**
135:8

**Typographical (1)**
40:1

**U**

**ugly (2)**
78:20;79:1

**ultimately (7)**

31:23;44:21;92:17;
220:11;231:11;
266:22;315:10

**umbrage (1)**
225:16

**unable (1)**
183:2

**unacceptable (2)**
270:19;271:2

**unannounced (2)**
40:8;211:6

**unarmed (1)**
189:13

**unattached (1)**
60:22

**unavailable (3)**
179:21;180:1,23

**unbeknownst (1)**
281:17

**unbelievable (1)**
137:23

**unbiased (1)**
93:1

**uncommon (4)**
124:25;128:5;
254:21;311:2

**unconcerned (2)**
97:22;115:2

**unconsenting (1)**
240:3

**uncover (1)**
118:5

**uncovered (2)**
118:2;195:23

**undated (1)**
303:19

**undeliverable (1)**
76:4

**under (28)**
9:1;14:3;30:20;
33:5,10;38:25;67:15;
81:22;82:9,10,16;
103:6,17,22;121:20;
167:6;186:13,13;
204:19;217:17;
221:20;224:11,14;
226:24;253:5;267:15;
268:18;302:6

**undercover (2)**
232:23;284:14

**undergone (1)**
221:21

**underlies (1)**
25:1

**underlined (1)**
298:7

**underlying (1)**
164:15

**Understood (11)**
9:11;10:11;109:21;
155:13;166:20,24;
167:3;174:3;200:22;
309:6;323:21

Scott Ballock v.
Ellen Ruth Costlow, et al

Scott Ballock
April 19, 2019

undertake (1)
179:15
undertook (1)
180:18
unfazed (1)
97:22
uniformed (3)
167:18;168:20;
170:9
unique (1)
51:8
Unit (7)
5:21;15:6;106:14;
107:19,25,25;193:23
United (4)
7:16;181:13;207:2;
245:2
universally (1)
61:25
University (1)
12:23;13:3;259:24
unjustified (1)
213:3
unlawful (3)
64:21,22,24
unless (8)
136:23;154:1;
163:15;187:22;
250:18,19;267:7;
299:13
unnecessary (1)
146:1
unprofessional (4)
97:1;98:4;150:3;
258:3
unprofessionally (2)
93:4;99:3
unpublished (2)
179:21;180:23
unreasonable (1)
225:10
unrelated (2)
177:25;210:4
unrepresented (1)
182:5
unseal (1)
176:15
unsealed (1)
183:21
unsealing (3)
92:12;181:14;182:9
unsubstantiated (6)
89:3;90:4,8,21,22;
91:1
untouchable (1)
258:25
untrue (1)
190:3
unusual (1)
256:19
unwanted (1)
327:20
up (95)

11:10;16:16,17,18;
20:1,4;32:4,13;35:6;
36:7,10;55:2;56:12;
60:11,12;63:13;65:4;
68:12;77:6;78:13;
79:7;80:14;82:2;
83:18,23;86:9;92:15;
98:21;105:7,11;
111:7;114:2;122:21;
123:2,24;125:1,12,16,
17,18;126:15;135:19;
136:8,13;138:6;
139:6;141:5;145:14;
147:18;152:13;153:8;
160:25;162:11;
165:19;170:9;176:10;
185:15;187:21;188:7;
197:18;200:22;
202:15;216:11;219:6;
220:9,10;223:24;
237:1;241:3;251:4,
23;253:15;255:3;
259:21;261:16;
268:23;270:2;271:4,
8;272:3;273:5;
276:15;282:21;
283:10;284:23;291:4;
294:19;315:5;316:12;
318:18;320:1,2;
322:14,15;326:24
updated (1)
48:24
upon (17)
34:22;92:18;95:22;
137:18;166:17;
178:16,24;182:5;
193:5;195:21;200:16;
205:23;247:2;256:15,
16;289:1;306:21
upper (7)
166:1;217:13;
218:25;220:25;224:2;
293:16,24
uppercase (1)
44:24
upset (5)
64:12;97:17;99:25;
271:18;276:6
upstairs (1)
290:16
USC (2)
81:5;167:6
use (31)
33:18;74:2;92:13;
93:23;102:19;146:24;
165:5;176:15;179:22;
180:1,7,11,23;181:8,
15,21;182:11,15,18;
183:21,23;233:3,8,11,
13,14;234:4;258:25;
286:13;317:18;318:4
used (22)
18:11,12;33:23;

57:15;73:4,15;173:7,
15;180:2,4,24,25;
182:12;192:12;
201:15;232:12,21;
233:6;279:20,22;
299:5;327:10
uses (2)
59:16;279:17
using (6)
35:24;65:17;
180:16;233:1;238:25;
253:8

**V**

vacation (3)
46:13;227:18,19
vacations (2)
77:10;235:2
vacation-wise (1)
22:9
vacillated (1)
61:14
vague (1)
104:13
vagueness (1)
216:19
value (1)
79:16
Van (1)
7:10
varied (1)
13:16
varies (1)
186:24
variety (2)
33:14;319:13
various (2)
199:8;228:13
vast (2)
281:12;282:7
VCMO (1)
13:18
Vegas (4)
264:7,18,23;265:11
verbal (4)
9:6;18:20;186:6;
322:19
verbally (1)
210:13
verbatim (1)
303:1
verify (1)
26:15
version (2)
87:15;175:25
vested (4)
91:24;92:9;94:4;
306:11
via (6)
69:15;84:9;156:3;
247:9;263:13;266:18
viable (1)

159:19
victim (25)
48:22;131:2,18;
132:2,13;133:5,8,10,
13,17,23,24;134:22,
24;135:6,12,15,17,20,
21,25;136:4,19;
137:6;141:16
victim's (1)
130:21
video (7)
20:18;272:22;
273:3;274:2,8;322:6,
11
VIDEOGRAPHER (29)
7:1,4;8:5;52:19,23;
80:1,5;84:24;85:3;
90:11,15;128:24;
129:3;171:4,8;
172:17,21,24;197:21,
25;230:6,10,17;251:6,
10;258:21;318:6,10;
331:1
video-recorded (3)
7:8;308:20;331:2
videos (11)
20:24;73:18,21;
131:20;132:25;
196:15;198:16;236:9;
272:24;278:7;312:19
videotaped (2)
172:2;273:24
videotapes (1)
258:9
view (1)
205:21
Vincent (2)
272:12,18
vindicative (1)
297:10
violate (8)
88:20;89:6,19;
97:13;143:3,5;
145:24;215:2
violated (12)
87:20;88:9;89:1,16;
91:6;150:11;167:9;
178:20,21;203:17;
215:4;225:18
violating (5)
97:6;98:18;143:2;
147:6;250:9
violation (5)
126:17;143:7;
144:7;211:7;214:17
violations (2)
13:25;109:14
violence (13)
35:23;71:24;88:4;
124:15,20,21;125:2;
189:14;214:23;
215:12;270:12;
271:22;280:3

violent (19)
13:17;22:4;23:23;
34:21;50:4;90:8;
124:5,21;128:3;
214:18;215:17,18;
248:3;252:1;254:8,
11;255:16;256:3;
270:8
Virginia (50)
7:5,11,17;14:23;
22:19;32:5;35:21;
82:4;97:19;99:23;
103:5;104:9;107:4,
21;109:10,12;112:21;
118:22;119:3;121:9,
12,14;128:2;141:5,7,
8;148:8,18;165:5;
166:19;172:8,9;
190:1;193:23;195:1;
203:12;211:2,20,21;
214:6;235:7;242:22;
243:18;245:6;246:16,
17;254:9;255:24;
256:7;293:7
Virginia/DC (1)
242:23
visible (1)
102:8
Vision (1)
227:14
visit (4)
46:19;188:23;
220:7;221:1
visited (1)
258:24
visiting (1)
77:16
visits (3)
41:7;43:13;209:13
voluminous (2)
281:14;327:10
voluntarily (2)
178:17;196:4
volunteered (4)
49:13;277:25;
278:3;287:20
Voorhis (1)
7:11

**W**

wagons (1)
145:5
wait (10)
69:24;71:2,3,10;
173:12;208:21,21;
285:22;293:23;
301:16
waiting (2)
117:22;288:21
waive (4)
103:2,14,25;150:13
waived (1)

299:22
wake (3)
  32:4,13;36:10
walk (2)
  271:13,16
walked (8)
  92:24;93:13;101:3;
  134:9;147:4;190:14;
  282:21;290:3
walking (2)
  22:4;178:22
Walnut (1)
  329:9
wants (7)
  83:7;95:10,13;
  97:21;226:18;279:11,
  18
warned (1)
  280:20
warrant (1)
  112:10
warrants (3)
  109:11;134:4;
  246:17
Washington (1)
  191:22
waste (1)
  79:13
watch (4)
  20:24;36:9;198:16;
  290:2
watched (2)
  73:18;245:13
watching (8)
  74:3,5;131:19;
  211:20,22,22,25;
  236:9
waterworks (1)
  281:4
Watson (3)
  5:16,19;203:3
way (44)
  33:16,20;39:1,19;
  44:4;45:5;47:8,25;
  51:24;54:2;57:15;
  60:10;61:8;62:5;63:5;
  75:23;95:7;99:16;
  117:9,11,16;141:7;
  145:6;158:8,14,23;
  160:8,24;192:9;
  208:15;234:5,8;
  253:3;261:16;266:7;
  270:5,5;277:2;279:9;
  280:19;300:11;
  306:15;311:13;
  328:10
ways (9)
  32:7,8;33:14;34:13;
  141:6;143:15;163:9;
  242:4;247:22
weapon (9)
  50:6;153:6,6;291:6,
  8,14,15;304:17;

305:20
weapons (1)
  291:12
wear (1)
  272:6
webmaster@mocfreepcom (1)
  48:4
website (11)
  18:12;97:3,16,23;
  98:19;142:1,8;210:5,
  19;241:22,23
websites (3)
  18:11;315:5;319:21
Wednesday (1)
  267:11
Wednesdays (1)
  280:13
wee (1)
  42:21
week (9)
  94:16;95:4;155:14;
  259:21,22;282:19,24;
  295:18,24
weekend (2)
  267:10;280:13
weeks (7)
  17:19,20;29:6;
  168:19;227:19;254:5;
  314:5
weighs (1)
  330:10
welfare (4)
  29:23;49:23;70:17,
  19
Wellbutrin (4)
  209:20;218:4;
  222:12;223:9
well-spoken (1)
  279:16
weren't (16)
  33:17;57:6;62:22;
  81:8;90:5;101:5;
  102:14;156:12,15;
  189:24;200:4;241:11;
  248:2,2;256:5;319:19
West (51)
  7:5,11,17;14:23;
  22:19;32:4;35:20;
  82:4;97:18;99:23;
  103:4;104:9;107:3,
  17,20;109:10,12;
  112:20;118:22;119:3;
  121:9,12,14;128:2;
  141:5,7,8;148:8,18;
  165:5;166:19;172:8,
  9;190:1;193:22;
  195:1;203:12;211:1,
  20,21;214:6;235:7;
  242:21;243:17;245:6;
  246:15,17;254:9;
  255:24;256:7;293:7
westcoasttwiggs (3)
  67:3;71:17;130:21

westcoasttwiggs' (1)
  67:20
westcoasttwiggs@yahoocom (2)
  66:25;67:11
What's (30)
  11:14;12:17,24;
  16:11;20:4;24:21;
  28:21;30:23;31:15;
  32:19;38:5;53:2;
  62:25;66:11;72:5;
  80:10;95:11;106:24;
  108:13;129:11;
  175:23;185:4;191:3;
  226:13;273:17;
  274:15;289:2,16;
  304:4;313:11
whatsoever (2)
  256:6;315:6
Whenever (1)
  219:11
wherein (1)
  198:11
white (1)
  271:9
whited (1)
  72:12
whole (11)
  15:7;59:17;93:2;
  101:4;145:17;154:20;
  226:16;241:7;271:20;
  272:5;288:20
whore (1)
  272:4
who's (3)
  152:23;211:25;
  317:3
whose (4)
  151:21;192:20;
  193:23;284:17
wide (1)
  178:9
wife (12)
  20:24;52:3;55:23;
  95:17;219:3;262:22;
  268:1,20;269:1,15;
  272:22;275:24
wiles (1)
  279:12
Williams (3)
  7:23;79:24;123:23
willing (5)
  107:22;242:18,19;
  267:11;286:11
willingly (1)
  203:17
willingness (1)
  214:5
win (1)
  112:23
window (1)
  215:14
Winter (1)
  323:18

wintertime (1)
  160:5
wiped (1)
  239:4
wise (1)
  181:22
wish (5)
  75:25;168:22;
  293:23;313:13,14
withholding (2)
  195:25;196:2
within (6)
  136:17;168:25;
  191:14;284:24;
  305:16;314:4
Without (9)
  10:22;59:19;69:22;
  109:3;182:12,14;
  183:7;195:2;303:10
witness (7)
  8:10;9:2;270:11;
  287:24;322:18;
  326:12;331:6
witnessed (2)
  276:16;304:13
witnesses (4)
  212:13;215:23;
  216:2,2
wives (2)
  123:10;258:8
woman (6)
  54:15;164:12;
  192:20;252:2,5;267:1
women (3)
  267:5,7;283:23
wonder (1)
  323:4
wondered (1)
  294:20
wonderful (1)
  48:20
wooden (1)
  270:14
word (10)
  33:23;45:21;53:13;
  120:4;174:6;286:13;
  302:10,13;304:20;
  327:10
worded (1)
  165:24
wording (1)
  94:18
words (7)
  33:17;111:23;
  254:19;291:2;298:22;
  299:4;319:11
work (47)
  14:6;20;15:20;16:7;
  17:3;38:17;40:19;
  41:10;51:1;60:10;
  63:24;79:15;115:6;
  147:6;150:19,23;
  151:1;152:10;153:4;

155:3;159:17;169:9;
185:19;187:15;188:8;
216:19;231:18;
234:19,19,20;239:20,
21,22;240:7;263:19;
265:2;270:15;279:7;
283:24;285:14;
307:19;310:2,5;
316:15,18,22;322:14
workday (1)
  105:25
worked (11)
  96:4,9;102:3;
  118:25;137:16;
  141:24;145:5;158:5;
  165:16;237:5;304:25
working (14)
  13:10;14:19;96:5;
  112:22;118:16;
  142:23;222:5;226:1;
  234:7;263:20;265:24;
  307:9;310:17;311:9
works (2)
  207:24;221:24
World (3)
  76:14;267:3;291:12
worried (2)
  58:5;286:15;
  296:22;300:14
worse (5)
  63:19;21,25;64:2,3
worst (1)
  60:24
worth (2)
  55:11;58:17
Wow (1)
  92:23
writ (1)
  327:5
write (27)
  16:16;31:23;42:20;
  47:17,18;50:21;
  54:21;55:10;99:2;
  120:20;123:2;125:1;
  133:12,13,22,23;
  135:11,12;151:12;
  162:9;165:17,19;
  199:3;200:20;202:9;
  214:15;245:11
writes (10)
  40:14;41:13;45:14,
  21;47:1;54:6;59:7;
  92:20,22;293:15
writing (8)
  29:20;54:22;
  133:19,21;278:25;
  286:5,7;319:6
writings (2)
  144:6;240:4
written (13)
  72:7;150:24;
  174:23;176:7;184:23;
  188:1;197:6,8;

Scott Ballock v.
Ellen Ruth Costlow, et al

Scott Ballock
April 19, 2019

202:13;293:13;298:5,
6;320:22
**wrong (6)**
115:3;154:14;
206:12;255:11;
288:25;294:4
**wrongdoing (1)**
200:9
**wrongfully (1)**
181:6
**wrote (18)**
29:21;42:17;43:3,
14;59:3;69:19;94:24;
135:6,15,24;136:18;
157:8;196:25;200:21;
217:9;288:2;319:8,11
**WVU (1)**
5:25

## Y

**Yahoo (3)**
26:9;48:5;67:24
**yank (1)**
271:17
**year (34)**
18:2;22:19,20;36:7;
47:5;108:5;117:3;
180:15;187:13,25;
188:14;202:19;
207:22;208:7,19;
210:10;223:4;227:19;
235:3;243:3,6,9;
260:8,18;262:12,19;
263:1;264:8;285:13,
22;286:1;306:18;
307:7;325:2
**years (33)**
22:24;42:15;48:6;
56:8,14,15;57:2;
61:17;78:20,21;79:1,
11;105:7;110:11;
116:25;204:25;205:3,
5,24;239:9;244:12;
245:7;260:8,8,19;
264:6,14;267:21;
268:15;294:22;
306:21;318:23;
325:11
**years' (2)**
55:11;58:17
**yell (4)**
36:12,16;37:6;
78:13
**yelled (2)**
124:9;320:5
**yelling (1)**
277:24
**York (3)**
61:7,12,16
**young (6)**
79:8;148:10,22;
205:10,11;256:4

## Z

**zero (1)**
228:3
**zombie (1)**
222:20

## 1

**1 (10)**
4:3;24:19,22;84:1;
132:1;157:13;160:17;
207:17;246:14;
300:10
**1/28/2013 (1)**
4:23
**1/5/2013 (1)**
4:21
**1/6/2013 (1)**
4:22
**1/8/2019 (1)**
5:21
**1:17-cv-52 (1)**
7:15
**1:38 (1)**
30:7
**1:45 (2)**
65:19,25
**10 (8)**
4:12;42:7,9;189:2;
193:21;194:24;210:1;
325:11
**10/11/2012 (1)**
4:11
**10/15/2012 (1)**
4:12
**10/2/2012 (2)**
4:7,8
**10/20/2012 (1)**
4:13
**10/21/2012 (1)**
4:14
**10/3/2017 (1)**
5:19
**10/7/2012 (1)**
4:9
**10/9/2012 (1)**
4:10
**10:06 (1)**
52:19
**10:22 (1)**
52:24
**10:45 (1)**
4:8
**102 (1)**
329:14
**108 (1)**
5:9
**1085 (1)**
7:10
**10th (1)**
171:14

**11 (6)**
4:13;43:17,19;
135:4;195:14;271:19
**11/11/2012 (3)**
4:15;5:14;45:11
**11/15/2012 (1)**
4:16
**11/22/13 (1)**
225:1
**11/24/2012 (1)**
4:17
**11/7/2012 (1)**
4:4
**11:00 (1)**
80:1
**11:01 (1)**
80:6
**11:07 (2)**
84:20,24
**11:08 (3)**
45:13,21;46:1
**11:11 (2)**
45:11,25
**11:26 (1)**
85:4
**11:33 (1)**
90:11
**11:35 (1)**
90:16
**113 (1)**
5:10
**1161 (1)**
224:2
**11th (7)**
39:17;40:1;45:13,
20;47:7;159:13;160:6
**12 (12)**
4:14;44:6,8;64:8,8;
65:2,2;102:21;
103:10,11;123:25;
212:12
**12/15/2012 (1)**
4:19
**12/16/2012 (1)**
4:20
**12/7/2012 (1)**
4:18
**12:02 (2)**
63:15;65:12
**12:05 (1)**
63:17
**12:08 (1)**
64:4
**12:20 (1)**
65:4
**12:23 (2)**
65:9,10
**12:24 (1)**
128:24
**12:57 (1)**
129:4
**122 (1)**
5:11

**129 (1)**
5:12
**12th (2)**
120:21;198:6
**13 (7)**
4:15;45:8,10;
190:16,18;210:21;
215:22
**132 (1)**
198:8
**135 (1)**
199:4
**136 (1)**
61:2
**137 (2)**
60:12;200:25
**138 (2)**
59:2,5
**139 (1)**
139:3
**13th (3)**
68:13;70:21;85:7;
105:22;157:5,11;
176:4;205:16;241:12;
281:14;282:19;
286:23;323:12
**14 (15)**
4:16;46:20,22;
105:14;110:11;152:4;
190:18,24;191:2,5,7;
205:3,6;211:16;
261:22
**14,000 (1)**
311:3
**140 (1)**
139:3
**1400 (1)**
171:4
**1411 (1)**
171:9
**1446 (1)**
197:21
**14th (10)**
29:4;174:25;176:8;
184:23;185:2;269:11;
276:25;277:7,13;
328:23
**15 (14)**
4:17;17:19;47:13,
15;86:19;172:16;
173:2;186:18;190:18;
224:24;241:9;306:22,
23;307:1
**150 (1)**
312:17
**1500 (1)**
198:1
**1545 (1)**
230:6
**1558 (1)**
230:11
**156 (1)**
5:13

**159 (1)**
5:14
**15th (8)**
42:10;46:23;49:8;
76:12,23;124:2;
160:10;221:16
**16 (10)**
4:18;17:19;48:1,3;
59:10,25;129:20;
173:4,19;204:25
**1639 (1)**
251:6
**1643 (1)**
251:11
**16th (3)**
53:4,8;105:23
**17 (6)**
4:19;49:5,7;243:10;
260:13,14
**171 (1)**
5:15
**174 (1)**
5:16
**175 (1)**
5:17
**179 (1)**
203:9
**17th (1)**
63:12
**18 (9)**
4:20;17:20;42:1;
52:13;53:2;78:24;
81:5;174:8;216:14
**180 (1)**
204:17
**1827 (1)**
318:6
**183 (1)**
143:19
**1834 (1)**
318:11
**1851 (1)**
331:3
**188 (1)**
5:18
**18th (1)**
52:16
**19 (6)**
4:21;53:24;54:1;
190:25;191:12,12
**192 (1)**
5:19
**198 (1)**
5:20
**1983 (1)**
167:6
**1986 (1)**
260:10
**1990 (1)**
17:6
**1991 (5)**
13:7,7;17:6,6;
259:17

Scott Ballock v.
Ellen Ruth Costlow, et al

Scott Ballock
April 19, 2019

**1994 (3)**
13:7,9;264:9
**1996 (1)**
264:10
**19th (2)**
7:2;217:14
**1st (7)**
13:11;163:4;
263:25;306:12,13;
325:1,10

---

**2**

**2 (11)**
4:4;25:17,18;158:7;
171:21,24;207:18;
209:23;210:22;264:9;
278:19
**2/9/2013 (1)**
4:24
**2:00 (1)**
161:8
**2:22 (2)**
54:3,4
**2:35 (1)**
44:10
**20 (7)**
4:22;58:24;59:1;
86:19;234:10;241:9;
303:6
**2001 (2)**
262:13,18
**2003 (11)**
13:11;18:3;22:24;
116:25;262:20,23;
263:22,23;267:18,25;
284:9
**2006 (7)**
13:22;201:19,20;
202:6;267:20;275:13;
284:9
**2007 (3)**
232:9;233:2,6
**2011 (13)**
14:24;15:2;21:18;
22:13,19;69:9;70:9;
201:17,20;202:6;
232:11;233:2;275:13
**2012 (73)**
22:16,18,20,22;
23:6,9,15,17;24:1,13,
15;25:22;26:2;29:1;
30:6,25;31:20;32:21;
37:13,18;38:8;39:18;
40:1;42:10;43:21;
44:9;45:13,20;46:23;
47:16;48:5;49:8;53:4,
9;67:11,16;68:1;
72:25;82:21;83:4,24;
159:7,14;160:21;
186:16;192:25,25;
199:7;208:19;214:22;
217:14;218:6,24;

**219 (2)**
219:7;220:7,18;
221:2,9;236:18;
237:7;241:12;253:19;
268:23;269:6;276:21;
277:1;285:6,8,20;
307:7;323:18;328:23;
329:25
**2013 (62)**
54:3;55:9;58:16;
59:2,9;61:22;62:11;
63:12;66:7;68:13;
70:21;71:20;72:15;
74:16;75:17;76:12,
23;80:12;82:13;85:7;
102:24;103:20;
105:22;112:14;113:5;
114:5;120:21;124:2,
6;138:13;140:6;
155:15;159:6;160:21;
161:13,19;163:11;
175:15;186:17;193:3;
202:8;205:16,16;
221:16;222:14;224:3,
8,11,19;225:6,12;
281:25;282:11;
285:21;286:25;323:8,
14,18,18;329:20,25;
330:16
**2014 (2)**
186:18;209:10
**2015 (2)**
186:16;209:10
**2016 (7)**
140:7;156:7,21;
157:6;187:10,17;
201:3
**2017 (21)**
11:18,21;170:12,
14,16,23;171:14;
174:25;176:5,8,22,23;
184:23;187:25;
188:20;192:4;211:5;
225:24;252:9;306:9;
309:19
**2018 (8)**
11:22;198:6;
216:25;223:7;226:19;
306:10;325:1,10
**2019 (3)**
7:2;202:20;207:19
**202 (1)**
5:21
**205 (1)**
5:22
**207 (1)**
5:23
**20th (6)**
43:21;67:10,16;
68:1,10;205:16
**21 (3)**
4:23;61:18,20
**216 (2)**
5:24;137:10

**217 (1)**
5:25
**21st (8)**
44:9;71:20;112:14;
113:5,7;114:5;
188:19;216:25
**22 (3)**
4:24;62:8,10
**225 (1)**
167:11
**22nd (4)**
47:16;161:13;
224:11,19
**23 (9)**
4:25;63:7,9;64:6;
65:10;237:15,22;
282:9,16
**230 (1)**
3:4
**24 (5)**
4:3;5:3;66:22,24;
239:23
**24th (3)**
221:2;236:17;306:8
**25 (5)**
4:4;5:4;72:3,6;
176:11
**259 (1)**
3:5
**25th (1)**
306:9
**26 (7)**
5:5;29:1,5;74:13,
15;79:11;118:1
**267 (2)**
176:10;177:7
**26th (3)**
72:15;155:15;306:8
**27 (5)**
5:6;75:8,10,17;
201:15
**28 (6)**
4:5;5:7;76:9,11;
212:3,12
**280 (1)**
180:18
**281 (4)**
179:12,13,18;
180:21
**283 (3)**
181:2,18;182:16
**285 (1)**
183:1
**289 (1)**
183:19
**28th (3)**
61:22;80:12;82:13
**29 (4)**
5:8;79:22;80:7,10
**293 (1)**
205:19
**29th (2)**
156:21;157:10

**2nd (7)**
30:25;31:20;
102:23;103:12,20,23;
163:11

---

**3**

**3 (10)**
4:5;28:19,22;
130:19,20;158:25;
160:1;207:19;222:10;
231:21
**3,000 (1)**
321:19
**3/12/2018 (1)**
5:20
**3:00 (1)**
55:10
**3:03 (3)**
59:2,7,13
**3:12 (2)**
60:3,4
**3:43 (1)**
60:15
**30 (12)**
4:6,7;5:9;108:10,
13;166:25;205:4;
206:16;245:17;
261:18;298:18;
301:23
**30th (1)**
30:6
**31 (4)**
4:8;5:10;113:13,15
**315 (1)**
11:15
**318 (1)**
3:6
**32 (6)**
4:9;5:11;121:25;
122:4,5;265:25
**326 (1)**
3:7
**33 (5)**
5:12;87:15;129:12,
15;303:19
**34 (4)**
5:13;156:18,20;
159:25
**35 (3)**
5:14;159:10,12
**36 (5)**
5:15;72:21;171:10,
13,22
**37 (5)**
5:16;174:21,23;
185:6,7
**38 (5)**
4:10;5:17;65:13;
175:20,23
**39 (4)**
4:11;5:18;188:17,
19

**3j (1)**
205:19
**3rd (5)**
74:16;75:17;192:3;
220:7,17

---

**4**

**4 (10)**
4:6;30:2,5;131:2;
132:1;133:2;168:15;
172:5;198:8;303:22
**4,600 (1)**
235:6
**4,800 (1)**
235:6
**4/26/2013 (1)**
5:4
**4/7/2016 (1)**
5:9
**4:18 (1)**
4:7
**4:45 (1)**
61:3
**40 (4)**
5:19;39:9;192:1,3
**400 (1)**
7:11
**401k (3)**
227:20,22;228:1
**41 (3)**
5:20;198:2,6
**42 (5)**
4:12;5:21;167:6;
202:16,18
**43 (4)**
4:13;5:22;205:13,
15
**44 (5)**
4:14;5:23;207:6,8,
13
**45 (9)**
4:15;5:24;53:8,10,
14;216:9,12;236:6;
266:24
**46 (4)**
4:16;5:25;217:10,
12
**46112 (1)**
11:16
**47 (3)**
4:17;218:8,10
**48 (6)**
4:18;88:25;89:25;
220:23,25;236:16
**49 (5)**
4:19;221:13,15;
226:22,23
**4th (2)**
218:24;219:7

---

**5**

Scott Ballock v.
Ellen Ruth Costlow, et al

Scott Ballock
April 19, 2019

**5 (6)**
  4:7;30:21,24;134:3;
  186:13;208:13
**5/15/2013 (1)**
  5:7
**5/21/13 (1)**
  113:12
**5/21/2013 (1)**
  5:10
**5/26/2013 (1)**
  84:5
**5/3/2013 (2)**
  5:5,6
**5/9/2013 (1)**
  162:14
**50 (6)**
  39:14;223:12,14;
  278:20;325:8,8
**51 (4)**
  12:11;24:4;208:18;
  213:10
**52 (1)**
  4:20
**53 (1)**
  4:21
**534 (1)**
  7:4
**567 (1)**
  42:11
**568 (1)**
  42:16
**58 (2)**
  4:22;192:8
**586 (1)**
  41:12
**588 (2)**
  40:10,13
**594 (1)**
  39:15
**5th (10)**
  54:3,4;55:9;58:16;
  59:2,9;82:20;83:4,24;
  224:3

---

**6**

**6 (9)**
  4:8;31:13,16;
  134:19;184:24;185:3,
  9;203:7;216:13
**6/14/2017 (1)**
  5:16
**6/29/16 (1)**
  157:2
**6/29/2016 (1)**
  5:13
**60 (5)**
  111:20;185:13;
  301:16;305:25;
  324:21
**61 (3)**
  4:23;63:14;193:21
**61-2-9a (2)**

---

  109:13;246:18
**61-3C-14a (2)**
  109:12;246:18
**62 (2)**
  4:24;195:17
**63 (1)**
  4:25
**64 (1)**
  196:22
**641 (1)**
  81:5
**66 (1)**
  5:3
**68 (1)**
  129:6
**6th (4)**
  124:6,16;125:10;
  214:22

---

**7**

**7 (10)**
  4:9;32:17,20;
  135:17;164:6,7,8;
  192:7,11;199:4
**7/19/2012 (1)**
  5:25
**7:06 (1)**
  43:21
**7:15 (1)**
  162:14
**7:30 (1)**
  39:10
**72 (1)**
  5:4
**74 (2)**
  5:5;126:23
**75 (1)**
  5:6
**76 (2)**
  5:7;197:5
**7th (7)**
  25:22;26:2,23;
  32:21;37:13,18;48:5

---

**8**

**8 (11)**
  3:3;4:10;38:2,5;
  112:14;113:12;
  162:23;164:23;
  166:13;192:11;193:9
**8/15 (1)**
  125:6
**8/28/2013 (1)**
  5:3
**8:08 (3)**
  39:17;40:11;41:8
**8:12 (1)**
  40:14
**8:14 (2)**
  40:19;41:9
**8:15 (1)**

---

  41:13
**8:24 (2)**
  63:12,14
**8:48 (1)**
  63:14
**80 (1)**
  5:8
**888 (3)**
  218:20,22,23
**889 (1)**
  220:6
**8th (3)**
  163:17;202:19,20

---

**9**

**9 (8)**
  4:11;39:3,6;84:6;
  135:4;166:12;185:25;
  200:25
**9/16/13 (1)**
  105:16
**9/16/2013 (1)**
  4:25
**9/20/2013 (1)**
  5:22
**9/26/2012 (1)**
  4:5
**9/30/2012 (1)**
  4:6
**9/6/2013 (1)**
  5:8
**9:04 (1)**
  7:3
**9:35 (1)**
  46:24
**9:42 (1)**
  39:10
**9:58 (1)**
  61:22
**900 (1)**
  217:17
**911 (13)**
  34:8;118:7,8,10,12,
  13,15;120:16;165:7;
  215:7,12;219:15;
  256:23
**9th (5)**
  38:8;62:11;72:25;
  161:19;163:17

---

**Timeline**

**August 2011** - Ballock family moved to Morgantown, WV following FBI promotion.

**June 2012** - Ellen meets Kenny Ice via Craigslist personal ad in which Ice advertises to pay for a woman with fake breasts.

**09/14/2012** - Ellen kicks Scott out of marital home.

**09/20/2012** - Ellen removes all of children's college savings (over $127,000) from joint checking/savings accounts.

**September 2012 to September 2013** - Despite her allegations of harassment, **Ellen regularly initiates** telephone **contact with Scott.** Ellen would tell Scott to stop communicating with her, but then would initiate contact by phone.

> Ellen called Scott to talk about the children.
> Ellen initiated contact with Scott via Facetime (see photo).
> Ellen also sent photographs of herself to Scott (see photos).
> Ellen called Scott on more than one occasion to ask for his help in securing employment with the FBI (Ellen writes about this in her hand-written letter to WVSP).
> Ellen called Scott to tell him she liked the poetry he had written.
> Ellen called Scott to yell at him for not trying so hard during the marriage.
> Ellen called Scott in December 2012 to ask if he would consider reuniting with her, with the caveat that Scott not ask Ellen any questions about her activities during the previous three months.
> Ellen once called Scott late at night and asked him to meet her at the mailbox in front of their home.
> Ellen once entered Scott's apartment without his permission in the middle of the night and approached him while he slept in his bed. Ellen cried and yelled at Scott for not doing a better job of helping Ellen control her mental illnesses, rages, and irrational impulses during their marriage.
> Ellen once called Scott to say she would re-think the separation in Sept. 2013.
> Ellen also sometimes contacted Scott via text messages, posing as their son, Tommy.

**Emails which corroborate some of the communications initiated by Ellen:**

A portion of an email message from Scott to Ellen on **01/31/2013** at 9:25am: "(Ellen) You never did discuss with me the reason for your 2:00 a.m. telephone call which you said was very important. I'm guessing it actually wasn't. If it relates to the children, please let me know. Scott." (email attached)

1



A portion of an email message from Scott to Guardian ad Litem Teresa Lyons on 04/02/2013: "Teresa, On April 2, 2013, at 2:02 a.m., I received a cryptic two sentence text message from Ellen saying she had taken herself to the emergency room but that Summer was safe. I tried to receive clarification regarding Summer's involvement in any incident/accident, but Ellen refused to communicate further with me. It wasn't until several days later, when Summer visited for the weekend, that I was able to ask Summer if she had been injured." (email attached)

A portion of an email message from Scott to Ellen on 05/09/2013 at 7:15am: "Ellen, I received your barrage of text, email and phone messages from late last night...as it was a school and work night, we were all in bed at the time of your numerous and late night texts and calls to our home and cell phones." (email attached)

A portion of an email message from Scott to Ellen on 06/01/2013 at 5:46pm: "(Ellen), You asked me today about the good parts (of our marriage). I wrote this to you before..." (email attached)

A portion of an email message from Scott to Ellen on 07/02/2013 at 6:40am: "(Ellen), Please don't send communications asking me to send the children or my mom your love..." (email attached)

**10/17/2012** - Ellen calls Monongalia County Sheriff's Office to report she received an anonymous email message purporting to be from Kenny Ice's ex-girlfriend, Amy Fetty. Deputy tells Ellen how to change the settings on her email account to block anonymous email, and how to obtain a protective order.

**October 2012** – FBI Supervisory Special Agent Michael Haas, Scott's supervisor, calls Scott in to Haas's office for a private, closed door meeting. Haas informs he has been contacted by multiple law enforcement agencies about Ellen's boyfriend, Kenny Ice. Haas says the law enforcement officers wanted to pass on to Scott, as a professional courtesy, their knowledge of Ice as a criminal and dangerous person.

**10/28/2012** - Monongalia County Sheriff's Department dispatched to Ellen's home: "domestic in progress between a mother and her son." Police report indicates Ellen told responding Deputy, "her son is getting out of control and imitating behaviors displayed by her abusive husband." Tommy later tells Scott that Ellen said to him after the police left the home this evening, "As long as I don't leave any marks, there's nothing they can do." Tommy tells Scott and Dr. Christi Cooper-Lehki that Ellen is physically abusive to him. Tommy claims Ellen pushes and punches him and pulls him by his shoulder-length hair. Tommy claims Ellen pushes her forearm into Tommy's throat. Summer tells Scott she is afraid. Scott asks Summer if she is afraid Ellen will hurt her too. Summer

responds no, that she is afraid of what Ellen will do next to Tommy. Both children describe in detail to Dr. Christi Cooper-Lehki, the court-appointed psychiatrist, the abuses they have suffered at the hands of their mother.

**11/05/2012** - Ellen calls Scott at work and asks him to come to her home and take Tommy home with him. Ellen says Tommy is misbehaving. When Scott arrives at the home, Ellen calls 911 claiming Scott is being "verbally violent." Police allow Tommy to leave with Scott. **Police officer takes Scott aside and suggests he not come back to the residence without a police escort because Ellen may make additional future false allegations.**

**11/26/2012** - Tommy calls Scott, saying that his mother has left him and his sister alone in a bookstore this evening, and that Ellen punched him again. Scott finds the children at Barnes and Noble. Tommy is crying and says he wants to go home with Scott; Ellen refuses and calls police. Granville Police respond and give Tommy to Scott. Granville Police Officer J.E. Broyles takes Scott aside and says he is familiar with Ellen's instability as he has been to her home before on a call. Broyles recommends Scott seek a protective order on Tommy's behalf. Broyles walks Scott through the process of obtaining a protective order. Protective order obtained on Tommy's behalf later this night (see notes taken contemporaneously with this event).

When questioned why she would leave the children unattended, Ellen claims her attorney told her it was ok for her to do so. (see notes taken contemporaneously with this incident)

**12/06/2012** - text message from Kenny Ice to Ellen: "Now think of child support get full custody get the money."

**12/09/2011** - Tommy sends Scott a text message which reads, "Hi." Scott replies and asks Tommy if he is having a good time at his mother's. Tommy responds, "yes Iam(sic)."

Scott later receives a text message from Tommy which reads, "the hi and yes I am were from mom...I hate it here."

**12/10/2012** - Tommy informs Scott that Ellen sends Scott messages pretending to be Tommy.

**12/20/2012** - Ellen calls Marion County (WV) Sheriff's Department to claim Kenny Ice's ex-girlfriend, Amy Fetty, showed up at Kenny's home and threatened Ellen. Summer was with Ellen at Kenny's Fairmont residence observing this altercation until after 11:00pm on a school night.

**12/22/2012** - Ellen sends Scott text messages which say that Tommy is misbehaving. Ellen asks Scott to take custody of Tommy for the weekend; Scott agrees. Shortly

3

thereafter, Ellen calls Scott and tells him she is going to, **"solve this once and for all."** Ellen then sends Scott a text message which reads, **"I will get this solved with Tommy. I am very sad he is struggling so badly that he's a danger to himself."** Scott later receives a text message from Ellen's phone which reads, "It's tommy I stole moms phone She was pushing me and hitting me and I called the cops." (see contemporaneous notes for full details of this day's events).

**Ellen improperly commits Tommy to Chestnut Ridge Hospital (psychiatric ward) for** misbehaving. Against the Court's standard custodial orders, Ellen tells hospital staff they are not to notify Tommy's father of Tommy's commitment, nor is Scott permitted to visit Tommy. Tommy is confined at Chestnut Ridge until 12/25/2012. (see copy of notes taken contemporaneously with this incident)

Noted in the hospital report is Ellen's directive to hospital staff that Ellen's lawyers told Ellen not to contact Scott.

