Emails2
barking up the wrong tree. I would never do such a thing, even as broken as I am. I wanted you that night. I thought there was a chance.
>>>>>>
>>>>>> If you're asking bc you're looking for a place to take kinny, find your own places to go, please. He wouldn't fit in to this place.
>>>>>>
>>>>>> On Oct 20, 2012, at 5:41 PM, "ellenballock@yahoo.com" <ellenballock@yahoo.com> wrote:
>>>>>>
>>>>>>> Was that place in WV?
>>>>>>>
>>>>>>> On Oct 20, 2012, at 2:47 PM, "scottballock@yahoo.com" <scottballock@yahoo.com> wrote:
>>>>>>>
>>>>>>>> This is where I was Thursday night, celebrating Ryan's accomplishments and smiling about a single text that lifted my spirits after four weeks of misery. I wanted you there with me.
>>>>>>>>
>>>>>>>> <IMG_1233.MOV>

From:    scottballock@yahoo.com
Sent:    Saturday, October 20, 2012 7:17 PM
To:      ellenballock@yahoo.com
Subject:       Re: Date Night

It's not a cut down or an attack. Some people lack self awareness and make poor decisions during times of high stress. I am just so upset about all of this. Sorry, I didn't have to say cock. I should have said peepee.

On Oct 20, 2012, at 7:10 PM, "ellenballock@yahoo.com" <ellenballock@yahoo.com> wrote:

> The specialist told me some people hack computers and write email from other people's IP addresses.
>
> Please stop cutting me down. Stop with the insults. Stop judging me. Stop lashing out. Please.
>
> On Oct 20, 2012, at 7:06 PM, "scottballock@yahoo.com" <scottballock@yahoo.com> wrote:
>
>> You are not street smart and are easily manipulated, especially when cock is involved. Please try to be smarter in the future. You are with a dangerous person, whether you want to believe it or not.
>>
>> Please know that no matter what happens between us, I will always try to protect you. You just have to allow me to do so.
>>
>> On Oct 20, 2012, at 6:55 PM, "ellenballock@yahoo.com" <ellenballock@yahoo.com> wrote:
>>
>>> I think someone may have hacked into my computer. I'm worried someone has taken it over and is using it remotely when I am on it. I'm afraid to turn it on for fear it will crash.
>>>
>>> On Oct 20, 2012, at 6:51 PM, "scottballock@yahoo.com" <scottballock@yahoo.com> wrote:
>>>
>>>> I have the specialists.
>>>>
>>>> Goodnight, baby. Sweet dreams.
>>>>
>>>> Your dragon slayer still...
>>>>