Emails2

Notice of Confidentiality: This e-mail, and any attachments, is intended only for use by the addressee(s) and may contain privileged, private or confidential information. Any distribution, reading, copying, or use of this communication and any attachments, by anyone other than the addressee is strictly prohibited and may be unlawful. If you have received this e-mail in error, please immediately notify me by e-mail (by replying to this message) or telephone (304-376-0080) and permanently destroy or delete the original and any copy or printout of this e-mail and any attachments.

From: scottballock@yahoo.com
Sent: Saturday, November 24, 2012 1:32 PM
To: Ballock Ellen
Subject: Update

and ⌐ have spent the weekend bonding and it has been incredibly helpful for T. They have become best buds, playing games, trading stories, staying up late to watch movies and football together (they both slept on the couch because they stayed up way later than me). I am eager for T to receive the same sort of focused attention and unconditional love from my mom when she moves here in two weeks; T really blossoms with love  n was scheduled to leave yesterday but decided to stay through the weekend for   , (    struggled when   n first tried to depart).
     is still struggling. He climbs into bed with me each morning to be held, tears streaming down his cheeks.

Please try to remain kind and respectful. I am truly devastated by all that has happened. Devastated. I sustained myself with your love and the love of our family. I miss you so much it hurts, and I still pray you will reconsider all of our futures.

Love,
Scotty

"What can you do to promote world peace? Go home and love your family."  ~Mother Teresa


From: scottballock@yahoo.com
Sent: Thursday, November 22, 2012 10:31 PM
To: ellenballock@yahoo.com
Subject:    Re: How Could You?

They pronounce it kinny around here, with a letter "I." And he won't know the difference anyway.

On Nov 22, 2012, at 10:29 PM, "ellenballock@yahoo.com" <ellenballock@yahoo.com> wrote:

> By the way it's Kenny with a letter "e."
>
>
> On Nov 22, 2012, at 10:22 PM, "scottballock@yahoo.com" <scottballock@yahoo.com> wrote:
>
>> How could you be so cruel as to let me write these poems, pour my heart out to you, cry every day and night, beg for you to come back, ask you every day to restore the family, and never be truthful with me about you and kinny? I told you all along I wouldn't compete against love, would move on if you had already done so. But you kept telling me lies, leading me on, denying your relationships, toying with my heart, making quiet overtures, giving me false hope. Pure evil. I will never forgive you. I will let these memories fade.
>>
>>
>>

Page 386

Emails2

```
>>>>>>
>>>>>> Never a bother to wake me up. Never. I'm always glad to hear from you, even when it's to tell me we have an enemy at our door.
>>>>>>
>>>>>> Goodnight. I don't know why you were up this late anyway (though I can guess). Go get some sleep. You are traveling with precious cargo tomorrow.
>>>>>>
>>>>>> On Oct 21, 2012, at 1:50 AM, Ellen <ellenballock@yahoo.com> wrote:
>>>>>>
>>>>>>> My phone will be charged in about five more minutes.  I am sorry I woke you, but your dad's emails are disturbing to me.  I can't sleep because I am worried about what he's going to do next.  Is he the one who is hacking into my computer? Is he going to set up all kinds of internet falsities about me?  Is he going to drive to the house and try to take the kids because he thinks we're all involved in hurting      's and      's psyche?
>>>
```

From:     scottballock@yahoo.com
Sent:     Sunday, October 21, 2012 2:54 AM
To:       ellenballock@yahoo.com
Subject:       Re: I'm scared....

I do. I'm sorry. The pain is still raw and my imagination runs wild. And it's not helped by you.

Some day you will tell me you love me again.

It almost happened two days ago (4 is very close to 5).

On Oct 21, 2012, at 2:50 AM, "ellenballock@yahoo.com" <ellenballock@yahoo.com> wrote:

> Thank you for answering your phone tonight. Thank you for looking out for the safety of me and our children.
>
> You lash out at me all too often.
>
> I do not tell anyone I love them right now except            ', and my dad.
>
> On Oct 21, 2012, at 2:35 AM, "scottballock@yahoo.com" <scottballock@yahoo.com> wrote:
>
>> You are something else. I provide for you, protect you, say loving things to you and you say, "ok." kinny bangs you and you tell him you love him.
>>
>> On Oct 21, 2012, at 2:32 AM, Ellen <ellenballock@yahoo.com> wrote:
>>
>>> Ok.  Signing off now.  I'm going to try to go back to sleep.
>>>
>>> From: "scottballock@yahoo.com" <scottballock@yahoo.com>
>>> To: Ellen <ellenballock@yahoo.com>
>>> Sent: Sunday, October 21, 2012 2:29 AM
>>> Subject: Re: I'm scared....
>>>
>>> Know this:
>>>
>>> No matter what has happened or will happen between us, I respect you, love you, care for you, and will protect you. I can promise you those things without reservation.
>>>
>>> How could I not? You are the mother of my children, my best friend for the past 26 years, my first and only true love.
>>>