Emails2

mind and try, just try, to reconcile. I am going to file to initiate the divorce process because you are not displaying even the slightest amount of love or respect by seeing other men right now, but if you need me because your blood work comes back something scary, or you decide you want me because life can be so sweet together, just let me know. We can always terminate the process or even remarry again, and this time with our own, meaningful vows. Despite all that I've done, I think it's possible to heal and worth it to try. Despite anything you have done, I think it's possible to understand why and worth it to try again.

With your forgiveness I and this family can be reborn.

Love,
Scott

From: scottballock@yahoo.com
Sent: Sunday, September 30, 2012 1:38 AM
To: Ballock Ellen
Subject: Final Poem

Black boots
Black coat
Black heart
Black soul

From: scottballock@yahoo.com
Sent: Saturday, September 29, 2012 9:02 AM
To: ellenballock@yahoo.com
Subject: Re: Please think about this:

Yes. Let's start now. See you...


On Sep 29, 2012, at 9:00 AM, "ellenballock@yahoo.com" <ellenballock@yahoo.com> wrote:

> And I promise to never text you all day long (seven hours from you yesterday was over the top), and I expect the same respect from you. Ok?
>
> On Sep 29, 2012, at 8:57 AM, "scottballock@yahoo.com" <scottballock@yahoo.com> wrote:
>
>> Whatever works.
>>
>> I woke up with a new perspective this morning and will be strong in front of the kids for sure. I have a great downtown apartment, freedoms, no nagging, yelling or fear of not being good enough for you, confidence that at least     will be living with me in the future, a good job, health, young, amazing girls not ignoring me or turning me away. I took a cue from you and focused on the positives. It works. So I won't get to touch you or see you make love again. Not a big deal in the overall scheme of things.
>>
>> I love you and I love the kids and I will be a better, stronger man.
>>
>> See you soon...
>>
>> On Sep 29, 2012, at 8:41 AM, "ellenballock@yahoo.com" <ellenballock@yahoo.com> wrote:
>>
>>> Tonight is pushing it with schedules don't you think? I want to let them get themselves packed and have full knowledge of what's happening, rather than "see how things go." Fly by the seat of our pants scheduling concerns me. Maybe it

Page 683