

Natalie J. Sal, Esq.
Amber Urtso Sellaro, Esq.
J. Jeffrey Culpepper, Esq.
Matthew T. Thorn, Esq.
John V. Danford, Esq.
Joshua W. Sheets, Esq.
Matthew A. Stout, Esq.

**SAL SELLARO CULPEPPER**
**LEGAL GROUP PLLC**

Of Counsel:
Joan A. Rose, Esq.

Legal Staff:
Janet S. Bowser
Tina M. Lamp

May 3, 2013

To: 〈 Expunged 〉
102 New Castle Drive
Morgantown, WV 26508

Expunged

My client has informed me that you continue to send her harassing and threatening text messages and emails. Please be informed that you are to send to our office – and not Mrs. Ballock -- all inquiries and/or communications not directly necessary for the care of your children. Any communications sent to Mrs. Ballock that we view as further harassment will be used in Court to substantiate her allegations of your continuing intentional infliction of emotional distress.

You have expressed to Mrs. Ballock that you have concerns regarding the information that would be made public during a trial in this matter. Mrs. Ballock has no more desire than you to see this information disseminated to additional people. In pursuit of a reasonable course of action, I would ask that you place your attorney in contact with our office immediately so that we can discuss the best way in which to move forward.

Thank you,

Matthew A. Stout, Esq.