**Subject:** Re: Barbie Doll
**From:** Scott Ballock (scottballock@yahoo.com)
**To:** ellenballock@yahoo.com;
**Date:** Friday, May 3, 2013 9:00 AM

Yeah, we wanted her to walk in to a fun celebration directly after school. What you don't see in the photo are balloons and streamers all over the place. We got vanilla ice cream to go with the cake. You would have loved making the cake with us. Fondant is difficult to work with but fun. I think we will be experimenting with other cakes now that we were successful with this one. She never did tell us what she wanted for dinner, so we'll probably do a cookout or order a pizza.

I would love to take her back to the zoo or Carnegie, but I just don't know how we will swing it this weekend when we have other things planned. Then again, she usually has no trouble batting her eyelashes and talking me into things. Sound familiar?

Please think about joining us for this birthday celebration and re-joining me in some capacity, whatever capacity you choose. As wonderful as we will make this celebration there will be a hole. There will always be a hole. It was there in Chicago. It will be there at Deer Valley or Nisso. It is there every day for them. They feel it. I feel it. I know you feel it. And that hole will be there for the rest of their lives. It's not too late, Ellen. We can implode our lives (my attorney doesn't pull punches and after I shared with her what I need to disclose now to defend myself against your claims she said there is a very real risk we may both lose the children; imagine them being raised by a foster family in West Virginia) or we can find a way to peacefully co-exist. Or we can find the very best in us and live a fairy tale life. I know that after this awful experience we would never take any of it for granted again.

---

From: Ellen <ellenballock@yahoo.com>
To: Scott Ballock <scottballock@yahoo.com>
Sent: Friday, May 3, 2013 8:35 AM
Subject: Re: Barbie Doll

Summer is going to be very excited to see the presents and cake on the table. She told me last minute about the Barbie as she was telling me she was going to ask to go to the zoo or Carneige Science Center. I told her the trips would probably be planned on another weekend.

On May 3, 2013, at 8:24 AM, Scott Ballock <scottballock@yahoo.com> wrote:

Oh geez. Ok. I will see what I can do on such short notice.

Thanks for letting me know. This is how we should be communicating for their benefit, and ours.