**Subject:** Re: Disney World
**From:** scottballock@yahoo.com (scottballock@yahoo.com)
**To:** ellenballock@yahoo.com;
**Date:** Wednesday, May 15, 2013 10:29 PM

Your failure or refusal to respond to my email would not have constituted a tacit agreement on your part.

You haven't wanted to talk to me for eight months now. Not even about the children. It is going to be a very long and ugly eight years for all of us thanks to your actions. I can't believe what you bought for yourself and all of us. But there is light at the end of the tunnel for me and I am already counting the days and months until I have no reason to have any contact with you ever again. Until then, I will continue to attempt to communicate with you for the benefit of       r and      . Ignore me all you want, I will never give up on the children. I will always work and do for them, even if that means having to struggle with you.

I have never given you a one day deadline. Nice try. As always, you bend the truth to fit your purposes, to fit into your narrative. I asked you about taking        to Deer Valley weeks ago and, as is your practice, you simply ignored me.

I will not go through your attorneys for anything. Ever. As long as you have custody of Summer, I will make my requests directly to you. That is my privilege.

It is your privilege to continue to be uncooperative, uncommunicative and inflexible to the detriment of our children. It is your privilege to continue to ignore me even if it negatively impacts the children, just as it was your privilege to break up the family for a man you met on Craigslist and ruin our young children's lives. It is your privilege to lie about me and try to hurt me. It has always been about you and your privileges. For 26 years it was about you and your privileges. It is also your privilege to pay your attorneys with your own money. I will not waste my hard earned money in that manner. When you actually work for your money, you will finally understand the value of it. You have lots of privileges, Ellen. Some day you will learn, though, that those privileges have consequences - for you, me, and sadly, the children.

On May 15, 2013, at 9:52 PM, "ellenballock@yahoo.com" <ellenballock@yahoo.com> wrote:

> You cannot word your emails "please advise if you object...." Good grief. What if I were to not receive that email? That happens from time to time you know.
>
> I chose not to call you because I don't want to talk to you right now. I have that privilege. Email should be fine enough for communicating, but your one day deadlines and requests for me to respond only if I object lead me to believe you may need to go through my attorney's office in the future. I'd hate to agree to something based upon a missed email.
>

> On May 15, 2013, at 9:12 PM, "scottballock@yahoo.com" <scottballock@yahoo.com> wrote:
>
>> I would like to take $       er to Disney World Sunday, November 17, 2013 through Saturday, November 23, 2013.
>>
>> Please advise if you object.