Emails2

miserable. This will help you redirect your energies to doing things that are more productive.
>
> In the fifth step- Experiment and Monitor Results- I will teach you a slew of field-tested techniques for getting through to the spouse you love. I will help you become more systematic in your marriage-saving approaches and that you learn how to "read the results" after you've tried something new. By the time you put step five into practice, you will begin to have a much higher marriage-saving I.Q.
>
> In the sixth step- Taking Stock- you will be asked to stand back for a moment and evaluate how much progress you've made since you've started the program. Once you're clearer about how far you've come, you'll know exactly what you need to do to reach your goals.
>
> In the seventh step- Keeping The Positive Changes Going- I will teach you how to make your changes permanent. You'll learn how to prevent minor setbacks from becoming a spiraling downward trend. In short, I will show you how to make being solution-oriented a way of life.
>
> And finally, after learning all the new techniques, you will read an important chapter in Section Two entitled, Pulling It All Together. It is here that I will help bring all the ideas, techniques, strategies to life by showing you how several people in your shoes have made the Seven-Step Program work for them. I will walk you through the path they took, week-by-week, so that you can compare and contrast your marriage-saving experiences with theirs.
>
> In Section Three- Common Dilemmas, Unique Solutions- I will answer the questions put to me from thousands of divorce busters over the years. In so doing, I will address some of the most common situations and problems with which people who are trying to save their marriages are confronted. They are: infidelity, internet affairs, passion meltdown, depression and last, but not least, the midlife crisis.
>
> Section Four will be a chapter you will want to read over and over and over. That's because it is full of success stories. You will read about people whose marriages were divorce-bound, full-speed ahead but due to their putting this program into practice and their undying belief in themselves and the importance of saving their marriages, they managed to make their relationships more loving than ever. You will feel incredibly touched by these real life accounts from people who feel as you do about the importance of making marriages work. Their letters are truly a blessing!
>
> So what are you waiting for? Let's get started!!
>
> Order The Divorce Remedy
> Consult with a Divorce Busting® Coach
> Sample more of Michele's Books
> Copyright 2006. Michele Weiner-Davis. All rights reserved

From:    scottballock@yahoo.com
Sent:    Saturday, December 15, 2012 9:28 AM
To:      Ballock Ellen R
Subject:         And as if on cue...

The kids are up. ⟨name⟩ crawled into bed with me first and is still complaining of a stomach ache. She is going to have stomach problems for the rest of her life. She expressed sadness this morning that she doesn't get to see me very often and that we are not a family. She said the house is too quiet and lonely without me there and that she is lonely. She volunteered that kinny doesn't speak right, is gross, and could never replace me (how awful for you to expose her to him so that she has to even think those things right now). She needs the influence of a father, not a father figure. She is not a happy girl, not like she was when we were a family. It will only get worse.

⟨name⟩ came in just a few minutes ago. He still refuses to acknowledge Christmas this

Page 263

Emails2

year and when I asked him if I could get him presents next week and call them early birthday gifts, he said he's not celebrating his birthday either because, "I wish I was never born."

   had tears in his eyes looking through my memory box last night. There were no pictures of him, nothing sentimental. It was pretty much all my high school stuff. But something touched him, mad him very sad. I think you forget the extremely tender nature of our children. You can be as gentle and loving as you want. Try to make new memories, reassure and comfort him, buy him gifts, tell him things will be good again. But he loved his family and life and knows what he has lost. Our children are perceptive and when we were together, they truly appreciated what they had. I know it because, unlike other children, they routinely thanked us for giving them wonderful lives.

When we were looking through my old memory box last night, Nana told    that he will have a memory box and that he will, like she and Granddad did, keep things for his kids.    told Nana he is never going to get married or have kids. I never thought he would say such a thing. Tommy was the boy who wanted to have a big family. And somehow you think he will go to counseling and be "just fine" because kids go through this all the time. Yes they do. Other people's kids. And none of them are ever "just fine." They are less than they could have and should have been. They are scarred and pained. They struggle and hurt their entire lives. I have sent you the articles, you know the research and statistics. And those aren't the kids who are stuck among hillbillies and in poor schools in West Virginia. Those aren't our kids, kids who were taught the importance of family, memories and traditions from the day they were born.

I don't care why you say you left. Whatever pain and hurt either of us experienced could have been forgiven and overcome. Your failure to acknowledge all of the good, the beautiful memories and traditions, the capacity to change, recommit, and heal is unfair. You refused to give us a fair chance. And you cannot in good faith say that you had nothing to do with it. We both were bad to each other. As is yours, my counselor is appalled at some of the things I share. Your perception of all of our problems is just that - yours. You have always blamed others, mostly me, for your problems. The advice you receive from your counselor is based on only your version of events, and is why couples counseling would have been the most beneficial.

When your daughter gets pregnant in the back seat of a corvette by some ill spoken Fairmont hillbilly or when your troubled son kills himself because of the inner turmoil he feels, I will be there to remind you that you chose this path. That I worked, changed, made vows, not lies or empty promises. And that you chose kinny.

Ask your brother how Jud's divorce affected him. Ask your dad if he would do it again. Talk to people. Hear their remorse, their regret for not trying harder. I had my faults, as did you, but we were good to each other, for each other. When we were good, no one was better. If you cannot admit that, then you will never be helped.

I know you won't come back and I don't expect you to. You are filled with too much hatred and anger, too far gone, too easily influenced by the wrong people. And you have done things that cannot be undone. I will move on and live well again. Like you, I will fall in love and have a new family. But I will never stop reminding you of the terrible, life-altering mistake you have made.

From:     scottballock@yahoo.com
Sent:     Saturday, December 15, 2012 7:53 AM
To:       Ballock Ellen R
Subject:  More Tumblr

http://www.tumblr.com/tagged/i-hate-divorceFrom:     scottballock@yahoo.com
Sent:     Saturday, December 15, 2012 7:44 AM
To:       Ballock Ellen R
Subject:  Unnecessary

Page 264