```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**SCOTT T. BALLOCK**

      Plaintiff,

v.                                        CIVIL ACTION NO. 1:17CV52
                                              (Judge Keeley)

**ELLEN RUTH COSTLOW,**
**STATE TROOPER MICHAEL KIEF,**
**STATE TROOPER RONNIE M. GASKINS, and**
**STATE TROOPER CHRIS BERRY**

      Defendants.

### ORDER GRANTING DEFENDANTS' MOTION
### TO EXCEED PAGE LIMIT [DKT. NO. 113]

Pending before the Court is the motion of defendants Michael Kief, Ronnie M. Gaskins, and Chris Berry seeking leave to file a brief in support of their motion for summary judgment that is five pages longer than the twenty-five pages allowed under L.R.Civ. P. 702(a). For good cause, the Court **GRANTS** the motion (Dkt. No. 113).

It is so **ORDERED.**

The Court directs the Clerk to transmit copies of this Order to counsel of record.

DATED: July 9, 2019

                                                  /s/ Irene M. Keeley
                                                  IRENE M. KEELEY
                                                  UNITED STATES DISTRICT JUDGE