## Timeline

**August 2011** - Ballock family moved to Morgantown, WV following FBI promotion.

**June 2012** - Ellen meets Kenny Ice via Craigslist personal ad in which Ice advertises to pay for a woman with fake breasts.

**09/14/2012** - Ellen kicks Scott out of marital home.

**09/20/2012** - Ellen removes all of children's college savings (over $127,000) from joint checking/savings accounts.

**September 2012 to September 2013** - Despite her allegations of harassment, **Ellen regularly initiates telephone contact with Scott.** Ellen would tell Scott to stop communicating with her, but then would initiate contact by phone.

> Ellen called Scott to talk about the children.
> Ellen initiated contact with Scott via Facetime (see photo).
> Ellen also sent photographs of herself to Scott (see photos).
> Ellen called Scott on more than one occasion to ask for his help in securing employment with the FBI (Ellen writes about this in her hand-written letter to WVSP).
> Ellen called Scott to tell him she liked the poetry he had written.
> Ellen called Scott to yell at him for not trying so hard during the marriage.
> Ellen called Scott in December 2012 to ask if he would consider reuniting with her, with the caveat that Scott not ask Ellen any questions about her activities during the previous three months.
> Ellen once called Scott late at night and asked him to meet her at the mailbox in front of their home.
> Ellen once entered Scott's apartment without his permission in the middle of the night and approached him while he slept in his bed. Ellen cried and yelled at Scott for not doing a better job of helping Ellen control her mental illnesses, rages, and irrational impulses during their marriage.
> Ellen once called Scott to say she would re-think the separation in Sept. 2013.
> Ellen also sometimes contacted Scott via text messages, posing as their son, ▬▬▬▬

**Emails which corroborate some of the communications initiated by Ellen:**

A portion of an email message from Scott to Ellen on **01/31/2013** at 9:25am: "(Ellen) You never did discuss with me the reason for your 2:00 a.m. telephone call which you said was very important. I'm guessing it actually wasn't. If it relates to the children, please let me know. Scott." (email attached)


EXHIBIT 1

A portion of an email message from Scott to Guardian ad Litem Teresa Lyons on 04/02/2013: "Teresa, On April 2, 2013, at 2:02 a.m., I received a cryptic two sentence text message from Ellen saying she had taken herself to the emergency room but that ▓▓▓ was safe. I tried to receive clarification regarding ▓▓▓ involvement in any incident/accident, but Ellen refused to communicate further with me. It wasn't until several days later, when ▓▓▓ visited for the weekend, that I was able to ask ▓▓▓ if she had been injured." (email attached)

A portion of an email message from Scott to Ellen on 05/09/2013 at 7:15am: "Ellen, I received your barrage of text, email and phone messages from late last night...as it was a school and work night, we were all in bed at the time of your numerous and late night texts and calls to our home and cell phones." (email attached)

A portion of an email message from Scott to Ellen on 06/01/2013 at 5:46pm: "(Ellen), You asked me today about the good parts (of our marriage). I wrote this to you before..." (email attached)

A portion of an email message from Scott to Ellen on 07/02/2013 at 6:40am: "(Ellen), Please don't send communications asking me to send the children or my mom your love..." (email attached)

**10/17/2012** - Ellen calls Monongalia County Sheriff's Office to report she received an anonymous email message purporting to be from Kenny Ice's ex-girlfriend, Amy Fetty. Deputy tells Ellen how to change the settings on her email account to block anonymous email, and how to obtain a protective order.

**October 2012** – FBI Supervisory Special Agent Michael Haas, Scott's supervisor, calls Scott in to Haas's office for a private, closed door meeting. Haas informs he has been contacted by multiple law enforcement agencies about Ellen's boyfriend, Kenny Ice. Haas says the law enforcement officers wanted to pass on to Scott, as a professional courtesy, their knowledge of Ice as a criminal and dangerous person.

**10/28/2012** - Monongalia County Sheriff's Department dispatched to Ellen's home: "domestic in progress between a mother and her son." Police report indicates Ellen told responding Deputy, "her son is getting out of control and imitating behaviors displayed by her abusive husband." ▓▓▓ later tells Scott that Ellen said to him after the police left the home on this evening, "As long as I don't leave any marks, there's nothing they can do." ▓▓▓ tells Scott and Dr. Christi Cooper-Lehki that Ellen is physically abusive to him. ▓▓▓ claims Ellen pushes and punches him and pulls him by his shoulder-length hair. ▓▓▓ claims Ellen pushes her forearm into ▓▓▓ throat. ▓▓▓ tells Scott she is afraid. Scott asks ▓▓▓ if she is afraid Ellen will hurt her too. ▓▓▓

2

responds no, that she is afraid of what Ellen will do next to ▮▮▮▮ Both children describe in detail to Dr. Christi Cooper-Lehki, the court-appointed psychiatrist, the abuses they have suffered at the hands of their mother.

