Page 1 of 6

**From:** Ellen Costlow <ellencostlow@gmail.com>
**To:** First Sgt Michael Kief <michael.a.kief@wvsp.gov>
**Date:** 11/04/2016 09:28 PM
**Subject:** Snapshots

**Attachments:**





File: IMG_8077.PNG    Size: 48k    Content Type: image/png



●●○○○ AT&T LTE    9:09 PM    24%
ellencostlow.com

# Ellen Costlow

### About this website

This website is published by Ellen Costlow's former father-in-law. She also has attacked and slandered me, including an outrageous civil lawsuit which she dropped after I counter-sued and, I suspect, she ran out of money for attorneys. It appears she also tried to get the West Virginia State Police to target me in their sham of an "investigation".

Based on my experience, information and opinion, Ellen Costlow is mentally ill, malicious and vindictive. She attempted to cause her husband to lose his job by, in my belief and opinion, conspiring with the West Virginia State Police (WVSP) to have him arrested. The charges were later dropped by the county prosecutor. Call it a coincidence if you must: She was alleged to be sleeping with a West Virginia State Police trooper, Chris Berry.

https://mail.wvsp.gov/WorldClient.dll?Session=N71CQTT010BNH&View=Message&Pri...    2/14/2018

There is a great deal more involved in this

•●○○○ AT&T LTE   9:09 PM   ⌁ 24% 🔋⚡

ellencostlow.com

## Newsworthy:

In my belief and opinion, Ellen Costlow and the WVSP made a <u>concerted and intentional effort</u> to effect the arrest of her estranged husband. THEN someone took action to ensure it made the local 6:00 p.m. t.v. news: "FBI Agent Arrested for Harassment". I suspect that someone was the West Virginia State Police.

This matter was brought into the public domain and made newsworthy by the actions of Ellen Costlow and the West Virginia State Police. Yet nothing about HER, her actions, or her mental illness was reported by the media. Moreover, the *charges against the accused were dropped*, yet news of that dismissal has apparently *not* been broadcast or published by the media.

## Public Domain:

Ellen Costlow could have brought any complaints she had before the in-progress Family Court (where actions are generally not public) but, instead, pursued a misdemeanor criminal complaint in the public domain. It is my opinion she (and the WVSP) did so because of



## Public Domain:

Ellen Costlow could have brought any complaints she had before the in-progress Family Court (where actions are generally not public) but, instead, pursued a misdemeanor criminal complaint in the public domain. It is my opinion she (and the WVSP) did so because of her desire to cause her estranged husband to lose his job -- she wanted publicity and wanted to inflict public embarrassment and humiliation on her estranged husband. Indeed, even the Family Court judge observed that had she brought her complaint before him, he would have acted as appropriate, and he noted that *not once*, during the nearly 2-year long Family Court action, did she bring her complaint before him or any other judicial body.

## Public Service:

Ellen Costlow has been diagnosed as mentally ill; she has recruited sex partners using the public forum at craigslist's "casual encounters"; and she has hunted down the wives of several of the married men she had sex with in order to





**Ellen Costlow: "The Rendezvous"**

Ellen meets one of the men she found at craigslist's "casual encounters":



From one of Ellen Costlow's self-made sex videos (apparently made inside the truck shown above):





Page 1 of 4

**From:** Ellen Costlow <ellencostlow@gmail.com>
**To:** First Sgt Michael Kief <michael.a.kief@wvsp.gov>
**Date:** 11/04/2016 09:28 PM
**Subject:** More snapshots :(

Attachments:



From one of Ellen Costlow's self-made sex videos (apparently made inside the truck shown above):



screen capture from
IMG_8619.mov
1/15/2013

https://mail.wvsp.gov/WorldClient.dll?Session=N71CQTT010BNH&View=Message&Pri... 2/14/2018

**Troopers 00809**



File: IMG_8082.PNG    Size: 430k    Content Type: image/png

●●○○○ AT&T LTE    9:23 PM    42%

ellencostlow.com

Speaking of the accuser:
Odd, isn't it, that she calls "too many emails" harassment.
Yet she apparently had no qualms about hunting down men's wives to tell them she had sex with their husbands.

Do you detect a double standard at work here?

Oh, and the charges against the estranged husband were later dropped.

But the media didn't report *any* of this -- only the arrest of the estranged husband:"FBI agent arrested for harassment" (and it still lives on the web). That's incomplete, prejudicial, and harmful reporting, don't you think?

