# This website is not associated with the West Virginia State Police

# The Railroad Job by the WVSP & Ellen Costlow

The media reported "FBI Agent Arrested".
He was railroaded by the West Virginia State Police
and a vindictive mentally-ill wife
who was alleged to be sleeping with
West Virginia State Police trooper Chris Berry.



**The scenario:**
A mentally-ill adulterous wife, Ellen Costlow, who found men for sex trysts on craigslist's "casual encounters", filed for divorce from her husband. It was a contentious divorce which, by my estimate, burned through about $200,000. Prior to filing for divorce, she hooked up with one of the men she found on craigslist, Kenny Ice. Some 4 to 6 months later, she filed for divorce. Ellen had sex with other men, some of them married. She hunted down some of their wives and told them she had sex with their husbands (including providing proof). A court-appointed forensic psychiatrist diagnosed her with several mental illnesses. The mentally-ill, vindictive, and

malicious wife wanted to cause her husband to lose his job with the F.B.I.

### The complaint:
Ellen Costlow lodged a complaint for "harassment" with the West Virginia State Police (WVSP) because her estranged husband had sent her hundreds of emails and texts attempting to reconcile. Why did she choose the WVSP instead of, say, the county sheriff? Well, it could be because she may have been sleeping with a WVSP trooper (that was alleged by Ellen's boyfriend).

### The "investigation":
The West Virginia State Police (WVSP) initiated an "investigation" into her complaint and obtained an arrest warrant charging the estranged husband with harassment. The "investigation" involved primarily only one party: Ellen Costlow. The mentally-ill, vindictive, malicious, Ellen Costlow who wanted her husband to lose his job. The estranged husband offered to waive his rights and be interviewed. His offer was ignored.

Although the WVSP knew Ellen Costlow had misappropriated $2,000 of her husband's (government) property, and even though WVSP Sgt. M.A. Kief was informed of the allegation of trooper Chris Berry sleeping with Ellen Costlow, neither of these issues were mentioned in the report.

### The arrest:
The WVSP arrived at a Family Court hearing to arrest the estranged husband. Even the judge observed this action appeared to be calculated to influence the judge to give child custody to the wife. Interestingly, WVSP Sgt. M.A. Kief ("Cowboy Kief") met alone with Ellen Costlow at around 6 p.m. the night before the hearing. Kief was not technically in charge of the investigation but only Kief and Costlow were there -- the trooper in charge of the investigation was not present. There was supposedly a tape recorder in use to record the meeting but, curiously, the tape recorder reportedly "malfunctioned" and none of the meeting was recorded. Nor, it appears, did Cowboy Kief, on learning of the "malfunction", prepare any written notes regarding the meeting. Note: The arrest-him-in-court tactic didn't work. She was not granted custody of their children; her husband was.

### The media:
Somebody apparently ran to a local television station to let them know the WVSP had arrested an FBI agent for harassment. It is my belief and opinion this was done by Cowboy Kief or one of his WVSP sidekicks for the purpose of causing the estranged husband public embarrassment and humiliation. It also resulted in an internal F.B.I. investigation. Remember: Ellen Costlow wanted her husband to lose his job.

### The dismissal:
After finally reviewing the case, about 1-1/2 years after the arrest, the county prosecutor dismissed the charges. Cowboy Kief's railroad derailed.

**Sleeping with a WVSP trooper:**
In a Monongalia County Sheriff's Department incident report, Ellen Costlow's boyfriend (from craigslist) alleged she was sleeping with WVSP Trooper [Chris] Berry. Coincidence? I think not.

**Overlooking a felony:**
Although the WVSP were aware that Ellen Costlow had misappropriated (stole) approximately $2,000 worth of government-issued equipment (issued to her husband), it appears that issue was never investigated and no charges were pressed.

Ellen Costlow with one of the guys she picked up at craigslist:



Ellen and her boyfriend
The happy couple. Photo creation timestamp: 9/28/2012, 12:41 PM
She filed for divorce on 10/24/2012

4/17/2017    The railroad job by WVSP & Ellen Costlow | Ellen Costlow

A little more about her boyfried, Kenny Ice

Related: EllenCostlow.com







Home    Contact