UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**SCOTT T. BALLOCK**,  Case No.:  1:17-CV-52

    Plaintiff,

v.  JURY TRIAL REQUESTED

**ELLEN RUTH COSTLOW,**
**STATE TROOPER MICHAEL KIEF,**
**STATE TROOPER RONNIE M. GASKINS,**
and
**STATE TROOPER CHRIS BERRY,**

    Defendants.

### PLAINTIFF'S OPPOSITION TO TROOPER DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Ellen Ruth Costlow deposition except, p. 188, cited at page 17.

Exhibit No. 9

188

1    A.    When Monongalia County Sheriff Department
2 called me, they were concerned about my safety because
3 Tom was coming in asking for record, asking ---.
4    Q.    Yeah, you already said that.
5    A.    And so, and Freedom of Information Act was the
6 reason why.  Then when I was called in for the state
7 troopers I didn't know why.  I had no idea why when I
8 walked in there.  So when I sat down the question was do
9 you know Thomas Ballock.  So this was the second time in
10 a week being concerned about Thomas Ballock.  And at that
11 point I --- yeah, me too.  But there was a lot of strange
12 stuff going on during this time.  And this whole --- I
13 didn't know that he called and said --- alleged that I
14 was having an affair with Chris Berry.
15    Q.    You didn't know until I started asking you
16 about it?
17    A.    Right.
18    Q.    Sergeant Kief never asked you straight out have
19 you had a romantic relationship ---
20    A.    No.
21    Q.    --- with Chris Berry?
22    A.    No.  But probably because what I told them was
23 there are emails, there's anonymous stuff I think that
24 are coming from him, I'm going through a horrible