**IN THE MAGISTRATE COURT OF** _Monongalia_ **COUNTY, WEST VIRGINIA**

STATE OF WEST VIRGINIA
v

Defendant: Scott Thomas Ballock
Address: 102 New Castle Drive, Morgantown, WV 26508

Date of Birth: 09 / 03 / 68    Driver's license # WV F636388    Last four digits of SS# 4494

Case No.: 13-M31M-00741
☒ Misdemeanor
☐ Felony

## CRIMINAL COMPLAINT

I, the undersigned complainant, upon my oath or affirmation, state the following is true and correct to the best of my knowledge and belief. On or about 07 / 81 / 13 in Monongalia County, West Virginia, in violation of W.Vn. Code (cite specific section, subsection, and/or subdivision as applicable) Harassment 61-2-9a the defendant did (state statutory language of offense) (b) Any person who repeatedly harasses or repeatedly makes credible threats against another is guilty of a misdemeanor and, upon conviction thereof, shall be incarcerated in the county or regional jail for not more than six months or fined not more than one thousand dollars, or both.

I further state that this complaint is based on the following facts: Between October 2012, and July 2013, the defendant repeatedly harassed his estranged wife Ellen Ballock via e-mails and text messages. The defendant primarily utilized his personal e-mail account and his government issued e-mail account to send Ellen Ballock repeated e-mail messages. Ellen Ballock and her attorney communicated in writing to the defendant to stop contact. The defendant continued to repeatedly send e-mails and text messages to Ellen Ballock.

The defendant is/has:
☒ The victim's spouse or ex-spouse
☐ A parent or guardian of the victim
☒ A child in common with the victim
☒ Living with the victim or had lived with the victim
☐ A person who may be classified as a spouse, parent or guardian to the victim
☐ None of the above connections to the victim

Continued on attached sheet? ☐ yes ☒ no
Complainant (who appears before magistrate):
Name: Corporal R. M. Gaskins
Address: 3453 Monongahela Blvd., Morgantown, WV 26505

Phone: ( 304 ) 285 - 3200

Office or title, if any: Corporal
Cpl RM _____
Complainant Signature

On this complaint, sworn or affirmed before me and signed this date by complainant in my presence, the item(s) checked below apply:

☒ Probable cause found
☐ Summons issued
☒ Warrant issued
☐ Warrantless arrest
☐ No probable cause found

Magistrate Signature
Date: 9-12-13

☐ Return
☐ Defendant
☐ File
☐ Complainant
☐ Prosecutor

Mag. Ct. Crim. rules 3, 4
MCRCOMP
Revised 8/2008

**EXHIBIT 1**    Page 1 of 2

IN THE MAGISTRATE COURT OF _____Monongalia_____ COUNTY, WEST VIRGINIA

STATE OF WEST VIRGINIA
v.

Defendant: Scott Thomas Ballock
Address: 102 New Castle Drive, Morgantown, WV 26508
Date of Birth: 09 / 03 / 68
Driver's license #: WV F636388
Last four digits of SS# 4494

Case No.: 13 m31m 010739
☒ Misdemeanor
☐ Felony

## CRIMINAL COMPLAINT

I, the undersigned complainant, upon my oath or affirmation, state the following is true and correct to the best of my knowledge and belief. On or about 8̲5̲ /1̲3̲/ 1̲3̲ in _____Monongalia_____ County, West Virginia, in violation of W.Va. Code (cite specific section, subsection, and/or subdivision as applicable) Harassing communications by cell phones and electronic communication devices 61-3C 14a(a)(2) the defendant did (state statutory language of offense) (a) it is unlawful for any person, with the intent to harass or abuse another person, to use a computer, mobile phone, personal digital assistant or other electronic communication device to: (2) Make contact with a person after being requested by the person to desist from contacting them. (e) Any person who violates a provision of this section is guilty of a misdemeanor and, upon conviction thereof, shall be fined not more than $500 or confined in jail not more than six months, or both fined and confined.

I further state that this complaint is based on the following facts: Between May 2013, and July 2013, the defendant repeatedly harassed his estranged wife Ellen Ballock via e-mails and text messages. The defendant primarily utilized his personal e-mail account to send Ellen Ballock repeated e-mail messages. Ellen Ballock and her attorney communicated in writing to the defendant to stop contact. The defendant continued to repeatedly send e-mails and text messages to Ellen Ballock.

The defendant is/has:
☒ The victim's spouse or ex-spouse
☐ A parent or guardian of the victim
☒ A child in common with the victim
☒ Living with the victim or had lived with the victim
☐ A person who may be classified as a spouse, parent or guardian to the victim
☐ None of the above connections to the victim

Continued on attached sheet? ☐ yes ☒ no
Complainant (who appears before magistrate):
Name: Corporal R. M. Gaskins
Address: 3453 Monongahela Blvd., Morgantown, WV 26505

Phone: ( 304 ) 285 - 3200

Office or title, if any: Corporal

Complainant Signature: Cpl RM ___

On this complaint, sworn or affirmed before me and signed this date by complainant in my presence, the item(s) checked below apply:
☒ Probable cause found
☐ Summons issued
☒ Warrant issued
☐ Warrantless arrest
☐ No probable cause found

Magistrate Signature
Date: 9-2-13

☐ Return
☐ Defendant
☐ File
☐ Complainant
☐ Prosecutor