IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT

OF WEST VIRGINIA

* * * * * * * *

SCOTT T. BALLOCK,                *

    Plaintiff           *   Case No.

    vs.                 *   1:17-CV-52

ELLEN RUTH COSTLOW,    *

STATE TROOPER MICHAEL  *

KIEF, STATE TROOPER    *

RONNIE M. GASKINS,     *

STATE TROOPER CHRIS    *

BERRY,                 *

    Defendants          *

* * * * * * * *

DEPOSITION OF

MICHAEL KIEF

May 28, 2019

Any reproduction of this transcript is prohibited without

authorization by the certifying agency.

Sargent's Court Reporting Service, Inc.
1-800-727-4349

**EXHIBIT 4**

59

---

2    ATTORNEY CROOKS:  We can go back on the

3  record.

4  BY ATTORNEY CROOKS:

5    Q.    Okay.

6        Just before we took our short break, we were

7  talking about a timeframe that we'll probably be able to

8  pin down more precisely by reference to the voluminous

9  document productions that have been made.

10        But doing the best we can from memory, it

11  sounds like you --- you heard from Tom Ballock, Senior by

12  his way of calling --- asking for the person in charge at

13  the barracks.  Got you.  He complained about Chris Berry.

14        And then you got in touch with Trooper Berry,

15  talked to him.  He denied the relationship with Ellen

16  Ruth Costlow.  You looked at his cell phone.  Can't

17  remember exactly what you found, but you're confident

18  that you certainly didn't find anything that prompted you

19  to act further on that particular inquiry.

20        Have I summed all that up correctly?

21    A.    Correct.  Yes, sir.

22    Q.    Okay.

23        Did you do anything else at that point to

24  investigate Tom Ballock, Senior's complaint about Trooper

60

1    Berry?

2         A.    Yes, sir.

3         Q.    What did you do?

4         A.    Called Ms. Costlow.

5         Q.    All right.

6               How'd you --- how'd you know how to get in

7    touch with her?  Did Tom Ballock give you that

8    information, or ---?

9         A.    I don't remember how I found that out.  No,

10   sir, I don't remember that.

11        Q.    Didn't get it off Trooper Berry's phone, did

12   you?

13        A.    I doubt that, sir.  I don't remember how I got

14   her --- her phone information.

15        Q.    Okay.

16              Well, you can't say for sure that there wasn't

17   communication between Trooper Berry and Ellen Costlow, so

18   it's possible you did get it from his phone?

19        A.    Again, I don't know, sir.

20        Q.    All right.

21              So tell me about this.  Did you go to see her?

22   Did she come to see you?  Did you just talk over the

23   phone?  How did this go down?

24        A.    I --- I called her on the phone, had a

61

1    conversation with her on the phone.

2        Q.    Okay.

3              Walk me through what you remember about that.

4        A.    I told her why I was calling.  She --- she got

5    upset and denied any affair with Trooper Berry.  And she

6    made the comment --- a comment about --- and I don't know

7    exactly word for word, but she made the comment she was

8    being harassed.

9        Q.    By whom?

10       A.    I don't believe she even said that, sir.  I

11   don't remember the whole gist of the conversation.  Being

12   wronged, though.

13             She asked if she could come into the state

14   police barracks to talk to me.  I said, well, sure if you

15   have a complaint you would like to make or --- or talk to

16   me, that's fine.  So she came in.

17       Q.    Have you told me everything you can recall

18   about your first telephone discussion with her?

19       A.    No, sir.  That's about the --- the vague ---

20   the vague memory I have of it.

21       Q.    Did you make notes of your conversation with

22   Tom Ballock, Senior, your discussion with Trooper Berry,

23   and your phone call with Ellen Ruth Costlow?

24       A.    I believe I jotted a few things down talking to

106

1    Gaskins of the Morgantown Detachment.

2         Q.   Okay.

3              And who's it from?

4         A.   Captain Merrill.

5         Q.   Okay.

6              And what was Captain Merrill instructing

7    Corporal --- then Corporal Gaskins?

8         A.   To open up an investigation.

9         Q.   So the fair implication here is that Exhibit 4

10   occurred because it was instigated by Exhibit 3?  In

11   other words, you asked Captain Merrill for authority and

12   he granted it.  And he personally directed Corporal

13   Gaskins to open the investigation?

14        A.   Correct.

15        Q.   All right.

16             And the reason this echelon of authority at the

17   state police was directly involved here is because there

18   was an FBI agent at issue.

19             True?

20        A.   Yes, sir.

21        Q.   Did you make any contact with the FBI in the

22   course of your investigating?

23        A.   During the course of the whole ---?

24        Q.   Prior to the time that my client was arrested

107

1   on September 13th, 2013, did you contact the FBI?

2        A.    I --- I do not know, sir.  I cannot remember

3   who contacted the FBI.

4        Q.    All right.

5              I take it by your answer that you're satisfied

6   that there was somebody at the state police who contacted

7   the FBI about Scott Ballock prior to his arrest on

8   September 13, 2013?

9        A.    Correct.

10       Q.    What was the point of that contact?

11       A.    Twofold, to let the agency that he was hired

12  under know that there was a criminal investigation being

13  conducted, and two, professional courtesy.

14       Q.    Did you direct someone to make that contact?

15       A.    I do not remember that, sir.

16       Q.    Would corporal Gaskins have had the authority

17  to contact the FBI for the two purposes that you just

18  identified?

19       A.    Yes, sir.

20       Q.    Okay.

21             Who was in charge of the investigation,

22  Corporal Gaskins?

23       A.    He was the investigating officer, sir.

24       Q.    Okay.