IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT

OF WEST VIRGINIA

\* \* \* \* \* \* \* \*

| | |
|---|---|
| SCOTT T. BALLOCK, | \* |
|    Plaintiff | \*  Case No. |
|    vs. | \*  1:17-CV-52 |
| ELLEN RUTH COSTLOW | \* |
| STATE TROOPER MICHAEL KIEF, | \* |
| STATE TROOPER RONNIE M. GASKINS, | \* |
| STATE TROOPER CHRIS BERRY, | \* |
|    Defendants | \* |

\* \* \* \* \* \* \* \*

DEPOSITION OF

TROOPER CHRIS BERRY

May 29, 2019

Any reproduction of this transcript is prohibited without authorization by the certifying agency.

Sargent's Court Reporting Service, Inc.
1-800-727-4349

**EXHIBIT 4**

28

1   phone call was just more when --- what's going on?
2   What's this all about?
3           And you know, he told me he said, well, there's
4   mention you have an affair.  And I just --- I laughed
5   about it, because I couldn't figure out where that came
6   from.
7           But now after seeing this report, I can see ---
8   and after hearing all the testimonies I can see why now.
9       Q.   Do you know Kenny Ice?
10      A.   Never met him.
11      Q.   Okay.
12           So you talked with Sergeant Kief on the phone.
13  You followed up with an in-person discussion, during
14  which you showed him your phone.
15           Does that cover everything that ever passed
16  between you and Sergeant Kief concerning Ellen Ballock?
17      A.   Yes, sir.  It was all done --- it was like a
18  couple days after it, because I was on days off when he
19  contacted me.
20      Q.   Uh-huh (yes).  Okay.
21           So have you, to your knowledge, had any
22  communication with Ellen Ballock, now Ellen Costlow, of
23  any kind?
24      A.   After this case?