IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT

OF WEST VIRGINIA

* * * * * * *

| | |
|---|---|
| SCOTT T. BALLOCK, | * |
|    Plaintiff | *  Case No. |
|    vs. | *  1:17-CV-52 |
| ELLEN RUTH COSTLOW, | * |
| STATE TROOPER MICHAEL | * |
| KIEF, STATE TROOPER | * |
| RONNIE M. GASKINS, | * |
| STATE TROOPER CHRIS | * |
| BERRY, | * |
|    Defendants | * |

* * * * * * *

DEPOSITION OF

MICHAEL KIEF

May 28, 2019

Any reproduction of this transcript is prohibited without authorization by the certifying agency.

Sargent's Court Reporting Service, Inc.
1-800-727-4349

**EXHIBIT 5**

59

1                          ---
2              ATTORNEY CROOKS:  We can go back on the
3    record.
4    BY ATTORNEY CROOKS:
5         Q.    Okay.
6               Just before we took our short break, we were
7    talking about a timeframe that we'll probably be able to
8    pin down more precisely by reference to the voluminous
9    document productions that have been made.
10              But doing the best we can from memory, it
11   sounds like you --- you heard from Tom Ballock, Senior by
12   his way of calling --- asking for the person in charge at
13   the barracks.  Got you.  He complained about Chris Berry.
14              And then you got in touch with Trooper Berry,
15   talked to him.  He denied the relationship with Ellen
16   Ruth Costlow.  You looked at his cell phone.  Can't
17   remember exactly what you found, but you're confident
18   that you certainly didn't find anything that prompted you
19   to act further on that particular inquiry.
20              Have I summed all that up correctly?
21        A.    Correct.  Yes, sir.
22        Q.    Okay.
23              Did you do anything else at that point to
24   investigate Tom Ballock, Senior's complaint about Trooper

```
                                                              60
 1   Berry?
 2        A.    Yes, sir.
 3        Q.    What did you do?
 4        A.    Called Ms. Costlow.
 5        Q.    All right.
 6              How'd you --- how'd you know how to get in
 7   touch with her?  Did Tom Ballock give you that
 8   information, or ---?
 9        A.    I don't remember how I found that out.  No,
10   sir, I don't remember that.
11        Q.    Didn't get it off Trooper Berry's phone, did
12   you?
13        A.    I doubt that, sir.  I don't remember how I got
14   her --- her phone information.
15        Q.    Okay.
16              Well, you can't say for sure that there wasn't
17   communication between Trooper Berry and Ellen Costlow, so
18   it's possible you did get it from his phone?
19        A.    Again, I don't know, sir.
20        Q.    All right.
21              So tell me about this.  Did you go to see her?
22   Did she come to see you?  Did you just talk over the
23   phone?  How did this go down?
24        A.    I --- I called her on the phone, had a
```

61

1  conversation with her on the phone.
2      Q.   Okay.
3           Walk me through what you remember about that.
4      A.   I told her why I was calling.  She --- she got
5  upset and denied any affair with Trooper Berry.  And she
6  made the comment --- a comment about --- and I don't know
7  exactly word for word, but she made the comment she was
8  being harassed.
9      Q.   By whom?
10     A.   I don't believe she even said that, sir.  I
11 don't remember the whole gist of the conversation.  Being
12 wronged, though.
13          She asked if she could come into the state
14 police barracks to talk to me.  I said, well, sure if you
15 have a complaint you would like to make or --- or talk to
16 me, that's fine.  So she came in.
17     Q.   Have you told me everything you can recall
18 about your first telephone discussion with her?
19     A.   No, sir.  That's about the --- the vague ---
20 the vague memory I have of it.
21     Q.   Did you make notes of your conversation with
22 Tom Ballock, Senior, your discussion with Trooper Berry,
23 and your phone call with Ellen Ruth Costlow?
24     A.   I believe I jotted a few things down talking to

106

1   Gaskins of the Morgantown Detachment.
2        Q.   Okay.
3             And who's it from?
4        A.   Captain Merrill.
5        Q.   Okay.
6             And what was Captain Merrill instructing
7   Corporal --- then Corporal Gaskins?
8        A.   To open up an investigation.
9        Q.   So the fair implication here is that Exhibit 4
10  occurred because it was instigated by Exhibit 3?  In
11  other words, you asked Captain Merrill for authority and
12  he granted it.  And he personally directed Corporal
13  Gaskins to open the investigation?
14       A.   Correct.
15       Q.   All right.
16            And the reason this echelon of authority at the
17  state police was directly involved here is because there
18  was an FBI agent at issue.
19            True?
20       A.   Yes, sir.
21       Q.   Did you make any contact with the FBI in the
22  course of your investigating?
23       A.   During the course of the whole ---?
24       Q.   Prior to the time that my client was arrested

107

1   on September 13th, 2013, did you contact the FBI?
2        A.   I --- I do not know, sir.  I cannot remember
3   who contacted the FBI.
4        Q.   All right.
5             I take it by your answer that you're satisfied
6   that there was somebody at the state police who contacted
7   the FBI about Scott Ballock prior to his arrest on
8   September 13, 2013?
9        A.   Correct.
10       Q.   What was the point of that contact?
11       A.   Twofold, to let the agency that he was hired
12  under know that there was a criminal investigation being
13  conducted, and two, professional courtesy.
14       Q.   Did you direct someone to make that contact?
15       A.   I do not remember that, sir.
16       Q.   Would corporal Gaskins have had the authority
17  to contact the FBI for the two purposes that you just
18  identified?
19       A.   Yes, sir.
20       Q.   Okay.
21            Who was in charge of the investigation,
22  Corporal Gaskins?
23       A.   He was the investigating officer, sir.
24       Q.   Okay.