IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT

OF WEST VIRGINIA

\* \* \* \* \* \* \* \*

| | |
|---|---|
| SCOTT T. BALLOCK, | \* |
|    Plaintiff | \*  Case No. |
|    vs. | \*  1:17-CV-52 |
| ELLEN RUTH COSTLOW | \* |
| STATE TROOPER MICHAEL KIEF, | \* |
| STATE TROOPER RONNIE M. GASKINS, | \* |
| STATE TROOPER CHRIS BERRY, | \* |
|    Defendants | \* |

\* \* \* \* \* \* \* \*

TROOPER RONNIE M. GASKINS

May 29, 2019

Any reproduction of this transcript is prohibited without authorization by the certifying agency.

Sargent's Court Reporting Service, Inc.
1-800-727-4349

**EXHIBIT 7**

185

1     Q. And then likewise, the name Kenny Ice. You may
2 have recognized that name?
3     A. Right, it was through the e-mails ---
4     Q. Right.
5     A. --- that I'm --- Ellen talked about Kenny Ice.
6 At the time talking to him, I --- I initially thought it
7 was Scott, but he identified himself as Kenny. So ---.
8     Q. Okay.
9        All right.
10        No recollection as to what the argument was
11 about?
12     A. I'm sorry, I don't remember.
13     Q. Okay.
14        The fact that there was no report prepared,
15 help me with that. I mean, there was a dispatch in
16 response to a 911 call.
17        Right?
18     A. Correct.
19     Q. And that was --- that was the reason that you
20 and Trooper Horne went to the residence was because
21 somebody picked up the phone at the house and called 911.
22     A. Correct.
23     Q. And so ultimately there was no --- there was
24 nothing documented about this.

Sargent's Court Reporting Service, Inc.
1-800-727-4349

186

1           Why is that?
2      A.   I can say my --- through my career I respond to
3  many domestics, whether it was a third-party call or
4  someone in the house that just wanted somebody to leave.
5  A lot of times there's no crime committed, it's just
6  verbal.
7           And our job at that point is to ensure the
8  safety of everyone.  So if that means getting one party
9  to leave the house and separate them for the night, it's
10 what we do.
11          If there's evidence of domestic violence, then
12 we would do a report.  And in this particular case there
13 was no --- there was no evidence of a domestic violence,
14 it was just a verbal argument.
15     Q.   Okay.
16          So what I hear you saying is --- is that at
17 least in respect to domestic calls, in the absence of
18 violence, a report's not expected under the --- the way
19 the State Police operate?
20     A.   Right.  And as long as we notify them about
21 getting a protective order through Magisterial Court. we
22 give them those options if they ever need one where to
23 get one.
24     Q.   That reminds me in this case one of the