## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**SCOTT T. BALLOCK**                                      Case No.:      1:17-CV-52

        Plaintiff,

v.                                                                              JURY TRIAL REQUESTED

**ELLEN RUTH COSTLOW,**
**STATE TROOPER MICHAEL KIEF,**
**STATE TROOPER RONNIE M. GASKINS,**
and
**STATE TROOPER CHRIS BERRY,**

        Defendants.

## <u>EXHIBIT NUMBER 4</u>

Sgt. Kief's email of August 22, 2013 to Capt. Merrill, requesting authority to investigate Scott

Ballock, cited in footnote 10.

Page 1 of 2

| From: | "Kief Michael A"<br><michael.a.kief@wvsp.gov> |
|---|---|
| To: | "Merrill James H"<br><james.h.merrill@wvsp.gov> |
| Cc: | "Gaskins Ronnie M"<br><ronnie.m.gaskins@wvsp.gov> |
| Date: | 08/22/2013 02:28 PM |
| Subject: | Request to open investigation, *Expunged* t, Supervisory Special Agent, FBI, CJIS |

Captain-

Upon meeting with Ellen Ballock, estranged wife of : *Expunged* t, who is a Supervisory Special Agent in charge at CJIS, she feels she has a criminal complaint against him under WV Code 61-2-9a for harassment causing emotional distress. I also did speak with Matt Stout an associate with Ms. Ballocks attorney, Amber Sellaro. Mr. Stout has in excess of 1600 emails and 20,000 text messages from *Exp.* Ito Ms. Ballock. Some of these communications are alledged to be

https://mail.wvsp.gov/...    8/22/2013

Troopers 00024

harrassing in nature. It is my opinion that a criminal investigation be initiated and the emails and text messages be viewed for content. I also request the investigation be conducted by Corporal R. M. Gaskins.

https://mail.wvsp.gov/...     8/22/2013

**Troopers 00025**