Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT

OF WEST VIRGINIA

* * * * * * * *

| | |
|---|---|
| SCOTT T. BALLOCK, | * |
|    Plaintiff | *  Case No. |
|    vs. | *  1:17-CV-52 |
| ELLEN RUTH COSTLOW | * |
| STATE TROOPER MICHAEL KIEF, | * |
| STATE TROOPER RONNIE M. GASKINS, | * |
| STATE TROOPER CHRIS BERRY, | * |
|    Defendants | * |

* * * * * * * *

TROOPER RONNIE M. GASKINS

May 29, 2019



Any reproduction of this transcript is prohibited without

authorization by the certifying agency.

Page 62

1  A. He was higher ranked than me.
2  Q. Yeah, above your pay grade?
3  A. Right.
4  Q. Okay.
5     Well, and there were a couple of occasions that
6     Lieutenant Kief told us about yesterday in deposition,
7     where representatives from the FBI came to the barracks.
8     Were you present for either or both of those?
9  A. Both, I believe.
10 Q. Okay.
11    Let's just take them in order then.
12    The first one, what do you remember?
13 A. That was Special Agent John Hambrick.
14 Q. Yeah.
15 A. He's retired now. At the time he was in charge
16    of the Clarksburg Field Office. It's a branch of the
17    Pittsburgh Office.
18 Q. Right.
19    You knew him because from time to time the
20    State Police and the FBI interact.
21    Right?
22 A. I worked with him quite a bit when we were
23    working the Skylar Neese investigation.
24 Q. Okay.

Page 63

1  A. So he, I believe, was instructed by his
2     supervisors in Pittsburgh to meet with us to go over the
3     case, what we had. And he was interested in seeing the
4     content that was on the disk.
5  Q. Okay.
6  A. We checked with Ms. Scott, if that would be
7     okay if he could look at that. And she did not object.
8     Then he started going through the different
9     types of e-mails on the disk.
10 Q. Did he make copies or take --- take anything
11    with him?
12 A. She --- she --- Ms. Scott was fine if he had a
13    copy of the disk. So he did have a disk when he left.
14 Q. All right.
15    Conversation, you know, what conversation did
16    you either have or bear witness to during the time that
17    Agent Hamrick was in the detachment looking at the
18    investigation file?
19 A. I don't recall exactly what all was said. I
20    don't think he was allowed to discuss with us what was
21    happening internally with the FBI, so ---.
22 Q. Okay.
23 A. But I don't recall exactly what all was said or
24    who said what.

Page 64

1  Q. All right.
2     Now, in order to try and get some idea of when
3     this happened, let me ask you, did the investigation file
4     include all of this Tom Ballock website material at that
5     point? Or was it pretty much limited to what you
6     addressed in your report of September 18, 2013?
7  A. I believe Agent Hambrick was made aware of that
8     website, I believe.
9  Q. Okay.
10    I appreciate that answer, but ---
11 A. I don't know if it was ---.
12 Q. Do you know if any of this same stuff that
13    we're looking at here right now related to the website
14    --- I mean, there's probably more stuff in here about the
15    website than there is about the original --- the original
16    e-mails.
17    Right?
18 A. I think it was more of what was on the disk,
19    the content that she provided us.
20 Q. All right. That would be the disk that her
21    lawyer made?
22 A. Correct.
23 Q. That disk that the divorce lawyer provided,
24    that was the primary focus of Agent Hambrick's interest?

Page 65

1  A. Correct.
2  Q. Hambrick, that's H-A-M-R-I-C-K (sic)?
3  A. H-A-M-B-R-I-C-K.
4  Q. B-R. Okay. H-A-M-B-R-I-C-K. Okay.
5     So did Sergeant --- pardon me.
6     Did Agent Hambrick make any comment to you or
7     in your presence during that first visit as to the
8     respect to the probable impact all this would have on
9     Scott Ballock's employment with the FBI?
10 A. To the best of my recollection, it wasn't for
11    him to decide. And the final outcome --- he had to
12    report to his supervisor in Pittsburgh. And I think they
13    had to report their findings to the main office in D.C.
14    So he didn't really elaborate a lot on FBI's
15    internal investigations or what the outcome of that would
16    be, because he had no say-so in that. He couldn't
17    speculate.
18 Q. Okay.
19    I see at Troopers' 402 a document, dated
20    April 11, 2016, addressed to SSRA James Herman, FBI,
21    Clarksburg, from Sergeant MA Kief, transmitting the next
22    four pages which would be Troopers' 403 through Troopers'
23    405, I guess.
24    I'm guessing the transmission --- the cover