```
                UNITED STATES DISTRICT COURT              FILED
              NORTHERN DISTRICT OF WEST VIRGINIA
                                                       AUG 14 2019
SCOTT T. BALLOCK,
                                                    U.S. DISTRICT COURT-WVND
        Plaintiff,                                    CLARKSBURG, WV 26301

v.                                    CIVIL ACTION NO.: 1:17CV52
                                             (Judge Keeley).

ELLEN RUTH COSTLOW,
STATE TROOPER MICHAEL KIEF,
STATE TROOPER RONNIE M.
GASKINS, AND STATE TROOPER
CHRIS BERRY,

        Defendants.
```

## ORDER GRANTING MOTION TO SEAL EXHIBIT

Pending before the Court is the motion of defendant Ellen Ruth Costlow to seal Exhibit 7 attached to *Reply of Defendant Ellen Ruth Costlow to Plaintiff's Response to Costlow's Motion for Summary Judgment* (Doc. 131) on the grounds that the Exhibit contains a medical record, required to be sealed under the August 4, 2004 Amendments to the E-Government Act of 2002.

For good cause shown, the Court GRANTS the motion and ORDERS Exhibit 7 attached to Doc. 131 to be SEALED.

The Court directs the Clerk to transmit copies of this Order to counsel of record.

DATED: 8/14, 2019

/s/ Irene M. Keeley
IRENE M. KEELEY
UNITED STATES DISTRICT JUDGE