# Economic Losses of Scott Ballock

### by Clifford B. Hawley, Ph.D.

### March 25th, 2019

note: This is a preliminary report and is subject to change based upon new or corrected information and/or changed circumstances.

**EXHIBIT 2**

# Economic Losses of Scott Ballock

# by Clifford B. Hawley, Ph.D.

## I. Introduction

I have been asked by attorney Charles Crooks to estimate the economic losses of Scott Ballock. Mr. Ballock had worked for the federal government since September of 1994 and as an agent of the Federal Bureau of Investigation (FBI) since June of 2003. He was terminated from his employment with the FBI on September 26, 2017.

In preparing this report I have reviewed and relied on the following case information:

1. Third Amended Complaint.
2. Plaintiff's Responses to Trooper Defendants' First Set of Interrogatories.
3. Scott Ballock's Resume.
4. Ballock W-2 information 2012-2018.
5. Information supplied to me by Mr. Ballock in response to my "Wrongful Termination Checklist."

I estimate Scott Ballock's economic losses to date to be $238,690. In addition, I estimate that the present value of future economic losses exclusive of lost pension benefits is from $1,057,349 to $1,200,449. Also, I estimate that his pension losses are $655,353. Thus economic losses in total here range from $1,951,392 to $2,094,492. Table 7 is a summary table.

Each section below describes the bases for these estimates and the tables attached provide the supporting calculations. All sums in this report are rounded to the nearest dollar.

## II. Earnings & Benefits Losses to Date

Scott Ballock was born September 3, 1968. He is fifty years old. He is Caucasian. He

holds a masters degree in criminal justice from Indiana University. He has a life expectancy per government life tables of 29.9 years. Equivalently he can be expected to live into his eightieth year and into late July of 2048.

At the time of his termination Scott Ballock had a pay grade of GS 14-6. As an agent for the FBI he received a twenty-five percent supplement to compensate for being on call 24/7. In August of 2018 Scott Ballock could have anticipated moving to a GS 14-7. Table 1 shows his earnings absent termination to the present. The present or "to date" here is defined as mid-2019. 2019 earnings include a 1.9 percent raise.

Economic losses not only include earnings losses but also losses of benefits. One way to value these is at employer cost. In a Congressional Budget Office Working Paper (2012-4) Justin Falk ("Comparing Benefits and Total Compensation in the Federal Government and the Private Sector") finds that the benefits of health insurance, defined contribution retirement benefits, and legally mandated benefits average 29.8 percent of wages in the federal sector. I use this as the benefit rate for Ballock's federal employment. I exclude consideration of defined benefit costs since pension losses will considered explicitly below. Table 1 shows the supporting calculations.

Table 2 shows earnings and benefits to date with termination. The 2017 and 2018 entries use W-2 earnings information. The 2019 entry is based on an annual salary of $55,000 plus a $2,500 bonus. I value benefits given termination at twenty-seven percent of earnings. This is the U.S. average. Data from the U.S. Department of Labor's Bureau of Labor Statistics (*Employer Costs for Employee Compensation – September 2018*, USDL-18-1941, December 2018) show that the benefits of insurances, retirement, and legally required benefits average twenty-seven percent of the earnings for work, paid leave, and supplementary pay.

2

The difference between the totals in Table 1 and Table 2 is Scott Ballock's earnings and benefit losses to date. These are $238,690.

### III. The Present Value of Future Earnings and Benefits Losses

Next, I estimate the present value of future earnings and benefits losses to age 65. Table 3 reports the present value of earnings and benefits absent termination. Scott Ballock could anticipate moving to a GS 14-8 in August of 2021 and to a GS 14-9 three years later. The table is constructed assuming a retirement from the FBI at the end of September 2025 at the age of fifty-seven. It also assumes yearly increases of 1.7% in the salary schedule.

After retiring from federal employment one may still work in the private sector or find state or local public employment. The table assumes that he could find employment at the equivalent of $100,000 today in 2019 with this sum growing with inflation by two percent each year. In this non-federal employment I take benefits at twenty-seven percent.

