# In The Matter Of:
## Scott Ballock v.
## Ellen Ruth Costlow, et al

## Scott Ballock
## April 19, 2019

### Sapphire Court Reporting LLC
204 Oak Drive
Clarksburg, WV 26301
304-476-7553
www.SapphireCR.com

Original File Scott T. Ballock.txt
Min-U-Script® with Word Index

**EXHIBIT 7**

169

1  different entity from CJIS; correct?
2      A.  Correct.  CJIS is considered a headquarters
3  division.  That's -- those are -- the RA, they're field
4  agents.
5      Q.  So the RA is in downtown Clarksburg?
6      A.  I believe so.
7      Q.  It's not at CJIS?
8      A.  It's not at CJIS.
9      Q.  And you didn't work at the resident agency?
10     A.  I did not.
11     Q.  Was the senior supervisory resident agent of
12 the resident agency in your chain of command?
13     A.  No.
14     Q.  He didn't supervise you?
15     A.  No.
16     Q.  He didn't participate in your evaluations or
17 anything like that?
18     A.  No.
19     Q.  Who was the senior supervisory agent at the
20 Clarksburg Resident Agency at that time?
21     A.  I don't know who it was.  The person who told
22 me that it happened did not mention a name.  And because
23 I didn't want to -- I didn't want any appearance of
24 impropriety, I didn't ask any questions of her when she
25 told me this information.