SALARY TABLE 2014-RUS
INCORPORATING THE 1% GENERAL SCHEDULE INCREASE AND A LOCALITY PAYMENT OF 14.16%
FOR THE LOCALITY PAY AREA OF REST OF U.S.
TOTAL INCREASE: 1%
EFFECTIVE JANUARY 2014

Annual Rates by Grade and Step

| Grade | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 | Step 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | $ 20,527 | $ 21,213 | $ 21,896 | $ 22,575 | $ 23,258 | $ 23,659 | $ 24,333 | $ 25,014 | $ 25,040 | $ 25,679 |
| 2 | 23,080 | 23,629 | 24,393 | 25,040 | 25,320 | 26,064 | 26,808 | 27,553 | 28,297 | 29,041 |
| 3 | 25,181 | 26,020 | 26,860 | 27,699 | 28,538 | 29,377 | 30,216 | 31,055 | 31,894 | 32,733 |
| 4 | 28,269 | 29,211 | 30,153 | 31,095 | 32,037 | 32,979 | 33,920 | 34,862 | 35,804 | 36,746 |
| 5 | 31,628 | 32,683 | 33,738 | 34,793 | 35,847 | 36,902 | 37,957 | 39,012 | 40,067 | 41,122 |
| 6 | 35,256 | 36,431 | 37,605 | 38,780 | 39,955 | 41,130 | 42,304 | 43,479 | 44,654 | 45,828 |
| 7 | 39,179 | 40,485 | 41,791 | 43,097 | 44,403 | 45,709 | 47,015 | 48,321 | 49,626 | 50,932 |
| 8 | 43,389 | 44,835 | 46,282 | 47,728 | 49,174 | 50,621 | 52,067 | 53,514 | 54,960 | 56,406 |
| 9 | 47,923 | 49,520 | 51,117 | 52,715 | 54,312 | 55,909 | 57,506 | 59,103 | 60,700 | 62,297 |
| 10 | 52,775 | 54,534 | 56,293 | 58,053 | 59,812 | 61,571 | 63,330 | 65,089 | 66,849 | 68,608 |
| 11 | 57,982 | 59,915 | 61,847 | 63,780 | 65,713 | 67,646 | 69,578 | 71,511 | 73,444 | 75,376 |
| 12 | 69,497 | 71,813 | 74,130 | 76,446 | 78,762 | 81,079 | 83,395 | 85,711 | 88,028 | 90,344 |
| 13 | 82,642 | 85,396 | 88,151 | 90,906 | 93,660 | 96,415 | 99,170 | 101,924 | 104,679 | 107,434 |
| 14 | 97,657 | 100,912 | 104,166 | 107,421 | 110,676 | 113,931 | 117,185 | 120,440 | 123,695 | 126,949 |
| 15 | 114,872 | 118,701 | 122,530 | 126,359 | 130,188 | 134,017 | 137,846 | 141,675 | 145,504 | 149,333 |

Applicable locations are shown on the 2014 Locality Pay Area Definitions page: http://www.opm.gov/policy-data-oversight/pay-leave/salaries-wages/2014/locality-pay-area-definitions/

**EXHIBIT 9**