**SALARY TABLE 2016-RUS**
**INCORPORATING THE 1% GENERAL SCHEDULE INCREASE AND A LOCALITY PAYMENT OF 14.35%**
**FOR THE LOCALITY PAY AREA OF REST OF U.S.**
**TOTAL INCREASE: 1.17%**
**EFFECTIVE JANUARY 2016**

*Annual Rates by Grade and Step*

| Grade | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 | Step 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | $ 20,975 | $ 21,676 | $ 22,374 | $ 23,068 | $ 23,765 | $ 24,174 | $ 24,863 | $ 25,558 | $ 25,586 | $ 26,233 |
| 2 | 23,582 | 24,144 | 24,925 | 25,586 | 25,876 | 26,638 | 27,399 | 28,161 | 28,923 | 29,684 |
| 3 | 25,731 | 26,589 | 27,446 | 28,304 | 29,162 | 30,019 | 30,877 | 31,734 | 32,592 | 33,450 |
| 4 | 28,886 | 29,849 | 30,812 | 31,774 | 32,737 | 33,700 | 34,663 | 35,626 | 36,589 | 37,551 |
| 5 | 32,318 | 33,395 | 34,472 | 35,549 | 36,626 | 37,703 | 38,781 | 39,858 | 40,935 | 42,012 |
| 6 | 36,025 | 37,225 | 38,426 | 39,627 | 40,828 | 42,028 | 43,229 | 44,430 | 45,630 | 46,831 |
| 7 | 40,033 | 41,367 | 42,702 | 44,036 | 45,371 | 46,705 | 48,040 | 49,374 | 50,709 | 52,043 |
| 8 | 44,335 | 45,812 | 47,289 | 48,767 | 50,244 | 51,722 | 53,199 | 54,676 | 56,154 | 57,631 |
| 9 | 48,968 | 50,600 | 52,232 | 53,863 | 55,495 | 57,127 | 58,759 | 60,391 | 62,022 | 63,654 |
| 10 | 53,925 | 55,723 | 57,520 | 59,318 | 61,116 | 62,913 | 64,711 | 66,508 | 68,306 | 70,103 |
| 11 | 59,246 | 61,221 | 63,196 | 65,170 | 67,145 | 69,120 | 71,095 | 73,070 | 75,044 | 77,019 |
| 12 | 71,012 | 73,380 | 75,747 | 78,114 | 80,481 | 82,848 | 85,215 | 87,582 | 89,949 | 92,316 |
| 13 | 84,443 | 87,258 | 90,073 | 92,889 | 95,704 | 98,519 | 101,335 | 104,150 | 106,965 | 109,781 |
| 14 | 99,785 | 103,112 | 106,438 | 109,765 | 113,091 | 116,417 | 119,744 | 123,070 | 126,397 | 129,723 |
| 15 | 117,376 | 121,289 | 125,202 | 129,115 | 133,028 | 136,941 | 140,854 | 144,767 | 148,680 | 152,593 |

Applicable locations are shown on the 2016 Locality Pay Area Definitions page: http://www.opm.gov/policy-data-oversight/pay-leave/salaries-wages/2016/locality-pay-area-definitions/

**EXHIBIT 11**