**From:** Scott Ballock [mailto:scottballock@yahoo.com]
**Sent:** Wednesday, March 20, 2019 10:59 AM
**To:** Clifford Hawley <Clifford.Hawley@mail.wvu.edu>
**Cc:** Charles Crooks <charles@crookslawfirm.org>
**Subject:** Re: Economic Damages

You are correct regarding all three. GS14, step 6 at time of separation.

Also, according to the divorce decree, my ex was awarded 50 percent of my pension. Her portion was to be calculated only to the date of separation, 09/14/2012. Everything I earned toward pension after that date was to be mine alone.

I put a check for $3,200 in the mail this morning.

On Mar 20, 2019, at 10:38 AM, Clifford Hawley <Clifford.Hawley@mail.wvu.edu> wrote:

> Mr. Ballock,
>
> Please clarify for me each of the below.
>
> 1. There appears to me an error or contradiction as to your GS level at termination. In your email to me below, you say GS 14-7 at termination and you would have advanced, if no promotion, to GS 14-8, 14-9, and 14-10. In Plaintiff's Responses to 1st set of interrogatories, it is appears to me that it is stated that at termination you were GS 14-6 and would have progressed through Gs 14-7, 14-8 and 14-9. **Which is correct?**
>
> 2. Please confirm for me that the attached federal salary schedule is the correct salary schedule for me to use. **Correct?** I realize it is for 2018. I know that you would have received the 25% supplement as well.
>
> 3. In 2019 federal employees receive a raise of 1.9%. Thus the numbers in the attached chart will all increase by 1.9%. **Am I correct?**
>
> 4. If I am correct in #2 and #3, I will proceed on that basis. That said, I do not know how you arrived in your email below at the number $121,692 for the current base salary. I say this because from the attached salary schedule I get $120,291 times 1.019 = $122,576.53. I have similar difficulties in seeing how your calculations for current base salary for the three steps up in the progression.

**EXHIBIT 12**