```
         IN THE UNITED STATES DISTRICT COURT
      FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**SCOTT T. BALLOCK,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　**CIVIL ACTION NO. 1:17CV52**
　　　　　　　　　　　　　　　　　　　　　　　　　**(Judge Keeley)**

**ELLEN RUTH COSTLOW,**
**STATE TROOPER MICHAEL KIEF,**
**STATE TROOPER RONNIE M. GASKINS, and**
**STATE TROOPER CHRIS BERRY,**

    **Defendants.**

## ORDER SCHEDULING STATUS CONFERENCE

For reasons appearing on the record, the Court **SCHEDULES** a status conference by telephone for **Wednesday, October 9, 2019, at 11:00 A.M.** Counsel for the defendants are **DIRECTED** to provide call-in information to all parties and the Court, by email to Candace_Levitsky@wvnd.uscourts.gov, no later than **Wednesday, October 2, 2019, at 5:00 P.M.** The parties should be prepared to argue all pending motions.

It is so **ORDERED.**

The Court **DIRECTS** the Clerk to transmit copies of this Order to counsel of record.

DATED: September 23, 2019.

                                                  /s/ Irene M. Keeley
                                                IRENE M. KEELEY
                                                UNITED STATES DISTRICT JUDGE