# In The Matter Of:
*Scott Ballock v.*
*Ellen Ruth Costlow, et al*

*Scott Ballock*
*April 19, 2019*

*Sapphire Court Reporting LLC*
*204 Oak Drive*
*Clarksburg, WV 26301*
*304-476-7553*
*www.SapphireCR.com*

Original File Scott T. Ballock.txt
Min-U-Script® with Word Index

**EXHIBIT 2**

1  Q.  At the very bottom it discusses 11/22/13, you
2  and Ellen attended the second joint counseling session.
3  And if you go over to the next page you discuss that
4  during the session, although it's not reflected in the
5  progress notes, you state that during this session Ellen
6  said that everyday during the summer of 2013 she dressed
7  nicely and had the house clean anticipating that FBI
8  agents would be arresting her for stealing FBI-issued
9  property.
10        Is there anything unreasonable about her
11  preparing to be arrested, given that you had threatened
12  several times in May 2013 to have her charged with a
13  felony count?
14  A.  I never threatened her.  I told her that this
15  is what she had done and she needs to not do that.  So I
16  take umbrage with that characterization.  I did not
17  threaten her.
18  Q.  Telling her that she violated the law, citing
19  the law, telling her it's a serious offense and that it
20  will be dealt with immediately is not threatening in
21  your mind?
22  A.  No.  She committed the crime.
23  Q.  Okay.  All right.  Since leaving the FBI.  You
24  got a job at Kroger in December 2017, I believe?
25  A.  Yes.

```
                                                              226

  1      Q.    Are you still working there?
  2      A.    Yes.
  3      Q.    What is your position?
  4      A.    Operations manager.
  5      Q.    What is your current salary?
  6      A.    $55,000.
  7      Q.    I understand from your discovery responses
  8   you're eligible for a bonus?
  9      A.    Correct.
 10      Q.    What determines that eligibility?
 11      A.    Factors beyond my control, sales, customer
 12   feedback, EBITA.
 13      Q.    What's that?
 14      A.    Earnings before interest, taxes, and
 15   amortization.  It's a calculation.  The amount of shrink
 16   that the store suffers, retention rates.  A whole lot of
 17   factors go into deciding the bonus, all things that the
 18   company wants us to accomplish.
 19      Q.    Did you receive a bonus for 2018?
 20      A.    I did.
 21      Q.    How much?
 22      A.    It was 49 percent of $5,000.  We were given a
 23   49 percent bonus, so whatever that comes out to.
 24      Q.    Just under $2,500 by my math.
 25      A.    Okay.
```