```
         IN THE UNITED STATES DISTRICT COURT
      FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**SCOTT T. BALLOCK,**

       **Plaintiff,**

**v.**                              **CIVIL ACTION NO. 1:17CV52**
                                            **(Judge Keeley)**

**ELLEN RUTH COSTLOW,**
**STATE TROOPER MICHAEL KIEF, and**
**STATE TROOPER RONNIE M. GASKINS**

       **Defendants.**

## ORDER FOLLOWING STATUS CONFERENCE

Following oral argument and for reasons discussed on the record at a hearing held on October 9, 2019, the Court:

- **DENIED** defendants' motion to exclude Clifford B. Hawley as an expert witness as untimely (Dkt. No. 134);

- **DENIED** plaintiff's motion for partial summary judgment (Dkt. No. 117); and

- **GRANTED IN PART** defendants' motion for summary judgment and **dismissed** defendant State Trooper Chris Berry **with prejudice** (Dkt. No. 114).

The Court takes under advisement the pending motions for summary judgment filed by defendants State Trooper Michael Keif, State Trooper Ronnie M. Gaskins, and Ellen Ruth Costlow (Dkt. Nos. 114 and 116).

It is so **ORDERED**.

The Court **DIRECTS** the Clerk to transmit copies of this Order to counsel of record.

DATED: October 11, 2019.

/s/ Irene M. Keeley
IRENE M. KEELEY
UNITED STATES DISTRICT JUDGE