**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF WEST VIRGINIA**

**SCOTT T. BALLOCK,**

      **Plaintiff,**

**v.**     **CIVIL ACTION NO.:  1:17-CV-52**
      **Honorable Irene M. Keeley**

**ELLEN RUTH COSTLOW,**
**STATE TROOPER MICHAEL KIEF,**
**AND STATE TROOPER RONNIE M. GASKINS,**

      **Defendants.**

**STIPULATION OF DISMISSAL OF CLAIMS AGAINST**
**STATE TROOPER RONNIE M. GASKINS**

Plaintiff and Defendants, by and through their respective counsel, hereby stipulate and agree, under Rule 41(a)(1) of the Federal Rules of Civil Procedure that Plaintiff's claims against Defendant State Trooper Ronnie M. Gaskins are hereby dismissed, with prejudice.

Respectfully submitted this 6th day of December, 2019.

      **/s/ *Charles J. Crooks***
      Charles J. Crooks (WV Bar No. 4633)
      CROOKS LAW FIRM PLLC
      244 Pleasant Street
      Morgantown, WV 26505
      (304) 282-1039
      Charles@crookslawfirm.org
      *Counsel for Plaintiff*

      **/s/ *P. Todd Phillips* (email consent 12/6/19)**
      P. Todd Phillips (WV Bar No. 9499)
      LYONS PHILLIPS LEGAL GROUP PLLC
      141 Walnut Street
      Morgantown, WV 26505
      (304) 296-3200 or (304) 296-0123
      toddphillips.law@gmail.com
      *Counsel for Defendant Ellen Ruth Costlow*

10648791

*/s/ Mark G. Jeffries* **(email consent 12/6/19)**
Mark G. Jeffries (WV Bar No. 11618)
STEPTOE & JOHNSON PLLC
400 White Oaks Boulevard
Bridgeport, WV 26330-4500
(304) 933-8000
mark.jeffries@steptoe-johnson.com

Montè L. Williams (WV Bar No. 9526)
STEPTOE & JOHNSON PLLC
P.O. Box 1616
Morgantown, WV 26507-1616
(304) 598-8000
monte.williams@steptoe-johnson.com
*Counsel for Defendants State Trooper Michael Kief and State Trooper Ronnie M. Gaskins*

2

10648791

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF WEST VIRGINIA

**SCOTT T. BALLOCK,**

      **Plaintiff,**

**v.**                        **CIVIL ACTION NO.: 1:17-CV-52**
                                   **Honorable Irene M. Keeley**

**ELLEN RUTH COSTLOW,**
**STATE TROOPER MICHAEL KIEF,**
**AND STATE TROOPER RONNIE M. GASKINS,**

      **Defendants.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of December 2019, I electronically filed the foregoing "Stipulation of Dismissal of Claims Against State Trooper Ronnie M. Gaskins" with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

> Mark G. Jeffries, Esquire
> Steptoe & Johnson PLLC
> 400 White Oaks Boulevard
> Bridgeport, WV 26330
>
> Montè L. Williams, Esquire
> Steptoe & Johnson PLLC
> P.O. Box 1616
> Morgantown, WV  26507-1616
>
> *Counsel for Plaintiff*
>
> P. Todd Philips, Esquire
> Lyons Phillips Legal Group PLLC
> 141 Walnut Street
> Morgantown, WV 26505
> *Counsel for Defendant Ellen Ruth Costlow*

10648791