

930 Chestnut Ridge Road
Morgantown, WV 26505-2854
304-293-5220  FAX 304-581-1910

## FACSIMILE TRANSMISSION

DATE: 8/29/18

TO: Leann Smith / Steptoe Johnson

FROM: Dr. Cooper Lehki

FAX NUMBER: 304-933-8183

RE: Ballock ROI

PAGES 2 (including this page)

MESSAGE: Leann - please email me if you have any questions.
ccooperlehki@hsc.wvu.edu

**If all pages are not received or received in error, please call 304-293-5220.**

WARNING: The document(s) accompanying this transmission may contain confidential health information that is legally privileged. This information is intended only for the use of the individual or entity named above. The authorized recipient of this information is prohibited from disclosing this information to any other party unless required to do so by law or regulation, and is required to destroy the information after its stated need has been fulfilled. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please notify the sender immediately and arrange for the return or destruction of these documents.

**EXHIBIT 1**

Aug. 30. 2018  2:07PM                                                                 No. 6079   P. 2



**STEPTOE & JOHNSON** PLLC
ATTORNEYS AT LAW

400 White Oaks Boulevard
Bridgeport, WV 26330
(304) 933-8000  (304) 933-8183 Fax
www.steptoe-johnson.com

Writer's Contact Information
(304) 933.8122
leann.smith@steptoe-johnson.com

August 24, 2018

Dr. Christi Cooper-Lehki
Chestnut Ridge Center
930 Chestnut Ridge Road
Morgantown, WV 26505

Re:   Scott T. Ballock
      DOB: 09/03/1968
      SSN: XXX-XX-4494

Dear Medical Records Custodian:

Enclosed are photocopies of three (3) "Authorization to Release Medical Documentation" in accordance with the Health Information Portability and Accountability Act (HIPAA) Rule 164.508 and executed by **Scott T. Ballock**. Please forward to me a complete copy of **any and all health records**, including but not limited to, progress notes, reports, summaries, counseling records, test results, referrals, pharmacy records, bills and charges, and other health records pertaining to **Scott T. Ballock** which you have in your custody or control.

Please forward the records to my attention at the following address:

> Leann Smith, Paralegal
> Steptoe & Johnson PLLC
> 400 White Oaks Boulevard
> Bridgeport, WV 26330

Steptoe & Johnson PLLC will be responsible for costs associated with this request. **If you do not have any records regarding Mr. Ballock, please note on this request and return to me.**

Thank you for your prompt attention to this request. Should you have any questions, please do not hesitate to contact me.

Very truly yours,

*Leann Smith*

Leann Smith
Paralegal

Enclosure

[Handwritten note:] Mr. Ballock never received any medical treatment from me. I don't have any medical records on him. I was only involved from a forensic standpoint. I believe he may have had other medical treatment @ WVU though, so maybe try a general medical release thru Ruby. CCooper-Lehki
ccooperlehki@hsc.wvu...

8129008

West Virginia • Ohio • Kentucky • Pennsylvania • Texas • Colorado     TERRALEX