# In The Matter Of:

*Scott Ballock v.*
*Ellen Ruth Costlow, et al*

---

*Scott Ballock*
*April 19, 2019*

---

*Sapphire Court Reporting LLC*
*204 Oak Drive*
*Clarksburg, WV 26301*
*304-476-7553*
*www.SapphireCR.com*

Original File Scott T. Ballock.txt
Min-U-Script® with Word Index

**EXHIBIT 2**

```
                                                          148
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23      Q.   Is it your position that Sergeant Kief had read
24   the report from Dr. Cooper-Lehki?
25      A.   I don't know.  I have no proof of that.  He
```