UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

SCOTT T. BALLOCK

    Plaintiff,                            Case No.: 1:17-CV-52

v.                                             JURY TRIAL REQUESTED

ELLEN RUTH COSTLOW,
STATE TROOPER MICHAEL KIEF,

    Defendants.

## PLAINTIFF'S RESPONSE TO DEFENDANT KIEF'S FIRST MOTION IN LIMINE

Pursuant to order (Doc 88), the Plaintiff responds to the first motion in limine filed on behalf of Clifford Hawley:

The Plaintiff submitted a brief on this as Doc. 135, on September 18, 2019. Rather than repeat himself, the Plaintiff will rely on the position already taken.

/S/ *Charles J. Crooks*
Charles J. Crooks, Esquire
Crooks Law Firm PLLC
244 Pleasant Street
Morgantown, WV 26505
*Counsel for Plaintiff*
WV State Bar # 4633
Phone (304) 282-1039

Charles@crookslawfirm.org

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**SCOTT T. BALLOCK**  Case No.:   1:17-CV-52

    Plaintiff,

v.  JURY TRIAL REQUESTED

**ELLEN RUTH COSTLOW**,
**STATE TROOPER MICHAEL KIEF**,

    Defendants.

## CERTIFICATE OF SERVICE

I, Charles J. Crooks, Esq., counsel for the Plaintiff, Scott T. Ballock, hereby certify that on the 12th day of December 2019, I delivered the foregoing "**PLAINTIFF'S RESPONSE TO DEFENDANT KIEF'S FIRST MOTION IN LIMINE,**" with the Clerk of the Court and served the same by email upon the following:

P. Todd Phillips, Esq.
P. Todd Phillips & Associates
235 High Street
Suite 322
Morgantown, WV 26505
ToddPhillips.law@gmail.com

**Counsel for Defendant,
Ellen Ruth Costlow**

And

Mark G. Jeffries (WV Bar No. 11618)
Steptoe & Johnson PLLC
400 White Oaks Blvd.
Bridgeport, WV 26330-4500
Mark.jeffries@steptoe-johnson.com


Monté L. Williams (WV Bar No. 9526)
Steptoe & Johnson PLLC

P.O. Box 1616
Morgantown, WV 26507-1616
(304) 598-8000
Monte.williams@steptoe-johnson.com

**Co-counsel for Defendants State Trooper Michael Kief**

*/s/ Charles J. Crooks*