**SWICK & SHAPIRO, P.C.**
ATTORNEYS AT LAW
1101 15ᵀᴴ STREET, N.W., SUITE 550
WASHINGTON, D.C. 20005

(202) 842-0300
FAX (202) 842-1418

June 14, 2017

**VIA FACSIMILE NO. (202) 436-7887**
Candice M. Will
Assistant Director
Office of Professional Responsibility
Federal Bureau of Investigation

**Re: SSA Scott T. Ballock**

Dear Assistant Director Will:

    This letter responds to the proposal to dismiss SSA Scott T. Ballock. For the following reasons, the proposal should be vacated.

**I.**      **SSA Ballock has never abused or threatened his ex-wife.**

    The sole source of allegations that SSA Ballock has abused or threatened his ex-wife, Ellen Costlow is Ms. Costlow. However, the record, including documentation supplemented herewith, demonstrates that Ms. Costlow's accusations are unworthy of credence for numerous reasons.

    Attached hereto is the custody evaluation report prepared in late 2013 by forensic psychiatrist Dr. Christi Cooper-Lehki, the court-appointed forensic psychiatrist assigned to the Ballocks' family court proceeding in Monogalia County Family Court.[1]  Exhibit ("Exh.") 1. Dr. Cooper-Lehki is a nationally-recognized expert mental health, and in Battered Women's Syndrome specifically.

---

[1] Dr. Cooper-Lehki stated on the last page of this report, "As I have already testified extensively in this matter on 13 September 2013 and expect to testify again at the final hearing, and my recommendations are unchanged, I am not writing an extensive history in this matter." SSA Ballock sought permission to submit a more extensive and thorough report by Dr. Cooper-Lehki, and one can be obtained if it is deemed useful and appropriate. However, the attached report, though not overly lengthy, is fairly thorough, and in it, Dr. Cooper-Lehki is unequivocal in her evaluation of Ms. Costlow.

## Conclusion

For the foregoing reasons, the proposal to dismiss SSA Scott Ballock should be vacated.

Sincerely,

J. Cathryne Watson

List of Exhibits:

| | |
|---|---|
| Exhibit 1: | Custody Evaluation by Forensic Psychiatrist Dr. Christi Cooper-Lehki |
| Exhibit 2: | Temporary Modification Order |
| Exhibit 3: | Amended Complaint in *Ballock v. Costlow, et al.* |
| Exhibit 4: | September 24, 2012 email from Ellen Costlow to Scott Ballock |
| Exhibit 5: | October 12, 2012 email from Ballock to Costlow |
| Exhibit 6: | December 9, 2012 Memo by Ballock |
| Exhibit 7: | January 31, 2012 email exchange between Costlow and Ballock |
| Exhibit 8: | June 1, 2013 email from Ballock to Costlow |
| Exhibit 9: | July 2, 2013 email from Ballock to Costlow |
| Exhibit 10: | Late 2010 email exchanges between Costlow and SSA Ballock's sister, Christy |
| Exhibit 11: | 2008-2010 emails from Ballock to family members about the children |
| Exhibit 12: | April 16, 2017 Statement of Thomas Ballock regarding websites published related to Ellen Costlow and the West Virginia State Police |
| Exhibit 13: | 2017 AES Leadership Report |
| Exhibit 14: | 2017 AES Leadership Narrative Comments |

CONFIDENTIAL                                                          PL 00283