**From:** Ellen Ballock <ellenballock@yahoo.com>
**To:** Gaskins Ronnie M <ronnie.m.gaskins@wvsp.gov>,Sgt Michael Kief <michael.a.kief@wvsp.gov>
**Date:** 06/02/2014 11:37 PM
**Subject:** Fwd: The web page ballock.com/scott-ballock.shtml - it's in response to your actions

I am being harassed by my ex-father-in-law Tom Ballock. He lives with his wife, my ex-husband and our 2 children at 51 Summit Overlook Drive, Morgantown, WV 26508 (Thistledown Estates).

Please read Tom's letter to me and click on the link. Also at www.ballock.com the BPD Nightmare link is his lash out toward me as well as some of the Morgantown Courts link. I continue to fear for my safety with regards to the level of hatred that exudes from Tom Ballock.

As far as the information that Kevin Tipton contacted him, Kevin has not been in correspondence with me about this matter. Kevin was my divorce attorney and helped me write into the parenting plan that Tom Ballock may not publish anything about me on the internet.

As I have said before, Tom Ballock is blatantly going against the parenting plan stated by Judge Minor. In fact, no details about my divorce are to be published either. I spoke with Judge Minor's secretary today and will have to file a contempt of court complaint tomorrow in Mon County.

Please call me tomorrow. Most of all, I'm scared of Tom Ballock's anger. I haven't even thought about Tom Ballock or my divorce since May 9th. I thought he was completely gone from my life. When will his anger extend beyond the internet? What will happen should our paths cross? So far he doesn't know where I live or work. I'm supposed to reveal my residence soon per Judge Minor's parenting plan rules and I'm frightened of further harassment and potential physical harm.

Thank you for helping me with this matter.

Sincerely,
Ellen Costlow
304-276-4740

Begin forwarded message:

**From:** Tom Ballock <tomballock@gmail.com>
**Date:** June 2, 2014 at 10:04:11 PM EDT
**To:** ellenballock@yahoo.com
**Subject: The web page ballock.com/scott-ballock.shtml - it's in response to your actions**

Ellen,

Since I've heard, in a roundabout way, from your lawyer Kevin Tipton, I can only presume you have viewed the website http://ballock.com/scott-ballock.shtml and contacted him.

That website provides information to the public about someone who has needlessly, and often maliciously, caused others pain and emotional distress (you). It's a public information website. You have no cause to claim "defamation"; everything published at the website is true, and it is in response to YOUR own actions. Documents published there are in the public domain. (See how that "public domain" thing works?)

As for Judge Minor's orders, well, YOU opened the door to this web page's establishment with your **public** civil action and your **public** criminal complaint against Scott. In other words, you started this, and you started it in the **public domain**. I'm only responding in the public domain.

I'd like you to know this:
I would like nothing more than peace, quiet, and as much harmony as might be possible. But I've come to believe that is not feasible with you because of your often-demonstrated maliciousness and vindictiveness. You are, in my opinion and based on my observation, an attacker and a destroyer, Ellen, an utter narcissist lacking empathy or sympathy. I fully believe you will continue your efforts to alienate ▇▇▇ from her father and from me. I fully believe you will continue to coach her to lie. I fully believe ▇▇▇ will continue to experience emotional distress because of you. Thank goodness ▇▇▇ won't have to.

I know a BPDer doesn't change her behavior or actions, and your own BPD appears to be quite severe, especially when combined with other mental or character issues (e.g., drug addiction, sex addiction, paraphelia).

The website was created, as I mention at the site, after I googled Scott's name recently and saw the results returned those sensationalist news stories about "FBI Agent Arrested For Harassment". That was particularly disturbing, Ellen. What if the kids google for "Scott Ballock"? But then, I doubt you give a damn. You have undertaken efforts to alienate the children and to try to cause Scott to lose his job. The effect on the children is, for you, I'm certain, secondary to your own "satisfaction".

You, in your quest to destroy Scott, have now TWICE put your venomous, often false, always malicious, attacks in the public domain. First it was the civil lawsuit (I believe you thought you were gonna get rich from that one -- which demonstrates how far

removed from reality you are). Then it was your complaint to the state police and Scott's subsequent arrest for "harassment".

THOSE ARE IN THE PUBLIC DOMAIN, ELLEN!
YOUR CHILDREN CAN ACCESS THEM, as can others.
Does your maliciousness know no bounds?
Have you no concern for your children?

In my opinion, I believe you're more concerned about Ellen Ballock (now Ellen Costlow) than about ▮▮▮▮ or ▮▮▮▮, and you welcome any opportunity to attack or defame Scott.

I'd like you to understand, Ellen, that it is YOUR actions which prompt and elicit responses.

You opened the can of worms.
You'll have to live with the consequences.

At my website, I'm simply offering rebuttal to your lies, your maliciousness, and offering a public service (married men should certainly know they shouldn't have sex with you, for example).

Chew on this, Ellen:
It wouldn't be there at all, were it not for your malicious actions.
Actions sometimes have consequences.

I have little doubt you will desire to force the website's removal (and possibly the removal of other websites). You should know this: I will NOT remove the website(s), even if there are legal fights or legal penalties involved.

You need to find a psychiatrist qualified to treat BPD and seek treatment.

Unless, or until, you do, I fear the chaos and destruction you have caused will only continue. Both for you and for those with whom you come in contact.

And I am of the belief you can expect responses and repercussions throughout the rest of your life, responses and repercussions caused you YOUR own actions. You are a human tornado of destruction, Ellen.

I encourage you to get psychiatric treatment, Ellen, and stop causing misery, emotional suffering, and financial distress for both you and for the sake of others -- ESPECIALLY your kids.

Regards,
Tom Ballock