# In The Matter Of:

*Scott Ballock v.*
*Ellen Ruth Costlow, et al*

*Scott Ballock*
*April 19, 2019*

*Sapphire Court Reporting LLC*
*204 Oak Drive*
*Clarksburg, WV 26301*
*304-476-7553*
*www.SapphireCR.com*

Original File Scott T. Ballock.txt
Min-U-Script® with Word Index

**EXHIBIT 1**

109

1   correct?
2       A.   Yes.
3       Q.   Without going into any details about the actual
4   discussion that occurred, is it fair to say that you
5   discussed this agreement with your counsel before you
6   signed it?
7       A.   Yes.
8       Q.   Looking on the second page, the first paragraph
9   of the agreement.  "Scott Ballock acknowledges that
10  probable cause existed for West Virginia State Police to
11  file for the issuance of the warrants in this case
12  pursuant to West Virginia Code Section 61-3C-14a and
13  Section 61-2-9a."  Did Corporal Gaskins have probable
14  cause to charge you with those violations?
15      A.   I don't believe he did.
16      Q.   You signed at the bottom of this agreeing that
17  he did.  Did you submit a false statement to the
18  magistrate court?
19      A.   In that regard, yes.
20      Q.   Now, as an FBI agent investigating crimes, you
21  understood what probable cause meant; correct?
22      A.   Yes.  It's a very low standard.
23      Q.   And when you would investigate cases, you would
24  gather the evidence and present it to a U.S. Attorney;
25  correct?