```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

SCOTT T. BALLOCK,

      Plaintiff,

v.                                  CIVIL ACTION NO. 1:17CV52
                                        (Judge Keeley)

ELLEN RUTH COSTLOW,
STATE TROOPER MICHAEL KIEF,
STATE TROOPER RONNIE M. GASKINS, and
STATE TROOPER CHRIS BERRY,

      Defendants.

**ORDER SCHEDULING HEARING ON MOTION
FOR STATE TROOPER MICHAEL KIEF, STATE TROOPER
RONNIE M. GASKINS, AND STATE TROOPER CHRIS BERRY'S
MOTION FOR ATTORNEYS' FEES AND COSTS (DKT. NO. 165)**

    For good cause, the Court **SCHEDULES** a hearing by telephone on the pending motion for attorneys' fees and costs (Dkt. No. 165) for **Friday, May 15, 2020 at 10:30 A.M.** Counsel for the movants is **DIRECTED** to provide call-in information to all parties and the Court, by email to Candace_Levitsky@wvnd.uscourts.gov, no later than Friday, May 8, 2020, at 5:00 P.M.

    It is so **ORDERED.**

    The Court **DIRECTS** the Clerk to transmit copies of this Order to counsel of record.

DATED: January 30, 2020

                                        /s/ Irene M. Keeley
                                        IRENE M. KEELEY
                                        UNITED STATES DISTRICT JUDGE