**Financial Statement of Scott T. Ballock**

Annual Salary: $40,092
Monthly net salary: $2,218
Monthly child support: $255
**Total monthly income:** $2,473

**Monthly Expenses:**

Mortgage: $720
HOA fee: $24
Duke Energy: $150
Cell phone bill: $169
Water: $74
Trash: $50
Car insurance: $266
License plates: $50
Gas: $100
Groceries: $650
Meds: $157
Blood draws: $16
Doctor visits: $21
Glasses: $16
Glasses/contacts (children): $55
Meds for children (inhalers and epi-pen): $25
Internet: $30
Netflix: $9
Gym: $22
Haircuts: $40
Car repairs: $150
BHS school fees: $42

**Assets:**
2005 Jeep Grand Cherokee: $4,000
2002 Mazda Miata: $2,500
2018 Ducati Scrambler: $5,500
2013 Moped: $2,000
Home: $170,000 (principal balance: $93,000)
Savings account: $1,000
Checking account: $1,000
Thrift Savings Plan: $455,000
IRA: $13,500
529 Savings Plan (Tommy): $5,800
529 Savings Plan (Summer): $5,800

**Outstanding debt:** $4,500

Total Monthly Expenses: $2,836

_____  06/05/2020
Scott T. Ballock            Date

**State of Indiana**
County of _Boone_

Signed and sworn to (or affirmed) before me
on this _5TH_ day of _June_ 2020

_____
**Signature of Notary Public**
My Commission Expires: _December 3rd, 2025_

(seal)