UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA
AT CLARKSBURG

SCOTT T. BALLOCK,

    Plaintiff,

v.

    CIVIL ACTION NO.: 1:17-CV-52
    Honorable Irene M. Keeley

ELLEN RUTH COSTLOW,
STATE TROOPER MICHAEL KIEF,
STATE TROOPER RONNIE M. GASKINS, and
STATE TROOPER CHRIS BERRY,

    Defendants.

## DEFENDANTS STATE TROOPER MICHAEL KIEF, STATE TROOPER RONNIE M. GASKINS, AND STATE TROOPER CHRIS BERRY'S REVISED SUBMISSION IN MOTION FOR ATTORNEYS' FEES AND COSTS

Pursuant to the Court's Order Directing Counsel for State Trooper Defendants to File Attorneys' Fees Itemization in Larger and Unredacted Format [ECF No. 182], Defendants State Trooper Michael Kief, State Trooper Ronnie M. Gaskins, and State Trooper Chris Berry (collectively, the "State Police Defendants"), submit the attached revised itemization, "Exhibit 1." Entries that counsel for the State Police Defendants have voluntarily reduced, and for which fees are not sought, have been omitted. *See* Jeffries Aff. ¶ 6 [ECF No. 176-1].

11385853

Dated this 4th day of August 2020.

        Respectfully submitted,

*s/ Mark G. Jeffries*
Mark G. Jeffries (WV Bar No. 11618)
STEPTOE & JOHNSON PLLC
400 White Oaks Boulevard
Bridgeport, WV 26330-4500
(304) 933-8000
mark.jeffries@steptoe-johnson.com

Montè L. Williams (WV Bar No. 9526)
STEPTOE & JOHNSON PLLC
P.O. Box 1616
Morgantown, WV  26507-1616
(304) 598-8000
monte.williams@steptoe-johnson.com

*Counsel for Defendants*
*State Trooper Michael Kief,*
*State Trooper Ronnie Gaskins, and*
*State Trooper Chris Berry*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA
AT CLARKSBURG

SCOTT T. BALLOCK,

    Plaintiff,

v.                                                   CIVIL ACTION NO.: 1:17-CV-52
                                                        Honorable Irene M. Keeley

ELLEN RUTH COSTLOW,
STATE TROOPER MICHAEL KIEF,
STATE TROOPER RONNIE M. GASKINS, and
STATE TROOPER CHRIS BERRY,

    Defendants.

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of August 2020, I filed the foregoing *"Defendant State Trooper Michael Kief, State Trooper Ronnie Gaskins, and State Trooper Chris Berry's Revised Submission in Motion for Attorneys' Fees and Costs"* with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

        Charles J. Crooks, Esq.
        CROOKS LAW FIRM PLLC
        244 Pleasant Street
        Morgantown, WV 26505

        *Counsel for Plaintiff*

        P. Todd Phillips, Esq.
        LYONS PHILLIPS LEGAL GROUP PLLC
        141 Walnut Street
        Morgantown, WV 26505

        *Counsel for Defendant Ellen Ruth Costlow*

11385853

/s/ *Mark G. Jeffries*
Mark G. Jeffries (WV Bar No. 11618)
STEPTOE & JOHNSON PLLC
400 White Oaks Boulevard
Bridgeport, WV 26330-4500
(304) 933-8000
mark.jeffries@steptoe-johnson.com

Montè L. Williams (WV Bar No. 9526)
STEPTOE & JOHNSON PLLC
P.O. Box 1616
Morgantown, WV 26507-1616
(304) 598-8000
monte.williams@steptoe-johnson.com

*Counsel for Defendants*
*State Trooper Michael Kief,*
*State Trooper Ronnie Gaskins, and*
*State Trooper Chris Berry*

11385853