**12/25/2012** - Tommy released from Chestnut Ridge Hospital this afternoon. Tommy, a gifted and talented student and all-around normal little boy, was scarred from his improper commitment and has refused to celebrate Christmas ever since this event.

Tommy tells Scott that his mother lied to hospital personnel in order to have him committed to Chestnut Ridge.

Dr. Christi Cooper-Lehki, a staff member at Chestnut Ridge mental health facility, later says that Tommy was improperly committed by Ellen.

Following this event, **Ellen loses custody of Tommy.** The Family Court agrees that Tommy may, per his wishes, discontinue all contact with his mother. Tommy chooses to discontinue all contact with his mother.

**01/13/2013 - Scott is contacted – unsolicited - by Amy Fetty, Kenny Ice's ex-girlfriend** of four years. Amy tells Scott she is worried for the welfare of Scott's daughter who is now living with Kenny Ice. Amy tells Scott she left Kenny because, among other reasons, he is a low level drug dealer. Amy says Kenny sells small amounts of cocaine, marijuana, and prescription pills. Amy says Kenny keeps several unsecured firearms, including a sawed-off shotgun, around his home.

Following this visit, **Amy says she receives phone calls nearly daily from Ellen and Kenny.** Amy says Ellen and Kenny are trying to scare her away from Scott, fearful of the testimony she would provide in Family Court against Ellen's new live-in boyfriend. During their phone calls to Amy, Ellen and Kenny tell Amy variously that Scott is violent and dangerous, and that Scott moved into an apartment near campus so he could stalk college girls.

Ellen falsely tells Amy that Scott is an FBI agent who is attempting to make a criminal case against Amy and arrest her. Scott's divorce attorney writes a letter to Ellen's attorneys, informing of Ellen's and Kenny's activities and asking Ellen and Kenny to stop tampering with a witness. Amy says Ellen and Kenny continue to call her repeatedly, and vigorously attempt to persuade her to stop talking to Scott. Amy says Ellen repeatedly tells her that Scott is trying to put Amy in jail. At some point during this time period, Ellen calls Scott in the middle of the night to yell at him for talking to Amy Fetty.

01/31/2013 at 9:25am. A portion of an email from Scott to Ellen: "(Ellen) You never did discuss with me the reason for your 2:00 a.m. telephone call which you said was very important. I'm guessing it actually wasn't. If it relates to the children, please let me know. Scott."

02/01/2013 – After several weeks of unsuccessful attempts at dissuading Amy Fetty from speaking with Scott, Ellen lodges a criminal complaint against Fetty, in the Magistrate Court of Marion County. Ellen alleges Amy Fetty "is threatening to attack me." Amy Fetty is arrested for Assault. The Magistrate Judge ultimately dismisses the charges.

Amy Fetty's boyfriend begins receiving anonymous text messages (Ellen?) telling him that Amy is involved in a sexual relationship with a man in Morgantown (Scott).

Despite having filed a PPO against Amy, Ellen initiates contact with Amy on the telephone and asks if she can help Amy in any way. Ellen tells Amy she didn't want to file criminal charges against her but that Scott "forced" the issue. CCL interviews Amy Fetty. (email detailing Amy Fetty's information attached)

03/06/2013 - WVSP responds to Ellen's home re: violent domestic dispute between Ellen and Kenny Ice. 911 Dispatcher is informed Ice has weapons on him, and Ellen can be heard in the background screaming and throwing dishes. WVSP does NOT write a report regarding this violent domestic violence incident. Kenny Ice later says that the reason WVSP did not write a report is because Ellen pleaded with Troopers to not file a report; Ellen told Troopers it would reflect negatively on her in Family Court. (MECCA CAD Incident Detail attached; audio recording of 911 call previously submitted)

03/10/2013 - text messages from Ellen to Kenny Ice: "I'm very smart. Sometimes too smart for my own good. Sometimes not smart enough for my own good. But the rough sex story is not true. Not at all. I made it up using parts of rough sex ideas I've seen." Also..."You are not the gentle, loving, protective guy I met in June on a regular basis. You're moody and lash out, sometimes when I least expect it." (text message attached)

03/24/2013 - text message from Ellen to Kenny Ice: "Please go with me to Bridgeport so I can prove to you I have loved you all this time." (text message attached)

03/24/2013 - text message from Kenny Ice to Ellen: "I am done last night you threw screwdrivers at me I could got (sic) stabbed your (sic) only getting worse e with the physical abuse" and "I will will (sic) be dead u will cut me or stab me" and "In your black out (sic) rage." (text message attached)

04/02/2013: A portion of an email message from Scott to Guardian ad Litem Teresa Lyons: "Teresa, On April 2, 2013, at 2:02 a.m., I received a cryptic two sentence text message from Ellen saying she had taken herself to the emergency room but that Summer was safe. I tried to receive clarification regarding Summer's involvement in any incident/accident, but Ellen refused to communicate further with me. It wasn't until several days later, when Summer visited for the weekend, that I was able to ask Summer if she had been injured." (email attached)

04/05/2013 - text message from Ellen to Kenny Ice: "**Adderall** script won't go through until 04/12/13." and "Someone stole the 25 pills I had. I can't deal without Adderall some days." (text message attached)

Note: CCL learned that Ellen also abuses the prescription painkiller Hydrocodone (Ellen refers to it by its street name - "Bean"). We possess an audio recording of Ellen discussing with Kenny that she was happy that the first time she tried cocaine was with him.

04/09/2013 - text message from Ellen to Kenny Ice: "I tired (sic) to sleep last night. But I just can't get beyond the emotional distress you cause me. I had to write you. And you don't care at all how I feel" and "You can't be nice to me. You can't go a full day being totally nice." From Kenny to Ellen: "Go let summer watch more porn on your cell." From Kenny to Ellen: "I lost total respect for you when you let your daughter what (sic) you sucking dick on your phone and you could care less" and "What kind of mom does not let that bother her what kind of mom does not care that happen (sic)." (text messages attached)

04/10/2013 - text message from Ellen to Kenny Ice (4:45am). "I'm at the end of your driveway. I was here 7 months ago and we reunited. Remember that night?" Summer was left home alone on this night while Ellen was in Fairmont. Morgantown Learning Academy attendance records reflect that Summer was signed in to school at 1:00pm this date. Ellen wrote on the school attendance form, explaining Summer's tardiness, "Stomachache, neck ache." Ellen left Summer in aftercare this date until 5:45pm. (text messages attached)

04/17/2013 - Scott is notified by a co-worker that Ellen has been stalking a woman, Belynda Kirby, in Bridgeport, WV. On this same date, Scott interviews Belynda Kirby by phone. Kirby tells Scott that her neighbors told her a blonde haired woman and man were repeatedly driving up and down Kirby's street in a white SUV, and that the blonde haired woman was on Kirby's lawn looking through the windows of her home and taking

6

photographs of the home. Kirby said that on 04/12/2013, Ellen approached her at a PTA meeting being held at a restaurant in Bridgeport. Kirby said Ellen handed her an envelope and asked her not to open it until Ellen left. Kirby said that inside the envelope were photos of Kirby's husband and Ellen having sex. Kirby wondered how Ellen found her at this non-publicized PTA event. Kirby was told by the principal at her daughter's elementary school that earlier in the day, a woman with long blonde hair approached at a school function and identified herself as "Sherry." Speaking in a foreign accent, the woman (Ellen) told the principal she was interested in joining the PTA and asked when and where the next meeting would be held. CCL later interviewed Belynda Kirby's husband. (notes regarding interview of Belynda Kirby attached)

Text message from Ellen to Kenny (date unknown): "I don't feel guilty over losing Tommy, but I do feel tremendous guilt over Summer's life changes" and "I need your support and kindness, not your temper and frustration. Last thing I need is you bringing up Jack (Kirby) of (sic) anyone else anymore. That's why I didn't want to dedicate an entire day of my precious little time without Summer hunting down Jack's woman. Do you understand? I want you to do it for me, please" and "Chances are she will not be home and we will sit for hours and hours..." (text messages attached)

**04/23/2013** - text message from Ellen to Kenny Ice: **"Then later on help me mess with him (Scott). Please."** and **"By the way the 'real Scott' line worked like a charm."**

The above text message refers to a harassing phone call Ellen made to Scott. (text messages attached).

**04/27/2013** - text message from Ellen to Kenny Ice - "Valium made me feel fantastic. I was turning cartwheels. Nothing is bothering me at all." (text message attached)

**05/01/2013:** text message from Ellen to Kenny Ice: **"I'm very hated aren't I? I have the upper hand with possible (sic) ruining Acott's (sic) career so they're going all out."**

One hour and eight minutes later, Ellen sends this text message to Kenny: **"going to move forward with filing harassment charges against Scott"** (text messages attached)

**May 2013** – letter from Steve Secor to Guardian ad Litem, which reads in part: "I would be able to testify that...Ellen has...threatened to call the police several times to claim, falsely, that you had hit her or threatened to hit her." (letter attached)

**05/03/2013** - Ellen's divorce attorney allegedly sends Scott a letter, directing him to cease non-essential communication with Ellen. The letter was allegedly sent via certified mail, but Scott never received nor signed for the letter. WVSP failed to produce a copy of the signed receipt during discovery.

7

05/09/2013 at 7:15am. A portion of an email message from Scott to Ellen: **"Ellen, I received your barrage of text, email and phone messages from late last night...as** it was a school and work night, we were all in bed at the time of your numerous and late night texts and calls to our home and cell phones." (email attached)

**05/12/2013 - Kenny Ice contacts Scott.** Ice tells Scott he and Ellen have had a falling out. Ice wants to share with Scott concerns he has for Scott's daughter, Summer. **Ice says Ellen has been socializing Summer, age 10, with a convicted registered child sex offender named Karl Vincent Taylor.** Ice says he is not comfortable meeting Scott because Ellen has told him how dangerous Scott is, but if Ice changes his mind he will contact Scott again.

**05/16/2013 -** Ellen fails to notify Scott of his daughter's musical solo at school talent show (see email Scott wrote to Guardian ad Litem regarding Ellen's continued refusal to communicate about the children). A portion of an email message from Scott to Ellen this same date: "I would appreciate it if you would extend to me even the most basic of courtesies such as letting me know our daughter will be performing in a talent show. Had I known Summer was performing today, I could have been in the audience to support her and cheer her on. I'm sure Summer would have liked that, especially during this emotionally difficult time. Again, I beg you, please put aside your anger and hatred and begin behaving in a manner that benefits Summer and Tommy, not you and your need to punish everyone. Your immature refusal to communicate, to be flexible, or to cooperate in any manner may make you feel good, but by punishing me you are punishing the children." (copy of email attached)

**05/18/2013 -** Ellen calls 911 while at Kenny Ice's Fairmont home; deputies dispatched to the residence due to a verbal argument between Ellen and Kenny. Upon their arrival, Ellen tells Deputies that Kenny stole her laptop computer. Responding Deputy reports that Ellen changed her story "a couple of times" and was "highly emotional" and "irate" at times. (interview results with Deputy Hawkins attached)

**05/21/2013 - Kenny Ice interviews begin.** Interviews are witnessed by Dave Pennypacker, (retired) Sergeant, Norfolk, Virginia Police Department. Over the course of several days, Kenny Ice reveals, among many other sordid details, that **Ellen is having a sexual affair with WVSP Trooper Chris Berry.** Ice discloses that Ellen and Berry are working to have Scott arrested so that Scott will lose his job and so that Ellen will win custody of the children and lifetime alimony payments. Ice informs that Trooper Berry, at Ellen's request, has been conducting physical surveillance of Scott and Scott's parents. (copy of interview report attached)

**05/21/2013 –** Scott phones Vincent Zummo, U.S. Probation Officer, Northern District of West Virginia. Zummo informs that Karl Vincent Taylor pled guilty in 2002 to the federal offense of Travel with Intent to Engage in Sexual Activity with a Juvenile. Following a three year period of custody, Taylor was placed on Supervised Release.

Zummo, a Sex Offender Specialist, was Taylor's supervising U.S. Probation Officer. Zummo says Taylor developed a sexual relationship with his juvenile victim through the victim's single mother. Taylor ultimately impregnated his 14-year old victim. Because Zummo supervised Taylor, he is knowledgeable of Taylor's personality and character. Zummo says he would be highly concerned to learn that Taylor has developed a friendship with a single or divorced mother of a ten-year old female child. Zummo says Taylor developing such a friendship with a single mother and her daughter is "right in his wheel house." Zummo says, "I'd want to get her (the ten-year-old girl) away from him (Taylor) as fast as you can." Taylor's Supervised Release was revoked in October 2008 for repeated technical violations. Zummo says Taylor was "anti-authority" and failed to follow the basic requirements of supervision, such as registering as a convicted sex offender. (copy of interview report attached)

**05/23/2013** - **Scott interviews registered child sex offender Karl Vincent Taylor.** Taylor confirms his friendship with Ellen and Ellen's daughter, Summer. (interview results attached)

**05/26/2013** - Scott sends Ellen an email message telling her he learned from Kenny Ice that **Ellen stole 40 to 50 boxes of FBI-issued ammunition from the home safe, as well as other government-issued property, and joint marital property.** (see copy of email to Ellen detailing this information)

Per his employer's request, Scott asks Ellen via text message to return what remains of the FBI property. Ellen eventually returns a few items, including an unclassified thumb drive. A review of the thumb drive reveals that Ellen has placed on it images of her having sex with another man. Nothing else is on this thumb drive. (copy of email documenting this information attached)

**05/26/2013** – **Scott interviews Justin Satterfield**, employee at Jacob's Hotspot, who confirms Ellen hangs out at this adult gambling/drinking establishment with Summer. (results of interview attached)

**05/28/2013** - Kenny Ice offers and **voluntarily surrenders to Scott his iPhone 5**, Model MD646LL/A, Serial No.: DNPJNBWHF38W, for forensic examination. Kenny's surrender of his iPhone is witnessed by FBI employee Richard Farley (signed release form attached). Phone forwarded by Scott Ballock to computer forensics consulting firm Forensicon, in Chicago, IL, for **forensic examination and extraction of files.** (the FBI contracts with Forensicon for its retrieval services)

**05/26/2013** – text messages from Kenny Ice to his friends, warning them that **Ellen has threatened to have sex with them then report to the hospital and falsely claim that she has been raped.** Kenny tells his friends that Ellen has threatened to plant drugs in his home and call police. (text messages attached)

Date unknown – text messages between Ellen and Kenny. Ellen: "Switch phones dammit." Kenny: "To (sic) late enjoy him and whoever else you ate (sic) free." Ellen: "If you don't switch phones I will call police." Ellen (repeats): "If you don't switch phones I will call police." Ellen: "New phone." Ellen: "Are you a fool?" Kenny: "There u go threatening me." (text messages attached)

05/28/2013 - Kenny tells Scott that Ellen is actively attempting to influence Judge Minor. Kenny says Ellen sees Judge Minor or Judge Minor's wife while at Summer's music lessons and is using the opportunity to engage them in conversation and present herself as a sweet and innocent mother. Most recently, Ellen told Kenny not to phone or text her while she was waiting on Summer at music lessons because she was talking to the judge's wife, trying to connect with her as a mother and impress her. Kenny says Ellen said to him, "I got this one." (copy of email documenting same attached)

05/29/2013 - One day after Kenny Ice provides his cell phone for review, Ellen writes to her divorce attorneys the following email message: "Amber and Matt, I need to file harassment charges against Scott today and I would appreciate your help in the matter. Scott's constant threats, insults, and other abusive tactics are intolerable. I'm losing sleep at night as I fear what Scott will do next, and I am afraid he's going to keep ramping things up until he threatens my life. But unlike times before, this time I fear he will be successful in taking my life. I have lived far too long in an abusive relationship to have any ability to heal from it while trying to cope with what Scott throws my way via texts and email. He's out of control trying to control and hurt me, and what he writes to me is nothing compared to what he's doing in secret*. The writing is meant to distract me as he plots his next attack*. The writing is meant to take my energy, frighten me, and keep me from living a productive life apart from him. If you're wanting to know his next move, it won't come from reading his email and text. For example, he wrote nothing about the accusations which landed us in court last week. I need relief. I need peace and calm so I may heal from all that's happened. I need him to stop right now." (copy of email attached)

*Note: one of the many manifestations of Borderline Personality Disorder is paranoia (see page 14 for Ellen's mental health diagnosis).

05/29/2013 – Scott interviews Kenny Ice, Sr. Ice, Sr. tells Scott about his observations of Ellen's instability. Ice, Sr. says Ellen once falsely claimed that Kenny Ice, Jr. punched her in the face. Ice, Sr. says "You can't believe nothing she (Ellen) says...She's the lyingest son of a bitch I ever seen. She tells the same story different each time." Ice, Sr. says Ellen would "regularly call me at 3:00 and 4:00 in the morning" over various meltdowns she was experiencing. He said, "It was damn near every other night she was going off...bawling her eyes out, yelling and screaming." (interview results attached)

**06/01/2013** at 5:46pm. A portion of an email from Scott to Ellen: "(Ellen), You asked me today about the good parts (of our marriage). I wrote this to you before..." (email attached)

**June 2013** - Summer ends school year at Morgantown Learning Academy with **16 absences and 29 tardies** (often tardy as late as noon or 1:00pm) all for reasons directly related to Ellen's neglect of her daughter.

**06/05/2013** - **Kenny Ice interviewed by B.K. Vanhorn**, private investigator, retired West Virginia State Trooper (see copy of report). Ice surrenders to Vanhorn some of the FBI property Ice says Ellen stole from Scott Ballock. Vanhorn returns Ice's iPhone to him. (interview results attached)

**06/19/2013** - Scott receives an unsolicited email message from a woman named Michelle Nickelson. Nickelson informs that **Ellen** sent to **Nickelson's workplace (Ruby Hospital)** a package containing video of **Ellen having sex with Michelle's husband**. Also included in the package was Scott's FBI business card. Michelle says she confronted Ellen at Ellen's home. CCL later interviewed Michelle Nickelson and her husband, as well as the other wives Ellen stalked and harassed. (emails to Ellen regarding this encounter attached)

Note: During her investigation, Dr. Christi Cooper-Lehki discovered yet a **third woman** who was victimized by Ellen in this same fashion.

**07/02/2013** at 6:40am. A portion of an email from Scott to Ellen: "(Ellen), Please don't send communications asking me to send the children or my mom your love..." (email attached)

**08/12/2013** - Ellen calls 911 and specifically asks the Dispatcher for WVSP Trooper Berry. Ellen tells 911 Dispatcher that Trooper Berry was at her house earlier in the day (although, according to the Dispatcher, Berry was scheduled to work a midnight shift that night). Ellen tells the Dispatcher that Berry was at her home because he was investigating car break-ins in Ellen's neighborhood

Note: the neighborhood car break-ins occurred several months earlier and were investigated NOT by WVSP, but by the Monongalia County Sheriff's Department. Ellen's car was not one that was broken into.

Monongalia County Sheriff's Department responds to Domestic Violence dispute between Ellen and Kenny Ice at Ellen's residence. Ellen says the fight ensued after Kenny saw text messages on Ellen's phone between Ellen and Trooper Chris Berry, WVSP. Deputies find that Ellen has a fat lip, and Kenny has a knife wound on his arm. Ellen repeatedly asks Sheriff's Deputies to keep her name out of the police report.

11

Ellen later this night tells Monongalia County Sheriff's Deputies a completely different story for her contacting Trooper Berry. Ellen tells Deputies that Berry was at her home investigating the theft of Ellen's stolen laptop.

Note: Ellen's laptop had been stolen three months earlier and was investigated NOT by WVSP, but by the Marion County Sheriff's Department. (see attached interview results with Marion County Sheriff's Department; audio of 911 call was previously provided)

08/12/2013 - Kenny Ice calls Scott and tells him that he and Ellen were in a fight last night and that Ellen stabbed him with a knife. Ice tells Scott that the fight started when Ice saw on Ellen's cell phone that she was having an affair with Trooper Berry. Ice says the text messages clearly indicated that Ellen and Trooper Berry were involved in a sexual relationship. Ice tells Scott that he has withheld some important and highly concerning information regarding Summer, but he is not yet willing to share the information. Ice tells Scott that Ellen is seriously harming her daughter and that if the authorities learn of this new information, Ellen would never be permitted to see her daughter again.

8/13/2013 - Tom Ballock calls Sergeant M.A. Kief, WVSP, to inform of the allegation about Ellen and Trooper Chris Berry. Tom Ballock suggests Kief warn Trooper Berry about Ellen's history of notifying the wives of the men she sleeps with. Kief says he will investigate the matter.

8/14/2013 - The day after Tom Ballock calls Kief, Ellen contacts her divorce attorney, telling him to prepare a CD of her estranged husband's emails for delivery to WVSP.

08/15/2013 - Scott Ballock contacts Sergeant Kief to confirm WVSP failed to document its response to a violent domestic incident between Ellen and Ice at Ellen's home on 03/06/2013. Kief yells at Ballock that it is none of his business. Scott tells Kief that it is his business because Scott's daughter was at the home on the night of the incident and Scott is concerned about her welfare. Kief angrily tells Ballock that Trooper Berry did not engage in a sexual relationship with Ellen.

8/21/2013 – Ellen's divorce lawyer drops Ellen as a client. All told, three divorce attorneys dropped Ellen as a client after representing her for some period of time.

8/22/2013 - The day after Ellen's divorce attorney drops her as a client, Sergeant Kief requests permission to start an investigation of Ellen's allegation of harassment. Kief is Trooper Berry's supervisor.

9/2/2013 - Corporal Gaskins, WVSP, begins "investigation" by interviewing the alleged victim only. Scott Ballock is NOT interviewed by WVSP. Scott offers to waive his

12

Constitutional rights against self-incrimination and be interviewed by the prosecutor's office and WVSP; both decline the offer. It appears WVSP fails to interview anyone else, relying entirely and solely on Ellen's accusations for their "investigation" and subsequent arrest of Scott Ballock.

09/02/2013 - Corporal Gaskins prepares an Incident Report (1210-43774), filled with inaccuracies and outright lies (detailed under separate cover for Benninger) as related to him by Ellen. The report mirrors the false narrative Ellen has been trying to sell in Family Court but which was debunked by Dr. Christi Cooper-Lehki. Gaskins misrepresents the nature of email messages, which are overwhelmingly about the children. Not one single message is harassing or threatening. No mention is made in the report of the allegation Ellen was sleeping with Trooper Berry. (incident report attached)

09/08/2013 - Ellen sends Corporal Gaskins an email message which reads in part: "The custody hearing is this Friday at 8:30 am in Judge Minor's chambers. Custody of my daughter is what is at stake as it's been difficult for the Guardian ad Litem and the forensic psychiatrist to decipher which of us is telling the truth (me or Scott) and the lies he tells are bringing into question my fitness as a primary custodial parent...Custody issues with my son are not as pressing as he is 12 and has chosen to live with Scott for now..." (copy of email attached)

9/11/2013 - WVSP Corporal Gaskins meets with Monongalia County Assistant Prosecutor Cindy Scott to request an arrest warrant.

9/12/2013 - Ellen Costlow met (alone) with Sergeant Kief at about 6 pm., the evening before the long-anticipated Family Court hearing at which Dr. Christi Cooper-Lehki is scheduled to finally and formally release her (extremely unfavorable to Ellen) findings and opinions regarding custody. Cpl. Gaskins, who was in charge of the investigation, was not present. Kief supposedly had a recording device to record the meeting. The recorder allegedly malfunctioned and the meeting was not recorded. Even after learning of the malfunction, the content of the meeting is not documented by Kief in any way; no written notes about the meeting were prepared. Instead, Gaskins later asks Ellen to submit a statement regarding this meeting, which she does on 09/16/2013. (attached)

9/13/2013 - Scott Ballock arrested and arraigned during a lunch break of the Family Court custody hearing. Sergeant Kief waits outside of the courtroom for the entire morning session of Family Court in order to personally serve the arrest warrants. The afternoon portion of the Family Court hearing lasted until about 6:00 p.m. Gaskins writes in his report that the arrest was made at Family Court - by Kief - because Scott is an FBI agent who carries a gun. When Scott is released by Magistrate Holepit on a PR bond, Kief tells him to report to the Morgantown State Police Detachment for

processing. Despite the alleged concern about Scott carrying a gun, he is not searched or asked for his gun prior to being allowed inside the detachment.

**09/13/2013 - Dr. Christi Cooper-Lehki, the court-appointed forensic psychiatrist and noted expert in Battered Women's Syndrome testifies that Ellen is not a battered woman.**

After what CCL describes as the most exhaustive investigation she has ever conducted, CCL diagnoses Ellen as suffering from **Borderline Personality Disorder and Paraphelia (a strong desire to have sex with non-consenting beings, such as children and animals).**

CCL testifies that Ellen is a **manipulative, vindictive, malicious, and dangerous liar** who works aggressively to hurt Scott.

CCL believes Ellen **may be a sociopath.**

CCL says Ellen **does not perceive reality correctly.**

CCL says Ellen is the **worst patient she has ever seen, and CCL is afraid for her own safety** after having given Ellen an unfavorable diagnosis.

CCL testifies that Ellen **sexualized her 10-year old daughter.**

CCL recommends that Ellen be permitted visitation with her children only under the immediate and direct supervision of an adult monitor (the independent monitor would be required to accompany Summer at all times during any visitation with her mother, even to the bathroom).

CCL testifies that **Ellen actively and aggressively worked to alienate Summer and Tommy from their father** (we possess an audio tape in which Ellen is interrogating her daughter and coaching her what to say to her counselor immediately preceding a counseling session).

CCL characterizes Ellen as an "unfit" and "abusive" mother. CCL ends her report by writing that there are numerous ways in which Ellen has harmed her children, but since CCL is expecting to testify in the matter, CCL is not listing them all in her custody evaluation report.

**9/13/2013** - Local television station runs with story of "FBI Agent Arrested for Harassment," citing information provided by the WVSP. The report is presented at 6:05pm, even before Scott has arrived at the WVSP Morgantown Detachment.

**09/16/2013 –** Scott loses his badge, gun, and law enforcement powers due to the arrest. Scott is re-assigned and loses out on promotional and transfer opportunities

14

which, over the course of his career and retirement pension, will result in the loss of hundreds of thousands of dollars.

**09/20/2013** - Family Court Judge Minor issues a modification order in which he writes, in part, "The Court was somewhat dismayed at the arrest of the Father on the day of the hearing on September 13, 2013. While the Court in no way condones any potential criminal behavior on anyone's part, **the Court has to believe the timing of the arrest represented primarily a strategic decision to gain advantage in this case. In that regard, the Court notes the Father's communications at issue occurred over several months with no apparent effort by the Mother to seek assistance from this Court or any other judicial body until the time of the hearing.** This Court almost certainly would have been willing to enjoin such communications by the Father if the Mother had raised the issue at any time." **Ellen loses primary custody of Summer.**

**09/21/2013** - Ellen and Scott separately attend their children's school function at Morgantown Learning Academy. Ellen engages Scott in conversation. Ellen tells Scott she was shocked to learn WVSP had arrested him. Ellen apologizes. **Ellen takes both Scott and Summer by the hand and walks around the school gymnasium together.** Later, Ellen approaches Scott's seated elderly mother, kisses her on the cheek and says, "I love you."

**10/07/2013** – Emergency Hearing in Family Court. Hearing requested by Guardian ad Litem. **Ellen is held in contempt of court for violating Judge Minor's order against exposing Summer to Kenny Ice. Ellen willfully violated the Court's orders less than a week after they had been issued.** Judge Minor expresses frustration with Ellen and says to her, "I don't understand you." Ellen is now restricted to four hours of visitation with Summer each week, directly under the supervision of an independent adult monitor.

**10/22/2013** - Ellen and Scott attend first Family Court-ordered joint counseling session with Terry Laurita Sigley.

When Scott suggests it is important for Laurita Sigley to have the benefit of CCL's findings, Ellen reaches for her cell phone and says she needs to leave and call her attorney because she doesn't feel safe. "I'm sorry, but I don't feel safe."* Ellen repeats that phrase to Laurita Sigley on more than one occasion: "I'm sorry, but I don't feel safe." Laurita Sigley tells Ellen that while she *says* she feels unsafe, her behaviors today don't indicate that she genuinely feels unsafe. Laurita Sigley assures Ellen she is in a safe environment, and convinces her to stay for the session.

*Note: one of the many manifestations of Borderline Personality Disorder is paranoia.

**11/22/2013** - Ellen and Scott attend second joint counseling session with Terry Laurita Sigley.

15

During the session, Scott asks Ellen why she wanted him to lose his job. Ellen says she never wanted Scott to lose his job. Ellen says she knows if Scott loses his job it will negatively affect both her and the children. Scott tells Ellen Tommy came to him last fall to share a telephone conversation he overheard in which Ellen said she was trying to get Scott fired. Ellen admits she made the remark, but says it was an "off the cuff" remark to Kenny Ice. Scott reminds Ellen of the text message in which she writes she has the "upper hand in ruining (Scott's) career." Scott tells Ellen that Kenny Ice said one of Ellen's goals was to get Scott fired. Scott reminds Ellen she filed criminal charges against Scott.

Ellen says she did NOT initiate the criminal proceedings against Scott. Ellen says she didn't go to the police about Scott. Rather, Ellen says, the police sought her out. Ellen says these words: "The police came to me because they were worried about me." Ellen says the FBI has also initiated an investigation into Scott because Scott is dangerous.

Ellen says that every day during the summer of 2013, she made sure to dress nicely and have the house cleaned because she was waiting for FBI agents to appear at her home and arrest her for stealing FBI-issued property.

12/02/2013 - Initial Court hearing before Magistrate Judge Hershel R. Mullins. Before the hearing, defense attorney J. Michael Benninger and Assistant Prosecutor Cindy Scott conduct a side bar with Magistrate Mullins. Cindy Scott holds up a thick statute book, waves it before the judge, and tells him (paraphrased), "These are all the ways you can arrest someone. If you want to arrest someone, you can find a reason." Cindy Scott then tells the judge that the West Virginia State Police "dumped" this case in her lap. Judge Mullins looks at Cindy Scott and says, "And now you're dumping it in my lap?" Cindy Scott responds by simply shrugging her shoulders.

12/03/2013 - Ellen and Scott attend third joint counseling session with Terry Laurita Sigley.

Ellen says counseling sessions shouldn't focus on the past. Ellen says the past was an aberration and her behaviors were not indicative of who she really is because, she says, Scott was harassing her and she was overly stressed. According to Ellen, her bad behaviors are all Scott's fault.

After repeatedly making denials to Laurita Sigley, Ellen finally admits in this counseling session that she left the children at home alone at night on multiple occasions.

Terry Laurita Sigley informs Ellen that she (Laurita Sigley) is able to testify in court about anything Ellen or Scott say in session. Against the Court's orders, Ellen ends her participation in counseling following this session.

16

**12/27/2013** - Ellen undergoes elective surgery one week before scheduled final divorce hearing and says she must postpone the hearing for several months while she recuperates. Judge Minor is visibly angered that Ellen unilaterally scheduled an elective surgery just one week before the hearing and questions whether she did so to delay the process (Scott is financially supporting Ellen until resolution of the divorce). **Ellen falsely represents to the Court that during her surgery she suffered a stroke and lost sight in one eye. Ellen later admits under oath that she incorrectly represented to the Court the severity of her medical condition.** Ellen blames the prescription drugs she was taking for this misrepresentation.

**05/09/2014** - Divorce finalized.

**03/04/2016** - Ellen and Scott attend Family Court hearing at which Scott requests the Court unseal Dr. Christi Cooper-Lehki's custody evaluation report and testimony for use at trial. Assistant Prosecutor Gabrielle Mucciola in attendance. Mucciola argues against the release of the report and testimony, saying that the information is not pertinent to Scott's defense. Mucciola says it does not matter if Ellen never actually felt threatened or harassed, only that a "reasonable person" would feel threatened and harassed. Judge Minor asks Mucciola why the criminal case has dragged on for nearly three years. **Mucciola incorrectly replies that the case has dragged on for nearly three years because it has taken that long for investigators to review all of the messages sent from Scott to Ellen.**

Emails2

scottballock@yahoo.com
Sent:    Wednesday, November 07, 2012 9:48 PM
To:      Ballock Ellen
Subject:       Tommy

Tommy had an extremely difficult night tonight. After dinner we kept the tv off, sat on the couch and I rubbed his back while we talked. He is traumatized by what has happened. He is a sensitive and emotional little boy who is suffering tremendously. I believe this has scarred him forever. I seriously worry about your relationship. I don't want either of you to struggle like this. Despite your wanting to believe otherwise, it is much deeper than, and pre-dates, our separation. Did you happen to see the picture he drew at counseling today? The one in which he depicted, as instructed by the counselor, a picture of us before the separation? Very sad.

Please remind your counselor tomorrow that she promised to help you with your marriage, not tear it apart. That she said it was important because divorces were devastating. And that she could tell you were madly in love with me.

Tommy asks that you place in the school office enough clothes to get him through the weekend.

I am not sure exactly when Nana will be here because I forgot that T and I are going to Pittsburgh Saturday night. Nana was originally scheduled to be here and babysit so you and I could go to Pittsburgh and talk, but now that it's going to be me and Tommy, I'm not sure when I will have her arrive. She has her last  treatment in Birmingham Friday. She will be here within a few days, though, as she hears we are in crisis mode and Tommy is begging for her.

I am certain Tommy wishes, as do I, that you could find the passion you once had for us and our family. That we could turn back the clock just a few months, to when we were in love and the future was bright.

Please tread lightly during this divorce. The damage is devastating to us and our children no matter what, but we can attempt to minimize the pain in some small ways.


From:    scottballock@yahoo.com
Sent:    Wednesday, November 07, 2012 6:18 PM
To:      Ballock Ellen
Subject:       Per your request
Attachments:   photo.JPG


From:    scottballock@yahoo.com
Sent:    Wednesday, November 07, 2012 6:18 PM
To:      Ballock Ellen
Subject:       Per your request
Attachments:   photo.JPG


From:    scottballock@yahoo.com
Sent:    Wednesday, November 07, 2012 4:01 PM
To:      ellenballock@yahoo.com
Subject:       Re: This is my last request:

You directed me to send all correspondence to you about the divorce via email. That is what I have done. My correspondence has been polite and respectful. Calling it "harassing" does not make it so. I am simply providing you with information and
Page 449

EXHIBIT
2

Emails2

recommendations for the divorce process and the benefit of the children.

On Nov 7, 2012, at 3:31 PM, "ellenballock@yahoo.com" <ellenballock@yahoo.com> wrote:

> Scott, I have asked you many times to leave me alone.  This is my last request. Please refrain from sending harassing emails and texts, as well as any other means of communication.
From:    scottballock@yahoo.com
Sent:    Wednesday, November 07, 2012 2:51 PM
To:      Ballock Ellen
Subject:      51 Summit Overlook

If you are interested in having me buy you out, please provide me with a figure for the home and whatever furnishings you would wish to leave behind. From: scottballock@yahoo.com
Sent:    Wednesday, November 07, 2012 1:42 PM
To:      Ballock Ellen
Subject:      Request for Info

Is it fair and accurate to represent that you have a bachelor's degree plus 32 graduate credit hours, and 12-plus years of professional work experience? Anything I should change or add to that description? From:  scottballock@yahoo.com
Sent:    Wednesday, November 07, 2012 11:52 AM
To:      Ballock Ellen
Subject:      Divorce

I have no intention of making this ugly, of escalating. Quite the contrary, I have been the one asking for reasonableness, for calm, to save money, to discuss, to be adults. I have repeatedly asked that we direct our efforts toward saving our marriage and family. You have rejected my offers. Your anger has caused you to be unreasonable, aggressive and contentious. Your divorce filing causes us to have who knows how many additional court proceedings. You run to your attorneys and rack up monstrous bills when completely unnecessary. You have 911 on speed dial.

Again, I am sorry that we have to go through this process. These are the natural consequences of your choice to leave. We are faced with a broken family, traumatized and scarred children, outlandish expenses for attorneys and the maintenance of two households, your having to find work and health insurance, division of property, to include the house, the loss of friends, family, changed futures, etc. We were warned us of this. The people I talk to who have been through it say it doesn't get easier, it actually gets harder, in all respects. We should have listened and reconciled. We should still reconcile. But you wish to proceed down this path. Please don't make it harder than it has to be. You are leaving a wake of destruction.

My request to make decisions is not meant to pressure you, but to create stability for us and the children. The sooner, the better. There are so many variables involved, all the way down to who gets the dog, that it makes no sense to work exclusively through our attorneys. Both have said that they recommend that their clients engage in productive discussions. I have many options, all of which are dependent upon custody and division of assets. You, of course, have no incentive to move things along. I am paying your bills, you remain in the home, you don't have to find employment or health insurance yet. You spend your days and nights going on dates. You even said to me that it is as though I am on an extended work trip. But it is affecting me and the children to live in a state of limbo, not knowing from day to day when we will see each other, where we will be living, and with whom. Without formal agreements you can change your mind about visitation (and have). For those reasons I have asked Delby to expedite the process.

Please think. About us. And if you won't think about us, think about how to do this like friends. We were partners and best friends in life a mere six weeks ago. I believe we can be that again. We share two beautiful children. We are going to be forever linked. If it can't be as partners, let it be as friends.

Emails2

I hoped we'd learn
We'd rediscover
She used her space
To find her lover

She won't touch me
Or hold my hand
I learned she left
And couldn't stand

The tears won't stop
The pain won't cease
Won't someone help me
Find my peace

I scream aloud
And in my head
Ashamed of my past
The life I've led

Each night I grieve
I beg and pray
We'll find the way
Again some day

From:      scottballock@yahoo.com
Sent:      Wednesday, September 26, 2012 6:41 PM
To:        Ballock Ellen
Subject:        Dance With Me


Dance with me
Laugh and play
Trust my love
Will always stay
True and sure
At your side
Hold my hand
I'll never hide
My love for you
My true respect
Which you deserve
Which you have earned
I've grown, I've changed
I've truly learned


From:      scottballock@yahoo.com
Sent:      Wednesday, September 26, 2012 5:49 PM
To:        Ballock Ellen
Subject:        Hatred Exposed

Flag Status:      Flagged

Can't hear anymore
The stories she'll tell
How I broke her down
Put her through hell

I finally feel
The pain that she knew

Page 730


EXHIBIT
3

Emails2

Too little, too late
Too far and too few

To convince her to stay
To undo the mess
She'll never forgive
She'll never say yes

To me, anyway
She thinks there are more
Who make her feel special
She'll open the door

To them and their love
But mine will stay closed
She's hardened her stance
Her hatred exposed


From:     scottballock@yahoo.com
Sent:     Wednesday, September 26, 2012 5:38 PM
To:       Ballock Ellen
Subject:        Pill


It's a thought I can't bear
It's too tough a pill
They make love to her
And I never will

From:     scottballock@yahoo.com
Sent:     Wednesday, September 26, 2012 5:33 PM
To:       Ballock Ellen
Subject:        Dear Ellen


Dear Ellen
Please come out to play
Dear Ellen
It's a brand new day

Dear Ellen
Find the love that was there
Dear Ellen
I'm saving your chair

Dear Ellen
Let me explain
Dear Ellen
There is so much to gain

Dear Ellen
I'm yours to the end
Dear Ellen
I'm your soulmate and friendFrom:      scottballock@yahoo.com
Sent:     Wednesday, September 26, 2012 5:29 PM
To:       Ballock Ellen
Subject:        Locked


I used to walk in
And feel at peace
Tonight it's locked

Page 731

Emails2

mind and try, just try, to reconcile. I am going to file to initiate the divorce process because you are not displaying even the slightest amount of love or respect by seeing other men right now, but if you need me because your blood work comes back something scary, or you decide you want me because life can be so sweet together, just let me know. We can always terminate the process or even remarry again, and this time with our own, meaningful vows. Despite all that I've done, I think it's possible to heal and worth it to try. Despite anything you have done, I think it's possible to understand why and worth it to try again.