**11/05/2012** - Ellen calls Scott at work and asks him to come to her home and take ▮▮▮▮ home with him. Ellen says ▮▮▮▮ is misbehaving. When Scott arrives at the home, Ellen calls 911 claiming Scott is being "verbally violent." Police allow ▮▮▮▮ to leave with Scott. **Police officer takes Scott aside and suggests he not come back to the residence without a police escort because Ellen may make additional future false allegations.**

**11/26/2012** - ▮▮▮▮ calls Scott, saying that his mother has left him and his sister alone in a bookstore this evening, and that Ellen punched him again. Scott finds the children at Barnes and Noble. ▮▮▮▮ is crying and says he wants to go home with Scott; Ellen refuses and calls police. Granville Police respond and give ▮▮▮▮ to Scott. Granville Police Officer J.E. Broyles takes Scott aside and says he is familiar with Ellen's instability as he has been to her home before on a call. Broyles recommends Scott seek a protective order on ▮▮▮▮ behalf. Broyles walks Scott through the process of obtaining a protective order. Protective order obtained on ▮▮▮▮ behalf later this night (see notes taken contemporaneously with this event).

When questioned why she would leave the children unattended, Ellen claims her attorney told her it was ok for her to do so. (see notes taken contemporaneously with this incident)

**12/06/2012** - text message from Kenny Ice to Ellen: "Now think of child support get full custody get the money."

**12/09/2011** - ▮▮▮▮ sends Scott a text message which reads, "Hi." Scott replies and asks ▮▮▮▮ if he is having a good time at his mother's. ▮▮▮▮ responds, "yes Iam(sic)."

Scott later receives a text message from ▮▮▮▮ which reads, "the hi and yes I am were from mom...I hate it here."

**12/10/2012** - ▮▮▮▮ informs Scott that Ellen sends Scott messages pretending to be ▮▮▮▮

**12/20/2012** - Ellen calls Marion County (WV) Sheriff's Department to claim Kenny Ice's ex-girlfriend, Amy Fetty, showed up at Kenny's home and threatened Ellen. ▮▮▮▮ was with Ellen at Kenny's Fairmont residence observing this altercation until after 11:00pm on a school night.

**12/22/2012** - Ellen sends Scott text messages which say that ▮▮▮▮ is misbehaving. Ellen asks Scott to take custody of ▮▮▮▮ for the weekend; Scott agrees. Shortly

3

thereafter, Ellen calls Scott and tells him she is going to, "solve this once and for all." Ellen then sends Scott a text message which reads, "I will get this solved with ▓▓▓▓. I am very sad he is struggling so badly that he's a danger to himself." Scott later receives a text message from Ellen's phone which reads, "It's ▓▓▓▓ I stole moms phone She was pushing me and hitting me and I called the cops." (see contemporaneous notes for full details of this day's events).

Ellen improperly commits ▓▓▓▓ to Chestnut Ridge Hospital (psychiatric ward) for misbehaving. Against the Court's standard custodial orders, Ellen tells hospital staff they are not to notify ▓▓▓▓ father of ▓▓▓▓ commitment, nor is Scott permitted to visit ▓▓▓▓ ▓▓▓▓ is confined at Chestnut Ridge until 12/25/2012. (see copy of notes taken contemporaneously with this incident)

Noted in the hospital report is Ellen's directive to hospital staff that Ellen's lawyers told Ellen not to contact Scott.

**12/25/2012** ▓▓▓▓ released from Chestnut Ridge Hospital this afternoon. ▓▓▓▓ a gifted and talented student and all-around normal little boy, was scarred from his improper commitment and has refused to celebrate Christmas ever since this event.

▓▓▓▓ tells Scott that his mother lied to hospital personnel in order to have him committed to Chestnut Ridge.

Dr. Christi Cooper-Lehki, a staff member at Chestnut Ridge mental health facility, later says that ▓▓▓▓ was improperly committed by Ellen.

Following this event, **Ellen loses custody of** ▓▓▓▓ The Family Court agrees that ▓▓▓▓ may, per his wishes, discontinue all contact with his mother. ▓▓▓▓ chooses to discontinue all contact with his mother.

**01/13/2013** - Scott is contacted – unsolicited - by Amy Fetty, Kenny Ice's ex-girlfriend of four years. Amy tells Scott she is worried for the welfare of Scott's daughter who is now living with Kenny Ice. Amy tells Scott she left Kenny because, among other reasons, he is a low level drug dealer. Amy says Kenny sells small amounts of cocaine, marijuana, and prescription pills. Amy says Kenny keeps several unsecured firearms, including a sawed-off shotgun, around his home.

Following this visit, **Amy says she receives phone calls nearly daily from Ellen and Kenny.** Amy says Ellen and Kenny are trying to scare her away from Scott, fearful of the testimony she would provide in Family Court against Ellen's new live-in boyfriend. During their phone calls to Amy, Ellen and Kenny tell Amy variously that Scott is violent and dangerous, and that Scott moved into an apartment near campus so he could stalk college girls.

4

Ellen falsely tells Amy that Scott is an FBI agent who is attempting to make a criminal case against Amy and arrest her. Scott's divorce attorney writes a letter to Ellen's attorneys, informing of Ellen's and Kenny's activities and asking Ellen and Kenny to stop tampering with a witness. Amy says Ellen and Kenny continue to call her repeatedly, and vigorously attempt to persuade her to stop talking to Scott. Amy says Ellen **repeatedly tells her that Scott is trying to put Amy in jail.** At some point during this time period, Ellen calls Scott in the middle of the night to yell at him for talking to Amy Fetty.