But in my opinion that's what Ellen Costlow and Sgt. M.A. Kief of the West Virginia State Police sought and it's why the WVSP "investigation" was a sham.

### The moral of the story:

Don't take everything the media tells you at face value, and don't trust an investigation by the West Virginia State Police which involves primarily only a mentally-ill, vindictive estranged wife.

**Ellen Costlow of West Virginia:**

https://mail.wvsp.gov/WorldClient.dll?Session=N71CQTT010BNH&View=Message&Pri...    2/14/2018

**Troopers 00810**

File: IMG_8083.PNG   Size: 141k   Content Type: image/png

Karl: The convicted child molester

●●○○○ AT&T LTE    9:23 PM    ⌁ 42% 🔋 ⚡
ellencostlow.com

### LINKS:

Anatomy of a railroad job

West Virginia State Police Complaints

Personality Disorders
(Mayo Clinic)

Liar, Liar: How the Brain Adapts to Telling Tall Tales
(Scientific American)

Adderall: similar to methamphetamine and MDMA
(ecstasy)

Research Shows Ritalin Causes Long-Term Brain Injury

**Post Postscript:**

Ellen Costlow's actions are newsworthy because she, in consort with the West Virginia State Police, undertook an action which resulted in the arrest of her estranged husband. It is the belief and opinon of this website's publisher the action was undertaken in order to publicly embarrass and humiliate him. Ellen Costlow wanted him to lose his job as an FBI agent.

It is the belief and opinion of this website publisher that the West Virginia State Police ran to the media to provide news that an FBI agent had been arrested. The charges were later dropped by the prosecutor, but the story of his arrest remains alive on the web ("FBI

File: IMG_AgentArrested.jpeg/png ") and has caused harm to the FBI agent, his family, and his reputation.

It was alleged Ellen Costlow was sleeping with West Virginia State Police (WVSP) trooper Chris Berry, and that was reported to WVSP Sgt. M.A. Kief.

Since the media failed to report the full story, and since there is a great deal more to the full story, this website has been published in the public interest. Its

Page 1 of 4

**From:** E Costlow <ellencostlow@gmail.com>
**To:** First Sgt Michael Kief <michael.a.kief@wvsp.gov>
**Date:** 03/15/2017 07:03 PM
**Subject:** Tom Ballock-again

```
The anniversary of my mother's death is Friday and as usual, Tom
Ballock is putting up new items in his websites about me. Just
thought you'd like to see he is NEVER going to stop. Lucky for me,
no one cares anymore about his lies and "public service
announcements."
```

**Attachments:**



**Ellen Costlow and Karl**

Karl's Place



"I told her the first time she met him that he was a convicted sex offender. After this initial visit, Ellen initiated contact with Taylor on her own."
(Kenny Ice)



File: IMG_0832.PNG    Size: 534k    Content Type: image/png

Page 3 of 4

Mail ••○○○ LTE 4:14 PM ✈ 🔋 83% 🔋

🔒 ellencostlow.com



"I told her the first time she met him that he was a convicted sex offender. After this initial visit, Ellen initiated contact with Taylor on her own."
(Kenny Ice)



**Karl Vincent Taylor**
Convicted Child Sex Offender

Alleged to be sleeping with a WVSP state trooper

The Rendezvous and self-made sex video

about this website

Related: West Virginia State Police Complaints

File: image2.PNG    Size: 473k    Content Type: image/png

◀ Mail •○○○○ LTE 4:15 PM ✈ 🔋 83% 🔋

🔒 ellencostlow.com



How about hanging out with a convicted child sex offender?

https://mail.wvsp.gov/WorldClient.dll?Session=N71CQTT010BNH&View=Message&Pri...  2/14/2018

**Troopers 00815**

File: images.PNG    Size: 241k    Content Type: image/png

Ellen's friend, Karl Vincent Taylor. Convicted sex offender.

### Ellen Costlow of West Virginia:

Karl: The convicted child molester

Alleged to be sleeping with a WVSP state trooper

about this website

### LINKS:

Anatomy of a railroad job

West Virginia State Police Complaints

Personality Disorders
(Mayo Clinic)

Liar, Liar: How the Brain Adapts to Telling Tall Tales
(Scientific American)

Adderall: similar to methamphetamine and MDMA
(ecstasy)

Research Shows Ritalin Causes Long-Term Brain Injury

### Post Postscript:

Ellen Costlow's actions are newsworthy because she, in consort with the West Virginia State Police, undertook an action which