It should be noted that for now I have not assumed any promotion for Scott Ballock. Nor have I included any earnings for holiday work. Finally for now, I have not included bridge payments that absent termination Scott Ballock would have received. These are payments made between the FBI agent's retirement date and age 62 and are based on the agent's future Social Security benefits. The dollar value of these bridge payments is not inconsequential.

Table 4 reports the present value of earnings and benefits with termination. These are based on Scott Ballock's current annual salary plus expected bonus and totals $57,500. These earnings are increased at two percent per year. As before, benefits are taken to be twenty-seven percent of wages. To calculate the present value of future earnings and benefits in both Table 3 and Table 4, I use a discount or interest rate of three percent.

3

The difference between the accumulated present values in Table 3 and Table 4 is the present value of future economic losses to age 65 and is $1,200,449. I also provide a second and lower estimate only to age 62. In this instance the present value of future losses to age 62 is $1,057,349.

### IV. Lost Pension Income

Absent termination Scott Ballock could have expected to receive a pension beginning at age fifty-seven and with thirty-one years of credited service. With termination his pension will begin at age sixty and he will have only twenty-three years of credited service. Each pension is based on a "High-3 average," i.e., the average of the highest three years of earnings. The pension is calculated as that average multiplied by 1.7 percent times years of service up to 20 years plus the High-3 average times one percent multiplied by the years of service that exceed twenty years.

As Table 5 and Table 6 show, absent termination Scott Ballock could expect a pension of $79,758 per year and with termination a pension of $53,331 per year.

The tables are carried out to life expectancy. I use a one percent net discount or net interest rate to bring sums to present value.

The difference between the present value totals in Tables 5 and 6 is the estimate of Scott Ballock's pension losses. These losses are $655,353.

### V. Summary and Conclusion

In conclusion, Scott Ballock's losses to date are $238,690. I estimate that his future earnings and benefits losses in present value range from $1,057,349 to $1,200,449. I calculate that his pension losses are in total, $655,353. Thus I estimate that Scott Ballock's economic

4

losses are from $1,951,392 to $2,094,492.

Based on the information provided to me at this date and the assumptions contained within this report, it is my opinion that the estimates here of Scott Ballock's economic losses are accurate to a reasonable degree of economic certainty.

Respectfully submitted,

*Clifford B. Hawley, Ph.D.*

Clifford B. Hawley, Ph.D.
Clifford B Consulting LLC

## TABLE 1

## EARNINGS AND BENEFITS

## TO DATE

## ABSENT EMPLOYMENT TERMINATION

## SCOTT BALLOCK

| YEAR | EARNINGS ABSENT TERMINATION | BENEFITS ABSENT TERMINATION | EARN + BEN ABSENT TERMINATION |
|---|---|---|---|
| 2017 | $36,973 | $11,018 | $47,990 |
| 2018 | $151,795 | $45,235 | $197,030 |
| 2019 | $78,799 | $23,482 | $102,281 |
| SUMS: | $267,567 | $79,735 | $347,301 |

## TABLE 2

## EARNINGS AND BENEFITS

## TO DATE

## WITH EMPLOYMENT TERMINATION

## SCOTT BALLOCK

| YEAR | EARNINGS WITH TERMINATION | BENEFITS WITH TERMINATION | EARN + BEN WITH TERMINATION |
|---|---|---|---|
| 2017 | $3,197 | $863 | $4,060 |
| 2018 | $53,574 | $14,465 | $68,039 |
| 2019 | $28,750 | $7,763 | $36,513 |
| SUMS: | $85,521 | $23,091 | $108,611 |