With your forgiveness I and this family can be reborn.

Love,
Scott

From:       scottballock@yahoo.com
Sent:       Sunday, September 30, 2012 1:38 AM
To:         Ballock Ellen
Subject:    Final Poem


Black boots
Black coat
Black heart
Black soul

From:       scottballock@yahoo.com
Sent:       Saturday, September 29, 2012 9:02 AM
To:         ellenballock@yahoo.com
Subject:        Re: Please think about this:

Yes. Let's start now. See you...


On Sep 29, 2012, at 9:00 AM, "ellenballock@yahoo.com" <ellenballock@yahoo.com> wrote:

> And I promise to never text you all day long (seven hours from you yesterday was over the top), and I expect the same respect from you. Ok?
>
> On Sep 29, 2012, at 8:57 AM, "scottballock@yahoo.com" <scottballock@yahoo.com> wrote:
>
>> Whatever works.
>>
>> I woke up with a new perspective this morning and will be strong in front of the kids for sure. I have a great downtown apartment, freedoms, no nagging, yelling or fear of not being good enough for you, confidence that at least Tommy will be living with me in the future, a good job, health, young, amazing girls not ignoring me or turning me away. I took a cue from you and focused on the positives. It works. So I won't get to touch you or see you make love again. Not a big deal in the overall scheme of things.
>>
>> I love you and I love the kids and I will be a better, stronger man.
>>
>> See you soon...
>>
>> On Sep 29, 2012, at 8:41 AM, "ellenballock@yahoo.com" <ellenballock@yahoo.com> wrote:
>>
>>> Tonight is pushing it with schedules don't you think?  I want to let them get themselves packed and have full knowledge of what's happening, rather than "see how things go."  Fly by the seat of our pants scheduling concerns me. Maybe it

Page 683

EXHIBIT

Emails2

>
>> If you want to avoid any potential embarrassment, don't come downtown tonight with your date.
From:      scottballock@yahoo.com
Sent:      Tuesday, October 02, 2012 4:18 PM
To:        Ballock Ellen
Subject:        Shock

You will be as shocked as I am that you fell in love with Kenny.
From:      scottballock@yahoo.com
Sent:      Tuesday, October 02, 2012 4:11 PM
To:        Ballock Ellen
Subject:        Last text

If you want to avoid any potential embarrassment, don't come downtown tonight with your date.From: scottballock@yahoo.com
Sent:      Tuesday, October 02, 2012 4:08 PM
To:        Ballock Ellen
Subject:        Who

Who will you be out with? Just curious.
From:      scottballock@yahoo.com
Sent:      Tuesday, October 02, 2012 4:08 PM
To:        Ballock Ellen
Subject:        Text

I will not text you while you are out. But you may text or call me home. I will be thinking of you.From:      scottballock@yahoo.com
Sent:      Tuesday, October 02, 2012 4:07 PM
To:        Ballock Ellen
Subject:        To me

To me, no one can compare to you.

You are my dream. My forever girl. My true love. My best friend. My partner in life. The one I want to spend the rest of my life with. To provide for. To protect. You can't believe how disappointed I was that I didn't get the chance to defend your honor today.

I will be thinking of you tonight. If you think of me, it should tell you something.From: scottballock@yahoo.com
Sent:      Tuesday, October 02, 2012 4:03 PM
To:        ellenballock@yahoo.com
Subject:        Re: Please

I don't know why. You will know about my new life someday, the kids will know my new partner and yours.

Please call me home tonight...

On Oct 2, 2012, at 4:00 PM, "ellenballock@yahoo.com" <ellenballock@yahoo.com> wrote:

> Jesus, Scott. You said we were going to keep our personal lives private. Follow through with that plan. Sheesh!
>
> On Oct 2, 2012, at 3:53 PM, "scottballock@yahoo.com" <scottballock@yahoo.com> wrote:
>
>> Promise me that the first time you think positively of me tonight and wish it was me next beside you that you will step outside to call and ask me to come back to town. I will rudely keep my phone on the table tonight. She is young and beautiful and childless and she digs me. But she will never be you.
From:      scottballock@yahoo.com

Page 668

EXHIBIT
5

Emails2

Sent:       Tuesday, October 02, 2012 10:45 PM
To:         Ballock Ellen
Subject:         I'm sorry
Attachments:         photo.JPG

I know how much I messed up. But I'm sitting here in my cozy apartment, knowing
where you are and what you're doing and I'm surprisingly at peace with it. Because I
know I drove you away. Because I know I am responsible for tonight. Because I know
the anger and frustration you are directing at me is tempered by love, and that it
will fade. Because I know I had chance after chance with you and I failed to seize
those chances. I have been looking at your pictures and I'm grateful to have known
you as intimately as I did, for as long as I did. 26 years. Unbelievable. The
memories we share are tremendous. Despite my poor memory I can still vividly see
your face on the other side of that dorm room door when we first met. I was
mesmerized by you that night and I never escaped your grip. I am a very lucky man to
have had you in my life, to have enjoyed your best years, to have been given two
beautiful children by you, and to have you in my life still, no matter the changed
nature of the relationship. Thankfully, we do have kids so we will be forever bound.
Despite your choice to be with him tonight, I feel good about us. I am actually
relaxed and enjoying my night, smiling at the thought of you, glad you are having
fun. Knowing that my turn for fun will come very soon. I sincerely wish you all the
best in life and I know you want for the best for me. Now that you put the final
nail in the coffin tonight by choosing him over me once again, I can accept that you
will be making love to others and not me. I have been forced to accept it and focus
on my future and how bright it is so that I don't succumb to jealousy. I won't be
fantasizing about you walking down the hall tonight. I will actually be able to
sleep. I thought I would be shaking and crying tonight, thinking about you and him.
But I'm not. And if I do hear your heels clicking on the concrete floor tonight I
will just smile and welcome you in as an old friend. Invite you to sit on the edge
of the bed and talk. Talk about good memories, our kids, what's going on in the
world and in our lives. It feels good tonight. It feels good because I don't want to
fight with you any more and I know how to do that finally. I am tired of fighting,
tired of the pain. I have always wanted you to be happy and if it takes divorce for
that to happen, so be it. These last two weeks have honestly felt like living in a
nightmare. I'm ready to wake up and enjoy life again. You will ultimately regret
your decision to leave, to drive south instead of downtown tonight, because you will
struggle and not find anyone that can come near to replacing me. Because deep down
you know we should be continuing to make memories as a family. And because every day
you will see how I have matured and grown and changed, and have so much to offer in
a tender, loving manner - to the kids and to a new baby girl. I regret my choices
now, you will regret yours later, when one day you wake up in Fairmont or some other
crummy West Virginia town, the kids at home with me, look around and realize where
you are and who you are with and that the sex cannot fill you in the ways you truly
need. And knowing that I am fulfilling someone else in the meaningful ways. You will
wish you were with me and that all of us were together again. But I will still be
there for you as a friend, as a co-parent, as a protector. This will truly be a
fascinating experience. I have a few women who are interested in me already and it's
funny to me that I want to call you and ask your thoughts on them, get your advice.
I wanted you to come down for lunch today so I could talk to you about them, but of
course I couldn't ask that. Because you are a good friend who offers good advice.
Thanks for being a good friend, babe. I only wish I would have recognized it
earlier, appreciated you and how hard you tried, and followed your advice earlier.
If I had, none of us would ever have to struggle. We could have lived a fantasy
life, never having to worry about anything. But it took losing you for me to realize
what I had. Sad and embarrassing. Thanks in no small measure due to this highly
emotional and traumatizing experience, I will now always appreciate what I have,
live in the moment, prioritize appropriately, maintain a proper work-life balance,
communicate, focus, express, love, respect, protect, fulfill, uplift. I'm sorry you
won't be the recipient of that. I really am. you should have been. I'm truly sorry
it won't be you because you were the best friend I ever had and I loved my life with
you. I learned that I liked you for you, to include goofy Smellen. I will still
always sleep with my phone on and near my head in case you call. Not to ask me back,
but because you needed to talk to your best friend. The guy who knows you better

Page 666

EXHIBIT
6

Emails2

than anyone else. And I am not changing the code to the front entrance. Feel free to stop by any time, day or night, if you need a buddy or someone to talk to over dinner. I'm fairly well read and can be good company. If you need someone to hold your hand at the doctor's office, I will be there. I will try my hardest to not pass out. If you want to tag along on a business trip to New York or DC, you are always welcome. Anyone I meet will know up front that my ex-wife will always be my friend. And, of course, I will always do for the kids. You don't need convincing of that. Baby, you have no idea how sorry I am and how much I want to try to make it up to you, not that I ever can, but you can benefit from me trying. I wont ever forget you. And when you walk down the aisle again, I want to be the one to give you away. For the second time. I will fight back tears and give a speech from the heart about how I lost your love once before and it was the biggest mistake and regret of my life. I love you. I don't say that lightly. I love you, Ellen :) Scotty (the once - and future - dragon slayer).

P.S. please don't be angry that I sent this tonight. I can't save it as a draft and my battery is almost dead. I was afraid I would lose it if I didn't send it now. Goodnight and sweet dreams, my friend.

From:       scottballock@yahoo.com
Sent:       Tuesday, October 02, 2012 4:41 PM
To:         Ballock Ellen
Subject:    Maybe
Attachments: photo.JPG

And if you don't leave your date early to call me, maybe you will come over afterwards late and we can compare notes like friends.

From:       scottballock@yahoo.com
Sent:       Tuesday, October 02, 2012 4:40 PM
To:         Ballock Ellen
Subject:    Scotty
Attachments: photo.JPG


From:       scottballock@yahoo.com
Sent:       Tuesday, October 02, 2012 4:21 PM
To:         Ballock Ellen
Subject:    Kids

Hey,

Have the kids call me early this evening to say goodnight.
From:       scottballock@yahoo.com
Sent:       Tuesday, October 02, 2012 4:19 PM
To:         Ballock Ellen
Subject:    You

Call or text me tonight as soon as you realize, like I already have, that what we are doing is wrong.From:       scottballock@yahoo.com
Sent:       Tuesday, October 02, 2012 4:15 PM
To:         ellenballock@yahoo.com
Subject:    Re: Last text

If you tell me who you are going out with tonight, I will share a photo of my date.

On Oct 2, 2012, at 4:11 PM, "ellenballock@yahoo.com" <ellenballock@yahoo.com> wrote:

> K
>
> On Oct 2, 2012, at 4:10 PM, "scottballock@yahoo.com" <scottballock@yahoo.com>
wrote:

Page 667

Emails2

[westcoasttwiggs@yahoo.com]
Sent:     Sunday, October 07, 2012 11:24 AM
To:       Ballock Ellen
Subject:       Weekend

You were missed greatly this weekend. Just like at the wedding. There are going to
be regular gatherings here and elsewhere. A lifetime together, making memories and
sharing love. It's not too late to join us again for the ride.

Halloween soon in Lansing. Sometime during Thanksgiving week in Cleveland. Sue is
renting cabins for all of us at Nisso this fall. Christmas break in NYC. Ski/water
park weekend in Boyne. And that's just the macmurrays and lucaseses. I am going to
Indy this week to look up old friends and say goodbye to Melissa Secor. Then to
Bloomington during the week to say goodbye to us and where I will see Mascari to
tell him the news, ask him to play me a song on his guitar, and watch him swing on
the trapeze. I won't even list out the rest because it pains me to know that you
won't be there with us.From:  scottballock@yahoo.com
Sent:     Sunday, October 07, 2012 11:16 AM
To:       Ballock Ellen
Subject:       Choices

Flag Status:       Flagged

And I don't accept the premise - no one does - that you have no choice. I have
offered you a wonderful alternative. I have made changes, committed to you, laid out
a plan of action, put safeguards in place. This is a choice you are making. "Change"
you said. Then when I did you said it was a slap in the face that I changed.

And no me believes that the choice you are making is a correct one. Ask anyone -
save for those you pay cash to and those who stick their dick in you - if it's
healthy to immediately begin dating and having sex. The well educated, intelligent,
moral people I talk to are appalled and in disbelief. And then when I tell them
about the boy you chose, they cringe. Seriously, ask people whose opinions you
respect if what you're doing is healthy and right. Reverse the roles and tell them
it's me who is leaving the kids at home to go have sex with a dirty troll and that
I've already fallen for her. See their reactions.From:  scottballock@yahoo.com
Sent:     Sunday, October 07, 2012 10:41 AM
To:       Ballock Ellen
Subject:       Breakfast
Attachments:       photo.JPG; ATT00148.txt

Our money isn't good here. Such generous people. I understand your anger and hurt
and your fears, I really do. But I still can't believe you quit. That you gave up on
me, gave up all this. For kinny and Chris this weekend. You need to think about your
future and what's important and what will bring you long lasting love and
fulfillment. Your kids are struggling. I asked Tommy why he is so quiet this morning
and he said that he doesn't want to go home today. Consider this weekend the latest
of your mistakes. With plenty more to come because of your anger, your inability to
forgive, and your desire to hurt me by making love to others right now. Your vision
is so blinded by hatred and anger, you feed off of it. You actually enjoy hurting
me. Your hormones are so strong that you lower yourself to the land of the trolls,
not just for sex but for friendship. While people understand that we may have
separated, they are as disgusted as i am by your choice to bed with someone lime
kinny. Embarrassing and humiliating were the words mentioned this weekend.
embarrassing for you, humiliating for me. your hatred and anger and inability to not
be controlled by your hormones combine to prevent you from being fair about the
goodness of our relationship, the strength of our bonds, the good qualities we
shared, the importance of our family, the enormity of the struggles you and i and
the kids will now face, the values you used to have, the comfortable and wonderful
future we had in store for us. In counseling you went from being madly in love with
me and wanting to make it work, to hating me and wanting to learn how to be a
strong, independent, single woman. When you struggle, remember that you had choices
to make. And you were invited here this weekend to begin the healing. I'm angry

EXHIBIT
7

Emails2

hayride featuring a headless horseman, a reenactment of a slave's journey on the Underground Railroad and a haunted house which lets you shoot at zombies. And remember what I always taught you, Summer...it takes head shots to kill a zombie :)

I love you guys...

Daddy

From:      scottballock@yahoo.com
Sent:      Tuesday, October 09, 2012 9:07 PM
To:        Ballock Summer
Subject:       Hi Kids!

Summer and Tommy,

How are you doing? I am doing fine. Can you believe the weather is turning so cold so fast? It seems like just yesterday that we were sweating at Deer Valley. It will be winter soon and we will see snow before you know it. Like you, fall is my favorite season of the year. I like the crisp weather and the changing colors of the leaves. Summer, how was theater practice? Are you learning your lines for the production? Rose's hippie sister is a very important part in that play. I am sure you will do great. You are a natural on the stage. Tommy, did you ride your unicycle while summer was at practice? I saw a guy riding a unicycle today and I did a double take. It is not often that you see someone riding a unicycle. You certainly do belong to a special club.

I am sure you are already in bed. I hope you gave each other a squishee wishee. Sweet dreams, my little angels. Daddy thinks of you all day long and looks for the brightest star each night before bed.

XOXOXO

Love,
Daddy

From:      scottballock@yahoo.com
Sent:      Tuesday, October 09, 2012 8:56 AM
To:        Ballock Ellen
Subject:       The End

This will be my last personal correspondence with you. All future communication, to include discussions about the division of assets and custody/visitation arrangements will occur between our attorneys.

I arrived at work this morning to find sexually graphic photos of you and kinny in my mailbox. If it was you who sent them, it was an unusually cruel act and you should be ashamed of yourself. But thank you for providing the latest in a long string of reasons for me to stop loving you. If it was kinny who sent them, he is playing with fire. If those photos appear anywhere else at my workplace, there will be hell to pay.

If you did not send the photos or have knowledge that they were being sent, I offer you this last piece of advice only because you are the mother of my children. Run - don't walk - as fast and as far away as you can from that ignorant hillbilly. I have warned you before, dumb is dangerous. And he is more than dumb. But do not give him any reason to be angry with you for leaving. Protect yourself and your children from future harm he may inflict. A ruined reputation is harmful to both you and the children.

You have lost your husband and best friend, your family, your wonderful network of supportive and generous friends, your comfortable and secure future. But worst of all you have lost your way. I thought I knew you better.

Tell your counselor kudos for another fantastic recommendation - to explore the possibility of love with a troll.

Page 600

EXHIBIT
8

Emails2

Goodbye, Ellen. You have gone too far.

From:     scottballock@yahoo.com
Sent:     Tuesday, October 09, 2012 6:32 AM
To:       Ballock Ellen
Subject:      The Tribe


Next time you think about calling or writing your new love, re-read Ryan's message.
It rings with truths. Then write or call me instead. Your tribe misses you, wants
you to get better, and eagerly awaits your return.From: scottballock@yahoo.com
Sent:    Tuesday, October 09, 2012 6:30 AM
To:      Ballock Ellen
Subject:       Three Words

Ellie,

It's difficult to leave for Indy without you. It's difficult to move on without you.
It is all so very difficult without you.

"Come get me" is all you needed to write. Three words. I would have taken care of
the rest. I have the answers, the ability, the power, the love, the support, the
commitment. Enough for all of us. Forever, you would not believe the journey I have
been on. Life would have been sweet for all of us. Instead, you choose him still,
and by doing so, you choose a new, less fulfilling, and difficult way of life for
all of us.

Try it. Write those three words in an email. Don't push send, just write them. Look
at the words. Think about your future, our future, the children's future. Really
think about it. Find that soft spot inside you, the place where my love is stuck.
The place where our souls laugh and play together. Then take a deep breath, close
your eyes, and hit send. Or hit cancel and send me off today without you.

I'm sorry for trying still. I am. I know I shouldn't be trying, but I read Ryan's
message again this morning and he's right - there was goodness there, something
worth fighting for, worth dying for. You do still love me. And we should never,
ever, ever give up. We are worth the effort. Our family is too important for so many
people. I know your heart is elsewhere already. I know when you close your eyes you
think of him, not me. But I can't bear to see this happen. I am inspired. Inspired
to not give up the fight. The fight to win you back and, every single day after, to
convince you that you made the right choice.

Love,
ScottyFrom:      scottballock@yahoo.com
Sent:    Tuesday, October 09, 2012 12:18 AM
To:      Ballock Ellen
Subject:       Sexual abuse

You claim that you had sex with other men for my benefit, not for yours. That you
never enjoyed it. That's just absurd.

If that's the case, then why would you now be having a sexual relationship with one
of those men (Kenny)?From:     scottballock@yahoo.com
Sent:    Monday, October 08, 2012 9:54 PM
To:      ellenballock@yahoo.com
Subject:       Re: A plea

No, because it is sexual and I don't want to offend you. I just want to experience
this.

Goodnight, friend.

```
                              Emails2
Sent:     Thursday, October 11, 2012 9:42 PM
To:       Ballock Ellen
Subject:          Possessions
```

Sorry to bother you, but I forgot to ask for one last thing...the rest of my meds.
My Wellbutrin and Paxil were not among the medicines you sent with me.

Also, if you are going to be home this weekend after all, I would love to see the
kids Sunday. I could pick them and some of my possessions up around 11:00?From:
scottballock@yahoo.com
```
Sent:     Thursday, October 11, 2012 8:55 PM
To:       ellenballock@yahoo.com
Subject:          Re: Kids are in bed
```

I'm sorry I changed you so much that you lost the nerve to do something as romantic
and daring as driving to me and standing outside my door and smiling when I open it.
That cute, sly smile of yours that says, "look what I did." That's exactly what your
smile says so often.

On Oct 11, 2012, at 8:16 PM, "ellenballock@yahoo.com" <ellenballock@yahoo.com>
wrote:

> I'm sorry but the kids are in bed. They've been tired after long school days and
lots of outdoor play and crafts at night.
```
From:     scottballock@yahoo.com
Sent:     Thursday, October 11, 2012 8:49 PM
To:       ellenballock@yahoo.com
Subject:          Re: Kids are in bed
```

It hurts me to know what you really want deep down but to know that you have so
little faith that you can't quite pull the trigger. That you think about it, but you
can't find the courage to turn the key in the ignition and begin the drive tonight
or tomorrow morning. You know that this is a golden opportunity. And that we missed
out on two others recently - the wedding and the clambake. You know the leaves are
changing here, that being here would revive old feelings in you.mi know you. I know
you too well. You are too much like me.

On Oct 11, 2012, at 8:16 PM, "ellenballock@yahoo.com" <ellenballock@yahoo.com>
wrote:

> I'm sorry but the kids are in bed. They've been tired after long school days and
lots of outdoor play and crafts at night.
```
From:     scottballock@yahoo.com
Sent:     Thursday, October 11, 2012 8:52 PM
To:       ellenballock@yahoo.com
Subject:          Re: Kids are in bed
```

You know that you want to see Steve and Melissa and hug Lauren. and be her mother
figure now that Melissa is dying. You know that would be fulfilling and that no one
could do it better than you. That you could change Steve and Lauren's lives by
inserting yourself. And that that is part of your calling.

On Oct 11, 2012, at 8:16 PM, "ellenballock@yahoo.com" <ellenballock@yahoo.com>
wrote:

> I'm sorry but the kids are in bed. They've been tired after long school days and
lots of outdoor play and crafts at night.
```
From:     scottballock@yahoo.com
Sent:     Thursday, October 11, 2012 8:46 PM
To:       ellenballock@yahoo.com
Subject:          Re: Kids are in bed
```

I know you. I know you are scared. But I know that's really what you want.you want

EXHIBIT
9

Emails2

your old life back, but just the good parts. You want to be able to trust that only the good parts will return. And that they will stay.

You want this ugliness to go away. You want Tommy and Summer to be happy and secure again. you want to be happy again. You want your comfortable vision of your future to return. you want your first and only true love to return. You want to never return to this ugly place again. You want me to whisper gently in your ear every day, tell you how beautiful you are, how much you mean to me. Slay your dragons. Protect and comfort you.

And I will.

These three weeks have been enlightening. Life altering. I have never been more clear headed, certain of what's important, what I need to do to be the man you deserve, to be the man you married so long ago. I have so much confidence. So much love. It's why I am ok with you moving on if that's really what would make you happy. Because I have changed, matured. Miraculously. I will be the one leading the family to church every Sunday now. Barking in a jovial manner for everyone to get out of bed and get their dress clothes on. Then introducing us to everyone at church. Then taking us to breakfast afterward to discuss as a family the message power heard.

On Oct 11, 2012, at 8:16 PM, "ellenballock@yahoo.com" <ellenballock@yahoo.com> wrote:

> I'm sorry but the kids are in bed. They've been tired after long school days and lots of outdoor play and crafts at night.
From:     scottballock@yahoo.com
Sent:     Thursday, October 11, 2012 8:37 PM
To:       ellenballock@yahoo.com
Subject:        Re: Kids are in bed

Part of you wants this to all go away, just like me. Spend the thousands of dollars not on attorneys but on your ring. Love again, the right way. Listen to my daily compliments. Hear my story of rebirth. Visit Melissa with me to see the horror of death and know why I will never do anything but love you right and protect you.

Part of you even wants to put the kids in the car this very moment and drive overnight to me. Because they will sleep well and you are a night owl. And you know I would cancel my presentation tomorrow to spend the entire day with you. I would drive the kids to rich
Hmond while you slept in the bed, on the spot I made warm for you. I would come back to Indy with food for you, serve you in bed, massage you. We would go clothes and ring shopping in Castleton. Y need something nice to wear to see Carrie Newcomer and you left Morgantown in a hurry.

On Oct 11, 2012, at 8:16 PM, "ellenballock@yahoo.com" <ellenballock@yahoo.com> wrote:

> I'm sorry but the kids are in bed. They've been tired after long school days and lots of outdoor play and crafts at night.
From:     scottballock@yahoo.com
Sent:     Thursday, October 11, 2012 8:32 PM
To:       ellenballock@yahoo.com
Subject:        Re: Kids are in bed

I know you are a romantic at heart. So am I. Its why we lasted so long. It's why I stopped byBeck Chapel and Then went into the Union to inquire about reserving it for next June. It's why I went ring shopping tonight in Castleton and put a hundred dollars down on the most beautiful diamond I found. It's why I bought half a dozen cards at Greetings.

It's why part of you is tempted to drive the kids to Richmond tomorrow instead of to
Page 583

Emails2

school. And then drive to me so we can go to a nice restaurant and talk. Walk along the canal. Listen to Carrie Newcomer while holding hands and crying. Then spend Saturday at the IU football game, walking on campus, sneaking into Reed Hall to see where we met, then taking a picnic dinner  to Oliver Winery and kissing on the lawn by the pond.

You are a hopeless romantic like me. You have hardened your heart but part of you wants to defy that and give in. Taste the sweetness again. Listen to me whisper in your ear that it will never fade.

On Oct 11, 2012, at 8:16 PM, "ellenballock@yahoo.com" <ellenballock.com> wrote:

> I'm sorry but the kids are in bed. They've been tired after long school days and lots of outdoor play and crafts at night.
From:     scottballock@yahoo.com
Sent:     Thursday, October 11, 2012 8:25 PM
To:       ellenballock@yahoo.com
Subject:      Re: Kids are in bed

Do you fantasize like I do about going to the a outer Banks together for Thanksgiving and waking up together on Christmas morning?

About traveling to Chicago and New York together? About reuniting not just with me but with all of our old friends and enjoying their company again?

About even snuggling with my mom on the couch? She is ready to come up. She misses you.

On Oct 11, 2012, at 8:16 PM, "ellenballock@yahoo.com" <ellenballock@yahoo.com> wrote:

> I'm sorry but the kids are in bed. They've been tired after long school days and lots of outdoor play and crafts at night.
From:     scottballock@yahoo.com
Sent:     Thursday, October 11, 2012 8:23 PM
To:       ellenballock@yahoo.com
Subject:      Re: Kids are in bed

Do you sometimes wish that I was sitting next to you on the couch, massaging your feet? Talking about our friends and our vacation plans?

On Oct 11, 2012, at 8:16 PM, "ellenballock@yahoo.com" <ellenballock@yahoo.com> wrote:

> I'm sorry but the kids are in bed. They've been tired after long school days and lots of outdoor play and crafts at night.
From:     scottballock@yahoo.com
Sent:     Thursday, October 11, 2012 8:23 PM
To:       ellenballock@yahoo.com
Subject:      Re: Kids are in bed

Does even a small part of you have the romantic urge to put the kids in the car in the morning? To say, "I'm going to see Daddy. We are going to talk."

On Oct 11, 2012, at 8:16 PM, "ellenballock@yahoo.com" <ellenballock@yahoo.com> wrote:

> I'm sorry but the kids are in bed. They've been tired after long school days and lots of outdoor play and crafts at night.
From:     scottballock@yahoo.com
Sent:     Thursday, October 11, 2012 8:22 PM
To:       ellenballock@yahoo.com

Emails2

Subject:        Re: Kids are in bed

When you are making love to him, do you sometimes think of me? My blue eyes and my scent? I'm just curious.

On Oct 11, 2012, at 8:16 PM, "ellenballock@yahoo.com" <ellenballock@yahoo.com> wrote:

> I'm sorry but the kids are in bed. They've been tired after long school days and lots of outdoor play and crafts at night.
From:    scottballock@yahoo.com
Sent:    Thursday, October 11, 2012 8:21 PM
To:      ellenballock@yahoo.com
Subject:        Re: Kids are in bed

I'm sure your head talks you out of it, but does your heart try to speak up at all? Late at night? Early in the morning? When you look in our children's eyes?

On Oct 11, 2012, at 8:16 PM, "ellenballock@yahoo.com" <ellenballock@yahoo.com> wrote:

> I'm sorry but the kids are in bed. They've been tired after long school days and lots of outdoor play and crafts at night.
From:    scottballock@yahoo.com
Sent:    Thursday, October 11, 2012 8:20 PM
To:      ellenballock@yahoo.com
Subject:        Re: Kids are in bed

T just take a leap of faith and see where we go? To finish your life with me?

On Oct 11, 2012, at 8:16 PM, "ellenballock@yahoo.com" <ellenballock@yahoo.com> wrote:

> I'm sorry but the kids are in bed. They've been tired after long school days and lots of outdoor play and crafts at night.
From:    scottballock@yahoo.com
Sent:    Thursday, October 11, 2012 8:19 PM
To:      ellenballock@yahoo.com
Subject:        Re: Kids are in bed

Are you tempted in the slightest to drive to Indy tomorrow? Drop the kids off in Richmond and continue on here?

On Oct 11, 2012, at 8:16 PM, "ellenballock@yahoo.com" <ellenballock@yahoo.com> wrote:

> I'm sorry but the kids are in bed. They've been tired after long school days and lots of outdoor play and crafts at night.
From:    scottballock@yahoo.com
Sent:    Thursday, October 11, 2012 8:19 PM
To:      ellenballock@yahoo.com
Subject:        Re: Kids are in bed

Is there ever a part of you that wonders if you are doing the right thing? That thinks about calling me and just talking like friends again? That wishes I would walk through the door at night?

On Oct 11, 2012, at 8:16 PM, "ellenballock@yahoo.com" <ellenballock@yahoo.com> wrote:

> I'm sorry but the kids are in bed. They've been tired after long school days and lots of outdoor play and crafts at night.
From:    scottballock@yahoo.com

Page 585

Emails2

Sent:      Thursday, October 11, 2012 8:18 PM
To:        ellenballock@yahoo.com
Subject:        Re: Kids are in bed

Do you think you will want to stay in the house? My attorney will want to know.

On Oct 11, 2012, at 8:16 PM, "ellenballock@yahoo.com" <ellenballock@yahoo.com>
wrote:

> I'm sorry but the kids are in bed. They've been tired after long school days and
lots of outdoor play and crafts at night.
From:      scottballock@yahoo.com
Sent:      Thursday, October 11, 2012 8:17 PM
To:        ellenballock@yahoo.com
Subject:        Re: Kids are in bed

No problem. I wish you would have had them call me earlier then.


On Oct 11, 2012, at 8:16 PM, "ellenballock@yahoo.com" <ellenballock@yahoo.com>
wrote:

> I'm sorry but the kids are in bed. They've been tired after long school days and
lots of outdoor play and crafts at night.
From:      scottballock@yahoo.com
Sent:      Thursday, October 11, 2012 8:17 PM
To:        ellenballock@yahoo.com
Subject:        Re: Possessions

I gave you one email. Then you questioned about the Bose, so I explained.

On Oct 11, 2012, at 8:15 PM, "ellenballock@yahoo.com" <ellenballock@yahoo.com>
wrote:

> I asked what you needed me to place in the garage. One simple email would have
sufficed, Scott.
>
> On Oct 11, 2012, at 8:13 PM, "scottballock@yahoo.com" <scottballock@yahoo.com>
wrote:
>
>> I know. You were the one who asked. Geez.
>>
>> It doesn't have to be this way, it really doesn't.
>>
>> We can work on our relationship. I know you don't want to, but I want you to know
that it is an option.
>>
>> On Oct 11, 2012, at 8:12 PM, "ellenballock@yahoo.com" <ellenballock@yahoo.com>
wrote:
>>
>>> Stop. It will all get figured out in the end. Leave me alone now.
>>>
>>> On Oct 11, 2012, at 8:11 PM, "scottballock@yahoo.com" <scottballock@yahoo.com>
wrote:
>>>
>>>> If you keep the household possessions, that goes in your "assets" column.
>>>>
>>>> On Oct 11, 2012, at 8:09 PM, "ellenballock@yahoo.com" <ellenballock@yahoo.com>
wrote:
>>>>
>>>>> Half in cash?  Who are you taking to?  Seriously. The Bose is how I listen to
snow/weather reports before I take kids to school in the winter.

Emails2

>>>>>
>>>>> On Oct 11, 2012, at 8:05 PM, "scottballock@yahoo.com" <scottballock@yahoo.com> wrote:
>>>>>
>>>>>> It doesn't get regular channels or play CDs.
>>>>>>
>>>>>> Eh, but I don't really need it. You can have it and I will take half in cash.
>>>>>>
>>>>>> On Oct 11, 2012, at 8:04 PM, "ellenballock@yahoo.com" <ellenballock@yahoo.com> wrote:
>>>>>>
>>>>>>> You just bought a Sirius radio. Why do you need the Bose Radio?
>>>>>>>
>>>>>>> On Oct 11, 2012, at 7:33 PM, "scottballock@yahoo.com" <scottballock@yahoo.com> wrote:
>>>>>>>
>>>>>>>> All my clothes, save for the suits. I will get them later when I rent a storage facility.
>>>>>>>>
>>>>>>>> Artwork: do unto others, welcome to Chicago, FBI warning, WWII.
>>>>>>>>
>>>>>>>> Small brown comforter.
>>>>>>>>
>>>>>>>> Bose radio
>>>>>>>>
>>>>>>>> Guitar
>>>>>>>>
>>>>>>>> IU mugs and any other fun mugs
>>>>>>>>
>>>>>>>> A couple of fluffy bath towels
>>>>>>>>
>>>>>>>> That should do it.
>>>>>>>>
>>>>>>>> We will determine the value of the rest of our possessions later when we divide our assets.
From:      scottballock@yahoo.com
Sent:      Thursday, October 11, 2012 8:15 PM
To:        ellenballock@yahoo.com
Subject:        Re: Possessions

It is never too late to try again. To find the love. To reunite. Sue is going to throw a killer party :)

As much as you are enjoying your new life right now, there has to be a part of you that misses what we had, our family, the fun things we did, the memories we created.

On Oct 11, 2012, at 8:12 PM, "ellenballock@yahoo.com" <ellenballock@yahoo.com> wrote:

> Stop. It will all get figured out in the end. Leave me alone now.
>
> On Oct 11, 2012, at 8:11 PM, "scottballock@yahoo.com" <scottballock@yahoo.com> wrote:
>
>> If you keep the household possessions, that goes in your "assets" column.
>>
>> On Oct 11, 2012, at 8:09 PM, "ellenballock@yahoo.com" <ellenballock@yahoo.com> wrote:
>>
>>> Half in cash? Who are you taking to? Seriously. The Bose is how I listen to snow/weather reports before I take kids to school in the winter.
>>>
>>> On Oct 11, 2012, at 8:05 PM, "scottballock@yahoo.com" <scottballock@yahoo.com>

Page 587

Emails2

wrote:
>>>
>>>> It doesn't get regular channels or play CDs.
>>>>
>>>> Eh, but I don't really need it. You can have it and I will take half in cash.
>>>>
>>>> On Oct 11, 2012, at 8:04 PM, "ellenballock@yahoo.com" <ellenballock@yahoo.com>
wrote:
>>>>
>>>>> You just bought a Sirius radio. Why do you need the Bose Radio?
>>>>>
>>>>> On Oct 11, 2012, at 7:33 PM, "scottballock@yahoo.com" <scottballock@yahoo.com>
wrote:
>>>>>
>>>>>> All my clothes, save for the suits. I will get them later when I rent a
storage facility.
>>>>>>
>>>>>> Artwork: do unto others, welcome to Chicago, FBI warning, WWII.
>>>>>>
>>>>>> Small brown comforter.
>>>>>>
>>>>>> Bose radio
>>>>>>
>>>>>> Guitar
>>>>>>
>>>>>> IU mugs and any other fun mugs
>>>>>>
>>>>>> A couple of fluffy bath towels
>>>>>>
>>>>>> That should do it.
>>>>>>
>>>>>> We will determine the value of the rest of our possessions later when we
divide our assets.
From:    scottballock@yahoo.com
Sent:    Thursday, October 11, 2012 8:14 PM
To:      ellenballock@yahoo.com
Subject:        Re: Possessions

I know. You were the one who asked. Geez.

It doesn't have to be this way, it really doesn't.

We can work on our relationship. I know you don't want to, but I want you to know
that it is an option.

On Oct 11, 2012, at 8:12 PM, "ellenballock@yahoo.com" <ellenballock@yahoo.com>
wrote:

> Stop. It will all get figured out in the end. Leave me alone now.
>
> On Oct 11, 2012, at 8:11 PM, "scottballock@yahoo.com" <scottballock@yahoo.com>
wrote:
>
>> If you keep the household possessions, that goes in your "assets" column.
>>
>> On Oct 11, 2012, at 8:09 PM, "ellenballock@yahoo.com" <ellenballock@yahoo.com>
wrote:
>>
>>> Half in cash? Who are you taking to? Seriously. The Bose is how I listen to
snow/weather reports before I take kids to school in the winter.
>>>
>>> On Oct 11, 2012, at 8:05 PM, "scottballock@yahoo.com" <scottballock@yahoo.com>
wrote:

Page 588

Emails2

>>>
>>>> It doesn't get regular channels or play CDs.
>>>>
>>>> Eh, but I don't really need it. You can have it and I will take half in cash.
>>>>
>>>> On Oct 11, 2012, at 8:04 PM, "ellenballock@yahoo.com" <ellenballock@yahoo.com>
wrote:
>>>>
>>>>> You just bought a Sirius radio. Why do you need the Bose Radio?
>>>>>
>>>>> On Oct 11, 2012, at 7:33 PM, "scottballock@yahoo.com" <scottballock@yahoo.com>
wrote:
>>>>>
>>>>>> All my clothes, save for the suits. I will get them later when I rent a
storage facility.
>>>>>>
>>>>>> Artwork: do unto others, welcome to Chicago, FBI warning, WWII.
>>>>>>
>>>>>> Small brown comforter.
>>>>>>
>>>>>> Bose radio
>>>>>>
>>>>>> Guitar
>>>>>>
>>>>>> IU mugs and any other fun mugs
>>>>>>
>>>>>> A couple of fluffy bath towels
>>>>>>
>>>>>> That should do it.
>>>>>>
>>>>>> We will determine the value of the rest of our possessions later when we
divide our assets.
From:     scottballock@yahoo.com
Sent:     Thursday, October 11, 2012 8:12 PM
To:       ellenballock@yahoo.com
Subject:       Re: Possessions

Do you think you will want to stay in the house?

On Oct 11, 2012, at 8:09 PM, "ellenballock@yahoo.com" <ellenballock@yahoo.com>
wrote:

> Half in cash?  Who are you taking to?  Seriously. The Bose is how I listen to
snow/weather reports before I take kids to school in the winter.
>
> On Oct 11, 2012, at 8:05 PM, "scottballock@yahoo.com" <scottballock@yahoo.com>
wrote:
>
>> It doesn't get regular channels or play CDs.
>>
>> Eh, but I don't really need it. You can have it and I will take half in cash.
>>
>> On Oct 11, 2012, at 8:04 PM, "ellenballock@yahoo.com" <ellenballock@yahoo.com>
wrote:
>>
>>> You just bought a Sirius radio. Why do you need the Bose Radio?
>>>
>>> On Oct 11, 2012, at 7:33 PM, "scottballock@yahoo.com" <scottballock@yahoo.com>
wrote:
>>>
>>>> All my clothes, save for the suits. I will get them later when I rent a storage
facility.
>>>>

Page 589

Emails2
>>>> Artwork: do unto others, welcome to Chicago, FBI warning, WWII.
>>>>
>>>> Small brown comforter.
>>>>
>>>> Bose radio
>>>>
>>>> Guitar
>>>>
>>>> IU mugs and any other fun mugs
>>>>
>>>> A couple of fluffy bath towels
>>>>
>>>> That should do it.
>>>>
>>>> We will determine the value of the rest of our possessions later when we divide our assets.
From:     scottballock@yahoo.com
Sent:     Thursday, October 11, 2012 8:12 PM
To:       ellenballock@yahoo.com
Subject:      Re: Possessions

If you keep the household possessions, that goes in your "assets" column.