**01/31/2013** at 9:25am. A portion of an email from Scott to Ellen: "(Ellen) **You never did discuss with me the reason for your 2:00 a.m. telephone call which you said was very important.** I'm guessing it actually wasn't. If it relates to the children, please let me know. Scott."

**02/01/2013** – After several weeks of unsuccessful attempts at dissuading Amy Fetty from speaking with Scott, Ellen lodges a criminal complaint against Fetty, in the Magistrate Court of Marion County. Ellen alleges Amy Fetty "is threatening to attack me." Amy Fetty is arrested for Assault. The Magistrate Judge ultimately dismisses the charges.

Amy Fetty's boyfriend begins receiving anonymous text messages (Ellen?) telling him that Amy is involved in a sexual relationship with a man in Morgantown (Scott).

**Despite having filed a PPO against Amy, Ellen initiates contact with Amy on the telephone and asks if she can help Amy in any way. Ellen tells Amy she didn't want to file criminal charges against her but that Scott "forced" the issue. CCL interviews Amy Fetty.** (email detailing Amy Fetty's information attached)

**03/06/2013** - WVSP responds to Ellen's home re: violent domestic dispute between Ellen and Kenny Ice. 911 Dispatcher is informed Ice has weapons on him, and Ellen can be heard in the background screaming and throwing dishes. **WVSP does NOT write a report regarding this violent domestic violence incident.** Kenny Ice later says that the reason WVSP did not write a report is because **Ellen pleaded with Troopers to not file a report;** Ellen told Troopers it would reflect negatively on her in Family Court. (MECCA CAD Incident Detail attached; audio recording of 911 call previously submitted)

**03/10/2013** - text messages from Ellen to Kenny Ice: "I'm very smart. Sometimes too smart for my own good. Sometimes not smart enough for my own good. But the rough sex story is not true. Not at all. I made it up using parts of rough sex ideas I've seen." Also..."You are not the gentle, loving, protective guy I met in June on a regular basis. You're moody and lash out, sometimes when I least expect it." (text message attached)

**03/24/2013** - text message from Ellen to Kenny Ice: "Please go with me to Bridgeport so I can prove to you I have loved you all this time." (text message attached)

5

**03/24/2013** - text message from Kenny Ice to Ellen: "I am done last night you threw screwdrivers at me I could got (sic) stabbed your (sic) only getting worse e with the physical abuse" and "I will will (sic) be dead u will cut me or stab me" and "In your black out (sic) rage." (text message attached)

**04/02/2013**: A portion of an email message from Scott to Guardian ad Litem Teresa Lyons: "Teresa, **On April 2, 2013, at 2:02 a.m., I received a cryptic two sentence text message from Ellen saying she had taken herself to the emergency room but that** ▇▇▇ was safe. I tried to receive clarification regarding ▇▇▇ involvement in any incident/accident, but Ellen refused to communicate further with me. It wasn't until several days later, when ▇▇▇ visited for the weekend, that I was able to ask ▇▇▇ if she had been injured." (email attached)

**04/05/2013** - text message from Ellen to Kenny Ice: "**Adderall** script won't go through until 04/12/13." and "Someone stole the 25 pills I had. **I can't deal without Adderall** some days." (text message attached)

Note: CCL learned that Ellen also abuses the prescription painkiller **Hydrocodone** (Ellen refers to it by its street name - "Bean"). We possess an audio recording of Ellen discussing with Kenny that she was happy that the first time she tried **cocaine** was with him.

**04/09/2013** - text message from Ellen to Kenny Ice: "I tired (sic) to sleep last night. But I just can't get beyond the emotional distress you cause me. I had to write you. And you don't care at all how I feel" and "You can't be nice to me. You can't go a full day being totally nice." From Kenny to Ellen: "Go let ▇▇▇ watch more porn on your cell." From Kenny to Ellen: "I lost total respect for you when you let your daughter what (sic) you sucking dick on your phone and you could care less" and "What kind of mom does not let that bother her what kind of mom does not care that happen (sic)." (text messages attached)

**04/10/2013** - text message from Ellen to Kenny Ice (4:45am). "I'm at the end of your driveway. I was here 7 months ago and we reunited. Remember that night?" ▇▇▇ was left home alone on this night while Ellen was in Fairmont. Morgantown Learning Academy attendance records reflect that ▇▇▇ was signed in to school at 1:00pm this date. Ellen wrote on the school attendance form, explaining ▇▇▇ tardiness, "Stomachache, neck ache." Ellen left ▇▇▇ in aftercare this date until 5:45pm. (text messages attached)

**04/17/2013** - Scott is notified by a co-worker that **Ellen has been stalking a woman**, Belynda Kirby, in Bridgeport, WV. On this same date, Scott interviews Belynda Kirby by phone. Kirby tells Scott that her neighbors told her a blonde haired woman and man were repeatedly driving up and down Kirby's street in a white SUV, and that the blonde haired woman was on Kirby's lawn looking through the windows of her home and taking

6

photographs of the home. Kirby said that on 04/12/2013, Ellen approached her at a PTA meeting being held at a restaurant in Bridgeport. Kirby said Ellen handed her an envelope and asked her not to open it until Ellen left. Kirby said that inside the envelope were photos of Kirby's husband and Ellen having sex. Kirby wondered how Ellen found her at this non-publicized PTA event. Kirby was told by the principal at her daughter's elementary school that earlier in the day, a woman with long blonde hair approached at a school function and identified herself as "Sherry." Speaking in a foreign accent, the woman (Ellen) told the principal she was interested in joining the PTA and asked when and where the next meeting would be held. CCL later interviewed Belynda Kirby's husband. (notes regarding interview of Belynda Kirby attached)