## TABLE 3

### PRESENT VALUE OF FUTURE EARNINGS AND BENEFITS

### ABSENT EMPLOYMENT TERMINATION

### SCOTT BALLOCK

| YEAR | EARNINGS ABSENT TERMINATION | BENEFITS ABSENT TERMINATION | EARN + BEN ABSENT TERMINATION | PRES. VAL. EARN + BEN | ACCUM EARN + BEN PRES. VAL | |
|---|---|---|---|---|---|---|
| 2019 | $78,799 | $23,482 | $102,281 | $101,528 | $101,528 | |
| 2020 | $160,276 | $47,762 | $208,039 | $201,979 | $303,507 | |
| 2021 | $164,510 | $49,024 | $213,535 | $201,277 | $504,784 | |
| 2022 | $170,377 | $50,772 | $221,149 | $202,383 | $707,167 | |
| 2023 | $173,274 | $51,636 | $224,909 | $199,829 | $906,996 | |
| 2024 | $177,807 | $52,986 | $230,793 | $199,084 | $1,106,080 | |
| 2025 | $166,198 | $48,364 | $214,562 | $179,692 | $1,285,772 | |
| 2026 | $114,869 | $31,015 | $145,883 | $118,616 | $1,404,388 | |
| 2027 | $117,166 | $31,635 | $148,801 | $117,465 | $1,521,853 | |
| 2028 | $119,509 | $32,267 | $151,777 | $116,324 | $1,638,177 | |
| 2029 | $121,899 | $32,913 | $154,812 | $115,195 | $1,753,372 | |
| 2030 | $124,337 | $33,571 | $157,909 | $114,076 | $1,867,449 | $1,830,057 =age 62 |
| 2031 | $126,824 | $34,243 | $161,067 | $112,969 | $1,980,418 | |
| 2032 | $129,361 | $34,927 | $164,288 | $111,872 | $2,092,290 | |
| 2033 | $88,698 | $23,949 | $112,647 | $74,473 | $2,166,763 | |

## TABLE 4

### PRESENT VALUE OF FUTURE EARNINGS AND BENEFITS

### WITH EMPLOYMENT TERMINATION

### SCOTT BALLOCK

| YEAR | EARNINGS WITH TERMINATION | BENEFITS WITH TERMINATION | EARN + BEN WITH TERMINATION | PRES. VAL. EARN + BEN | ACCUM EARN + BEN PRES. VAL | |
|---|---|---|---|---|---|---|
| 2019 | $28,750 | $7,763 | $36,513 | $36,244 | $36,244 | |
| 2020 | $58,650 | $15,836 | $74,486 | $72,316 | $108,560 | |
| 2021 | $59,823 | $16,152 | $75,975 | $71,614 | $180,174 | |
| 2022 | $61,019 | $16,475 | $77,495 | $70,919 | $251,092 | |
| 2023 | $62,240 | $16,805 | $79,045 | $70,230 | $321,322 | |
| 2024 | $63,485 | $17,141 | $80,626 | $69,548 | $390,871 | |
| 2025 | $64,754 | $17,484 | $82,238 | $68,873 | $459,744 | |
| 2026 | $66,049 | $17,833 | $83,883 | $68,204 | $527,948 | |
| 2027 | $67,370 | $18,190 | $85,560 | $67,542 | $595,490 | |
| 2028 | $68,718 | $18,554 | $87,272 | $66,886 | $662,377 | |
| 2029 | $70,092 | $18,925 | $89,017 | $66,237 | $728,614 | |
| 2030 | $71,494 | $19,303 | $90,797 | $65,594 | $794,208 | $772,707 =age 62 |
| 2031 | $72,924 | $19,689 | $92,613 | $64,957 | $859,165 | |
| 2032 | $74,382 | $20,083 | $94,466 | $64,326 | $923,491 | |
| 2033 | $51,002 | $13,770 | $64,772 | $42,822 | $966,313 | |
| SUMS: | $940,753 | $254,003 | $1,194,756 | $966,313 | | |