On Oct 11, 2012, at 8:09 PM, "ellenballock@yahoo.com" <ellenballock@yahoo.com> wrote:

> Half in cash?  Who are you taking to?  Seriously. The Bose is how I listen to snow/weather reports before I take kids to school in the winter.
>
> On Oct 11, 2012, at 8:05 PM, "scottballock@yahoo.com" <scottballock@yahoo.com> wrote:
>
>> It doesn't get regular channels or play CDs.
>>
>> Eh, but I don't really need it. You can have it and I will take half in cash.
>>
>> On Oct 11, 2012, at 8:04 PM, "ellenballock@yahoo.com" <ellenballock@yahoo.com> wrote:
>>
>>> You just bought a Sirius radio. Why do you need the Bose Radio?
>>>
>>> On Oct 11, 2012, at 7:33 PM, "scottballock@yahoo.com" <scottballock@yahoo.com> wrote:
>>>
>>>> All my clothes, save for the suits. I will get them later when I rent a storage facility.
>>>>
>>>> Artwork: do unto others, welcome to Chicago, FBI warning, WWII.
>>>>
>>>> Small brown comforter.
>>>>
>>>> Bose radio
>>>>
>>>> Guitar
>>>>
>>>> IU mugs and any other fun mugs
>>>>
>>>> A couple of fluffy bath towels
>>>>
>>>> That should do it.
>>>>
>>>> We will determine the value of the rest of our possessions later when we divide our assets.

Emails2

From:      scottballock@yahoo.com
Sent:      Thursday, October 11, 2012 8:11 PM
To:        ellenballock@yahoo.com
Subject:         Re: Possessions

Whatever you keep, I get half in cash. And vice versa. It all evens out.

You get "credited" for the cost of the SUV, I get "credited" for the value of the broken down Camry.

On Oct 11, 2012, at 8:09 PM, "ellenballock@yahoo.com" <ellenballock@yahoo.com> wrote:

> Half in cash? Who are you taking to? Seriously. The Bose is how I listen to snow/weather reports before I take kids to school in the winter.
>
> On Oct 11, 2012, at 8:05 PM, "scottballock@yahoo.com" <scottballock@yahoo.com> wrote:
>
>> It doesn't get regular channels or play CDs.
>>
>> Eh, but I don't really need it. You can have it and I will take half in cash.
>>
>> On Oct 11, 2012, at 8:04 PM, "ellenballock@yahoo.com" <ellenballock@yahoo.com> wrote:
>>
>>> You just bought a Sirius radio. Why do you need the Bose Radio?
>>>
>>> On Oct 11, 2012, at 7:33 PM, "scottballock@yahoo.com" <scottballock@yahoo.com> wrote:
>>>
>>>> All my clothes, save for the suits. I will get them later when I rent a storage facility.
>>>>
>>>> Artwork: do unto others, welcome to Chicago, FBI warning, WWII.
>>>>
>>>> Small brown comforter.
>>>>
>>>> Bose radio
>>>>
>>>> Guitar
>>>>
>>>> IU mugs and any other fun mugs
>>>>
>>>> A couple of fluffy bath towels
>>>>
>>>> That should do it.
>>>>
>>>> We will determine the value of the rest of our possessions later when we divide our assets.
From:      scottballock@yahoo.com
Sent:      Thursday, October 11, 2012 8:10 PM
To:        ellenballock@yahoo.com
Subject:         Re: Possessions

I'm finding I can get along with very little.

And if mom moves up, she has all the furniture we will need. If...

On Oct 11, 2012, at 8:07 PM, "ellenballock@yahoo.com" <ellenballock@yahoo.com> wrote:

> You just bought Sirius radio.

                              Page 591

Emails2

\>
\> On Oct 11, 2012, at 8:06 PM, "scottballock@yahoo.com" <scottballock@yahoo.com> wrote:
\>
\>> I didn't. I do now.
\>>
\>> On Oct 11, 2012, at 8:05 PM, "ellenballock@yahoo.com" <ellenballock@yahoo.com> wrote:
\>>
\>>> You were the more materialistic one.  You cared more about the stuff than I ever did. All I ever needed was love and devotion. You just don't understand that about me.
\>>>
\>>> On Oct 11, 2012, at 7:33 PM, "scottballock@yahoo.com" <scottballock@yahoo.com> wrote:
\>>>
\>>>> All my clothes, save for the suits. I will get them later when I rent a storage facility.
\>>>>
\>>>> Artwork: do unto others, welcome to Chicago, FBI warning, WWII.
\>>>>
\>>>> Small brown comforter.
\>>>>
\>>>> Bose radio
\>>>>
\>>>> Guitar
\>>>>
\>>>> IU mugs and any other fun mugs
\>>>>
\>>>> A couple of fluffy bath towels
\>>>>
\>>>> That should do it.
\>>>>
\>>>> We will determine the value of the rest of our possessions later when we divide our assets.
From:    scottballock@yahoo.com
Sent:    Thursday, October 11, 2012 8:09 PM
To:      ellenballock@yahoo.com
Subject:         Re: Possessions

I know. I told you, it doesn't play regular local stations or CDs. But I wasn't sure I wanted the base anyway. I don't think I do. I would rather have half the cash.

On Oct 11, 2012, at 8:07 PM, "ellenballock@yahoo.com" <ellenballock@yahoo.com> wrote:

\> You just bought Sirius radio.
\>
\> On Oct 11, 2012, at 8:06 PM, "scottballock@yahoo.com" <scottballock@yahoo.com> wrote:
\>
\>> I didn't. I do now.
\>>
\>> On Oct 11, 2012, at 8:05 PM, "ellenballock@yahoo.com" <ellenballock@yahoo.com> wrote:
\>>
\>>> You were the more materialistic one.  You cared more about the stuff than I ever did. All I ever needed was love and devotion. You just don't understand that about me.
\>>>
\>>> On Oct 11, 2012, at 7:33 PM, "scottballock@yahoo.com" <scottballock@yahoo.com> wrote:
\>>>

Page 592

Emails2

>>>> All my clothes, save for the suits. I will get them later when I rent a storage facility.
>>>>
>>>> Artwork: do unto others, welcome to Chicago, FBI warning, WWII.
>>>>
>>>> Small brown comforter.
>>>>
>>>> Bose radio
>>>>
>>>> Guitar
>>>>
>>>> IU mugs and any other fun mugs
>>>>
>>>> A couple of fluffy bath towels
>>>>
>>>> That should do it.
>>>>
>>>> We will determine the value of the rest of our possessions later when we divide our assets.
From:     scottballock@yahoo.com
Sent:     Thursday, October 11, 2012 8:08 PM
To:       ellenballock@yahoo.com
Subject:         Re: Possessions

That's fine. We will divide everything up later anyway. No problem.

On Oct 11, 2012, at 8:07 PM, "ellenballock@yahoo.com" <ellenballock@yahoo.com> wrote:

> No to Bose for now.
>
> On Oct 11, 2012, at 8:06 PM, "scottballock@yahoo.com" <scottballock@yahoo.com> wrote:
>
>> I didn't. I do now.
>>
>> On Oct 11, 2012, at 8:05 PM, "ellenballock@yahoo.com" <ellenballock@yahoo.com> wrote:
>>
>>> You were the more materialistic one.  You cared more about the stuff than I ever did. All I ever needed was love and devotion. You just don't understand that about me.
>>>
>>> On Oct 11, 2012, at 7:33 PM, "scottballock@yahoo.com" <scottballock@yahoo.com> wrote:
>>>
>>>> All my clothes, save for the suits. I will get them later when I rent a storage facility.
>>>>
>>>> Artwork: do unto others, welcome to Chicago, FBI warning, WWII.
>>>>
>>>> Small brown comforter.
>>>>
>>>> Bose radio
>>>>
>>>> Guitar
>>>>
>>>> IU mugs and any other fun mugs
>>>>
>>>> A couple of fluffy bath towels
>>>>
>>>> That should do it.
>>>>

Page 593

Emails2

>>>> We will determine the value of the rest of our possessions later when we divide
our assets.
From:     scottballock@yahoo.com
Sent:     Thursday, October 11, 2012 8:08 PM
To:       ellenballock@yahoo.com
Subject:       Re: Possessions

Please stop attacking. We are beyond that. You have convinced me that you have moved
way beyond the pint of any possible reconciliation.

You are right. You will be fine without me. And I will be fine too. It will be ok,.

On Oct 11, 2012, at 8:05 PM, "ellenballock@yahoo.com" <ellenballock@yahoo.com>
wrote:

> You were the more materialistic one.  You cared more about the stuff than I ever
did. All I ever needed was love and devotion. You just don't understand that about
me.
>
> On Oct 11, 2012, at 7:33 PM, "scottballock@yahoo.com" <scottballock@yahoo.com>
wrote:
>
>> All my clothes, save for the suits. I will get them later when I rent a storage
facility.
>>
>> Artwork: do unto others, welcome to Chicago, FBI warning, WWII.
>>
>> Small brown comforter.
>>
>> Bose radio
>>
>> Guitar
>>
>> IU mugs and any other fun mugs
>>
>> A couple of fluffy bath towels
>>
>> That should do it.
>>
>> We will determine the value of the rest of our possessions later when we divide
our assets.
From:     scottballock@yahoo.com
Sent:     Thursday, October 11, 2012 8:06 PM
To:       ellenballock@yahoo.com
Subject:       Re: Possessions

I didn't. I do now.

On Oct 11, 2012, at 8:05 PM, "ellenballock@yahoo.com" <ellenballock@yahoo.com>
wrote:

> You were the more materialistic one.  You cared more about the stuff than I ever
did. All I ever needed was love and devotion. You just don't understand that about
me.
>
> On Oct 11, 2012, at 7:33 PM, "scottballock@yahoo.com" <scottballock@yahoo.com>
wrote:
>
>> All my clothes, save for the suits. I will get them later when I rent a storage
facility.
>>
>> Artwork: do unto others, welcome to Chicago, FBI warning, WWII.
>>

Page 594

Emails2

well and exercising, this stress has made me lose 15 pounds this month. And I feel like I'm dying physically. I am trying to see dr. Pallie soon.

From:    scottballock@yahoo.com
Sent:    Monday, October 15, 2012 9:43 AM
To:      ellenballock@yahoo.com
Subject:         Re: I've done it

It's not too late.

I don't threaten. I need to protect myself and the kids.

How is that damaging? They know we are divorcing. They know nana and granddad are moving here. They know we are looking at houses. We just happened to see a nice neighborhood on our way home with homes for sale and stopped to look. We didn't go house hunting.

My true colors are that I love you. Nothing else.

On Oct 15, 2012, at 8:49 AM, "ellenballock@yahoo.com" <ellenballock@yahoo.com> wrote:

> You have shown me your true colors over the past month. You didn't love me right. You abused me. You make all kinds of lovely plans and promises, but its too late. And when I tell you it's too late, you turn mean and nasty and threaten all sorts of awful consequences, such as taking our beautiful children away from me.
>
> Please stop putting the children in the middle of this. Please stop using them. It was uncouth of you to take the kids house hunting yesterday. It was damaging to their little psyches. They are entirely confused now. They feel they have to choose either you or me as a parent to love, when in all actuality we will both be their parent...both be there for then, just living in separate houses.
>
> On Oct 15, 2012, at 8:34 AM, "scottballock@yahoo.com" <scottballock@yahoo.com> wrote:
>
>> Nothing is broken beyond repair. There are ways to heal.
>>
>> On Oct 15, 2012, at 8:33 AM, "ellenballock@yahoo.com" <ellenballock@yahoo.com> wrote:
>>
>>> I lived under stress like this for a decade and longer. You broke me.
>>>
>>> On Oct 15, 2012, at 8:32 AM, "scottballock@yahoo.com" <scottballock@yahoo.com> wrote:
>>>
>>>> I've finally seen and experienced all that you said you did. Despite eating well and exercising, this stress has made me lose 15 pounds this month. And I feel like I'm dying physically. I am trying to see dr. Pallie soon.
>>>> From:    scottballock@yahoo.com
>>>> Sent:    Monday, October 15, 2012 8:45 AM
>>>> To:      ellenballock@yahoo.com
>>>> Subject:         Re: I've done it

Come back. We can heal.

I do love you.

On Oct 15, 2012, at 8:42 AM, "ellenballock@yahoo.com" <ellenballock@yahoo.com> wrote:

> Scott,
>
> You abused me, had an affair, neglected me emotionally, etc...for years on end. I

Page 567

EXHIBIT
10

Emails2

slowly distanced myself from you. My love for you was not met with love by you, love necessary to fill me.. My love for you is gone.  As you beg for me to come back, you also wrote horrible, nasty things about me. That is not love. To turn our friends against me is not love. To threaten to remove the children from my care is not love. To grope me when I say "don't touch me" is not love. To call me derogatory names, such as troll, is not love. To make assumptions about my personal life and tell everyone you know what you think is going on is not love. To continue to write me all day and into the wee hours of the morning (hundreds of texts and emails a day) when I have asked you to stop is not love.
>
> On Oct 15, 2012, at 8:37 AM, "scottballock@yahoo.com" <scottballock@yahoo.com> wrote:
>
>> Even if the stress I am experiencing is only a fraction of that which you have suffered, take comfort in knowing it is more than enough to transform.
>>
>> On Oct 15, 2012, at 8:33 AM, "ellenballock@yahoo.com" <ellenballock@yahoo.com> wrote:
>>
>>> I lived under stress like this for a decade and longer. You broke me.
>>>
>>> On Oct 15, 2012, at 8:32 AM, "scottballock@yahoo.com" <scottballock@yahoo.com> wrote:
>>>
>>>> I've finally seen and experienced all that you said you did. Despite eating well and exercising, this stress has made me lose 15 pounds this month. And I feel like I'm dying physically. I am trying to see dr. Pallie soon.
From:    scottballock@yahoo.com
Sent:    Monday, October 15, 2012 8:44 AM
To:      Ballock Ellen
Subject:          Habits

Every day when I walk out of the gym (even before this all started) I would look to see if you were sitting in your car. Today I cried walking out knowing I would never ever see you there again.

Please send me a sign, something to show me that you are at least reading my messages, thinking about your options, considering the possibility of us.

4From:   scottballock@yahoo.com
Sent:    Monday, October 15, 2012 8:39 AM
To:      ellenballock@yahoo.com
Subject:          Re: I've done it

com be with me,
come cry with me,
come heal with me,
come go forward with me,
come grow old with me.

On Oct 15, 2012, at 8:33 AM, "ellenballock@yahoo.com" <ellenballock@yahoo.com> wrote:

> I lived under stress like this for a decade and longer. You broke me.
>
> On Oct 15, 2012, at 8:32 AM, "scottballock@yahoo.com" <scottballock@yahoo.com> wrote:
>
>> I've finally seen and experienced all that you said you did. Despite eating well and exercising, this stress has made me lose 15 pounds this month. And I feel like I'm dying physically. I am trying to see dr. Pallie soon.
From:    scottballock@yahoo.com
Sent:   Monday, October 15, 2012 8:37 AM
Page 568

Emails2

barking up the wrong tree. I would never do such a thing, even as broken as I am. I wanted you that night. I thought there was a chance.
>>>>>
>>>>>> If you're asking bc you're looking for a place to take kinny, find your own places to go, please. He wouldn't fit in to this place.
>>>>>
>>>>>> On Oct 20, 2012, at 5:41 PM, "ellenballock@yahoo.com" <ellenballock@yahoo.com> wrote:
>>>>>
>>>>>>> Was that place in WV?
>>>>>>>
>>>>>>> On Oct 20, 2012, at 2:47 PM, "scottballock@yahoo.com" <scottballock@yahoo.com> wrote:
>>>>>>>
>>>>>>>> This is where I was Thursday night, celebrating Ryan's accomplishments and smiling about a single text that lifted my spirits after four weeks of misery. I wanted you there with me.
>>>>>>>>
>>>>>>>> <IMG_1233.MOV>
From:     scottballock@yahoo.com
Sent:     Saturday, October 20, 2012 7:17 PM
To:       ellenballock@yahoo.com
Subject:      Re: Date Night

It's not a cut down or an attack. Some people lack self awareness and make poor decisions during times of high stress.  I am just so upset about all of this. Sorry, I didn't have to say cock. I should have said peepee.

On Oct 20, 2012, at 7:10 PM, "ellenballock@yahoo.com" <ellenballock@yahoo.com> wrote:

> The specialist told me some people hack computers and write email from other people's IP addresses.
>
> Please stop cutting me down. Stop with the insults. Stop judging me. Stop lashing out. Please.
>
> On Oct 20, 2012, at 7:06 PM, "scottballock@yahoo.com" <scottballock@yahoo.com> wrote:
>
>> You are not street smart and are easily manipulated, especially when cock is involved. Please try to be smarter in the future. You are with a dangerous person, whether you want to believe it or not.
>>
>> Please know that no matter what happens between us, I will always try to protect you. You just have to allow me to do so.
>>
>> On Oct 20, 2012, at 6:55 PM, "ellenballock@yahoo.com" <ellenballock@yahoo.com> wrote:
>>
>>> I think someone may have hacked into my computer. I'm worried someone has taken it over and is using it remotely when I am on it. I'm afraid to turn it on for fear it will crash.
>>>
>>> On Oct 20, 2012, at 6:51 PM, "scottballock@yahoo.com" <scottballock@yahoo.com> wrote:
>>>
>>>> I have the specialists.
>>>>
>>>> Goodnight, baby. Sweet dreams.
>>>>
>>>> Your dragon slayer still...
>>>>

Page 531



Emails2

>>>>>>
>>>>>> Never a bother to wake me up. Never. I'm always glad to hear from you, even
when it's to tell me we have an enemy at our door.
>>>>>>
>>>>>> Goodnight. I don't know why you were up this late anyway (though I can
guess). Go get some sleep. You are traveling with precious cargo tomorrow.
>>>>>>
>>>>>> On Oct 21, 2012, at 1:50 AM, Ellen <ellenballock@yahoo.com> wrote:
>>>>>>
>>>>>>> My phone will be charged in about five more minutes. I am sorry I woke you,
but your dad's emails are disturbing to me. I can't sleep because I am worried
about what he's going to do next. Is he the one who is hacking into my computer?
Is he going to set up all kinds of internet falsities about me? Is he going to
drive to the house and try to take the kids because he thinks we're all involved in
hurting Tommy's and Summer's psyche?
>>>
>>>
From:     scottballock@yahoo.com
Sent:     Sunday, October 21, 2012 2:54 AM
To:       ellenballock@yahoo.com
Subject:       Re: I'm scared....

I do. I'm sorry. The pain is still raw and my imagination runs wild. And it's not
helped by you.

Some day you will tell me you love me again.

It almost happened two days ago (4 is very close to 5).

On Oct 21, 2012, at 2:50 AM, "ellenballock@yahoo.com" <ellenballock@yahoo.com>
wrote:

> Thank you for answering your phone tonight. Thank you for looking out for the
safety of me and our children.
>
> You lash out at me all too often.
>
> I do not tell anyone I love them right now except Tommy, Summer, and my dad.
>
> On Oct 21, 2012, at 2:35 AM, "scottballock@yahoo.com" <scottballock@yahoo.com>
wrote:
>
>> You are something else. I provide for you, protect you, say loving things to you
and you say, "ok." Kinny bangs you and you tell him you love him.
>>
>> On Oct 21, 2012, at 2:32 AM, Ellen <ellenballock@yahoo.com> wrote:
>>
>>> Ok. Signing off now. I'm going to try to go back to sleep.
>>>
>>> From: "scottballock@yahoo.com" <scottballock@yahoo.com>
>>> To: Ellen <ellenballock@yahoo.com>
>>> Sent: Sunday, October 21, 2012 2:29 AM
>>> Subject: Re: I'm scared....
>>>
>>> Know this:
>>>
>>> No matter what has happened or will happen between us, I respect you, love you,
care for you, and will protect you. I can promise you those things without
reservation.
>>>
>>> How could I not? You are the mother of my children, my best friend for the past
26 years, my first and only true love.
>>>

Page 495



Emails2

That's an awful picture. No wonder you don't want to reconcile.

On Nov 11, 2012, at 11:05 AM, "ellenballock@yahoo.com" <ellenballock@yahoo.com> wrote:

> This is my most recent phone record. I did not call you last night.
>
> <photo.PNG>
From:    scottballock@yahoo.com
Sent:    Sunday, November 11, 2012 11:12 AM
To:      ellenballock@yahoo.com
Subject:       Re: Family

Is there any chance?

On Nov 11, 2012, at 11:11 AM, "ellenballock@yahoo.com" <ellenballock@yahoo.com> wrote:

> See you at the past tonight. Plan to stay a full hour.
>
> On Nov 11, 2012, at 11:09 AM, "scottballock@yahoo.com" <scottballock@yahoo.com> wrote:
>
>> Please reconsider. Please consider reconciling.
>>
>> On Nov 11, 2012, at 11:07 AM, "ellenballock@yahoo.com" <ellenballock@yahoo.com> wrote:
>>
>>> I am with Summer for lunch today. I will be with Tommy and Summer for dinner tomorrow.
>>>
>>> Tonight I will be videotaping the play from the back of the room. If Tommy wants me to sit with him, I will. Everyone is served a small slice of pizza and lemonade at the performance followed by a delicious cupcake.
>>>
>>>
>>> On Nov 11, 2012, at 11:00 AM, "scottballock@yahoo.com" <scottballock@yahoo.com> wrote:
>>>
>>>> We should take the advice of our innocent and smart son: hug and make up and sit together as a family at the play tonight. Join us on our walk by the river and for lunch today. It is a much better path than the one we are all on now.
From:    scottballock@yahoo.com
Sent:    Sunday, November 11, 2012 11:11 AM
To:      ellenballock@yahoo.com
Subject:       Re: Sunday

Do you think any more? Or are you that far gone?

On Nov 11, 2012, at 11:08 AM, "ellenballock@yahoo.com" <ellenballock@yahoo.com> wrote:

> Stop
>
> On Nov 11, 2012, at 11:07 AM, "scottballock@yahoo.com" <scottballock@yahoo.com> wrote:
>
>> "Plans have changed." Very short and curt answers. No cooperation. You may be very happy, but you are being contentious with me.
>>
>> On Nov 11, 2012, at 11:04 AM, "ellenballock@yahoo.com" <ellenballock@yahoo.com> wrote:
>>

Page 430

EXHIBIT
13

Emails2

Please provide me confirmation of the bills. Or send the bills to me for payment.

You also agreed to provide my attorney with a detailed financial report by this past Monday.

On Nov 15, 2012, at 9:43 PM, "ellenballock@yahoo.com" <ellenballock@yahoo.com> wrote:

> Please put $1200 in the checking account so I can lay the medical bills. If its not there by next Monday I will infirm Amber and Bader. Shameful that you ignore my request for medical bill payment. You should be embarrassed of how childish you act to satisfy your own need to control.

From:      scottballock@yahoo.com
Sent:      Thursday, November 15, 2012 9:54 PM
To:        ellenballock@yahoo.com
Subject:       Re: And...

Not true. I just know you. And I know we were in love just a few short weeks ago.

On Nov 15, 2012, at 9:35 PM, "ellenballock@yahoo.com" <ellenballock@yahoo.com> wrote:

> You fantasize like a child that I will want you at some point in time and you will be able to turn me down saying its too late.  That will never happen. I have no interest in you. Not now, not in a year, not in a decade, not for the remainder of your life.
>
> On Nov 15, 2012, at 9:21 PM, "scottballock@yahoo.com" <scottballock@yahoo.com> wrote:
>
>> You can't fool me. You can be as mean and nasty as you want, but I know you. I know you well. You are hurting. You are lonely. And sad. You hate this. People disappoint you. You don't want the future that is in store for you. You desperately wish it didn't have to be this way and could fix it for all of us, make our family whole again, trust that your future with me is safe and secure, and that you could have your life back. You wish you could get in the car tomorrow and join me here, and at all of our planned trips. But I know you, and you won't. You will remain angry and stubborn and continue tearing down this path until it is much too late. And some day you will look back and regret the loss. You already feel the loss but it will grow exponentially as the months and years to by. I am already there. You will meet me at this point in the future, but by the time you get here it will be too late.

From:      scottballock@yahoo.com
Sent:      Thursday, November 15, 2012 9:52 PM
To:        ellenballock@yahoo.com
Subject:       Re: Bank account

I will send you a check.

On Nov 15, 2012, at 9:43 PM, "ellenballock@yahoo.com" <ellenballock@yahoo.com> wrote:

> Please put $1200 in the checking account so I can lay the medical bills. If its not there by next Monday I will infirm Amber and Bader. Shameful that you ignore my request for medical bill payment. You should be embarrassed of how childish you act to satisfy your own need to control.

From:      scottballock@yahoo.com
Sent:      Thursday, November 15, 2012 9:21 PM
To:        Ballock Ellen
Subject:       And...

You can't fool me. You can be as mean and nasty as you want, but I know you. I know you well. You are hurting. You are lonely. And sad. You hate this. People disappoint

Page 410

EXHIBIT

14

Emails2

Notice of Confidentiality: This e-mail, and any attachments, is intended only for use by the addressee(s) and may contain privileged, private or confidential information. Any distribution, reading, copying, or use of this communication and any attachments, by anyone other than the addressee is strictly prohibited and may be unlawful. If you have received this e-mail in error, please immediately notify me by e-mail (by replying to this message) or telephone (304-376-0080) and permanently destroy or delete the original and any copy or printout of this e-mail and any attachments.

From:     scottballock@yahoo.com
Sent:     Saturday, November 24, 2012 1:32 PM
To:       Ballock Ellen
Subject:       Tommy Update

Tommy and Ryan have spent the weekend bonding and it has been incredibly helpful for T. They have become best buds, playing games, trading stories, staying up late to watch movies and football together (they both slept on the couch because they stayed up way later than me). I am eager for T to receive the same sort of focused attention and unconditional love from my mom when she moves here in two weeks; T really blossoms with love. Ryan was scheduled to leave yesterday but decided to stay through the weekend for Tommy (Tommy struggled when Ryan first tried to depart). Tommy is still struggling. He climbs into bed with me each morning to be held, tears streaming down his cheeks.

Please try to remain kind and respectful. I am truly devastated by all that has happened. Devastated. I sustained myself with your love and the love of our family. I miss you so much it hurts, and I still pray you will reconsider all of our futures.

Love,
Scotty

"What can you do to promote world peace? Go home and love your family."  ~Mother Teresa


From:     scottballock@yahoo.com
Sent:     Thursday, November 22, 2012 10:31 PM
To:       ellenballock@yahoo.com
Subject:       Re: How Could You?

They pronounce it kinny around here, with a letter "I." And he won't know the difference anyway.

On Nov 22, 2012, at 10:29 PM, "ellenballock@yahoo.com" <ellenballock@yahoo.com> wrote:

> By the way it's Kenny with a letter "e."
>
>
> On Nov 22, 2012, at 10:22 PM, "scottballock@yahoo.com" <scottballock@yahoo.com> wrote:
>
>> How could you be so cruel as to let me write these poems, pour my heart out to you, cry every day and night, beg for you to come back, ask you every day to restore the family, and never be truthful with me about you and kinny? I told you all along I wouldn't compete against love, would move on if you had already done so. But you kept telling me lies, leading me on, denying your relationships, toying with my heart, making quiet overtures, giving me false hope. Pure evil. I will never forgive you. I will let these memories fade.
>>
>>
>>

Page 386



EXHIBIT
15

Emails2

have washed away the bad memories and I am trying my hardest to keep the beautiful ones alive. It's how I want to remember you.
From:      webmaster@moc.freep.com [scottballock@yahoo.com]
Sent:      Friday, December 07, 2012 4:08 PM
To:        ellenballock@yahoo.com
Subject:       Two years later, Morenci mom holds out hope that 3 boys are still alive

Message:
I miss the old Ellen. You always made me proud.
Article Title:
Two years later, Morenci mom holds out hope that 3 boys are still alive

To view the contents on www.freep.com, go to:
http://www.freep.com/article/201211251858/NEWS06/121125031

From:     Scott Ballock [scottballock@yahoo.com]
Sent:     Friday, December 07, 2012 4:05 PM
To:       Ellen Ballock
Subject:       If Only

If only
The two saddest words

If only
With tears my vision's blurred

If only
I never will forget

If only
We had never met

If only
My heart would still be whole

If only
The pain I can't control

If only
I owe them all a debt

If only
My life's lone regretFrom:       Scott Ballock [scottballock@yahoo.com]
Sent:     Friday, December 07, 2012 4:05 PM
To:       Ellen Ballock
Subject:       Ellen, Tommy, Summer

Ellen, Tommy, Summer

The loves of my life
Ellen, Tommy, Summer
It cuts like a knife

To not be with them daily

Page 375



Emails2

miserable. This will help you redirect your energies to doing things that are more productive.
>
> In the fifth step- Experiment and Monitor Results- I will teach you a slew of field-tested techniques for getting through to the spouse you love. I will help you become more systematic in your marriage-saving approaches and that you learn how to "read the results" after you've tried something new. By the time you put step five into practice, you will begin to have a much higher marriage-saving I.Q.
>
> In the sixth step- Taking Stock- you will be asked to stand back for a moment and evaluate how much progress you've made since you've started the program. Once you're clearer about how far you've come, you'll know exactly what you need to do to reach your goals.
>
> In the seventh step- Keeping The Positive Changes Going- I will teach you how to make your changes permanent. You'll learn how to prevent minor setbacks from becoming a spiraling downward trend. In short, I will show you how to make being solution-oriented a way of life.
>
> And finally, after learning all the new techniques, you will read an important chapter in Section Two entitled, Pulling It All Together. It is here that I will help bring all the ideas, techniques, strategies to life by showing you how several people in your shoes have made the Seven-Step Program work for them. I will walk you through the path they took, week-by-week, so that you can compare and contrast your marriage-saving experiences with theirs.
>
> In Section Three- Common Dilemmas, Unique Solutions- I will answer the questions put to me from thousands of divorce busters over the years. In so doing, I will address some of the most common situations and problems with which people who are trying to save their marriages are confronted. They are: infidelity, internet affairs, passion meltdown, depression and last, but not least, the midlife crisis.
>
> Section Four will be a chapter you will want to read over and over and over. That's because it is full of success stories. You will read about people whose marriages were divorce-bound, full-speed ahead but due to their putting this program into practice and their undying belief in themselves and the importance of saving their marriages, they managed to make their relationships more loving than ever. You will feel incredibly touched by these real life accounts from people who feel as you do about the importance of making marriages work. Their letters are truly a blessing!
>
> So what are you waiting for? Let's get started!!
>
> Order The Divorce Remedy
> Consult with a Divorce Busting* Coach
> Sample more of Michele's Books
> Copyright 2006. Michele Weiner-Davis. All rights reserved
From:    scottballock@yahoo.com
Sent:    Saturday, December 15, 2012 9:28 AM
To:      Ballock Ellen R
Subject:        And as if on cue...

The kids are up. Summer crawled into bed with me first and is still complaining of a stomach ache. She is going to have stomach problems for the rest of her life. She expressed sadness this morning that she doesn't get to see me very often and that we are not a family. She said the house is too quiet and lonely without me there and that she is lonely. She volunteered that kinny doesn't speak right, is gross, and could never replace me (how awful for you to expose her to him so that she has to even think those things right now). She needs the influence of a father, not a father figure. She is not a happy girl, not like she was when we were a family. It will only get worse.

Tommy came in just a few minutes ago. He still refuses to acknowledge Christmas this

Page 263

EXHIBIT
17

.

Emails2

year and when I asked him if I could get him presents next week and call them early birthday gifts, he said he's not celebrating his birthday either because, "I wish I was never born."

Tommy had tears in his eyes looking through my memory box last night. There were no pictures of him, nothing sentimental. It was pretty much all my high school stuff. But something touched him, mad him very sad. I think you forget the extremely tender nature of our children. You can be as gentle and loving as you want. Try to make new memories, reassure and comfort him, buy him gifts, tell him things will be good again. But he loved his family and life and knows what he has lost. Our children are perceptive and when we were together, they truly appreciated what they had. I know it because, unlike other children, they routinely thanked us for giving them wonderful lives.

When we were looking through my old memory box last night, Nana told Tommy that he will have a memory box and that he will, like she and Granddad did, keep things for his kids. Tommy told Nana he is never going to get married or have kids. I never thought he would say such a thing. Tommy was the boy who wanted to have a big family. And somehow you think he will go to counseling and be "just fine" because kids go through this all the time. Yes they do. Other people's kids. And none of them are ever "just fine." They are less than they could have and should have been. They are scarred and pained. They struggle and hurt their entire lives. I have sent you the articles, you know the research and statistics. And those aren't the kids who are stuck among hillbillies and in poor schools in West Virginia. Those aren't our kids, kids who were taught the importance of family, memories and traditions from the day they were born.

I don't care why you say you left. Whatever pain and hurt either of us experienced could have been forgiven and overcome. Your failure to acknowledge all of the good, the beautiful memories and traditions, the capacity to change, recommit, and heal is unfair. You refused to give us a fair chance. And you cannot in good faith say that you had nothing to do with it. We both were bad to each other. As is yours, my counselor is appalled at some of the things I share. Your perception of all of our problems is just that -- yours. You have always blamed others, mostly me, for your problems. The advice you receive from your counselor is based on only your version of events, and is why couples counseling would have been the most beneficial.

When your daughter gets pregnant in the back seat of a corvette by some ill spoken Fairmont hillbilly or when your troubled son kills himself because of the inner turmoil he feels, I will be there to remind you that you chose this path. That I worked, changed, made vows, not lies or empty promises. And that you chose kinny.

Ask your brother how Jud's divorce affected him. Ask your dad if he would do it again. Talk to people. Hear their remorse, their regret for not trying harder. I had my faults, as did you, but we were good to each other, for each other. When we were good, no one was better. If you cannot admit that, then you will never be helped.

I know you won't come back and I don't expect you to. You are filled with too much hatred and anger, too far gone, too easily influenced by the wrong people. And you have done things that cannot be undone. I will move on and live well again. Like you, I will fall in love and have a new family. But I will never stop reminding you of the terrible, life-altering mistake you have made.

From:      scottballock@yahoo.com
Sent:      Saturday, December 15, 2012 7:53 AM
To:        Ballock Ellen R
Subject:      More Tumblr

http://www.tumblr.com/tagged/i-hate-divorceFrom:      scottballock@yahoo.com
Sent:      Saturday, December 15, 2012 7:44 AM
To:        Ballock Ellen R
Subject:      Unnecessary

Page 264

Emails2

neighbor's (she had been previously told that she couldn't accompany Ellen).  Ellen
asked Summer if she had told me where she was going and Summer replied, "No, I snuck
out like a ghost."

We'll be heading out for Camp Nissokone in Oscoda, Michigan this Friday.  Family
Camp runs through Monday but we'll drive home late Sunday night so we can avoid the
traffic on Monday (it turns a normal 3 hour trip into 6 hours) and so we can do our
own thing in Ann Arbor on the last day before school starts.  The kids have been
practicing their camp songs and are discussing with each other all the activities
they will participate in while there.

Have a good week...

Love,
Scott

From:      scottballock@yahoo.com
Sent:      Sunday, December 16, 2012 6:54 PM
To:        Ballock Ellen R
Subject:       No one wants to relive memories when they remind you of your loss.

September 24, 2008


I believed that Tommy kicking the new principal on the first day of school last year
would be the low point in his academic career.  Well, at least the elementary school
part...

Tommy has not been coming home with any assigned homework recently.  Ellen has
questioned it and Tommy has responded with a shrug of the shoulders and an "idunno."
This afternoon one of Tommy's friends from class was on his way out the door after
a play date when Ellen thought to ask him if he had been getting any homework or if
the teacher had just not been assigning any.  Max said no, they had been getting
homework.  He then said, "Tommy's been throwing his out the window of the school bus
on the way home."

Tommy has been reading books called "Kat Kong" and "Dogzilla."  Tommy explained to
me that the neat thing about books is that the author can make up anything he wants,
even fantastical make-believe stories.  Still, I'm reminded of Tommy's youthfulness
and inexperience when he says about the destructive Kat Kong, "I hope that never
happens to our town."

We inherited a long-haired guinea pig today.  He was previously named "Grampa Harry"
and the kids say they will keep the name.  When I came home with him today the kids
squealed.  Tommy ran out of the house and down the street to announce the new
arrival to his friends.  At one point in the evening, Tommy disappeared from the
living room.  I assumed he had grown bored of Harry but he came down 30 minutes
later with a building he made out of Legos that he made for his new pet.

From:      scottballock@yahoo.com
Sent:      Sunday, December 16, 2012 6:50 PM
To:        Ballock Ellen R
Subject:       Beautiful Family

I am not a monster. I made lots of mistakes and did bad things. But I was not a
monster. I loved you more than anything and we were special. You will never find
this again. And the kids will never have it again. It is like losing everything.


January 2, 2008

Hey Guys,

Page 222



Emails2

The kids and I have seen the other path and we don't want it.From: scottballock@yahoo.com
Sent:    Saturday, January 05, 2013 3:00 PM
To:      Ellen
Subject:       Re: The kids

I am neither selfish nor abusive.

And just because I allowed you to explore your sexuality, you still cheated on me with others.

I can show you four years' worth of your email correspondence with another man. Correspondence that shows your extreme sexual side. Talking about sex with dogs, horses, your dad, your brother, your step-brother, and eventually your sons' friends.

Please stop arguing.

I love you. We both wronged each other. We both hurt each other. But none of it is unforgivable. None of it should have ruined our marriage and our family.

On Jan 5, 2013, at 2:51 PM, Ellen <ellenballock@yahoo.com> wrote:

> I find it interesting you claim I am a adulteress when in fact you forwarded me all the Craigslist ads of men seeking women from Casual Encounters.  Then you'd pose as me and answer the ads if I did not correspond upon your request.  You'd even go so far as to take my cell and text people while I showered  or tended to the kids without my knowledge and turn around and deny having done so.  I asked you to stop over and over, but you wouldn't.  You are a selfish, abusive man. I'm certain you've not told any of your friends the true reasons why I filed for divorce.  You have lied to all who write me pleading emails about taking you back.
>
> On Jan 5, 2013, at 2:25 PM, "scottballock@yahoo.com" <scottballock@yahoo.com> wrote:
>
>> Please stop arguing with me. I'm not dredging up the past with you, your transgressions or mine.
>>
>> I'm telling you that I have not done anything to confuse the kids during our separation. That honor belongs to you.
>>
>> On Jan 5, 2013, at 2:22 PM, Ellen <ellenballock@yahoo.com> wrote:
>>
>>> Is that why you had kc over all the time ?is that why you offered to have Mackenzie  live with us while you payed for her ?
>>>
>>> On Jan 5, 2013, at 1:45 PM, "scottballock@yahoo.com" <scottballock@yahoo.com> wrote:
>>>
>>>> In fact, because I didn't want the kids to have unwanted thoughts or images in their heads should we have been able to reconcile, and because I didn't want to confuse the kids, I declined social invitations here in Indy. A strictly platonic female friend wanted to get together with us for dinner last night and I made up an excuse to turn her down. And Secor wanted to invite a female colleague over when we get together with him and I politely asked that he not. I go out of my way to shield the kids from anything that might confuse or upset them.
>>>>
>>>> On Jan 5, 2013, at 12:53 PM, Ellen <ellenballock@yahoo.com> wrote:
>>>>
>>>>> That's why you're dating and bragging to the kids about it...talking about your next wife to them...   At least if I am seeing a guy I say he is a friend so as not to confuse the kids.