Text message from Ellen to Kenny (date unknown): "I don't feel guilty over losing ▮▮▮▮ but I do feel tremendous guilt over ▮▮▮▮ life changes" and "I need your support and kindness, not your temper and frustration. Last thing I need is you bringing up Jack (Kirby) of (sic) anyone else anymore. That's why I didn't want to dedicate an entire day of my precious little time without ▮▮▮▮ hunting down Jack's woman. Do you understand? I want you to do it for me, please" and "Chances are she will not be home and we will sit for hours and hours..." (text messages attached)

**04/23/2013** - text message from Ellen to Kenny Ice: **"Then later on help me mess with him (Scott). Please."** and **"By the way the 'real Scott' line worked like a charm."**

The above text message refers to a harassing phone call Ellen made to Scott. (text messages attached).

**04/27/2013** - text message from Ellen to Kenny Ice - "Valium made me feel fantastic. I was turning cartwheels. Nothing is bothering me at all." (text message attached)

**05/01/2013**: text message from Ellen to Kenny Ice: "I'm very hated aren't I? **I have the upper hand with possible (sic) ruining Acott's (sic) career** so they're going all out."

One hour and eight minutes later, Ellen sends this text message to Kenny: **"going to move forward with filing harassment charges against Scott"** (text messages attached)

**May 2013** – letter from Steve Secor to Guardian ad Litem, which reads in part: "I would be able to testify that...Ellen has...threatened to call the police several times to claim, falsely, that you had hit her or threatened to hit her." (letter attached)

**05/03/2013** - Ellen's divorce attorney allegedly sends Scott a letter, directing him to cease non-essential communication with Ellen. The letter was allegedly sent via certified mail, but Scott never received nor signed for the letter. WVSP failed to produce a copy of the signed receipt during discovery.

7

05/09/2013 at 7:15am. A portion of an email message from Scott to Ellen: "Ellen, I received your barrage of text, email and phone messages from late last night...as it was a school and work night, we were all in bed at the time of your numerous and late night texts and calls to our home and cell phones." (email attached)

05/12/2013 - Kenny Ice contacts Scott. Ice tells Scott he and Ellen have had a falling out. Ice wants to share with Scott concerns he has for Scott's daughter, ▓▓▓▓ Ice says Ellen has been socializing ▓▓▓▓ age 10, with a convicted registered child sex offender named Karl Vincent Taylor. Ice says he is not comfortable meeting Scott because Ellen has told him how dangerous Scott is, but if Ice changes his mind he will contact Scott again.

05/16/2013 - Ellen fails to notify Scott of his daughter's musical solo at school talent show (see email Scott wrote to Guardian ad Litem regarding Ellen's continued refusal to communicate about the children). A portion of an email message from Scott to Ellen this same date: "I would appreciate it if you would extend to me even the most basic of courtesies such as letting me know our daughter will be performing in a talent show. Had I known ▓▓▓▓ was performing today, I could have been in the audience to support her and cheer her on. I'm sure ▓▓▓▓ would have liked that, especially during this emotionally difficult time. Again, I beg you, please put aside your anger and hatred and begin behaving in a manner that benefits ▓▓▓▓ and ▓▓▓▓, not you and your need to punish everyone. Your immature refusal to communicate, to be flexible, or to cooperate in any manner may make you feel good, but by punishing me you are punishing the children." (copy of email attached)

05/18/2013 - Ellen calls 911 while at Kenny Ice's Fairmont home; deputies dispatched to the residence due to a verbal argument between Ellen and Kenny. Upon their arrival, Ellen tells Deputies that Kenny stole her laptop computer. Responding Deputy reports that Ellen changed her story "a couple of times" and was "highly emotional" and "irate" at times. (interview results with Deputy Hawkins attached)

05/21/2013 - Kenny Ice interviews begin. Interviews are witnessed by Dave Pennypacker, (retired) Sergeant, Norfolk, Virginia Police Department. Over the course of several days, Kenny Ice reveals, among many other sordid details, that Ellen is having a sexual affair with WVSP Trooper Chris Berry. Ice discloses that Ellen and Berry are working to have Scott arrested so that Scott will lose his job and so that Ellen will win custody of the children and lifetime alimony payments. Ice informs that Trooper Berry, at Ellen's request, has been conducting physical surveillance of Scott and Scott's parents. (copy of interview report attached)

05/21/2013 – Scott phones Vincent Zummo, U.S. Probation Officer, Northern District of West Virginia. Zummo informs that Karl Vincent Taylor pled guilty in 2002 to the federal offense of Travel with Intent to Engage in Sexual Activity with a Juvenile. Following a three year period of custody, Taylor was placed on Supervised Release.