## TABLE 5

## PRESENT VALUE OF PENSION ABSENT TERMINATION

## SCOTT BALLOCK

| AGE 9/3 | YEAR | ANNUAL PENSION | PRES VAL ANNUAL PENSION | ACCUM PRES VAL PENSION |
|---|---|---|---|---|
| 57 | 2025 | $19,939 | $18,784 | $18,784 |
| 58 | 2026 | $79,758 | $74,392 | $93,175 |
| 59 | 2027 | $79,758 | $73,655 | $166,830 |
| 60 | 2028 | $79,758 | $72,926 | $239,756 |
| 61 | 2029 | $79,758 | $72,204 | $311,960 |
| 62 | 2030 | $79,758 | $71,489 | $383,449 |
| 63 | 2031 | $79,758 | $70,781 | $454,230 |
| 64 | 2032 | $79,758 | $70,080 | $524,310 |
| 65 | 2033 | $79,758 | $69,386 | $593,696 |
| 66 | 2034 | $79,758 | $68,699 | $662,395 |
| 67 | 2035 | $79,758 | $68,019 | $730,415 |
| 68 | 2036 | $79,758 | $67,346 | $797,760 |
| 69 | 2037 | $79,758 | $66,679 | $864,439 |
| 70 | 2038 | $79,758 | $66,019 | $930,458 |
| 71 | 2039 | $79,758 | $65,365 | $995,823 |
| 72 | 2040 | $79,758 | $64,718 | $1,060,541 |
| 73 | 2041 | $79,758 | $64,077 | $1,124,618 |
| 74 | 2042 | $79,758 | $63,443 | $1,188,061 |
| 75 | 2043 | $79,758 | $62,815 | $1,250,875 |
| 76 | 2044 | $79,758 | $62,193 | $1,313,068 |
| 77 | 2045 | $79,758 | $61,577 | $1,374,645 |
| 78 | 2046 | $79,758 | $60,967 | $1,435,612 |
| 79 | 2047 | $79,758 | $60,364 | $1,495,975 |
| 80 | 2048 | $46,525 | $34,863 | $1,530,839 |
| | SUM: | $1,821,136 | $1,530,839 | |

## TABLE 6

## PRESENT VALUE OF PENSION WITH TERMINATION

## SCOTT BALLOCK

| AGE 9/3 | YEAR | ANNUAL PENSION | PRES VAL ANNUAL PENSION | ACCUM PRES VAL PENSION |
|---|---|---|---|---|
| 60 | 2028 | $13,333 | $12,191 | $12,191 |
| 61 | 2029 | $53,331 | $48,280 | $60,470 |
| 62 | 2030 | $53,331 | $47,802 | $108,272 |
| 63 | 2031 | $53,331 | $47,328 | $155,600 |
| 64 | 2032 | $53,331 | $46,860 | $202,460 |
| 65 | 2033 | $53,331 | $46,396 | $248,856 |
| 66 | 2034 | $53,331 | $45,936 | $294,793 |
| 67 | 2035 | $53,331 | $45,482 | $340,274 |
| 68 | 2036 | $53,331 | $45,031 | $385,306 |
| 69 | 2037 | $53,331 | $44,585 | $429,891 |
| 70 | 2038 | $53,331 | $44,144 | $474,035 |
| 71 | 2039 | $53,331 | $43,707 | $517,742 |
| 72 | 2040 | $53,331 | $43,274 | $561,016 |
| 73 | 2041 | $53,331 | $42,846 | $603,862 |
| 74 | 2042 | $53,331 | $42,422 | $646,284 |
| 75 | 2043 | $53,331 | $42,002 | $688,285 |
| 76 | 2044 | $53,331 | $41,586 | $729,871 |
| 77 | 2045 | $53,331 | $41,174 | $771,045 |
| 78 | 2046 | $53,331 | $40,766 | $811,811 |
| 79 | 2047 | $53,331 | $40,363 | $852,174 |
| 80 | 2048 | $31,110 | $23,312 | $875,486 |
| | SUM: | $1,057,728 | $875,486 | |

# TABLE 7

## SUMMARY

## ECONOMIC LOSSES

## SCOTT BALLOCK

|  | Age 62 | AGE 65 |
|---|---|---|
| TO DATE: | $238,690 | $238,690 |
| PV-FUTURE: | $1,057,349 | $1,200,449 |
| PENSION LOSSES: | $655,353 | $655,353 |
| TOTAL: | $1,951,392 | $2,094,492 |