Page 140

EXHIBIT
19

Emails2
think about you every day we are apart.

Goodnight.From: scottballock@yahoo.com
Sent:   Sunday, January 06, 2013 12:57 AM
To:     Ballock Ellen R
Subject:    Why

Flag Status:    Flagged

Why the nasty attacks today? What happened to set you off? I was shocked. I have no animosity toward you, despite all that has happened, and yet you continue to lie and attack. Do you have to do it because someone is there with you? Do you feel the need to justify why you are willing to ruin our children's lives and our marriage, despite having other options? Do you do it because you want to try again but are afraid, and this ensures you won't have to?

All you had to do was so, "No." You don't have to needlessly attack and ramp things up. I have as much ammunition as you do, more actually, but don't intend to use it. To what end? There's no need.

For your own protection from kinny, the guy who threatened Scott Kirby and sent me graphic photos of the two of you...I have never contacted Amy Fetty in my life. I have no idea who she is or how to contact her. And I wouldn't contact her. If you can show I ever contacted anyone named Amy Fetty, I will give you every penny we own. Because I never have.

Call off my friends and family from what? From writing and calling because they love you and care and want to see us heal? If you really don't want them in your life any more, I will pass along the message. ALL I have shared with any of them is that we are separated and that you have begun dating someone else. I didn't lay blame anywhere. Doing so was unnecessary. They don't need to hear, nor do they want to hear, what happened to cause the breakup of our marriage. They don't care whose fault it is. They all know that it takes two to ruin a marriage. All they care about is seeing us and our family reunite. I talk to them all often and they are sick over what is happening. Sick. My mom and sister cry over losing you. You were like a daughter and sister to them. And now you are gone. They are grief stricken. Chermak gets choked up and tells me all the time we are making a giant mistake. Linda texts me from the hospital to offer advice from her and her friends on how to win you back. Ryan says he can't sleep or focus in class because of the trauma he sees Tommy experiencing (they are like best buds now). Secor is in shock and says that the impending death of his wife makes our situation silly to not try to resolve. Tim calls me and just repeats over and over, "Scotty, I cant believe it." Troy and Jim and others you don't even know call and write because everyone knew Scott and Ellen, and for us to break up affects people. Even Katie calls to see if I have any good news to report. Our dearest friends are heartbroken over losing you, the breakup of our family, and they want us to find our love again. Because, like me, they know how much we loved each other, they saw it. And they know how awesome our lives were, and they fear for our futures. They say it is like watching a train wreck in slow motion and not being able to stop it. You can't blame them for caring. I get an earful every day from them. Do you know how hard it is to hear, "Are you sure you're trying hard enough? Have you tried doing this?" And to get incredible, selfless offers of financial and other support? I don't know what they're writing you, but I get grief every day for not reuniting our family. And I'm the one trying.

Honestly, Ellen, why the anger and the hatred? I know that I have wronged you in the past. But we loved each other since. What have I done recently to set you off? Tried to reconcile? Written you bad poetry? Shared with you our son's anguish? Invite you to NYC? Worked hard every single day at improving myself? Stayed loyal to you through this? Committed? Promised? Vowed?

You may have stopped loving me, but I still love you. I always will.From: scottballock@yahoo.com
Sent:   Saturday, January 05, 2013 9:19 PM
                        Page 129

EXHIBIT
20

Emails2

To:       Ballock Ellen R
Subject:  New York

Know that it is not easy for me to want to reconcile after all that has happened.
Not at all. There  has been a lot of hurt inflicted and you have gone very far away
from me these past few months. Like you, I sometimes think it would be easier to
think about the hurts, throw in the towel and start fresh with someone else. But I
know that's not the right thing to do. I know it's not the right thing to do from
all the reading I have done, from all the people I have talked to who have gone down
this path before us, from seeing the pain on our children's faces, and from
listening to my own heart.

I don't believe it will be easy. I recognize that we will have to work hard and do a
lot of healing. I know you are hurt as well and will have to learn to trust again.
But despite everything that has happened, I am as passionate and committed as ever
to trying again. Because of what's at stake. Because of our children. Because of our
past and our futures. Mostly, because I love you.

Please think. Let's not waste another day, subject our family to any more pain.
Let's reverse course and begin to mend. If we can do it, it will be the best gift we
could ever give them and ourselves. I know you feel the same.

Ryan has introduced Tommy and I to a lot of different, fun games and I intend to
have a regular weekly game night with our family, like the Mormons do. It has been a
great way for T and I to become even closer, playing games each night and talking
about life. Later tonight we are learning a game called Risk in the hotel room.

It is late, but it is not too late.

Think.From:   scottballock@yahoo.com
Sent:    Saturday, January 05, 2013 8:23 PM
To:      Ballock Ellen R
Subject:   Think

Please tell me you're thinking tonight. Looking at photos, reading the research.
Reading my letters.

We are enjoying Ryan's company but you and Summer are missed. You always will be.
There will always be a hole where you and I are missing from the picture. While it
may be ok to do to each other, it's just not right to do this to our kids. Not at
this age. Not a single night should go by when they don't get to see both of us.
They are going to suffer in so many untold, profound ways. Financially, emotionally,
physically, spiritually, educationally. And we have the power to save them. And
ourselves.

We have the ability to make all of our lives sweet again. Rich with experiences. No
worries about finances or jobs or college expenses. To move wherever we want in the
country. To travel the world.  To be surrounded by quality friends. To give them the
best lives possible. to restore their dreams. To let them be innocent children
again. To take away the pain and suffering. And most importantly, to provide us all
with love, comfort, security, and happiness.

And the other path is a nasty, lifelong battle, filled with anger, sadness,
resentment, worry, pain. How could we choose that path when we have already seen its
devastating effects and have the power to change course? Tommy told Ryan tonight
that he wants to go to military school to get away. He is so very angry and very sad
because of all that has happened to him. And we have the power to forgive and work
on our issues and heal - them and us. We will most certainly live to regret going
down the wrong path.

Our marriage and our family can be saved. We can honor our commitment to each other
and to them and spare all of us a lifetime of suffering.
This is what our children are telling us:
                         Page 130

Emails2

I don't want to be a child of divorce.  I don't want to share my holidays or my birthdays or family game nights.  I don't want to go to bed without a hug from both my mom and my dad either.  Please don't take these things away from me by running away from your problems.  Divorce won't make you happier, and splitting myself between two homes won't make me better off.  If you can't keep your word, how can you ever expect me to keep mine?

So Keep Your Promises! Please do everything you can to maintain your vows, and get help if you need to.  Renew your vows, publicly or privately, each and every day.  Remember to forgive each other, too, just as you teach me that I must learn not to lie as well as how to forgive.   Hold a birth vow ceremony to make the promise you made to me official.  Most of all, every time you look into my eyes, remember that when you promised to love and honor each other forever, then brought me into the world, you made that promise to me, too.


From:       scottballock@yahoo.com
Sent:       Saturday, January 05, 2013 7:14 PM
To:         Ballock Ellen R
Subject:    Dinner
Attachments: photo.JPG; ATT00596.txt; image.jpeg

I forgot to share with you...T and I made chicken chimichangas last week. You will eat well when we reunite :)


From:       scottballock@yahoo.com
Sent:       Saturday, January 05, 2013 5:39 PM
To:         Ballock Ellen R
Subject:    New York
Attachments: new-york-city1.jpg; ATT00602.txt

Please say you'll join me so I can finalize the rest of my plans for us. You won't regret it.

And if you want to go strictly as friends and parents, we can do that, too.

Goodnight.


From:       scottballock@yahoo.com
Sent:       Saturday, January 05, 2013 5:27 PM
To:         Ballock Ellen R
Subject:    NYC

I can't tell you the rest, but you know me. I guarantee it will be a magical week, a worthy start to the rest of our magical life together.

I hope you'll RSVP.From:       scottballock@yahoo.com
Sent:       Saturday, January 05, 2013 5:17 PM
To:         Ballock Ellen R
Subject:    Broadway

I bought two tix from a broker to see Book of Mormon. I have that much faith in you. In us.From:       scottballock@yahoo.com
Sent:       Saturday, January 05, 2013 4:55 PM
To:         Ellenballock@yahoo.com
Subject:    SCOTT BALLOCK sent you an email from www3.hilton

Confirmation #: 3497405141  Hotel Name: Millenium Hilton  Hotel Address: 55 Church Street  Hotel Phone: 1-212-693-2001  Link: http://mobile.usablenet.com/mt/www1.hilton.com/en_US/hi/index.do <!-- ECHO:BEGIN_IMPRESSION --><IMG

Page 131

Emails2
SRC=<http://www.hiltonhhonors.com/Library/pixel_spacer.gif>
 <http://res2.hilton.com/webservices/echoengine/img_1257122.jpg>
<http://res2.hilton.com/webservices/echoengine/imp_H_1863473_475671943_1350515562.gi
f>


Millenium Hilton
<http://res2.hilton.com/webservices/echoengine/T.aspx?l=H_475671943_1877327_112108_1
350515562&u=aHR0cCUzYSUyZiUyZnd3dy5oawxOb24uY29tJTJmZW41MmZoaSUyZmhvdGVscyUyUzmluZGV4
LmpodG1sSTNmV1QubWNfaWQlM2RFUEVNUmVzY29uZkvOJTI2Y3R5aG9jbiUzZE5ZQO1MSEg=&t=228>

55 Church Street | New York | New York | USA 10007
T: 1-212-693-2001 | F:
*
 <https://echo.epsilon.com/webservices/echoengine/img_1177069.jpg>
<http://res2.hilton.com/webservices/echoengine/imp_H_1836485_475671943_1350515562.gi
f>

<http://res2.hilton.com/webservices/echoengine/imp_H_1877327_475671943_1350515562.gi
f>      <http://res2.hilton.com/webservices/echoengine/img_1243094.jpg>
<http://res2.hilton.com/webservices/echoengine/imp_H_1846388_475671943_1350515562.gi
f>


Rooms & Suites
<http://res2.hilton.com/webservices/echoengine/T.aspx?l=H_475671943_1866332_111923_1
350515562&u=aHR0cCUzYSUyZiUyZnd3dy5oawxOb24uY29tJTJmZW41MmZoaSUyZmhvdGVscyUyUzmFjY29t
bW9kYXRpb25zLmpodG1sSTNmV1QubWNfaWDlM2RFUEVNUmVzY29uZkvOJTI2Y3R5aG9jbiUzZE5ZQO1MSEg=
&t=228>
<http://res2.hilton.com/webservices/echoengine/imp_H_1866332_475671943_1350515562.gi
f>      |      Dining
<http://res2.hilton.com/webservices/echoengine/T.aspx?l=H_475671943_1866333_112087_1
350515562&u=aHR0cCUzYSUyZiUyZnd3dy5oawxOb24uY29tJTJmZW41MmZoaSUyZmRpbmluZy5qaHRtbcUzzldUm1jX21kJTNkRRV8FTVJ1c2NvbmzFTiUyNmNOewhvY24lM2ROWUNNTEhI&t=228>
<http://res2.hilton.com/webservices/echoengine/imp_H_1866333_475671943_1350515562.gi
f>      |      Amenities & Services
<http://res2.hilton.com/webservices/echoengine/T.aspx?l=H_475671943_1866334_112004_1
350515562&u=aHR0cCUzYSUyZiUyZnd3dy5oawxOb24uY29tJTJmZW41MmZoaSUyZmhvdGVscyUyZnNlcnZp
Y2VzLmpodG1lSTNmV1QubWNfaWQlM2RFUEVNUmVzY29uZkvOJTI2Y3R5aG9jbiUzZE5ZQO1MSEg=&t=228>
<http://res2.hilton.com/webservices/echoengine/imp_H_1866334_475671943_1350515562.gi
f>      |      Map & Directions
<http://res2.hilton.com/webservices/echoengine/T.aspx?l=H_475671943_1866335_111997_1
350515562&u=aHR0cCUzYSUyZiUyZnd3dy5oawxOb24uY29tJTJmZW41MmZob3RlbCUyzk5Z
QO1MSEg1MmzkaXJlY3Rpb25zLmRvJTNmV1QubWNfaWQlM2RFUEVNUmVzY29uZkvO&t=228>
<http://res2.hilton.com/webservices/echoengine/imp_H_1866335_475671943_1350515562.gi
f>


<http://res2.hilton.com/webservices/echoengine/imp_H_1869502_475671943_1350515562.gi
f>      The Millenium Hilton is proud to be a part of the World Trade Center
Rebuild. For the latest updates on construction visit www.lowermanhattan.info
<http://res2.hilton.com/webservices/echoengine/T.aspx?l=H_475671943_1846425_1522262_
1350515562&u=aHR0cCUzYSUyZiUyZnd3dy5sb3d1cmlhbmhhdHRhbi5pbmZvzVJTJmJTNmV1QubWNfaWQlM2R
FUEVNUmVzY29uZkvO&t=228>  and the memorial progress please visit www.wtcprogress.com
<http://res2.hilton.com/webservices/echoengine/T.aspx?l=H_475671943_1846425_1522264_
1350515562&u=aHR0cCUzYSUyZiUyZnd3dz5dGVuwcm9ncmVzcy5jb2O1M2ZXVC5tY19pZCUzZEVQRU1SZXN
jb25mRU4=&t=228> .
<http://res2.hilton.com/webservices/echoengine/imp_H_1846425_475671943_1350515562.gi
f>


Thank you for booking with us, SCOTT BALLOCK
Confirmation: 3497405141          Modify Reservation
<http://res2.hilton.com/webservices/echoengine/T.aspx?l=H_475671943_1857002_1513370_
Page 132

Emails2

1350515562&u=aHR0cHM1M2E1MmYlMmZzZWN1cmUzLmhpbHRvbi5jb20lMmZlbl9VUyUyZmhpJTJmcmVzZXJ2YXRpb24lMmZmaW5kJTJmcGFzc212ZUzpbmQuaHRtJTNmY29uZm1ybWF0aW9uVtYmVyJTNkMzQ5NzQwNTE0MSUyNmxhc3R0YW11T3JDQ0xhc3RGb3VyRG1naXRzRzJTNkQkFMTE9DSyUyN1dULm1jX21kJTNke1RORE1BQTBVUZFISDJSRUU0UmVzQ29uZjdCUjg3Mjk4Mg==&t=228>
Hilton HHonors® Number:       212964086
Arrival:      07 Jan 2013  3:00 pm
Departure:    13 Jan 2013  12:00 pm

<http://res2.hilton.com/webservices/echoengine/imp_H_1857002_475671943_1350515562.gif>

<http://res2.hilton.com/webservices/echoengine/T.aspx?l=H_475671943_1829565_213253_1350515562&u=aHR0cHM1M2E1MmYlMmZzZWN1cmUzLmhpbHRvbi5jb20lMmZlbl9VUyUyZmhoJTJmcmVzZXJ2YXRpb24lMmZmaW5kJTJmcGFzc212ZUzpbmQuaHRtJTNmY29uZm1ybWF0aW9uVtYmVyJTNkMzQ5NzQwNTE0MSUyNmxhc3R0YW11T3JDQ0xhc3RGb3VyRG1naXRzRzJTNkQkFMTE9DSyUyNmZpbmRRVCGdyYWRlQXhhaww1M2R0cnV1&t=228>

<http://res2.hilton.com/webservices/echoengine/imp_H_1829565_475671943_1350515562.gif>
<http://res2.hilton.com/webservices/echoengine/T.aspx?l=H_475671943_1875525_208765_1350515562&u=aHR0cHM1M2E1MmYlMmZzZd3cubm9yYXVwZ3JhZGVzLmNvbVSUyZiUzz1dULm1jX21kJTNkRVBFTVJlc2NvbmZFTiUyNiUyN1BJRCUzZEVQUyUyN1BFVCUzZENPTkY1MjZQQ0g1M2RISUw=&t=228>
<http://res2.hilton.com/webservices/echoengine/imp_H_1875525_475671943_1350515562.gif>

<http://res2.hilton.com/webservices/echoengine/imp_H_1690655_475671943_1350515562.gif>
Rate Information:
Rate Type:
        US GOVERNMENT
Rate per night:                      204.00  USD
Total for Stay per Room:
        Rate              1,224.00 USD
        Taxes               201.54 USD
        Total             1,425.54 USD

Total for Stay:  1,425.54 USD
Includes estimated taxes and service charges. (Gratuities not included.)
Tax:
•       There is a 14.75% per room  per night tax and a 2.00 per room  per night secondary tax and a 1.50 per room  per night tertiary tax.
Service Charges:
•       There is a 0.00 USD Service Charge.
Additional Charges:
•       Self parking: 0.0/night
Room Information:
Rooms:  1
Clients:              1 Adult 0 Child
Room Type:            2 DOUBLE BEDS CITYVIEW FLOORS 31 - 45
Preferences:          Two Beds; Away From Elevator
Your room type preferences have been submitted with your reservation, and are subject to hotel availability.

<http://res2.hilton.com/webservices/echoengine/imp_H_1869309_475671943_1350515562.gif>
 <http://echo.epsilon.com/webservices/echoengine/img_1181051.jpg>
 <http://echo.epsilon.com/webservices/echoengine/img_1181047.jpg>
<http://echo.epsilon.com/webservices/echoengine/img_1181068.gif>
<http://res2.hilton.com/webservices/echoengine/imp_H_1821838_475671943_1350515562.gif>       <http://echo.epsilon.com/webservices/echoengine/img_1181060.gif>
<http://res2.hilton.com/webservices/echoengine/imp_H_1821710_475671943_1350515562.gif>

Page 133

Emails2
<http://echo.epsilon.com/webservices/echoengine/img_1181048.jpg>
<http://echo.epsilon.com/webservices/echoengine/img_1181046.jpg>

<http://res2.hilton.com/webservices/echoengine/imp_H_1804311_475671943_1350515562.gif>
Rate Rules and Cancellation Policy:
•        Please contact the hotel regarding the cancellation policy.

<http://res2.hilton.com/webservices/echoengine/imp_H_1763127_475671943_1350515562.gif>

<http://res2.hilton.com/webservices/echoengine/T.aspx?l=H_475671943_1837361_112144_1350515562&u=aHR0cHM1M2E1MmY1MmZzZWN1cmUuaG1sdG9uLmNvbSUyZmVuJTJmaGklMmZzaWdudXA1MmZ1bWFpbF9wcm9maWxx1LmpodG1sJTNmV1QubWNfaWQ1M2RFUEVNUmVzY29uZkvO&t=228>
<http://res2.hilton.com/webservices/echoengine/imp_H_1837361_475671943_1350515562.gif>

 <http://echo.epsilon.com/webservices/echoengine/img_1198046.jpg>

Welcome
SCOTT BALLOCK
———————————————————————

HHonors Status:
GOLD
<http://echo.epsilon.com/webservices/echoengine/img_52126.jpg>
———————————————————————

Account:
212964086                      Points as of Jan 05, 2013:
259,665
———————————————————————

<http://res2.hilton.com/webservices/echoengine/T.aspx?l=H_475671943_1845673_1517570_1350515562&u=aHR0cHM1M2E1MmY1MmZzZWN1cmUuaG1sdG9uLmNvbSUyZmaGhvbm9ycyUyZmxvZ21uJTJmbG9naW4uamh0bbww1M2ZXVC5tY19pZC1zZCUzZEVQRU1SZXNjb25mRU4=&t=228>
 <http://echo.epsilon.com/webservices/echoengine/img_1198047.jpg>

<http://res2.hilton.com/webservices/echoengine/imp_H_1845673_475671943_1350515562.gif>

<http://res2.hilton.com/webservices/echoengine/T.aspx?l=H_475671943_1824610_1458499_1350515562&u=aHR0cCUzYSUyUyiUyZmhpbHRvbnRvaG9tzS5jb201MmY1M2ZXVC5tY19pZCUzZEVQRU1SZXNjb25mRU4=&t=228>
<http://res2.hilton.com/webservices/echoengine/imp_H_1824610_475671943_1350515562.gif>

<http://res2.hilton.com/webservices/echoengine/T.aspx?l=H_475671943_1824596_1458503_1350515562&u=aHR0cCUzYSUyUyiUyZmhpbHRvbnRvaG9tZS5jb201MmY1M2ZXVC5tY19pZCUzZEVQRU1SZXNjb25mRU4mZmcmVzb3J0cyUyZmxuZGV4Lmh0bww1M2ZXVC5tY19pZCUzZEVQRU1SZXNjb25mRU4=&t=228>
<http://res2.hilton.com/webservices/echoengine/imp_H_1824596_475671943_1350515562.gif>

<http://res2.hilton.com/webservices/echoengine/T.aspx?l=H_475671943_1824579_1458235_1350515562&u=aHR0cCUzYSUyUyiUyZmZ0d21dGVyLmNvbSUyZmhpbHRvbmhvdGVscy5tZ1dULm1jX21kJTNkRVBFTVJlc2NvbmZFTg==&t=228>
<http://res2.hilton.com/webservices/echoengine/T.aspx?l=H_475671943_1824579_1458231_1350515562&u=aHR0cCUzYSUyZiUyZnd3dy5mYW1vay5jb201MmZoaWx0b241M2ZXVC5tY19pZCUzZEVQRU1SZXNjb25mRU4=&t=228>
<http://res2.hilton.com/webservices/echoengine/T.aspx?l=H_475671943_1824579_1458237_1350515562&u=aHR0cCUzYSUyZiUyZnd3dzMuaG1sdG9uLmNvbSUyZmVuJTJmYWJvdXQ1MmZoaWx0b241MmZ

Emails2
tb2JpbGUuaHRtbCUzZ1dULm1jX21kJTNkRVBFTVJ1c2NvbmZFTg==&t=228>

<http://res2.hilton.com/webservices/echoengine/imp_H_1824579_475671943_1350515562.gif>
  <http://res2.hilton.com/webservices/echoengine/img_1253096.jpg>
<http://res2.hilton.com/webservices/echoengine/imp_H_1856329_475671943_1350515562.gif>

\* Service of alcoholic beverages is subject to state and local laws. Must be of legal drinking age. Hilton Requests Upon Arrival™ items are subject to availability.

<http://res2.hilton.com/webservices/echoengine/imp_H_518918_475671943_1350515562.gif>
PLEASE DO NOT REPLY TO THIS EMAIL.  MAIL SENT TO THIS EMAIL ADDRESS CANNOT BE ANSWERED.

Hilton Worldwide will not contact you by telephone, text message or e-mail to ask for your confidential personal information, credit card details or HHonors account login information related to upcoming stays or your account.  Anyone who receives this type of request should not respond to it.  We also ask that you please notify us at fraud_alert@hilton.com should you receive such a communication.
<http://res2.hilton.com/webservices/echoengine/imp_H_1788827_475671943_1350515562.gif>

If you use a debit/credit card to check in, a hold may be placed on your card account for the full anticipated amount to be owed to the hotel, including estimated incidentals, through your date of check-out and such hold may not be released for 72 hours from the date of check-out or longer at the discretion of your card issuer.

If you need to MODIFY or CANCEL your reservation, click here
<http://res2.hilton.com/webservices/echoengine/T.aspx?l=H_475671943_1869444_1513370_1350515562&u=aHR0cHM1M2E1MmY1MmZzZwN1cmUzLmhpbHRvbi51jb201MmZ1b19VUyUyZmhppJTJmcmVzZXJ2YXRpb241MmZmaW5kJTJmcGFzc212ZUZpbmQuaHRtJTNmY29uZm1ybwFOaW9u9uTnvtYmVyJTNkMzQ5NzQwNTEOMSUyNmxhc3ROYW11lT3JDQQOxhc3RGb3VyRG1naXRzJTNkQkFMTE9DSyUyUyN1dULm1jX21kJTNke1RORE1BQTBVUzFISDJSRUUOUmVzQ29uZjdCUjg3Mjk4Mjk4Mg4Mg==&t=228> .
Any change to the arrival date, departure date or room type of this reservation is subject to the hotel's availability at the time the change is requested and may result in a possible rate change or an additional fee. For example, shortening or lengthening your reservation is subject to availability and may not be possible at a later date. For more information, please click here
<http://res2.hilton.com/webservices/echoengine/T.aspx?l=H_475671943_1869444_112102_1350515562&u=aHR0cHM1M2E1MmY1MmZzZwN1cmUzLmhpbHRvbi51jb201MmZ0JTJmZW41MmZoaSUyZm1uZm81MmZyZXN1cnZhdG1vb19ydWx1cy5qaHRtbCUzZ1dULm1jX21kJTNkRVBFTVJ1c2NvbmZFTg==&t=228> to see all the rules and restrictions applicable to this reservation.

If you have questions regarding your reservation, please contact Hilton Reservations and Customer Care at 1-800-HHONORS (446-6677), click here
<http://res2.hilton.com/webservices/echoengine/T.aspx?l=H_475671943_1869444_173776_1350515562&u=aHR0cHM1M2E1MmY1MmZzZwN1cmUzLmhpbHRvbi51jb201MmZVuX1VTJTJmaGk1MmZpbmRiec5kbyUzZ1dULm1jX21kJTNkRVBFTVJ1c2NvbmZFTg==&t=228> , or email us at hiltonnet@hiltonres.com.

Hilton HHonors membership, earning of Points & Miles®, and redemption of points are subject to HHonors Terms and Conditions
<http://res2.hilton.com/webservices/echoengine/T.aspx?l=H_475671943_1869444_1517620_1350515562&u=aHR0cCUzYSUyZiUyZmhob25vcnMxLmhpbHRvbi51jb201MmZ1b19VUyUyZmhoJTJmdGVybXM1MmZ0ZXJtc19jb25kaXRpb25zLmh0bWwuaHRtbCUzZ1dULm1jX21kJTNkQ1ZFUVNR1ZSXNjb25mRU41MjFZFUVNR1ZSXNjb25mRU4=&t=228> .

View Our Privacy Policy

Page 135

Emails2
<http://res2.hilton.com/webservices/echoengine/T.aspx?l=H_475671943_1869444_1517621_
1350515562&u=aHR0cCUzYSUyZiUyZmhpbHRvbndvcmxkd2lkZTEuaGlsdG9uLmNvbSUyZmVuX1VTJTJmd3c
1MmZjdXNOb211cnN1cHBvcnQlMmZwcm12YWN5LXBvbGljeS5kbyUzZ1dULm1jX2lkJTNkRVBFTVJ1c2Nvbmz
FTiUyNkVQRU1HVlJ1c2NvbmzFTg==&t=228>
Create or Update a Profile
<http://res2.hilton.com/webservices/echoengine/T.aspx?l=H_475671943_1869444_1517570_
1350515562&u=aHR0cHM1M2ElMmYlMmZzZWN1cmUuaGlsdG9uLmNvbSUyZmVuJTJmaGhvbm9ycyUyUyZmxvZ21
uJTJmbG9naW44uamhObWwlM2ZXVC5tY19ppZCUzZEVQRU1SZXNjb25jb25mRU41MjZFUEVNR1ZSZXNjb25mRU4=&t=
228>  .

Unsubscribe
<http://res2.hilton.com/webservices/echoengine/T.aspx?l=H_475671943_1869444_1543752_
1350515562&u=aHR0cHM1M2ElMmYlMmZzZWN1cmUuaGlsdG9uLmNvbSUyZmVuJTJmaGhvbm9ycyUyZm9wdG9
1dCUyZnVuc3Vic2NyaWJlJ1LmpodG1sJTNmV1QubWNfaWQlM2RFUEVNUmVzY29uZkVOJTI2bG1zdG1kJTNkMCU
yNmVtYWlsJTNkJTI1JTI1RU1BSUwlMjU1MjU=&t=228>
Unsubscribing from all marketing email will prevent you from receiving your HHonors
Monthly Statement. You can continue to check your account by logging into your
profile
<http://res2.hilton.com/webservices/echoengine/T.aspx?l=H_475671943_1869444_1517622_
1350515562&u=aHR0cHM1M2ElMmYlMmZ3d3cuaGlsdG9uaGhvbm9ycy5jb201MmZzawdub24uYXNweCUzz1d
ULm1jX21kJTNkRVBFTVJ1c2NvbmZFTiUyNkVQRU1HVlJ1c2NvbmzFTg==&t=228>  or by calling
1-800-HHONORS. Outside the United States and Canada, please dial + 800 44 45 86 67
for assistance.

Notice of Confidentiality: This message and any attachments may contain confidential
information. If it has been sent to you in error, please reply to advise the sender
of the error and then immediately delete this message.


<http://res2.hilton.com/webservices/echoengine/imp_H_1869444_475671943_1350515562.gi
f>
<http://res2.hilton.com/webservices/echoengine/imp_H_1864550_475671943_1350515562.gi
f>
™ indicates a trademark of Hilton Worldwide.

©2013 Hilton WorldwideHilton Reservations and Customer Care
<http://res2.hilton.com/webservices/echoengine/T.aspx?l=H_475671943_1864550_112142_1
350515562&u=aHR0cCUzYSUyZiUyZmhpbHRvbndvcmxkd2lkZTEuaGlsdG9uLmNvbSUyZmVuX0b24uY29tJTJmZw41MmZ3dyUyZmZ1
ZWRiYWNkrJTJmaHJ3m9uzS5qaHRtbCUzz1dULm1jX21kJTNkRVBFTVJ1c2NvbmzFTg==&t=228>  | 2050
Chennault Drive | Carrollton, Texas 75006, USA

From:    scottballock@yahoo.com
Sent:    Saturday, January 05, 2013 4:45 PM
To:      Ballock Ellen R
Subject:    NYC

I made hotel reservations for New York. Two beds. The Book of Mormon is playing on
Broadway and is dark on Monday only. Dress in jeans but bring a warm coat, hat and
gloves. Plans are to have breakfast every morning in Greenwich Village, visit the
WTC site, shop for you, ice skate at Rockefeller Center, see the city from the top
of the Empire State building, take a carriage ride through Central Park, dine in
Little Italy, see TMLMTBGB, and walk across the Brooklyn Bridge to eat at
Grimaldi's.

I don't expect to hear from you, but the thought will help sustain me through the
weekend.

Love,
MeFrom: scottballock@yahoo.com
Sent:    Saturday, January 05, 2013 4:18 PM
To:      Ballock Ellen R
Subject:    Think

                              Page 136

Emails2

Ellen,

Tommy and I will be back Sunday night so he can go to school Monday morning.

If you decide you want to try to save our marriage and our family, we can leave out Monday to begin the healing. I don't want to wait. We all need to leave this nightmare behind us. NYC, DC, Chicago, San Diego, Hawaii, the Bahamas. You decide. I will take the week off and we will leave the kids with Mom. We will relax. No phones. No arguing. No talking the entire first day. Just relaxing.

Let me know and I will make all the arrangements.

Please think.

ScottFrom:      scottballock@yahoo.com
Sent:    Saturday, January 05, 2013 3:56 PM
To:      Ballock Ellen R
Subject:        Ryan

Ryan is driving down to Indy from Michigan to hang out with us tonight and tomorrow before he heads back to school. Tommy is excited. We have quality friends who would do anything for our family - for no other reason than they love us.

I hope you and Summer will still drive in to see us. We miss you.From: scottballock@yahoo.com
Sent:    Saturday, January 05, 2013 3:43 PM
To:      Ballock Ellen R
Subject:        Sins

No more mud slinging. Truth is, we have both done awful things to each other. We have both sinned against each other. There is no point trying to determine whose sins were worse. It doesn't matter.

All that is important is us and our family. All that we have built. All that we dreamed of. All that we are destroying. And to find a way to fix it. Because we can be healed if you will allow it.

Our lives have been, and can be, sweet again. We know that. We also know now that divorce is a guaranteed lifetime of regret and pain. Nothing short of hell for all of us.

I know you agree with me. Please try to get past your anger and fear and forgive. Find your way back to us. Let the healing begin.


From:    scottballock@yahoo.com
Sent:    Saturday, January 05, 2013 3:26 PM
To:      Ballock Ellen R
Subject:        Nisso

Come to Indy to have your ring sized. Have some YATS with us. jump on the trampolines and swim in the pool tonight. Let our friends plan our second wedding at Nisso this summer. Travel with us to the inauguration, to NYC, to Deer Valley and to China this summer. Let Mom watch the kids while we go to the Bahamas and relax. And then every weekend while we go out. Let the bu move us to Denver. Provide for your kids in the way they have grown accustomed to. Give them the safety, security, comfort and peace they deserve. Go peacefully into the future with me without any worries. It won't take much, not if you're committed. I am. We have seen the other path and it is hell.From:          scottballock@yahoo.com
Sent:    Saturday, January 05, 2013 3:18 PM
To:      Ballock Ellen R
Subject:        Objectively

Page 137

Emails2

Think about everything. Think about what we were. What we are losing. The realities
of our futures, and our children's futures. About how we could heal and save
everything. Make it even better.

I understand you are writing things here that aren't true, that you don't mean,
because you think I'm going to use it against you. I'm not.

I have no animosity toward you. I love you more today than I ever have.

Go look at our photos. Read my words. Think about us and our family. Please. Reclaim
your life and your future. As far as I'm concerned, it's not too late.

From:     scottballock@yahoo.com
Sent:     Saturday, January 05, 2013 3:12 PM
To:       Ballock Ellen R
Subject:       Fight

Remember how we would fight like hell and then one of us would give in and we would
apologize and make up? Those fights weren't any worse than this one. The difference
is that this one would be our last. That we would have support in place this time.
Passion, commitment, focus, purpose, motivation.

You are arguing passionately because this is so important, because of all that is at
stake. Because of all we are losing. It is wrong. It hurts.

I want to apologize to you for all the hurt I have caused. To live my life trying to
make it up to you. I do.From:     scottballock@yahoo.com
Sent:     Saturday, January 05, 2013 3:08 PM
To:       Ballock Ellen R
Subject:       Deep down

I feel confident that deep down you still love me. That you want our family and our
futures back. That you know this is wrong.

You won't admit it because you are angry and hurt and doing so would be a sign of
weakness.

Some day you will. I'm sorry it can't be now, to save all of us any needless
suffering.

I love you. I wish you could admit you did, too.From:     scottballock@yahoo.com
Sent:     Saturday, January 05, 2013 3:06 PM
To:       Ellen
Subject:       Re: The kids

When I first asked you about the cozy, you said kinny gave it to you and that you
forgot about it. Then you asked me to team up with you to say it was a gag gift.

Either way, it is highly inappropriate for the kids to have seen it.

You may think your phone conversations were private, but Tommy has heard them and
has been disturbed by them. Maybe you could do a better job at keeping them private.

On Jan 5, 2013, at 3:03 PM, Ellen <ellenballock@yahoo.com> wrote:

> The cozy was a joke gift I bought for a white elephant party joke.
>
> My phone conversations are private and will remain so. The content you say is
discussed is not correct. Enough said.
>
> Stop harassing me. Stop lying.
>
> Begin forwarded message:

Page 138

Emails2

walk.  Summer calls them the "twin dogs."  She takes great pride in this new
privilege and responsibility.  After being outside with the dogs Summer walked into
the kitchen to grab a sandwich baggie.  I asked her what she was doing and she
replied, "The twin dogs pooped on the lawn and I have to pick it up because I'm the
boss of them."  Later Ellen and I watched out the window at the back of the house as
Tommy carried one of the dogs across the lawns and directly toward some boys who
were swimming in a small pool.  We managed to yell loud enough and get his attention
just as he was about to heave the dog into the pool.  He thought little
 Chloe would
 enjoy swimming as much as he does.
>
>Summer got a new pair of flip flops.  She took note of the way they look and sound
on others' feet and asked for "shoes that go flippety floppety flippety floppety
when you walk."
>
>Summer has taken to wearing an apron from Lowes and pretending to be a waitress.  I
brought home a couple of cafeteria-style trays for her and she ran into the house
screaming about how great it is that she gets to be a waitress.
>
>On our trip to northwest Indiana last weekend, Nana gave Summer and Tommy each $10
to spend on themselves.  The kids asked that I take them to a store so they could
shop for toys; the money was burning a hole in their pockets.  Summer chose a pair
of princess shoes for herself, Tommy grips for his bike.  As we were walking to the
checkout aisle, Summer gasped, stopped, and said she left her purse somewhere.  She
had insisted on carrying the $10 in her own purse while
 on our shopping trip and set it down while examining the toys.  Growing frustrated
after about ten minutes of searching, I asked Summer if she could remember where she
last remembered holding her purse.  Summer, exasperated, said, "I didn't see myself
lose it."  Tommy took the opportunity to tell Summer that it wasn't just the $10 she
would lose if we didn't find her purse.  She would also have lost a purse that cost
her $10, and she would not be able to purchase the princess shoes for $10.  So,
according to Tommy's calculations, Summer would have lost $30 by not keeping track
of her purse.  Luckily, Tommy found the purse, but Summer cried when we got back to
the hotel and she learned that her feet were too big and wide for the princess
shoes.
>
>Last week Summer asked if she could at some point in the future spend the day with
me at work.  I told her no, an entire day wouldn't be possible, explaining that
whenever
 she visits me at work she needs lots of attention and interrupts me, and I can't
get anything done while she's there.  Last night, while in the front yard, she
excitedly pointed out a star in the sky (I think it was actually a planet) and told
me to make a wish.  She said, "Wish that I can go to your office with you and be
quiet and not bug you the whole time!"
>
>We're off to Chicago for a week; me for work, Ellen and the kids to play and
explore.  We're planning on stopping by the Dunes on the way back home.
>
>Have a good week...
>
>Love,
>Scott
>
>
>
> From: scottballock@yahoo.com
Sent:    Monday, January 28, 2013 9:58 PM
To:      Ellen
Subject:      Re: Things received for Thomas

You can say you care, but your actions speak louder than your words. You are an
embarrassment. If you actually cared about them, you wouldn't be doing half the
things you are. People are universally horrified by your actions. Horrified. You are

EXHIBIT
21

Emails2

violent toward Tommy and irresponsible with Summer. You are so selfish that you are ruining our kids and I am doing everything I can to stop it.

Stop writing me.