8

Zummo, a Sex Offender Specialist, was Taylor's supervising U.S. Probation Officer. Zummo says Taylor developed a sexual relationship with his juvenile victim through the victim's single mother. Taylor ultimately impregnated his 14-year old victim. Because Zummo supervised Taylor, he is knowledgeable of Taylor's personality and character. Zummo says he would be highly concerned to learn that Taylor has developed a friendship with a single or divorced mother of a ten-year old female child. Zummo says Taylor developing such a friendship with a single mother and her daughter is "right in his wheel house." Zummo says, "I'd want to get her (the ten-year-old girl) away from him (Taylor) as fast as you can." Taylor's Supervised Release was revoked in October 2008 for repeated technical violations. Zummo says Taylor was "anti-authority" and failed to follow the basic requirements of supervision, such as registering as a convicted sex offender. (copy of interview report attached)

**05/23/2013** - **Scott interviews registered child sex offender Karl Vincent Taylor.** Taylor confirms his friendship with Ellen and Ellen's daughter, ▇▇▇▇ (interview results attached)

**05/26/2013** - Scott sends Ellen an email message telling her he learned from Kenny Ice that **Ellen stole 40 to 50 boxes of FBI-issued ammunition from the home safe, as well as other government-issued property, and joint marital property.** (see copy of email to Ellen detailing this information)

Per his employer's request, Scott asks Ellen via text message to return what remains of the FBI property. Ellen eventually returns a few items, including an unclassified thumb drive. A review of the thumb drive reveals that Ellen has placed on it images of her having sex with another man. Nothing else is on this thumb drive. (copy of email documenting this information attached)

**05/26/2013 – Scott interviews Justin Satterfield**, employee at Jacob's Hotspot, who confirms Ellen hangs out at this adult gambling/drinking establishment with ▇▇▇▇ (results of interview attached)

**05/28/2013** - Kenny Ice offers and voluntarily surrenders to Scott his iPhone 5, Model MD646LL/A, Serial No.: DNPJNBWHF38W, for forensic examination. Kenny's surrender of his iPhone is witnessed by FBI employee Richard Farley (signed release form attached). Phone forwarded by Scott Ballock to computer forensics consulting firm Forensicon, in Chicago, IL, for **forensic examination and extraction of files.** (the FBI contracts with Forensicon for its retrieval services)

**05/26/2013** – text messages from Kenny Ice to his friends, warning them that **Ellen has threatened to have sex with them then report to the hospital and falsely claim that she has been raped.** Kenny tells his friends that Ellen has threatened to plant drugs in his home and call police. (text messages attached)

9

Date unknown – text messages between Ellen and Kenny. Ellen: "Switch phones dammit." Kenny: "To (sic) late enjoy him and whoever else you ate (sic) free." Ellen: "If you don't switch phones I will call police." Ellen (repeats): **"If you don't switch phones I will call police."** Ellen: "New phone." Ellen: "Are you a fool?" Kenny: "There u go threatening me." (text messages attached)

**05/28/2013** - Kenny tells Scott that Ellen is actively attempting to influence Judge Minor. Kenny says Ellen sees Judge Minor or Judge Minor's wife while at ▇▇▇▇ music lessons and is using the opportunity to engage them in conversation and present herself as a sweet and innocent mother. Most recently, Ellen told Kenny not to phone or text her while she was waiting on ▇▇▇▇ at music lessons because she was talking to the judge's wife, trying to connect with her as a mother and impress her. Kenny says Ellen said to him, "I got this one." (copy of email documenting same attached)

**05/29/2013 - One day after Kenny Ice provides his cell phone for review,** Ellen writes to her divorce attorneys the following email message: "Amber and Matt, I need to file harassment charges against Scott today and I would appreciate your help in the matter. Scott's constant threats, insults, and other abusive tactics are intolerable. I'm losing sleep at night as I fear what Scott will do next, and **I am afraid he's going to keep ramping things up until he threatens my life.** But unlike times before, this time I fear he will be successful in taking my life. I have lived far too long in an abusive relationship to have any ability to heal from it while trying to cope with what Scott throws my way via texts and email. He's out of control trying to control and hurt me, and **what he writes to me is nothing compared to what he's doing in secret\*. The writing is meant to distract me as he plots his next attack\*.** The writing is meant to take my energy, frighten me, and keep me from living a productive life apart from him. If you're wanting to know his next move, it won't come from reading his email and text. For example, he wrote nothing about the accusations which landed us in court last week. I need relief. I need peace and calm so I may heal from all that's happened. I need him to stop right now." (copy of email attached)

\*Note: one of the many manifestations of Borderline Personality Disorder is paranoia (see page 14 for Ellen's mental health diagnosis).

**05/29/2013 – Scott interviews Kenny Ice, Sr.** Ice, Sr. tells Scott about his observations of Ellen's instability. Ice, Sr. says Ellen once falsely claimed that Kenny Ice, Jr. punched her in the face. Ice, Sr. says "You can't believe nothing she (Ellen) says...She's the lying-est son of a bitch I ever seen. She tells the same story different each time." Ice, Sr. says Ellen would "regularly call me at 3:00 and 4:00 in the morning" over various meltdowns she was experiencing. He said, "It was damn near every other night she was going off...bawling her eyes out, yelling and screaming." (interview results attached)

10

**06/01/2013** at 5:46pm. A portion of an email from Scott to Ellen: "(Ellen), You asked me today about the good parts (of our marriage). I wrote this to you before..." (email attached)

**June 2013 -** ▓▓▓▓▓ ends school year at Morgantown Learning Academy with **16 absences and 29 tardies** (often tardy as late as noon or 1:00pm) all for reasons directly related to Ellen's neglect of her daughter.