# Appendix

|      | Salary        |              |              |              |              |              |
|------|---------------|--------------|--------------|--------------|--------------|--------------|
|      | GS 14-6       | GS 14-7      | GS 14-8      | GS 14-9      | post-FBI     | Annual Pay   |
| 2017 | $147,890.00   |              |              |              |              | $147,890.00  |
| 2018 | $150,363.75   | $154,658.75  | $158,955.00  | $163,251.25  |              | $151,795.42  |
| 2019 |               | $157,597.27  | $161,975.15  | $166,353.02  | $100,000.00  | $157,597.27  |
| 2020 |               | $160,276.42  | $164,728.72  | $169,181.03  | $102,000.00  | $160,276.42  |
| 2021 |               | $163,001.12  | $167,529.11  | $172,057.10  | $104,040.00  | $164,510.45  |
| 2022 |               |              | $170,377.11  | $174,982.07  | $106,120.80  | $170,377.11  |
| 2023 |               |              | $173,273.52  | $177,956.77  | $108,243.22  | $173,273.52  |
| 2024 |               |              | $176,219.17  | $180,982.03  | $110,408.08  | $177,806.79  |
| 2025 |               |              |              | $184,058.73  | $112,616.24  | $166,198.11  |
| 2026 |               |              |              |              | $114,868.57  | $114,868.57  |
| 2027 |               |              |              |              | $117,165.94  | $117,165.94  |
| 2028 |               |              |              |              | $119,509.26  | $119,509.26  |
| 2029 |               |              |              |              | $121,899.44  | $121,899.44  |
| 2030 |               |              |              |              | $124,337.43  | $124,337.43  |
| 2031 |               |              |              |              | $126,824.18  | $126,824.18  |
| 2032 |               |              |              |              | $129,360.66  | $129,360.66  |
| 2033 |               |              |              |              | $131,947.88  | $131,947.88  |

## Pension

| Absent term | | | With term | | |
|---|---|---|---|---|---|
| 2022 | $42,594 | 3 mnths | 2014 | $35,555 | 3 mnths |
| 2023 | $173,274 | | 2015 | $143,940 | |
| 2024 | $177,807 | | 2016 | $141,999 | |
| 2025 | $138,044 | 9 months | 2017 | $110,918 | 9 months |
| High 3 avg | **$177,240** | | | **$144,137** | |
| generosity= | 1.7% | | | 1.7% | |
| | 20 | | | 20 | |
| | $60,261 | | | $49,007 | |
| generosity= | 1.0% | | | 1.0% | |
| | 11 | | | 3 | |
| | $19,496 | | | $4,324 | |
| Tot ann pension | $79,758 | | Tot ann pension | $53,331 | |
| monthly | $6,646.48 | | monthly | $4,444.24 | |

# GS Locality Rates
## 2018 REST OF UNITED STATES

**2018 Locality Adjustment: 15.37%**

Official General Schedule Locality Rates for REST OF UNITED STATES
Effective from January 1, 2018 to December 31, 2018.

| GS Grade | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 | Step 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| GS-1 | $21,672 | $22,398 | $23,119 | $23,835 | $24,557 | $24,978 | $25,689 | $26,409 | $26,437 | $27,114 |
| GS-2 | $24,367 | $24,948 | $25,754 | $26,437 | $26,737 | $27,524 | $28,311 | $29,097 | $29,884 | $30,671 |
| GS-3 | $26,587 | $27,473 | $28,359 | $29,245 | $30,131 | $31,017 | $31,903 | $32,789 | $33,675 | $34,561 |
| GS-4 | $29,847 | $30,842 | $31,836 | $32,831 | $33,825 | $34,820 | $35,814 | $36,809 | $37,803 | $38,798 |
| GS-5 | $33,394 | $34,507 | $35,620 | $36,734 | $37,847 | $38,960 | $40,074 | $41,187 | $42,300 | $43,414 |
| GS-6 | $37,223 | $38,463 | $39,703 | $40,944 | $42,184 | $43,424 | $44,664 | $45,905 | $47,145 | $48,385 |
| GS-7 | $41,365 | $42,743 | $44,122 | $45,501 | $46,879 | $48,258 | $49,637 | $51,015 | $52,394 | $53,773 |
| GS-8 | $45,810 | $47,337 | $48,865 | $50,392 | $51,920 | $53,447 | $54,975 | $56,502 | $58,030 | $59,557 |
| GS-9 | $50,598 | $52,285 | $53,971 | $55,658 | $57,345 | $59,031 | $60,718 | $62,405 | $64,092 | $65,778 |
| GS-10 | $55,720 | $57,578 | $59,435 | $61,293 | $63,150 | $65,008 | $66,865 | $68,722 | $70,580 | $72,437 |
| GS-11 | $61,218 | $63,259 | $65,299 | $67,340 | $69,381 | $71,422 | $73,463 | $75,504 | $77,545 | $79,586 |
| GS-12 | $73,375 | $75,821 | $78,267 | $80,713 | $83,159 | $85,605 | $88,050 | $90,496 | $92,942 | $95,388 |
| GS-13 | $87,252 | $90,161 | $93,069 | $95,977 | $98,886 | $101,794 | $104,703 | $107,611 | $110,520 | $113,428 |
| GS-14 | $103,106 | $106,543 | $109,980 | $113,417 | $116,854 | $120,291 | $123,727 | $127,164 | $130,601 | $134,038 |
| GS-15 | $121,280 | $125,323 | $129,366 | $133,408 | $137,451 | $141,493 | $145,536 | $149,578 | $153,621 | $157,663 |