On Jan 28, 2013, at 9:52 PM, Ellen <ellenballock@yahoo.com> wrote:

> The "6" was a typo.
>
> I'm not lying.
>
> I care about our kids greatly and for you to question that is utterly absurd.
>
> On Jan 28, 2013, at 6:28 PM, "scottballock@yahoo.com" <scottballock@yahoo.com> wrote:
>
>> Selfish. You are selfish. It was not a personal attack. It was a statement of fact. For once in your life, think about the children and not yourself.
>>
>> Stop lying. We NEVER discussed military school. NEVER. You would threaten it regularly when you couldn't handle Tommy - which was often. He says it is why he had a fear of military school. Threatening to send your son to military school when he misbehaved was not discussing military school.
>>
>> Please don't ever write 6, 5, or 4 to me ever again. I no longer share traditions with you.
>>
>> On Jan 28, 2013, at 6:20 PM, "ellenballock@yahoo.com" <ellenballock@yahoo.com> wrote:
>>
>>> I have expressed my concern to you about military as a viable option for next school year before. Sorry you didn't hear me.
>>>
>>> You are well aware I mentioned the idea of military school long before we ever separated.  You and I would discuss it from time to time, but we never acted on it.
>>>
>>> Reparations to my relationship with him is very important. He was to have seen Dr Cooper-Lehki by now....6
>>>
>>> Once you called me selfish I quit reading your email. Should it contain anything important from that point forward, please resend it without the personal attacks.
>>>
>>>
>>>
>>> On Jan 28, 2013, at 5:44 PM, "scottballock@yahoo.com" <scottballock@yahoo.com> wrote:
>>>
>>>> And you are only NOW expressing your concerns, when I have told you for weeks of Tommy's strong desire to attend? When you made no previous objections and, in fact, told me you had his standardized test scores for the school? When you were the one who put the idea in his head initially and kept pushing for it? When you know we have been doing so much research and work?
>>>>
>>>> It may be difficult for someone as selfish as yourself to understand, but this is not about you. This is about Tommy.  Precisely because of our separation and impending divorce, this is a good idea for Tommy. For once, think not about you own needs, but your children's. this academy will offer Tommy so much, including the stability and sense of belonging you deprived him of.
>>>>
>>>> Tommy is only twelve and yet he sees the advantages of attending such an elite academy.  He will be in the sixth grade (or seventh) and is planning for his future. He recognizes that the academy would help him in so many ways. His goal in life is to be a pilot. This academy will allow him to earn his pilot's license shortly after

Page 69

Emails2

they are even better to Tommy. Tommy recognizes how lucky he is. He missed me, of course, and wished I were there to sleep with him, but he was still surrounded by true love. Nana even sent a text message to tell me Tommy was dancing again after school. You should see him run to Nana and hug her when he gets home. Our friends from across the country continue to phone and write Tommy to provide their love and support. Those who are local spend quality time with him. Our family has truly amazing friends.

From:     scottballock@yahoo.com
Sent:     Saturday, February 09, 2013 3:58 PM
To:       Ballock Ellen R
Subject:      Attorney Fees

Please keep separate any and all attorney expenses related to our divorce and any that may arise as a result of criminal prosecutions and/or lawsuits filed against you and kinny for malicious prosecution, abuse of process, defamation, etc. (you can't go around falsely telling people, among other lies, that they are being investigated by the FBI).

I have cautioned you from the moment you started cheating on me with kinny, and I will caution you again, dumb is dangerous. You used to be able to say, "i no dumy."From:     scottballock@yahoo.com
Sent:     Friday, February 08, 2013 11:54 AM
To:       Ballock Ellen R
Subject:      Summer and Tommy

You previously (wrongly) accused me of failing to include Summer in activities.

You previously told me to include Summer on all my future trips.

I informed you weeks ago of two upcoming trips and asked - repeatedly - if Summer would be able to join us.

You failed to respond to any of my requests and failed to provide an answer.

Finally, last week, you said you would provide an answer this week.

It is now the end of this week and you have still failed to provide an answer.

Starting tonight Summer will be spending this weekend with Tommy and I (and friends who may be traveling with us) and discussions are sure to be had by the children about both upcoming trips, one of which is next weekend.

Your refusal to communicate is harmful to the children. I am again requesting whether Summer will be joining us on our upcoming travels. I am also requesting - for the benefit of the children - that you learn how to communicate with me about them. You are once again hurting them.From:     scottballock@yahoo.com
Sent:     Wednesday, February 06, 2013 7:03 PM
To:       Ballock Ellen R
Subject:      Summer

Once again, I am formally requesting confirmation as to whether Summer will be traveling with me over President's Day weekend and/or over Spring Break. I need to formalize/finalize plans soon so the kids will have the best time possible.

Please send Summer with her bathing suit this weekend.

Please tell Summer no matter where we are this weekend, she will be playing with a friend her age so she should also bring anything she may want to play with during a possible car ride/hotel stay/slumber party. I have not finalized plans as I was hoping for Summer's input. Please tell her if she has a preference as to what we do, to let me know. I have until tomorrow to cancel hotel reservations. Because she gets to see me only every other weekend right now, I want our time together to be

Page 39

EXHIBIT

22

Page 1 of 3

**From:** Ellen <ellenballock@yahoo.com>
**To:** "ronnie.m.gaskins@wvsp.gov" <ronnie.m.gaskins@wvsp.gov>
**Date:** 09/16/2013 12:02 PM
**Subject:** More Texts that are significant.

Read carefully... Notice the threats of "things can get worse" and becoming "enemies." Also, please notice what is written May 17th. That's the day that coincides with Kenny Ice stealing my laptop computer.

There are no gaps in these texts. Everything sent or received is here and complete.

[5/12/13 8:35 PM] Sent: If you need to reach Ellen (Mom), call or text my number 681-212-9912. Her phone is not working anymore.
[5/12/13 8:39 PM] Received (7346049596): Oh, ok. Wish we had known. We tried calling earlier. We had dinner and dessert to deliver from DC.
[5/13/13 11:26 AM] Received (7346049596): Ellen, your boyfriend kinny is writing me on my work phone and following my female friends on Facebook. Concerning. Please do not give my info to others.
[5/13/13 11:26 AM] Received (7346049596): Can you talk today?
[5/13/13 1:28 PM] Sent: I can't talk now.
[5/13/13 1:59 PM] Sent: Whatcha need?
[5/13/13 2:10 PM] Received (7346049596): In meeting now. We need to talk before everything is destroyed.
[5/14/13 7:30 AM] Received (7346049596): I'm hoping you're ready to try again, to find a way forward. We are on the verge of losing it all, of completely ruining ourselves and our children. Our attorneys can't fix this mess, only you and I can.
[5/14/13 7:30 AM] Received (7346049596): It's only going to get worse, much worse. You have no idea how bad it can get. I can't believe you chose kinny over trying to save us and them. 🖋
[5/14/13 7:30 AM] Received (7346049596): We will spend everything we have and our attorneys will help us destroy each other. The kids will lose too. And it will never end. A should apologize to B.
[5/14/13 6:35 PM] Received (7346049596): Call or visit today if you want to talk about how to fix this. We have lots of reasons and incentive. No one else does.
[5/14/13 6:35 PM] Received (7346049596): Can you talk?
[5/16/13 11:26 AM] Received (7346049596): If you want to end the acrimony, we can do it ourselves. We can't repair what you broke but we can find a gentle way forward and go our separate ways forever.
[5/16/13 11:26 AM] Received (7346049596): The kids are going to suffer even more if we don't get this stopped. And you must know it has the potential to get much worse - and to never stop.
[5/16/13 11:26 AM] Received (7346049596): and the kids.
[5/16/13 11:26 AM] Received (7346049596): When we have talked before you have drudged up the past and placed blame. It's irrelevant. We need to focus only on the way forward...what we want for us
[5/16/13 12:18 PM] Received (7346049596): Call or meet with me to discuss how to end this and go our separate ways before we all sprial into ruin. Lawyers can't save us and the kids deserve better than this.
[5/17/13 8:24 AM] Received (7346049596): Please phone when you're free to talk.
[5/17/13 8:26 AM] Sent: I'm in a doc office. No cell usage allowed. Is Tommy playing lax game tomorrow? There is a game scheduled.
[5/17/13 8:27 AM] Received (7346049596): Please phone when you're free. Unsure of weekend plans. Summer wants to get out of town. Trying to arrange with friends...
[5/17/13 8:31 AM] Received (7346049596): Listen to Rod Stewart's new song, "It's Over."
[5/17/13 8:31 AM] Received (7346049596): We had three options for us. Implode, go forward peacefully and gently as parents and former friends, learn from the experience and grow as a couple and family.
[5/17/13 8:31 AM] Received (7346049596): Sadly, we are down to two options now. Please consider taking the gentle and peaceful option.
[5/17/13 8:39 AM] Received (7346049596): Meet me in Old Town this weekend. Start the healing process before it's too late. It will be a good weekend. Walk and talk, dinner, movie.
[5/17/13 8:39 AM] Received (7346049596): I will walk you to your own room and bring you breakfast in the morning. It will set the foundation for our way forward. We should try for the kids.
[5/17/13 8:39 AM] Received (7346049596): I have lots to say after all these months. You won't even need to talk. Just hear me out. Please say you'll think about it...
[5/17/13 8:46 AM] Received (7346049596): We missed out on the fairy tale but we don't have to go through hell. Let's find the place in between. I can pick you up any time and it's only a three hour drive. With 26 years bewteen us, it really can be as easy as A apologizing to B.
[5/17/13 8:46 AM] Sent: Are you working today?
[5/17/13 8:48 AM] Received (7346049596): Yes.

EXHIBIT

23

[5/17/13 8:50 AM] Received (7346049596): I can be your dragon slayer from afar. You will never find anyone who cares to protect you and the kids like me. I want them to heal most of all. We had our chance. They had no choice in this.

[5/17/13 8:53 AM] Received (7346049596): Tell kinny the weekend is about the kids, not us. I will get you a room in a hotel on King Street and I will stay down the road. We just need to be away from distractions.

[5/17/13 11:32 AM] Received (7346049596): There are two playhouses in Old Town, similar to the Brown County playhouse. One of the plays was written by the author of the Laramie Project. It would be a nice break from talking. Say you'll go...

[5/17/13 12:02 PM] Received (7346049596): Please call back to continue the conversation.

[5/17/13 12:02 PM] Sent: No

[5/17/13 12:03 PM] Received (7346049596): It's not about money. It's about our family, the children, our futures. Just talk. We can fix this.

[5/17/13 12:03 PM] Sent: I'm not going to Alexandria with you.

[5/17/13 12:03 PM] Sent: Tell me what you want.

[5/17/13 12:04 PM] Sent: All you do is blame me.

[5/17/13 12:04 PM] Received (7346049596): I didn't blame you.

[5/17/13 12:05 PM] Received (7346049596): I want to talk. To find a way forward that doesn't ruin all of us.

[5/17/13 12:05 PM] Received (7346049596): To co-parent with you. To help you. So we help the children.

[5/17/13 12:05 PM] Sent: How will you help me?

[5/17/13 12:05 PM] Received (7346049596): Please call back. Please hear me out. This has the potential to get so much worse. Or so much better.

[5/17/13 12:05 PM] Sent: Why do you care about me so much now?  I'm waiting to be called a troll.

[5/17/13 12:06 PM] Received (7346049596): I have been trying for eight months.

[5/17/13 12:06 PM] Received (7346049596): I have always cared about you.

[5/17/13 12:06 PM] Sent: What can get worse?  The divorce needs to end now. Ready to end it and move forward going our separate ways?

[5/17/13 12:07 PM] Received (7346049596): Yes, I'm ready to end it.

[5/17/13 12:07 PM] Sent: No. You have not loved me. You don't know what love is. I believe our friends have told you how you were supposed to treat me.... but you didn't listen to them until it was too late.

[5/17/13 12:08 PM] Received (7346049596): I wanted us to go forward together. But because you broke it into a million pieces, I'm ready to go forward separately.

[5/17/13 12:08 PM] Sent: How go you want to end it?

[5/17/13 12:08 PM] Sent: You broke me into a million pieces (to speak like you speak).

[5/17/13 12:08 PM] Sent: I need you to stop texting me now.

[5/17/13 12:09 PM] Received (7346049596): It's never too late. That's the point.

[5/17/13 12:09 PM] Received (7346049596): We both did this. It will take both of us to fix it. With help.

[5/17/13 12:09 PM] Sent: Enjoy your weekend with Summer and Tommy.

[5/17/13 12:09 PM] Received (7346049596): You played a role too. You need to admit that. It's why we need help.

[5/17/13 12:10 PM] Received (7346049596): I will enjoy it. If you change your mind and would like to get together, we can fix things. I suggested Alexandria bc it is a nice environment and physically removed from the hurt.

[5/17/13 12:11 PM] Received (7346049596): Even though you are angry, I know you want us to heal. I know you don't want this ugliness.

[5/17/13 12:11 PM] Received (7346049596): At least I hope you do.

[5/17/13 12:15 PM] Received (7346049596): Ok. I give. I tried. For eight months I tried. You have set the tone. We can be the enemies you want us to be.

[5/17/13 12:15 PM] Sent: I never said anything about enemies. That's why you need help. It's all or nothing with you.

[5/17/13 12:16 PM] Sent: There is no middle ground.

[5/17/13 12:16 PM] Sent: Go to Alexandria and we can heal or don't go and we will be enemies. Always a threat ....

[5/17/13 12:19 PM] Received (7346049596): Ok. I give. I tried. For eight months I tried. You have set the tone. We can be the enemies you want us to be.

[5/17/13 12:19 PM] Received (7346049596): Wrong! It's not what I said! And why we need to discuss with a counselor.

[5/17/13 12:19 PM] Received (7346049596): But what else can we be when you won't talk, when you sue, when you attack, when you lie and yell at me, when you hang up on me?

[5/17/13 12:19 PM] Received (7346049596): When I am asking to work? To heal? To move forward? You are the one who attacks me and blames it ALL on me.

[5/17/13 12:19 PM] Received (7346049596): I suggested Alexandria bc it is beautiful, a nice environment, a place we loved, physically removed, calming. I offered to get you your own room.

[5/17/13 12:20 PM] Sent: And I said no thank you. You said we would be enemies now.

[5/17/13 12:20 PM] Sent: Please stop texting me

[5/17/13 12:20 PM] Received (7346049596): I suggested you just listen and let me try to make amends. You don't have to say a single word all weekend.

[5/17/13 12:21 PM] Received (7346049596): And that's why we need to work with a counselor. Bc you didn't just say no.



Page 3 of 3

You yelled and attacked and blamed and hung up.

[5/17/13 12:21 PM] Received (7346049596): You make us enemies.

[5/17/13 12:22 PM] Sent: Stop texting me please.

[5/17/13 12:22 PM] Sent: I talked to you and texted you that I do not want to go with you to Alexandria, VA.

[5/17/13 12:23 PM] Sent: This was YOUR response:

"Ok. I give. I tried. For eight months I tried. You have set the tone. We can be the enemies you want us to be."

[5/17/13 12:23 PM] Sent: Please leave me alone now.

[5/17/13 1:45 PM] Received (7346049596): and yelled and attacked and brought up past hurts and hung up.

[5/17/13 1:45 PM] Received (7346049596): You did much more than just say no. You attacked and escalated, despite my trying to de-escalate.

[5/17/13 1:45 PM] Received (7346049596): You have made us enemies. You have no interest in being anything more. It's a shame this is the path you have chosen. What a life.

[5/17/13 1:45 PM] Received (7346049596): When it never had to be this way. When I pleaded to find a gentle and peaceful way forward. When I begged to work together to fix things.

[5/17/13 1:45 PM] Received (7346049596): We were a strong team once. But now you want to tear each other to shreds. And the kids will suffer horribly, endlessly. And you had the power to stop it.

[5/17/13 1:45 PM] Received (7346049596): I can hardly stand to watch where this goes next.

[5/17/13 1:45 PM] Received (7346049596): It didn't have to be Alexandria. I just wanted you to know how serious I am about fixing this. I wanted the healing to start in a beautiful, familiar place. I wanted you to be relaxed, to treat you well.

[5/17/13 1:45 PM] Received (7346049596): It's why I have asked you for eight months to go to NY to walk and talk (or listen).

[5/17/13 1:45 PM] Received (7346049596): The moment you realize how far we have fallen, how much has been ruined, how much hurt and pain has been caused, how much we all lost, remember today and my pleading to heal together.

[5/17/13 1:45 PM] Received (7346049596): And my requests to heal have not been only of late. But I see it spiraling out of control, I see the cliff fast approaching for us all, and I want to save us.

[5/17/13 1:45 PM] Received (7346049596): I kept the reservations in Old Town for tomorrow. If you can see the awful future, too, and know my sincerity, call...

[5/17/13 1:45 PM] Received (7346049596): As I said, I have nothing to do with Dad's activities. Nothing. He has told my attorney that. I suspect you know that, too. I would never do anything to hurt you.

[5/17/13 1:45 PM] Received (7346049596): I don't know why you don't ask kinny or any of your other male friends to mow the lawn, but I am willing to do it so you don't have to spend so much.

[5/17/13 1:45 PM] Received (7346049596): Just leave the two lawnmowers outside and T and I can cut the grass sometime when you're not home. Not a problem. Money will become an issue soon.

[5/17/13 3:12 PM] Received (7346049596): Funny you write I don't know what love is when you started telling your CL boyfriend you love him right away. I have yet to say those words to anyone else.

[5/17/13 3:12 PM] Received (7346049596): I talked to my dad. Call me when you can...

[5/17/13 3:46 PM] Received (7346049596): Please phone when you can. I want to help you.

[5/17/13 5:32 PM] Received (7346049596): Leave the lawnmowers out and I will stop by and cut your grass on the way home.

[5/17/13 5:32 PM] Received (7346049596): Please call and simply listen. No need to argue. We don't have to meet...just listen to my ideas for solving this ugliness. Your refusal to even talk doesn't help anyone.

[5/17/13 5:33 PM] Sent: No lawn mowing until next week if at all.

[5/17/13 8:48 PM] Received (7346049596): Ok. Please allow us to cut it for you. I really do still care so much and want to do for you.

[5/17/13 8:48 PM] Received (7346049596): So much to share. Go to Old Town and just listen. Say not one word all day if u want. U have nothing to lose and everything to gain. Own room, good meal, show.

[5/17/13 8:48 PM] Received (7346049596): Not trying to win you back. Trying to be your friend and co-parent. Make amends. And save us all.

[5/17/13 8:48 PM] Received (7346049596): I won't reach out to you any more. If you decide at midnight you want to talk via phone or at 3:00 am you want to go to Old Town, call, I will come to you. Nothing is more important than our family.

Conversation between Summer's iPhone (+1 (661) 212-9912) and Stonewulmy Barlock FBI (7540049095)

Sent 5/12/13 8:35 PM 

If you need to reach Ellen (Mom), call or text my number
661-212-9912
. Her phone is not working anymore.

Received 5/12/13 8:39 PM

Oh, ok. Wish we had known. We tried calling earlier. We had dinner and dessert to deliver from DC.

Received 5/13/13 11:26 AM

Ellen, your boyfriend kinny is writing me on my work phone and following my female friends on Facebook. Concerning. Please do not give my info to others.

Received 5/13/13 11:26 AM

Can you talk today?

Sent 5/13/13 1:28 PM

I can't talk now.

Sent 5/13/13 1:59 PM

Whatcha need?

Received 5/13/13 2:10 PM

In meeting now. We need to talk before everything is destroyed.

Received 5/14/13 7:30 AM

I m hoping you're ready to try again, to find a way forward. We are on the verge of losing it all, of completely ruining ourselves and our children. Our attorneys can't fix this mess, only you and I can.

Received 5/14/13 7:30 AM

It's only going to get worse, much worse. You have no idea how bad it can get. I can't believe you chose kinny over trying to save us and them.

Received 5/14/13 7:30 AM

We will spend everything we have and our attorneys will help us destroy each other. The kids will lose too. And it will never end. A should apologize to B.

Received 5/14/13 6:35 PM

Call or visit today if you want to talk about how to fix this. We have lots of reasons and incentive. No one else does.

Received 5/14/13 6:35 PM

Can you talk?

Received 5/16/13 11:26 AM

'ou want to end the acrimony, we can do it ourselves. We can't repair what you broke but we can find a gentle way forward and go our separate ways forever.

Received 5/16/13 11:26 AM

The kids are going to suffer even more if we don't get this stopped. And you must know it has the potential to get much worse - and to never stop.

**From:** dave dew <davedew13@gmail.com>
**To:** michael.a.kief@wvsp.gov
**Date:** 08/28/2013 03:20 PM
**Subject:** read frist email and then scroll to 1251 pm and read about sending these to ellens hospital she might work at

Fwd: My Step-brother    Inbox
  westcoasttwiggs <westcoasttwiggs@yahoo.com>  Sat, Jul 13, 2013 at
7:27 AM
To: Ice K <davedew13@gmail.com>
Reply | Reply to all | Forward | Print | Delete | Show original
Gary is her step-brother.


When this is all over I plan to share these with her family so they
can protect themselves and, hopefully, pressure her to get help.


Begin forwarded message:


From: a2 lab <aalab.training@yahoo.com>
Date: October 20, 2012, 12:53:17 PM EDT
To: westcoasttwiggs@yahoo.com
Subject: My Step-brother


Sean,

I finally had a good enough reason for my dad to have to give me
Gary's cell phone number...car tire purchase decisions.  Gary is a
mechanic at a dealership and used to work at a Discount Tire store.
He was so glad to hear from me and very helpful.  We definitely share
a bond of some sort because as much as I tried to keep from talking
too much and keeping him from work it was difficult.  I could have
talked all day long.  And Gary tried to keep me on the line by asking
all kinds of questions and repeating himself to be sure I was set with
car advice and such.  He's cute.  I like him so much it's crazy.  He's
still interested in me too.  ;)


Reply | Reply to all | Forward | Print | Delete | Show original


  dave dew <davedew13@gmail.com>  Wed, Jul 17, 2013 at 1:59 PM
To: westcoasttwiggs <westcoasttwiggs@yahoo.com>
Reply | Reply to all | Forward | Print | Delete | Show original
wow

EXHIBIT
24

Page 2 of 11

- Show quoted text -

westcoasttwiggs <westcoasttwiggs@yahoo.com>  Wed, Jul 17, 2013 at
3:31 PM
To: dave dew <davedew13@gmail.com>
Reply | Reply to all | Forward | Print | Delete | Show original
I found a message today in which she writes about the abuse she
suffered at the hands of her parents. And how she likes young ones.
It's so strange viewing all of these from a distance. I was so close
to it I didn't see how truly sick she was/is.

- Show quoted text -

dave dew <davedew13@gmail.com>  Thu, Jul 18, 2013 at 2:42 PM
To: westcoasttwiggs <westcoasttwiggs@yahoo.com>
Reply | Reply to all | Forward | Print | Delete | Show original
yes your outside looking in now. things will look differnt

- Show quoted text -

Brett Twiggs <westcoasttwiggs@yahoo.com>  Fri, Jul 19, 2013 at 2:22
PM
To: dave dew <davedew13@gmail.com>
Reply | Reply to all | Forward | Print | Delete | Show original
I can't tell you how good it feels to be rid of her. When I see her in
person, when I hear her voice, when I read her words, when I spend
time with normal women, I remember what an ugly, nasty person she is.
And she will only get uglier.

---------------------------------------------------------------
----------
From: dave dew <davedew13@gmail.com>
To: westcoasttwiggs <westcoasttwiggs@yahoo.com>
Sent: Thursday, July 18, 2013 5:42 PM
Subject: Re: My Step-brother

- Show quoted text -
Reply | Reply to all | Forward | Print | Delete | Show original

Brett Twiggs <westcoasttwiggs@yahoo.com>  Sat, Jul 20, 2013 at 11:20
AM

To: dave dew <davedew13@gmail.com>
Reply | Reply to all | Forward | Print | Delete | Show original
Went on a first date with a ballerina. We met outside of the
restaurant and her very first words to me were, "Your eyes match your
shirt. Well played."

The first words I can remember ellen saying to me were, "Do you want
head?"

-------------------------------------------------------------------------
-----------
From: dave dew <davedew13@gmail.com>;
To: westcoasttwiggs <westcoasttwiggs@yahoo.com>;
Subject: Re: My Step-brother
Sent: Thu, Jul 18, 2013 9:42:10 PM

- Show quoted text -
Reply | Reply to all | Forward | Print | Delete | Show original


   dave dew <davedew13@gmail.com>  Sat, Jul 20, 2013 at 12:18 PM
To: Brett Twiggs <westcoasttwiggs@yahoo.com>
Reply | Reply to all | Forward | Print | Delete | Show original
who is brett twigs and was this him writing to who ? ellen ?

On 7/20/13, Brett Twiggs <westcoasttwiggs@yahoo.com> wrote:
> Went on a first date with a ballerina. We met outside of the
restaurant and
> her very first words to me were, &quot;Your eyes match your shirt.
Well
> played.&quot;
>
> The first words I can remember ellen saying to me were, &quot;Do you
want
> head?&quot;
>
>


   westcoasttwiggs <westcoasttwiggs@yahoo.com>  Sat, Jul 20, 2013 at
3:11 PM
To: dave dew <davedew13@gmail.com>
Reply | Reply to all | Forward | Print | Delete | Show original
No, it's just me.

Page 4 of 11

 

On Jul 20, 2013, at 3:18 PM, dave dew <davedew13@gmail.com> wrote:

> who is brett twigs and was this him writing to who ? ellen ?
>
> On 7/20/13, Brett Twiggs <westcoasttwiggs@yahoo.com> wrote:
>> Went on a first date with a ballerina. We met outside of the
restaurant and
>> her very first words to me were, "Your eyes match your shirt. Well
>> played."
>>
>> The first words I can remember ellen saying to me were, "Do you
want
>> head?"
>>
>>

Reply | Reply to all | Forward | Print | Delete | Show original


   dave dew <davedew13@gmail.com>  Sun, Jul 21, 2013 at 11:24 AM
To: westcoasttwiggs <westcoasttwiggs@yahoo.com>
Reply | Reply to all | Forward | Print | Delete | Show original
ok you had me lost for a sec lol..

On 7/20/13, westcoasttwiggs <westcoasttwiggs@yahoo.com> wrote:
> No, it's just me.
>
> On Jul 20, 2013, at 3:18 PM, dave dew <davedew13@gmail.com> wrote:
>
>> who is brett twigs and was this him writing to who ? ellen ?
>>
>> On 7/20/13, Brett Twiggs <westcoasttwiggs@yahoo.com> wrote:
>>> Went on a first date with a ballerina. We met outside of the
restaurant
>>> and

- Show quoted text -
Reply | Reply to all | Forward | Print | Delete | Show original


   westcoasttwiggs <westcoasttwiggs@yahoo.com>  Sun, Jul 21, 2013 at
12:51 PM
To: dave dew <davedew13@gmail.com>
Reply | Reply to all | Forward | Print | Delete | Show original

She needs serious help. She will not be able to become a nurse when
the licensing board learns about her problems with sex and violence
and abusing prescription drugs. She would be dangerous in a hospital
setting and a liability.

She loves watching porn of women fucking horses. It was her fantasy to
get fucked by a horse and I think it's why she would go off on her own
when we were camping. She wrote this to Sean one night about a horse
at our family camp:

"The horse was white with a long, black dick. He was grazing in the
fenced pasture when I came upon him. His dick hung low - it was huge
- and as he heard my steps he retracted it until nothing more could
be seen. He barely let his owner near him so getting close wasn't an
option. Still, he was a magnificent creature."

She said if she can't seduce her dad, she will blow him or ride him
some day when he is in a coma or confined to a hospital bed. She wrote
this to Sean about wanting to fuck guys in a hospital:

"The whole reason I wrote you about the guys with no legs is that all
I wanted to do was offer each one a bj when they rounded the corner on
their attendant-pushed gurneys. I can't believe I left that part out
yesterday. I think it'd be a blast to fuck the younger, hot one with
no legs below his kneecap.

Did I write about the guy I saw without a hand? I saw a guy with no
hand as I was walking downtown the other day. He's been on my mind
ever since. Today I thinking about him as I was running today and it
dawned on me that his wrist is probably a great size to stuff into my
wet pussy. Then I smiled and nearly giggled at the thought of how
much fun I could have with that. No, not fisting....wristing.
Mmmmmmm."

There are thousands upon thousands of these email messages
demonstrating what a sick and dangerous person she is. She even admits
to being violent. I wish she would get genuine help, not just see a
therapist who will make her feel good about herself. For her and for
the kids.
- Show quoted text -
Reply | Reply to all | Forward | Print | Delete | Show original

    dave dew <davedew13@gmail.com>  Mon, Jul 22, 2013 at 11:01 AM
    To: westcoasttwiggs <westcoasttwiggs@yahoo.com>
    Reply | Reply to all | Forward | Print | Delete | Show original
    yaaa something is off ...she alweys said she just made this stuff up
    to amuse you  but how long can you say that if you dont mean it  i
    think she was admmiting playing out fantasy  in her head with you

. . . . .

~ Show quoted text ~


Brett Twiggs <westcoasttwiggs@yahoo.com>  Mon, Jul 22, 2013 at 11:06 AM
To: dave dew <davedew13@gmail.com>
Reply | Reply to all | Forward | Print | Delete | Show original
No, she didn't know it was me. I guarantee it. She wouldn't have
bashed me so much in the letters. It's not all sex stuff. Lots of it
is about suicide, and how much she doesn't like the kids, and humdrum
day-to-day crap. And, when she finally did learn it was me, years into
it, she wrote that she finally figured it out. Just a few months ago
she was still asking me if Sean was me. She still isn't quite sure.
She is embarrassed to admit who she really is, that she fell in love
with someone who never actually existed. I would walk in on her on the
computer and she would quickly shut it. Here's what she wrote about
her Uncle Al:

Uncle Al's Past:
How I came to know about his past is from listening to my dad and his
daughters, my cousins, share with me his past "debts" or "sins" as a
religious person would say.  I'd call surfing the internet for porn
while at work a royal fuck-up, but no one in my family talks like
that.  I'm such a black sheep....

The only thing I see wrong about what he did is he failed to heed the
warning his employers gave him the first time he got caught.  Yes,
he's lost two jobs for looking up porn while at work.  You'd think
he'd have learned by now.  He's 61, newly divorced for the third time,
and starting a new job mid-January.  When life gets too difficult for
him he goes running home (actually it's to a retirement home) to the
loving arms of his 90 year-old mother (protector of all evil and
soother of all wounds).  I think that's pathetic.  I want his dick and
what it can do for me, not him.  I'm blunt; I know.



------------------------------------------------------------------------
----------
From: dave dew <davedew13@gmail.com>
To: westcoasttwiggs <westcoasttwiggs@yahoo.com>
Sent: Monday, July 22, 2013 2:01 PM
Subject: Re: My Step-brother

~ Show quoted text ~



Reply | Reply to all | Forward | Print | Delete | Show original

Brett Twiggs <westcoasttwiggs@yahoo.com>  Mon, Jul 22, 2013 at 11:13 AM
To: dave dew <davedew13@gmail.com>
Reply | Reply to all | Forward | Print | Delete | Show original
Fucking my dad or uncle won't get me fired from an elementary school.
I can't share the other stuff until you give me a sincere promise that
you're not sharing anything we write with anyone else and that you are
very, very careful to sign out of our account before Sara gets on your
computer.  Does she suspect at all that you and I still have a
relationship going?  I'm sorry, it's difficult to take such a risk
without knowing you on a personal level.  I really need to look you
straight in the eyes and watch your face to fully know you and trust
you.  Since all of you you'd even consider letting me meet is your
dick during these winter months, getting me to open up is going to
take some risky sharing on your part.  Don't get me wrong, I'd love to
meet any part of you you're willing to share (especially your dick),
but your dick won't give me insight to how scrupulous you are.  You're
going to have to open up first.


---------------------------------------------------------------------
-----------
From: dave dew <davedew13@gmail.com>
To: westcoasttwiggs <westcoasttwiggs@yahoo.com>
Sent: Monday, July 22, 2013 2:01 PM
Subject: Re: My Step-brother

- Show quoted text -
Reply | Reply to all | Forward | Print | Delete | Show original


dave dew <davedew13@gmail.com>  Mon, Jul 22, 2013 at 11:16 AM
To: Brett Twiggs <westcoasttwiggs@yahoo.com>
Reply | Reply to all | Forward | Print | Delete | Show original
damn.. really theres no way you can make all this up for so many
emails over and over unless its really in your mind .,

- Show quoted text -


Brett Twiggs <westcoasttwiggs@yahoo.com>  Mon, Jul 22, 2013 at 12:03 PM
To: dave dew <davedew13@gmail.com>
Reply | Reply to all | Forward | Print | Delete | Show original
Exactly. There are THOUSANDS of messages. I mean thousands. Every damn
day. Boring stuff. Simple stuff.

And remember, she originally told the GAL it was me who did all that writing. Now she has changed her story. She now admits she wrote them, but says she did so to make me happy. None of that shit made me happy. It helped me help her.

I am unsure what she has of her dad or others. I don't even know if she ever made a move on him or her uncle or step-brother. She has lots of secrets still.

-------------------------------------------------------------------
----------
From: dave dew <davedew13@gmail.com>
To: Brett Twiggs <westcoasttwiggs@yahoo.com>
Sent: Monday, July 22, 2013 2:16 PM
Subject: Re: My Step-brother

- Show quoted text -
Reply | Reply to all | Forward | Print | Delete | Show original


   Brett Twiggs <westcoasttwiggs@yahoo.com>  Mon, Jul 22, 2013 at 1:34
PM
To: dave dew <davedew13@gmail.com>
Reply | Reply to all | Forward | Print | Delete | Show original
Whew!  That was a close call last night.  That's why ;lskdjfa;slkjf saa appeared in your letter.  My hubby wasn't in the bathroom as long as I was expecting.

My hubby is at the Y right now.  I couldn't go today because I'm not feeling well.  I picked up some stomach virus probably from the dirty weights at the Y.  So many people, so many germs.  Yesterday I had to stand in line and wait for a stall in the upstairs restroom that's how busy they were.  I had a good workout except for two guys who were obnoxiously staring at me.  Some people have no sense of social graces.  I'm going to start exercising in the mornings again.  I feel better knowing that Tall and Shy, Alex, or Larry (he works there and, no, he's not a lust interest of mine) would protect me from some of the creeps I've seen.  Plus there are a lot less creeps who exercise in the early morning.

I have lots to tell you, but I should play it safe and hop off the computer and resume cleaning house.

It was lazy day around here.  It's also been very quiet.  My hubby got

up at 10:15, ate breakfast and fell back asleep until about 1:15.
He's dreading going back to work.  He sleeps a lot when he's
depressed.  Aren't we all depressed?

I'll get my Y schedule written down so you'll know when I'm going to
be there and where I'll be.  I know for sure that was beautiful Sara I
saw a few weeks ago.  She looks like the Victoria's Secret model,
Gisele-somebody, QB Brady's girlfriend, inexplicably perfect in every
way (what a lucky girl).  I'd prefer not to run into her if she's
upset with me for any reason.  Otherwise, if she has no issues with
me, I have no issues with her and don't mind sharing space with her.
OK I'm lying a little bit.  I do take issue with the fact that she
gives you everything but a commitment, but that's all.  My best guess
about your situation is that you don't want to have kids but she does
so you're not a serious option for her.  Right?  Anyway, I'd hate to
meet you by accident and have you run away from me... Meeting you by
accident and having you push my head into your lap and stealing kisses
is an entirely different story, but you don't appear ready for
that----yet.

I should stop here and reread your letters.  My hubby is on his way
home from the Y only stopping for a pizza and Slurpees (those things
are sickeningly sweet and thousands of calories I'll bet).

If I don't get a chance to write tonight I will tomorrow.  I haven't
been able to view any Home Clips videos for a few days, but I hope to
soon. I want to tell you which ones I like and comment on the few you
referenced.

If anyone were videotaping in my bedroom last night I'd have made the
bloopers list.  I was trying to hit my hubby in the head with my bra,
not in a sexy way - but in an obnoxious kind of way - and I hit him in
the eye.  I felt terrible because I laughed a lot.  In fact I'm
laughing right now as I write about it.  Silly me.  I put him to sleep
with a blow job.  That's about all I can until Friday night or so.

I've gotta go again.  Rats.  Hubby just called with some things he
wants done before he arrives home.

Enjoy your Sunday night.

Love,
Labby


---------------------------------------------------------------------------
-----------
From: dave dew <davedew13@gmail.com>
To: Brett Twiggs <westcoasttwiggs@yahoo.com>

Sent: Monday, July 22, 2013 2:16 PM
Subject: Re: My Step-brother

- Show quoted text -
Reply | Reply to all | Forward | Print | Delete | Show original


   dave dew <davedew13@gmail.com>  Mon, Jul 22, 2013 at 4:28 PM
To: Brett Twiggs <westcoasttwiggs@yahoo.com>
Reply | Reply to all | Forward | Print | Delete | Show original
hit you in the head with a bra ????

- Show quoted text -


   dave dew <davedew13@gmail.com>  Mon, Jul 22, 2013 at 4:28 PM
To: Brett Twiggs <westcoasttwiggs@yahoo.com>
Reply | Reply to all | Forward | Print | Delete | Show original
wtf if she new it was you then why is she talking about you ?

- Show quoted text -


   westcoasttwiggs <westcoasttwiggs@yahoo.com>  Mon, Jul 22, 2013 at
4:48 PM
To: dave dew <davedew13@gmail.com>
Reply | Reply to all | Forward | Print | Delete | Show original
Exactly.

She thinks she is smarter than everyone and we will all believe her
stories. Her lies are catching up with her.

- Show quoted text -
>>>>>>>> her very first words to me were, "Your eyes match your
shirt.
>>>>>>>> Well
>>>>>>>> played."
>>>>>>>>
>>>>>>>> The first words I can remember ellen saying to me were, "Do
>>>>>>>> you
>>>>>>>> want
>>>>>>>> head?"
>>

Reply | Reply to all | Forward | Print | Delete | Show original


   dave dew <davedew13@gmail.com>  Wed, Aug 21, 2013 at 8:13 PM
To: ellenballock@yahoo.com
Reply | Reply to all | Forward | Print | Delete | Show original

 

```
- Show quoted text -
>>>>>>>>> her very first words to me were, &quot;Your eyes match your
shirt.
>>>>>>>>> Well

- Show quoted text -
```

| From: | _Exposed_ k@yahoo.com |
|---|---|
| To: | trullock Ellen R |
| Subject: | Please call or meet me |
| Date: | Friday, April 26, 2013 7:27:51 AM |
| Attachments: | photo.jpg |

I never read these emails. They concern me greatly. I worry about you every day. Please, if you have truly found happiness following our separation, let's discuss the details and get this over with quickly so you can move on and keep enjoying what makes you happy.



EXHIBIT
25

Troopers 00035

From: Leeson Ashlee

To: Eliss Chris

Hide

**Re: I hate my life**

June 9, 2012, 2:13 AM

If you don't want to talk I understand. When I feel like killing myself, I find my son or daughter and sleep next to one or the other. Helps to ground me. Helps get me through the night. I also take ibuprofen or Tylenol to calm my tense muscles caused by crying or holding back the tears.

On Jun 9, 2012, at 1:43 AM, Chris Eliss <chris4funwv@gmail.com> wrote:

My wife just told me during SEX that she wants to separate.  What the fuck.  What is wrong with me I don't get it.  We had a great week with just a slight short fight, not even a fight just a disagreement.  I wish I was man enough to end everything.  I love my kids so much but I honestly wish I didn't have kids this would be so much easier.  I JUST WANT TO DIE.  I hate myself, I hate my life, I just want it all OVER.

**Troopers 00036**

**Subject:** Re: Barbie Doll

**From:** Scott Ballock (scottballock@yahoo.com)

**To:** ellenballock@yahoo.com;

**Date:** Friday, May 3, 2013 9:00 AM

Yeah, we wanted her to walk in to a fun celebration directly after school. What you don't see in the photo are balloons and streamers all over the place. We got vanilla ice cream to go with the cake. You would have loved making the cake with us. Fondant is difficult to work with but fun. I think we will be experimenting with other cakes now that we were successful with this one. She never did tell us what she wanted for dinner, so we'll probably do a cookout or order a pizza.