**06/05/2013 - Kenny Ice interviewed by B.K. Vanhorn,** private investigator, retired West Virginia State Trooper (see copy of report). Ice surrenders to Vanhorn some of the FBI property Ice says Ellen stole from Scott Ballock. Vanhorn returns Ice's iPhone to him. (interview results attached)

**06/19/2013 -** Scott receives an unsolicited email message from a woman named Michelle Nickelson. Nickelson informs that **Ellen sent to Nickelson's workplace (Ruby Hospital) a package containing video of Ellen having sex with Michelle's husband.** Also included in the package was Scott's FBI business card. Michelle says she confronted Ellen at Ellen's home. CCL later interviewed Michelle Nickelson and her husband, as well as the other wives Ellen stalked and harassed. (emails to Ellen regarding this encounter attached)

Note: During her investigation, Dr. Christi Cooper-Lehki discovered yet **a third woman who was victimized** by Ellen in this same fashion.

**07/02/2013** at 6:40am. A portion of an email from Scott to Ellen: "**(Ellen), Please don't send communications asking me to send the children or my mom your love...**" (email attached)

**08/12/2013 -** Ellen calls 911 and specifically asks the Dispatcher for WVSP Trooper Berry. Ellen tells 911 Dispatcher that Trooper Berry was at her house earlier in the day (although, according to the Dispatcher, Berry was scheduled to work a midnight shift that night). Ellen tells the Dispatcher that Berry was at her home because he was investigating car break-ins in Ellen's neighborhood

Note: the neighborhood car break-ins occurred several months earlier and were investigated NOT by WVSP, but by the Monongalia County Sheriff's Department. Ellen's car was not one that was broken into.

Monongalia County Sheriff's Department responds to Domestic Violence dispute between Ellen and Kenny Ice at Ellen's residence. Ellen says the fight ensued after **Kenny saw text messages on Ellen's phone between Ellen and Trooper Chris Berry, WVSP.** Deputies find that Ellen has a fat lip, and Kenny has a knife wound on his arm. Ellen repeatedly asks Sheriff's Deputies to keep her name out of the police report.

11

Ellen later this night tells Monongalia County Sheriff's Deputies a completely different story for her contacting Trooper Berry. Ellen tells Deputies that Berry was at her home investigating the theft of Ellen's stolen laptop.

Note: Ellen's laptop had been stolen three months earlier and was investigated **NOT** by WVSP, but by the Marion County Sheriff's Department. (see attached interview results with Marion County Sheriff's Department; audio of 911 call was previously provided)

**08/12/2013** - Kenny Ice calls Scott and tells him that he and Ellen were in a fight last night and that Ellen stabbed him with a knife. Ice tells Scott that the fight started when Ice saw on Ellen's cell phone that she was having an affair with Trooper Berry. Ice says the text messages clearly indicated that Ellen and Trooper Berry were involved in a sexual relationship. Ice tells Scott that he has withheld some important and highly concerning information regarding ▮▮▮▮ but he is not yet willing to share the information. Ice tells Scott that Ellen is seriously harming her daughter and that if the authorities learn of this new information, Ellen would never be permitted to see her daughter again.

**8/13/2013** - Tom Ballock calls Sergeant M.A. Kief, WVSP, to inform of the allegation about Ellen and Trooper Chris Berry. Tom Ballock suggests Kief warn Trooper Berry about Ellen's history of notifying the wives of the men she sleeps with. Kief says he will investigate the matter.

**8/14/2013** - The day after Tom Ballock calls Kief, Ellen contacts her divorce attorney, telling him to prepare a CD of her estranged husband's emails for delivery to WVSP.

**08/15/2013** - Scott Ballock contacts Sergeant Kief to confirm WVSP failed to document its response to a violent domestic incident between Ellen and Ice at Ellen's home on 03/06/2013. Kief yells at Ballock that it is none of his business. Scott tells Kief that it is his business because Scott's daughter was at the home on the night of the incident and Scott is concerned about her welfare. Kief angrily tells Ballock that Trooper Berry did not engage in a sexual relationship with Ellen.

**8/21/2013** – Ellen's divorce lawyer drops Ellen as a client. All told, three divorce attorneys dropped Ellen as a client after representing her for some period of time.

**8/22/2013** - The day after Ellen's divorce attorney drops her as a client, Sergeant Kief requests permission to start an investigation of Ellen's allegation of harassment. **Kief is Trooper Berry's supervisor.**

**9/2/2013** - Corporal Gaskins, WVSP, begins "Investigation" by interviewing the alleged victim only. **Scott Ballock is NOT interviewed by WVSP. Scott offers to waive his**

12

Constitutional rights against self-incrimination and be interviewed by the prosecutor's office and WVSP; both decline the offer. It appears WVSP fails to interview anyone else, relying entirely and solely on Ellen's accusations for their "investigation" and subsequent arrest of Scott Ballock.