FederalPay.org

National Vital Statistics Reports, Vol. 67, No. 7, November 13, 2018    17

**Table 5. Life table for white males: United States, 2015**
Spreadsheet version available from: ftp://ftp.cdc.gov/pub/Health_Statistics/NCHS/Publications/NVSR/67_07/Table05.xlsx.

| Age (years) | Probability of dying between ages $x$ and $x+1$ $q_x$ | Number surviving to age $x$ $l_x$ | Number dying between ages $x$ and $x+1$ $d_x$ | Person-years lived between ages $x$ and $x+1$ $L_x$ | Total number of person-years lived above age $x$ $T_x$ | Expectation of life at age $x$ $e_x$ |
|---|---|---|---|---|---|---|
| 0–1 | 0.005334 | 100,000 | 533 | 99,531 | 7,657,279 | 76.6 |
| 1–2 | 0.000391 | 99,467 | 39 | 99,447 | 7,557,749 | 76.0 |
| 2–3 | 0.000243 | 99,428 | 24 | 99,416 | 7,458,302 | 75.0 |
| 3–4 | 0.000209 | 99,403 | 21 | 99,393 | 7,358,886 | 74.0 |
| 4–5 | 0.000151 | 99,383 | 15 | 99,375 | 7,259,493 | 73.0 |
| 5–6 | 0.000150 | 99,368 | 15 | 99,360 | 7,160,118 | 72.1 |
| 6–7 | 0.000135 | 99,353 | 13 | 99,346 | 7,060,757 | 71.1 |
| 7–8 | 0.000121 | 99,339 | 12 | 99,333 | 6,961,411 | 70.1 |
| 8–9 | 0.000108 | 99,327 | 11 | 99,322 | 6,862,078 | 69.1 |
| 9–10 | 0.000095 | 99,317 | 9 | 99,312 | 6,762,756 | 68.1 |
| 10–11 | 0.000090 | 99,307 | 9 | 99,303 | 6,663,444 | 67.1 |
| 11–12 | 0.000099 | 99,298 | 10 | 99,293 | 6,564,141 | 66.1 |
| 12–13 | 0.000133 | 99,289 | 13 | 99,282 | 6,464,847 | 65.1 |
| 13–14 | 0.000196 | 99,275 | 19 | 99,266 | 6,365,565 | 64.1 |
| 14–15 | 0.000283 | 99,256 | 28 | 99,242 | 6,266,300 | 63.1 |
| 15–16 | 0.000375 | 99,228 | 37 | 99,209 | 6,167,058 | 62.2 |
| 16–17 | 0.000472 | 99,191 | 47 | 99,167 | 6,067,849 | 61.2 |
| 17–18 | 0.000587 | 99,144 | 58 | 99,115 | 5,968,681 | 60.2 |
| 18–19 | 0.000722 | 99,086 | 72 | 99,050 | 5,869,567 | 59.2 |
| 19–20 | 0.000865 | 99,014 | 86 | 98,971 | 5,770,517 | 58.3 |
| 20–21 | 0.001013 | 98,928 | 100 | 98,878 | 5,671,546 | 57.3 |
| 21–22 | 0.001148 | 98,828 | 113 | 98,771 | 5,572,667 | 56.4 |
| 22–23 | 0.001252 | 98,715 | 124 | 98,653 | 5,473,896 | 55.5 |
| 23–24 | 0.001318 | 98,591 | 130 | 98,526 | 5,375,243 | 54.5 |
| 24–25 | 0.001356 | 98,461 | 133 | 98,394 | 5,276,717 | 53.6 |
| 25–26 | 0.001384 | 98,328 | 136 | 98,260 | 5,178,322 | 52.7 |