I would love to take her back to the zoo or Carnegie, but I just don't know how we will swing it this weekend when we have other things planned. Then again, she usually has no trouble batting her eyelashes and talking me into things. Sound familiar?

Please think about joining us for this birthday celebration and re-joining me in some capacity, whatever capacity you choose. As wonderful as we will make this celebration there will be a hole. There will always be a hole. It was there in Chicago. It will be there at Deer Valley or Nisso. It is there every day for them. They feel it. I feel it. I know you feel it. And that hole will be there for the rest of their lives. It's not too late, Ellen. We can implode our lives (my attorney doesn't pull punches and after I shared with her what I need to disclose now to defend myself against your claims she said there is a very real risk we may both lose the children; imagine them being raised by a foster family in West Virginia) or we can find a way to peacefully co-exist. Or we can find the very best in us and live a fairy tale life. I know that after this awful experience we would never take any of it for granted again.

---

**From:** Ellen <ellenballock@yahoo.com>
**To:** Scott Ballock <scottballock@yahoo.com>
**Sent:** Friday, May 3, 2013 8:35 AM
**Subject:** Re: Barbie Doll

Summer is going to be very excited to see the presents and cake on the table. She told me last minute about the Barbie as she was telling me she was going to ask to go to the zoo or Carneige Science Center. I told her the trips would probably be planned on another weekend.

On May 3, 2013, at 8:24 AM, Scott Ballock <scottballock@yahoo.com> wrote:

Oh geez. Ok. I will see what I can do on such short notice.

Thanks for letting me know. This is how we should be communicating for their benefit, and ours.



3/14/2016 12:54 AM



## SAL SELLARO CULPEPPER
### LEGAL GROUP PLLC

Natalie J. Sal, Esq.
Amber Uriso Sellaro, Esq.
J. Jeffrey Culpepper, Esq.
Matthew T. Thorn, Esq.
John V. Danford, Esq.
Joshua W. Sheets, Esq.
Matthew A. Stout, Esq.

Of Counsel:
Joan A. Rose, Esq.

Legal Staff:
Janet S. Bowser
Tina M. Lamp

May 3, 2013

To:  **Expunged**
102 New Castle Drive
Morgantown, WV 26508

**Expunged**

My client has informed me that you continue to send her harassing and threatening text messages and emails. Please be informed that you are to send to our office – and not Mrs. Ballock -- all inquiries and/or communications not directly necessary for the care of your children. Any communications sent to Mrs. Ballock that we view as further harassment will be used in Court to substantiate her allegations of your continuing intentional infliction of emotional distress.

You have expressed to Mrs. Ballock that you have concerns regarding the information that would be made public during a trial in this matter. Mrs. Ballock has no more desire than you to see this information disseminated to additional people. In pursuit of a reasonable course of action, I would ask that you place your attorney in contact with our office immediately so that we can discuss the best way in which to move forward.

Thank you,

Matthew A. Stout, Esq.

---

430 Spruce Street, Suite 3, Morgantown WV  26505
Phone: 304-599-5291    Fax: 304-599-5294
Inquiries @ sssdc.com



**Troopers 00026**

Print                                    https://us-mg5.mail.yahoo.com/neo/launch?.rand=66rikce8ak684#4...

Subject:  Re Disney World

From:    scottballock@yahoo.com (scottballock@yahoo.com)

To:      ellenballock@yahoo.com;

Date:    Wednesday, May 15, 2013 10:29 PM


Your failure or refusal to respond to my email would not have constituted a tacit agreement on your part.

You haven't wanted to talk to me for eight months now. Not even about the children. It is going to be a very long and ugly eight years for all of us thanks to your actions. I can't believe what you bought for yourself and all of us. But there is light at the end of the tunnel for me and I am already counting the days and months until I have no reason to have any contact with you ever again. Until then, I will continue to attempt to communicate with you for the benefit of Summer and Tommy. Ignore me all you want, I will never give up on the children. I will always work and do for them, even if that means having to struggle with you.

I have never given you a one day deadline. Nice try. As always, you bend the truth to fit your purposes, to fit into your narrative. I asked you about taking Summer to Deer Valley weeks ago and, as is your practice, you simply ignored me.

I will not go through your attorneys for anything. Ever. As long as you have custody of Summer, I will make my requests directly to you. That is my privilege.

It is your privilege to continue to be uncooperative, uncommunicative and inflexible to the detriment of our children. It is your privilege to continue to ignore me even if it negatively impacts the children, just as it was your privilege to break up the family for a man you met on Craigslist and ruin our young children's lives. It is your privilege to lie about me and try to hurt me. It has always been about you and your privileges. For 26 years it was about you and your privileges. It is also your privilege to pay your attorneys with your own money. I will not waste my hard earned money in that manner. When you actually work for your money, you will finally understand the value of it. You have lots of privileges, Ellen. Some day you will learn, though, that those privileges have consequences - for you, me, and sadly, the children.

On May 15, 2013, at 9:52 PM, "ellenballock a yahoo.com" <ellenballock@yahoo.com> wrote:

> You cannot word your emails "please advise if you object...." Good grief. What if I were to not receive that email? That happens from time to time you know.
>
> I chose not to call you because I don't want to talk to you right now. I have that privilege. Email should be fine enough for communicating, but your one day deadlines and requests for me to respond only if I object lead me to believe you may need to go through my attorney's office in the future. I'd hate to agree to something based upon a missed email.
>

EXHIBIT
28

https://us-mg5.mail.yahoo.com/neo/launch?.rand=66rikce8ak684#4..

> On May 15, 2013, at 9:12 PM, "scottballock@yahoo.com" <scottballock@yahoo.com> wrote:
>
>> I would like to take Summer to Disney World Sunday, November 17, 2013 through Saturday, November 23, 2013.
>>
>> Please advise if you object.



Page 1 of 1

**From:** Ellen <ellenballock@yahoo.com>
**To:** "ronnie.m.gaskins@wvsp.gov" <ronnie.m.gaskins@wvsp.gov>
**Date:** 09/05/2013 11:18 AM
**Subject:** Fw: Theft of Government Property

----- Forwarded Message -----
**From:** "scottballock@yahoo.com" <scottballock@yahoo.com>
**To:** Ballock Ellen R <ellenballock@yahoo.com>
**Sent:** Tuesday, May 28, 2013 11:00 PM
**Subject:** Theft of Government Property

Ellen,

Kenny estimates you gave him 40 to 50 boxes of my government-issued ammunition (as much as $2,100 worth). Kenny provided a witness and me with several of the ammunition boxes, all of which contain lot numbers, a unique identifying number which provides confirmation that the hollow-point bullets were sold to the FBI for the exclusive use by law enforcement. Kenny recalls you even shot the ammunition with him.

You also gave Kenny a bureau-issued gun holster, a magazine clip, evidence tape, a go bag, a thumb drive, and a gun carrying case, all of which were issued to me by the FBI and remained the property of the federal government.

Kenny also shared with me the other household items belonging to me or us that you gave him to hide or keep.

Kenny also detailed the items you purchased for him using our joint funds, to include a $400 iPhone 5 this past fall.

You are not permitted to give away or sell any of our marital property or spend our joint funds - on yourself or anyone else.

Your repeated removal of joint funds will be addressed before the court and again when we divide our assets. Theft of government property is a matter we will be addressing immediately.

Giving away FBI-issued ammunition is no small thing. If any of that ammo is ever found at a crime scene, it can be tracked back to the bureau and to you.

You did not have, nor could you have been given, authority to dispose of or convey property of the U.S. Government.

**18 U.S.C. § 641 : US Code - Section 641: Public money, property or records**

Whoever embezzles, steals, purloins, or knowingly converts to his use or the use of another, or without authority, sells, conveys or disposes of any record, voucher, money, or thing of value of the United States or of any department or agency thereof, or any property made or being made under contract for the United States or any department or agency thereof; or
Whoever receives, conceals, or retains the same with intent to convert it to his use or gain, knowing it to have been embezzled, stolen, purloined or converted - Shall be fined under this title or imprisoned not more than ten
years, or both; but if the value of such property in the aggregate, combining amounts from all the counts for which the defendant is convicted in a single case, does not exceed the sum of $1,000, he shall be fined under this title or imprisoned not more than one year, or both. The word "value" means face, par, or market value, or cost price, either wholesale or retail, whichever is greater.

Scott



IN THE MAGISTRATE COURT OF ___MONONGALIA___ COUNTY, WEST VIRGINIA

## STATE OF WEST VIRGINIA

v.

_Scott Ballock_

Case No. _13-M31M-06741_
_13-M31M-6739_

**MOTION**

The
☐ Plaintiff
☐ Defendant
☒ State of West Virginia

**EXHIBIT**
_30_

in the above-styled case hereby moves or requests that this court:

☐ remove this case to circuit court (*if civil*)

☐ continue the case from the currently scheduled date of _____

☐ other (*specify*): _to dismiss charges with prejudice._

This motion is based upon the following grounds: _The State and the defendant_
_have entered into an agreement for dismissal w/prejudice of_
_the charges, pursuant to conditions and understandings_
_as set forth in the attachment which has been_
_signed by the Prosecuting Attorney, counsel for the defendant,_
_the defendant and the complaining witness._

_Marcia Ashdown, Prosecuting Attorney_                    _April 7, 2016_
Signature of party filing motion/attorney for the party (prosecutor)                    Date

**NOTICE TO PARTY FILING MOTION:** One copy of this motion must be filed with the court and one copy must be mailed or delivered by hand to the attorneys for all other parties or to the parties themselves if they are not represented by attorneys.

**CERTIFICATE OF SERVICE**

I, _Marcia Ashdown_ , hereby certify that I have served
a copy of the above motion on the attorneys for all parties or, if such parties are not represented by attorneys, to the parties themselves
on the ___7th___ day of _April, 2016_ , ☒ by hand ☐ by first-class mail to:

Name and address of attorneys or parties served:

_J. Michael Benninger_          _Marcia Ashdown_          _April 7, 2016_
                                         Signature                    Date

**NOTICE TO PARTY RECEIVING MOTION:** Contact the magistrate court to see whether the requested action has been granted, denied or set for hearing.

**RULING**

As a result of the hearing on _____ , the motion is
☐ Denied
☒ Granted as requested
☐ Granted in the following manner: _____

_4-7-16_
Date

_Hershel Mullen_
Magistrate

W Va  Code § 50-4-8, Mag. Civ. Rules 8, 9, 12; Mag  Crim. Rules 12, 13

WHITE - Court file
GREEN - Opposing counsel or party

## ATTACHMENT TO MOTION TO DISMISS WITH PREJUDICE

To effectuate the resolution of Case No. 13-M31M-06741, State v. Scott Ballock, by *and 13-M31M-06739* dismissal of the charges the defendant and the complainant mutually agree as follows:

1. Scott Ballock acknowledges that probable cause existed for West Virginia State Police to file for the issuance of the warrants in this case pursuant to W.Va. Code §61-3C-14a and §61-2-9a.

2. Scott Ballock acknowledges communicating via email with Ellen (Ballock) Costlow after it is alleged that a letter was sent to him asking him to stop such communications to Ellen Costlow.

3. Scott Ballock agrees to cease, and to not initiate or reinitiate, if applicable, efforts to affect Ellen Costlow's personal reputation, employment, professional status or workplace relationships, and he agrees to discourage any other person purporting to act on his behalf to similarly cease, or not reinitiate any disparagement of Ellen Costlow on social media or other platforms of public communications. Scott Ballock also agrees to assist in removing any remaining remnants of disparaging social media postings by taking reasonable steps within his control to remove these postings, links or other social media communications.

4. Ellen Costlow agrees that she will not communicate any disparaging information or commentary to Scott Ballock's employer or place of employment, or on social media or any other platforms of public communications.

5. Scott Ballock and Ellen Costlow agree that the Family Court, in which they were engaged in litigation when the communications giving rise to the misdemeanor charges in this case occurred, will retain jurisdiction over any lawful matters involving family issues that may

arise between the parties in the future.  Scott Ballock, who has sole custody of the children, agrees to inform Ellen Costlow by email of any changes of the children's address.

      6.  Scott Ballock agrees not to contact Ellen Costlow by any means or for any reason other than to notify her by email of hospitalization of either child, or regarding either child traveling outside of the country.

_Scott T Ballock_   04/07/2016
Scott Ballock, Defendant

_Ellen Costlow_
Ellen Costlow, Complainant

_WB_ — 4/7/16
Counsel for Defendant

_Marcia Ashdown_
Prosecuting Attorney's Office

INTERVIEW OF KENNY ICE BY SCOTT BALLOCK.
WITNESSED BY DAVE PENNYPACKER.



On May 21, 2013, I met with Kenny Ice at Buffalo Wild Wings Grill and Bar, 45 Betten Court, Bridgeport, West Virginia. Kenny Ice voluntarily provided the following information:

Kenny Ice introduced Ellen Ballock to his acquaintance, Karl Vincent Taylor, of Fairmont, West Virginia. Ellen was possessive and jealous of Kenny and would never leave his side, so when one day Kenny went to visit Taylor, Ellen got to meet him. Ellen initiated contact with Taylor on her own after that initial visit with Kenny. Ellen knows Taylor is a convicted sex offender and knows the nature of Taylor's offense (that he impregnated a juvenile female) because Kenny told Ellen the first time she met Taylor. On April 20, 2013, at 12:50 p.m., Ellen sent Kenny a text message which contained a link to the West Virginia Sex Offender Registry and Taylor's offense information and photo. Ellen sent Kenny this text message from telephone number 734-660-4240. Kenny's cellular telephone number is 304-288-8296. Kenny took a snapshot of this text message from Ellen and forwarded to author's iPhone. Taylor's cell phone number is 304-365-2986.

On April 18, 2013, Ellen accompanied Taylor to Ruby Memorial Hospital in Morgantown to keep Taylor company as he underwent outpatient hernia surgery. On April 18, 2013, at approximately 9:17 a.m., Ellen sent Kenny a text message which read, "Karl was nervous this morning. I don't think he will ever admit it though. I feel for him having no family around. I think that's why he likes to take care of everyone around him. It gives him a sense of family. He hugged me before he went into the hospital. I believe he was not only nervous, but actually a little scared. He's never undergone surgery like this." Kenny forwarded a copy of this text message to author. Later that day, Taylor accompanied Ellen as she picked Summer up from school and shopped at Walmart. Kenny was upset with Ellen and accused her of taking Taylor to her home to have sex with him. At a later date, Ellen visited Taylor at his residence to help him replace his surgery bandaging.

Directly after her most recent Family Court hearing on April 19, 2013, Ellen took a photo of herself in dress clothes, driving in her SUV, and sent it to Taylor. Kenny provided a copy of the photo Ellen sent to Taylor. Kenny said he had to provide author with copies of these text messages quickly, before Ellen turned off his wi-fi service.



Ellen has taken Summer by herself to Taylor's residence on at least two separate occasions. Kenny learned that Taylor offered Summer teddy bears and candy during her visit; Taylor left them out for Summer to see when she arrived. Kenny referred to the teddy bears and candy as Karl's "bait" for Summer. Taylor put the teddy bears and candy away after Summer and Ellen's visit. After Summer left Taylor's residence, she asked Ellen if she could have one of Taylor's teddy bears.



Kenny has observed Taylor's immature and inappropriate behaviors around young women. Kenny says, "I can tell Karl's still sick." Kenny told Ellen she should not be friends with Taylor and that Ellen is putting Summer at risk. Ellen told Kenny she was not concerned.



Taylor lives in a storage unit in Fairmont, West Virginia. Kenny says the storage unit looks like a "Pedophile Shack." Taylor deals pills and keeps them in a safe. Taylor showed Ellen the pills he



**CONFIDENTIAL**

PL 00424

deals. Taylor is a braggart and insecure. Taylor likes to impress people. Taylor is a thief and has in his possession various diamonds Kenny believes Taylor may have stolen. Ellen provided Taylor with her home address. Taylor offered to cut Ellen's grass and do repairs around her home. *for free*   K.I 

Ellen told Kenny she once discussed with Taylor what to do with Summer in the event of her death. Ellen told Taylor that should she and Kenny die together in a car accident, Taylor was to pick up Summer from school and take care of her. Kenny admonished Ellen for telling a convicted child molester, and not Summer's own father, to take care of her minor daughter. 

Ellen has recently and repeatedly been threatening to take Summer and leave town, never to return. Ellen says she is going to pack her and Summer's bags and take off. Ellen tells Kenny, "You don't know who I know. I could disappear easily." 

Ellen has expressed suicidal thoughts on several occasions. Two of those occasions were particularly concerning to Kenny. On those occasions, Ellen had strewn her prescription pill bottles over her bed and told Kenny she was going to kill herself. Ellen actually ingested pills on one occasion, enough to make her ill. On another occasion, Kenny hid Ellen's pills from her. When Ellen is contemplating suicide she calls her counselor, Laura. Laura talks Ellen out of killing herself by telling her that Ellen's husband will then get custody of Summer. Kenny possesses text messages from Ellen in which she talks about killing herself. Ellen has given Kenny instructions for taking care of Summer after she kills herself. These instructions include calling Ellen's therapist and Ellen's dad. Ellen provided Kenny with her counselor and father's telephone numbers in the event she kills herself. Ellen has instructed Kenny to keep Summer away from Summer's father and father-in-law after she dies. 

Ellen was going to check herself in to Chestnut Ridge, a local psychiatric facility, one night. She was so intent on receiving psychiatric help that she went so far as to pack her vehicle. Ellen called her counselor before leaving for Chestnut Ridge. Ellen's counselor told Ellen not to check herself into Chestnut Ridge because she would lose custody of Summer. 

Kenny provided copies of the following text messages Ellen sent to him during the spring of 2013:

"Being here tonight to hold me would have meant the world to me. I saw you play with Summer. It made me smile to watch you take her picture...then I realized tommy will never know you...Laura keeps me from killing myself."

"I debated going to sleep forever again."

"I'm a mess. An utter mess. I have no clue what you see in me recently...I was going to order everything then die in my sleep."

"I just got off the phone with Laura...Remember the promise I made her? To contact her if I felt like I wanted to see 'the other side'?..That's how down I am today. I'm so damn broken."

**CONFIDENTIAL**

Ellen listens only to the people she pays, her counselor and her attorneys. Ellen has no other local friends beyond her counselor. Ellen thinks her counselor is her friend. Ellen is "always" on the phone with her counselor, day or middle of the night. Ellen is easily influenced and manipulated. Ellen's counselor instructs Ellen to refuse to communicate with Ellen's estranged husband. Ellen's counselor tells Ellen that her estranged husband's only interest in meeting with Ellen is to receive sexual gratification.

Ellen used to see counselors when she resided in Ann Arbor, Michigan but because they questioned her stories and accused her of lying she stopped seeing them. Ellen has finally found a therapist who believes everything Ellen tells her, no matter how outlandish.

Ellen's counselor tells Ellen what she wants to hear, not sound advice to better her life and address her issues. Ellen's counselor believes everything Ellen tells her and doesn't question Ellen about inconsistencies in her stories. Kenny once got in an argument with Ellen's counselor. Ellen's counselor tried to justify Ellen's behaviors by telling Kenny Ellen is an abused woman. Kenny provided the counselor with inconsistencies in Ellen's stories which would tend to show otherwise. Kenny told the counselor that it appears Ellen was never forced to have sex with other men but that she did so because she is a sex addict and thoroughly enjoys sex. Kenny suggested Ellen's counselor view Ellen's sex videos to see how much Ellen enjoyed all the sex she has had. In one video, Ellen can be seen giddily leaping into bed with her partner.

Ellen regularly asks her counselor if she may have been abused when she was a child and has simply blocked out the memory.

Kenny believes Ellen and her counselor "gang up" on him. Kenny believes Ellen doesn't really want to address her issues with her therapist. Rather, Ellen wants someone to believe her stories and because Ellen pays her, the counselor believes her. Ellen's therapist has suggested Ellen lie to Kenny before.

Kenny is upset with Ellen because on the weekends when Summer is with her father, Ellen has no other responsibilities and spends her weekends "whoring around" with other men.

Kenny's mother has caught Ellen in a few lies and pointed them out to Kenny. Ellen's mother tells Kenny Ellen thinks she's a "mafia princess."

Ellen once had difficulty finding Kenny so she called one of Kenny's friends. When Kenny's friend claimed not to know where Ellen was, Ellen yelled at and threatened Kenny's friend, saying something to the effect of, "You better tell me. I know people."

Ellen feels emboldened after meeting with her counselor or attorneys. Kenny attempts to help Ellen see the reality of her situation and potential consequences of her actions, but Ellen disregards his advice. Ellen's counselor tells her she should have no concerns about her divorce or custody battle. After talking with her counselor, Ellen tells Kenny, "I'm golden. I'm untouchable."

**PL 00426**

Ellen says things over and over, whether they are true or not, until she believes it herself. Ellen is able to convince herself that something happened when it actually didn't. Kenny said, "She convinces herself." 

Summer was once found to have been looking at sex videos Ellen maintains of herself on her iPhone, including videos of Ellen engaged in sexual activity with other men. Kenny had to tell Ellen to talk to Summer about the incident. Ellen did not want to talk to Summer, but Kenny convinced her to do so. Kenny was offended when Ellen's response to Summer's watching Ellen's sex videos was to shrug it off and say something to the effect of, "Summer has the Costlow (Ellen's maiden name) gene. She's mine. She's already making out with boys." Ellen blamed Kenny for Summer viewing sex videos on Ellen's iPhone. Ellen told Kenny he should have told Ellen to lock the folder on her phone.

When Kenny and Ellen discovered Summer had viewed sex tapes of Ellen and other men on Ellen's iPhone, Ellen asked Summer to point to which videos she had watched. Ellen told Summer, "That's why me and Daddy are getting a divorce. Because he made me do those things." 

Ellen coaches Summer about what to say to her father. Ellen asks Summer to practice what to say to her father and if she doesn't say it just the way Ellen wants her to, she will correct her until she gets it right. 

Ellen can't control what Kenny refers to as "her sex problem." Kenny and Ellen attended a house party together at which Ellen flirted with young girl. Kenny watched as Ellen, in front of everyone at the party, grabbed the girl's hand and led her to the bathroom and shut the door. Kenny demanded to be let into the bathroom with Ellen and the other woman. Kenny said he and Ellen fought because Kenny told Ellen her trying to have sex with another woman without him in the bathroom was cheating. Ellen argued her actions did not constitute cheating and that it's every guy's fantasy for his girlfriend to have sex with another woman. Ellen told Kenny if he shared with anyone his complaint about Ellen having sex with another woman, Kenny would be laughed at. 

Ellen has left Summer and Tommy alone at home at night on several occasions in order to meet Kenny at the top of the hill in her neighborhood or at his home in Fairmont, West Virginia, and engage in sexual activities. Kenny admonished Ellen for leaving her children home alone. Ellen would respond that she was too horny to not sneak out of the house. 

Ellen expressed frustration when Tommy was spending his weekends with her because she wouldn't be able to have sex with Kenny. Ellen told Kenny, "I don't know how I'm going to do it this weekend with Tommy here. How am I gonna go three days without sex with you?" 

Ellen once drove her husband's vehicle to meet Kenny in front of his gym, Spadafore's in Fairmont, West Virginia. Ellen had sex with Kenny in the car directly in front of the gym.

Ellen is friends with Danyelle Hagler. Hagler is approximately 25 years old. Ellen met Danyelle because Danyelle works in the aftercare program at Morgantown Learning Academy. Danyelle is

a "pill head" who openly brags to others about her drug use, including marijuana and cocaine. Kenny says everyone who knows Danyelle knows she is "high all the time." Danyelle also drinks wine "all day long." Kenny told Ellen of Danyelle's drug habits and warned Ellen that Danyelle could expose Summer to drugs. Kenny warned Ellen that Danyelle's drug usage in Ellen's home could lead to Ellen losing custody of Summer. Ellen relied heavily on Danyelle to babysit Summer and serve as a nanny of sorts. Danyelle sometimes stayed the night at Ellen's residence. Ellen has accused Danyelle of stealing money, a ring, and prescription medications from her. Ellen ended her friendship with Danyelle earlier this year after Danyelle phoned 911 to respond to Ellen's home. Danyelle had been talking to Ellen on the phone and listened to an escalating argument between Ellen and Kenny. When Danyelle heard the sounds of glass crashing she phoned 911. Ellen was upset with Danyelle because she was afraid she would lose custody of Summer. Ellen sent Danyelle a text message to the effect of, "I'm done with you."

Kenny does not know Ellen to have ever used illegal drugs. Ellen only occasionally drinks alcoholic beverages. Ellen abuses her prescription medications, including Vicodin, Adderall, and Hydrocodone. Ellen refers to her Hydrocodone as "bean."

Ellen would argue frequently with Kenny, often in front of Summer. These arguments would sometimes last all day long. Kenny would question Ellen's statements about always putting her daughter first yet fighting and yelling in front of Summer with such regularity and with so little concern about its effects on her.

On May 18, 2013, when police responded to Kenny's home in reference to an argument he and Ellen were having, one of the officers (the smaller, bald officer who smokes) noted Ellen's hysteria and said to Kenny, "Kenny, I don't know how you do it."

Summer has been found looking at porn on the iPhone 5 Ellen purchased for her. Ellen discovered Summer's online activities because Summer doesn't know how to delete her browsing history. Kenny is disgusted that Ellen simply laughs about Summer looking at porn. Ellen makes statements to the effect of, "Summer's part of the Costlow gene pool." Ellen also said something to the effect of, "It's ok - it (watching porn) probably makes her feel good. She's a Costlow. She's coming into it early like I did."

Ellen expresses pride that Summer is pretty and has a cute butt. Ellen asked Kenny if he wanted to see a picture of Summer wearing a thong bikini. Kenny told Ellen, "Hell no, I ain't no pervert."

Author asked Kenny if Ellen had ever engaged in any sexual activity with him with Summer in their presence. Kenny paused and struggled to answer. He finally said, "If she blew me with Summer in the back seat it would have been when we was driving the Interstate to her (Ellen's) dad's house."

In approximately December 2012, Scott Kirby, a man Ellen had previously met on Craigslist and had sex with showed up at Ellen's door. Kirby wanted to confront Kenny and Ellen about text messages he had received. Kenny told Summer to run upstairs and hide. Ellen later told Summer, "Your dad sent a strange man here to hurt me."

Ellen is always angry. Ellen is often violent. She has sent text messages to Kenny to the effect of, "You better have that tv off when I come over or I'm gonna put my foot through it" and "You better be home when I get there or I'm gonna break your windows." While riding in the passenger seat of Kenny's truck once, Ellen became angry and kicked the dashboard, knocking out the heater vent. On another occasion, during a fight at Kenny's home, Ellen kicked down the bathroom door to get to Kenny. Kenny said Ellen, "kicked and kicked and kicked." There is one other major thing Ellen broke but Kenny could not recall what it was.

Kenny has threatened to phone the police when Ellen becomes angry and violent. Once Ellen told Kenny that if he called the police she would crush his car. Kenny told Ellen if she crushed his car insurance would repair or replace it. Ellen threatened Kenny that she would keep crushing his car after he repaired it each time. Ellen is fond of saying, "Try me."

Ellen routinely threatens to call the police on Kenny "for nothing."   

**Kenny once had to physically restrain Ellen in her home because she was "freaking out, hitting me."** The incident occurred at 4:00 a.m. and Summer was sleeping upstairs in her bedroom. Kenny repeatedly told Ellen to lower her voice, that Summer was in the home and Ellen was being too loud. When Kenny restrained Ellen by the arms, Ellen screamed out for the family Golden Retriever, Ruff, to come save her. When Ruff didn't come to her rescue, Ellen screamed out for Summer to come save her. Kenny said Ellen's yelling out for Summer to come rescue her was the last straw and he left the residence. Kenny began walking to his home in Fairmont and called his father to come pick him up. Ellen slammed the door as Kenny left.   

Ellen argues and fights with Kenny so angrily that she sometimes can't even breathe. Even with Summer in the home, on the couch or upstairs in her bedroom, Ellen yells loudly, bangs doors, throws and breaks dishes, and hits Kenny "all the time." Summer is witness to Ellen's fits of rage. During their argument on May 18, 2013, Ellen actually cut Kenny's forearm. The police officer noted blood on Kenny's arm and asked Kenny if he wanted to press charges against Ellen. Kenny told the police officer he did not.   

Kenny provided a copy of the following text message he sent to Ellen on March 23, 2013: "I am done last night you threw screwdrivers at me I could got stabed your only getting worse e with the physical advise...abuse...I will will be dead u will cut me or stab me...In your black out rage."   

Ellen has often yelled at Kenny all night long, sometimes until 5:00 a.m. Kenny once recorded Ellen arguing with him for approximately two hours. Kenny lies on the bed and hardly says one word. Six hours of constant yelling and berating is not uncommon for Ellen. Ellen's arguing occurs mostly at night.   

Ellen repeats the same stories of her alleged victimization over the course of her life. Kenny said, "Any chance she gets, she tells the same stories. (She) thinks if she says it to enough people, they will believe her." Ellen repeats the stories as though she is trying to rehearse them for a future audience.

**CONFIDENTIAL**                    **PL 00429**

Ellen is quick to claim others are harassing her and quick to throw around the term abuse. Ellen will, for example, text Kenny 35 times in ten minutes and when Kenny replies with a single text message that Ellen doesn't like, Ellen will write Kenny, "Stop abusing me." Ellen has sent Kenny lots and lots of text messages overnight. Kenny says, "It's her arguing with herself." Her brain clicks overnight."

Once, at Kenny's home, Ellen and Kenny were arguing and Ellen was talking to her counselor on the phone. Ellen was angry and repeatedly threw Kenny's bag onto the floor. Kenny's gun was in the bag (Kenny maintains a CCW permit) and he was afraid it would discharge so he pulled the gun out of the bag before Ellen could throw it again. Because Ellen knew her counselor was listening on the other end of the phone, Ellen yelled at Kenny, "What are you doing with that gun? Don't point it at me. Don't point that gun at me." Kenny never pointed the gun at Ellen. Kenny says Ellen seeks out opportunities to make herself appear to be a victim.

Ellen is expert at lying. Kenny related a story Ellen once shared with him to demonstrate how well she lies: Ellen told Kenny that while living in Ann Arbor she met a man on Craigslist and invited him to her home for sex. When the man arrived, he physically assaulted Ellen. Ellen said the man backhanded her and nearly knocked her out. Ellen said the man hit her so hard he knocked loose one of her teeth. Ellen said the man dragged her across the floor by her hair, and raped her while she was blacked out. Ellen told Kenny her husband was watching this event unfold but did not come to her rescue. Ellen told Kenny she was afraid to scream because she didn't want to wake the kids for fear the man would rape them too. Three days after relating this story, and after Kenny questioned the veracity of the story, Ellen admitted she made the whole thing up. Ellen told Kenny she wanted to see if he would believe her. Ellen said to Kenny, "I told you I was a good liar."

Kenny often catches Ellen in lies. Ellen sometimes backs down from stories she tells and admits she has been lying. Ellen brags about being a good liar.

Kenny has no idea why Ellen cannot seem to get Summer to school on time. Ellen's failure to take Summer to school was the source of a fight between Ellen and Kenny. Kenny asked Ellen why, despite staying up all night, or getting up on time, she can't get Summer to school. Ellen does not like to be questioned and yelled at Kenny for suggesting she wasn't doing a good enough job with Summer.

Kenny says about Ellen, "She's not just mean, she's hateful." Kenny says no one believes him when he tells them about Ellen's anger and violent tendencies. No one believes Kenny because "She (Ellen) puts on this perfect show."

Near the time of her separation from her husband, Ellen asked a friend of hers named Kevin to follow her husband and take pictures of him and the kids. Ellen was planning the divorce and her friend Kevin was a former police officer and had been through a divorce himself. Kevin was providing Ellen with advice so she could secure the best outcome. Ellen hoped Kevin would be able to capture her husband in an unflattering light. Ellen met Kevin via the Casual Encounters section of Craigslist when he was advertising for an anonymous sexual encounter. Kenny

questioned why Ellen would still be friends with a man she previously alleged her husband forced her to have sex with.

During the summer of 2012, Ellen often told her husband that she was going shopping or to see her counselor or to run an errand when, in fact, she was traveling to see Kenny for sex. Kenny says Ellen's ability to regularly sneak away from her family in order to visit him for sex demonstrated to him for the first time what a good liar she is.

Ellen is self-centered. Kenny said, "It's Ellen's world. It's all about Ellen. Ellen Ellen Ellen all the time."

Ellen once asked Kenny to invite his ex-girlfriend over to his house and have sex with her while Ellen hid and watched. Ellen hid in the hallway and videotaped the event because it turned her on. Ellen pushed hard for this experience, telling Kenny he had to arrange it quickly, before Summer got out of school.

Kenny said, "I honestly think she has a split personality. She blacks out."

Sex runs Ellen's life. The only reason she stayed married to author for as long as she did was because author indulged her lifestyle and was a good financial provider.

**Ellen is spiteful and malicious. Kenny is concerned she will plant something in his home, such as her prescription pills, and call the police on him.**

Ellen questions Summer after Summer spends weekends with author. Lately, Ellen has been asking Summer about author's friend, Adrienne.

Summer lies a lot. She tells outright lies and twists stories. But she can be "broken down" to get to the truth. Kenny has repeatedly admonished Ellen for failing to address Summer's lying problem.

**Ellen has a sex addiction but denies it.** Ellen tells Kenny he's the one with the sex addiction. Kenny tells Ellen that while he enjoys sex, unlike her, it doesn't rule his life and he doesn't think about it all day long. Kenny says Ellen cannot even walk past a group of men without thinking about having sex with them. Ellen told Kenny her father has a sex addiction.

Ellen likes to take double the prescribed dosage of her Adderall because, she says, it makes her horny.

Kenny provided the following story to highlight Ellen's sexual addiction: a male friend once gave Ellen a ride to her home after she had dropped off her vehicle for repair. Ellen gave her male friend a blowjob on the ride home. Ellen told Kenny, "I couldn't let him give me a ride and not pay him back."

Ellen has email addresses she hasn't disclosed to others.

Ellen is obsessed with her looks. Ellen doesn't want to move from West Virginia because she believes she is the prettiest woman here. Ellen says things to Kenny like, "I could get any guy I want. Look at me."

Kenny says he has information that is more damning to Ellen than even Ellen's introducing Summer to a convicted sex offender. Kenny says he will not disclose this information until after he sees if he is compelled to testify in court. Kenny says if compelled to testify, he will simply say he bumped his head and forgot everything. Kenny does not like court. Kenny says he will speak to others about Ellen for the benefit of Summer and Tommy, but he will not set foot in a courtroom. Kenny says, "I ain't goin' to court. I don't like court."

I have read this statement consisting of nine (9) pages. This statement was provided voluntarily and without promise and/or fear of threat of reprisal. All statements contained herein are true and accurate to the best of my recollection.

Signed May 22, 2013:          Witness:          Witness:

Kenny Ice          Scott T. Ballock          David A. Pennypacker
                   08/22/2013                05/22/2013 - 1419

5-22-13

TB phone conversation with Sgt. Kief

8/13/2013 - Having heard allegations that EB was seeing Trooper Berry, Tom Ballock phoned the Morgantown office of the WV State Police and asked to speak to the commanding officer. He was told the commanding officer was not available, so he left his phone number and asked that the commanding officer call him back. Cell phone records show a call was made from Tom Ballock's cell phone to WV State Police (304) 285-3200 on 8/13/2013 at 6:23 pm (7 min. 35 sec.) and another was received at 7:10 pm (10 min 32 sec.).   He spoke with Sgt. Kief (?) regarding an allegation that Trooper Berry was seeing Ellen Ballock. He advised that Trooper Berry, if he is married, should be advised that Ellen Ballock has a history of telling the wives of her sex partners that their husbands cheated on them, with her.

Note: Tom Ballock's phone call to WVSP apparently does not appear in disclosure documents provided by the State of WV regarding charges against Scott Ballock. At some point in time subsequent to Tom Ballock's phone call, Sgt. Kief met with, or contacted, Ellen Ballock. He was surely unaware of Ellen's BPD disorder and her sociopathic tendencies and ability to craft convincing lies.



 



**WEST VIRGINIA STATE POLICE**
**MORGANTOWN DETACHMENT**
**3453 MONONGAHELA BLVD**
**MORGANTOWN, WV  26505**
**PHONE: 304-285-3200**

**Incident number: 1210-43774**

**Subject of investigation: Harassment / Harassing communications by cell phones and electronic communication devices**

On Monday, September 02, 2013, at approximately 0800 hours, Corporal R. M. Gaskins, herein referred to as the undersigned officer, was assigned an investigation of harassment between Ellen Ballock, herein referred to as the victim, and her estranged husband, Scott Ballock, herein referred to as the accused. On Thursday, August 22, 2013, Sergeant M. A. Kief forwarded an e-mail to Captain J. H. Merrill regarding the complaint the victim had filed against the accused for harassment causing emotional distress. Sergeant M. A. Kief had spoken with Mathew Stout, from Sal Sellaro Culpepper Legal Group, who had a DVD containing e-mail messages and text messages which are alleged to be harassing in nature. Sergeant M. A. Kief requested a criminal investigation be initiated and the case to be assigned to the undersigned officer (see attached Troop 1 Memorandum and e-mail composed by Sergeant M. A. Kief).

Sergeant M. A. Kief provided the undersigned officer with a Magnavox DVD-R on Wednesday, August 28, 2013, at approximately 1430 hours. The Magnavox DVD-R contained the e-mails and text messages forwarded to the victim by the suspect. The victim had given consent for Matthew Stout to provide Sergeant M. A. Kief with the Magnavox DVD-R (see attached Magnavox DVD-R). Sergeant M. A. Kief advised the victim was under such emotional distress, she reached out to her attorney for assistance. The attorney of said victim informed the accused by mail, he was to refrain from contacting the victim. Sergeant M. A. Kief provided the undersigned officer with a copy of the letter. The letter dated May 03, 2013, and issued to the accused, in part read as follows: "My client has informed me that you continue to send her harassing and threatening text messages and emails. Please be informed that you are to send to our office-and not Mrs. Ballock—all inquiries and/or communications not directly necessary for the care of your children. Any communications sent to Mrs. Ballock that we view as further harassment will be used in Court to substantiate her allegations of your continuing intentional infliction of emotional distress" (see attached letter).



EXHIBIT
33

Page 2

On Tuesday, September 03, 2013, at approximately 0453 hours, the victim forwarded an e-mail to Sergeant M. A. Kief regarding an e-mail the accused had sent the victim, to her e-mail account "ellenballock@yahoo.com, using his e-mail account scottballock@yahoo.com, dated May 15, 2013. In part the e-mail from "scottballock@yahoo.com read as follows: "I will not go through your attorneys for anything. Ever. As long as you have custody of Summer, I will make my requests directly to you. That is my privilege" (see attached). The e-mails continued even after the Attorney's letter was forwarded to the accused dated May 03, 2013. On May 29, 2013, at approximately 0443 hours, the victim sent an e-mail to her attorney's office stating her need to file harassment charges against the accused. The victim advised the accused's "constant threats, insults, and other abusive tactics are intolerable" (see attached).