**09/02/2013** - Corporal Gaskins prepares an Incident Report (1210-43774), **filled with inaccuracies and outright lies** (detailed under separate cover for Benninger) as related to him by Ellen. The report mirrors the false narrative Ellen has been trying to sell in Family Court but which was debunked by Dr. Christi Cooper-Lehki. Gaskins misrepresents the nature of email messages, which are **overwhelmingly about the children. Not one single message is harassing or threatening. No mention is made in the report of the allegation Ellen was sleeping with Trooper Berry.** (incident report attached)

**09/08/2013** - Ellen sends Corporal Gaskins an email message which reads in part: "**The custody hearing is this Friday at 8:30 am in Judge Minor's chambers. Custody of my daughter is what is at stake** as it's been difficult for the Guardian ad Litem and the forensic psychiatrist to decipher which of us is telling the truth (me or Scott) and the lies he tells are bringing into question my fitness as a primary custodial parent...Custody issues with my son are not as pressing as he is 12 and has chosen to live with Scott for now..." (copy of email attached)

**9/11/2013** - WVSP Corporal Gaskins meets with Monongalia County Assistant Prosecutor Cindy Scott to request an arrest warrant.

**9/12/2013** - Ellen Costlow met (alone) with Sergeant Kief at about 6 pm., **the evening before the long-anticipated Family Court hearing at which Dr. Christi Cooper-Lehki is scheduled to finally and formally release her (extremely unfavorable to Ellen) findings and opinions regarding custody. Cpl. Gaskins, who was in charge of the investigation, was not present.** Kief supposedly had a recording device to record the meeting. The recorder allegedly malfunctioned and **the meeting was not recorded.** Even after learning of the malfunction, **the content of the meeting is not documented by Kief in any way;** no written notes about the meeting were prepared. Instead, Gaskins later asks Ellen to submit a statement regarding this meeting, which she does on 09/16/2013. (attached)

**9/13/2013** - Scott Ballock arrested and arraigned during a lunch break of the Family Court custody hearing. Sergeant Kief waits outside of the courtroom for the entire morning session of Family Court in order to personally serve the arrest warrants. The afternoon portion of the Family Court hearing lasted until about 6:00 p.m. Gaskins writes in his report that the arrest was made at Family Court - by Kief - because Scott is an FBI agent who carries a gun. When Scott is released by Magistrate Holepit on a PR bond, Kief tells him to report to the Morgantown State Police Detachment for

13

processing. Despite the alleged concern about Scott carrying a gun, he is not searched or asked for his gun prior to being allowed inside the detachment.

**09/13/2013** - Dr. Christi Cooper-Lehki, the court-appointed forensic psychiatrist and noted expert in Battered Women's Syndrome testifies that **Ellen is not a battered woman.**

After what CCL describes as the most exhaustive investigation she has ever conducted, CCL diagnoses Ellen as suffering from **Borderline Personality Disorder and Paraphelia (a strong desire to have sex with non-consenting beings, such as children and animals).**

CCL testifies that Ellen is a **manipulative, vindictive, malicious, and dangerous liar** who **works aggressively to hurt Scott.**

CCL believes Ellen **may be a sociopath.**

CCL says Ellen **does not perceive reality correctly.**

CCL says Ellen is the **worst patient she has ever seen, and CCL is afraid for her own safety** after having given Ellen an unfavorable diagnosis.

CCL testifies that Ellen **sexualized her 10-year old daughter.**

CCL recommends that Ellen be permitted visitation with her children only under the immediate and direct supervision of an adult monitor (the independent monitor would be required to accompany ▆▆▆▆ at all times during any visitation with her mother, even to the bathroom).

CCL testifies that **Ellen actively and aggressively worked to alienate** ▆▆▆▆ **and** ▆▆▆▆ **from their father** (we possess an audio tape in which Ellen is interrogating her daughter and coaching her what to say to her counselor immediately preceding a counseling session).

CCL characterizes Ellen as an "unfit" and "abusive" mother. CCL ends her report by writing that there are numerous ways in which Ellen has harmed her children, but since CCL is expecting to testify in the matter, CCL is not listing them all in her custody evaluation report.

**9/13/2013** - Local television station runs with story of "FBI Agent Arrested for Harassment," citing information provided by the WVSP. The report is presented at 6:05pm, even before Scott has arrived at the WVSP Morgantown Detachment.

**09/16/2013** – Scott loses his badge, gun, and law enforcement powers due to the arrest. Scott is re-assigned and loses out on promotional and transfer opportunities

14

which, over the course of his career and retirement pension, will result in the loss of hundreds of thousands of dollars.

**09/20/2013** - Family Court Judge Minor issues a modification order in which he writes, in part, "The Court was somewhat dismayed at the arrest of the Father on the day of the hearing on September 13, 2013. While the Court in no way condones any potential criminal behavior on anyone's part, **the Court has to believe the timing of the arrest represented primarily a strategic decision to gain advantage in this case.** In that regard, the Court notes the **Father's communications at issue occurred over several months with no apparent effort by the Mother to seek assistance from this Court or any other judicial body until the time of the hearing.** This Court almost certainly would have been willing to enjoin such communications by the Father if the Mother had raised the issue at any time." **Ellen loses primary custody of** ▮

**09/21/2013** - Ellen and Scott separately attend their children's school function at Morgantown Learning Academy. Ellen engages Scott in conversation. Ellen tells Scott she was shocked to learn WVSP had arrested him. Ellen apologizes. **Ellen takes both Scott and** ▮ **by the hand and walks around the school gymnasium together.** Later, Ellen approaches Scott's seated elderly mother, kisses her on the cheek and says, "I love you."