| 26–27 | 0.001417 | 98,192 | 139 | 98,122 | 5,080,063 | 51.7 |
| 27–28 | 0.001453 | 98,053 | 142 | 97,981 | 4,981,941 | 50.8 |
| 28–29 | 0.001496 | 97,910 | 146 | 97,837 | 4,883,959 | 49.9 |
| 29–30 | 0.001545 | 97,764 | 151 | 97,688 | 4,786,123 | 49.0 |
| 30–31 | 0.001596 | 97,612 | 156 | 97,535 | 4,688,435 | 48.0 |
| 31–32 | 0.001645 | 97,457 | 160 | 97,377 | 4,590,900 | 47.1 |
| 32–33 | 0.001689 | 97,296 | 164 | 97,214 | 4,493,523 | 46.2 |
| 33–34 | 0.001728 | 97,132 | 168 | 97,048 | 4,396,309 | 45.3 |
| 34–35 | 0.001761 | 96,964 | 171 | 96,879 | 4,299,261 | 44.3 |
| 35–36 | 0.001804 | 96,794 | 175 | 96,706 | 4,202,382 | 43.4 |
| 36–37 | 0.001860 | 96,619 | 180 | 96,529 | 4,105,675 | 42.5 |
| 37–38 | 0.001924 | 96,439 | 186 | 96,347 | 4,009,146 | 41.6 |
| 38–39 | 0.001997 | 96,254 | 192 | 96,158 | 3,912,800 | 40.7 |
| 39–40 | 0.002082 | 96,062 | 200 | 95,962 | 3,816,642 | 39.7 |
| 40–41 | 0.002190 | 95,862 | 210 | 95,757 | 3,720,680 | 38.8 |
| 41–42 | 0.002323 | 95,652 | 222 | 95,541 | 3,624,924 | 37.9 |
| 42–43 | 0.002472 | 95,429 | 236 | 95,312 | 3,529,383 | 37.0 |
| 43–44 | 0.002637 | 95,194 | 251 | 95,068 | 3,434,072 | 36.1 |
| 44–45 | 0.002825 | 94,943 | 268 | 94,808 | 3,339,004 | 35.2 |
| 45–46 | 0.003027 | 94,674 | 287 | 94,531 | 3,244,195 | 34.3 |
| 46–47 | 0.003266 | 94,388 | 308 | 94,233 | 3,149,664 | 33.4 |
| 47–48 | 0.003585 | 94,079 | 337 | 93,911 | 3,055,431 | 32.5 |
| 48–49 | 0.003990 | 93,742 | 374 | 93,555 | 2,961,520 | 31.6 |
| 49–50 | 0.004456 | 93,368 | 416 | 93,160 | 2,867,965 | 30.7 |
| 50–51 | 0.004938 | 92,952 | 459 | 92,722 | 2,774,805 | 29.9 |
| 51–52 | 0.005420 | 92,493 | 501 | 92,242 | 2,682,083 | 29.0 |
| 52–53 | 0.005924 | 91,992 | 545 | 91,719 | 2,589,840 | 28.2 |
| 53–54 | 0.006458 | 91,447 | 591 | 91,151 | 2,498,121 | 27.3 |
| 54–55 | 0.007023 | 90,856 | 638 | 90,537 | 2,406,970 | 26.5 |
| 55–56 | 0.007618 | 90,218 | 687 | 89,874 | 2,316,432 | 25.7 |
| 56–57 | 0.008233 | 89,531 | 737 | 89,162 | 2,226,558 | 24.9 |
| 57–58 | 0.008871 | 88,794 | 788 | 88,400 | 2,137,396 | 24.1 |
| 58–59 | 0.009538 | 88,006 | 839 | 87,586 | 2,048,996 | 23.3 |
| 59–60 | 0.010246 | 87,167 | 893 | 86,720 | 1,961,409 | 22.5 |
| 60–61 | 0.011016 | 86,274 | 950 | 85,798 | 1,874,689 | 21.7 |