Upon review of the Magnavox DVD-R there were two (2) files July 2013-September 2012 and September 2012-February 2013. One of the files contained 1,495 items and the second file contained 1,843 items. Within these items were e-mails, text messages, and photographs. A substantial number of e-mails sent to the victim came from scottballock@yahoo.com. E-mails were also sent to the victim from the accused's government e-mail account Scott.Ballock@ic.fbi.gov. A substantial amount of the e-mails appeared to be pressuring the victim to return to the accused. The victim and accused are married but are in the process of a divorce. The victim and accused have two (2) children together. The son, Tommy Ballock resides with the accused, and daughter, Summer Ballock resides with the victim. The victim and suspect are involved in a child custody dispute.

The accused appears to show an obsessive behavior in wanting the victim back. Many e-mails are referenced to Kenny Ice who is the boyfriend of the victim. Due to the quantity of e-mails, the undersigned officer printed out various e-mails from the Magnavox DVD-R and e-mails the victim forwarded to Sergeant M. A. Kief to show examples of the kind of e-mails the victim received. Various e-mails allegedly sent to the victim from the accused, dated November 12, 2012, and February 21, 2013, from scottballock@yahoo.com and scott.ballock@ic.fbi.gov, show up close pictures of the accused crying (see attached). An e-mail dated October 11, 2012, from scottballock@yahoo.com to the victim, with the subject "We broke our vows", read as follows: "And life will never be the same without you by my side." Attached to the e-mail was the accused standing alone at a church altar (see attached). An e-mail dated November 07, 2012, from scottballock@yahoo.com to ellenballock@yahoo.com, read as follows: "You directed me to send all correspondence to you about the divorce via email. That is what I have done. My correspondence has been polite and respectful. Calling it 'harassing' does not make it so. I am simply providing you with information and recommendations for the divorce process and the benefit of the children". The victim had written the accused an e-mail on same date and read as follows: "Scott, I have asked you many times to leave me alone. This is my last request. Please refrain from sending harassing emails and texts, as well as any other means of communication (see attached).

 

Page 3

The accused is alleged to have e-mailed the victim poems that he composed. In an e-mail dated November 22, 2012, the accused allegedly e-mailed the victim a poem and excerpts from the poem read as follows: "Standing next beside me Beck Chapel, Too Much Light Laguna, Nissokone A dragon-slaying knight". Another excerpt from the poem read as follows: "We promised to the death I promise yet again This time you can believe You don't know where I've been" (see attached). The accused is alleged to have sent the victim an e-mail dated October 22, 2012, and read as follows: "I can't wait to put this on your finger, to let the whole world know your mine again. To invite our friends to Bloomington, to listen to my vows and hear the commitment and passion in my voice. To watch our children dance and swirl and to the music at our reception at Mother Bears". A photograph of an engagement ring was attached to the e-mail (see attached).

The victim has received various e-mails from anonymous sources post-dated after the letter from the victim's attorney's office. One e-mail in particular from westcoasttwiggs@yahoo.com to the victim's e-mail account and Kenny Ice's e-mail account davedew13@gmail.com dated July 21, 2013, in part read as follows: "She needs serious help. She will not be able to become a nurse when the licensing board hears about her problems with sex and violence and abusing prescription drugs. She would be dangerous in a hospital setting and a liability. She loves watching porn of women fucking horses. It was her fantasy to get fucked by a horse and I think it's why she would go off on her own when we were camping. She wrote this to Sean one night about a horse at our family camp: 'The horse was white with a long, black dick. He was grazing in the fenced pasture when I came upon him. His dick hung low-it was huge – and as he heard my steps he retracted it until nothing more could be seen. He barely let his owner near him so getting close wasn't an option. Still, he was a magnificent creature' (see attached). The name associated with westcoasttwiggs@yahoo.com showed up as "Brett Twiggs".

There are at least two (2) e-mails sent to the victim from westcoasttwiggs@yahoo.com that would appear to be an e-mail account maintained by the accused. An e-mail dated November 09, 2012, read as follows: "Hi mom its me Tommy. Dad is asleep but I am staying up if you can come over and i will wake him up. I wish you would have spent the night with me and dad like we used to be all together, I miss the family and want it back please. or I want to never go home with you just send Ruff to us. well good night if you are in bed all ready." The e-mail ended with "From, TOMMY:( Tommy is the name of the victim and accused's son. The second e-mail dated May 12, 2013, read as follows: "It's fascinating to see what Tommy takes pictures of. He took tons of pictures at the zoo and snapped photos of cool places in Alexandria" (see attached e-mails).

On Friday, September 06, 2013, at approximately 1258 hours, the victim arrived at the Morgantown Detachment and spoke with Sergeant M. A. Kief and the undersigned officer in reference to this investigation.

Page 4

The victim was receiving e-mails in an e-mail account: ashleeleeson@gmail.com. The victim went on to explain that "ashleeleeson" was a pseudonym that she and the accused created and posted on Craigslist. The accused would "hook up" other men with the victim that responded to the Craigslist add. The victim advised the reason the accused wanted her to come back into his life was so she could fulfill his fantasy. The victim advised she would have sex with men while being recorded. The victim advised the accused would record men having sex with her and he would "get off" on watching the videos. The victim advised if the camera would not function properly or the battery was going low the accused would "hyperventilate." The victim advised she was "brainwashed" into that lifestyle. The victim advised the accused had a file on every male subject that responded to the Craigslist add including full name and e-mail addresses. The victim also accused him of taking on other personalities and sending her e-mails pretending to be the subjects met on Craigslist.

The victim advised the accused would utilize his IPad and government issued cellular phone to send her e-mail and text messages. The victim advised she did not know where the sex tapes were currently located, but assumed the accused had copies of the videos on his IPad, and DVD's and were possibly in his possession where he was living.

The victim went on to explain the e-mail address westcoasttwiggs@yahoo.com. The victim advised the accused had a co-worker by the name of Brett Twiggs. The accused would make fun of Brett Twiggs and Brett Twiggs had an e-mail account: "eastcoasttwiggs".

The victim advised the e-mails making reference to sexual acts with animals were excerpts of her and the accused's erotic fictional writing. The victim advised the accused would send her a series of questions and she would respond to the questions. The accused "got off" on the erotic fictional writing.

The victim advised the accused would send her e-mails on significant dates including when her father passed away. The victim has received various e-mails from the accused's father Tom Ballock. The victim advised Tom Ballock would post photographs and listings about her on websites he created including: ellenballock.com. The victim advised Monongalia County Judge Minor ordered Tom Ballock to remove the websites. Included in the Magnavox DVD-R provided by Matthew Stout includes e-mails sent to the victim from Tom Ballock.

The undersigned officer showed the victim the e-mail from "westcoasttwiggs" dated November 09, 2012, from "Tommy." The victim began to cry while reading over the e-mail and advised the style of writing belonged to her son Tommy Ballock.

Page 5

The undersigned officer asked the victim the meaning of the e-mail of the accused standing alone at a church altar. The victim advised that is the chapel (Beck Chapel) where they got married at in Indiana. The victim advised she was disturbed by the e-mail.

On Wednesday, September 11, 2013, at approximately 1330 hours, the undersigned officer met with Monongalia County Assistant Prosecutor Cindy Scott regarding the investigation. Cindy Scott reviewed various e-mails on the Magnavox DVD-R and e-mails the victim forwarded to Sergeant M. A. Kief. Cindy Scott advised the undersigned officer to charge the accused with two (2) charges of Stalking in violation of West Virginia Criminal Code 61-2-9a(b) and Harassing and harassing communications by cell phones and electronic communication devices in violation of West Virginia Criminal Code 61-3C-14a(a)(2).

On Thursday, September 12, 2013, at approximately 1130 hours, the undersigned officer arrived at the Monongalia County Magistrate Court and presented Magistrate Sandy Holepit with two (2) Criminal Complaints. Magistrate Sandy Holepit signed the Criminal Complaints and issued two (2) Arrest Warrants against the accused for the aforementioned charges.

At approximately 1815 hours, Sergeant M. A. Kief scheduled an interview with the victim at the Morgantown Detachment. The victim discussed her background with the accused. The victim advised she gave her attorney Matthew Stout permission to supply Sergeant M. A. Kief with the Magnavox DVD-R containing the e-mails, text messages, and photographs. The victim advised the e-mails were causing her emotional distress and made reference to the e-mail of the accused standing alone at the church altar. Sergeant M. A. Kief recorded the interview but due to technical difficulties did not record.

On Friday, September 13, 2013, at approximately 1340 hours, Sergeant M. A. Kief served the two (2) Arrest Warrants on the accused at the Monongalia County Magistrate Court. The victim and accused had a scheduled child custody hearing on that date. Due to officer safety reasons the Arrest Warrants were served at the Monongalia County Magistrate Court. The accused is a federal law enforcement officer and carries an issued firearm.

Monongalia County Magistrate Sandy Holepit arraigned the accused and was released on a $5,000.00 Personal Recognizance Bond.

On Saturday, September 14, 2013, at approximately 0930 hours, undersigned officer further reviewed the Magnavox DVD-R and observed multiple e-mails dated April 25 and April 26, 2013.

Page 6

The victim sent an e-mail on April 26, 2013, to her attorney Matthew Stout which read as follows: "I consider Scott's actions harassment at this point. Please help me put a stop to his incessant emails where he's sending me excerpts taken from the Ashlee Leeson account and a2lab (aalab.training) account. I have chosen to stop living a toxic marriage filled with physical, psychological, and sexual abuse. When Scott walked out Sept 14[th] I didn't let him come back home as I had in the past. I am seeking peace in my life from my abusive husband. I ask again for your help in stopping Scott's contact with me over this matter and any other matter unless it is of an emergent nature or deals strictly with decision-making with the children" (see attached).

At approximately 1200 hours, Sergeant M. A. Kief called the victim from the Morgantown Detachment to follow up with the e-mail the victim sent to Matthew Stout. The victim was asked about physical abuse as mentioned in the e-mail. The victim advised around November 2011 while they were living in Indianapolis Indiana she and the accused got into an argument and the accused pushed her down and she fell onto the ground and hurt her knee. The victim advised her children were present when this argument occurred.

The victim advised during Christmas 2011 she and the accused were in the kitchen and the accused started screaming in her ear. The victim advised Tommy Ballock threw fruit at his dad for him to stop.

The victim advised in 2005 while they were in Indianapolis Indiana the accused retrieved his Glock handgun and put it inside his mouth threatening suicide. The accused told her a person that is suicidal is the most dangerous.

The victim advised the accused unloaded his Glock handgun and placed it inside her vagina. The victim described the sight being "pointy" and it caused her to bleed. The victim advised this incident occurred sometime between 2007 and 2008.

The victim advised she confronted the accused about an affair he had and the accused became upset. The victim advised the accused put her in a headlock and asked her if she was "ready to die". The victim started crying when talking about the aforementioned events.

Prior to the victim being contacted the undersigned officer located two (2) e-mails dated April 25, 2013 and April 26, 2013, sent to the victim from scottballock@yahoo.com. Attached to both e-mails were images of an e-mail containing conversations between "Ashlee Leeson" and "Chris Elliss". The conversations appeared to show where the victim was having a relationship with "Chris Elliss". The conversations occurred in 2012.

 

Page 7

Sergeant M. A. Kief asked the victim who "Chris Elliss" was. The victim advised "Chris Elliss" was a pseudonym for Scott Kirby. The victim advised Scott Kirby is one of the individuals the accused set her up with through Craigslist. The victim advised Scott Kirby robbed the Red Roof Inn in Fairmont, West Virginia and rode off on a bicycle.

Sergeant M. A. Kief asked the victim regarding e-mails prepared by Sue Lucas dated October 10, 2012, and December 05, 2012. The victim went on to explain Sue Lucas is a Special Agent with the Federal Bureau of Investigation assigned to the Ann Arbor, Michigan field office. The accused is a Supervisory Special Agent with the Federal Bureau of Investigation assigned to the Criminal Justice Information Services (CJIS) in Harrison County, West Virginia. The victim advised a lot of the accused's friends used to be her friends. The victim alleged that her boyfriend Kenny Ice took her cellular phone and handed it over to the accused. The victim alleged the accused sent her a text message that Sue Lucas spent over forty (40) hours going through her phone. The victim advised she would forward a copy of that conversation.

The victim ended the conversation regarding the accused "cutting himself". The victim went on to explain the accused would cut his toe nails short to the point where they would bleed and would make the comment "It was a relief".

On Monday, September 15, 2013, at approximately 1000 hours, the undersigned officer called the victim from the Morgantown Detachment. The undersigned officer explained the DVD did not contain the interview between her and Sergeant Kief. The undersigned officer requested the victim to prepare a written statement. The victim advised she would prepare the statement and drop it off at the Morgantown Detachment on this date.

On Tuesday, September 17, 2013, at approximately 0630 hours, the undersigned officer received the written statement prepared by the victim. The victim had dropped off the statement on September 16, 2013, at approximately 1500 hours (see attached).

On Monday, September 16, 2013, at approximately 1108 hours, the undersigned officer received an e-mail from the victim containing the alleged text conversation between her and the accused. On June 26, 2013, at 0859 hours, the accused is alleged to have texted the victim: "Sue spent over forty hours culling through your words and videos. Horrifying. Unconscionable the things you have done" (see attached).

At approximately 1202 hours, the undersigned officer received an e-mail from the victim containing an alleged text conversation between her and the accused. The victim alleged the accused made a threat using his government issued cellular phone (734-604-9596):

Page 8

"It's only going to get worse, much worse. You have no idea how bad it can get. I can't believe you chose kinny over trying to save us and them". Multiple texts are being received by the victim and it appears the accused is pleading with the victim for them to work out their relationship (see attached).

Refer to the Magnavox DVD-R to read additional e-mails and text messages to better understand the history of the messages allegedly prepared by the suspect to the victim.

This investigation is an initial and complete, cleared by arrest.

Corporal R. M. Gaskins
Troop 1, District 2, Morgantown

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**SCOTT T. BALLOCK,**

    Plaintiff,        Case No.: 1:17-CV-52-IMK

v.              JURY TRIAL REQUESTED

**ELLEN RUTH COSTLOW,**
**STATE TROOPER MICHAEL KIEF,**
**STATE TROOPER RONNIE M. GASKINS,**
and
**STATE TROOPER CHRIS BERRY,**

    Defendants.

### PLAINTIFF'S IN-CAMERA SUBMISSION:
### SCOTT BALLOCK'S SWORN STATEMENT GIVEN JUNE 29, 2016

The attached is a copy of the 10-page sworn statement given by Scott Ballock on June 29, 2016 as part of the FBI's investigation that resulted in his termination. This was received from Scott Ballock on Monday, August 21, 2018.

This was hand delivered to Judge Irene M. Keeley chambers on August 23, 2018.

Respectfully,

Charles J. Crooks / WV Bar # 4633
Crooks Law Firm PLLC
244 Pleasant Street
Morgantown, WV 26505
Cell: (304) 282-1039
Charles@CrooksLawFirm.org
*Local Counsel for Plaintiff, Scott Ballock*

/S/ *Frederick R. Juckniess*
Frederick R. Juckniess
Juckniess Law Firm PLC
302 E. Liberty St., Suite 203
Ann Arbor, MI 48104
Phone: (734) 707-1515
Rick@jucknniesslaw.com
*Lead Counsel for Scott Ballock*

EXHIBIT
34

**CONFIDENTIAL**          **PL 00001**

06/29/2016
Clarksburg, West Virginia

*ATB* I, Scott T. Ballock, having been duly sworn by Supervisory Special Agent (SSA) James L. Herman, hereby make the following statement to SSA James L. Herman and SSA Lawrence W. Quigley, whom I know to be SSAs of the Federal Bureau of Investigation (FBI), assigned to the Inspection Division:

I entered on duty (EOD) on 6/1/2003, as a Special Agent, and I am currently assigned to the CJIS Division as a Supervisory Special Agent.

I understand that this is an internal investigation regarding an allegation that I was arrested on 09/13/2013 by the West Virginia State Police (WVSP), Morgantown, WV, and charged with the following misdemeanor counts: 1) Stalking-Harass/Credible Threat; and 2) Stalking-Harass/Credible Threat (4.8, Other Misdemeanors). I have been further advised of my rights and responsibilities in connection with this inquiry as set forth on a "Warning and Assurance to Employee Required to Provide Information" form FD-645 which I have read and signed. I understand from my review of the FD-645 that should I refuse to answer or fail to reply fully and truthfully during this interview, I can expect to be dismissed from the rolls of the FBI.

On Friday, 09/13/2013, I attended Family Court in Morgantown, WV concerning my divorce from Ellen R. Costlow. During this scheduled final hearing to divide assets and to decide custody of our children, the Family Court Judge stated *ATB*

Page 1 of 10

**CONFIDENTIAL**                                **PL 00002**

06/29/2016
Clarksburg, West Virginia

ARB that the West Virginia State Police (WVSP) had an arrest warrant
for me.  During a break, WVSP Sgt. Michael Kief served me with
paperwork.  I reported to the WVSP Detachment in Morgantown where
I was processed and released for the above described charges.  I
was never interviewed by police regarding Ellen's allegations.
Through my attorney, I offered to waive my constititutional right
to remain silent and be interviewed by WVSP so that they could
learn the rest of the story, not simply Ellen's version. However
the WVSP declined the interview offer.

The charges surrounded allegations that I sent "unwanted"
and "threatening" communications in the form of texts and emails
to my ex-wife, Ellen Costlow. During our separation and divorce,
I specifically requested and engaged in "written" forms of
communication with Ellen to ensure our conversations were
documented - precisely so that my communications with her could
not be misconstrued or misrepresented. Specifically because we
were in the middle of contentious divorce proceedings, I ensured
that nothing I sent to Ellen could be construed as anything but
appropriate and respectful.  Most of these communications
referenced issues or concerns with our minor children, Summer and
Tommy.  I received calls from Ellen and I told her she needed to
email or text me concerning the nature of her communication.  I
possess emails which demonstrate Ellen, despite her allegation
that my communications were unwanted, actually wanted to
communicate with me. Ellen repeatedly initiated contact with me. ArB

Page 2 of 10

**CONFIDENTIAL**                                                   **PL 00003**

06/29/2016
Clarksburg, West Virginia

*ATB*

Among other reasons, Ellen contacted me to request that I help her secure employment with the FBI, to discuss issues with the children, and to discuss the possibility of reuniting and saving our marriage. I once woke in the middle of the night to Ellen standing directly above me in my apartment; she had let herself in to talk to me. On another occasion, Ellen called me in the early morning hours and asked that I meet her "at the mailbox" in front of her home to talk (I declined). I have printouts of her communications with me via FaceTime and as well as photos of herself she sent me during this time period. On at least one occasion, she initiated contact with me posing as our son Tommy. I did initiate communications, but usually referencing our children. None of my communications were threatening or harassing.

For background, we moved to West Virginia in August 2011 when I received a promotion to CJIS. Ellen met Kenny Ice from Fairmont, WV in June 2012 on Craigslist. She developed a romantic relationship with Ice and we separated in September 2012. Ellen stayed in our home and initially kept the children until the divorce could be heard in Family Court. I retained an apartment in Morgantown, WV. During this period of separation, Ellen engaged in highly concerning behaviors. On several occasions, Tommy contacted me concerning Ellen mistreating and physically harming him, and he and Summer being left alone. Over the Christmas holiday, in December 2012, Ellen had Tommy *ATB*

Page 3 of 10

**CONFIDENTIAL**                                          PL 00004

06/29/2016
Clarksburg, West Virginia

*ATB*

involuntarily "committed" and evaluated at Chestnut Ridge Mental
Health Facility for "misbehaving". Tommy was deemed by the
mental health professionals to have been improperly committed by
his mother and he was released with no recommendation for
followup treatment. Ellen improperly abused the system to punish
Tommy for his misbehavior, "to teach him a lesson". My son was
unnecessarily traumatized by this incident. Numerous incidents of
this nature were presented to Family Court and it was ordered
that Tommy would live with me.

During our separation, Ellen continually behaved
inappropriately, exposing Summer to harmful experiences and
environments. She failed to ensure Summer regularly attended
school, resulting in 16 absences and more than 29 tardees. She
socialized Summer, then age 9, with a known and convicted child
molester, Karl Vincent Taylor. She abused prescription drugs
including Adderal and Hydrocodone and admitted to using cocaine.
She attempted suicide with the children in the home. She was
involved with Kenny Ice who is a known drug dealer in Northern
West Virginia. She regularly took Summer to a "Hot Spot", a
"seedy" gambling and drinking establishment  I corroborated the
above information through my own investigation by talking with
Kenny Ice, Taylor, Ice's father, Taylor's Probation Officer and
employees of the Hot Spot. I documented those conversations 302
style and would provide them upon request.

During these inquiries, I began to have regular contact with *ATB*

Page 4 of 10

**CONFIDENTIAL**                                          **PL 00005**

06/29/2016
Clarksburg, West Virginia

*ATB*

Ice who provided me with information via texts from Ellen concerning Ellen's behaviors and plans to destroy my reputation and get me fired.  Ice also voluntarily provided me his cellular telephone which contained the above mentioned texts and other highly concerning information regarding Ellen's behaviors.  I contracted with Forensicon to conduct an examination of the cellular telephone.  Through these discussions and identified text messages with Ice, I learned that Ellen wanted to get me arrested, have my gun taken away, and get me fired from the FBI. My son heard Ellen say she was trying to get my gun taken away from me so that I would be fired. During a court-ordered counseling session, Ellen admitted that she made that statement. In a text message, Ellen told Ice that she had the "upper hand in ruining (my) career." She initiated these allegations, with the help of WVSP, not because she felt threatened or harassed, but in an attempt to harm me and to gain lifetime alimony and full custody of the children through Family Court. The Family Court judge wrote in his order that he, "has to believe the timing of the arrest [at issue in this administrative inquiry] represented primarily a strategic decision to gain advantage in this case. In that regard, the Father's communications at issue occurred over several months with no apparent effort by the Mother to seek assistance from this Court or any other judicial body until the time of the hearing."

On more than one occasion when Ellen and Ice were fighting, *ATB*

Page 5 of 10

**CONFIDENTIAL**                                     PL 00006

06/29/2016
Clarksburg, West Virginia

ATB sometimes violently, the police responded.  In one police report,
Ellen requested that her name not be mentioned in the report
because she was going through a divorce and did not want her
contact with the police to negatively impact her position with
Family Court.  This report was shown to interviewers and would be
available upon request.

During my pending divorce from Ellen, my belongings were
still located in our home and subject to a constructive trust;
Ellen was not to dispose of any property from the home.  Despite
the constructive trust, Ellen gave various items of mine to Ice
including the following FBI property items: ammunition, and work-
related tools such binoculars, gloves, and a thumb drive. Ice
said he knew the items belonged to the FBI and that he and Ellen
shot all of the ammunition.  Ice returned one empty box of
ammunition to me to confirm this information. I promptly reported
this information to the CJIS Security and Professonial
Responsibility Office (CSPRO). Ice and Ellen later returned some
of the FBI items they had taken.

During the Family Court session on 09/13/2013, and on other
occasions, forensic Psychiatrist Christi Cooper-Lehki provided
her professional opinion of Ellen. Cooper-Lehki is an expert in
Battered Women's Syndrome and a Professor of Behavioral Medicine
and Psychiatry at West Virginia University's (WVU) School of
Medicine.The Family Court appointed Dr. Cooper-Lehki to conduct
the evaluation because Ellen was (falsely) claiming that I was ATB

Page 6 of 10

**CONFIDENTIAL**                                          **PL 00007**

06/29/2016
Clarksburg, West Virginia

ATB

physically abusive toward her. Contrary to Ellen's claims, Dr. Cooper-Lehki testified that Ellen was not abused and that she was not a battered woman. Rather, Dr. Cooper-Lehki formally diagnosed Ellen as suffering from severe mental illnesses, including Borderline Personality Disorder and Paraphilia.  She described Ellen as vindictive and dangerous, with behaviors consistent with a Sociopath. Cooper-Lehki said Ellen does not perceive reality correctly and aggressively attempts to harm those whom she believes have wronged her. According to Dr. Cooper-Lehki, Ellen's desire to hurt me at all costs, her repeated and active attempts to alienate our children from me, and her lack of association with reality made her dangerous. Unlike the WVSP, Dr. Cooper-Lehki actually read every single communication between Ellen and me during an exhaustive, months-long investigation (Cooper-Lehki testified that it was the most comprehensive investigation she has ever conducted). Dr. Cooper-Lehki did not find my communications to be threatening or harassing. Rather, consistent with her diagnosis, Cooper-Lehki believes my arrest was simply another attempt by Ellen to harm me.

On this same date, the date of my arrest, the children were placed with me, and Ellen received only 4 hours visitation with Summer. Based on Dr. Cooper-Lehki's findings, combined with Ellen's continued erratic and dangerous behaviors, I sought to revoke entirely Ellen's parental rights. At the court hearing to discuss my request, but before the judge heard testimony, Ellen ATB

Page 7 of 10

**CONFIDENTIAL**                                         PL 00008

06/29/2016
Clarksburg, West Virginia

ATB

volunteered to waive all custodial and visitation rights to the children. I believe she did so in order to avoid having all of her parental rights permanently revoked. I was granted and continue to have full custody of Tommy and Summer with no visitation rights by Ellen.  Ellen's visitation rights have been revoked.

Following my arrest, I offered to be interviewed by WVSP. They declined and all charges were "Dismissed with Prejudice" on 04/07/2016.  I believe the WVSP did not want to take my statement because I suspect that Ellen was engaged in a romantic relationship with Trooper Chris Berry during our separation. I was informed of this allegation by Kenny Ice. Ice said that Trooper Berry and Ellen were working together to find a way to have me arrested so as to help Ellen in her custody and alimony claims. Ice said that at Ellen's request Trooper Berry was conducting surveillance of both me and my parents. I was unconcerned because I was not engaged in any wrongdoing. This information was provided to WVSP Sgt. Kief by my father, Thomas Ballock, however, to my knowledge, no additional inquiries were conducted by the WVSP to clarify this information. I possess documentation which lends credence to and corroborates these allegations and which I intend to use in a civil suit against WVSP.

One condition of dismissal outlined in paragraph 1 of the motion to dismiss stated that I agree that the WVSP had Probable ATB

Page 8 of 10

**CONFIDENTIAL**                                          **PL 00009**

06/29/2016
Clarksburg, West Virginia

ATB

Cause for my arrest.  This was insisted upon by the prosecutor so I would not be able to initiate a lawsuit against WVSP for malicious prosecution.  However, I may initiate a lawsuit against WVSP for Abuse of Process as that tort does not require a finding that probable cause did not exist.  Rather, I must prove that WVSP and Ellen used the judicial system for ulterior motives.  I have filed for an expungement of my record for the arrest.  I never threatened Ellen and none of my communications to her could be perceived in that fashion.  I contacted her primarily for reasons involving our children or to respond to contact initiated by her.  And, she pursued charges against me only to harm me and improve her standing with Family Court where she hoped to gain lifetime alimony and custody of the children (Ellen, a stay-at-home mother, was denied custody and alimony; she now pays me approximately $500 a month in child support).

I have supporting documents for my statement which are available upon request.  I provided a timeline of events to interviewers to attach to this statement.

I am willing to voluntarily take a polygraph examination concerning the truthfulness of the information contained in this signed, sworn statement.  I have no other pertinent information regarding the aforementioned allegations.  I have been advised that I should submit any additional information of which I may become aware, regarding this inquiry, to the Internal Investigations Section (IIS)/Inspection Division (INSD) or to the ATB

Page 9 of 10

**CONFIDENTIAL**

**PL 00010**

06/29/2016
Clarksburg, West Virginia

Office of Professional Responsibility (OPR).

I have been given the opportunity to review this statement and make any changes prior to signing it.

I was instructed on 06/29/2016 <u>not</u> to discuss this matter with anyone other than the person(s) conducting this interview, representatives from IIS/INSD, OPR, the FBI Ombudsman, and/or an FBI Employee Assistance Program (EAP) Counselor.  I have been told that should I decide to discuss this matter with anyone else, I must first obtain authorization from the interviewer(s).

I have read this statement, consisting of this and 5 other pages and it is true and correct.

Scott T. Ballock

Sworn to and subscribed before me on the 13th day of July, 2016, in Clarksburg, West Virginia.

James E. Herman

Witness:

Lawrence W. Quigley

Page 10 of 10

**CONFIDENTIAL**

PL 00011

Emails2

Subject:          Christmas Vacation

I propose you take them the first week and they stay with me the second week. But that I be allowed to see them for some period of time on Christmas Eve and/or Christmas Day.From:    scottballock@yahoo.com
Sent:     Sunday, November 11, 2012 9:04 PM
To:       Ballock Ellen
Subject:          More...

Sorry to be sending you so many emails, but a lot is going on. These are all things that we should be able to talk about but we can't seem to get along any more. I guess that's what happens when people divorce. Funny how just a few short weeks ago we were partners. It's why I held on for these seven weeks...it wasn't too long ago that we were best friends.

The iPhone I purchased today is mine. I am allowing Tommy and Summer to use it for now until things calm down between us and we have some degree of stability. Or until you and I can agree on what form of communication device they should have.

I just saw what he texted you tonight and discussed it with him.

Tommy said he wants to not become addicted to the iPhone like you are, and I ask that you help him with that. He has always been an active little boy and I hate for this divorce to turn him into a cell phone/video game inward kind of kid.

I need to get some videos and pictures saved from is iPad and then take it to the store to have it fixed or replaced since you paid for the warranty. Can you tell me where to take it, and do you agave the paperwork for it? If you ever drive that way to visit one of your boyfriends, perhaps you could take it for me. I am considering allowing this to be their communication device.From:    scottballock@yahoo.com
Sent:     Sunday, November 11, 2012 8:50 PM
To:       Ballock Ellen
Subject:          Employment

When you begin looking for work, I hope you will look to me and my mom to help you secure a good paying job. The bureau and mom's employer are both good, viable options. I can't believe how ugly our separation has become. Tensions are high and we are being awful to each other. I know you don't feel the same, and are probably cursing my name to your new boyfriend even now, but I still miss, love, and respect you. I want you to do well and be happy. And I do have the highest hopes that we will be friends again some day. I worry about your health and wish you would share with me what's going on in your life (you know I'm a worrier).From: scottballock@yahoo.com
Sent:     Sunday, November 11, 2012 8:40 PM
To:       Ballock Ellen
Subject:          Mom

I am finalizing plans for my mom's arrival. She has secured a townhome in the Cheat Lake area and anticipates moving in by early December. Her employer has agreed to allow her to telecommute and her work hours are typically 9:00 a.m. to 4:00 p.m. but, of course, that is flexible. Her sole purpose in moving here is to help me raise the children. I hope you will see the benefit of her moving here, both to the children and to us. The townhome she is renting (I will remain in my apartment) is only a five minute drive from Morgantown Learning Academy and she will be able to pick up and drop off the kids whenever needed. I hope you will take advantage of her generosity and willingness to help.From:    scottballock@yahoo.com
Sent:     Sunday, November 11, 2012 8:34 PM
To:       Ballock Ellen
Subject:          Indianapolis

I am traveling to Indianapolis for work Thursday night and returning to West Virginia Saturday. Tommy has a half day of school Friday and has asked to accompany me. If you would permit him to go, we would stay Saturday night as well and return
                                Page 426

EXHIBIT
35

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**SCOTT T. BALLOCK,**

      Plaintiff,

Case No.: 1:17-CV-52-IMK

v.

JURY TRIAL REQUESTED

**ELLEN RUTH COSTLOW,**
**STATE TROOPER MICHAEL KIEF,**
**STATE TROOPER RONNIE M. GASKINS,**
and
**STATE TROOPER CHRIS BERRY,**

      Defendants.

### PLAINTIFF'S IN-CAMERA SUBMISSION:
### FBI PROPOSED DECISION TO TERMINATE EMPLOYMENT

The attached is a copy of the 18-page letter to Scott Ballock dated April 10, 2017 expressing the proposed decision to terminate Scott Ballock from employment with the FBI. This was received from Scott Ballock on Monday, August 21, 2018 and is part of the administrative proceedings concerning his termination.

This was hand delivered to Judge Irene M. Keeley chambers on August 23, 2018.

Respectfully,

Charles F. Crooks / WV Bar # 4633
Crooks law Firm PLLC
244 Pleasant Street
Morgantown, WV 26505
Cell: (304) 282-1039
Charles@CrooksLawFirm.org
*Local Counsel for Plaintiff, Scott Ballock*

/S/ *Frederick R. Juckniess*
Frederick R. Juckniess
Juckniess Law Firm PLC
302 E. Liberty St., Suite 203
Ann Arbor, MI 48104
Phone: (734) 707-1515
Rick@juckniesslaw.com
*Lead Counsel for Scott Ballock*

**EXHIBIT**
36

**CONFIDENTIAL**

**PL 00012**



U.S. Department of Justice

Federal Bureau of Investigation

Washington, D.C. 20535-0001

April 10, 2017

PERSONAL

Mr. Scott T. Ballock
Federal Bureau of Investigation
Clarksburg, West Virginia

Dear Mr. Ballock:

I have completed my review of an administrative inquiry regarding the allegation that you harassed your then-wife by sending her unwelcome emails and texts despite her requests that you stop doing so, in violation of FBI Offense Code 4.8 (Other Misdemeanors). Based on a preponderance of the evidence, I conclude the allegation is substantiated. A preponderance of the evidence further establishes that you lacked candor under oath when you denied that you physically abused your wife, and when you asserted you ensured your emails and texts to her were "respectful and appropriate," in violation of FBI Offense Code 2.6 (Lack of Candor/Lying – Under Oath). Based on the circumstances of this case, and considering the 12 *Douglas* Factors, including, but not limited to, consistency with precedent, the Penalty Guidelines, prior disciplinary history, and aggravating/mitigating factors, I propose dismissing you from the rolls of the FBI.

## DISCUSSION

### I.     Harassment

You and your ex-wife (Ex-Wife) separated in 2012, and your divorce became final in May 2014. As described below, on September 13, 2013, you were arrested at the Monongalia County courthouse on two misdemeanor counts of harassment and unwanted communications via computer. On April 7, 2016, the charges were dismissed pursuant to an agreement between you and the prosecuting attorney in which you agreed not to contact your Ex-Wife for any reason, subject to narrow exceptions for any future hospitalization or foreign travel of your children.

#### A. Ex-Wife's Allegations

According to her FD-302 (Serial 21), your Ex-Wife told FBI investigators during this disciplinary inquiry that she endured years of threats, intimidation, and abuse from you:

**CONFIDENTIAL**

**PL 00013**

Mr Scott T Ballock

[EX-WIFE] continually referenced "threats" she received from SA BALLOCK. She described the "threats" to include how SA BALLOCK would ensure she does not get custody of their children if she left him. [EX-WIFE] advised that BALLOCK also threatened to plant drugs in her car and have her arrested if she ever tried to leave. She explained that SA BALLOCK tried to control her during their marriage and continually threatened to ruin her life if she left him. [EX-WIFE] described several incidents in which SA BALLOCK "threatened" to leave her. During arguments and altercations, [EX-WIFE] claimed that SA BALLOCK would place his "Glock" into his mouth. When she learned of an affair he was having, [EX-WIFE] claimed that SA BALLOCK put her in a headlock and threatened her life asking "Are you ready to die?" She claimed he also inserted his "Glock" into her vagina. [EX-WIFE] advised these incidents and arguments regularly occurred from approximately 2003 through the time of their divorce in May 2014.

Your Ex-Wife described how you both arranged for men found on the internet to come to your home and have sex with her while you videotaped the encounters. These liaisons often made your Ex-Wife fearful for her small children. She also stated you would become angry if you were not satisfied with the video:

[EX-WIFE] confirmed that throughout their marriage she and SA BALLOCK arranged for men to come to their home and engage in sexual acts with her. The men were recruited from Craigslist. The encounters were videotaped and maintained by both [EX-WIFE] and SA BALLOCK. [EX-WIFE] advised that she often was fearful of the encounters because her children were sometimes present in the home. The children stayed in their bedroom upstairs. SA BALLOCK stood outside their door to ensure their children were not exposed to the encounter. [EX-WIFE] confirmed that the men were not "screened" in any way before they arrived. [EX-WIFE] advised that she would try to look up real names and phone numbers on Google if they provided that information. She confirmed that SA BALLOCK did not screen the men before the encounter.[1] She explained that SA BALLOCK would become angry if the video did not capture the "shot" correctly or [EX-WIFE] was not "loud" enough during the activity.

Your Ex-Wife stated that after years of threatening behavior, she separated from you, which resulted in a "strained" relationship not only with you, but also your father, who then posted nude pictures of her on various websites. Your Ex-Wife also described harassing emails and texts she received from you after the separation:

In addition to the information placed on the websites, SA BALLOCK sent [EX-WIFE] several thousand emails and more than 10,000 texts she described as harassing. Additionally, [EX-WIFE] has over 45 audio recordings in her possession of conversations between she and BALLOCK which contain various

---

[1] I note that in contrast, your Ex-Wife told police the men were screened by you. This discrepancy does not affect the analysis of the allegations at issue

2

**CONFIDENTIAL**

**PL 00014**

Mr. Scott T. Ballock

threats.[2] SA BALLOCK obtained a cell phone she used and had a private company conduct a forensic examination of the phone. She claimed that SA BALLOCK engaged in these types of activities to control and harass her. He also followed her around. She contacted an attorney and subsequently the West Virginia State Police (WVSP) regarding the harassment. [EX-WIFE] advised that there was an accusation that she was having an affair with [a] WVSP Officer [ ] which she denies. [EX-WIFE] provided the emails and texts to the WVSP investigator who eventually contacted the prosecutor and filed charges. SA BALLOCK was arrested. After his arrest, SA BALLOCK stopped sending [EX-WIFE] texts and emails. [BALLOCK'S FATHER], however, continued to post pictures and derogatory information about [EX-WIFE] on more than 10 websites. According to [EX-WIFE], this was in violation of their divorce and criminal agreements. [EX-WIFE] acknowledged that she may pursue criminal/civil action against [BALLOCK'S FATHER].

In addition to apprising FBI investigators of this information during this inquiry, your Ex-Wife recounted many of these accusations to the WVSP during its criminal investigation of you, and they are set forth in the WVSP report discussed below.

### B. Your Response

You assert in your Signed Sworn Statement (SSS) (Serial 22) that your communications with your Ex-Wife were always "appropriate and respectful," and never "harassing":

During our separation and divorce, I specifically requested and engaged in "written" forms of communication with [Ex-Wife] to ensure our conversations were documented - precisely so that my communications with her could not be misconstrued or misrepresented. Specifically because we were in the middle of contentious divorce proceedings, *I ensured that nothing I sent to [Ex-Wife] could be construed as anything but appropriate and respectful.* Most of these communications referenced issues or concerns with our minor children [ ]. I received calls from [Ex-Wife] and I told her she needed to email or text me concerning the nature of her communication. I possess emails which demonstrate [Ex-Wife], despite her allegation that my communications were unwanted, actually wanted to communicate with me.[3] [Ex-Wife] repeatedly initiated contact with me. Among other reasons, [Ex-Wife] contacted me to request that I help her secure employment with the FBI, to discuss issues with the children, and to discuss the possibility of reuniting and saving our marriage. I once woke in the middle of the night to [Ex-Wife] standing directly above me in my apartment; she had let herself in to talk to me. On another occasion, [Ex-Wife] called me in the early morning hours and asked that I meet her "at the mailbox" in front of her home to talk (I declined). I have printouts of her communications with me via

---

[2] The file does not contain copies of these audio recordings.

[3] The file does not contain copies of any such emails. You will have an opportunity to provide them with your written response to this proposal letter.

3

**CONFIDENTIAL**

**PL 00015**