**10/07/2013** – Emergency Hearing in Family Court. Hearing requested by Guardian ad Litem. **Ellen is held in contempt of court for violating Judge Minor's order against exposing** ▮ **to Kenny Ice. Ellen willfully violated the Court's orders less than a week after they had been issued.** Judge Minor expresses frustration with Ellen and says to her, "I don't understand you." Ellen is now restricted to four hours of visitation with ▮ each week, directly under the supervision of an independent adult monitor.

**10/22/2013** - Ellen and Scott attend first Family Court-ordered joint counseling session with Terry Laurita Sigley.

When Scott suggests it is important for Laurita Sigley to have the benefit of CCL's findings, Ellen reaches for her cell phone and says she needs to leave and call her attorney because she doesn't feel safe. "I'm sorry, but I don't feel safe."* Ellen repeats that phrase to Laurita Sigley on more than one occasion: "I'm sorry, but I don't feel safe." Laurita Sigley tells Ellen that while she *says* she feels unsafe, her behaviors today don't indicate that she genuinely feels unsafe. Laurita Sigley assures Ellen she is in a safe environment, and convinces her to stay for the session.

*Note: one of the many manifestations of Borderline Personality Disorder is paranoia.

**11/22/2013** - Ellen and Scott attend second joint counseling session with Terry Laurita Sigley.

15

During the session, Scott asks Ellen why she wanted him to lose his job. Ellen says she never wanted Scott to lose his job. Ellen says she knows if Scott loses his job it will negatively affect both her and the children. Scott tells Ellen ▓▓▓▓ came to him last fall to share a telephone conversation he overheard in which Ellen said she was trying to get Scott fired. Ellen admits she made the remark, but says it was an "off the cuff" remark to Kenny Ice. Scott reminds Ellen of the text message in which she writes she has the "upper hand in ruining (Scott's) career." Scott tells Ellen that Kenny Ice said one of Ellen's goals was to get Scott fired. Scott reminds Ellen she filed criminal charges against Scott.

**Ellen says she did NOT initiate the criminal proceedings against Scott. Ellen says she didn't go to the police about Scott. Rather, Ellen says, the police sought her out. Ellen says these words: "The police came to me because they were worried about me."** Ellen says the FBI has also initiated an investigation into Scott because Scott is dangerous.

**Ellen says that every day during the summer of 2013, she made sure to dress nicely and have the house cleaned because she was waiting for FBI agents to appear at her home and arrest her for stealing FBI-issued property.**

**12/02/2013** - Initial Court hearing before Magistrate Judge Hershel R. Mullins. Before the hearing, defense attorney J. Michael Benninger and Assistant Prosecutor Cindy Scott conduct a side bar with Magistrate Mullins. Cindy Scott holds up a thick statute book, waves it before the judge, and tells him (paraphrased), **"These are all the ways you can arrest someone. If you want to arrest someone, you can find a reason."** Cindy Scott then tells the judge that the **West Virginia State Police "dumped" this case in her lap.** Judge Mullins looks at Cindy Scott and says, "And now you're dumping it in my lap?" Cindy Scott responds by simply shrugging her shoulders.

**12/03/2013** - Ellen and Scott attend third joint counseling session with Terry Laurita Sigley.

Ellen says counseling sessions shouldn't focus on the past. Ellen says the past was an aberration and her behaviors were not indicative of who she really is because, she says, Scott was harassing her and she was overly stressed. According to Ellen, her bad behaviors are all Scott's fault.

After repeatedly making denials to Laurita Sigley, Ellen finally admits in this counseling session that she left the children at home alone at night on multiple occasions.

Terry Laurita Sigley informs Ellen that she (Laurita Sigley) is able to testify in court about anything Ellen or Scott say in session. Against the Court's orders, Ellen ends her participation in counseling following this session.

16

**12/27/2013** - Ellen undergoes elective surgery one week before scheduled final divorce hearing and says she must postpone the hearing for several months while she recuperates. Judge Minor is visibly angered that Ellen unilaterally scheduled an elective surgery just one week before the hearing and questions whether she did so to delay the process (Scott is financially supporting Ellen until resolution of the divorce). **Ellen falsely represents to the Court that during her surgery she suffered a stroke and lost sight in one eye. Ellen later admits under oath that she incorrectly represented to the Court the severity of her medical condition.** Ellen blames the prescription drugs she was taking for this misrepresentation.

**05/09/2014** - Divorce finalized.

**03/04/2016** - Ellen and Scott attend Family Court hearing at which Scott requests the Court unseal Dr. Christi Cooper-Lehki's custody evaluation report and testimony for use at trial. Assistant Prosecutor Gabrielle Mucciola in attendance. Mucciola argues against the release of the report and testimony, saying that the information is not pertinent to Scott's defense. Mucciola says it does not matter if Ellen never actually felt threatened or harassed, only that a "reasonable person" would feel threatened and harassed. Judge Minor asks Mucciola why the criminal case has dragged on for nearly three years. **Mucciola incorrectly replies that the case has dragged on for nearly three years because it has taken that long for investigators to review all of the messages sent from Scott to Ellen.**

17